Mark C. Manning
Mark C. Manning, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska 99501
(907) 278-9794 Fax: 278-1169
Counsel for Global Seafoods

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| FMI FOOD MARKETERS INTERNATIONAL, LTD,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL SEAFOODS NORTH AMERICA, LLC<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  No. A-06-   Civil (   ) |

**NOTICE OF REMOVAL**

To the Judges of the United States District Court for the District of Alaska.

1.  Global Seafoods North America, LLC, is a defendant in a civil action brought in the Superior Court for the State of Alaska at Anchorage, entitled *FMI Food Marketers International, Ltd. v. Global Seafoods North America, LLC*, Case no. 3AN-05-14099 Civ.

2.  The state action was commenced on December 16, 2005. Process was personally served on Mark C. Manning as agent for receipt of process on that date. Copies of the summons, complaint and all other pleadings and orders served on defendant are attached here to as Exhibits 1 through 5.

3.  FMI is a Canadian corporation, with headquarters in Richmond, British Columbia. Global is a limited liability company organized under the laws of the State of Washington, having its principal place of business in Bellevue, Washington. The amount in controversy in this action exceeds $100,000.00.

4.  The action is one that may be removed pursuant to the provisions of 28 USC

§§441 and 1446 because this court has original jurisdiction under 28 USC § 1331 and under 28 USC §1332. This court has jurisdiction under 28 USC § 1331 because (1) the suit is on an alleged contract between an American entity and a Canadian entity, whose places of business are in different States, for the sale of goods for shipment abroad, (2) the contract is governed by the United Nations Convention on Contracts for the International Sale of Goods, and (3) the United States and Canada are contracting parties to this treaty. *Chateau des Charmes Wines, Ltd. v. Sabate USA*, 328 F.3d 528, 530 (9th Cir. 2003). This court has jurisdiction under 28 USC § 1332 because FMI was at the time this action was commenced and still is a Canadian citizen, Global was at the time this action was commenced and still is a Washington citizen with its principal place of business in Bellevue, Washington, and the amount in controversy exceeds $100,000.00. *See* Exhibit 4, Complaint ¶¶ 1 & 2 and *ad damnum* clause; Exhibit 6, Declaration of Thomas Hennessey.

WHEREFORE, Global Seafoods prays that this cause proceed in this Court as an action properly removed thereto.

DATED this 13th day of January, 2006, at Anchorage, Alaska.

MARK C. MANNING, P.C.
Counsel for Defendant

By: /s/ Mark C. Manning
Mark C. Manning
Alaska Bar No.: 8110066

I certify that a copy of the foregoing
has been served by mail/ hand/ fax on
1/13/06 on

Michael R. Mills
Michael A. Grisham
DORSEY & WHITNEY LLP
1031 W. 4th Avenue, Ste. 600
Anchorage, AK 99501-5907

/s/
Christina Childers

2