IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
AT ANCHORAGE

FMI FOOD MARKETERS INTERNATIONAL, LTD )
)
)
         Plaintiff(s), )
vs. )
)
GLOBAL SEAFOODS NORTH AMERICA, LLC )
)
) CASE NO. 3AN-_____
         Defendant(s). )
_____)

SUMMONS
AND
NOTICE TO BOTH PARTIES
OF JUDICIAL ASSIGNMENT

To Defendant: __Mark Manning, Registered Agent for Global Seafoods North America__

You are hereby summoned and required to file with the court a written answer to the complaint which accompanies this summons. Your answer must be filed with the court at 825 W. 4th Ave., Anchorage, Alaska 99501 within 20 days* after the day you receive this summons. In addition, a copy of your answer must be sent to the plaintiff's attorney, __Michael A. Grisham, Dorsey & Whitney LLP__, whose address is: __1031 West 4th Avenue, Suite 600, Anchorage, AK 99501__.

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

NOTICE OF JUDICIAL ASSIGNMENT

TO: Plaintiff and Defendant

You are hereby given notice that:

[✓] This case has been assigned to Superior Court Judge _____.

[ ] This case has been assigned to District Court Judge _____.

CLERK OF COURT

_____    By: _____
Date                Deputy Clerk

* The State or a state officer or agency named as a defendant has 40 days to file its answer.

CIV-100 ANCH (6/99)(st.3)                  Exhibit 1
SUMMONS                      page 1 of 1