Page 2 of 2

**Documents
required:**

1: Original Commercial Invoice 3/3
2: Original Packing List 3/3
3: Clean on-board Ocean B/L 3/3 issued: "To order"
   Notify:    (to be advised)
   B/L to state: "Freight prepaid" and stowage
   temperature: -18C or lower
4: "Certificate of Origin" issued by USDC or similar USA
   Govt. body.
5: "Health Certificate" issued by USDC or similar USA
   body.
6: Non-wood packing material declaration.

**Remark:**    Claims (if any) to be submitted in writing within 15 days after
         arrival of goods at final destination in China.

**Agreed:**                                **Agreed:**

**Producer/Seller:**                       **Buyer:**

Global Seafoods North America             FMI Food Marketers International Ltd.

X.
Oleg Nikitenko - President                Bent Holme - Export Manager
    *Feb 18 2001*                          **FEB - 9 2005**

Exhibit 2                   EXHIBIT ___A___
page 21 of 26               Page _2_ _of_ _6_

TOTAL P.01

**FMI**

FOOD MARKETERS INTERNATIONAL LTD.

e-mail:  bholme@salmoncanada.com
web:  www.salmoncanada.com

#233 · 11951 Hammersmith Way,
Richmond, B.C. V7A 5H9
Canada
Tel: (604) 275-3654

Fax: (604) 275-3624

---

ADDENDUM to Purchase Confirmation #FMI-224

Date:  **APR 2 9 2005**

To:  Global Seafoods North America
11100 NE 8th Street  #310
Bellevue, WA 98004
USA

Attention: Mr. Oleg Nikitenko - President

1: It is understood and agreed that price of subject contract is now increased
to: US$ 1,320.00/MT c&f China (Qingdao/Dalian/Ningbo) provided Global
guarantee to supply all 1,000 MT #1 quality Pink Salmon as originally
contracted against #FMI-224.

2: That Buyer (Food Marketers International Ltd.) shall have "First right
of refusal" if/when any additional Global #1 quality Pinks become available
(subsequent to completion and shipment of first produced 1,000 MT) sub-
ject to final price agreement.

All other terms and conditions of original #FMI-224 of Feb 9, 2005, remain
unchanged.

Agreed:                         Agreed:

Global Seafoods North America    FMI Food Marketers International Ltd.

Oleg Nikitenko - President       Bent Holme - Export Manager

**APR 2 9 2005**

Exhibit 2
page 22 of 26

EXHIBIT _B_
Page _1_ of _1_

## OVERVIEW OF DEAL



Exhibit 2

EXHIBIT __C__

Page __1__ of __1__



e-mail: bholme@salmoncanada.com
web: www.salmoncanada.com

#233 · 11951 Hammersmith Way,
Richmond. B.C. V7A 5H9
Canada
Tel: (604) 275-3664

Fax: (604) 275-3624

**SALES CONFIRMATION #FMI-224 (amended)**

Date: **FEB 16 2005**

To: Sang Jin Trading Co.
Rm. 202 Jungho Bldg.
250-3 Yangjae-dong, Seocho-ku
Seoul, Korea

Attention: Mr. Sang-Yoon Lin - President

With reference to your e-mail December 7, 2004, and subsequent renegotiations
We hereby confirm having sold to you as follows as per this FMI-224 (amended):

Product: Alaskan Frozen Pink Salmon H&G (Bloodline removed) of
2005 production.

Size: Average 900 gr. (min. 750 gr.) per fish.

Quantity: 1,000 MT (+/- 10%).

Price: US$ 1,250.00/MT (net to you without any commission included)
c&f Qingdao or Dalian (China).

Shipment: Spread ex Kodiak (Alaska) during Jul/Aug/Sep/Oct, 2005.

Packing: 16 kg blocks (in bags).

Payment: By satisfactory (simplified) Transferable Letters of Credit to
be opened in our favor, prior to shipments, and payable
"At Sight".

Quality: a: Meat color:   ASMI P.3/up
b: Skin color:   ASMI "A" – "D" (possibly few "E")
c: Jelly/chalky condition and severe bruising not permitted.

Documents
Required:
1: Original Commercial Invoice   3/3
2: Original Packing List   3/3
3: Clean on-board Ocean B/L   3/3 issued: "To order"
Notify: (to be advised).

Exhibit 2
page 24 of 26

EXHIBIT___D
Page __1__ of __2__

Page 2 of 2

Documents
Required  (cont.)    B/L to state: "Freight prepaid" and stowage
                     Temperature: -18C or lower.
              4:  "Certificate of Origin" issued by USDC or similar USA
                  Govt. body
              5:  "Health Certificate" issued by USDC or similar USA
                  Govt. body.
              6:  Non wood  packing material declaration

Remark:       Claims (if any) to be submitted in writing within 15 days after
              Arrival of goods at final destination in China.


Agreed:                              Agreed:

Buyer:                               Seller:

Sang Jin Trading Co.                 FMI Food Marketers International Ltd.


_____             _____
Sang-Yoon Lin - President           Bent Holme - Export Manager

**FEB 1 6 2005**

Exhibit 2
page 25 of 26

EXHIBIT  D
Page  2  of  2

PAGE  01



**FMI**

*FMI MARKETERS INTERNATIONAL LTD.*

e-mail:   bholme@salmoncanada.com
web.   www.salmoncanada.com

#233 - 11951 Hammersmith Way,
Richmond, B.C.  V7A 5H9
Canada
Tel: (604) 275-3654

Fax: (604) 275-3624

---

| ADDENDUM to Sales Confirmation #FMI-224 |

Date:   **APR 2 0**

To·   Sang Jin Trading Co.
Rm. 202 Jungho Bldg.
250-3 Yangjae-dong, Seocho-ku
Seoul, Korea

Attention: Mr. Sang-Yoon Lin -- President

1: It is understood and agreed that price of subject contract is now increased
to: US$ 1,450.00/MT c&f 2% China (Qingdao/Dalian/Ningbo).

2: That Buyer (Sang Jin Trading Co.) shall have "First right of refusal"
if/when additional Global #1 quality Pinks become available (subsequent
to completion and shipment of first produced 1,000 MT) subject to
final price agreement.

All other terms and conditions of original #FMI-224 of Feb 16, 2005, remain
unchanged.

Agreed:                                Agreed:

Sang Jin Trading Co.                   FMI Food Marketers International Ltd.

X _____                  _____
Sang-Yoon Lin - President              Bent Holme  Export Manager

**APR 2 0  2005**

Exhibit 2
page 26 of 26

EXHIBIT  - E
Page  1  of  1