IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

FMI FOOD MARKETERS )
INTERNATIONAL, LTD, )
                                                                 Plaintiff, )
vs. )
    )
GLOBAL SEAFOODS NORTH )
AMERICA, LLC, )
                                                 Defendant. )
_____ )   Case No. 3AN-05-14099 CI

### INITIAL PRETRIAL ORDER

       Pursuant to the Uniform Pretrial Order Administrative Order 3AO-03-04, this Court hereby issues the Initial Pretrial Order in this case.

### Routine Pretrial Order

       The parties shall discuss among themselves possible trial dates and the expected length of trial. Within **15 days** after distribution of the Initial Pretrial Order, the parties shall jointly submit a list of three trial dates that are each approximately **12 months** from the date of the Initial Pretrial Order. The submission to the Court should also state the approximate number of trial days the parties believe will be required. A Routine Pretrial Order will be issued based on the parties' report in accordance with the Uniform Pretrial Order. *If the list of three trial dates is not timely submitted to the court, the court will assign the parties a trial date and issue the Routine Pretrial Order.*

### Initial Disclosures

       Unless an earlier date is or has been agreed to by the parties, initial disclosures required under Alaska Civil Rule 26(a)(1) shall be served not later than **30 days** after distribution of the Initial Pretrial Order.

3AN-05-14099 CI
Anchorage Initial Pretrial Order 2/3/03
Page No. 1

Exhibit 3
page 1 of 2

**Alternative Dispute Resolution**

Not later than **45 days** after distribution of the Initial Pretrial Order, each attorney will discuss with his or her client(s) the possibility of settling this case (or portions of the case) through mediation, conference, arbitration, or other alternative to litigation. Not later than **60 days** from the date of this order, the parties or their attorneys shall meet to discuss whether some form of alternative dispute resolution can be agreed on. Whenever practical, the parties are encouraged to meet in person instead of by phone. Within **10 days** of this meeting, the parties shall file a joint report with the Court indicating whether the parties met in person or by phone, whether alternative dispute resolution has been agreed to and if so, the form and timing of the parties intended actions.

Dated at Anchorage, Alaska this ___27th___ day of December 2005.

_____ for
SEN K. TAN
Superior Court Judge

I certify that on _12-27-05_ a copy of the above was mailed to each of the following at their addresses of record:

M. Grisham
M. Manning
M. Lucas
Judicial Assistant

3AN-05-14099 CI
Anchorage Initial Pretrial Order 2/3/03
Page No. 2

Exhibit 3
page 2 of 2