

**FMI**
FOOD MARKETERS INTERNATIONAL LTD.

e-m: bholme@salmoncanada.com
web: www.salmoncanada.com

#233 - 11951 Hammersmith Way,
Richmond, B.C. V7A 5H9
Canada
Tel: (604) 275-3664
Fax: (604) 275-3624

**PURCHASE CONFIRMATION #FMI-224 (amended)**

Date: February 9, 2005

To: Global Seafoods North America
11100 NE 8th Street  #310
Bellevue, WA 98004
USA

Attention: Mr. Oleg Nikitenko - President

With reference to telcon and our e-mail dated February 7, 2005, we hereby re-confirm having bought from you as follows as per this #FMI-224 (amended):

Product: Alaskan Frozen Pink Salmon H&G [Bloodline removed (*)] of 2005 production.

Size: Average 900 gr. (min. 750 gr.) per fish.

Quantity: min. 1,000 MT (+/- 10%)

Price: US$ 1,150.00/MT c&f Qingdao or Dalian (China).

Shipment: Spread ex Kodiak (Alaska) during Jul/Aug/Sep/Oct, 2005.

Packing: 16 kg blocks (in bags - marked in Chinese symbols).

Payment: By our Transferable Letters of Credit to be opened prior to shipments and payable "At Sight"

Note: (*) - FMI agree to finance Vacuum cleaning system required for Bloodline removal (valued at: about US$ 50,000 fob point of shipment) for your repayment by deductions off product cost for first 10 x 40' FCL at min. US$ 5,000 per container. In any event, full/final repayment of said US$ 50,000 to be completed not later than Oct 31, 2005.

Quality:
a: Meat color: ASMI P.3/up
b: Skin color: ASMI "A" - "D" (possibly few "E")
c: Jelly/chalky condition and severe bruising not permitted.
  [outside]

TOTAL P.01

Exhibit 4
page 22 of 28

EXHIBIT ___A___
Page __1__ of __2__

Page 2 of 2

| | |
|---|---|
| Documents required: | 1: Original Commercial Invoice 3/3<br>2: Original Packing List 3/3<br>3: Clean on-board Ocean B/L 3/3 issued: "To order"<br>   Notify: (to be advised)<br>   B/L to state: "Freight prepaid" and stowage temperature: -18C or lower<br>4: "Certificate of Origin" issued by USDC or similar USA Govt. body.<br>5: "Health Certificate" issued by USDC or similar USA body.<br>6: Non-wood packing material declaration. |
| Remark: | Claims (if any) to be submitted in writing within 15 days after arrival of goods at final destination in China. |

Agreed:

Producer/Seller:

Global Seafoods North America

x _____
Oleg Nikitenko - President
Feb 18 2005

Agreed:

Buyer:

FMI Food Marketers International Ltd.

_____
Bent Holme - Export Manager
FEB - 9 2005

TOTAL P.02

Exhibit 4
page 23 of 28

EXHIBIT A
Page 2 of 2

TOTAL P.01

**FMI**
**FOOD MARKETERS INTERNATIONAL LTD.**

e-mail: bholme@salmoncanada.com
web: www.salmoncanada.com

#233 · 11951 Hammersmith Way,
Richmond, B.C. V7A 5H9
Canada
Tel: (604) 275-3554
Fax: (604) 275-3624

**ADDENDUM to Purchase Confirmation #FMI-224**

Date: APR 29 2005

To:  Global Seafoods North America
     11100 NE 8th Street  #310
     Bellevue, WA 98004
     USA

Attention: Mr. Oleg Nikitenko - President

1: It is understood and agreed that price of subject contract is now increased to: US$ 1,320.00/MT c&f China (Qingdao/Dalian/Ningbo) provided Global guarantee to supply all 1,000 MT #1 quality Pink Salmon as originally contracted against #FMI-224.

2: That Buyer (Food Marketers International Ltd.) shall have "First right of refusal" if/when any additional Global #1 quality Pinks become available (subsequent to completion and shipment of first produced 1,000 MT) subject to final price agreement.

All other terms and conditions of original #FMI-224 of Feb 9, 2005, remain unchanged.

