Michael R. Mills, ABA# 8911074
Michael A. Grisham, ABA# 9411104
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

Attorneys for FMI Food
Marketers International, Ltd.

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT ANCHORAGE

FMI FOOD MARKETERS
INTERNATIONAL, LTD.

                Plaintiff

vs.

GLOBAL SEAFOODS NORTH
AMERICA, LLC

                Defendant

Case No. 3AN-05-14099 CI

### DEMAND FOR JURY TRIAL

Plaintiff FMI Food Marketers International, LTD., by and through its counsel, pursuant to Alaska Rule of Civil Procedure 38, hereby makes demand for a jury trial on all issues so triable in the above-captioned action.

DATED this 28th day of December, 2005, at Anchorage, Alaska.

DORSEY & WHITNEY LLP

By: _____
Michael R. Mills, ABA# 8911074
Michael A. Grisham, ABA# 9411104

Exhibit 5
page 1 of 2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 28, 2005, a true and correct copy of this document was served by mail (hand delivery) fax on:

Mark Manning

_____
Certification Signature

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

DEMAND FOR JURY TRIAL

Page 2 of 2
4843-4936-3712\1  12/28/2005 1:36 PM

FMI Food Marketers International v. Global Seafoods North America

Case No. 3AN-05-14099 CI

Exhibit 5
page 2 of 2