# DECLARATION OF THOMAS HENNESSEY
## 28 U.S.C. §1746

Thomas Hennessey states the following under penalty of perjury:

1. I am an adult, am competent to give testimony, and have personal knowledge of the facts set forth herein.

2. I am the controller of Global Seafoods North America, LLC. I have held that position since May 2001.

3. Oleg Nikitenko is owner and president of Global Seafoods. Mr. Nikitenko lives in the Puget Sound area, and works in the company's Bellevue, Washington, headquarters, as do I. Global Seafoods' core business is purchasing and processing fish in Alaska, and selling the fish on the world market. Global owns a processing facility in Kodiak.

4. Global has 5 year round employees in Bellevue, and 3 in Kodiak, though Kodiak staff increases greatly on a seasonal basis. The Kodiak facility's activities are substantially limited to purchasing and taking delivery of whole fish, dealing with fish sellers, and processing and loading out fish in accord with instructions from Bellevue. The headquarters office is responsible for substantially all other functions, including but not limited to monitoring relevant world markets, negotiating and administering fish sale contracts, typically with foreign buyers, administering letters of credit provided by buyers and collecting sales revenue, working with Global's Washington State shipping agent to create necessary invoices, bills of lading, government and other certificates and arrange deliveries, arranging insurances, making all strategic decisions, and company finance and accounting. Bellevue is also involved substantially in hiring, training, directing and administering Kodiak facility employees.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 13, 2006.

_____
THOMAS HENNESSEY

Exhibit 6,
Page 1 of 1 Pages