Mark C. Manning
Mark C. Manning, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska 99501
(907) 278-9794 Fax: 278-1169
Counsel for Global Seafoods

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FMI FOOD MARKETERS INTERNATIONAL, LTD, <br><br> Plaintiff, <br><br> v. <br><br> GLOBAL SEAFOODS NORTH AMERICA, LLC <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> No. 3:06-cv-00011 JWS |

**SERVICE LIST**

For Plaintiff FMI Food Marketers International, Ltd.-

    Michael R. Mills
    Michael A. Grisham
    DORSEY & WHITNEY
    1031 West Fourth Avenue
    Suite 600
    Anchorage, AK 99501-5907
    (907) 276-4557

For Defendant Global Seafoods-

    Mark C. Manning
    MARK C. MANNING, P.C.
    431 West 7th Avenue
    Suit 204
    Anchorage, AK 99501
    (907) 278-9794

DATED at Anchorage, Alaska, this 13th day of February, 2006.

        s/ Mark C. Manning
MARK C. MANNING, P.C.
431 West 7th Avenue, Ste. 204
Anchorage, AK 99501
Phone: (907) 278-9794
Fax: (907) 278-1169
manning@alaska.net
ABA No. 8110066

CERTIFICATE OF SERVICE

I hereby certify that, on 2/14/06 to, a copy
of the foregoing Service List
was served electronically on FMI Food
Marketers International, Ltd.

   s/Mark C. Manning