Mark C. Manning
Mark C. Manning, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska  99501
(907) 278-9794 Fax: 278-1169
Counsel for Global Seafoods

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FMI FOOD MARKETERS INTERNATIONAL, LTD,<br><br>            Plaintiff,<br><br>    v.<br><br>GLOBAL SEAFOODS NORTH AMERICA, LLC<br><br>            Defendants. | <br><br><br><br><br><br><br><br><br><br>No.  3:06-cv-00011 JWS |

**NOTICE OF FILING COPIES OF ADDITIONAL DOCUMENTS FILED IN ALASKA SUPERIOR COURT**

Global Seafoods files herewith copies of all records and proceedings that were filed in Alaska Superior Court and that were not included in Global's removal filing:

| Document | Exhibit No. |
|---|---|
| Notice of Appearance (by Manning) | 7 |
| Notice of Change of Judge | 8 |
| Answer | 9 |
| Notice of Removal | 10 |

/
/

DATED at Anchorage, Alaska, this 13th day of February, 2006.

.                                   s/ Mark C. Manning
                                    MARK C. MANNING, P.C.
                                    431 West 7th Avenue, Ste. 204
                                    Anchorage, AK 99501
                                    Phone: (907) 278-9794
                                    Fax: (907) 278-1169
                                    manning@alaska.net
                                    ABA No. 8110066

CERTIFICATE OF SERVICE

I hereby certify that, on 2/14/06 to, a copy
of the foregoing Service List
was served electronically on FMI Food
Marketers International, Ltd.

   s/Mark C. Manning