Mark C. Manning
Mark C. Manning, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska 99501
(907) 278-9794 Fax: 278-1169
Counsel for Defendant

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| FMI FOOD MARKETERS INTERNATIONAL, LTD, <br><br> Plaintiff, <br><br> v. <br><br> GLOBAL SEAFOODS NORTH AMERICA, LLC <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> IN ADMIRALTY <br> No. 3AN-05-14099 Civ. |

## NOTICE OF APPEARANCE

COMES NOW Mark C. Manning and enters his appearance on behalf of Global Seafoods North America, LLC, in this action. Copies of all pleadings and other papers, excluding service of process, are to be served at 431 West 7th Avenue, Suite 204, Anchorage, Alaska 99501.

DATED this 22nd day of December, 2005, at Anchorage, Alaska.

MARK C. MANNING, P.C.
Counsel for Defendant

By: _/s/ Mark C. Manning_
Mark C. Manning
Alaska Bar No.: 8110066

Exhibit 7
Page 1 of 2 Pages

I certify that a copy of the foregoing has been served by mail/ hand/ fax on /2/2 2005 on

Michael R. Mills
Michael A. Grisham
DORSEY & WHITNEY LLP
1031 W. 4th Avenue, Ste. 600
Anchorage, AK 99501-5907

_____
Christina Childers

2

Exhibit 7
Page 2 of 2 Pages