IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
AT ANCHORAGE

FMI FOOD MARKETERS INTERNATIONAL )
                                                                    )
                         Plaintiff(s),                              )
                                                                    )
vs.                                                                 )
                                                                    )
GLOBAL SEAFOODS NORTH AMERICA            )    CASE NO.    3AN-05-14099 Civil
                                                                    )
                         Defendant(s).              )    NOTICE OF CHANGE OF JUDGE
                                                                         (Peremptory Challenge)

Pursuant to Civil Rule 42(c)/Criminal Rule 25(d), __FMI Food Marketers International__
plaintiff, hereby peremptorily challenges the judge assigned to this case,
Judge __Sen Tan_____ . Names and addresses of all parties in this
case are (attach additional sheet if necessary):

Michael R. Mills/Michael A. Grisham            Mark Manning
Dorsey & Whitney LLP                                 Mark Manning PC
1031 West 4th Avenue                                 431 West 7th Avenue, Suite 204
Anchorage, Alaska 99501                            Anchorage, Alaska 99501

I certify that a copy of this notice has been sent to each of the parties listed above.

__10/29/05__                                              _____
Date                                                            Signature
                                                                   Michael A. Grisham
                                                                   Type or Print Name

FOR COURT USE ONLY

Notice is [ ] timely.        [X] not timely.

A peremptory challenge [ ] has [X] has not previously been filed by
                                   [ ] plaintiffs.        [ ] defendants.
__01/09/2006__                                         _____
Date                                                            Clerk/Judge

ORDER

[ ] This case is reassigned to Judge _____ .

[ ] This Notice of Change of Judge is not approved because
        [ ] It is not timely.

[X] Other: ___Removed To US District Court 01/12/06___

_____                              _____
Date                                                            Judge/Clerk

Exhibit 8
Page 1 of 1 Pages

_____
Print or Type Name

I certify that on _____                      CALENDARING NOTICE
a copy of this order was sent to            TRIAL DATE:
each of the parties listed above            CALENDAR CALL: