Mark C. Manning
Mark C. Manning, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska 99501
(907) 278-9794 Fax: 278-1169
Counsel for Defendant

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| FMI FOOD MARKETERS INTERNATIONAL, LTD, <br><br> Plaintiff, <br><br> v. <br><br> GLOBAL SEAFOODS NORTH AMERICA, LLC <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> No. 3AN-05-14099 Civ. |

## NOTICE OF REMOVAL

This is to notify the Court and all adverse parties that Defendant has this date filed the attached Notice of Removal in the U.S. District Court for the District of Alaska.

DATED this 13th day of January, 2006, at Anchorage, Alaska.

MARK C. MANNING, P.C.
Counsel for Defendant

By: _/s/ Mark C. Manning_
Mark C. Manning
Alaska Bar No.: 8110066

Exhibit 10
Page 1 of 1 Pages