Mark C. Manning
Mark C. Manning, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska  99501
(907) 278-9794 Fax: 278-1169
Counsel for Global Seafoods

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FMI FOOD MARKETERS INTERNATIONAL, LTD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GLOBAL SEAFOODS NORTH AMERICA, LLC )<br>)<br>Defendants. ) | <br><br><br><br><br><br><br><br>No.  3:06-cv-00011 JWS |

**LIST OF DOCUMENTS FILED IN ALASKA SUPERIOR COURT**

| **Document** | **Date Filed** |
|---|---|
| Complaint | 12/16/2005 |
| Summons | 12/16/05 |
| Initial Pre-trial Order | 12/27/2005 |
| Errata to Complaint & corrected Complaint | 12/28/05 |
| Demand for Jury Trial | 12/28/05 |
| Notice of Appearance (by Manning) | 12/22/05 |
| Notice of Change of Judge | 12/28/05 |
| Answer | 1/11/06 |
| Notice of Removal | 1/13/06 |

/
/

DATED at Anchorage, Alaska, this 13th day of February, 2006.

        s/ Mark C. Manning
MARK C. MANNING, P.C.
431 West 7th Avenue, Ste. 204
Anchorage, AK 99501
Phone: (907) 278-9794
Fax: (907) 278-1169
manning@alaska.net
ABA No. 8110066

CERTIFICATE OF SERVICE

I hereby certify that, on 2/14/06 to, a copy
of the foregoing Service List
was served electronically on FMI Food
Marketers International, Ltd.

  s/Mark C. Manning