Michael R. Mills, ABA# 8911074
Michael A. Grisham, ABA# 9411104
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

Attorneys for FMI Food Marketers International, Ltd.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FMI FOOD MARKETERS INTERNATIONAL, LTD.<br><br>                    Plaintiff<br>vs.<br><br>GLOBAL SEAFOODS NORTH AMERICA, LLC<br><br>                    Defendant | Case No. 3:06-CV-00011 JWS |

## **PLAINTIFF'S PRELIMINARY WITNESS LIST**

Plaintiff FMI Food Marketers International, Ltd., ("FMI"), by and through its attorneys Dorsey & Whitney, LLP, hereby provides the following preliminary witness list as follows:

1. Harry Guenther
   FMI Food Marketers International, Ltd.
   c/o Dorsey & Whitney LLP
   1031 West. 4th Ave, Suite 600
   Anchorage, AK  99501

2. Bent Holme
   FMI Food Marketers International, Ltd.
   c/o Dorsey & Whitney LLP
   1031 West. 4th Ave, Suite 600
   Anchorage, AK  99501

3. George Wilson
   FMI Food Marketers International, Ltd.
   c/o Dorsey & Whitney LLP
   1031 West. 4th Ave, Suite 600
   Anchorage, AK  99501

4. Oleg Nikitenko
   Global Seafoods North America LLC
   c/o Mark C. Manning PC
   431 West 7th Avenue, Suite 204
   Anchorage, AK  99501

5. Thomas Hennessey
   Global Seafoods North America LLC
   c/o Mark C. Manning PC
   431 West 7th Avenue, Suite 204
   Anchorage, AK  99501

6. (other guy at Global)
   c/o Mark C. Manning PC
   431 West 7th Avenue, Suite 204
   Anchorage, AK  99501

7. Sam Lim
   President
   Sang Jin Trading Co.
   Seoul, South Korea

8. Purchase Representatives
   YS Import Export Trading P/L
   46 Skarratt St, Silverwater
   NSW 2128, Australia

9. Purchase Representatives
   QingdaoYijia Foodstuffs I/E
   Qingdao, China

10. Purchase Representatives
    Chotiwat Manufacturing Co. Ltd.
    Songkhla, Thailand

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

PRELIMINARY WITNESS LIST                FMI FOOD MARKETERS v. GLOBAL
                                                           SEAFOOD
Page 2                                             Case No. 3:06-cv-00011 JWS

11. Inspectors Kriengsak & Suppakit
    Wolfgang Plath (Thailand) Ltd.
    96/47-48 Moo 9, Rama 2 Road
    Jomthong, Bangkok 10150
    Thailand

12. Purchasers at Merry

13. Purchasers at Fusheng

14. Purchasers at IP

DATED this 20th day of March, 2006, at Anchorage, Alaska.

DORSEY & WHITNEY LLP


By: _____ /s/ Michael A. Grisham
Michael R. Mills, ABA# 8911074
Michael A. Grisham, ABA# 9411104
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 20, 2006, a true and correct copy of this document was served on:

- Mark C. Manning

by first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

   /s/ Michael A. Grisham
Michael A. Grisham

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

PRELIMINARY WITNESS LIST        FMI FOOD MARKETERS v. GLOBAL SEAFOOD
Page 3                          Case No. 3:06-cv-00011 JWS

4846-0358-2976\1 3/13/2006 9:31 AM