Mark C. Manning
Mark C. Manning, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska  99501
(907) 278-9794 Fax: 278-1169
Counsel for Global Seafoods

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| FMI FOOD MARKETERS INTERNATIONAL, LTD, <br><br> Plaintiff, <br><br> v. <br><br> GLOBAL SEAFOODS NORTH AMERICA, LLC <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No.  3:06- cv-00011 JWS |

**DEFENDANT'S PRELIMINARY WITNESS LIST**

1. Harry Guenther
   FMI Food Marketers International, Ltd.
   c/o Dorsey & Whitney LLP
   1031 West 4th Ave, Ste 600
   Anchorage, AK 99501

2. Thomas Hennessey
   Global Seafoods North America LLC
   c/o Mark C. Manning, PC
   431 West 7th Ave, Ste 204
   Anchorage, AK 99501

3. Bent Holme
   FMI Food Marketers International, Ltd.
   c/o Dorsey & Whitney LLP
   1031 West 4th Ave, Ste 600
   Anchorage, AK 99501

4.   Sam Lim
     President
     Sang Jin Trading Company
     Seoul, South Korea

5.   Sergey Morosov
     Global Seafoods North America LLC
     c/o Mark C. Manning, PC
     431 West 7th Ave, Ste 204
     Anchorage, AK 99501

6.   Oleg Nikitenko
     Global Seafoods North America LLC
     c/o Mark C. Manning, PC
     431 West 7th Ave, Ste 204
     Anchorage, AK 99501

7.   James Portillo
     Global Seafoods North America LLC
     c/o Mark C. Manning, PC
     431 West 7th Ave, Ste 204
     Anchorage, AK 99501

8.   Ellen Thompson
     ETS Cargo
     10655 N.E. Street, Ste. 400
     Bellevue, WA

9.   George Wilson
     FMI Food Marketers International, Ltd.
     c/o Dorsey & Whitney LLP
     1031 West 4th Ave, Ste 600
     Anchorage, AK 99501

10.  Fujun Zhang
     China

/
/

DATED this 20th day of March, 2006, at Anchorage, Alaska.

        s/ Mark C. Manning
MARK C. MANNING, P.C.
431 West 7th Avenue, Ste. 204
Anchorage, AK 99501
Phone: (907) 278-9794
Fax: (907) 278-1169
manning@alaska.net
ABA No. 8110066

CERTIFICATE OF SERVICE

I hereby certify that, on 3/21 /06 to, a copies
of the Motion for Extension of Time and related
Memorandum adnb Porposed Order were
served electronically on FMI Food Monitors.

   s/Mark C. Manning

*FMI v. Global Seafoods*
Case no. 3:06-cv-00011 JWS
Preliminary Witness List        3