Michael R. Mills, ABA# 8911074
Michael A. Grisham, ABA# 9411104
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

Attorneys for FMI Food Marketers International, Ltd.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FMI FOOD MARKETERS INTERNATIONAL, LTD.<br><br>                    Plaintiff<br><br>vs.<br><br>GLOBAL SEAFOODS NORTH AMERICA, LLC<br><br>                    Defendant | Case No. 3:06-CV-00011 JWS |

## ENTRY OF APPEARANCE

Michael A. Grisham, of Dorsey & Whitney LLP hereby enters its appearance on behalf of plaintiff in the above-captioned action, and requests that any and all pleadings and correspondence be directed to him at the following address:

DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
(907) 276-4557 – Phone
(907) 276-4152 – Facsimile
grisham.michael@dorsey.com

DATED this 31st day of March 2006, at Anchorage, Alaska.

                DORSEY & WHITNEY LLP

By: /s/ Michael A. Grisham
     Michael R. Mills, ABA# 8911074
     Michael A. Grisham, ABA# 9411104
     DORSEY & WHITNEY LLP
     1031 West Fourth Avenue, Suite 600
     Anchorage, AK 99501-5907
     (907) 276-4557

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 31, 2006, a true and correct copy of this document was served on:

- Mark C. Manning

by first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

    /s/ Michael A. Grisham
Michael A. Grisham

DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, AK 99501
(907) 276-4557

ENTRY OF APPEARANCE    FMI FOOD MARKETERS v. GLOBAL SEAFOOD
Page 2    Case No. 3:06-cv-00011 JWS

4840-1107-2768\1 3/31/2006 10:19 AM