Michael R. Mills, ABA# 8911074
Michael A. Grisham, ABA# 9411104
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

Attorneys for FMI Food Marketers International, Ltd.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FMI FOOD MARKETERS INTERNATIONAL, LTD.<br><br>                    Plaintiff<br>vs.<br><br>GLOBAL SEAFOODS NORTH AMERICA, LLC<br><br>                    Defendant | Case No. 3:06-CV-00011 JWS |

## NOTICE OF NON-COMPLIANCE

Plaintiff FMI Food Marketers International, Ltd., ("FMI") hereby notifies the Court that Defendant Global Seafoods North America, LLC, ("Global") has failed to comply with the requirements of Civil Rule 26, and with this Court's Scheduling and Planning Order. Despite written demand, and despite representations to FMI and the Court that it had done so, Global has failed to serve FMI with the Initial Disclosures required by the Civil Rules.

DATED this 1st day of May 2006, at Anchorage, Alaska.

DORSEY & WHITNEY LLP

By: /s/ Michael A. Grisham
    Michael R. Mills, ABA# 8911074
    Michael A. Grisham, ABA# 9411104
    DORSEY & WHITNEY LLP
    1031 West Fourth Avenue, Suite 600
    Anchorage, AK 99501-5907
    (907) 276-4557

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 1, 2006, a true and correct copy of this document was served on:

- Mark C. Manning

by first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

/s/ Michael A. Grisham
Michael A. Grisham

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

NOTICE OF NON-COMPLIANCE                    FMI FOOD MARKETERS v. GLOBAL SEAFOOD
Page 2                                      Case No. 3:06-cv-00011 JWS

4848-7785-9584\1 5/1/2006 4:38 PM