Mark C. Manning
Mark C. Manning, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska  99501
(907) 278-9794 Fax: 278-1169
manning@alaska.net
Counsel for Global Seafoods

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| FMI FOOD MARKETERS INTERNATIONAL, LTD, ) ) ) Plaintiff, ) ) v. ) ) GLOBAL SEAFOODS NORTH ) AMERICA, LLC ) ) Defendants. ) ) | No. 3:06-cv-00011 JWS |

**UNOPPOSED MOTION TO AMEND SCHEDULING AND PLANNING ORDER**

Defendant Global Seafoods moves for an order amending the scheduling and planning order to provide that the deadline to move to add parties or amend pleadings shall be shifted from May 15 to May 19, 2006.  Plaintiff does not oppose this motion.

DATED this 15th day of May, 2006, at Anchorage, Alaska.

                                              s/ Mark C. Manning
                                       MARK C.  MANNING, P.C.
                                       Counsel for Defendant
                                       431 West 7th Avenue, Ste. 204
                                       Anchorage, AK 99501
                                       Phone: (907) 278-9794
                                       Fax: (907) 278-1169
                                       manning@alaska.net
                                       ABA No. 8110066

CERTIFICATE OF SERVICE

I hereby certify that, on 5/15/06 to, a copy
of this Motion and Proposed order were served
electronically on
FMI Food Marketers International

   s/Mark C. Manning