Mark C. Manning
Mark C. Manning, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska  99501
(907) 278-9794 Fax: 278-1169
manning@alaska.net
Counsel for Global Seafoods

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| FMI FOOD MARKETERS INTERNATIONAL, LTD, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | |
| GLOBAL SEAFOODS NORTH AMERICA, LLC ) ) ) | |
| Defendants. ) _____ ) | No. 3:06-cv-00011 JWS |

**PROPOSED ORDER GRANTING UNOPPOSED MOTION
TO AMEND SCHEDULING AND PLANNING ORDER**

Upon review of Defendant's UNOPPOSED MOTION TO AMEND SCHEDULING AND PLANNING ORDER, and of the papers pertaining thereto, it is hereby

ORDERED that the scheduling and planning order is amended to provide that the deadline for motions to add parties or to amend pleadings shall be shifted from May 15 to May 19, 2006. .

DATED this _____ day of May, 2006.

_____
JOHN W.  SEDWICK
UNITED  STATES  DISTRICT  COURT  JUDGE