Mark C. Manning
Mark C. Manning, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska  99501
(907) 278-9794 Fax: 278-1169
manning@alaska.net
Counsel for Global Seafoods

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| FMI FOOD MARKETERS INTERNATIONAL, LTD, ) ) )   Plaintiff, ) ) v. ) ) GLOBAL SEAFOODS NORTH ) AMERICA, LLC ) )   Defendants. ) ) | No. 3:06-cv-00011 JWS |

**MEMORANDUM SUPPORTING UNOPPOSED MOTION TO
AMEND SCHEDULING AND PLANNING ORDER**

Defendant Global Seafoods has moved for an order amending the scheduling and planning order to provide that the deadline to move to add parties or amend pleadings shall be shifted from May 15 to May 19, 2006.  Counsel has conferred with Plaintiff's counsel about this change, and is authorized to represent that Plaintiff does not oppose this amendment.

DATED this 15th day of May, 2006, at Anchorage, Alaska.

    s/ Mark C. Manning
MARK C. MANNING, P.C.
Counsel for Defendant
431 West 7th Avenue, Ste. 204
Anchorage, AK 99501
Phone: (907) 278-9794
Fax: (907) 278-1169
manning@alaska.net
ABA No. 8110066

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on 5/15/06 to, a copy
of this Memorandum was served
electronically on
FMI Food Marketers International

   s/Mark C. Manning