Mark C. Manning
Mark C. Manning, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska  99501
(907) 278-9794 Fax: 278-1169
manning@alaska.net
Counsel for Global Seafoods

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| FMI FOOD MARKETERS INTERNATIONAL, LTD, <br><br> Plaintiff, <br><br> v. <br><br> GLOBAL SEAFOODS NORTH AMERICA, LLC <br><br> Defendants. | No. 3:06-cv-00011 JWS |

**MOTION TO AMEND ANSWER**

Defendant Global Seafoods moves for an order allowing it to amend its answer to add affirmative defenses and to state a counter-claim.  This motion is supported by the accompanying memorandum and attached amended pleading.

DATED this 19th day of May, 2006, at Anchorage, Alaska.

                                                                                   s/ Mark C. Manning
                                                         MARK C.  MANNING, P.C.
                                                         Counsel for Defendant
                                                         431 West 7th Avenue, Ste. 204
                                                         Anchorage, AK 99501
                                                         Phone: (907) 278-9794
                                                         Fax: (907) 278-1169
                                                         manning@alaska.net
                                                         ABA No. 8110066

CERTIFICATE OF SERVICE

I hereby certify that, on 5/19/06 to, a copy
of this Motion, Proposed order and
amended pleading were served
electronically on
FMI Food Marketers International

   s/Mark C. Manning