Mark C. Manning
Mark C. Manning, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska  99501
(907) 278-9794 Fax: 278-1169
manning@alaska.net
Counsel for Global Seafoods

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| FMI FOOD MARKETERS INTERNATIONAL, LTD, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| GLOBAL SEAFOODS NORTH AMERICA, LLC | ) ) ) |
| Defendants. | ) ) |

No. 3:06-cv-00011 JWS

**PROPOSED ORDER GRANTING MOTION
TO AMEND ANSWER**

Upon review of Defendant's MOTION TO AMEND ANSWER, and of the papers pertaining thereto, it is hereby

ORDERED that the motion if GRANTED.  Plaintiff shall file its answer to the counter-claim within 10 days of service.

DATED this _____ day of May, 2006.

_____
JOHN W.  SEDWICK
UNITED  STATES  DISTRICT  COURT  JUDGE