Mark C. Manning
Mark C. Manning, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska  99501
(907) 278-9794 Fax: 278-1169
manning@alaska.net
Counsel for Global Seafoods

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

| | |
|---|---|
| FMI FOOD MARKETERS INTERNATIONAL, LTD, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| GLOBAL SEAFOODS NORTH AMERICA, LLC | ) ) ) |
| Defendants. | ) ) ) |

No. 3:06-cv-00011 JWS

## MEMORANDUM SUPPORTING MOTION TO AMEND ANSWER

Defendant Global Seafoods has moved for an order to amend its answer to add affirmative defenses and to state a counter-claim.  This motion comes within the deadline for amending pleadings without cause.  The proposed revision of existing affirmative defense 7, addition of defenses 10 through 12, and the counter-claim pertain to transactions already at issue in this matter, and will not alter the nature of this action.  Adding these items at this time will not prejudice Plaintiff.

/

/

/

For the foregoing reasons, the court is respectfully requested to grant Global's motion.

DATED this 19th day of May, 2006, at Anchorage, Alaska.

       s/ Mark C. Manning
MARK C.  MANNING, P.C.
Counsel for Defendant
431 West 7th Avenue, Ste. 204
Anchorage, AK 99501
Phone: (907) 278-9794
Fax: (907) 278-1169
manning@alaska.net
ABA No. 8110066

CERTIFICATE OF SERVICE

I hereby certify that, on 5/15/06 to, a copy
of this Memorandum was served
electronically on
FMI Food Marketers International

  s/Mark C. Manning

*FMI v. Global Seafoods*
Case no. 3:06-cv-00011 JWS
Global's Motion to Amend    2