Mark C. Manning
Mark C. Manning, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska 99501
(907) 278-9794 Fax: 278-1169
manning@alaska.net
Counsel for Global Seafoods

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| FMI FOOD MARKETERS INTERNATIONAL, LTD, ) ) ) Plaintiff, ) ) v. ) ) GLOBAL SEAFOODS NORTH ) AMERICA, LLC ) ) Defendants. ) ) | No. 3:06-cv-00011 JWS |

**AMENDED CERTIFICATE OF SERVICE**

This is to certify that a copy of the Amended Answer and Counter-claim in this action was served electronically on Plaintiff on August 5, 2006, in conjunction with an electronic filing of the Amended Answer and Counter-claim on that date.

DATED this 7th day of August, 2006, at Anchorage, Alaska.

s/ Mark C. Manning
MARK C. MANNING, P.C.
Counsel for Defendant
431 West 7th Avenue, Ste. 204
Anchorage, AK 99501
Phone: (907) 278-9794
Fax: (907) 278-1169
manning@alaska.net
ABA No. 8110066

<u>oCERTIFICATE OF SERVICE</u>

I hereby certify that, on 8/7/06 to, a copy
of the above certificate wa served
electronically on
FMI Food Marketers International

   s/Mark C. Manning