Michael R. Mills, ABA# 8911074
Michael A. Grisham, ABA# 9411104
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

Attorneys for FMI Food Marketers International, Ltd.


UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


| | |
|---|---|
| FMI FOOD MARKETERS<br>INTERNATIONAL, LTD.<br><br>                          Plaintiff<br>vs.<br><br>GLOBAL SEAFOODS NORTH<br>AMERICA, LLC<br><br>                          Defendant | Case No. 3:06-CV-00011 JWS |

## ANSWER TO COUNTER-CLAIM

Plaintiff FMI Food Marketers International, Ltd. ("FMI"), hereby answers the Counter-claim asserted by Defendant Global Seafoods North America, LLC ("Global").

1.      Admitted.

2.      Admitted, based on information and belief.

3.      FMI admits, as set forth in FMI's Complaint in this matter, that there was a contract between FMI and Global for the purchase of pink salmon in 2005, and that such contract had specific terms regarding payment pursuant to a letter of credit.  FMI further avers that such contract speaks for itself.  Any allegations not specifically addressed herein are denied.

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

4.      With respect to Global's averments regarding letters of credit, shipment and receipt of goods, rejection of goods, storage and re-sale costs, and re-sale damages, FMI incorporates by reference the provisions of its Complaint and incorporates herein the factual averments set forth in the Complaint.  FMI lacks information sufficient to form a belief as to the meaning of the phrase "agreeable letters of credit" and as to what "transactions" Global believes FMI failed to "execute," and so denies Global's allegations regarding those issues.  FMI specifically denies: that it failed to meet any contractual obligation regarding payment to Global; that it failed to meet any contractual obligation regarding shipment or receipt of goods; that it wrongfully rejected goods; and that it in any way caused Global to suffer economic or other damages.  Any assertion in Paragraph 4 of the Counter-claim not specifically addressed herein is denied.

5.      Any averment or allegation in the Counter-claim not specifically addressed above is hereby denied.

6.      FMI denies Global's right to the relief requested in its Counter-claim.

<u>AFFIRMATIVE DEFENSES</u>

1.      Global failed to mitigate its damages.

2.      Global's claims are barred in whole or in part under the doctrine of waiver and estoppel.

3.      Global's claims are barred in whole or in part under the doctrine of unclean hands.

4.      Global's claims are barred in whole or in part due to Global's own fraud and/or misrepresentations.

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

5.      Global's damages, if any, are due to its own failures to meet the quality provisions of its contracts.

6.      Global's damages, if any, are due to its own failures to meet the requirements of the applicable letters of credit.

7.      Global's damages, if any, are due to its own failures to allow timely inspection of goods.

8.      Global's damages, if any, are due to its own breaches of its contract with FMI.

WHEREFORE FMI prays for the following relief:

1.      That the Counter-claim be dismissed with prejudice and that judgment be entered against Global and in favor of FMI;

2.      that FMI be awarded its costs and fees incurred in defense against the Counter-claim; and

3.      that FMI be awarded any other relief that the Court deems just and appropriate.

DATED this 22nd day of August 2006, at Anchorage, Alaska.

DORSEY & WHITNEY LLP

By:   /s/ Michael A. Grisham
        Michael R. Mills, ABA# 8911074
        Michael A. Grisham, ABA# 9411104
        DORSEY & WHITNEY LLP
        1031 West Fourth Avenue, Suite 600
        Anchorage, AK 99501-5907
        (907) 276-4557

*FMI Food Marketers v. Global Seafoods*
Case No. 3:06-cv-00011 JWS

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 22, 2006, a true and correct copy of this document was served on:

- Mark C. Manning


by first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

/s/ Michael A. Grisham
Michael A. Grisham

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

ANSWER TO COUNTER-CLAIM
Page 4 of 4

*FMI Food Marketers v. Global Seafoods*
Case No. 3:06-cv-00011 JWS

4838-9037-2353\1 8/22/2006 10:19 AM