Mark C. Manning
MARK C. MANNING, P.C.
431 West 7th Avenue, Ste. 204
Anchorage, AK  99501
Phone: (907) 278-9794  Fax: 278-1169
Counsel for Global Seafoods

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| FMI FOOD MARKETERS INTERNATIONAL, LTD, <br><br> Plaintiff, <br><br> v. <br><br> GLOBAL SEAFOODS NORTH AMERICA, LLC <br><br> Defendants. | No. 3:06-cv-00011 JWS |

## STIPULATION

The parties stipulate and agree that final witness lists may be filed on or before September 15, 2006.

DATED this 8th day of September 2006, at Anchorage, Alaska.

                                            s/ Mark C. Manning
                                        MARK C. MANNING, P.C.
                                        Counsel for Defendant
                                        431 West 7th Avenue, Ste. 204
                                        Anchorage, AK 99501
                                        Phone: (907) 278-9794
                                        Fax: (907) 278-1169
                                        manning@alaska.net
                                        ABA No. 8110066

    s/Michael R. Mills (consent)
MICHAEL R. MILLS
Counsel for Plaintiff
DORSEY & WHITNEY LLP
1031 West 4th Avenue, Ste. 600
Anchorage, AK 99501-5907
Phone: (907) 276-4557
Fax: (907) 276-4152
mills.michael@dorsey.com
ABA No. 8911074