IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | | |
|---|---|---|
| FMI FOOD MARKETERS INTERNATIONAL, LTD, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| GLOBAL SEAFOODS NORTH AMERICA, LLC | ) ) ) | |
| Defendants. | ) ) ) | No. 3:06-cv-00011 JWS |

**PROPOSED ORDER**

Pursuant to stipulation of the parties, final witness lists may be filed on or before September 15, 2006.

‾‾‾‾‾

_____          _____

DATE                                              JOHN W.  SEDWICK
                                                      U.S. DISTRICT COURT JUDGE

*FMI v.  Global Seafoods*
Case no.  3:06- cv- 00011 (JWS)