IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| FMI FOOD MARKETERS INTERNATIONAL, LTD, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | |
| GLOBAL SEAFOODS NORTH AMERICA, LLC ) ) ) | |
| Defendants. ) ) | No. 3:06-cv-00011 JWS |

**PROPOSED ORDER**

Pursuant to stipulation of the parties, final witness lists may be filed on or before September 15, 2006.


DATE: 9/13/2006  
/s/  
JOHN W. SEDWICK  
U.S. DISTRICT COURT JUDGE


*FMI v. Global Seafoods*  
Case no. 3:06- cv- 00011 (JWS)