Mark C. Manning
Mark C. Manning, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska  99501
(907) 278-9794 Fax: 278-1169
Counsel for Global Seafoods

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | | |
|---|---|---|
| FMI FOOD MARKETERS INTERNATIONAL, LTD, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| GLOBAL SEAFOODS NORTH AMERICA, LLC | ) ) ) | |
| Defendants. | ) ) | Case No.  3:06- cv-00011 JWS |

**DEFENDANT'S FINAL WITNESS LIST**

1. Harry Guenther
   FMI Food Marketers International, Ltd.
   c/o Dorsey & Whitney LLP
   1031 West 4th Ave, Ste 600
   Anchorage, AK 99501

2. Thomas Hennessey
   Global Seafoods North America LLC
   c/o Mark C. Manning, PC
   431 West 7th Ave, Ste 204
   Anchorage, AK 99501

3. Bent Holme
   FMI Food Marketers International, Ltd.
   c/o Dorsey & Whitney LLP
   1031 West 4th Ave, Ste 600
   Anchorage, AK 99501

4. Sam Lim
   President
   Sang Jin Trading Company
   Seoul, South Korea

5. Sergey Morozov
   Global Seafoods North America LLC
   c/o Mark C. Manning, PC

6. Oleg Nikitenko
   Global Seafoods North America LLC
   c/o Mark C. Manning, PC

7. James Portillo
   Global Seafoods North America LLC
   c/o Mark C. Manning, PC

8. Ellen Thompson
   ETS Cargo
   10655 N.E. Street, Ste. 400
   Bellevue, WA
   (425) 467-1804

9. George Wilson
   FMI Food Marketers International, Ltd.
   c/o Dorsey & Whitney LLP
   1031 West 4th Ave, Ste 600
   Anchorage, AK 99501

10. Fujun Zhang
    China
    arctic6252@yahoo.com

11. Kevin Chae
    Young Ocean, Inc.
    11810 NE 8th St., Ste. H
    Bellevue, WA  98005
    (425) 709-3130

12. Sergey Morozovskey
    Dell Trading, LLC
    942 Windemere Dr. N.W.
    Salem, OR
    +38 048 738 0042

13. Chai Tai Ung
    T.M.C. Trading Co.
    8948 Knott Avenue
    Buena Park, CA  90620
    1 714 952 3850

14. Sergey Nosach
    Fastgrade, LLP dba "Octopus"
    90 C Bury Old Road
    Manchester, M8 5BW
    England
    + 7 4012  709 210

15. Cheslav Poplavski
    TCHUP "Baltoexpress"
    21-35, Uruchskaja Str/
    Minsk, Belarus
    +375 17 286 6682

16. Olga Maroussina
    Evimare Fish
    1e Industriewarsstraat 3
    1976 DD IJmuiden
    The Netherlands
    +31 255 51 55 14

17. Maricar Mangampo
    C/o Mark C. Manning, P.C.

18. Sylvia Aki
    C/o Mark C. Manning, P.C.

19. Arlyn Doctolero
    C/o Mark C. Manning, P.C.

20. Ricardo Medina
    C/o Mark C. Manning, P.C.

21. Reynaldo dela Cruz
    C/o Mark C. Manning, P.C.

22. Agapito Tuazon
    C/o Mark C. Manning, P.C.

23. Ricardo Caldejon
    C/o Mark C. Manning, P.C.

24. Ray Aganoy
    C/o Mark C. Manning, P.C.

25. Cristian Penamora
    312 Pine Crescent St.
    Kodiak, AK
    (no longer Global employee- may be in Anchorage area)


DATED this 15th day of September, 2006, at Anchorage, Alaska.

      s/ Mark C. Manning
MARK C. MANNING, P.C.
Counsel for Global Seafoods
431 West 7th Avenue, Ste. 204
Anchorage, AK 99501
Phone: (907) 278-9794
Fax: (907) 278-1169
manning@alaska.net
ABA No. 8110066

CERTIFICATE OF SERVICE

I hereby certify that on 9/15 /06,
a copy of this document was
served electronically on FMI Food Marketers.

   s/Mark C. Manning