

MICHAEL A. GRISHAM
(907) 257-7829
grisham.michael@dorsey.com

August 24, 2006

**VIA FACSIMILE (278-1169) AND FIRST-CLASS MAIL**

Mark Manning
Mark C. Manning, P.C.
431 West 7th Avenue, Suite 204
Anchorage, Alaska 99501

    Re:   *FMI Food Marketers Int'l v. Global Seafoods North America LLC*
            Discovery Issues

Dear Mark:

    I write regarding the continuing inadequacies of Global's discovery responses. Your letters invited FMI to review documents in Global's Kodiak and Bellevue locations. FMI plans to review documents at these locations, and would like to know if there are any time and date limitations on their ability to review such documents. Your letters also indicated that additional documents would be forthcoming, yet none have been received. Also, despite the partial production of documents you have made, we still lack any responses to the interrogatories, and you have not identified which documents are responsive to which requests for production. Unless you produce the additional documents you have promised and provide complete responses to FMI's interrogatories by Monday, August 28, FMI will be forced to file its motion to compel.

Sincerely,

Michael A. Grisham

cc:    Mike Mills
         Harry Guenther
         Bent Holme
         George Wilson

Exhibit ___
Page ___ of ___

DORSEY & WHITNEY LLP • WWW.DORSEY.COM • T 907.276.4557 • F 907.276.4152
1031 WEST FOURTH AVENUE • SUITE 600 • ANCHORAGE, ALASKA 99501-5907
4818-5626-6241\1\479114\00001                                USA  CANADA  EUROPE  ASIA