

MICHAEL A. GRISHAM
(907) 257-7829
grisham.michael@dorsey.com

August 29, 2006

**VIA FACSIMILE (278-1169) AND FIRST-CLASS MAIL**

Mark Manning
Mark C. Manning, P.C.
431 West 7th Avenue, Suite 204
Anchorage, Alaska 99501

    Re:   *FMI Food Marketers Int'l v. Global Seafoods North America LLC*
            Discovery Issues

Dear Mark:

    I contacted your office today to discuss: (1) making arrangements for Mike Mills or me to visit Global's offices in Seattle and Kodiak to review documents, (2) when the additional documents you mentioned were in Anchorage would be sent to our office, and (3) when FMI can expect answers to its interrogatories (which were due nearly two months ago). Although I left a message, my experience has been that I am more likely to receive a response to written communications.

    Regarding items 1 and 2, please contact me at your earliest convenience to make arrangements on these issues.

    Regarding item 3, FMI has no wish to litigate unnecessary discovery motions, but the present situation is, as I'm sure you understand, unacceptable. Please contact me or Mike Mills immediately if you wish to avoid this unnecessary motion practice.

Sincerely,

Michael A. Grisham

cc:   Mike Mills
       Harry Guenther
       Bent Holme
       George Wilson

Exhibit 5
Page 1 of 1