

MICHAEL R. MILLS
mills.mike@dorsey.com

September 1, 2006

**VIA FACSIMILE (278-1169) AND FIRST-CLASS MAIL**

Mark Manning
Mark C. Manning, P.C.
431 West 7th Avenue, Suite 204
Anchorage, Alaska 99501

    Re:    *FMI Food Marketers Int'l v. Global Seafoods North America LLC*
              Discovery Issues

Dear Mark:

FMI is willing to hold off on filing its motion to compel under the following conditions:

1. Global Seafoods delivers draft interrogatory responses to FMI no later than September 7, 2006.

2. Global Seafoods agrees to make all documents responsive to outstanding production requests propounded by FMI and any documents referenced in Global Seafoods' initial disclosures, including documents previously identified to be located in Kodiak, available for inspection at Global Seafoods' offices (or a designated location) in Bellevue, Washington, on September 13, 2006.

3. Global Seafoods delivers final responses to the outstanding interrogatories no later than September 15, 2006.

    I understand that these terms are acceptable to Global Seafoods. In reliance on these conditions, I am making travel plans to be in Seattle on September 13, 2006 and a client representative from FMI will make plans to come down from Vancouver to assist in document review. Thank you for your assistance in moving this matter forward.

Sincerely,

Michael R. Mills

cc:    Harry Guenther
        Bent Holme
        George Wilson
        Michael Grisham

DORSEY & WHITNEY LLP • WWW.DORSEY.COM • T 907.276.4557 • F 907.276.4152
1031 WEST FOURTH AVENUE • SUITE 600 • ANCHORAGE, ALASKA 99501-5907
USA   CANADA

4820-4442-0609\1\479114\00001

Exhibit 6
Page 1 of 1