Mark C. Manning
Mark C. Manning, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska 99501
(907) 278-9794 Fax: 278-1169
Counsel for Global Seafoods

**HAND DELIVERED**

OCT 3 0 2006

DORSEY & WHITNEY L.L.P.
ANCHORAGE
at 4:28 PM

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| FMI FOOD MARKETERS INTERNATIONAL, LTD, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| GLOBAL SEAFOODS NORTH AMERICA, LLC | ) ) ) ) |
| Defendants. | ) ) |

**DOCKETED**

No. 3:06-cv-00011 JWS

GLOBAL SEAFOOD'S OBJECTIONS TO SECOND SET OF INTERROGATORIES

INTERROGATORY NO. 14: Describe in detail each and every action taken by Global to ensure that FMI received pink salmon of the quality mandated by the Global Contract. Your answer should include, without limitation, a specific description of all of Global's quality control practices and procedures, a specific description of the steps taken to implement such practices and procedures in the 2005 season, and the identity of the individuals responsible for managing and implementing these practices and procedures.

RESPONSE: Global objects to this interrogatory because it elicits extensive detailed material that is intended by the discovery rules to be discovered by means of deposition of witnesses under Rule 30. To require Global to develop this information in lieu of depositions of Global employees would be an unduly burdensome departure from the discovery methodology contemplated by the discovery rules.

INTERROGATORY NO. 15: Describe in detail the amount of grades #1, 2, and 3 of pink salmon processed by Global in the 2005 season, expressed both as a gross weight and as a percentage of all pink salmon processed by Global that season.

RESPONSE: Objection- the request is vague, ambiguous and unanswerable for lack

of a definition of "grade" and for lack of clarity as to whether FMI intends to refer to grade of round salmon before processing or of the salmon after processing.

DATED this 29th day of October, 2006, at Anchorage, Alaska.

MARK C. MANNING, P.C.

By: _/s/ Mark C. Manning_
Mark C. Manning
Counsel for Defendant

CERTIFICATE OF SERVICE

I hereby certify that, on 10/_30_/06 to, a copy of this document was served by ~~mail~~/hand on

Michael R. Mills, Esq.
Michael A. Grisham, Esq.
DORSEY & WHITNEY
1031 West 4th Avenue, Ste. 600
Anchorage, AK 99501

_/s/ Meredith Matton_

2