**Hanlon-Dehner, Michelle**

| | |
|---|---|
| From: | Grisham, Michael |
| Sent: | Wednesday, November 01, 2006 3:57 PM |
| To: | Hanlon-Dehner, Michelle |
| Subject: | FW: FMI |

please print & file

-----Original Message-----
From: Mark Manning [mailto:manning@alaska.net]
Sent: Wednesday, November 01, 2006 8:12 AM
To: Grisham, Michael
Subject: FMI


Mike-

This will reply to your letter of yesterday.

The objections you received were left behind for my secretary to post when I departed for this week's arbitration in Seattle, in case I experienced difficulty in preparing and serving substantive responses.  Timely Rule 36 responses were served, of course.  In addition, timely Rule 34 responses were served by mail here in Seattle Monday.  I need a bit more time to gather information for a substantive response to rog 14, but don't anticipate a problem with serving a response by Friday.

Mark

1