Michael R. Mills, ABA# 8911074
Michael A. Grisham, ABA# 9411104
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

Attorneys for FMI Food Marketers International, Ltd.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FMI FOOD MARKETERS INTERNATIONAL, LTD.<br><br>                      Plaintiff<br><br>vs.<br><br>GLOBAL SEAFOODS NORTH AMERICA, LLC<br><br>                  Defendant | **DOCKETED**<br><br><br>Case No. 3:06-CV-00011 JWS |

### PLAINTIFF'S SECOND SET OF DISCOVERY REQUESTS

Plaintiff FMI Food Marketers International, Ltd., ("FMI") hereby submits the following Requests for Admission, Requests for Production, and Interrogatories to Defendant Global Seafoods North America, LLC ("Global"). FMI notes that Global was tardy in producing documents pursuant to FMI's First Discovery Requests (most of which were received shortly before the deadline to serve discovery), and reserves the right to request additional discovery brought to light by Global's tardy responses.

These discovery requests are governed by the Federal Rules of Civil Procedure and the following definitions and instructions.

*DORSEY & WHITNEY LLP*
*1031 West 4th Avenue,*
*Suite 600*
*Anchorage, AK 99501*
*(907) 276-4557*

# I.     GENERAL DEFINITIONS

A.     The word "person" refers to and includes any natural person, firm, association, partnership, joint venture, corporation, company, estate, trust, receiver, syndicate, proprietorship, and municipal or other governmental corporation or agency, including groups and combinations of the same acting as a unit.

B.     The term "document" as used herein refers to and includes any and all manner of written, typed, printed, reproduced, or filmed material recorded in any physical, magnetic, or electronic format, pertaining to, describing, referring to, addressing, summarizing, or relating to, directly or indirectly, in whole or in part, the subject matter or the particular subject of inquiry, which "document" is in your possession, custody, or control or the possession, custody, or control of your agent, servant, or employee, including, without limitation, the following: agreements, contracts, proposals, bids, memoranda, orders, drafts, letters, e-mails, telexes, telegrams, billings, receipts, invoices, drawings, plans, notes, log books, diaries, reports, surveys, messages, summaries, or any other writings or tangible things on which any handwriting, typing, printing, photostatic, or other form of communication may be recorded or reproduced, as well as all notations on the foregoing, including originals, all file copies, and all other copies of the foregoing, together with all drafts or notes (whether typed, handwritten, or otherwise) made or prepared in connection with such documents, whether used or not.

C.     The term "describe" and/or "describe in full detail" means to fully, faithfully, and accurately set forth every fact and circumstance, including omissions, which in any way relates to a matter of inquiry.

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

D.     The terms "you" and "your" refer to each and every party to whom this discovery is propounded and all persons and entities acting for them, including employees, officers, agents, family members, independent contractors, and other persons and entities under the control of Global Seafoods North America, LLC, in any professional, personal, or business capacity, or under the control of any business entity owned or controlled by Global.

E.     The phrase "describe with particularity" means to set out every aspect of every fact, circumstance, act, omission, or course of conduct known to the party to whom these requests are directed and relating in any way to the matter inquired about, including, without limitation, the date and place thereof, the identity of each person present thereat, connected therewith, or who has knowledge thereof, the identity of all writings relevant thereto, and if anything was said by any person, and if the oral statement, in whole or in part, constituted or was contained or reported, summarized, or referred to in any writing, the identity of each such writing.

F.     The phrase "Global Contract" is accorded the same definition as found in Paragraphs 6 and 7 of FMI's Complaint.

## II.    INSTRUCTIONS WITH RESPECT TO INTERROGATORIES

A.     Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, you are hereby requested and required, within thirty (30) days after service of these interrogatories, to serve upon Dorsey & Whitney LLP answers or objections to the interrogatories propounded in the manner, substance, and form provided for in Civil Rules 26 and 33.

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

PLAINTIFF'S SECOND DISCOVERY
REQUESTS

*FMI Food Marketers, Int'l v. Global Seafoods*

Case No. 3:06-cv-00011 JWS

14

3 of 12

B.    If you are unable to answer any interrogatory completely, please so state and answer to the extent possible, setting forth the reasons for your inability to answer more fully, and state whatever knowledge or information you do in fact have concerning the unanswered portion(s).

C.    Whenever you are asked the identity of or to identify a person, and whenever an answer to an interrogatory contains a reference to a person, please state with respect to each such person:

    1.    his or her name and current residence address;

    2.    his or her current business affiliation and titles;

    3.    his or her current business address or, if that is unknown, his last known business address; and

    4.    the business affiliation, business address, and the current title of such person with respect to the business, organization, or entity with which he or she was associated and the capacity in which he or she acted in connection with the subject matter of this interrogatory.

