

**DORSEY & WHITNEY LLP**

MICHAEL A. GRISHAM
(907) 257-7829
FAX (907) 276-4152
grisham.michael@dorsey.com

April 3, 2006

**VIA FACSIMILE ONLY**

Mark Manning
Mark C. Manning PC
431 West 7th Avenue, Suite 204
Anchorage, Alaska  99501

      Re:    <u>FMI Food Marketers Int'l v. Global Seafoods North America LLC</u>

Dear Mark:

    Although we have received your Preliminary Witness List, we have not yet received any Rule 26 Initial Disclosures from Global Seafoods in the above-referenced litigation. Please forward your Initial Disclosures at your earliest convenience.

Sincerely,

Michael A. Grisham

Exhibit 15
Page 1 of 2



MICHAEL A. GRISHAM
(907) 257-7829
grisham.michael@dorsey.com

May 16, 2006

**VIA FACSIMILE (278-1169) AND FIRST-CLASS MAIL**

Mark Manning
Mark C. Manning, P.C.
431 West 7th Avenue, Suite 204
Anchorage, Alaska 99501

    Re:    *FMI Food Marketers Int'l v. Global Seafoods North America LLC*

Dear Mark:

    Thank you for sending your initial disclosures. In your disclosures, you noted that some documents were in Anchorage, and seemed to indicate that some were in Kodiak. We would like to obtain these documents as soon as possible. Please contact me with a more complete description of the documents - most importantly, how many there are, so that we can determine whether an attorney needs to review them or whether they can simply be sent out to be copied, and where they are located.

    Thanks for your prompt assistance with this matter.

                      Sincerely,

                      Michael A. Grisham

cc:    Mike Mills
        Harry Guenther
        Bent Holme
        George Wilson

Exhibit 15
Page 2 of 2

DORSEY & WHITNEY LLP • WWW.DORSEY.COM • T 907.276.4557 • F 907.276.4152
1031 WEST FOURTH AVENUE • SUITE 600 • ANCHORAGE, ALASKA 99501-5907

4848-3624-7297\1\479114\00001                        USA  CANADA  EUROPE  ASIA