
**DORSEY**
DORSEY & WHITNEY LLP

MICHAEL A. GRISHAM
(907) 257-7829
grisham.michael@dorsey.com

July 20, 2006

**<u>VIA FACSIMILE (278-1169) AND FIRST-CLASS MAIL</u>**

Mark Manning
Mark C. Manning, P.C.
431 West 7th Avenue, Suite 204
Anchorage, Alaska  99501

  Re: *FMI Food Marketers Int'l v. Global Seafoods North America LLC*

Dear Mark:

  I have called your office twice now and left messages regarding your discovery responses, without receiving the courtesy of a response.  It appears as though we will be communicating by mail.

  FMI has a number of issues with Global's discovery responses, which I will elaborate in future correspondence.  This letter concerns your responses to FMI's document requests.  You provided no actual documents (the few papers attached to your pleading were copies of documents we had previously sent you), and asserted voluminous objections.  One of these was an objection to "producing the documents requested at any location other than the location or locations at which they are maintained or stored in the ordinary course of business."

  This is, of course, utterly non-responsive, and falls far short of your responsibilities in answering FMI's discovery.  FMI is entitled to answers that inform us whether responsive documents exist, that identify any such documents, and that provide for their inspection, wherever they may be located.

  Please inform me at your earliest convenience whether Global intends to provide for the inspection and copying of documents as required by Civil Rule 34.

      Sincerely,

      Michael A. Grisham

cc: Mike Mills
  Harry Guenther

Exhibit _____16_____

Page ___1___ of ___1___

DORSEY & WHITNEY LLP • WWW.DORSEY.COM • **T** 907.276.4557 • **F** 907.276.4152
1031 WEST FOURTH AVENUE • SUITE 600 • ANCHORAGE, ALASKA 99501-5907
USA  CANADA  EUROPE  ASIA