Michael R. Mills, ABA# 8911074
Michael A. Grisham, ABA# 9411104
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

Attorneys for FMI Food Marketers International, Ltd.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FMI FOOD MARKETERS INTERNATIONAL, LTD.<br><br>　　　　　　　　Plaintiff<br><br>vs.<br><br>GLOBAL SEAFOODS NORTH AMERICA, LLC<br><br>　　　　　　　　Defendant | Case No. 3:06-CV-00011 JWS |

### **(PROPOSED) ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL**

　　　　Having reviewed the subject Motion to Compel filed by Plaintiff FMI Food Marketers International, and any opposition thereto, said motion is hereby GRANTED. Defendant is to provide full and complete responses to all of Plaintiff's Interrogatories within ___ days of service of this Order. Defendant is also to report to the Court within ___ days of service of this Order regarding its efforts to determine whether electronic documents purportedly destroyed can be retrieved, and to produce any such documents that have been retrieved. Defendant is also ORDERED to pay Plaintiff's reasonable costs and fees incurred in bringing this motion. Plaintiffs shall file a fee and cost bill with the Court within ___ days of service of this Order.

DATED this _____ day of November, 2006, at Anchorage, Alaska.

By:_____
United States District Court Judge

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 22, 2006, a true and correct copy of this document was served on:

Mark C. Manning
431 West 7th Avenue, Suite 204
Anchorage, AK 99501

by first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

/s/ Michael R. Mills
Michael R. Mills

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

(PROPOSED) ORDER GRANTING                    *FMI Food Marketers, Int'l v. Global Seafoods*
MOTION TO COMPEL.

Page 2                                                                Case No. 3:06-cv-00011 JWS