Michael R. Mills, ABA# 8911074
Michael A. Grisham, ABA# 9411104
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

Attorneys for FMI Food Marketers International, Ltd.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FMI FOOD MARKETERS INTERNATIONAL, LTD.<br><br>               Plaintiff<br>vs.<br><br>GLOBAL SEAFOODS NORTH AMERICA, LLC<br><br>               Defendant | Case No. 3:06-CV-00011 JWS |

### AFFIDAVIT OF MICHAEL A. GRISHAM IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL

STATE OF ALASKA           )
                          ) ss.
THIRD JUDICIAL DISTRICT   )

I, Michael A. Grisham, being first duly sworn, hereby depose and state:

1.  I am an attorney duly licensed to practice before this Court, am fully competent to address the issues raised herein, and make this affidavit of personal knowledge.

2.  I have reviewed the Plaintiff's Motion to Compel and affirm that the statements and factual averments therein are true and correct to the best of my knowledge.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Michael A. Grisham

SUBSCRIBED AND SWORN to before me this 22nd day of November, 2006.



_____
Notary Public in and for Alaska
My Commission Expires: 11-22-06

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 22, 2006, a true and correct copy of this document was served on:

Mark C. Manning
431 West 7th Avenue, Suite 204
Anchorage, AK 99501

by first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

_____/s/ Michael R. Mills_____
Michael R. Mills

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

AFFIDAVIT OF MICHAEL A. GRISHAM

*FMI Food Marketers, Int'l v. Global Seafoods*

Page 2

Case No. 3:06-cv-00011 JWS