07/12/2004  12:38   604-2753624                    FMI                                          PAGE  02



Page 1
*****

e-mail:   bholme@salmoncanada.com
web:      www.salmoncanada.com

#203 - 11951 Hammersmith Way,
Richmond, B.C. V7A 5H9
Canada
Tel: (604) 275-3664
Fax: (604) 275-3624

PURCHASE CONFIRMATION #FMI-217

June 28, 2004

To: Global Seafoods North America
    11100 NE 8th Street  #310
    Bellevue, WA 98004
    U.S.A.

Attention: Mr. Oleg Nikitenko - President

We hereby confirm having bought from you as follows:

**Product:**   Alaskan IQF Pink Salmon, headed & gutted, of 2004 production.

**Size:**      900 gr./up, allowing for max. 5% size 800/900 gr., all at contract price. Note: Seller agrees to absorb penalty US$ 20.00/MT on any quantity of size 800/900 gr. that exceeds 25 MT.

**Quantity:**  500 MT (+/- 10%).

**Price:**     US$ 1,058.00/MT c&f Qingdao, China.

**Shipment:**  Ex Kodiak (Alaska) by Aug 20, 2004   350 MT guaranteed
                                                   150 MT subject to production
                               Total     up to     500 MT (+/- 10%)

**Packing:**   16 kg blocks (in bags)

**Payment:**   By Transferable L/C payable At Sight, details of which will be advised shortly.

**Quality:**   a: Meat color:  ASMI P2.5/up
               b: Skin color:  ASMI "A" - "D" (possibly few "E")
               c: Jelly/chalky condition and severe bruising not permitted

**Documents required:**
               1: Original Commercial Invoice  3/3
               2: Original Packing List  3/3 .
               3: Clean on-board B/L  3/3 issue "To order"

cont./......

FAXED
JUN 2 9 2004
BY_____

EXHIBIT  1
Page  1  of  2

FMI 00681



**FMI**
**FOOD MARKETERS INTERNATIONAL LTD.**

Page 2

e-mail: bholme@salmoncanada.com
web: www.salmoncanada.com

#233 - 11951 Hammersmith Way,
Richmond, B.C. V7A 6H9
Canada
Tel: (604) 275-3664
Fax: (604) 275-3526

**Documents required cont**

Note: B/L to state "Freight Prepaid" and stowage temperature -18C or lower.
4: Certificate of Origin issued by USDC or similar Govt body
5: Health Certificate issued by USDC or similar Govt body
6: Non-wood packing material Declaration.

**Remark:** Claims (if any) to be submitted in writing within 15 days after arrival of goods at Qingdao, China.

Agreed:

Producer/Seller:
Global Seafoods North America

Oleg Nikitenko - President

Agreed:

Buyer:
FMI Food Marketers International Ltd.

Bent Holme - Export Manager

JUN 28 2004

FAXED
JUN 29 2004

EXHIBIT 1
Page 2 of 2

FMI 00682