**FMI**
**FOOD MARKETERS INTERNATIONAL LTD.**

e-mail: bholme@salmoncanada.com
web: www.salmoncanada.com

#293 - 11951 Hammersmith Way,
Richmond, B.C. V7A 5H9
Canada
Tel: (604) 275-3664
Fax: (604) 275-3624

## PURCHASE CONFIRMATION #FMI-224 (amended)

| | |
|---|---|
| Date: | February 9, 2005 |
| To: | Global Seafoods North America<br>11100 NE 8th Street #310<br>Bellevue, WA 98004<br>USA |
| Attention: | Mr. Oleg Nikitenko - President |

With reference to telcon and our e-mail dated February 7, 2005, we hereby re-confirm having bought from you as follows as per this #FMI-224 (amended):

| | |
|---|---|
| Product: | Alaskan Frozen Pink Salmon H&G [Bloodline removed (*)] of 2005 production. |
| Size: | Average 900 gr. (min. 750 gr.) per fish. |
| Quantity: | min. 1,000 MT (+/- 10%) |
| Price: | US$ 1,150.00/MT c&f Qingdao or Dalian (China). |
| Shipment: | Spread ex Kodiak (Alaska) during Jul/Aug/Sep/Oct, 2005. |
| Packing: | 16 kg blocks (in bags - marked in Chinese symbols). |
| Payment: | By our Transferable Letters of Credit to be opened prior to shipments and payable "At Sight" |
| Note: | (*) - FMI agree to finance Vacuum cleaning system required for Bloodline removal (valued at: about US$ 50,000 fob point of shipment) for your repayment by deductions off product cost for first 10 x 40' FCL at min. US$ 5,000 per container. In any event, full/final repayment of said US$ 50,000 to be completed not later than Oct 31, 2005. |
| Quality: | a: Meat color: ASMI P.3/up<br>b: Skin color: ASMI "A" - "D" (possibly few "E")<br>c: Jelly/chalky condition and severe bruising [outside] not permitted. |

TOTAL P.01

EXHIBIT 2
Page 1 of 2

FMI 00014

Page 2 of 2

| | |
|---|---|
| Documents required: | 1: Original Commercial Invoice 3/3<br>2: Original Packing List 3/3<br>3: Clean on-board Ocean B/L 3/3 issued: "To order"<br>   Notify: (to be advised)<br>   B/L to state: "Freight prepaid" and stowage<br>   temperature: -18C or lower<br>4: "Certificate of Origin" issued by USDC or similar USA Govt. body.<br>5: "Health Certificate" issued by USDC or similar USA body.<br>6: Non-wood packing material declaration. |
| Remark: | Claims (if any) to be submitted in writing within 15 days after arrival of goods at final destination in China. |

Agreed:

Producer/Seller:

Global Seafoods North America

*[signature]*

Oleg Nikitenko - President

Feb 11 2005

Agreed:

Buyer:

FMI Food Marketers International Ltd.

*[signature]*

Bent Holme - Export Manager

FEB - 9 2005

TOTAL P.02

EXHIBIT 2
Page 2 of 2

FMI 00015