DAMAGES ANALYSIS

| Category | Amount |
|---|---|
| Payment to Yilufa in satisfaction of 1st shipment [FMI-224(1)] Quality claim | $35,394 |
| Payment to Yijia in satisfaction of 2nd shipment [FMI 224(5)] Quality claim | $16,820 |
| Loss of re-sale profit [$130/MT] on shipments not made by Global (1,000 MT promised - 750.8 MT shipped = 249.2 MT not shipped) | $32,396 |
| Loss of resale profit [R130 MT] on shipments redirected by Global [455.7 MT] | $59,241 |
| Cash advance for shipments not made | $110,000 |
| Loss of re-sale profit [$130/MT] on fish processed by Global but not offered under right of first refusal [818.2 MT] | $106,366 |
| **TOTAL** | $343,397.00 |

EXHIBIT 3
Page 1 of 1