# OVERVIEW OF DEAL

Sang Jin Trading Co.
(Sam Lim)
(Korean Broker)

contract

FMI
(Principal Party, buying/selling
for own account risk)

Contract

Global Seafoods
(fish processor)

Documents
(see list)

$130/MT

$1,320/MT

Wells Fargo, Seattle
(Bank for 2nd
Beneficiary Global
Seafoods)

Documents

HSBC Bank Canada
(Bank for 1st Beneficiary FMI)

$1,320/MT

Inter-Plus
(Sam Lim)
- bridge financing for customers of
Sang Jin

Open L/C
$1,450/MT

documents

Industrial Bank of Korea
"L/C issuing bank" in favor of HSBC
Canada

Shipped from Dutch Harbor

#1 Pink Salmon

Documents presented by Global to Wells
Fargo

- Invoice 3/3
- Packing list 3/3
- Bill of lading 2/3 (certif. letter confirming
  1/3 sent to buyer
  - freight pre-paid
- Certificate of origin
- Health certificate
- Non-wood packing material declaration

Customers of Sang Jin
Qingdao, China
Bangkok, Thailand
(other destinations?)

Pay purchase price

EXHIBIT ⌐

Page ___ of ___