2005-FEB-17 12:25 FROM:SANG JIN TRADING CO  6233014546   TO:604 2753624   PAGE.01
11/11/2005  11:55   604-2753624                   FMI                          PAGE  01



**FMI**
**FOOD MARKETERS INTERNATIONAL LTD.**

e-mail: bholme@salmoncanada.com
web: www.salmoncanada.com

#233 - 11951 Hammersmith Way,
Richmond, B.C.  V7A 5H9
Canada
Tel: (604) 275-3684
Fax: (604) 275-3624

**SALES CONFIRMATION #FMI-224 (amended)**

Date:       FEB 16 2005

To:         Sang Jin Trading Co.
            Rm. 202 Jungho Bldg.
            250-3 Yangjae-dong, Seocho-ku
            Seoul, Korea

Attention:  Mr. Sang-Yoon Lin - President

With reference to your e-mail December 7, 2004, and subsequent renegotiations
We hereby confirm having sold to you as follows as per this FMI-224 (amended):

Product:    Alaskan Frozen Pink Salmon H&G (Bloodline removed) of
            2005 production.

Size:       Average 900 gr. (min. 750 gr.) per fish.

Quantity:   1,000 MT (+/- 10%).

Price:      US$ 1,250.00/MT (net to you without any commission included)
            c&f Qingdao or Dalian (China).

Shipment:   Spread ex Kodiak (Alaska) during Jul/Aug/Sep/Oct, 2005.

Packing:    16 kg blocks (in bags).

Payment:    By satisfactory (simplified) Transferable Letters of Credit to
            be opened in our favor, prior to shipments, and payable
            "At Sight".

Quality:    a: Meat color:  ASMI P.3/up
            b: Skin color:  ASMI "A" – "D" (possibly few "E")
            c: Jelly/chalky condition and severe bruising not permitted.

Documents
Required:   1: Original Commercial Invoice   3/3
            2: Original Packing List   3/3
            3: Clean on-board Ocean B/L   3/3 issued: "To order"
               Notify: (to be advised).

EXHIBIT 5
Page 1 of 2

FMI 00011

Page 2 of 2

Documents
Required (cont.)   B/L to state: "Freight prepaid" and stowage
                   Temperature: -18C or lower.
              4:   "Certificate of Origin" issued by USDC or similar USA
                   Govt. body
              5:   "Health Certificate" issued by USDC or similar USA
                   Govt. body.
              6:   Non wood packing material declaration

Remark:            Claims (if any) to be submitted in writing within 15 days after
                   Arrival of goods at final destination in China.

Agreed:                              Agreed:

Buyer:                               Seller:

Sang Jin Trading Co.                 FMI Food Marketers International Ltd.

_____              _____
Sang-Yoon Lin - President            Bent Holme - Export Manager

                                     FEB 16 2005

EXHIBIT 5
Page 2 of 2

FMI 00012