**Oleg Nikitenko**

**From:** Bent Holme [bholme@salmoncanada.com]
**Sent:** Wednesday, April 20, 2005 11:36 AM
**To:** Oleg Nikitenko
**Cc:** Harry
**Subject:** FMI-224 - Frozen Pink Salmon

Hi Oleg:

Reference telcon yesterday  -   I phoned our buyer last night which, frankly, was no easy task as he became very upset.

However, he is willing to cooperate and agrees to your new asking price of US$ 1,320.00/MT c&f China provided:

    a:    Global guarantee to supply all 1,000 MT  #1 quality Pinks  as contracted against FMI-224

    b:    That he also receives any/all additional #1 quality Pinks which Global produce in 2005 (at fair market price to be agreed upon)

Consequently, before we can finalize things we must know  approx. total Pink quantity which you expect to produce during the 2005 season.  Please advise.

Further, our buyer will station staff members at Kodiak during 2005 season for follow-up purposes.

Those are the terms & conditions demanded and to which we respect- fully request you agree.  Certainly,  "a contract is a contract" and for us and our buyer to suddenly accept price increase for FMI-224 of some US$ 170,000 must be rewarded,  as asked.   Please.

So, we await your confirmation by return   -   and we shall immediately issue an Addendum to FMI-224,  incorporating  the above mentioned changes.

Best regards
Bent Holme

FMI FOOD MARKETERS INTERNATIONAL LTD.