TOTAL P.01

**FMI**
**Food Marketers International Ltd.**

e-mail: bholme@salmoncanada.com
web: www.salmoncanada.com

#233 - 11951 Hammersmith Way,
Richmond, B.C. V7A 5H9
Canada
Tel: (604) 275-3654
Fax: (604) 275-3624

**ADDENDUM to Purchase Confirmation #FMI-224**

Date: APR 2 9 2005

To: Global Seafoods North America
11100 NE 8th Street #310
Bellevue, WA 98004
USA

Attention: Mr. Oleg Nikitenko - President

1: It is understood and agreed that price of subject contract is now increased to: US$ 1,320.00/MT c&f China (Qingdao/Dalian/Ningbo) provided Global guarantee to supply all 1,000 MT #1 quality Pink Salmon as originally contracted against #FMI-224.

2: That Buyer (Food Marketers International Ltd.) shall have "First right of refusal" if/when any additional Global #1 quality Pinks become available (subsequent to completion and shipment of first produced 1,000 MT) subject to final price agreement.

All other terms and conditions of original #FMI-224 of Feb 9, 2005, remain unchanged.

Agreed:                                  Agreed:

Global Seafoods North America            FMI Food Marketers International Ltd.

_____                  _____
Oleg Nikitenko - President               Bent Holme - Export Manager

APR 2 9 2005

EXHIBIT 7
Page 1 of 1