

e-mail: bholme@salmoncanada.com
web.    www.salmoncanada.com

#233 - 11951 Hammersmith Way,
Richmond, B.C.  V7A 5H9
Canada
Tel: (604) 275-3684
Fax: (604) 275-3624

**ADDENDUM to Sales Confirmation #FMI-224**

Date:   APR 2 8

To:     Sang Jin Trading Co.
        Rm. 202 Jungho Bldg.
        250-3 Yangjae-dong, Seocho-ku
        Seoul, Korea

Attention: Mr. Sang-Yoon Lin – President

1:  It is understood and agreed that price of subject contract is now increased
    to. US$ 1,450.00/MT c&f c2% China (Qingdao/Dalian/Ningbo).

2:  That Buyer (Sang Jin Trading Co.) shall have "First right of refusal"
    if/when additional Global #1 quality Pinks become available (subsequent
    to completion and shipment of first produced 1,000 MT) subject to
    final price agreement.

All other terms and conditions of original #FMI-224 of Feb 16, 2005, remain
unchanged.

Agreed:                                 Agreed:

Sang Jin Trading Co.                    FMI Food Marketers International Ltd.

X _____               _____
Sang-Yoon Lin – President               Bent Holme / Export Manager

                                        APR 2 8 2005

EXHIBIT 8
Page 1 of 1

FMI 00010