
# Global Seafoods North America

**Purchase Contract**

No: ON 38542
Date: August 8, 2005
Place: Bellevue, WA. USA

This is to confirm that Global Seafoods North America, LLC, Bellevue, USA (hereinafter referred to as the Seller) and Dell Trade LLC (hereinafter referred to as the Buyer) have agreed to close the following transaction according to the terms and conditions stipulated below:

| # | Description of Goods | Size | Grade | Quantity | Unit Price CIF Ilicheysk | UOM | Amount (USD) |
|---|---|---|---|---|---|---|---|
| 1 | Pink Salmon H&G block 16 kg | n/a | #1 | 20 | $ 1 850,00 | MT | $ 37 000,00 |
|  | Product of August, 2005, Alaska USA |  |  |  |  |  |  |
|  | origin. Packed in poly-woven bags of 16kg net each |  |  |  |  |  |  |
| 2 | Pink Salmon salted roe "Ikura" |  |  | 1 | $ 15 000,00 | MT | $ 15 000,00 |
|  | Land-frozen, 1 kg plastic tray twelve in master box |  |  |  |  |  |  |
| Total |  |  |  | 21 |  |  | $ 52 000,00 |

(with 10 % more or less both in amount and quantity allowed at the Seller's option)

(1) Total Value (USD): Fifty two thousands five hundreds fifty.
(2) Time of Shipment: Before August 30, 2005
(3) Latest date of Shipment: September 10, 2005
(4) Loading Port & Destination: From any U.S. port to Ilichevsk Ukrain by 40' reefer container with partial shipment and transshipment by reefer container allowed only.
(5) Packages and Labeling: No solid wooden packing material is used, and all the packages must be properly labeled in Ukrainian and English in conformity with CIQ's requirements such as size, grade, net weight, production date, batch/lot number, origin, catching area and destination.
(6) Terms of Payment: Buyer pay US$15,000 per container by wire transfer, after shipping and balance week before arrival to Ilichevsk to Global Seafoods North America, LLC 11100 NE 8TH St. #310, Bellevue WA 98004, Phone 425-451-3705#302, Fax 425-451-1067, Bank: Wells Fargo Bank West N.A., SWIFT: WFBIUS6SSEA, A/C No. 1101-850620

(7) Arbitration: All and any disputes in connection with the execution of this Contract shall be settled friendly through negotiations. In case no settlement can be reached, the case may then be submitted for arbitration to WA, and relative inspection report to be issued by CIQ is to be taken as final to both two parties.

(8) Remarks:
- In case any single shipment under this Contract contains products of different origins, all shipping documents including B/L, Invoice, Packing List, Certificate of Origin, Health Certificate.
- Health Certificate written in Russian and English and issued by authority concerned is required.
- Certificate of Origin issued by authority concerned is required.
- Packing List is required to state clearly number(s) of container(s) shipped and also counts of each size in each container.
- The Seller is to dispatch each one original of (1) Certificate of Origin, (2) Health Certificate, (3) Invoice, (4) Packing List and (5) a carbon copy of B/L directly to the Buyer in one cover by courier within 10 days after date of B/L.

**THE SELLER**
Global Seafoods North America, LLC
11100 NE 8TH St., #310, Bellevue
WA 98004 USA

**THE BUYER**
Dell Trading LLC
942 Windemere DR NW Salem OR 97304-2722

EXHIBIT 9
Page 1 of 2

0451

# Global Seafoods North America

**Purchase Contract**

No: GN 38542
Date: August 8, 2005
Place: Bellevue, WA. USA

This is to confirm that Global Seafoods North America, LLC, Bellevue, USA (hereinafter referred to as the Seller) and Dell Trade LLC (hereinafter referred to as the Buyer) have agreed to close the following transaction according to the terms and conditions stipulated below:

| # | Description of Goods | Size | Grade | Quantity | Unit Price CIF Ilicheysk | UOM | Amount (USD) |
|---|---|---|---|---|---|---|---|
| 1 | Pink Salmon H&G block 16 kg | n/A | #1 | 20 | $ 1 850,00 | MT | $ 37 000,00 |
|   | Product of August, 2005, Alaska USA |   |   |   |   |   |   |
|   | origin. Packed in poly-woven bags of 16kg net each |   |   |   |   |   |   |
| 2 | Pink Salmon salted roe "Ikura" |   |   | 1 | $ 15 000,00 | MT | $ 15 000,00 |
|   | Land-frozen, 1 kg plastic tray twelve in master box |   |   |   |   |   |   |
| Total |   |   |   | 21 |   |   | $ 52 000,00 |

(with 10 % more or less both in amount and quantity allowed at the Seller's option)

(1) Total Value (USD): Fifty two thousands five hundreds fifty.
(2) Time of Shipment: Before August 30, 2005
(3) Latest date of Shipment: September 10, 2005
(4) Loading Port & Destination: From any U.S. port to Ilichevsk Ukrain by 40' reefer container with partial shipment and transshipment by reefer container allowed only.
(5) Packages and Labeling: No solid wooden packing material is used, and all the packages must be properly labeled in Ukrainian and English in conformity with CIQ's requirements such as size, grade, net weight, production date, batch/lot number, origin, catching area and destination.
(6) Terms of Payment: Buyer pay US$15,000 per container by wire transfer, after shipping and balance week before arrival to Ilichevsk to Global Seafoods North America, LLC 11100 NE 8TH St. #310, Bellevue WA 98004, Phone 425-451-3705#302, Fax 425-451-1067, Bank: Wells Fargo Bank West N.A., SWIFT: WFBIUS6SSEA, A/C No. 1101-850620

(7) Arbitration: All and any disputes in connection with the execution of this Contract shall be settled friendly through negotiations. In case no settlement can be reached, the case may then be submitted for arbitration to WA, and relative inspection report to be issued by CIQ is to be taken as final to both two parties.
(8) Remarks:
- In case any single shipment under this Contract contains products of different origins, all shipping documents including B/L, Invoice, Packing List, Certificate of Origin, Health Certificate.
- Health Certificate written in Russian and English and issued by authority concerned is required.
- Certificate of Origin issued by authority concerned is required.
- Packing List is required to state clearly number(s) of container(s) shipped and also counts of each size in each container.
- The Seller is to dispatch each one original of (1) Certificate of Origin, (2) Health Certificate, (3) Invoice, (4) Packing List and (5) a carbon copy of B/L directly to the Buyer in one cover by courier within 10 days after date of B/L.

**THE SELLER**
Global Seafoods North America, LLC
11100 NE 8TH St., #310, Bellevue
WA 98004 USA

**THE BUYER**
Dell Trading LLC
942 Windemere Dr. NW, Salem, OR 97304-2722

EXHIBIT 9
Page 2 of 2
0452