② Pink Salmon Sales

( A + 6 only )



2005

EXHIBIT 10
Page 1 of 8

0426

Date: #########
Sales History Detail Report (OEDHISTI)                        Global Seafoods N. America, LLC

From Year    [2005] Period [1]           Modified from System report
To Year      [2005] Period [12]

Sorted by              [Item Number]
From Item Number       [SPNK20ZB23] To [SPNK20ZG16]
From Customer Number   [A] To [ZZZZZ]

| Customer Number/ Year Prd. | Type | Customer Nar Primary Date | Transaction N | Salesprsn | Category | Location | Quantity | Dollars Sales | Returns | Per lb. |
|---|---|---|---|---|---|---|---|---|---|---|
| Item Number: S/PNK20ZB23 | | Item Descripti Pink salmon H&G frozen box 1/23kg | | | | | | | | |
| CHI374 | | Chini Gimex Group Ltd. | | | | | | | | |
| 2005 8 | IN | 8/1/2005 | 10048 | | 41PNK2 | 1 | 23,273.96 | 19,002.60 | - | 0.82 |
| 2005 8 | IN | 8/1/2005 | 10048 | | 41PNK2 | 1 | 2,788.82 | 2,150.50 | - | 0.77 |
| 2005 8 | IN | 8/1/2005 | 10048 | | 41PNK2 | 1 | 8,569.28 | 6,024.85 | - | 0.70 |
| 2005 8 | IN | 8/22/2005 | 10158 | | 41PNK2 | 1 | 33,060.18 | 26,992.80 | - | 0.82 |
| 2005 8 | IN | 8/22/2005 | 10159 | | 41PNK2 | 1 | 33,060.18 | 26,992.80 | - | 0.82 |
| FOO449 | | Food Marketers International | | | | | | | | |
| 2005 8 | IN | 8/30/2005 | 10146 | | 41PNK2 | 1 | 2,839.52 | 1,700.16 | - | 0.60 |
| 2005 8 | IN | 8/30/2005 | 10147 | | 41PNK2 | 1 | 15,262.45 | 9,138.36 | - | 0.60 |
| 2005 8 | IN | 8/30/2005 | 10148 | | 41PNK2 | 1 | 28,293.84 | 16,940.88 | - | 0.60 |
| 2005 9 | IN | 9/6/2005 | 10383 | | 41PNK2 | 1 | 22,006.32 | 13,176.24 | - | 0.60 |
| 2005 9 | IN | 9/6/2005 | 10384 | | 41PNK2 | 1 | 22,158.43 | 13,267.32 | - | 0.60 |
| 2005 9 | IN | 9/6/2005 | 10385 | | 41PNK2 | 1 | 22,868.32 | 13,692.36 | - | 0.60 |
| 2005 9 | IN | 9/6/2005 | 10386 | | 41PNK2 | 1 | 12,372.22 | 7,407.84 | - | 0.60 |
| 2005 9 | IN | 9/6/2005 | 10387 | | 41PNK2 | 1 | 16,682.21 | 9,988.44 | - | 0.60 |
| 2005 9 | IN | 9/6/2005 | 10388 | | 41PNK2 | 1 | 21,651.38 | 12,963.72 | - | 0.60 |
| 2005 9 | IN | 9/6/2005 | 10389 | | 41PNK2 | 1 | 8,772.10 | 5,252.28 | - | 0.60 |
| 2005 10 | CR | 10/17/2005 | CN1679 | | 41PNK2 | 1 | (22,158.43) | - | 13,267.32 | (0.60) |
| 2005 10 | CR | 10/17/2005 | CN1678 | | 41PNK2 | 1 | (22,006.32) | - | 13,176.24 | (0.60) |
| 2005 10 | CR | 10/17/2005 | CN1683 | | 41PNK2 | 1 | (21,651.38) | - | 12,963.72 | (0.60) |
| 2005 10 | CR | 10/17/2005 | CN1684 | | 41PNK2 | 1 | (8,772.10) | - | 5,252.28 | (0.60) |
| 2005 10 | CR | 10/17/2005 | CN1680 | | 41PNK2 | 1 | (22,868.32) | - | 13,692.36 | (0.60) |
| 2005 10 | CR | 10/17/2005 | CN1681 | | 41PNK2 | 1 | (12,372.22) | - | 7,407.84 | (0.60) |
| 2005 10 | CR | 10/17/2005 | CN1682 | | 41PNK2 | 1 | (16,682.21) | - | 9,988.44 | (0.60) |
| ONE478 | | Onega-Fisch | | | | | | | | |
| 2005 12 | IN | 12/2/2005 | 11590 | | 41PNK2 | 20 | 50.71 | 41.40 | - | 0.82 |
| REG632 | | Regrava-Fish GMBH | | | | | | | | |
| 2005 11 | IN | 11/24/2005 | 11520 | | 41PNK2 | 20 | 101.41 | 82.80 | - | 0.82 |
| 2005 12 | IN | 12/2/2005 | 11591 | | 41PNK2 | 20 | 2,535.29 | 2,070.00 | - | 0.82 |
| TMC165 | | T.M.C Trading Co. | | | | | | | | |
| 2005 8 | IN | 8/30/2005 | 10081 | | 41PNK2 | 1 | 22,919.02 | 14,034.60 | - | 0.61 |
| 2005 8 | IN | 8/30/2005 | 10082 | | 41PNK2 | 1 | 14,197.62 | 8,694.00 | - | 0.61 |
| 2005 8 | IN | 8/30/2005 | 10083 | | 41PNK2 | 1 | 20,383.73 | 12,482.10 | - | 0.61 |
| 2005 8 | IN | 8/30/2005 | 10084 | | 41PNK2 | 1 | 9,431.28 | 5,775.30 | - | 0.61 |
| 2005 9 | IN | 9/6/2005 | 10268 | | 41PNK2 | 1 | 10,090.45 | 6,178.95 | - | 0.61 |
| 2005 9 | IN | 9/6/2005 | 10270 | | 41PNK2 | 1 | 202.82 | 124.20 | - | 0.61 |
| YOU917 | | Young Ocean, Inc. | | | | | | | | |
| 2005 9 | IN | 9/13/2005 | 10773 | | 41PNK2 | 1 | 9,177.75 | 5,828.20 | - | 0.64 |
| 2005 9 | IN | 9/13/2005 | 10774 | | 41PNK2 | 1 | 1,318.35 | 837.20 | - | 0.64 |
| 2005 9 | IN | 9/13/2005 | 10776 | | 41PNK2 | 1 | 2,645.52 | 1,680.00 | - | 0.64 |
| 2005 9 | IN | 9/13/2005 | 10777 | | 41PNK2 | 1 | 405.65 | 257.60 | - | 0.64 |
| | | | | | | | Item Total: | 242,777.50 | 75,748.20 | |
| Item Number: S/PNK20ZB30 | | Item Descripti Pink salmon H&G frozen box 1/30# | | | | | | | | |
| CZE346 | | Czerwone Jabluszko Restaurent | | | | | | | | |
| 2005 6 | IN | 6/27/2005 | 9385 | 12 | 41PNK2 | 3 | 90.00 | 63.00 | - | 0.70 |
| 2005 6 | IN | 6/27/2005 | 9387 | 12 | 41PNK2 | 3 | 60.00 | 42.00 | - | 0.70 |
| 2005 6 | IN | 6/30/2005 | 9467 | 12 | 41PNK2 | 3 | 120.00 | 84.00 | - | 0.70 |
| LIB413 | | Yuri Liberman dba Garden Fresh | | | | | | | | |
| 2005 3 | IN | 3/20/2005 | 8245 | 1 | 41PNK2 | 3 | 30.00 | 25.50 | - | 0.85 |
| ZHI699 | | Zhivago | | | | | | | | |
| 2005 6 | IN | 6/27/2005 | 9388 | 4 | 41PNK2 | 3 | 30.00 | 21.00 | - | 0.70 |
| ZSB477 | | ZSB Trading Co. | | | | | | | | | #DIV/0! |
| 2005 6 | IN | 6/27/2005 | 9410 | 1 | 41PNK2 | 3 | 690.00 | 310.50 | - | 0.45 |
| | | | | | | | Item Total: | 546.00 | - | |
| Item Number: S/PNK20ZB50 | | Item Descripti Pink salmon H&G frozen box 1/50# | | | | | | | | |
| CHI374 | | Chini Gimex Group Ltd. | | | | | | | | |
| 2005 4 | IN | 4/30/2005 | 8878 | | 41PNK2 | 2 | 400.00 | 480.00 | - | 1.20 |
| OSO549 | | Nikolay Osokin | | | | | | | | |
| 2005 12 | IN | 12/22/2005 | 11760 | 1 | 41PNK2 | 2 | 100.00 | 200.00 | - | 2.00 |
| SAK533 | | Sakhalin, Inc | | | | | | | | |
| 2005 10 | IN | 10/4/2005 | 10697 | 1 | 41PNK2 | 2 | 50.00 | 37.50 | - | 0.75 |
| | | | | | | | Item Total: | 717.50 | - | |
| Item Number: S/PNK20ZG16 | | Item Descripti Pink salmon H&G frozen bag 16kg | | | | | | | | |
| CHI374 | | Chini Gimex Group Ltd. | | | | | | | | |
| 2005 8 | IN | 8/1/2005 | 10048 | | 41PNK2 | 1 | 12,839.59 | 9,900.80 | - | 0.77 |
| 2005 8 | IN | 8/22/2005 | 10158 | | 41PNK2 | 1 | 11,005.36 | 8,486.40 | - | 0.77 |
| 2005 8 | IN | 8/22/2005 | 10159 | | 41PNK2 | 1 | 11,005.36 | 8,486.40 | - | 0.77 |
| DEL473 | | Dell Trading, LLC | | | | | | | | |

