## Oleg Nikitenko

**From:**      Bent Holme [bholme@salmoncanada.com]
**Sent:**      Friday, March 11, 2005 3:42 PM
**To:**         Oleg Nikitenko
**Subject:** Re:

Hi Oleg:

I have discussed the matter with Harry Guenther and he is agreeable to finance US$ 52,200 (for Ryco Cleaning machine) as an Advance payment against our order  FMI-224.

Therefore, please issue your Invoice for UD$ 52,200 and send it us for our payment by Cheque on March 15, 2005

Please add following condition in your Invoice:

Note:  This advance amount to be repaid to FMI by Global Seafood at the rate and on terms/conditions stipulated in FMI's Purchase Confirmation FMI-224 dated Feb 9, 2005.

Oleg Nikitenko  -  President

Oleg, I am very pleased that we can assist you in this way with your Ryco equipment purchase and thereby reinforce our working relationship with your company.  We look forward to a good and healthy 2005.

Have a nice week-end.

Best regards
Bent Holme

FMI FOOD MARKETERS INTERNATIONAL LTD.

—— Original Message ——
**From:** Oleg Nikitenko
**To:** Bent Holme
**Sent:** Friday, March 11, 2005 1:52 PM

Machine is ready to go, I will keep it till May in Ryco wear house and ship to Kodiak in May for future installation.
You can send check for $50k directly to Ryco (just mention behalf of GS) or to Global Seafood. I personally check machine  yesterday, it is the best solution for clean blood line and volume fish. I checked few companies which had machine and buyers who get product, both happy as clam

Best Regards,

12/9/2005

EXHIBIT 11
Page 1 of 1

0001