### Bent Holme

**From:** "Bent Holme" <bholme@salmoncanada.com>
**To:** "Oleg Nikitenko" <oleg@globalseafoods.com>
**Cc:** "Harry" <harry@salmoncanada.com>
**Sent:** Tuesday, August 09, 2005 11:09 AM
**Subject:** FMI-224 1,000 MT Pinks H&G

Oleg:

1: If (repeat if) buyer goes along with ratio 1/3 bloodline-out (Ryco) and 2/3 bloodline-in (Baader), what price reduction (per MT) will you grant on the 2/3 bloodline-in ?? Please consider and advise today before I phone the buyer.

It is my understanding that "Ryco" is collar-on and "Baader" collar-off. Is that correct ????

2: Quantity: if above ratio and price are acceptable to our buyer, it is our understanding that you can (and will) produce for us:

  a: 5 x 40'   on Aug 10th and after that:
  b: 2 x 40'   daily - [until total 1,000 MT (+/- 10%) are produced, as per contract].

3: Summary: as per your proposal - abt. 333 MT bloodline-out
                                   abt. 666 MT bloodline-in

              Total       abt. 1,000 MT

We await your reply to all of above.

B. regds.
Bent


Bent Holme
FMI Food Marketers International Ltd.
Tel: (604) 275 3664
Fax: (604) 275 3624
e-mail: bholme@salmoncanada.com

EXHIBIT 12
Page 1 of 14

FMI 00044

**Bent Holme**

---

**From:** "Bent Holme" <bholme@salmoncanada.com>
**To:** "SANGJINTRADINGCO.," <sj9693@chol.com>
**Sent:** Tuesday, August 09, 2005 4:01 PM
**Subject:** FMI-224

Dear Sam:

Thanks phone call today.

Subsequent to our conversation I have discussed matters further with Global who beg us to maintain current contract price irrespective of bloodline "in" or "out" as, already now, they barely breaking even due to spiralling ground prices that have escalated since May.

In turn, Global will do utmost to increase bloodline-out quantity to about 50% viz.

up to  abt.   500 MT bloodline-out
 "     "      500 MT bloodline-in

   Total:   1,000 (+/-) all on basis   US$ 1,450/MT c&f Qingdao

Remark:    Pink bloodline = abt. 1% of weight

Availability:  5 x 40' on or abt. Aug 10. From then on:
               2 x 40' daily (until contract completed).

Shipment:   Bangkok first -   300 MT. (as/when produced)
            After that China - 700 MT  (as/when produced)

      Note: Any deviation to above should be avoided.

Please be guided accordingly

We hope sincerely that your buyers will cooperate as asked, enabling you/us to execute order in full. As advised, your confirmation is needed urgently as time is of essence (next week to 10 days is peak season for Kodiak Pink fishery). By the way, general quality is very good viz. red meat color, bright skin and good sized fish.

Thanks, in advance, for your cooperation and assistance.

Best regards
Bent

EXHIBIT 12
Page 2 of 14

FMI 00046

**Bent Holme**

| | |
|---|---|
| From: | "SANGJINTRADINGCO.," <sj9693@chollian.net> |
| To: | "Bent Holme" <bholme@salmoncanada.com> |
| Sent: | Tuesday, August 09, 2005 6:25 PM |
| Subject: | Re: FMI-224 |

Dear Bent                                            Aug 10 2005

Nice talking with you also and appreciate improved ratio of bloodline in & out now.

Please note suck out H&G is absolutely not acceptable though bloodline in is accepted. Belly of fish must be cut and cleaned though bloodline must be remained.

If so, it doesn't make difference to remove it or not because it takes very short time for skilled people to
remove it with wooden spoon. I think I would rather pay $10/MT more for 100% bloodline out.

How much down of price they will agree in case of bloodline in? It doesn't look possible according to your mail about ground price. I remember they asked me to pay $100/MT more in case of bloodline out last winter.

Anyway I think it's the best to pay $10/MT more (maybe $500/day ?) with 100% bloodline out to avoid any future disputes with buyers and keep future business with them.

