## Bent Holme

**From:** "SANGJINTRADINGCO.," <sj9693@chollian.net>
**To:** "Bent Holme" <bholme@salmoncanada.com>
**Sent:** Tuesday, August 02, 2005 3:03 AM
**Attach:** LC1.jpg
**Subject:** Re: FMI-224 - L/C M04-N3-508-RS

*AUG - 2 2005*

Dear Bent                    SJF 05132                    Aug 02 2005

Wish you have had nice holiday.

1. I received 2 L/C from Merry China but it had better be opened after your confirmation because amendment charge is not small and I want you to ship 300 MT to Bangkok first.

   So please advise what must be corrected 2 pages of my fax and enclosed new 500 MT L/C

2. YS Trading
   They are pushing me to ship 150-300 MT to Bangkok asap because season started already.

3. Requirement
   I know you honor contract FMI-224 because you already invested Ryco machine to Global and you have power to control them. But my concern is that Global ships first production to the other buyers and then ship ours later or ship 2nd/3rd grade to us as I told you when contracted price was increased.

   Do you remenber this point ? Please let Global ship first products to Bangkok ( Consignee/Notify: Chotiwat manufacturing Co 84/22 Moo 7, Asia Highway Road. #43 P.O.Box 37, T.Korhong, Hatyai.
   Songkhla, Thailand 90110. Tel: 66 74 210222/9) now and send invoice & B/L copy to me by fax.

   Please advise how many tons Global will pack this season ? I know that they grade 1st, 2nd & 3rd . We contracted 1st grade only. What will they do 2nd & 3rd grade. Actually I wanna take more 1st grade at current market price besides FMI-224 and some 2nd grade if price is workable but no 3rd grade at all. So please ship FMI-224 first and then let me have new price of 1st grade and 2nd grade asap because I have first refusal.

   I want you to confirm if their first products must be shipped to Bangkok and then Qingdao by return.
   It's not necessary for me to visit them if you confirm, but if not, I have to be there soon to watch them.

   As landing starts better from this week, I hope that 300 MT to be shipped to Bangkok till this weekend and start shipping 500 MT to Qingdao Fusenheng and 200 Mt to Qingdao Yilufa Group from

EXHIBIT 13
Page 1 of 2

FMI 00019

next week because these 2 L/C must be opened this week upon receipt your confirmation

incl : Merry China's 500 MT L/C

B.RGDS SAM LIM

---

--- Original Message ---
From : "Bent Holme"<bholme@salmoncanada.com>
To : "SANGJINTRADINGCO.,"<sj9693@chol.com>
Cc :
Date : Fri, 29 Jul 2005 13:01:28 -0700
Subject : FMI-224 - L/C M04-N3-508-RS

```
Dear Sam:

Further to fax and e-mail today re subject matter - if Page 02 is right
one please clarify re: "Documents required (48A) + other Documents"

1: Please advise which contract number to indicate ??? FMI-224 or
what ???

5/6: Please advise mailing address (Street/City) of Merry China

There may be other amendments required - we shall advise after we
receive your reply by Aug 2.

Best regards
Bent
Bent Holme
FMI Food Marketers International Ltd.
Tel: (604) 275 3664
Fax: (604) 275 3624
e-mail: bholme@salmoncanada.com
```

---

 ¡©¯Ð°ú ÇÔ² „µë¼ì °¡¯Â ¿¡ ¿¡,® ÀÎÂ�†Ý¹®È CHOL(¼¼¼¼Àµ¿Àµ¹²)    http://www.CHOL.com

½²ÆÕ¾ôÀî ±²¼ôÇͤ¼ ½Â¿øÇÑ ¸ÀïÚ¼¹°    ÃÕ¼À µ¿ìμ»ô, »¿ôïùå, Ã¯Æ¿ Ã¬¯ÀÚ¼½Ç¿¼¾ Ù
À¿ÇÑ¼ø¯Â ¤ÀÎ¼Ð¼ôÀ '«¢Ñ¯'ê ¼ô¼À¿¿ê®    Ð¼ÆÇ¶ô!!
¼È¤ôÇͤ¼ ¹Â¼À+ÇÑ ÀÎÐ¬ô¼    ¤ô¼Ô¤¼ô ÃÕ¬ó62¼ÇÒÀ¤ÀÌ©¥Æ¿®
¸ÀÎÂÕ¼¼Ò    ÀôÀ¾º°£ '«¢ô' ÆÐ¥¶Ã¤Àô '«¢ô' Ùö¶ïµ¿ '«¢ô'



IN 46A...
CLAUSE 2)2¼3 SET OF CLEAN ON BOARD OCEAN.........AN
CO.,LTD. (ADD TAIWAN INDUSTRIAL DISTRICT 1
CHINA)

EXHIBIT 13
Page 2 of 2

FMI 00020