**CONTAINER: CRLU520367-6**
**ETD DUTCH HARBOR: 8/23/05**
**ETA QINGDAO: 9/6/05**


**FRONT OF FILE FOLDER READS:**

**SHIPPER: GLOBAL SEAFOODS NORTH AMERICA**
**FOR: FMI**
**DESTINATION PORT: QINGDAO, CHINA**
**VESSEL: APL CHINA V/094**

**AES ( THIS IS CUSTOMS NOTIFICATION )DONE 8/22/05**
**COC INSTRUCTIONS ( THIS IS FOR GOVERNMENT HEALTH**
**CERTIFICATES DONE 8/22/05**
**ORIGINALS TO TOM ( TOM HENNESSEY W/GLOBAL SEAFOODS) 8/29/05**

EXHIBIT 14
Page 1 of 23

**ETS-0001**

Global Seafoods - Container Control Panel

Page 1 of 2

## Global Seafoods
### NORTH AMERICA

Home | Users | Product Detail | Settings | New Shipment | Logout
Approve Production | Production Reports | Control Panels | Carriers
Translation Table | SKU Assignment

# Container Control Panel

**Filter:** ☑ (L) Loading  ☑ (S) Stuffed  ☑ (T) Booked - In Transit  ☑ (A) Arrived  ☑ (K) Archived  ☑ (O) Other

| Container | Seal | Packing List | Total Net Wt (MT) | Carrier | Status | Dest Port | Consignee | Customer | Vessel/Voyage | Booking | ETD | ETA | Comments | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TRLU1650027 | APL-4128843 | C10260 | 23.200 | APL | (T) Booked - In Transit | Klaipeda | | Baltexpress | APL Thailand V/089 | 99161224 | 9/6/2005 | 10/19/2005 | #5 | Edit | Link | Delete |
| CRLU6209367-6 | APL-4128845 | C10261 | 23.200 | APL | (K) Archived | Quingdao, China | | FMI | APL China V/094 | ECHO2883 | 8/23/2005 | 9/6/2005 | #1 | Edit | Link | Delete |
| TRLU1916869-4 | APL-4128849 | C10262 | 23.200 | APL | (K) Archived | Bangkok, Thiland | | FMI | APL Philippines V/093 | ECHO2885 | 8/30/2005 | 9/18/2005 | #2 | Edit | Link | Delete |
| CRLU1216958-7 | APL-4128846 | C10263 | 22.274 | APL | (K) Archived | Dalian, China | | Cascadia | APL China V/094 | ECHO2884 | 8/23/2005 | 9/9/2005 | #13 mix sole | Edit | Link | Delete |
| CRLU122370-9 | APL-4128847 | C10264 | 23.200 | APL | (T) Booked - In Transit | Klaipeda | | Baltexpress | APL Thailand V/089 | 99157174 | 9/6/2005 | 10/19/2005 | #6 | Edit | Link | Delete |
| SEAU525404-3 | APL-4128848 | C10265 | 22.000 | APL | (K) Archived | Quingdao, China | | FMI | APL Philippines V/093 | ECHO2886 | 8/30/2005 | 9/13/2005 | #3 | Edit | Link | Delete |
| SEAU526318-0 | APL-4128850 | C10266 | 21.974 | APL | (K) Archived | Dalian, China | | Cascadia | APL Philippines V/093 | ECHO2887 | 8/30/2005 | 9/16/2005 | #14 | Edit | Link | Delete |
| SEAU571140-6 | APL-4128852 | C10267 | 22.000 | APL | (K) Archived | Quingdao, China | | TMC Trading | APL Philippines V/093 | ECHO2889 | 8/30/2005 | 9/20/2005 | #11 | Edit | Link | Delete |
| SEAU526911-1 | APL-4128851 | C10268 | 22.149 | APL | (K) Archived | Dalian, China | | Cascadia | APL Philippines V/093 | ECHO2887 | 8/30/2005 | 9/16/2005 | #15 | Edit | Link | Delete |
| SEAU518889-2 | APL-4128856 | C10269 | 22.175 | APL | (K) Archived | Dalian, China | | Cascadia | APL Philippines V/093 | ECHO2887 | 8/30/2005 | 9/16/2005 | #16 | Edit | Link | Delete |

... 21 22 23 24 25 26 27 28 29 30 ...

⊕ **EXPORT TO EXCEL**

EXHIBIT 14
Page 2 of 23

ETS-0002

## NON-NEGOTIABLE SEA WAYBILL

**APL**

SEA WAYBILL

| SHIPPER (Principal or Seller licensee and full address) | PAGE | B/L NUMBER |
|---|---|---|
| ECHO WORLDWIDE<br>10655 N.E. 4TH STREET, SUITE 400<br>BELLEVUE, WA 98004 USA 98004 | 1  OF  1 | APLU 098161219 |
| | EXPORT REFERENCES<br>ECHO2883 | |

| CONSIGNEE (Name and Full Address /Non-Negotiable Unless Consigned to Order.) (Unless provided otherwise, a consignment "To Order" means to order of shipper) | FORWARDING AGENT (References, F.M.C. No.) | FMC 018125 |
|---|---|---|
| APC-REALCO LTD<br>RM 1812, THE NORTH BUILDING GOLDEN<br>PLAZA NO.20 HONG KONG MIDDLE ROAD<br>TEL:011-86-532-5022-459<br>QINGDAO, CHINA | ECHO-TRANSLINK SYSTEMS (ETS)<br>10655 N.E. 4TH ST., SUITE 436<br>BELLEVUE, WA 98004 FMC.#18125F | |
| | POINT AND COUNTRY OF ORIGIN OF GOODS<br>ALASKA | |

| NOTIFY PARTY/INTERMEDIATE CONSIGNEE (Name and Full Address) | ALSO NOTIFY (Name and Full Address)/DOMESTIC ROUTING/EXPORT INSTRUCTIONS/ PER—TERMINAL/ONWARD ROUTING FROM POINT OF DESTINATION |
|---|---|
| APC-REALCO LTD<br>RM 1812, THE NORTH BUILDING GOLDEN<br>PLAZA NO.20 HONG KONG MIDDLE ROAD<br>TEL:011-86-532-5022-459<br>QINGDAO, CHINA | AES XTN:602229395-98161219 (FOR USE<br>IN SED EXEMPTION STATEMENT)<br>AES ITN: X20050822014879 |