Agreed:                                 Agreed:

Global Seafoods North America           FMI Food Marketers International Ltd.

_____              _____
Oleg Nikitenko - President              Bent Holme - Export Manager

APR 29 2005

Exhibit 4
page 24 of 28

EXHIBIT __B__
Page __1__ of __1__



11/10/2005 11:55    604-2753624    FMI    PAGE 01



e-mail: bholme@salmoncanada.com
web: www.salmoncanada.com

#233 - 11951 Hammersmith Way,
Richmond, B.C. V7A 6H9
Canada
Tel: (604) 275-3554

Fax: (604) 275-3624

**SALES CONFIRMATION #FMI-224 (amended)**

Date: FEB 10 2005

To: Sang Jin Trading Co.
Rm. 202 Jungho Bldg.
250-3 Yangjae-dong, Seocho-ku
Seoul, Korea

Attention: Mr. Sang-Yoon Lin – President

With reference to your e-mail December 7, 2004, and subsequent renegotiations We hereby confirm having sold to you as follows as per this FMI-224 (amended):

Product: Alaskan Frozen Pink Salmon H&G (Bloodline removed) of 2005 production.

Size: Average 900 gr. (min. 750 gr.) per fish.

Quantity: 1,000 MT (+/- 10%).

Price: US$ 1,250.00/MT (net to you without any commission included) c&f Qingdao or Dalian (China).

Shipment: Spread ex Kodiak (Alaska) during Jul/Aug/Sep/Oct, 2005.

Packing: 16 kg blocks (in bags).

Payment: By satisfactory (simplified) Transferable Letters of Credit to be opened in our favor, prior to shipments, and payable "At Sight".

Quality:
a: Meat color: ASMI P.3/up
b: Skin color: ASMI "A" – "D" (possibly few "E")
c: Jelly/chalky condition and severe bruising not permitted.

Documents Required:
1: Original Commercial Invoice   3/3
2: Original Packing List   3/3
3: Clean on-board Ocean B/L   3/3 issued: "To order"
   Notify: (to be advised).

Exhibit 4
page 26 of 28

EXHIBIT D
Page 1 of 2

Page 2 of 2

Documents
Required (cont.)   B/L to state: "Freight prepaid" and stowage
Temperature: -18C or lower.
4: "Certificate of Origin" issued by USDC or similar USA Govt. body
5: "Health Certificate" issued by USDC or similar USA Govt. body
6: Non wood packing material declaration

Remark:   Claims (if any) to be submitted in writing within 15 days after Arrival of goods at final destination in China.

Agreed:                                         Agreed:

Buyer:                                          Seller:

Sang Jin Trading Co.                            FMI Food Marketers International Ltd.

_____                         _____
Sang-Yoon Lin - President                       Bent Holme - Export Manager

FEB 16 2005

Exhibit 4
page 27 of 28

EXHIBIT D
Page 2 of 2



604 2753624   FMI   PAGE 01

e-mail: bholme@salmoncanada.com
web.    www.salmoncanada.com

#239 - 11951 Hammersmith Way,
Richmond, B.C. V7A 5H9
Canada
Tel: (604) 275-3654
Fax: (604) 275-3624

**ADDENDUM to Sales Confirmation #FMI-224**

Date: APR 2 8

To: Sang Jin Trading Co.
Rm. 202 Jungho Bldg.
250-3 Yangjae-dong, Seocho-ku
Seoul, Korea

Attention: Mr. Sang-Yoon Lin -- President

1: It is understood and agreed that price of subject contract is now increased to: US$ 1,450.00/MT c&f c2% China (Qingdao/Dalian/Ningbo).

2: That Buyer (Sang Jin Trading Co.) shall have "First right of refusal" if/when additional Global #1 quality Pinks become available (subsequent to completion and shipment of first produced 1,000 MT) subject to final price agreement.

All other terms and conditions of original #FMI-224 of Feb 16, 2005, remain unchanged.

Agreed:                                   Agreed:

Sang Jin Trading Co.                      FMI Food Marketers International Ltd.

_____                     _____
Sang-Yoon Lin - President                 Bent Holme / Export Manager

APR 2 8 2005

Exhibit 4
page 28 of 28

EXHIBIT E
Page 1 of 1