D.    Whenever you are asked the identity of or to identify a document, and whenever you refer to a document, or whenever the answer to an interrogatory contains a reference to a document, please append a copy of the document to your answers to these interrogatories if you will do so without a separately filed request for production.  If you are unwilling to do so, with respect to each document, please state the following:

    1.    its nature (e.g., letter, memorandum, photograph, etc.);

    2.    its title or designation;

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

PLAINTIFF'S SECOND DISCOVERY
REQUESTS

*FMI Food Marketers, Int'l v. Global Seafoods*

Case No. 3:06-cv-00011 JWS

14

Page 4 of 12

3.      the date it bears;

4.      the name, title, business affiliation, and business address of the person preparing it and the person executing it;

5.      a statement of the subject and substance of the document;

6.      a precise description of the place where such document is presently kept, including:

      a.      the title or the description of the file in which such document would be found, and

      b.      the exact location of such file;

7.      the name, title, business affiliation, and business address of each person who presently has custody of such document; and

8.      whether you claim any privilege as to such document and, if so, a precise statement of the facts upon which said claim of privilege is based.

## III.    INSTRUCTIONS WITH RESPECT TO REQUESTS FOR PRODUCTION

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, you are requested to permit Dorsey & Whitney LLP, or someone acting on its behalf, to inspect and copy the documents and things specified herein at the offices of Dorsey & Whitney LLP, 1031 West 4th Avenue, Suite 600, Anchorage, Alaska 99501, or such other place as Dorsey & Whitney LLP may agree, on or before the thirtieth (30th) day after service of these requests. These requests are directed at original documents, if originals exist, unless Dorsey & Whitney LLP agrees that true, complete and completely legible copies are acceptable. Any agreement to accept copies in lieu of original documents shall not

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557



operate to waive Dorsey & Whitney LLP's right to require production of original documents if copies provided are not satisfactory to Dorsey & Whitney LLP.

## IV.    INSTRUCTIONS WITH RESPECT TO REQUESTS FOR ADMISSION

Pursuant to Rules 26 and 36 of the Federal Rules of Civil Procedure, you are hereby requested and required, within thirty (30) days after service of this request, to serve upon Dorsey & Whitney LLP answers or objections to the requests for admission propounded herein, in the manner, substance, and form provided for in Civil Rule 36.

## V.    DUTY TO SUPPLEMENT RESPONSES

The following discovery requests are governed by the Federal Rules of Civil Procedure and these Instructions. Civil Rule 26(e) imposes upon you an affirmative duty to supplement any of your responses to the following discovery requests in the event that you should subsequently discover that any of your responses are incorrect, incomplete, misleading, or no longer correct, or in the event you acquire access to any documents, things, or information prior to the time of the trial that would make any of your initial answers to any of these discovery requests incorrect, misleading, or incomplete in light of such additional documents, things, or information.

## VI.    DISCOVERY REQUESTS

### REQUESTS FOR ADMISSION

REQUEST FOR ADMISSION NO. 42

Admit that Global did not grade the pink salmon processed pink salmon in its Kodiak plant in 2005.

RESPONSE:

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

PLAINTIFF'S SECOND DISCOVERY
REQUESTS

*FMI Food Marketers, Int'l v. Global Seafoods*

Case No. 3:06-cv-00011 JWS

REQUEST FOR ADMISSION NO. 43

Admit that the market price for #1 grade pink salmon was rising during the fall of 2005.

RESPONSE:

# INTERROGATORIES

INTERROGATORY NO. 14

Describe in detail each and every action taken by Global to ensure that FMI received pink salmon of the quality mandated by the Global Contract. Your answer should include, without limitation, a specific description of all of Global's quality control practices and procedures, a specific description of the steps taken to implement such practices and procedures in the 2005 season, and the identity of the individuals responsible for managing and implementing these practices and procedures.

RESPONSE:

INTERROGATORY NO. 15

Describe in detail the amount of grades #1, 2, and 3 of pink salmon processed by Global in the 2005 season, expressed both as a gross weight and as a percentage of all pink salmon processed by Global that season.