0427

EXHIBIT 10
Page 2 of 8

Date: ########
Sales History Detail Report (OEDHISTI)                          Global Seafoods N. America, LLC

| From Year | [2005] Period [1] | Modified from System report |
| To Year | [2005] Period [12] | |

| Sorted by | [Item Number] |
| From Item Number | [SPNK20ZB23] To [SPNK20ZG16] |
| From Customer Number | [A] To [ZZZZZ] |

| Customer Number/ Year Prd. | Type | Date | Transaction N | Salesprsn | Category | Location | Quantity | Sales | Returns | Per lb. |
|---|---|---|---|---|---|---|---|---|---|---|
| 2005 8 | IN | 8/15/2005 | 10091 | | 41PNK2 | 1 | 44,092.00 | 37,000.00 | - | 0.84 |
| 2005 9 | IN | 9/3/2005 | 10274 | | 41PNK2 | 1 | 47,972.10 | 40,256.00 | - | 0.84 |
| 2005 11 | IN | 11/22/2005 | 11513 | | 41PNK2 | 1 | 25,890.82 | 21,726.40 | - | 0.84 |
| FAS449 | | Fastgrade, LLP/ dba "Octopus" | | | | | | | | |
| 2005 9 | IN | 9/6/2005 | 10273 | | 41PNK2 | 1 | 40,035.54 | 29,056.00 | - | 0.73 |
| 2005 9 | IN | 9/13/2005 | 10418 | | 41PNK2 | 1 | 22,046.00 | 16,000.00 | - | 0.73 |
| 2005 9 | IN | 9/13/2005 | 10419 | | 41PNK2 | 1 | 18,095.36 | 13,132.80 | - | 0.73 |
| 2005 10 | IN | 10/4/2005 | 10793 | | 41PNK2 | 1 | 20,670.33 | 15,001.60 | - | 0.73 |
| FOO449 | | Food Marketers International | | | | | | | | |
| 2005 8 | IN | 8/25/2005 | 10127 | | 41PNK2 | 1 | 51,146.72 | 30,624.00 | - | 0.60 |
| 2005 8 | IN | 8/30/2005 | 10133 | | 41PNK2 | 1 | 48,642.29 | 29,124.48 | - | 0.60 |
| 2005 8 | IN | 8/30/2005 | 10134 | | 41PNK2 | 1 | 51,146.72 | 30,624.00 | - | 0.60 |
| 2005 8 | IN | 8/30/2005 | 10144 | | 41PNK2 | 1 | 48,501.20 | 29,040.00 | - | 0.60 |
| 2005 8 | IN | 8/30/2005 | 10145 | | 41PNK2 | 1 | 48,501.20 | 29,040.00 | - | 0.60 |
| 2005 8 | IN | 8/30/2005 | 10146 | | 41PNK2 | 1 | 45,926.23 | 27,498.24 | - | 0.60 |
| 2005 8 | IN | 8/30/2005 | 10147 | | 41PNK2 | 1 | 34,109.57 | 20,423.04 | - | 0.60 |
| 2005 8 | IN | 8/30/2005 | 10148 | | 41PNK2 | 1 | 19,047.74 | 11,404.80 | - | 0.60 |
| 2005 8 | IN | 8/30/2005 | 10149 | | 41PNK2 | 1 | 51,499.46 | 30,835.20 | - | 0.60 |
| 2005 9 | IN | 9/6/2005 | 10383 | | 41PNK2 | 1 | 26,666.84 | 15,966.72 | - | 0.60 |
| 2005 9 | IN | 9/6/2005 | 10384 | | 41PNK2 | 1 | 25,714.45 | 15,396.48 | - | 0.60 |
| 2005 9 | IN | 9/6/2005 | 10385 | | 41PNK2 | 1 | 25,044.26 | 14,995.20 | - | 0.60 |
| 2005 9 | IN | 9/6/2005 | 10386 | | 41PNK2 | 1 | 36,120.17 | 21,626.88 | - | 0.60 |
| 2005 9 | IN | 9/6/2005 | 10387 | | 41PNK2 | 1 | 31,710.97 | 18,986.88 | - | 0.60 |
| 2005 9 | IN | 9/6/2005 | 10388 | | 41PNK2 | 1 | 26,843.21 | 16,072.32 | - | 0.60 |
| 2005 9 | IN | 9/6/2005 | 10389 | | 41PNK2 | 1 | 39,647.53 | 23,738.88 | - | 0.60 |
| 2005 9 | IN | 9/13/2005 | 10135 | | 41PNK2 | 1 | 51,499.46 | 30,835.20 | - | 0.60 |
| 2005 9 | IN | 9/13/2005 | 10136 | | 41PNK2 | 1 | 51,499.46 | 30,835.20 | - | 0.60 |
| 2005 9 | IN | 9/13/2005 | 10372 | | 41PNK2 | 1 | 51,146.72 | 30,624.00 | - | 0.60 |
| 2005 9 | IN | 9/13/2005 | 10373 | | 41PNK2 | 1 | 51,146.72 | 30,624.00 | - | 0.60 |
| 2005 10 | CR | 10/17/2005 | CN1679 | | 41PNK2 | 1 | (25,714.45) | - | 15,396.48 | (0.60) |
| 2005 10 | CR | 10/17/2005 | CN1678 | | 41PNK2 | 1 | (26,666.84) | - | 15,966.72 | (0.60) |
| 2005 10 | CR | 10/17/2005 | CN1683 | | 41PNK2 | 1 | (26,843.21) | - | 16,072.32 | (0.60) |
| 2005 10 | CR | 10/17/2005 | CN1684 | | 41PNK2 | 1 | (39,647.53) | - | 23,738.88 | (0.60) |
| 2005 10 | CR | 10/17/2005 | CN1680 | | 41PNK2 | 1 | (25,044.26) | - | 14,995.20 | (0.60) |