How many more tons to be packed besides FMI-224 ? I think it's about time to decide quantity & new price on additional production now. If 2FCL to be packed from today , 1,000 MT will be done around end of Aug (abt 50 MT x 20 days). As far as I know, fish to be caught after end of Aug must be less value. Please let me have your opinion on this.

B.RGDS SAM LIM

> --- Original Message ---
> From : "Bent Holme"<bholme@salmoncanada.com>
> To : "SANGJINTRADINGCO.,"<sj9693@chol.com>
> Cc :
> Date : Tue, 9 Aug 2005 16:01:13 -0700
> Subject : FMI-224
>
> Dear Sam:
>
> Thanks phone call today.
>
> Subsequent to our conversation I have discussed matters further with
> Global who beg us to maintain current contract price irrespective of
> bloodline "in" or "out" as, already now, they barely breaking even
> due to spiralling ground prices that have escalated since May.
>
> In turn, Global will do utmost to increase bloodline-out quantity to

EXHIBIT 12
Page 3 of 14

FMI 00048

about 50% viz.

up to abt. 500 MT bloodline-out
" "  500 MT bloodline-in

Total: 1,000 (+/-) all on basis US$ 1,450/MT c&f Qingdao

Remark: Pink bloodline = abt. 1% of weight

Availability: 5 x 40' on or abt. Aug 10. From then on:
2 x 40' daily (until contract completed).

Shipment: Bangkok first - 300 MT. (as/when produced)
After that China - 700 MT (as/when produced)

Note: Any deviation to above should be avoided.

Please be guided accordingly

We hope sincerely that your buyers will cooperate as asked, enabling
you/us to execute order in full. As advised, your confirmation is needed
urgently as time is of essence (next week to 10 days is peak season for
Kodiak Pink fishery). By the way, general quality is very good viz.
red meat color, bright skin and good sized fish.

Thanks, in advance, for your cooperation and assistance.

Best regards
Bent



Bent Holme
FMI Food Marketers International Ltd.
Tel: (604) 275 3664
Fax: (604) 275 3624
e-mail: bholme@salmoncanada.com



¿O¯Ð°ú ÇÔ²¨ „µê¾î °¡´Â ¿¡¿®® ÀÌÁÌ³Ÿ'®È CHOL(½º½Çµ¾ÀµÀ¿)        http://www.CHOL.com

½°ÆÒ½æÀÌ ±ò²ûÇÌ°¡ ½Á¿øÇÑ ÞÀÍ¨Ú½•   ÃÖ½A µ¿µ»¾ó, »¾¿³µê, Á¯Æ¿ Á¬ÁÁÅÚ¬á½¢µ¬½ Ù
Á¦ÇÑ½ø·Â ÞÀÍ¨ø½A ¼«ÇÑ¢ã ½ó½A¿¿è¬®         'Þ¾ÆÄ¶6¡¡
½£ÀµÇÌ°¡ ¶ÀA½Á+ÇÑ ÀÍÆó»ý                  ½±Áø¼¿ø ÃÖ¯æ62%ÇÒÀÌÀÌ¥Æ¬®
ÞÀÍÁÕ¾ó                                   ÁµÁª°º£ ¼«á! ÆÐÄ¶ÁæÁåµ ¼«á! ¯Ù¿¡¯Îµª ¼«á!

EXHIBIT 12
Page 4 of 14

FMI 00049

## Bent Holme

**From:** "SANGJINTRADINGCO.," <sj9693@chollian.net>
**To:** "Bent Holme" <bholme@salmoncanada.com>
**Sent:** Wednesday, August 10, 2005 3:08 AM
**Subject:** Re: FMI-224

Dear Bent          SJF 05139          Aug 10 2005

I had a hard time today due to bloodline matter and concluded as follows finally.