| INITIAL CARRIAGE (MODE)* | PLACE OF RECEIPT* |
|---|---|
| | KODIAK |

| EXPORT CARRIER (Vessel voyage, & flag) | PORT OF LOADING |
|---|---|
| APL CHINA  094 | DUTCH HARBOR |

| PORT OF DISCHARGE | PLACE OF DELIVERY** |
|---|---|
| QINGDAO | |

Excess Valuation Please refer to Clause 7 (iii) on Reverse Side    PARTICULARS FURNISHED BY SHIPPER    Payment by Cheque must be made to the order of APL Co. Pte Ltd

| MKS. & NOS./CONTAINER NOS. | NO. OF PKGS. | H.M | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| | | | 1 X 40'R CONTAINERS STC:<br>TOTAL GROSS WEIGHT (LBS.) | 52681 | |
| NO M/N | 1450 | | PACKAGES          SLAC CY/CY<br>ZZ JK003-7750<br>1450 16 KG BAGS<br>FROZEN PINK SALMON H/G<br>(ONCORHYNCHUS GORBUSCHA)<br>NET WEIGHT: 23,200 KGS<br>GROSS WEIGHT: 23,896 KGS<br>COUNTRY OF ORIGIN: USA<br>FREIGHT PREPAID<br>TEMP -15 F | | |

```
***CTR NBR***   ****SEAL NBR****   T/S       MODE      QUANT/TYPE
CRLU520367-6    4128845            R40       CY/CY     1450PKGS
```

THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM
THE U.S IN ACCORDANCE WITH THE EXPORT ADMIN. REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW IS PROHIBITED.

SHIPPED ON BOARD  AUG. 23, 2005

| B/L TO BE RELEASED AT    SERVICE CENTER W | | OCEAN FREIGHT PAYABLE AT    OAKLAND, CA | | |
|---|---|---|---|---|
| FREIGHT RATES CHARGES WEIGHTS AND/OR MEASUREMENTS (SUBJECT TO CORRECTION) | | PREPAID U.S. $ | COLLECT U.S. $ | Local Currency |
| ZZ    1VN    6696/VAN | | 6696.00 | | |
| BSC   US$    410/VAN | | 410.00 | | |
| CHS   US$    40/VAN | | 40.00 | | |
| DDC   US$    190/VAN | | 190.00 | | |
| DOC   US$    25/EA | | 25.00 | | |

The undersigned Carrier hereby acknowledges receipt of the sealed container or packages or other shipping units said to contain the Goods described above in apparent external good order and condition unless otherwise stated. The Shipper agrees, and the Consignee and every person purchasing this instrument for value, if negotiable, or otherwise having an interest in the Goods is advised that the receipt, custody, carriage and delivery of the Goods are subject to all the terms and conditions set forth and by incorporated by reference on this side and the reverse hereof, whether written, stamped or printed...

A set of  0  originals of this bill of lading is hereby issued by the Carrier. Upon surrender to the Carrier of any one negotiable bill of lading, properly endorsed, all others shall stand void.

| A01  094 | | TOTAL PREPAID | OAK | 7361.00 | | |
|---|---|---|---|---|---|---|
| Vessel | Voyage | TOTAL COLLECT | | | | |

BL number: APLU 098161219          Date: AUG. 23,2005          **American President Lines, Ltd., The Carrier**
                                   Place Issued: SERVICE CENTER          SEA WAYBILL COMPLETE

THANK YOU FOR SHIPPING AMERICAN PRESIDENT LINES, LTD.          ** NON-NEGOTIABLE **

ATTENTION: EXPORT DEPT                    FROM: RACNAM
FAX RATED SEAWAY BILL

**ETS-0003**

EXHIBIT 14
Page 3 of 23

# ECHO WORLDWIDE

**Bill of Lading** | **DRAFT Non-Negotiable**

| Shipper | | |
|---|---|---|
| GLOBAL SEAFOODS NORTH AMERICA LLC<br>11100 NE 8TH STREET SUITE 310<br>BELLEVUE, WA 98004 USA | www.etscargo.com | |
| | Booking Number ECHOSEA0065 | Bill of Lading Number **ECHO2883** | Page 1 of 1 |

| | Export References | 98161219 |
|---|---|---|

| Consignee (Name and Address) | Forwarding Agent - References - FMC No. |
|---|---|
| TO ORDER | ECHO-TRANSLINK SYSTEMS (ETS)<br>10655 NE 4TH STREET, SUITE 400<br>BELLEVUE, WA 98004 U.S. FMC18125NF<br>TEL: 1.425.467.1804<br>FAX: 1.425.709.8831 |

| Notify address | Also Notify - Routing and Instructions - Remarks |
|---|---|
| QINGDAO YILUFA GROUP CO., LTD<br>QINGDA INDUSTRIAL PARK CHENGYANG<br>QINGDAO 266111 CHINA | APC-REALCO LTD (QINGDAO OFFICE)<br>RM 1812, THE NORTH BUILDING<br>GOLDEN PLAZA, NO. 20, HONG KONG<br>MIDDLE ROAD, QINGDAO, CHINA<br>TEL: 86-532-5022-459 FAX: 5023486 |

| Pre-carriage by* | Place of receipt by pre-carrier*<br>KODIAK, ALASKA | Point and Country of Origin of Goods<br>ALASKA, U.S.A. | Type of Move<br>CY/CY |
|---|---|---|---|

| Vessel<br>APL CHINA V-094 | Port of loading<br>DUTCH HARBOR, ALASKA |
|---|---|

| Port of discharge<br>QINGDAO, CHINA | Place of delivery by on-carrier* |
|---|---|

| Marks and numbers | Number and kind of packages, description of goods | Weight | Measurement |
|---|---|---|---|
| CRLU520367-6 SEAL<br>NO. 4128845 | 1,450 PK | 16KG BAGS FROZEN PINK SALMON H/G<br>(ONCORHYNCHUS GORBUSCHA)<br>NET WEIGHT: 23,200 KGS<br>GROSS WEIGHT: 23,896 KGS<br><br>COUNTRY OF ORIGIN: U.S.A.<br><br>TEMP -15 F | 23,896 KG | |

\* CLEAN ON BOARD "APL CHINA V/094" AT DUTCH HARBOR, ALASKA ON AUGUST 23, 2005

\* FREIGHT PREPAID

\* THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE U.S. IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW IS PROHIBITED.