RESPONSE:

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

PLAINTIFF'S SECOND DISCOVERY
REQUESTS

*FMI Food Marketers, Int'l v. Global Seafoods*

Case No. 3:06-cv-00011 JWS

14
7 of 12

## INTERROGATORY NO. 16

Describe in detail Global's contractual commitments to its other pink salmon customers for the 2005 season, including but not limited to a description of the grade of pink salmon the customer requested, the amount of each grade of pink salmon Global was obligated to produce under such contracts, the amount of salmon actually produced under such contracts, and the price received.

RESPONSE:

## INTERROGATORY NO. 17

Describe in detail each and every claim, credit, or return made or demanded by any Global customer or dealt with by Global that was related to pink salmon produced by Global in 2005.

RESPONSE:

## INTERROGATORY NO. 18

Describe in detail any item codes (or any other internal record-keeping classification) used by Global with respect to headed and gutted pink salmon of grades 1, 2, and 3, and with respect to filleted pink salmon of grades 1, 2, and 3.

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

RESPONSE:

INTERROGATORY NO. 19

Describe in detail any and all post-fillet down grades of pink salmon that were made by Global with respect to pink salmon processed by Global in 2005, including without limitation .

RESPONSE:

Any unsold pinks?

## REQUESTS FOR PRODUCTION

REQUEST FOR PRODUCTION NO. 24

Produce all "boat delivery inspection and grading logs" (as described in Global's July, 2006 FDA report) for the period between July 2, 2005, and September 28, 2005.

RESPONSE:

REQUEST FOR PRODUCTION NO. 25

Produce a copy of Global's HACCP plan in effect for the 2005 season.

*FMI Food Marketers, Int'l v. Global Seafoods*

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

RESPONSE:


## REQUEST FOR PRODUCTION NO. 26

Produce all documents related to Global's efforts to mitigate its purported

damages in this case.[1]

RESPONSE:


## REQUEST FOR PRODUCTION NO. 27

Produce all e-mails, notes of telephone calls, and any other documents related to

Global's communications with the individual who created the document produced by

Global at Bates # 364-371, between July 2005 and the present.[2]

RESPONSE:


## REQUEST FOR PRODUCTION NO. 28

Produce all e-mails, notes of telephone calls, and any other documents related to

Global's communications its customers for pink salmon in 2005.[3]

---

[1] FMI believes that its previous discovery requests cover these issues, but makes this request explicit in order to avoid any argument that such documents have not been requested.
[2] FMI believes that its previous discovery requests cover these issues, but makes this request explicit in order to avoid any argument that such documents have not been requested.
[3] FMI believes that its previous discovery requests cover these issues, but makes this request explicit in order to avoid any argument that such documents have not been requested.

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

PLAINTIFF'S SECOND DISCOVERY                    *FMI Food Marketers, Int'l v. Global Seafoods*
REQUESTS

Case No. 3:06-cv-00011 JWS

14
10 of 12

RESPONSE:


REQUEST FOR PRODUCTION NO. 29

Produce all e-mails, notes of telephone calls, and any other documents related to communications among Global's officers, directors, or employees concerning any issue raised in FMI's Complaint.[4]

RESPONSE:


REQUEST FOR PRODUCTION NO. 30

Produce all sales records for pink salmon processed by Global in 2005.[5]

RESPONSE:


REQUEST FOR PRODUCTION NO. 31

Produce all fish tickets and any other records of the amounts of pink salmon processed by Global in 2005.[6]

RESPONSE:

---

[4] FMI believes that its previous discovery requests cover these issues, but makes this request explicit in order to avoid any argument that such documents have not been requested.
[5] FMI believes that its previous discovery requests cover these issues, but makes this request explicit in order to avoid any argument that such documents have not been requested.
[6] FMI believes that its previous discovery requests cover these issues, but makes this request explicit in order to avoid any argument that such documents have not been requested.

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

REQUEST FOR PRODUCTION NO. 32

Produce all documents related to your response to Interrogatories 14, 15, 16, 17, 18, and 19, and to Requests for Admission 42, and 43.

RESPONSE:

DATED this 27th day of September, 2006, at Anchorage, Alaska.

DORSEY & WHITNEY LLP

By: /s/Michael A. Grisham
Michael R. Mills, ABA# 8911074
Michael A. Grisham, ABA# 9411104
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 27, 2006, a true and correct copy of this document was served on by facsimile and mail:

Mark C. Manning
431 West 7th Avenue, Suite 204
Anchorage, AK 99501

by first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

_____/s/ Michael A. Grisham_____
Michael A. Grisham

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

PLAINTIFF'S SECOND DISCOVERY REQUESTS

*FMI Food Marketers, Int'l v. Global Seafoods*

Case No. 3:06-cv-00011 JWS

14
12 of 12