| 2005 10 | CR | 10/17/2005 | CN1681 | | 41PNK2 | 1 | (36,120.17) | - | 21,626.88 | (0.60) |
| 2005 10 | CR | 10/17/2005 | CN1682 | | 41PNK2 | 1 | (31,710.97) | - | 18,986.88 | (0.60) |
| PWD103 | | P.W. Doryb | | | | | | | | |
| 2005 10 | IN | 10/4/2005 | 10791 | | 41PNK2 | 1 | 48,501.20 | 36,300.00 | - | 0.75 |
| TCH169 | | TCHUP "Baltexpress" | | | | | | | | |
| 2005 8 | IN | 8/23/2005 | 10247 | | 41PNK2 | 1 | 32,945.54 | 22,416.00 | - | 0.68 |
| 2005 8 | IN | 8/30/2005 | 10248 | | 41PNK2 | 1 | 54,674.08 | 37,200.00 | - | 0.68 |
| 2005 8 | IN | 8/30/2005 | 10249 | | 41PNK2 | 1 | 48,501.20 | 33,000.00 | - | 0.68 |
| 2005 9 | IN | 9/6/2005 | 10285 | | 41PNK2 | 1 | 48,501.20 | 33,000.00 | - | 0.68 |
| 2005 9 | IN | 9/6/2005 | 10286 | | 41PNK2 | 1 | 51,146.72 | 34,800.00 | - | 0.68 |
| 2005 9 | IN | 9/6/2005 | 10287 | | 41PNK2 | 1 | 51,146.72 | 34,800.00 | - | 0.68 |
| TMC165 | | T.M.C Trading Co. | | | | | | | | |
| 2005 8 | IN | 8/16/2005 | 09999 | | 41PNK2 | 1 | 51,146.72 | 31,320.00 | - | 0.61 |
| 2005 8 | IN | 8/16/2005 | 10000 | | 41PNK2 | 1 | 51,146.72 | 31,320.00 | - | 0.61 |
| 2005 8 | IN | 8/23/2005 | 10073 | | 41PNK2 | 1 | 48,501.20 | 29,700.00 | - | 0.61 |
| 2005 8 | IN | 8/30/2005 | 10074 | | 41PNK2 | 1 | 51,499.46 | 31,536.00 | - | 0.61 |
| 2005 8 | IN | 8/30/2005 | 10075 | | 41PNK2 | 1 | 48,501.20 | 29,700.00 | - | 0.61 |
| 2005 8 | IN | 8/30/2005 | 10076 | | 41PNK2 | 1 | 49,383.04 | 30,240.00 | - | 0.61 |
| 2005 8 | IN | 8/30/2005 | 10077 | | 41PNK2 | 1 | 51,499.46 | 31,536.00 | - | 0.61 |
| 2005 8 | IN | 8/30/2005 | 10078 | | 41PNK2 | 1 | 51,499.46 | 31,536.00 | - | 0.61 |
| 2005 8 | IN | 8/30/2005 | 10079 | | 41PNK2 | 1 | 49,383.04 | 30,240.00 | - | 0.61 |
| 2005 8 | IN | 8/30/2005 | 10080 | | 41PNK2 | 1 | 49,383.04 | 30,240.00 | - | 0.61 |
| 2005 8 | IN | 8/30/2005 | 10081 | | 41PNK2 | 1 | 25,396.99 | 15,552.00 | - | 0.61 |
| 2005 8 | IN | 8/30/2005 | 10082 | | 41PNK2 | 1 | 32,945.54 | 20,174.40 | - | 0.61 |
| 2005 8 | IN | 8/30/2005 | 10083 | | 41PNK2 | 1 | 27,901.42 | 17,085.60 | - | 0.61 |
| 2005 8 | IN | 8/30/2005 | 10084 | | 41PNK2 | 1 | 35,979.07 | 22,032.00 | - | 0.61 |
| 2005 9 | IN | 9/6/2005 | 10268 | | 41PNK2 | 1 | 38,624.59 | 23,652.00 | - | 0.61 |
| 2005 9 | IN | 9/6/2005 | 10269 | | 41PNK2 | 1 | 51,499.46 | 31,536.00 | - | 0.61 |
| 2005 9 | IN | 9/6/2005 | 10270 | | 41PNK2 | 1 | 49,030.30 | 30,024.00 | - | 0.61 |
| 2005 9 | IN | 9/6/2005 | 10271 | | 41PNK2 | 1 | 49,206.67 | 30,132.00 | - | 0.61 |
| 2005 9 | IN | 9/13/2005 | 10390 | | 41PNK2 | 1 | 51,499.46 | 31,536.00 | - | 0.61 |
| 2005 9 | IN | 9/15/2005 | 10405 | | 41PNK2 | 1 | 51,499.46 | 31,536.00 | - | 0.61 |
| YOU917 | | Young Ocean, Inc. | | | | | | | | |
| 2005 9 | IN | 9/13/2005 | 10766 | | 41PNK2 | 1 | 51,499.46 | 32,704.00 | - | 0.64 |
| 2005 9 | IN | 9/13/2005 | 10767 | | 41PNK2 | 1 | 51,499.46 | 32,704.00 | - | 0.64 |
| 2005 9 | IN | 9/13/2005 | 10768 | | 41PNK2 | 1 | 51,499.46 | 32,704.00 | - | 0.64 |
| 2005 9 | IN | 9/13/2005 | 10769 | | 41PNK2 | 1 | 51,499.46 | 32,704.00 | - | 0.64 |
| 2005 9 | IN | 9/13/2005 | 10779 | | 41PNK2 | 1 | 51,499.46 | 32,704.00 | - | 0.64 |
| 2005 9 | IN | 9/13/2005 | 10771 | | 41PNK2 | 1 | 51,499.46 | 32,704.00 | - | 0.64 |
| 2005 9 | IN | 9/13/2005 | 10772 | | 41PNK2 | 1 | 51,146.72 | 32,480.00 | - | 0.64 |
| 2005 9 | IN | 9/13/2005 | 10773 | | 41PNK2 | 1 | 41,552.30 | 26,387.20 | - | 0.64 |
| 2005 9 | IN | 9/13/2005 | 10774 | | 41PNK2 | 1 | 49,418.31 | 31,382.40 | - | 0.64 |