1. You may ship H&G with bloodline remained to Qingdao Yilufa Group with 200 MT L/C

2. You may ship both of bloodline remained and bloodline removed to Qingdao Fusheng Foodstuffs with 500 MT L/C to be opened early next week (Inter plus received it from Merry China but new L/C was not opened yet)

3. You have to ship H&G with bloodline removed to Chotiwat Manufacturing (Destination: Bangkok)

So please ask Global to ship 300 MT of Bloodline removed to Bangkok and 200 MT of bloodline remained to Qingdao (Qingdao Yilufa) from now on. Then ship 500 MT of both of bloodline removed & remained to Fusheng Foodstuffs, which must be seperate packing.

300 MT to Bangkok must be 100% bloodline removed and 200 MT to Qingdao (Yilufa Group) may be 100% bloodline remained and 500MT to Qingdao (Fusheng Foodstuffs) may be 40 % of bloodline removed and 60% of bloodline remained.

Though you wanna ship to one buyer by turns, as Bangkok wants bloodline removed only, no way for shipment to be done to two buyers from now on, thanks for your cooperation.

Contract price must be remained for both type for Global.

B.RGDS SAM LIM


--- Original Message ---
**From :** "Bent Holme"<bholme@salmoncanada.com>
**To :** "SANGJINTRADINGCO.,"<sj9693@chol.com>
**Cc :**
**Date :** Tue, 9 Aug 2005 16:13:19 -0700
**Subject :** FMI-224

Dear Sam:

It is 4:30 pm here and I am leaving the Office for today.

EXHIBIT 12
Page 5 of 14

FMI 00050

### Bent Holme

**From:** "Bent Holme" <bholme@salmoncanada.com>
**To:** "Oleg Nikitenko" <oleg@globalseafoods.com>
**Cc:** "Harry" <harry@salmoncanada.com>; "George Wilson" <georgew@salmoncanada.com>
**Sent:** Wednesday, August 10, 2005 9:10 AM
**Subject:** FMI-224

Hi Oleg:

Phoned you this morning but, apparently, you were not in as yet.

Basis our telcons Aug 09 we are pleased to confirm that Buyer of FMI-224 agrees to same price ($ 1,320/MT c&f) for Bloodline-in as well as Bloodline-out provided ratio about 50/50 of each and fish bellies are split.

Kindly confirm accordingly.

As to shipment, please ensure that Bangkok portion 300 MT comprises only Bloodline-out - whilst abt. 200 MT Bloodline-in should go to China (B/L details etc. to follow).

With respect to balance about 500 MT (comprising abt. 40% Bloodline-out and 60% Bloodline-in) they are to be shipped to China as soon as produced.

Please be guided accordingly.

Best regards
Bent


Bent Holme
FMI Food Marketers International Ltd.
Tel: (604) 275 3664
Fax: (604) 275 3624
e-mail: bholme@salmoncanada.com

*[handwritten annotations: "Bloodline - in / ← - out"; "not split / split"; "AUG 10 2005" stamp]*

EXHIBIT 12
Page 6 of 14

FMI 00052

**Bent Holme**

---

**From:** "SANGJINTRADINGCO.," <sj9693@chollian.net>
**To:** "Bent Holme" <bholme@salmoncanada.com>
**Sent:** Wednesday, August 10, 2005 12:23 PM
**Subject:** Re: Fw: Pink H/G

Dear Bent                (SJF 05141)                Aug 11 2005

1. Photos
   1) Noted well
   2) Bloodline-out with Callar bone and Bloodline-in without Callar bone ?
      If so, bloodline-in is not much worse than bloodline-out.

2. My mail SJF 05140
   Bloodline removed is bloodline-out and bloodline remained is bloodline-in. Please confirm my request of shipment by return and advise how many containers of bloodline-out to Bangkok and bloodline-in to Qingdao out of 5 FCL today.