**Particulars of goods declared by Merchant**

RECEIVED by the Carrier in external apparent good order and condition. Except otherwise noted, the total number of containers or other packages or units shown in this Bill of Lading, said by the shipper to contain the goods described above. Which description the Carrier has no reasonable means of checking. In accepting this Bill of Lading the Merchant expressly accepts and agrees to all its stipulations on both pages, whether written, printed, stamped or otherwise incorporated, as fully as if they were all signed by the Merchant. If the Carrier so requires, One original Bill of Lading must be surrendered duly endorsed in exchange for the goods or delivery order. In witness whereof the number of original Bills of Lading stated herein has been signed, all of this tenor and date, one of which being accomplished, the other(s) to stand void.

EXHIBIT 14
Page 4 of 23

| Freight | Merchant's declaration of value | Freight payable at<br>SEATTLE | Place and date of issue<br>SEATTLE<br>August 23, 2005 | **ETS-0004** |
|---|---|---|---|---|
| | | Number of originals<br>THREE/3 | Signature | |
| | (see Clause 3) | Original document is printed on watermarked paper.<br>www.etscargo.com | | |
| \* Applicable only when document used as a through Bill of Lading | | | ECHO WORLDWIDE (Carrier) | |

| 1. Goods consigned from (exporter's business name, address, country)

GLOBAL SEAFOODS NORTH AMERICA LLC

11100 NE 8TH STREET SUITE 310

BELLEVUE, WA 98004 USA | Reference No.

GENERALIZED SYSTEM OF PREFERENCES

**CERTIFICATE OF ORIGIN**

(Combined declaration and certificate)

## UNITED STATES OF AMERICA

Issued in _____

FORM A |

2. Goods consigned to (consignee's name, address, country)

QINGDAO YILUFA GROUP CO., LTD

QINGDA INDUSTRIAL PARK CHENGYANG

QINGDAO 266111 CHINA

| 3. Means of transport and route (as far as known)

APL CHINA V-094

KODIAK/DUTCH HARBOR, ALASKA U.S.A.

QINGDAO, CHINA | 4. For official use |

| 5. Item number | 6. Marks/num. of packages | 7. Number and kind of packages; description of goods. | 8. Origin criterion (see note overleaf) | 9. Gross weight or other quantity | 10. Number and date of invoices |
|---|---|---|---|---|---|
| | 1450 | 16KG BAGS FROZEN WILD PINK SALMON H/G (ONCORHYNCHUS GORBUSCHA) NET WEIGHT: 23,200 KGS GROSS WEIGHT: 23,896 KGS CRLU520367-6 SEAL NO. 4128845 | | 23,896 KGS | |

| 11. certification

It is hereby certified, on the basis of control carried out, that the declaration by the exporter is correct.

SEATTLE, WASHINGTON 08/22/2005

Place and date, signature and stamp of certifying authority. | 12. Declaration by the exporter

The undersigned hereby declares that the above details and that all the goods were

produced in (country)    UNITED STATES OF AMERICA

and that they comply with the origin requirements specified for those goods in the generalized system of preferences for goods exported to (importing country)    CHINA

SEATTLE, WASHINGTON  08/22/2005

Place and date, signature of authorized signatory |

ETS-0005


EXHIBIT 14
Page 5 of 23



**UNITED STATES OF AMERICA**
**U.S. DEPARTMENT OF COMMERCE**
卫生证书/Health Certificate
**People's Republic of China**



日期/Date **AUGUST 25, 2005**

编号/No: **WPR42530676**

*This certificate is admissible in all courts of the United States as prima facie evidence of the truth of the statements therein contained. This certificate does not excuse failure to comply with any Federal or State laws. WARNING: Any person who shall falsely make, issue, alter, forge, or certify, or participate in any action thereto, is subject to a fine of not more than $1,000 or imprisonment for not more than one (1) year, or both (7 U.S.C. 1622 (h)).*

用于进口鱼类产品/For fish and fishery products intended for import to the People's Republic of China

I. 本证书应明确/The certificate should specify:

品名(及学名):/Variety name (and official name): **PINK SALMON H/G (ONCORHYNCHUS GORBUSCHA)**

产地/Production Area: **SEAWATER, WILD, CAUGHT FISH**

捕捞区域/Catch Area: **FAO AREA 67 NORTH PACIFIC OCEAN - PRODUCT OF USA**

加工方式/Processing method: **FROZEN H&G**

加工企业名称及注册号/Name and registration number of processing plant: **GLOBAL SEAFOODS N/A PLANT CFN #3032545 AK#412**

发证机构名称/Name of department issuing the certificate: **UNITED STATES DEPARTMENT OF COMMERCE - SEAFOOD INSPECTION PROGRAM**

运输方式(包括船名,航班号,集装箱号)/Means of transportation (including vessel name, number, and container number): **APL CHINA V/094   CRLU520367-6 SEAL NO. 4128845**

收货人/Consignee name and address: TO ORDER NOTIFY PARTY: QINGDAO YILUFA GROUP CO., LTD QINGDA INDUSTRIAL PARK CHENGYANG QINGDAO **266111 CHINA**

发货人/Consignor name and address: GLOBAL SEAFOODS NORTH AMERICA LLC 11100 NE 8TH STREET SUITE 310 BELLEVUE, WA 98004 USA

数量/Quantity: **1450 16 KG BAGS**      重量/Weight: Net Weight: 23,200 KGS   Gross Weight: 23,896 KGS

生产日期/Production date or codes: JULY AND AUGUST 2005

II. 此证不得涂改,须有官方印章及检验检疫人员签名,目的地应标明中华人民共和国/This certificate shall not be tampered with. Certificate shall be accompanied with an official stamp and the signature of the inspector. Destination shall be indicated as the People's Republic of China.