EXHIBIT 19
Page 3 of 8

0428

Date: #########  
Sales History Detail Report (OEDHISTI)  Global Seafoods N. America,LLC

From Year     [2005] Period [1]        Modified from System report
To Year       [2005] Period [12]

Sorted by             [Item Number]
From Item Number      [SPNK20ZB23] To [SPNK20ZG16]
From Customer Number  [A] To [ZZZZZ]

| Customer Number/ Year Prd. | Type | Customer Name / Date | Primary Transaction N | Salesprsn | Category | Location | Quantity | Sales | Returns | Per lb. |
|---|---|---|---|---|---|---|---|---|---|---|
| 2005 9 | IN | 9/13/2005 | 10775 X | | 41PNK2 | 1 | 51,146.72 | 32,480.00 | - | 0.64 |
| 2005 9 | IN | 9/13/2005 | 10776 X | | 41PNK2 | 1 | 48,501.20 | 30,800.00 | - | 0.64 |
| 2005 9 | IN | 9/13/2005 | 10777 X | | 41PNK2 | 1 | 50,935.08 | 32,345.60 | - | 0.64 |
| 2005 9 | IN | 9/13/2005 | 10778 X | | 41PNK2 | 1 | 51,146.72 | 32,480.00 | - | 0.64 |
| | | | | | | Item Total: | | 1,894,085.12 | 126,783.36 | |
| | | | | | | Total Sales: | | 2,138,126.12 | 202,531.56 | |

EXHIBIT 10  
Page 4 of 8  
0429

Date: Tuesday, September 05, 2006   9:57AM
Sales History Detail Report (OEDHISTI)

From Year       [2005] Period [1]
To Year         [2005] Period [12]
Sorted by       [Item Number]
From Item Number [SPNK20ZB23] To [SPNK20ZG16]
From Customer Number [A] To [ZZZZZ]

Global Seafoods N. America, LLC

*System mgmt* (handwritten)