B.RGDS SAM LIM

> --- Original Message ---
> From : "Bent Holme"<bholme@salmoncanada.com>
> To : "SANGJINTRADINGCO.,"<sj9693@chol.com>
> Cc :
> Date : Wed, 10 Aug 2005 09:57:24 -0700
> Subject : Fw: Pink H/G
>
>
> Dear Sam:
>
> Herewith some photos of Global Pinks bloodline-in and bloodline-out
> showing very good Meat and Skin colors - 3rd picture (#226) is
> bloodline-out where, obviously, not entire membrane was
> removed.
>
> Best regards
> Bent
>
> P.S.. Said photos received here yesterday morning - sorry about
>       the delay in forwarding them to you.
>
>
> ----- Original Message -----
> From:
> To: Bent Holme
> Sent: Tuesday, August 09, 2005 12:55 AM
> Subject: Fw: Pink H/G

EXHIBIT 12
Page 7 of 14

FMI 00053

## Bent Holme

**From:** "Bent Holme" <bholme@salmoncanada.com>
**To:** "SANGJINTRADINGCO.," <sj9693@chollian.net>
**Cc:** "Harry" <harry@salmoncanada.com>; "George Wilson" <georgew@salmoncanada.com>
**Sent:** Wednesday, August 10, 2005 2:12 PM
**Subject:** Re: FMI-224

Dear Sam:

Reference your 1st e-mail dated Aug 10 (as below) we hasten to point out that whilst bellies of the "Ryco" bloodline-out will be split, bloodline-in Pink bellies will n o t be cut.

The reason is that Global's newly acquired "Baader" vacuum-cleaning equipment is extremely efficient, doing equally as good a job as splitting and hand cleaning the fish - and with less likelihood of damaging sensitive belly area of the Salmon.



Also, please take note that if you (we) don't agree to take delivery of the bloodline-in (no split belly) Pinks, Global can easily sell them elsewhere at much higher price than US$ 1,450/MT c&f. This, however, would result in about 50% reduction in quantity of bloodline-out product for FMI-224 - which you/we can ill afford.

Again, quality of bloodline-in (no split belly) is very good indeed as you can see from photos so please confirm promptly that we may proceed packing/shipping accordingly to Yilufa Group Qingdao.

Finally, in reply to SJF 05141 of Aug 11 please note:

  Bloodline-in  =  collar off
  Bloodline-out =  collar on

As to your mail SJF 05140 ??? we do not seem to have received it - only SJF 05139 and 1st e-mail of Aug 10 which dealt with above !!!!

Best regards
Bent


----- Original Message -----
**From:** SANGJINTRADINGCO.,
**To:** Bent Holme
**Sent:** Tuesday, August 09, 2005 6:25 PM
**Subject:** Re: FMI-224

EXHIBIT 12
Page 8 of 14

FMI 00054

Dear Bent                                                           Aug 10 2005

Nice talking with you also and appreciate improved ratio of bloodline in & out now.

Please note suck out H&G is absolutely not acceptable though bloodline in is accepted. Belly of fish must be cut and cleaned though bloodline must be remained.

If so, it doesn't make difference to remove it or not because it takes very short time for skilled people to
remove it with wooden spoon. I think I would rather pay $10/MT more for 100% bloodline out.

How much down of price they will agree in case of bloodline in? It doesn't look possible according to your mail about ground price. I remember they asked me to pay $100/MT more in case of bloodline out last winter.

Anyway I think it's the best to pay $10/MT more (maybe $500/day ?) with 100% bloodline out to avoid any future disputes with buyers and keep future business with them.

How many more tons to be packed besides FMI-224 ? I think it's about time to decide quantity & new price on additional production now. If 2FCL to be packed from today , 1,000 MT will be done around end of Aug (abt 50 MT x 20 days). As far as I know, fish to be caught after end of Aug must be less value. Please let me have your opinion on this.

B.RGDS SAM LIM

--- Original Message ---
From : "Bent Holme"<bholme@salmoncanada.com>
To : "SANGJINTRADINGCO.,"<sj9693@chol.com>
Cc :
Date : Tue, 9 Aug 2005 16:01:13 -0700
Subject : FMI-224

Dear Sam:

Thanks phone call today.

Subsequent to our conversation I have discussed matters further with Global who beg us to maintain current contract price irrespective of bloodline "in" or "out" as, already now, they barely breaking even due to spiralling ground prices that have escalated since May.