III. 每一批水产品须有一份检验检疫证书正本. 证书须中英文对照/Each batch of aquatic products shall carry an original certificate. The certificate shall be in both Chinese and English languages.

IV. 证书应载明以下内容/The certificate shall state the following information.

正明/This is to certify that

— 上述水产品来自主管当局注册的企业/The above fishery products are from an establishment approved by the competent authority of the processor.

— 产品的生产, 包装, 贮藏和运输均在主管部门监督之卫生条件下进行/The products were produced, packed, stored, and transported under sanitary conditions under the supervision of the competent authority.

— 产品经过主管当局检验检疫, 未发现中国规定的有害病菌, 有毒有害物质及异物/The products were inspected and quarantined by the competent authority and no pathogenic bacteria, harmful substances, or foreign substances regulated in the P.R. China were found.

— 产品符合兽医卫生要求, 适合人类食用/The products meet veterinary sanitary requirements and are fit for human consumption.

发证日期/Date of issue **AUGUST 25, 2005**

监章/Stamp

官方兽医签字/Official Veterinary Signature
SHERI STEPHENSON CSO# 4253
Consumer Safety Officer
Western Inspection Branch
USDC/NOAA/NMFS/SIP
7600 Sand Point Way NE, Bldg 32
Seattle, WA  98115  Tel: (206)526-4259

**ETS-0006**

DRAFT

EXHIBIT 14
Page 6 of 23

Revised 5/28/2003

*8/16   ET/Len :*

*FMI   L/C   for*
*China Pink Salmon.*
*(Bangkok   T/T )*

```
:27 : SEQUENCE OF TOTAL
:   : 1/1
:   :
:40B: FORM OF DOCUMENTARY CREDIT
:   : IRREVOCABLE
:   : WITHOUT OUR CONFIRMATION
:   :
:20 : TRANSFERRING BANK'S REFERENCE
:   : M04N3508RS00192
:   :
:21 : DOCUMENTARY CREDIT NUMBER
:   : M04N3508RS00192
:   :
:31C: DATE OF ISSUE
:   : 050804
:   :
:31D: DATE AND PLACE OF EXPIRY
:   : 050923CANADA
:   :
:52D: ISSUING BANK OF THE ORIGINAL DOCUMENTARY CREDIT
:   : INDUSTRIAL BANK OF KOREA
:   : SEOUL, KOREA
:   :
:50 : FIRST BENEFICIARY
:   : FMI FOOD MARKETERS INTERNATIONAL
:   : LTD. 233-11951 HAMMERSMITH WAY,
:   : RICHMOND, B.C V7A 5H9, CANADA
:   :
:59 : SECOND BENEFICIARY
:   : GLOBAL SEAFOODS NORTH AMERICA LLC
:   : 11100 NE 8TH STREET SUITE 310
:   : BELLEVUE, WA 98004 USA
:   : TEL: (425) 451 0565 (EXT. NO. 4)
:   :
:32B: CURRENCY CODE, AMOUNT
:   : USD264000,00
:   :
:39A: PERCENTAGE CREDIT AMOUNT TOLERANCE
:   : 10/10
:   :
:41D: AVAILABLE WITH ... BY ...
:   : HSBC BANK CANADA
:   : VANCOUVER TRADE SERVICES CENTRE
:   : 4/F 885 WEST GEORGIA STREET,
:   : VANCOUVER, B.C. V6C 3G1 CANADA
:   : BY NEGOTIATION
:   :
:42C: DRAFTS AT ...
:   : AT SIGHT
:   :
:42D: DRAWEE
:   : INDUSTRIAL BANK OF KOREA (HEAD
:   : OFFICE SEOUL) SEOUL
:   : 50,ULCHIRO 2-GA,CHUNG-GU
:   : SEOUL,KOREA, REPUBLIC OF
:   :
```