**Item Number:** S/PNK20ZB23  **Item Description:** Pink salmon H&G frozen box 1/23kg

| Customer Number/ Year | Prd. | Type | Date | Customer Name/ Transaction Number | Primary Salesprsn | Category | Location | Quantity | Sales Amount | Sales Returns | Cost of Sales | Margin Percent |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CHI374 | | | | Chini Gimex Group Ltd. | | | | | | | | |
| 2005 | 8 | IN | 8/1/2005 | 10048 | | 41PNK2 | 1 | 23,273.9622 | 19,002.60 | 0.00 | 19,743.21 | -3.90 |
| 2005 | 8 | IN | 8/1/2005 | 10048 | | 41PNK2 | 1 | 2,788.8190 | 2,150.50 | 0.00 | 2,365.74 | -10.01 |
| 2005 | 8 | IN | 8/1/2005 | 10048 | | 41PNK2 | 1 | 8,569.2802 | 6,024.85 | 0.00 | 7,269.28 | -20.65 |
| 2005 | 8 | IN | 8/22/2005 | 10158 | | 41PNK2 | 1 | 33,060.1816 | 26,992.80 | 0.00 | 13,295.24 | 50.75 |
| 2005 | 8 | IN | 8/22/2005 | 10159 | | 41PNK2 | 1 | 33,060.1816 | 26,992.80 | 0.00 | 13,295.24 | 50.75 |
| FOO449 | | | | Food Marketers International | | | | | | | | |
| 2005 | 8 | IN | 8/30/2005 | 10146 | | 41PNK2 | 1 | 2,839.5248 | 1,700.16 | 0.00 | 1,141.92 | 32.83 |
| 2005 | 8 | IN | 8/30/2005 | 10147 | | 41PNK2 | 1 | 15,262.4458 | 9,138.36 | 0.00 | 6,137.83 | 32.83 |
| 2005 | 8 | IN | 8/30/2005 | 10148 | | 41PNK2 | 1 | 28,293.8364 | 16,940.88 | 0.00 | 11,378.44 | 32.83 |
| 2005 | 9 | IN | 9/6/2005 | 10383 | | 41PNK2 | 1 | 22,006.3172 | 13,176.24 | 0.00 | 8,803.27 | 33.19 |
| 2005 | 9 | IN | 9/6/2005 | 10384 | | 41PNK2 | 1 | 22,158.4346 | 13,267.32 | 0.00 | 8,864.12 | 33.19 |
| 2005 | 9 | IN | 9/6/2005 | 10385 | | 41PNK2 | 1 | 22,868.3158 | 13,692.36 | 0.00 | 9,148.10 | 33.19 |
| 2005 | 9 | IN | 9/6/2005 | 10386 | | 41PNK2 | 1 | 12,372.2152 | 7,407.84 | 0.00 | 4,949.30 | 33.19 |
| 2005 | 9 | IN | 9/6/2005 | 10387 | | 41PNK2 | 1 | 16,682.2082 | 9,988.44 | 0.00 | 6,673.45 | 33.19 |
| 2005 | 9 | IN | 9/6/2005 | 10388 | | 41PNK2 | 1 | 21,651.3766 | 12,963.72 | 0.00 | 8,652.84 | 33.19 |
| 2005 | 9 | IN | 9/6/2005 | 10389 | | 41PNK2 | 1 | 8,772.1034 | 5,252.28 | 0.00 | 3,288.30 | 37.20 |
| 2005 | 10 | CR | 10/17/2005 | CN1679 | | 41PNK2 | 1 | -22,158.4346 | 0.00 | 13,267.32 | -8,864.12 | 33.25 |
| 2005 | 10 | CR | 10/17/2005 | CN1678 | | 41PNK2 | 1 | -22,006.3172 | 0.00 | 13,176.24 | -8,803.27 | |
| 2005 | 10 | CR | 10/17/2005 | CN1683 | | 41PNK2 | 1 | -21,651.3766 | 0.00 | 12,963.72 | -8,652.84 | |
| 2005 | 10 | CR | 10/17/2005 | CN1684 | | 41PNK2 | 1 | -8,772.1034 | 0.00 | 5,252.28 | -3,298.30 | |
| 2005 | 10 | CR | 10/17/2005 | CN1680 | | 41PNK2 | 1 | -22,868.3158 | 0.00 | 13,692.36 | -9,148.10 | |
| 2005 | 10 | CR | 10/17/2005 | CN1681 | | 41PNK2 | 1 | -12,372.2152 | 0.00 | 7,407.84 | -4,949.30 | |
| 2005 | 10 | CR | 10/17/2005 | CN1682 | | 41PNK2 | 1 | -16,682.2082 | 0.00 | 9,988.44 | -6,673.45 | |
| ONE478 | | | | Onega-Fisch | | | | | | | | |
| 2005 | 12 | IN | 12/2/2005 | 11590 | | 41PNK2 | 20 | 50.7058 | 41.40 | 0.00 | 29.56 | 28.60 |
| REG632 | | | | Regrava-Fish GMBH | | | | | | | | |
| 2005 | 11 | IN | 11/24/2005 | 11520 | | 41PNK2 | 20 | 101.4116 | 82.80 | 0.00 | 59.12 | 28.60 |
| TMC165 | | | | T.M.C Trading Co. | | | | | | | | |
| 2005 | 12 | IN | 12/22/2005 | 11591 | | 41PNK2 | 20 | 2,535.2900 | 2,070.00 | 0.00 | 1,478.02 | 28.60 |
| 2005 | 8 | IN | 8/30/2005 | 10081 | | 41PNK2 | 1 | 22,919.0216 | 14,034.60 | 0.00 | 9,216.94 | 34.33 |
| 2005 | 8 | IN | 8/30/2005 | 10082 | | 41PNK2 | 1 | 14,197.6240 | 8,694.00 | 0.00 | 5,709.61 | 34.33 |
| 2005 | 8 | IN | 8/30/2005 | 10083 | | 41PNK2 | 1 | 20,383.7316 | 12,482.10 | 0.00 | 8,197.37 | 34.33 |
| 2005 | 8 | IN | 8/30/2005 | 10084 | | 41PNK2 | 1 | 9,431.2788 | 5,775.30 | 0.00 | 3,792.81 | 34.33 |
| 2005 | 9 | IN | 9/6/2005 | 10268 | | 41PNK2 | 1 | 10,090.4542 | 6,178.95 | 0.00 | 4,036.52 | 34.67 |
| 2005 | 9 | IN | 9/6/2005 | 10270 | | 41PNK2 | 1 | 202.8232 | 124.20 | 0.00 | 81.14 | 34.67 |

EXHIBIT 10   Page 5 of 8   0430   Page 1

Date: Tuesday, September 05, 2006  9:57AM
Sales History Detail Report (OEDHIST)

Global Seafoods N. America, LLC

Page 2

| Customer Number/ Year | Prd. | Type | Date | Transaction Number | Customer Name | Primary Salesprsn | Category | Location | Quantity | Sales Amount | Sales Returns | Cost of Sales | Margin Percent |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| YOU917 | | | | | Young Ocean, Inc. | | | | | | | | |
| 2005 | 9 | IN | 9/13/2005 | 10773 | | | 41PNK2 | 1 | 9,177.7498 | 5,828.20 | 0.00 | 3,450.82 | 40.79 |
| 2005 | 9 | IN | 9/13/2005 | 10774 | | | 41PNK2 | 1 | 1,318.3508 | 837.20 | 0.00 | 495.70 | 40.79 |
| 2005 | 9 | IN | 9/13/2005 | 10776 | | | 41PNK2 | 1 | 2,645.5200 | 1,680.00 | 0.00 | 994.71 | 40.79 |
| 2005 | 9 | IN | 9/13/2005 | 10777 | | | 41PNK2 | 1 | 405.6464 | 257.60 | 0.00 | 152.52 | 40.79 |
| | | | | | | | | Item Total: | | 242,777.50 | 75,748.20 | 112,321.74 | |