In turn, Global will do utmost to increase bloodline-out quantity to about 50% viz.

up to abt. 500 MT bloodline-out
" "    500 MT bloodline-in

Total: 1,000 (+/-) all on basis US$ 1,450/MT c&f Qingdao

Remark: Pink bloodline = abt. 1% of weight

Availability: 5 x 40' on or abt. Aug 10. From then on:
2 x 40' daily (until contract completed)

EXHIBIT 12
Page 9 of 14

FMI 00055

Page 3 of 3

2 x 40' daily (until contract completed).

Shipment: Bangkok first - 300 MT. (as/when produced)
After that China - 700 MT (as/when produced)

Note: Any deviation to above should be avoided.

Please be guided accordingly

We hope sincerely that your buyers will cooperate as asked, enabling you/us to execute order in full. As advised, your confirmation is needed urgently as time is of essence (next week to 10 days is peak season for Kodiak Pink fishery). By the way, general quality is very good viz. red meat color, bright skin and good sized fish.

Thanks, in advance, for your cooperation and assistance.

Best regards
Bent


Bent Holme
FMI Food Marketers International Ltd.
Tel: (604) 275 3664
Fax: (604) 275 3624
e-mail: bholme@salmoncanada.com

 

http://www.CHOL.com

EXHIBIT 12
Page 10 of 14

**Bent Holme**

| | |
|---|---|
| From: | "SANGJINTRADINGCO.," <sj9693@chollian.net> |
| To: | "Bent Holme" <bholme@salmoncanada.com> |
| Sent: | Wednesday, August 10, 2005 4:43 PM |
| Subject: | Re: Re: FMI-224 |

AUG 11 2005

Dear Bent          SJF 05143          Aug 11 2005

1. Global shipeed B grade to Qingdao Yijia last year and cannery reported that canning yield was 83.61% though general H&G with bloodline out's yield was 90.34 %. That's why I have emphasized this matter since last winter. Do you remember that I stronly ask you to remove bloodline before FMI-
224 was mutually confirmed. This point is descrived on FMI-224.

So it's not fair for Global to disregard this point on FMI-224 now.

2. As peak season started already, I agree you to ship bloodline in to Qingdao Yilufa now. So please tell Global to ship bloodline out to Bangkok and bloodline in to Qingdao by return. Then let's reconsider this matter today because Fusheng Foodstuffs may not accept it.

So let me confirm 200 MT only of bloodline in ( no belly cut) to be shipped to Yilufa Group now.

3. Please note that FMI-224 descrive "bloodline removed" and I want you to honor it and ship contracted quantity & style

B.RGDS SAM LIM

--- Original Message ---
From : "Bent Holme"<bholme@salmoncanada.com>
To : "SANGJINTRADINGCO.,"<sj9693@chollian.net>
Cc : "Harry"<harry@salmoncanada.com>, "George Wilson"<georgew@salmoncanada.com>
Date : Wed, 10 Aug 2005 14:12:14 -0700
Subject : Re: FMI-224

Dear Sam:

Reference your 1st e-mail dated Aug 10 (as below) we hasten to point out that whilst bellies of the "Ryco" bloodline-out will be split, bloodline-in Pink bellies will n o t be cut.

The reason is that Global's newly acquired "Baader" vacuum-cleaning equipment is extremely efficient, doing equally as good a job as splitting and hand cleaning the fish - and with less likelihood of damaging sensitive belly area of the Salmon.

Also, please take note that if you (we) don't agree to take delivery of the bloodline-in (no split belly) Pinks, Global can easily sell them else-

EXHIBIT 12
Page 11 of 14

FMI 00057

where at much higher price than US$ 1,450/MT c&f. This, however, would result in about 50% reduction in quantity of bloodline-out product for FMI-224 - which you/we can ill afford.

Again, quality of bloodline-in (no split belly) is very good indeed as you can see from photos so please confirm promptly that we may proceed packing/shipping accordingly to Yilufa Group Qingdao.

Finally, in reply to SJF 05141 of Aug 11 please note:

  Bloodline-in  = collar off
  Bloodline-out = collar on

As to your mail SJF 05140 ??? we do not seem to have received it - only SJF 05139 and 1st e-mail of Aug 10 which dealt with above !!!!