BankText.rpt

ETS-0007

EXHIBIT 14
Page 7 of 23

```
:43P: PARTIAL SHIPMENTS
 :    : ALLOWED
 :
 :43T: TRANSHIPMENT
 :    : ALLOWED
 :
 :44A: LOADING ONBOARD/DISPATCH/TAKING IN CHARGE AT/FROM ...
 :    : USA PORT
 :
 :44B: FOR TRANSPORTATION TO ...
 :    : QINGDAO, CHINA
 :
 :44C: LATEST DATE OF SHIPMENT
 :    : 050915
 :
 :45A: DESCRIPTION OF GOODS AND/OR SERVICES
 :    : AROUND 200.00MT FROZEN PINK SALMON H/G
 :    : (ONCORHYNCHUS GORBUSCHA.)
 :    : MEAT COLOR MUST BE ASMI P3 AND UP
 :    : PACKING:STANDARD PACKING IN CARTON BOX OR PAPER BAG OR TOTES
 :    : PRICE   :USD1,320.00/MT
 :    : TOTAL AMOUNT : USD264,000.00
 :    : COUNTRY OF ORIGIN : USA
 :    : PRICE TERMS : CFR QINGDAO. CHINA
 :
 :46A: DOCUMENTS REQUIRED
 :    : MANUALLY SIGNED COMMERCIAL INVOICE IN 3 COPIES, INDICATING
 :    : THIS L/C NO. AND CONTRACT NO.(PHOTO COPY AND CARBON COPY NOT
 :    : ACCEPTABLE AS ORIGINAL).
 :    : 2/3 SET(INCLUDE 2 ORIGINALS AND 2 NON-NEGOTIABLE COPIES) OF
 :    : CLEAN ON BORAD''FREIGHT PREPAID''OCEAN BILLS OF LADING MADE
 :    : OUT TO ORDER AND BLANK ENDORSED,MARKED''NOTIFYING QINGDAO
 :    : YILUFA GROUP CP.,LTD. QINGDA INDUSTRIAL PARK CHENGYANG QINGDAO
 :    : 266111 CHINA'',B/L ISSUING DATE SHALL BE REGARDED AS THE DATE
 :    : OF SHIPMENT.
 :    : PACKING LIST/WEIGHT MEMO IN 3 COPIES ISSUED BY SHIPPER
 :    : INDICATING QUANTITY/GROSS AND NET WEIGHTS OR EACH PACKAGE
 :    : BENEFICIARY'S CERTIFICATE CERTIFYING THAT THE ORIGINAL HEALTH
 :    : CERTIFICATE AND CERTIFICATE OF ORIGIN ISSUED BY THE AUTHORITY
 :    : HAS BEEN COURIERED TO 'MERRY AND CO.,LTD.CHINA' WITHIN 3 DAYS
 :    : AFTER SHIPMENT DATE.
 :    : 1/3 SET ORIGINAL AND COPY B/L SHALL BE COURIERED TO 'MERRY AND
 :    : CO.,LTD.CHINA' DIRECTLY WITHIN 3 DAYS AFTER SHIPMENT DATE.
 :    : ORIGINAL DECLARATION OF NON-WOOD MARERIAL PACKING ISSUED BY
 :    : SHIPPER SHALL BE COURIERED TO 'MERRY AND CO.,LTD.CHINA'
 :    : DIRECTLY WITHIN 3 DAYS AFTER SHIPMENT DATE.
 :
 :47A: ADDITIONAL CONDITIONS
 :    : DRAFT DRAWN UNDER THIS CREDIT MUST BE ENDORSED AND CONTAIN THE
 :    : CLAUSE, DRAWN UNDER INDUSTRIAL BANK OF KOREA, SEOUL, LETTER OF
 :    : CREDIT NO. M04N3508RS00192 DATED 2005-08-04
 :    : BOTH QUANTITY AND AMOUNT 10 PERCENT MORE OR LESS ARE ALLOWED.
 :    : THIRD PARTY DOCUMENTS ACCEPTABLE.
 :    : INFO FROM TRANSFERRING BANK TO PRESENTING BANK
 :    : 1.THIS DC EXPIRES AT THE COUNTERS OF HSBC BANK CANADA , VANCOUVER
 :    : B.C. CANADA
 :    : 2.THE AMOUNT OF ANY DRAWING/NEGOTIATION MUST BE ENDORSED ON THE
 :    : REVERSE OF THIS TRANSFER DC.
 :    : 3.UNLESS OTHERWISE SPECIFIED IN THE CREDIT, ALL DOCUMENTS EXCEPT
 :    : DRAFTS AND INVOICES MUST NOT SHOW TRANSFERRING BANK'S REF.NO
```

BankText.rpt

ETS-0008

EXHIBIT 14
Page 8 of 23

```
:  :  : DRAFTS AND INVOICES MUST NOT SHOW TRANSFERRING BANK'S REF.NO
:  :  : UNIT PRICE, INVOICE AMOUNT/VALUE OF SHIPMENT.
:  :  : 4.NOT WITHSTANDING ANY INSTRUCTIONS TO THE CONTRARY THAT APPEAR
:  :  : IN THE FOREGOING CREDIT, IT IS ESSENTIAL THAT DOCUMENTS
:  :  : UNDER THIS CREDIT BE SENT TO HSBC BANK CANADA, 4/F 885 WEST
:  :  : GEORGIA STR, VANCOUVER B.C. CANADA V6C 3G1 ATTN: VANCOUVER TRADE
:  :  : SERVICES CENTER BY COURIER AT TRANSFEREE'S EXPENSE IN ONE LOT FOR
:  :  : SUBSTITUTION AND OUR ONWARD DELIVERY TO THE DC ISSUING BANK.
:  :  : PLS NOTE THAT THE TRANSFEROR WISHES TO SUBSTITUTE THEIR OWN
:  :  : DRAFTS AND INVOICES FOR THOSE OF THE TRANSFEREE. THE PRESENTING
:  :  : BANK MUST QUOTE OUR TRANSFER REFERENCE NUMBER ON THEIR COVERING
:  :  : LETTER WHEN PRESENTING THE DOCUMENTS TO THE ABOVE ADDRESS FOR
:  :  : SUBSTITUTION OF DOCUMENTS BY THE TRANSFEROR. UNDER NO
:  :  : CIRCUMSTANCES SHOULD TRANSFEREE'S
:  :  : DOCUMENTS UNDER THIS TRANSFERRED CREDIT BE SENT DIRECT TO D/C
:  :  : ISSUING BANK WITHOUT SUBSTITUTING TRANSFEROR'S EXPORT DOCUMENTS
:  :  : AT THE COUNTER OF HSBC BANK CANADA, VANCOUVER. IF ANY
:  :  : BANK/FINANCIAL INSTITUTION OTHER THAN HSBC BANK CANADA, VANCOUVER
:  :  : DESPATCHES TRANSFEREE'S DOCUMENTS DIRECTLY TO D/C ISSUING BANK
:  :  : AND HENCE PRECLUDES TRANSFEROR FROM SUBSTITUTING THEIR DOCUMENTS,
:  :  : THAT BANK/FINANCIAL INSTITUTION WILL BE HELD FULLY LIABLE FOR
:  :  : INDEMNIFYING THE INJURED PARTY(IES) FOR ALL LOSSES THAT MAY
:  :  : RESULT FROM DOING SO. THIS ADVICE OF TRANSFER IS GIVEN FOR
:  :  : GUIDANCE ONLY AND DOES NOT CONSTITUTE ANY OBLIGATION ON OUR PART.
:  :  : DOCUMENTS IN STRICT CONFORMITY WITH THE TERMS AND CONDITIONS OF
:  :  : THIS TRANSFERRED DC ARE TO BE PRESENTED TO US AND WILL BE SENT
:  :  : ONWARDS TO THE ISSUING BANK AFTER SUBSTITUTION BY THE FIRST
:  :  : BENEFICIARY. UPON RECEIPT OF FUNDS FROM THE ISSUING/PAYING BANK,
:  :  : WE SHALL REMIT PROCEEDS TO YOU IN ACCORDANCE WITH YOUR
:  :  : INSTRUCTIONS. IF DOCUMENTS PRESENTED TO US ARE FOUND TO BE
:  :  : DISCREPANT, WE RESERVE THE RIGHT TO FORWARD THESE DOCUMENTS TO
:  :  : THE ISSUING BANK FOR APPROVAL AND PAYMENT.
:  :  : 5. A DISCREPANCY FEE OF USD75.00 IS PAYABLE BY THE TRANSFEREE FOR
:  :  : EACH DRAWING PRESENTED WHICH DOES NOT STRICTLY COMPLY WITH
:  :  : THE TERMS OF THIS D/C AND WHICH HAS TO BE REFERRED TO THE
:  :  : TRANSFEROR.
:  :  : 6.THIS D/C IS SUBJECT TO UCP FOR DOCUMENTARY CREDITS ICC NO 500.
:  :  : 7.OUR NEGOTIATION COMMISSION SHALL BE AT 0.125PCT OR MIN USD100.-
:  :  : ON ANY DRAWING OF THIS TRANSFER D/C TO BE DEDUCTED AT THE TIME OF
:  :  : PAYMENT.
:  :  : 8.INFO FROM TRANSFERRING BANK TO TRANSFEREE: THE ABOVE
:  :  : CONSTITUTES A TRANSFER UNDER OUR ABOVE NAMED CORRESPONDENT'S
:  :  : IRREVOCABLE DOCUMENTARY CREDIT, IN ACCORDANCE WITH ARTICLE 48D OF
:  :  : UCP500, WE NOTIFY YOU THAT THE TRANSFEROR
:  :  : HAS RETAINED THE RIGHT TO REFUSE TO ALLOW US TO PASS ON TO THE
:  :  : TRANSFEREE ANY AMENDMENTS IN FAVOR OF THE TRANSFEROR.
:  :  : 9.THIS IS THE OPERATIVE INSTRUMENT AND NO MAIL CONFIRMATION
:  :  : IS TO FOLLOW.
:  :
:71B: CHARGES
:  :  : ALL BANKING CHARGES EXCEPT DC
:  :  : ISSUANCE AND TRANSFER CHARGES ARE
:  :  : FOR A/C OF TRANSFEREE.
:  :
:48 : PERIOD FOR PRESENTATION
:  :  : DOCUMENTS MUST BE RECEIVED WITHIN 8
:  :  : DAYS AFTER THE DATE OF SHIPMENT AT
:  :  : THE COUNTER OF HSBC BANK CANADA,
:  :  : VANCOUVER, CANADA.
:  :  :
```