Item Number: CZE346  Item Description: Czerwone Jabluszko Restaurent

| 2005 | 6 | IN | 6/27/2005 | 9385 | | | 41PNK2 | 3 | 90.0000 | 63.00 | 0.00 | 78.85 | -25.16 |
| 2005 | 6 | IN | 6/27/2005 | 9387 | | | 41PNK2 | 3 | 60.0000 | 42.00 | 0.00 | 52.57 | -25.17 |
| 2005 | 6 | IN | 6/30/2005 | 9467 | | | 41PNK2 | 3 | 120.0000 | 84.00 | 0.00 | 105.13 | -25.15 |

LIB413  Yuri Liberman dba Garden Fresh
| 2005 | 3 | IN | 3/20/2005 | 8245 | | | 41PNK2 | 3 | 30.0000 | 25.50 | 0.00 | 26.28 | -3.06 |

ZHI699  Zhivago
| 2005 | 6 | IN | 6/27/2005 | 9388 | | | 41PNK2 | 3 | 30.0000 | 21.00 | 0.00 | 26.28 | -25.14 |

ZSB477  ZSB Trading Co.
| 2005 | 6 | IN | 6/27/2005 | 9410 | | | 41PNK2 | 3 | 690.0000 | 310.50 | 0.00 | 604.50 | -94.69 |

| | | | | | | | | Item Total: | | 546.00 | 0.00 | 893.61 | |

Item Number: CHI374  Item Description: Pink salmon H&G frozen box 1/50#

OSO549  Nikolay Osokin
| 2005 | 4 | IN | 4/30/2005 | 8878 | | | 41PNK2 | 2 | 400.0000 | 480.00 | 0.00 | 223.56 | 53.43 |

SAK533  Sakhalin, Inc
| 2005 | 12 | IN | 12/22/2005 | 11760 | | | 41PNK2 | 2 | 100.0000 | 200.00 | 0.00 | 55.97 | 72.02 |

| 2005 | 10 | IN | 10/4/2005 | 10697 | | | 41PNK2 | 1 | 50.0000 | 37.50 | 0.00 | 27.99 | 25.36 |
| | | | | | | | | Item Total: | | 717.50 | 0.00 | 307.52 | |

Item Number: CHI374  Item Description: Pink salmon H&G frozen bag 16kg

DEL473  Dell Trading, LLC
| 2005 | 8 | IN | 8/15/2005 | 10091 | | | 41PNK2 | 1 | 12,839.5904 | 9,900.80 | 0.00 | 5,430.32 | 45.15 |
| 2005 | 8 | IN | 8/22/2005 | 10158 | | | 41PNK2 | 1 | 11,005.3632 | 8,486.40 | 0.00 | 4,229.55 | 50.16 |
| 2005 | 8 | IN | 8/22/2005 | 10159 | | | 41PNK2 | 1 | 11,005.3632 | 8,486.40 | 0.00 | 4,229.55 | 50.16 |

FAS449  Fastgrade, LLP/ dba "Octopus"
| 2005 | 9 | IN | 9/3/2005 | 10274 | | | 41PNK2 | 1 | 44,092.0000 | 37,000.00 | 0.00 | 17,694.41 | 52.18 |
| 2005 | 11 | IN | 11/22/2005 | 11513 | | | 41PNK2 | 1 | 47,972.0960 | 40,256.00 | 0.00 | 17,893.24 | 55.55 |
| 2005 | 9 | IN | 9/6/2005 | 10273 | | | 41PNK2 | 1 | 25,890.8224 | 21,726.40 | 0.00 | 9,977.84 | 54.08 |
| 2005 | 9 | IN | 9/13/2005 | 10418 | | | 41PNK2 | 1 | 40,035.5360 | 29,056.00 | 0.00 | 14,932.96 | 48.61 |
| 2005 | 9 | IN | 9/13/2005 | 10419 | | | 41PNK2 | 1 | 22,046.0000 | 16,000.00 | 0.00 | 8,168.34 | 48.95 |
| 2005 | 10 | IN | 10/4/2005 | 10793 | | | 41PNK2 | 1 | 18,095.3568 | 13,132.80 | 0.00 | 6,704.57 | 48.95 |

FOO449  Food Marketers International
| 2005 | 8 | IN | 8/25/2005 | 10127 | | | 41PNK2 | 1 | 20,670.3296 | 15,001.60 | 0.00 | 6,988.29 | 53.42 |
| 2005 | 8 | IN | 8/30/2005 | 10133 | | | 41PNK2 | 1 | 51,146.7200 | 30,624.00 | 0.00 | 19,656.54 | 35.81 |
| | | | | | | | | | 48,642.2944 | 29,124.48 | 0.00 | 18,694.05 | 35.81 |

0431

EXHIBIT 10
Page 6 of 8

Date: Tuesday, September 05, 2006  9:57AM
Sales History Detail Report (OEDHIST)