Best regards
Bent


----- Original Message -----
From: SANGJINTRADINGCO.,
To: Bent Holme
Sent: Tuesday, August 09, 2005 6:25 PM
Subject: Re: FMI-224


Dear Bent                                    Aug 10 2005

Nice talking with you also and appreciate improved ratio of bloodline in & out now.

Please note suck out H&G is absolutely not acceptable though bloodline in is accepted. Belly of fish must be cut and cleaned though bloodline must be remained.

If so, it doesn't make difference to remove it or not because it takes very short time for skilled people to
remove it with wooden spoon. I think I would rather pay $10/MT more for 100% bloodline out.

How much down of price they will agree in case of bloodline in? It doesn't look possible according to your mail about ground price. I remember they asked me to pay $100/MT more in case of bloodline out last winter.

Anyway I think it's the best to pay $10/MT more (maybe $500/day ?) with 100% bloodline out to avoid any future disputes with buyers and keep future business with them.

How many more tons to be packed besides FMI-224 ? I think it's about time to decide quantity & new price on additional production now. If 2FCL to be packed from today, 1,000 MT will be done around end of Aug (abt 50 MT x 20 days). As far as I know, fish to be caught after end of Aug must be less value. Please let me have your opinion on this.

B.RGDS SAM LIM

EXHIBIT 12
Page 12 of 14

FMI 00058

--- Original Message ---
From : "Bent Holme"<bholme@salmoncanada.com>
To : "SANGJINTRADINGCO.,"<sj9693@chol.com>
Cc :
Date : Tue, 9 Aug 2005 16:01:13 -0700
Subject : FMI-224

Dear Sam:

Thanks phone call today.

Subsequent to our conversation I have discussed matters further with
Global who beg us to maintain current contract price irrespective of
bloodline "in" or "out" as, already now, they barely breaking even
due to spiralling ground prices that have escalated since May.

In turn, Global will do utmost to increase bloodline-out quantity to
about 50% viz.

up to abt. 500 MT bloodline-out
"   "  500 MT bloodline-in

Total: 1,000 (+/-) all on basis US$ 1,450/MT c&f Qingdao

Remark: Pink bloodline = abt. 1% of weight

Availability: 5 x 40' on or abt. Aug 10. From then on:
2 x 40' daily (until contract completed).

Shipment: Bangkok first - 300 MT. (as/when produced)
After that China - 700 MT (as/when produced)

Note: Any deviation to above should be avoided.

Please be guided accordingly

We hope sincerely that your buyers will cooperate as asked, enabling
you/us to execute order in full. As advised, your confirmation is needed
urgently as time is of essence (next week to 10 days is peak season for
Kodiak Pink fishery). By the way, general quality is very good viz.
red meat color, bright skin and good sized fish.

Thanks, in advance, for your cooperation and assistance.

Best regards
Bent




Bent Holme
FMI Food Marketers International Ltd.
Tel: (604) 275 3664
Fax: (604) 275 3624
e-mail: bholme@salmoncanada.com

EXHIBIT 12
Page 13 of 14

FMI 00059

## Bent Holme

**From:** "Bent Holme" <bholme@salmoncanada.com>
**To:** "Oleg Nikitenko" <oleg@globalseafoods.com>
**Sent:** Monday, August 15, 2005 3:10 PM
**Subject:** FMI-224 T/T payment

Hi Oleg:

Reference telcon half hour ago - if only you would produce more "bloodline-out" we can T/T for a l l such containers - quickly.

Therefore we  u r g e  you to do utmost in this respect.

Meanwhile please advise (tomorrow) the container numbers of the 4 x 40' discussed on Fri. and today.   Our buyers in Bangkok and China keep reminding us that we told them:   2 x 40' daily from Aug 10 comprising 50/50 of "bo" and "bi"  (based on pledge Aug 9).

Best regards
Bent

AUG 15 2005

Bent Holme
FMI Food Marketers International Ltd.
Tel:  (604) 275 3664
Fax: (604) 275 3624
e-mail:  bholme@salmoncanada.com

EXHIBIT 12
Page 14 of 14

FMI 00077