BankTaxt.rpt

EXHIBIT 14
Page 9 of 23

ETS-0009

```
:    :
:49  : CONFIRMATION INSTRUCTIONS
:    : WITHOUT
:    :
:57D: "ADVISE THROUGH" BANK
:    : WELLS FARGO BANK WEST N.A.
:    : (SWIFT: WFBIUS6SSEA)
:    :
:72  : SENDER TO RECEIVER INFORMATION
:    : OUR TRANS REF: M04N3508RS00192-01
:    : TRANSFEREE'S FAX: (425) 451 1067
:    :
```

**End of Report**

BankText.rpt
TOTAL P.04

EXHIBIT 14
Page 10 of 23

ETS-0010

Global Seafoods - Detail View

Page 1 of 1

# Global Seafoods
### N O R T H   A M E R I C A

## Container CRLU520367-6 Details

<< BACK

| | |
|---|---|
| **Container:** | CRLU520367-6 |
| **Packing List:** | C10261 |
| **Carrier:** | APL |
| **Dest Port:** | Quindgao, China |
| **Consignee:** | |
| **Customer:** | FMI |

| | |
|---|---|
| **Seal:** | APL-4128845 |
| **Vessel:** | |
| **Booking:** | |
| **ETD:** | 8/10/2005 |
| **ETA:** | 8/10/2005 |

> APPLY NOTES

| Species | Form | State | Pack | Size | Grade | Weight | Unit | Pkgs | Net Lbs | Gross Lbs | Net Kgs | Gross Kgs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pink salmon | H/G collar off (b) | Frozen-block | Box | O/R | n/a | 16.00 | Kgs | 78 | 2,751.34 | 2,833.88 | 1,248.00 | 1,285.44 |
| Pink salmon | H/G collar off (b) | Frozen-block | Bag | O/R | n/a | 16.00 | Kgs | 1,372 | 48,395.38 | 49,847.24 | 21,952.00 | 22,610.56 |
| | | | | | | | Totals: | 1,450 | 51,146.72 | 52,681.12 | 23,200.00 | 23,896.00 |

## Documents

PackingList-8-10-2005-632592653833094141.html    View    Delete

⚙ **VIEW ROW ENTRIES**
⚙ **EXPORT TO EXCEL**
⚙ **PRINT PACKING SLIP**
⚙ **SEND PACKING SLIP**

EXHIBIT 14
Page 11 of 23

ETS-0011

CRLU 520367-6

## Ellen Thompson

| | |
|---|---|
| **From:** | "Bent Holme" <bholme@salmoncanada.com> |
| **To:** | "Ellen Thompson" <ellen@etscargo.com> |
| **Sent:** | Monday, August 29, 2005 11:07 AM |
| **Subject:** | Re: REVISED Original RE: CRLU 520367-6 per APL "China". |

Ellen:

Yep - looks okay to me.

Best regds.
Bent


----- Original Message -----
From: "Ellen Thompson" <ellen@etscargo.com>
To: "Bent Holme" <bholme@salmoncanada.com>
Sent: Monday, August 29, 2005 11:31 AM
Subject: RE: REVISED Original RE: CRLU 520367-6 per APL "China".