Global Seafoods N. America, LLC

Page 3

| Year | Prd. | Type | Date | Customer Number/ Transaction Number | Customer Name/ Primary Salesprsn | Category | Location | Quantity | Sales Amount | Sales Returns | Cost of Sales | Margin Percent |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2005 | 8 | IN | 8/30/2005 | 10134 | | 41PNK2 | 1 | 51,146.7200 | 30,624.00 | 0.00 | 19,656.54 | 35.81 |
| 2005 | 8 | IN | 8/30/2005 | 10144 | | 41PNK2 | 1 | 48,501.2000 | 29,040.00 | 0.00 | 18,639.82 | 35.81 |
| 2005 | 8 | IN | 8/30/2005 | 10145 | | 41PNK2 | 1 | 48,501.2000 | 29,040.00 | 0.00 | 18,639.82 | 35.81 |
| 2005 | 8 | IN | 8/30/2005 | 10146 | | 41PNK2 | 1 | 45,926.2272 | 27,498.24 | 0.00 | 17,650.22 | 35.81 |
| 2005 | 8 | IN | 8/30/2005 | 10147 | | 41PNK2 | 1 | 34,109.5712 | 20,423.04 | 0.00 | 13,108.88 | 35.81 |
| 2005 | 8 | IN | 8/30/2005 | 10148 | | 41PNK2 | 1 | 19,047.7440 | 11,404.80 | 0.00 | 7,320.37 | 35.81 |
| 2005 | 9 | IN | 9/6/2005 | 10149 | | 41PNK2 | 1 | 51,499.4560 | 30,835.20 | 0.00 | 19,792.10 | 35.81 |
| 2005 | 8 | IN | 8/30/2005 | 10383 | | 41PNK2 | 1 | 26,666.8416 | 15,966.72 | 0.00 | 9,880.42 | 38.12 |
| 2005 | 8 | IN | 8/30/2005 | 10384 | | 41PNK2 | 1 | 25,714.4544 | 15,396.48 | 0.00 | 9,527.55 | 38.12 |
| 2005 | 9 | IN | 9/6/2005 | 10385 | | 41PNK2 | 1 | 25,044.2560 | 14,995.20 | 0.00 | 9,279.24 | 38.12 |
| 2005 | 9 | IN | 9/6/2005 | 10386 | | 41PNK2 | 1 | 36,120.1664 | 21,626.88 | 0.00 | 13,383.01 | 38.12 |
| 2005 | 9 | IN | 9/6/2005 | 10387 | | 41PNK2 | 1 | 31,710.9664 | 18,986.88 | 0.00 | 11,749.34 | 38.12 |
| 2005 | 9 | IN | 9/6/2005 | 10388 | | 41PNK2 | 1 | 26,843.2096 | 16,072.32 | 0.00 | 9,945.77 | 38.12 |
| 2005 | 9 | IN | 9/6/2005 | 10389 | | 41PNK2 | 1 | 39,647.5264 | 23,738.88 | 0.00 | 14,689.94 | 38.12 |
| 2005 | 9 | IN | 9/13/2005 | 10135 | | 41PNK2 | 1 | 51,499.4560 | 30,835.20 | 0.00 | 19,792.10 | 35.81 |
| 2005 | 9 | IN | 9/13/2005 | 10136 | | 41PNK2 | 1 | 51,499.4560 | 30,835.20 | 0.00 | 19,792.10 | 35.81 |
| 2005 | 9 | IN | 9/13/2005 | 10372 | | 41PNK2 | 1 | 51,146.7200 | 30,624.00 | 0.00 | 18,950.55 | 38.12 |
| 2005 | 9 | IN | 9/13/2005 | 10373 | | 41PNK2 | 1 | 51,146.7200 | 30,624.00 | 0.00 | 18,950.55 | 38.12 |
| 2005 | 10 | CR | 10/17/2005 | CN1679 | | 41PNK2 | 1 | -25,714.4544 | 0.00 | 15,396.48 | -9,527.55 | 38.12 |
| 2005 | 10 | CR | 10/17/2005 | CN1678 | | 41PNK2 | 1 | -26,666.8416 | 0.00 | 15,966.72 | -9,880.42 | 38.12 |
| 2005 | 10 | CR | 10/17/2005 | CN1683 | | 41PNK2 | 1 | -26,843.2096 | 0.00 | 16,072.32 | -9,945.77 | 38.12 |
| 2005 | 10 | CR | 10/17/2005 | CN1684 | | 41PNK2 | 1 | -39,647.5264 | 0.00 | 23,738.88 | -14,689.94 | 38.12 |
| 2005 | 10 | CR | 10/17/2005 | CN1680 | | 41PNK2 | 1 | -25,044.2560 | 0.00 | 14,995.20 | -9,279.24 | 38.12 |
| 2005 | 10 | CR | 10/17/2005 | CN1681 | | 41PNK2 | 1 | -36,120.1664 | 0.00 | 21,626.88 | -13,383.01 | 38.12 |
| 2005 | 10 | CR | 10/17/2005 | CN1682 | | 41PNK2 | 1 | -31,710.9664 | 0.00 | 18,986.88 | -11,749.34 | 38.12 |
| PWD103 | | | | P.W. Doyb | | | | | | | | |
| 2005 | 10 | IN | 10/4/2005 | 10791 | | 41PNK2 | 1 | 48,501.2000 | 36,300.00 | 0.00 | 16,482.08 | 54.59 |
| TCH169 | | | | TCHUP "Baltexpress" | | | | | | | | |
| 2005 | 8 | IN | 8/23/2005 | 10247 | | 41PNK2 | 1 | 32,945.5424 | 22,416.00 | 0.00 | 12,288.44 | 45.18 |
| 2005 | 8 | IN | 8/30/2005 | 10248 | | 41PNK2 | 1 | 54,674.0800 | 37,200.00 | 0.00 | 20,393.03 | 45.18 |
| 2005 | 8 | IN | 8/30/2005 | 10249 | | 41PNK2 | 1 | 48,501.2000 | 33,000.00 | 0.00 | 18,090.59 | 45.18 |
| 2005 | 9 | IN | 9/6/2005 | 10285 | | 41PNK2 | 1 | 48,501.2000 | 33,000.00 | 0.00 | 18,090.59 | 45.18 |
| 2005 | 9 | IN | 9/6/2005 | 10286 | | 41PNK2 | 1 | 49,383.0400 | 34,800.00 | 0.00 | 19,077.35 | 45.18 |
| 2005 | 9 | IN | 9/6/2005 | 10287 | | 41PNK2 | 1 | 51,146.7200 | 34,800.00 | 0.00 | 19,077.35 | 45.18 |
| TMC165 | | | | T.M.C Trading Co. | | | | | | | | |
| 2005 | 8 | IN | 8/16/2005 | 09999 | | 41PNK2 | 1 | 51,146.7200 | 31,320.00 | 0.00 | 21,631.78 | 30.93 |
| 2005 | 8 | IN | 8/16/2005 | 10000 | | 41PNK2 | 1 | 51,146.7200 | 31,320.00 | 0.00 | 21,631.78 | 30.93 |
| 2005 | 8 | IN | 8/23/2005 | 10073 | | 41PNK2 | 1 | 48,501.2000 | 29,700.00 | 0.00 | 19,463.85 | 34.47 |
| 2005 | 8 | IN | 8/30/2005 | 10074 | | 41PNK2 | 1 | 51,536.0400 | 29,700.00 | 0.00 | 20,667.06 | 34.47 |
| 2005 | 8 | IN | 8/30/2005 | 10075 | | 41PNK2 | 1 | 51,536.0400 | 31,536.00 | 0.00 | 20,667.06 | 34.47 |
| 2005 | 8 | IN | 8/30/2005 | 10076 | | 41PNK2 | 1 | 49,383.0400 | 30,240.00 | 0.00 | 19,817.73 | 34.47 |
| 2005 | 8 | IN | 8/30/2005 | 10077 | | 41PNK2 | 1 | 49,383.0400 | 30,240.00 | 0.00 | 19,817.73 | 34.47 |
| 2005 | 8 | IN | 8/30/2005 | 10078 | | 41PNK2 | 1 | 51,499.4560 | 31,536.00 | 0.00 | 20,667.06 | 34.47 |
| 2005 | 8 | IN | 8/30/2005 | 10079 | | 41PNK2 | 1 | 49,383.0400 | 30,240.00 | 0.00 | 19,817.73 | 34.47 |
| 2005 | 8 | IN | 8/30/2005 | 10080 | | 41PNK2 | 1 | 49,383.0400 | 30,240.00 | 0.00 | 19,817.73 | 34.47 |
| 2005 | 8 | IN | 8/30/2005 | 10081 | | 41PNK2 | 1 | 25,396.6920 | 15,552.00 | 0.00 | 10,191.98 | 34.47 |