> Bent,
>
> Let me know if the attached Revised Originals is OK...
>
> Ellen
> ----- Original Message -----
> From: "Bent Holme" <bholme@salmoncanada.com>
> To: "Ellen Thompson" <ellen@etscargo.com>
> Sent: Monday, August 29, 2005 11:32 AM
> Subject: Re: CRLU 520367-6 per APL "China".
>
>
>> Ellen:
>>
>> Probably best to be consistent - so in  "China" B/L   (Point
>> and Country of Origin)  please indicate "Alaska U.S.A." (spelled out).
>>
>> Other documents look okay to me.
>>
>> Regds.
>> Bent
>>
>>
>> ----- Original Message -----
>> From: "Ellen Thompson" <ellen@etscargo.com>
>> To: "Bent Holme" <bholme@salmoncanada.com>
>> Sent: Monday, August 29, 2005 10:24 AM
>> Subject: Re: CRLU 520367-6 per APL "China".
>>

**ETS-0012**

EXHIBIT 14
Page 12 of 23

12/15/2005

>>
> >> Bent,
> >>
> >> Attached please find a copy of all the Originals for booking
> >> ECHO2883...Please advise if they look OK....If they do I will deliver
> >> them
> >> to Tom at Global this morning.....
> >>
> >> Waiting for your reply.....
> >>
> >> Ellen
> >> ----- Original Message -----
> >> From: "Bent Holme" <bholme@salmoncanada.com>
> >> To: "Ellen Thompson" <ellen@etscargo.com>
> >> Sent: Monday, August 29, 2005 10:09 AM
> >> Subject: CRLU 520367-6 per APL "China".
> >>
> >>
> >> > Ellen:
> >> >
> >> > If available please fax me today copy of corrected B/L ECH02883
> >> > (and, if ready, copies of other documents too). Thanks.
> >> >
> >> > Regds.
> >> > Bent
> >> >
> >> >
> >> > Bent Holme
> >> > FMI Food Marketers International Ltd.
> >> > Tel: (604) 275 3664
> >> > Fax: (604) 275 3624
> >> > e-mail: bholme@salmoncanada.com
> >> >
> >> >
> >>
> >
> >

EXHIBIT 14
Page 13 of 23

ETS-0013

12/15/2005

## Ellen Thompson

**From:**     "Bent Holme" <bholme@salmoncanada.com>
**To:**       "Ellen Thompson" <ellen@etscargo.com>
**Sent:**     Monday, August 29, 2005 10:32 AM
**Subject:**  Re: CRLU 520367-6 per APL "China".

Ellen:

Probably best to be consistent - so in "China" B/L  (Point
and Country of Origin)  please indicate "Alaska U.S.A."  (spelled out).

Other documents look okay to me.

Regds.
Bent


----- Original Message -----
From: "Ellen Thompson" <ellen@etscargo.com>
To: "Bent Holme" <bholme@salmoncanada.com>
Sent: Monday, August 29, 2005 10:24 AM
Subject: Re: CRLU 520367-6 per APL "China".


> Bent,
>
> Attached please find a copy of all the Originals for booking
> ECHO2883...Please advise if they look OK....If they do I will deliver them
> to Tom at Global this morning.....
>
> Waiting for your reply.....
>
> Ellen
> ----- Original Message -----
> From: "Bent Holme" <bholme@salmoncanada.com>
> To: "Ellen Thompson" <ellen@etscargo.com>
> Sent: Monday, August 29, 2005 10:09 AM
> Subject: CRLU 520367-6 per APL "China".
>
>
> > Ellen:
> >
> > If available please fax me today copy of corrected B/L ECHO2883
> > (and, if ready, copies of other documents too). Thanks.
> >
> > Regds.
> > Bent
> >
> >
> > Bent Holme

**ETS-0014**

EXHIBIT 14
Page 14 of 23

12/15/2005

```
>> FMI Food Marketers International Ltd.
>> Tel:  (604) 275 3664
>> Fax:  (604) 275 3624
>> e-mail:  bholme@salmoncanada.com
>>
>>
>
```

ETS·0015

EXHIBIT 14
Page 15 of 23

12/15/2005

## Ellen Thompson

| | |
|---|---|
| **From:** | "Bent Holme" <bholme@salmoncanada.com> |
| **To:** | "Ellen Thompson" <ellen@etscargo.com> |
| **Sent:** | Monday, August 29, 2005 9:09 AM |
| **Subject:** | CRLU 520367-6 per APL "China". |

Ellen:

If available please fax me today copy of corrected B/L ECH02883
(and, if ready, copies of other documents too). Thanks.

Regds.
Bent


Bent Holme
FMI Food Marketers International Ltd.
Tel: (604) 275 3664
Fax: (604) 275 3624
e-mail: bholme@salmoncanada.com

ETS-0016

EXHIBIT 14
Page 16 of 23

12/15/2005

## Ellen Thompson

**From:** "Bent Holme" <bholme@salmoncanada.com>
**To:** "Ellen Thompson" <ellen@etscargo.com>
**Cc:** "Thomas Hennessey" <tomh@globalseafoods.com>
**Sent:** Friday, August 26, 2005 9:36 AM
**Subject:** Re: Draft Documents for Re: CRLU 520367-6 per "APL China" V/090

Ellen:

Couple of things (minor) such as:

1: B/L - Place Receipt - to be Kodiak,  A l a s k a
                    to be:  "Clean on board"

2: Health Cert. - looks okay

3: Cert. Origin - please add "Wild" in description of Pink Salmon

4: Please do not forget "Non-wood Declaration"

Regds.
Bent


----- Original Message -----
From: "Ellen Thompson" <ellen@etscargo.com>
To: "Bent Holme" <bholme@salmoncanada.com>
Cc: "Tom Hennessey" <tomh@globalseafoods.com>
Sent: Friday, August 26, 2005 9:46 AM
Subject: Draft Documents for Re: CRLU 520367-6 per "APL China" V/090


> Bent,
>
> Attached please find copy of Draft Bill of Lading, Draft Health
Certificate
> and Draft Certificate of Origin for you shipment of 1 container to Qingdao
> aboard the APL China V/094...
>
> Please advise any changes/additions/corrections or if it is OK to print
the
> Originals....
>
> Best Regards,
>
> Ellen
> ----- Original Message -----
> From: "Bent Holme" <bholme@salmoncanada.com>
> To: "Thomas Hennessey" <tomh@globalseafoods.com>