0432

EXHIBIT 10
Page 7 of 8

Date: Tuesday, September 05, 2006 - 9:57AM
Sales History Detail Report (OEDHISTI)

Global Seafoods N. America, LLC

Page 4

| Year | Prd. | Type | Date | Customer Number/ Transaction Number | Customer Name/ Primary Salespsn | Category | Location | Quantity | Sales Amount | Sales Returns | Cost of Sales | Margin Percent |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2005 | 8 | IN | 8/30/2005 | 10082 | | 41PNK2 | 1 | 32,945.5424 | 20,174.40 | 0.00 | 13,221.26 | 34.47 |
| 2005 | 8 | IN | 8/30/2005 | 10083 | | 41PNK2 | 1 | 27,901.4176 | 17,085.60 | 0.00 | 11,197.02 | 34.47 |
| 2005 | 8 | IN | 8/30/2005 | 10084 | | 41PNK2 | 1 | 35,979.0720 | 22,032.00 | 0.00 | 14,438.63 | 34.47 |
| 2005 | 9 | IN | 9/6/2005 | 10268 | | 41PNK2 | 1 | 38,624.5920 | 23,652.00 | 0.00 | 14,406.69 | 39.09 |
| 2005 | 9 | IN | 9/6/2005 | 10269 | | 41PNK2 | 1 | 51,499.4560 | 31,536.00 | 0.00 | 19,208.91 | 39.09 |
| 2005 | 9 | IN | 9/6/2005 | 10270 | | 41PNK2 | 1 | 49,030.3040 | 30,024.00 | 0.00 | 18,287.94 | 39.09 |
| 2005 | 9 | IN | 9/6/2005 | 10271 | | 41PNK2 | 1 | 49,206.6720 | 30,132.00 | 0.00 | 18,353.72 | 39.09 |
| 2005 | 9 | IN | 9/13/2005 | 10390 | | 41PNK2 | 1 | 51,499.4560 | 31,536.00 | 0.00 | 19,081.24 | 39.09 |
| 2005 | 9 | IN | 9/15/2005 | 10405 | | 41PNK2 | 1 | 51,499.4560 | 31,536.00 | 0.00 | 19,081.24 | 39.49 |
| YOU917 | | | | | Young Ocean, Inc. | | | | | | | |
| 2005 | 9 | IN | 9/13/2005 | 10766 | | 41PNK2 | 1 | 51,499.4560 | 32,704.00 | 0.00 | 19,081.25 | 41.65 |
| 2005 | 9 | IN | 9/13/2005 | 10767 | | 41PNK2 | 1 | 51,499.4560 | 32,704.00 | 0.00 | 19,081.24 | 41.65 |
| 2005 | 9 | IN | 9/13/2005 | 10768 | | 41PNK2 | 1 | 51,499.4560 | 32,704.00 | 0.00 | 19,081.25 | 41.65 |
| 2005 | 9 | IN | 9/13/2005 | 10769 | | 41PNK2 | 1 | 51,499.4560 | 32,704.00 | 0.00 | 19,081.25 | 41.65 |
| 2005 | 9 | IN | 9/13/2005 | 10770 | | 41PNK2 | 1 | 51,499.4560 | 32,704.00 | 0.00 | 19,081.24 | 41.65 |
| 2005 | 9 | IN | 9/13/2005 | 10771 | | 41PNK2 | 1 | 51,499.4560 | 32,704.00 | 0.00 | 19,081.24 | 41.65 |
| 2005 | 9 | IN | 9/13/2005 | 10772 | | 41PNK2 | 1 | 51,146.7200 | 32,480.00 | 0.00 | 19,081.24 | 41.65 |
| 2005 | 9 | IN | 9/13/2005 | 10773 | | 41PNK2 | 1 | 41,552.3008 | 26,387.20 | 0.00 | 15,395.69 | 41.65 |
| 2005 | 9 | IN | 9/13/2005 | 10774 | | 41PNK2 | 1 | 49,418.3136 | 31,382.40 | 0.00 | 18,310.15 | 41.65 |
| 2005 | 9 | IN | 9/13/2005 | 10775 | | 41PNK2 | 1 | 51,146.7200 | 32,480.00 | 0.00 | 18,950.55 | 41.65 |
| 2005 | 9 | IN | 9/13/2005 | 10776 | | 41PNK2 | 1 | 48,501.2000 | 30,800.00 | 0.00 | 17,970.35 | 41.65 |
| 2005 | 9 | IN | 9/13/2005 | 10777 | | 41PNK2 | 1 | 50,935.0784 | 32,345.60 | 0.00 | 18,872.14 | 41.65 |
| 2005 | 9 | IN | 9/13/2005 | 10778 | | 41PNK2 | 1 | 51,146.7200 | 32,480.00 | 0.00 | 18,950.56 | 41.65 |

Item Total: 1,894,085.12 126,783.36 1,053,393.86

Total Sales: 2,138,126.12 202,531.56 1,166,916.73

4 items printed

0433

EXHIBIT 10
Page 8 of 8