**ETS-0017**

EXHIBIT 14
Page 17 of 23

12/15/2005

> Cc: "Ellen Thompson" <ellen@etscargo.com>
> Sent: Friday, August 26, 2005 8:51 AM
> Subject: CRLU 520367-6 per "APL China" V/090
>
>
> > Tom/Ellen:
> >
> > Since subject shipment is arriving Qingdao on Sep 06 please ensure
> > that originals "Health Cert." + "Cert. Origin" + "non-wood Cert." and
> > 1/3 B/L are couriered promptly to Merry China (for address please
> > refer e-mail Aug 22).
> >
> > Regds.
> > Bent
> >
> >
> > Bent Holme
> > FMI Food Marketers International Ltd.
> > Tel:  (604) 275 3664
> > Fax:  (604) 275 3624
> > e-mail:  bholme@salmoncanada.com
> >
> >
>

EXHIBIT 14
Page 18 of 23

ETS-0018

12/15/2005

**Ellen Thompson**

| | |
|---|---|
| **From:** | "Bent Holme" <bholme@salmoncanada.com> |
| **To:** | "Thomas Hennessey" <tomh@globalseafoods.com> |
| **Cc:** | "Ellen Thompson" <ellen@etscargo.com> |
| **Sent:** | Friday, August 26, 2005 7:51 AM |
| **Subject:** | CRLU 520367-6 per "APL China" V/090 |

Tom/Ellen:

Since subject shipment is arriving Qingdao on Sep 06 please ensure
that originals "Health Cert." + "Cert. Origin" + "non-wood Cert." and
1/3 B/L are couriered promptly to Merry China (for address please
refer e-mail Aug 22).

Regds.
Bent


Bent Holme
FMI Food Marketers International Ltd.
Tel: (604) 275 3664
Fax: (604) 275 3624
e-mail: bholme@salmoncanada.com

**ETS-0019**

EXHIBIT 14
Page 19 of 23

12/15/2005

## Ellen Thompson

| | |
|---|---|
| **From:** | "Bent Holme" <bholme@salmoncanada.com> |
| **To:** | "Ellen Thompson" <ellen@etscargo.com> |
| **Sent:** | Friday, August 19, 2005 9:39 AM |
| **Subject:** | Re: FMI-224 - shipments |

Ellen:

Thanks your e-mail Aug 18 dealing with B/L issues, all of which sounds okay to me.

However, on all Qingdao B/L against L/C M04N3508RS00192 please note that Notify Party should read:

Qingdao Yilufa Group Co., Ltd.

viz. not ....... Cp., Ltd.

Please confirm.

Bent




----- Original Message -----
From: "Ellen Thompson" <ellen@etscargo.com>
To: "Tom Hennessey" <tomh@globalseafoods.com>; "Bent Holme"
<bholme@salmoncanada.com>
Sent: Thursday, August 18, 2005 3:51 PM
Subject: Re: FMI-224 - shipments


> Bent,
>
> Will issue 1 B/L per vessel, per destination port....Meaning on the APL
> Philippines you have containers going to Qingdao and Bangkok, so there will
> be 2 B/L's , 1 for Qingdao and 1 for Bangkok...
>
> Ellen
> ----- Original Message -----
> From: "Bent Holme" <bholme@salmoncanada.com>
> To: "Thomas Hennessey" <tomh@globalseafoods.com>
> Cc: <ellen@etscargo.com>
> Sent: Thursday, August 18, 2005 2:19 PM
> Subject: FMI-224 - shipments

ETS-0020

EXHIBIT 14
Page 20 of 23

8/19/2005

```
>
>
> > Hi Tom:
> >
> > Further to earlier e-mail today re our shipping requests for Qingdao
> > and Bangkok please try to issue  o n e  set of documents (incl. one
> > B/L)  per vessel.
> >
> > It will cut down on the paper-work.
> >
> > Regds.
> > Bent
> >
> >
> >
> >
> > Bent Holme
> > FMI Food Marketers International Ltd.
> > Tel:  (604) 275 3664
> > Fax:  (604) 275 3624
> > e-mail:  bholme@salmoncanada.com
> >
> >
>
```

ETS-0021

EXHIBIT 14
Page 21 of 23

8/19/2005

**Ellen Thompson**

**From:** "Bent Holme" <bholme@salmoncanada.com>
**To:** "Thomas Hennessey" <tomh@globalseafoods.com>
**Cc:** <ellen@etscargo.com>
**Sent:** Thursday, August 18, 2005 8:32 AM
**Subject:** FMI-224 Health Certificates for shipments to China.

Hi Tom:

Regarding "Health Certificates" for shipments to China please arrange that they indicate relative "FAO Area" of catch - and that product description is: "Ocean wild caught Pink Salmon"

If any question please give me a call.

Thanks.

Regards
Bent



Bent Holme
FMI Food Marketers International Ltd.
Tel: (604) 275 3664
Fax: (604) 275 3624
e-mail: bholme@salmoncanada.com

EXHIBIT 14
Page 22 of 23

ETS-0022

8/18/2005

## Ellen Thompson

**From:**    "Bent Holme" <bholme@salmoncanada.com>
**To:**    "Thomas Hennessey" <tomh@globalseafoods.com>
**Cc:**    <ellen@etscargo.com>
**Sent:**    Thursday, August 18, 2005 1:12 PM
**Subject:**    FMI-224 – shipments

Hi Tom:

We should like to start a.s.a.p. shipments to Qingdao so please
ready and advise name earliest APL Vessel, e.t.l. D.H. and e.t.a.
Qingdao (China) for:

CRLU 520367-6
SEAU 525404-3
SEAU 525273-4
SEAU 551931-1
GCEU 666166-3
SEAU 570139-0

Thanks.

Re Bangkok please do utmost pack/ready another 3 x 40' enabling
1st shipment = 5 x 40' (incl. TRLU 191889-4 + APRU 505251-2)
and inform us name if Vessel, e.t.l. D.H. and e.t.a. Bangkok.
Thanks.

Best regds.
Bent


Bent Holme
FMI Food Marketers International Ltd.
Tel: (604) 275 3664
Fax: (604) 275 3624
e-mail: bholme@salmoncanada.com

EXHIBIT 14
Page 23 of 23

ETS-0023

8/18/2005