CONTAINER(S):
APLU694167-8
APRU501344-0
APRU507089-8
APRU507572-9
GCEU666166-3
GCEU666269-6
ETD DUTCH HARBOR: 8/28/05
ETA QINGDAO: 9/21/05

FRONT OF FILE FOLDER READS:

SHIPPER: GLOBAL SEAFOODS NORTH AMERICA
FOR: FMI
DESTINATION PORT: QINGDAO, CHINA
VESSEL: APL AUSTRALIA V/006 ( WAS ORIGINALLY BOOKED ON THE APL PHILIPPINES V/093 ETD DUTCH HARBOR 8/30/05 ETA 9/13/05, BUT APL ROLLED IT TO THE APL AUSTRALIA V/006 DUE TO VESSEL WAS OVERBOOKED )

AES ( THIS IS CUSTOMS NOTIFICATION )DONE 8/29/05
COC INSTRUCTIONS ( THIS IS FOR GOVERNMENT HEALTH CERTIFICATES DONE 8/30/05
ORIGINALS TO TOM ( TOM HENNESSEY W/GLOBAL SEAFOODS) 9/01/05

**Global Seafoods**
NORTH AMERICA

Home | Users | Product Detail | Settings | New Shipment | Logout
Approve Production | Production Reports | Control Panels | Carriers
Translation Table | SKU Assignment

## Container Control Panel

Filter: ☑ (L) Loading ☑ (S) Stuffed ☑ (T) Booked - In Transit ☑ (A) Arrived ☑ (K) Archived ☑ (O) Other

| Container | Seal | Packing List | Total Net Wt (MT) | Carrier | Status | Dest Port | Consignee | Customer | Vessel / Voyage | Booking | ETD | ETA | Comments | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TRLU1850027 | APL-4128843 | C10260 | 23.200 | APL | (T) Booked - In Transit | Klaipeda | | Baltexpress | APL Thailand V/089 | 98161224 | 9/6/2005 | 10/19/2005 | #5 | Edit | Link | Delete |
| CRLU520367-6 | APL-4128845 | C10261 | 23.200 | APL | (K) Archived | Quingdao, China | | FMI | APL China V/094 | ECHO2883 | 8/23/2005 | 9/6/2005 | #1 | Edit | Link | Delete |
| TRLU191889-4 | APL-4128849 | C10262 | 23.200 | APL | (K) Archived | Bangkok, Tailand | | FMI | APL Philippines V/093 | ECHO2885 | 8/30/2005 | 9/18/2005 | #2 | Edit | Link | Delete |
| CRLU121958-7 | APL-4128846 | C10263 | 22.274 | APL | (K) Archived | Dallan, China | | Cascadia | APL China V/094 | ECHO2884 | 8/23/2005 | 9/9/2005 | #13 mix sole | Edit | Link | Delete |
| CRLU122370-9 | APL-4128847 | C10264 | 23.200 | APL | (T) Booked - In Transit | Klaipeda | | Baltexpress | APL Thailand V/089 | 98157174 | 9/6/2005 | 10/19/2005 | #6 | Edit | Link | Delete |
| SEAU525404-3 | APL-4128848 | C10265 | 22.000 | APL | (K) Archived | Quingdao, China | | FMI | APL Philippines V/093 | ECHO2886 | 8/30/2005 | 9/13/2005 | #3 | Edit | Link | Delete |
| SEAU526318-0 | APL-4128850 | C10266 | 21.974 | APL | (K) Archived | Dallan, China | | Cascadia | APL Philippines V/093 | ECHO2887 | 8/30/2005 | 9/16/2005 | #14 | Edit | Link | Delete |
| SEAU571140-6 | APL-4128852 | C10267 | 22.000 | APL | (K) Archived | Quingdao, China | | TMC Trading | APL Philippines V/093 | ECHO2889 | 8/30/2005 | 9/20/2005 | #11 | Edit | Link | Delete |
| SEAU525911-1 | APL-4128851 | C10268 | 22.149 | APL | (K) Archived | Dallan, China | | Cascadia | APL Philippines V/093 | ECHO2887 | 8/30/2005 | 9/16/2005 | #15 | Edit | Link | Delete |
| SEAU551889-2 | APL-4128856 | C10269 | 22.175 | APL | (K) Archived | Dallan, China | | Cascadia | APL Philippines V/093 | ECHO2887 | 8/30/2005 | 9/16/2005 | #16 | Edit | Link | Delete |

... 21 22 23 24 25 26 27 28 29 30 ...

 EXPORT TO EXCEL

EXHIBIT 15
Page 2 of 19

ETS-0025

Global Seafoods - Container Control Panel

Page 1 of 2

**Global Seafoods**
NORTH AMERICA

Home | Users | Product Detail | Settings | New Shipment | Logout
Approve Production | Production Reports | Control Panels | Carriers
Translation Table | SKU Assignment

## Container Control Panel

Filter: ☑ (L) Loading ☑ (S) Stuffed ☑ (T) Booked - In Transit ☑ (A) Arrived ☑ (K) Archived ☑ (O) Other

| Container | Seal | Packing List | Total Net Wt (MT) | Carrier | Status | Dest Port | Consignee | Customer | Vessel / Voyage | Booking | ETD | ETA | Comments | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SEAU551912-1 | APL-4128873 | C10290 | 20.598 | APL | (K) Archived | Quingdao, China | | TMC Trading | APL Philippines V/093 | ECHO2889 | 8/30/2005 | 9/20/2005 | #8l | Edit | Link | Delete |
| SEAU525054-1 | APL-4128874 | C10291 | 21.384 | APL | (K) Archived | Quingdao, China | | TMC Trading | APL Philippines V/093 | ECHO2889 | 8/30/2005 | 9/20/2005 | #9l | Edit | Link | Delete |
| SEAU525299-2 | APL-4128876 | C10292 | 21.902 | APL | (K) Archived | Quingdao, China | | TMC Trading | APL Philippines V/093 | ECHO2889 | 8/30/2005 | 9/20/2005 | #10l | Edit | Link | Delete |
| SEAU526382-6 | APL-4128877 | C10293 | 21.750 | APL | (K) Archived | Dalian, China | | Cascadia | APL Philippines V/093 | ECHO2887 | 8/30/2005 | 9/16/2005 | #20 | Edit | Link | Delete |
| SEAU525525-0 | APL-4128879 | C10294 | 22.000 | APL | (K) Archived | Quingdao, China | | FMI | APL Australia V/006 | ECHO2886 | 8/27/2005 | 9/13/2005 | #9 | Edit | Link | Delete |
| MWCU675263-3 | ML-US5621746 | C10295 | 20.492 | Horizon | (K) Archived | Port, Georgia | | Chini Gimex | SL Integrity V/0517 | ECHO2863 | 8/22/2005 | 8/19/2005 | #1 Will advise ETA | Edit | Link | Delete |
| SEAU525378-8 | APL-4128880 | C10296 | 21.715 | APL | (K) Archived | Quingdao, China | | FMI | APL Thailand V/089 | ECHO2892 | 9/6/2005 | 9/20/2005 | #10 | Edit | Link | Delete |
| MWCU681795-0 | ML-US5621745 | C10297 | 20.492 | Horizon | (K) Archived | Port, Georgia | | Chini Gimex | SL Integrity V/0517 | ECHO2863 | 8/22/2005 | 8/19/2005 | #2 Will advise ETA | Edit | Link | Delete |
| SEAU526358-0 | APL-4128882 | C10298 | 22.078 | APL | (K) Archived | Quingdao, China | | FMI | APL Thailand V/089 | ECHO2892 | 9/6/2005 | 9/20/2005 | #11 | Edit | Link | Delete |
| SEAU525715-0 | APL-4128881 | C10299 | 21.997 | APL | (K) Archived | Quingdao, China | | FMI | APL Thailand V/089 | ECHO2892 | 9/6/2005 | 9/20/2005 | #12 | Edit | Link | Delete |

... 21 22 23 24 25 26 27 28 29 30 ...

http://65.74.80.100/panels/ContainerPanel.aspx     12/8/2005

EXHIBIT 15
Page 3 of 19

ETS-0026

**Global Seafoods**
NORTH AMERICA

## Container Control Panel

Filter:  ☑ (L) Loading  ☑ (S) Stuffed  ☑ (T) Booked - In Transit  ☑ (A) Arrived  ☑ (K) Archived  ☑ (O) Other

| Container | Seal | Packing List | Total Net Wt (MT) | Carrier | Status | Dest Port | Consignee | Customer | Vessel / Voyage | Booking | ETD | ETA | Comments | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SEAU525703-7 | APL-4128862 | C10280 | 20.944 | APL | (K) Archived | Dalian, China | | Cascadia | APL Philippines V/093 | ECHO2887 | 8/30/2005 | 9/16/2005 | #18 | Edit | Link | Delete |
| SEAU551931-1 | APL-4128864 | C10281 | 22.120 | APL | (K) Archived | Quingdao, China | | FMI | APL Philippines V/093 | ECHO2886 | 8/30/2005 | 9/13/2005 | #5 | Edit | Link | Delete |
| SEAU525273-4 | APL-4128863 | C10282 | 22.395 | APL | (K) Archived | Quingdao, China | | FMI | APL Philippines V/093 | ECHO2886 | 8/30/2005 | 9/13/2005 | #6 | Edit | Link | Delete |
| STBU488581-0 | SEALED-413905 | C10283 | 18.156 | Samson | (K) Archived | Seattle | Seafreeze | | | KOD 302092 | 8/23/2005 | 9/1/2005 | | Edit | Link | Delete |
| SEAU570139-0 | APL-4128865 | C10284 | 21.474 | APL | (K) Archived | Quingdao, China | | FMI | APL Philippines V/093 | ECHO2886 | 8/30/2005 | 9/13/2005 | #7 | Edit | Link | Delete |
| QCEU566186-3 | APL-4128867 | C10285 | 23.380 | APL | (K) Archived | Qingdao, China | | FMI | APL Philippines V/093 | ECHO2886 | 8/30/2005 | 9/13/2005 | #8 | Edit | Link | Delete |
| SEAU525144-5 | APL-4128869 | C10286 | 22.400 | APL | (K) Archived | Quigdao, China | | TMC Trading | APL Philippines V/093 | ECHO2889 | 8/30/2005 | 9/20/2005 | #61 | Edit | Link | Delete |
| SEAU540134-0 | APL-4128868 | C10287 | 21.989 | APL | (K) Archived | Dalian, China | | Cascadia | APL Philippines V/093 | ECHO2887 | 8/30/2005 | 9/16/2005 | #19 | Edit | Link | Delete |
| SEAU525371-0 | APL-4128870 | C10288 | 21.916 | APL | (K) Archived | Quingdao, China | | TMC Trading | APL Philippines V/093 | ECHO2889 | 8/30/2005 | 9/20/2005 | #71 | Edit | Link | Delete |
| APRU505827-5 | APL-4128872 | C10289 | 23.220 | APL | (K) Archived | Pusan, Korea | | TMC Trading | | | 8/17/2005 | 8/17/2005 | skates Per TMC's Agent FOB | Edit | Link | Delete |
| | | | | | | | | | | | | | ... 21 22 23 24 25 26 27 28 29 30 ... | | | |

 EXPORT TO EXCEL

EXHIBIT 15
Page 4 of 19
ETS-0027

# APL NON-NEGOTIABLE SEA WAYBILL

SEA WAYBILL

| SHIPPER | PAGE | B/L NUMBER |
|---|---|---|
| ECHO WORLDWIDE<br>10655 N.E. 4TH STREET, SUITE 400<br>BELLEVUE, WA 98004 USA 98004 | 1 OF 1 | APLU 098161296 |
| | EXPORT REFERENCES<br>ECHO2886 | |

| CONSIGNEE | FORWARDING AGENT | FMC 018125 |
|---|---|---|
| APC-REALCO LTD<br>RM 1812, THE NORTH BUILDING GOLDEN<br>PLAZA NO.20 HONG KONG MIDDLE ROAD<br>TEL:011-86-532-5022-459<br>QINGDAO, CHINA | ECHO-TRANSLINK SYSTEMS (ETS)<br>10655 N.E. 4TH ST., SUITE 436<br>BELLEVUE, WA 98004 FMC.#18125F | |
| | POINT AND COUNTRY OF ORIGIN OF GOODS<br>ALASKA | |

| NOTIFY PARTY/INTERMEDIATE CONSIGNEE | ALSO NOTIFY |
|---|---|
| APC-REALCO LTD<br>RM 1812, THE NORTH BUILDING GOLDEN<br>PLAZA NO.20 HONG KONG MIDDLE ROAD<br>TEL:011-86-532-5022-459<br>QINGDAO, CHINA | AES XTN:602229395-98161296 (FOR USE<br>IN SED EXEMPTION STATEMENT)<br>AES ITN: X20050824028495 |

| INITIAL CARRIAGE (MODE) | PLACE OF RECEIPT |
|---|---|
| | KODIAK |

| EXPORT CARRIER | PORT OF LOADING |
|---|---|
| APL AUSTRALIA   006 | DUTCH HARBOR |

| PORT OF DISCHARGE | PLACE OF DELIVERY |
|---|---|
| QINGDAO | |

PARTICULARS FURNISHED BY SHIPPER

| MKS. & NOS./CONTAINER NOS. | NO. OF PKGS. | H.M | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| NO M/N | 7934 | | 6 X 40'R CONTAINERS STC:<br>TOTAL GROSS WEIGHT (LBS.)<br>PACKAGES<br>ZZ)JK003-7750<br>FROZEN PINK SALMON H/G<br>NET WEIGHT:133,349 KGS<br>COUNTRY OF ORIGIN: USA<br>FREIGHT PREPAID<br>TEMP -15 F<br>GROSS WEIGHT 137,350 KGS | 302,802 LB<br>SLAC CY/CY | |

```
***CTR NBR***   ****SEAL NBR****  T/S   MODE    QUANT/TYPE
APLU694167-8    4082432           R40   CY/CY   1375PKGS
APRU501344-0    4081101           R40   CY/CY   1358PKGS
APRU507089-8    4081113           R40   CY/CY   1268PKGS
APRU507572-9    4081162           R40   CY/CY   1098PKGS
GCEU666166-3    4128867           R40   CY/CY   1460PKGS
GCEU666269-6    4081212           R40   CY/CY   1375PKGS
```

THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM
THE U.S IN ACCORDANCE WITH THE EXPORT ADMIN. REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW IS PROHIBITED.
ON BOARD APL AUSTRALIA    006    ON AUG.28,2005 AT DUTCH HARBOR

B/L TO BE RELEASED AT    SERVICE CENTER W    OCEAN FREIGHT PAYABLE AT

| FREIGHT RATES CHARGES, WEIGHTS AND/OR MEASUREMENTS | PREPAID U.S. $ | COLLECT U.S. $ | Local Currency |
|---|---|---|---|

The undersigned Carrier hereby acknowledges receipt of the sealed container or packages or other shipping units said to contain the Goods described above in apparent external good order and condition unless otherwise stated. The Shipper agrees, and the Consignee and every person purchasing this instrument for value, if negotiable, or otherwise having an interest in the Goods is advised that the receipt, custody, carriage and delivery of the Goods are subject to all the terms and conditions set forth and by incorporated by reference on this side and the reverse hereof, whether written, stamped or printed.

A set of 0 originals of this bill of lading is hereby issued by the Carrier. Upon surrender to the Carrier of any one negotiable bill of lading, properly endorsed, all others shall stand void.

| Vessel | Voyage | TOTAL COLLECT |
|---|---|---|

BL number: APLU 098161296         Date: AUG. 28,2005         American President Lines, Ltd., The Carrier
                                  Place Issued: SERVICE CENTER    SEA WAYBILL COMPLETE
THANK YOU FOR SHIPPING AMERICAN PRESIDENT LINES, LTD.    ** NON-NEGOTIABLE **

ATTENTION: DOC                    FROM: RACHAN
FAX SEAWAY BILL AND DUE BILL.

ETS-0028



EXHIBIT 15
Page 5 of 19

| APL | AMERICAN PRESIDENT LINES, LTD. | INVOICE |
|---|---|---|

| SHIPPER (Principal or Seller licensee and full address) | PAGE | B/L NUMBER |
|---|---|---|
| ECHO WORLDWIDE<br>10655 N.E. 4TH STREET, SUITE 400<br>BELLEVUE, WA 98004 USA 98004 | 1 | APLU 098161296 |
| | EXPORT REFERENCES<br>ECHO2886 | |

| CONSIGNEE | FORWARDING AGENT (References, F.M.C. No.) | FMC 018125 |
|---|---|---|
| APC-REALCO LTD<br>RM 1812, THE NORTH BUILDING GOLDEN<br>PLAZA NO.20 HONG KONG MIDDLE ROAD<br>TEL:011-86-532-5022-459<br>QINGDAO, CHINA | ECHO-TRANSLINK SYSTEMS (ETS)<br>10655 N.E. 4TH ST., SUITE 436<br>BELLEVUE, WA 98004 FMC.#18125F | |
| | POINT AND COUNTRY OF ORIGIN OF GOODS<br>ALASKA | |

| NOTIFY PARTY/INTERMEDIATE CONSIGNEE | ALSO NOTIFY / DOMESTIC ROUTING / EXPORT INSTRUCTIONS |
|---|---|
| APC-REALCO LTD<br>RM 1812, THE NORTH BUILDING GOLDEN<br>PLAZA NO.20 HONG KONG MIDDLE ROAD<br>TEL:011-86-532-5022-459<br>QINGDAO, CHINA | AES XTN:602229395-98161296 (FOR USE IN SED EXEMPTION STATEMENT)<br>AES ITN: X20050824028495 |

| INITIAL CARRIAGE (MODE) | PLACE OF RECEIPT |
|---|---|
| | KODIAK |
| EXPORT CARRIER (Vessel voyage & flag) | PORT OF LOADING |
| APL AUSTRALIA    006 | DUTCH HARBOR |
| PORT OF DISCHARGE | PLACE OF DELIVERY |
| QINGDAO | |

| TARIFF ITEM # | FREIGHT CHARGES (subject to correction) | | | PREPAID US$ | LOCAL CURRENCY |
|---|---|---|---|---|---|
| ZZ JK 003-7750 | OCF | | 6VN 6696/VAN | 40176.00 | |
| | BSC | US$ | 410/VAN | 2460.00 | |
| | CHS | US$ | 40/VAN | 240.00 | |
| | DDC | US$ | 190/VAN | 1140.00 | |
| | DOC | US$ | 25/EA | 25.00 | |
| | | | | ------------- | |
| | TOTAL PREPAID AMOUNT : | | | 44041.00 | |

****DUE BILL****

IN ACCORDANCE WITH THE APPLICABLE TARIFF AND PER THE SHIPPERS CREDIT AGREEMENT, PAYMENT IS DUE BY   08/28/2005

SEND PAYMENT TO :
AMERICAN PRESIDENT LINES
ATTN: FREIGHT CASHIER
116 INVERNESS DRIVE EAST
ENGLEWOOD                    CO 80112

ETS-0029

EXHIBIT 15
Page 6 of 19

**ECHO WORLDWIDE**

| Shipper | | Bill of Lading | DRAFT Non-Negotiable |
|---|---|---|---|
| GLOBAL SEAFOODS NORTH AMERICA LLC<br>11100 NE 8TH STREET SUITE 310<br>BELLEVUE, WA 98004 USA | | www.etscargo.com | Page 1 of 1 |
| | | Booking Number ECHOSEA0066 | Bill of Lading Number ECHO2886 |
| | | Export References | ECHO2886 |

| Consignee (Name and Address) | Forwarding Agent - References - FMC No. |
|---|---|
| TO ORDER | ECHO-TRANSLINK SYSTEMS (ETS)<br>10655 NE 4TH STREET, SUITE 400<br>BELLEVUE, WA. 98004 U.S. FMC18125NF<br>TEL: 1.425.467.1804<br>FAX: 1.425.709.8831 |

| Notify address | Also Notify - Routing and Instructions - Remarks |
|---|---|
| QINGDAO YILUFA GROUP CO., LTD<br>QINGDA INDUSTRIAL PARK CHENGYANG<br>QINGDAO 266111 CHINA | APC-REALCO LTD (QINGDAO OFFICE)<br>RM 1812, THE NORTH BUILDING<br>GOLDEN PLAZA, NO. 20, HONG KONG<br>MIDDLE ROAD, QINGDAO, CHINA<br>TEL: 86-532-5022-459 FAX: 5023486 |

| Pre-carriage by* | Place of receipt by pre-carrier*<br>KODIAK, ALASKA | Point and Country of Origin of Goods<br>ALASKA, U.S.A. | Type of Move<br>CY/CY |
|---|---|---|---|
| Vessel<br>APL AUSTRALIA V-006 | Port of loading<br>DUTCH HARBOR, ALASKA | | |
| Port of discharge<br>QINGDAO, CHINA | Place of delivery by on-carrier* | | |

| Marks and numbers | Number and kind of packages, description of goods | Weight | Measurement |
|---|---|---|---|
| APLU694167-8 SEAL<br>NO. 4082432<br>APRU501344-0 SEAL<br>NO. 4081101<br>APRU507089-8 SEAL<br>NO. 4081113<br>APRU507572-9 SEAL<br>NO. 4081162<br>GCEU666166-3 SEAL<br>NO. 4128867<br>GCEU666269-6 SEAL<br>NO. 4081212 | 7,934 PK    16KG & 23KG BGS/BXS FROZEN WILD PINK<br>SALMON H/G<br>(ONCORHYNCHUS GORBUSCHA)<br>NET WEIGHT: 133,349 KGS<br>GROSS WEIGHT: 137,350 KGS<br><br>COUNTRY OF ORIGIN: U.S.A.<br><br>TEMP -15 F | 137,350 KG | |

* CLEAN ON BOARD "APL AUSTRALIA V/006" AT DUTCH HARBOR, ALASKA ON AUGUST 28, 2005
* FREIGHT PREPAID
* THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE U.S. IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
  DIVERSION CONTRARY TO U.S. LAW IS PROHIBITED.

**Particulars of goods declared by Merchant**

RECEIVED by the Carrier in external apparent good order and condition. Except otherwise noted, the total number of containers or other packages or units shown in this Bill of Lading, said by the shipper to contain the goods described above. Which description the Carrier has no reasonable means of checking. In accepting this Bill of Lading the Merchant expressly accepts and agrees to all its stipulations on both pages, whether written, printed, stamped or otherwise incorporated, as fully as if they were all signed by the Merchant. If the Carrier so requires, One original Bill of Lading must be surrendered duly endorsed in exchange for the goods or delivery order. In witness whereof the number of original Bills of Lading stated herein has been signed, all of this tenor and date, one of which being accomplished, the other(s) to stand void.

EXHIBIT 15
Page 7 of 19

| Freight | Merchant's declaration of value | Freight payable at<br>SEATTLE | Place and date of issue<br>SEATTLE<br>August 28, 2005 | |
|---|---|---|---|---|
| | (see Clause 3) | Number of originals<br>THREE/3 | Signature | ETS-0030 |

Original document is printed on watermarked paper.
www.etscargo.com

* Applicable only when document used as a through Bill of Lading

| 1. Goods consigned from (exporter's business name, address, country)<br><br>GLOBAL SEAFOODS NORTH AMERICA LLC<br>11100 NE 8TH STREET SUITE 310<br>BELLEVUE, WA 98004 USA | Reference No.<br><br>GENERALIZED SYSTEM OF PREFERENCES<br><br>CERTIFICATE OF ORIGIN<br>(Combined declaration and certificate)<br><br>UNITED STATES OF AMERICA<br>Issued in _____<br><br>FORM A |
|---|---|
| 2. Goods consigned to (consignee's name, address, country)<br><br>QINGDAO YILUFA GROUP CO., LTD<br>QINGDA INDUSTRIAL PARK CHENGYANG<br>QINGDAO 266111 CHINA | |
| 3. Means of transport and route (as far as known)<br><br>APL AUSTRALIA V/006<br>KODIAK/DUTCH HARBOR, ALASKA U.S.A.<br>QINGDAO, CHINA | 4. For official use |

| 5. Item number | 6. Marks/num. of packages | 7. Number and kind of packages; description of goods. | 8. Origin criterion (see note overleaf) | 9. Gross weight or other quantity | 10. Number and date of invoices |
|---|---|---|---|---|---|
| | 7934 | 16KG & 23KG BGS/BXS FROZEN WILD PINK SALMON H/G<br>(ONCORHYNCHUS GORBUSCHA)<br>NET WEIGHT: 133,349 KGS<br>GROSS WEIGHT: 137,350 KGS<br>APLU694167-8 SEAL NO. 4082432<br>APRU501344-0 SEAL NO. 4081101<br>APRU507089-8 SEAL NO. 4081113<br>APRU507572-9 SEAL NO. 4081162<br>GCEU666166-3 SEAL NO. 4128867<br>GCEU666269-6 SEAL NO. 4081212 | | 137,350 KGS | |

| 11. certification<br><br>It is hereby certified, on the basis of control carried out, that the declaration by the exporter is correct.<br><br><br><br>SEATTLE, WASHINGTON 08/28/2005<br>Place and date, signature and stamp of certifying authority. | 12. Declaration by the exporter<br><br>The undersigned hereby declares that the above details and that all the goods were produced in (country) __UNITED STATES OF AMERICA__ and that they comply with the origin requirements specified for those goods in the generalized system of preferences for goods exported to (importing country) __CHINA__<br><br>SEATTLE, WASHINGTON 08/28/2005<br>Place and date, signature of authorized signatory |
|---|---|

ETS-0031

EXHIBIT 15
Page 8 of 19

 

**UNITED STATES OF AMERICA**
**U.S. DEPARTMENT OF COMMERCE**
卫生证书/Health Certificate
People's Republic of China

日期/Date: _____

编号/No:

# WPR42481595

This certificate is admissible in all courts of the United States as prima facie evidence of the truth of the statements therein contained. This certificate does not excuse failure to comply with any Federal or State laws. WARNING: Any person who shall falsely make, issue, alter, forge, or certify, or participate in any action thereto, is subject to a fine of not more than $1,000 or imprisonment for not more than one (1) year, or both (7 U.S.C. 1622 (h)).

用于进口鱼类产品/*For fish and fishery products intended for import to the People's Republic of China*

I. 本证书应明确/*The certificate should specify:*

品名(及学名)/*Variety name (and official name):* **PINK SALMON H/G (ONCORHYNCHUS GORBUSCHA)**

产地/*Production Area:* **SEAWATER, WILD CAUGHT FISH**

捕捞区域/*Catch Area:* **FAO AREA 67 NORTH PACIFIC OCEAN - PRODUCT OF USA**

加工方式/*Processing method:* **FROZEN H/G**

加工企业名称及注册号/*Name and registration number of processing plant:* **GLOBAL SEAFOODS N/A PLANT CFN #3032545 AK#412**

发证机构名称/*Name of department issuing the certificate:* **UNITED STATES DEPARTMENT OF COMMERCE - SEAFOOD INSPECTION PROGRAM**
APL AUSTRALIA V/006 APLU694167-8 (4082432), APRU501344-0 (4081101), APRU507089-8 (4081113), APRU507572-9 (4081162), GCEU666166-3 (4128867), GCEU666269-6 (4081212)

运输方式(包括船名,航班号,集装箱号)/*Means of transportation (including vessel name, number, and container number):*
TO ORDER       NOTIFY PARTY: QINGDAO YILUFA GROUP CO., LTD

收货人/*Consignee name and address:* QINGDA INDUSTRIAL PARK CHENGYANG QINGDAO 266111 CHINA

发货人/*Consignor name and address:* GLOBAL SEAFOODS NORTH AMERICA LLC
11100 NE 8TH STREET SUITE 310 BELLEVUE, WA 98004 USA

数量/*Quantity:* **7934 BGS/BXS**       重量/*Weight:* **133,349 KGS NET/137,350 KGS GROSS**

生产日期/*Production date or codes:* **JULY AND AUGUST 2005**

II. 此证不得涂改,须有官方印章及检验检疫人员签名,目的地应标明中华人民共和国/*This certificate shall not be tampered with. Certificate shall be accompanied with an official stamp and the signature of the inspector. Destination shall be indicated as the People's Republic of China.*

III. 每一批水产品须有一份检验检疫证书正本. 证书须中英文对照/*Each batch of aquatic products shall carry an original certificate. The certificate shall be in both Chinese and English languages.*

IV. 证书应载明以下信息/*The certificate shall state the following information:*

兹证明/*This is to certify that:*

- 上述水产品来自主管当局注册的企业/*The above fishery products come from an establishment approved by the competent authority of the processor.*
- 产品的生产,包装,储藏和运输均在主管部门监督之卫生条件下进行/*The products were produced, packed, stored, and transported under sanitary conditions under the supervision of the competent authority.*
- 产品经过主管当局检验检疫, 未发现中国规定的有害病菌, 有毒有害物质及异物/*The products were inspected and quarantined by the competent authority and no pathogenic bacteria, harmful substances, or foreign substances regulated in the P.R. China were found.*
- 产品符合兽医卫生要求, 适合人类食用/*The products meet veterinary sanitary requirements and are fit for human consumption.*

发证日期/*Date of issue* _____

监章/*Stamp*

官方兽医签字/*Official Veterinary Signature*
David S. Goto  #4248
Consumer Safety Officer
Western Inspection Branch
USDC/NOAA/NMFS/SIP
7600 Sand Point Way NE, Bldg 32
Seattle, WA  98115  Tel: (206)526-4259

OK TO PRINT
ORIGINALS 8/31/05
@ 5:0 PM

ETS-0032

EXHIBIT **15**
Page **9** of **19**

Revised 5/28/2003

**NOL GROUP**

**APL**

# SHIPMENT UPDATE NOTIFICATION

**TO:** ELLEN
**FAX:** 14257098831
**SHIPPER:** ECHO WORLDWIDE

**FROM:** CUSTOMER SUPPORT

**DATE/TIME:** 09/09/05 - 07:24
**PHONE#:** (800) 999-7733

Please note that the below bookings have been updated overseas. Please note new ETA at destination below.

| BOOKING# | SHIPPER REF# | LOAD VESSEL VOYAGE | NEW DISCHARGE VESSEL & VOYAGE | NEW ETA AT DESTINATION |
|---|---|---|---|---|
| 98161296 | | APL AUSTRALIA 006 | APL QINGDAO 036 | 09/21/05 |
| 98161303 | | APL AUSTRALIA 006 | JURONG BEBARU 282 | 09/23/05 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**REASON:** ROUTE CORRECTION - FEEDER VESSEL UPDATED

APL, Limited * 116 Inverness Drive East, Suite 400 * Englewood, CO 80112 * USA
Thank you for choosing APL.
Visit us on the web at www.apl.com

Page 1 of 1

ETS-0033

EXHIBIT 15
Page 10 of 19

Global Seafoods - Detail View

Page 1 of 1

# Global Seafoods
**NORTH AMERICA**

Home | Users | Product Detail | Settings | New Shipment | Logout
Approve Production | Production Reports | Control Panels | Carriers

## Container SEAU525404-3 Details

<< BACK

| | | | |
|---|---|---|---|
| Container: | SEAU525404-3 | Seal: | APL-4128848 |
| Packing List: | C10265 | Vessel: | |
| Carrier: | APL | Booking: | |
| Dest Port: | Quingdao, China | ETD: | 8/11/2005 |
| Consignee: | | ETA: | 8/11/2005 |
| Customer: | FMI | | |

> APPLY NOTES

GCEU662269-6
4081212

| Species | Form | State | Pack | Size | Grade | Weight | Unit | Pkgs | Net Lbs | Gross Lbs | Net Kgs | Gross Kgs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pink salmon | H/G collar off (bl) | Frozen-block | Bag | O/R | n/a | 16.00 | Kgs | 1,375 | 48,501.20 | 49,956.24 | 22,000.00 | 22,660.00 |
| | | | | | | | Totals: | 1,375 | 48,501.20 | 49,956.24 | 22,000.00 | 22,660.00 |

## Documents

PackingList-8-11-2005-632593526449551611.html    View    Delete
PackingList-8-11-2005-632593539232914674.html    View    Delete

- VIEW ROW ENTRIES
- EXPORT TO EXCEL
- PRINT PACKING SLIP
- SEND PACKING SLIP

http://65.74.80.100/ADMIN/panels/Details.aspx?id=390                8/12/2005

EXHIBIT 15
Page 11 of 19

ETS-0034

Global Seafoods - Detail View

Page 1 of 1

# Global Seafoods
## NORTH AMERICA

Home | Users | Product Detail | Settings | New Shipment | Logout
Approve Production | Production Reports | Control Panels | Carriers

## Container SEAU570139-0 Details

<< BACK

| | | |
|---|---|---|
| Container: | SEAU570139-0 | Seal: APL-4128865 |
| Packing List: | C10284 | Vessel: |
| Carrier: | APL | Booking: |
| Dest Port: | Quindgao, China | ETD: 8/16/2005 |
| Consignee: | | ETA: 8/16/2005 |
| Customer: | FMI | |

> APPLY NOTES

APRU 507572-9
4081162

| Species | Form | State | Pack | Size | Grade | Weight | Unit | Pkgs | Net Lbs | Gross Lbs | Net Kgs | Gross Kgs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pink salmon | H/G collar off (bl) | Frozen-block | Bag | O/R | n/a | 16.00 | Kgs | 540 | 19,047.74 | 19,619.18 | 8,640.00 | 8,899.20 |
| Pink salmon | H/G collar off (bl) | Frozen-IQF | Box | O/R | n/a | 23.00 | Kgs | 558 | 28,293.84 | 29,142.65 | 12,834.00 | 13,219.02 |
| | | | | | | | Totals: | 1,098 | 47,341.58 | 48,761.83 | 21,474.00 | 22,118.22 |

49,762                           22,118

## Documents

PackingList-8-16-2005-632598093505501196.html   View   Delete

- VIEW ROW ENTRIES
- EXPORT TO EXCEL
- PRINT PACKING SLIP
- SEND PACKING SLIP

EXHIBIT 15
Page 12 of 19

ETS-0035

Global Seafoods - Detail View

Page 1 of 1

Home | Users | Product Detail | Settings | New Shipment | Logout
Approve Production | Production Reports | Control Panels | Carriers

# Container GCEU666166-3 Details

<< BACK

| Container: | GCEU666166-3 | Seal: | APL-4128867 |
|---|---|---|---|
| Packing List: | C10285 | Vessel: | |
| Carrier: | APL | Booking: | |
| Dest Port: | Qingdao, China | ETD: | 8/16/2005 |
| Consignee: | | ETA: | 8/16/2005 |
| Customer: | FMI | | |

> APPLY NOTES

| Species | Form | State | Pack | Size | Grade | Weight | Unit | Pkgs | Net Lbs | Gross Lbs | Net Kgs | Gross Kgs | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pink salmon | H/G collar off (bl) | Frozen-block | Bag | O/R | n/a | 16.00 | Kgs | 1,460 | 51,499.46 | 53,044.44 | 23,360.00 | 24,060.80 | | |
| | | | | | | | Totals: | 1,460 | 51,499.46 | 53,044.44 | 23,360.00 | 24,060.80 | View | Delete |

24,061

## Documents

PackingList-8-16-2005-632598164389846004.html   View   Delete

- VIEW ROW ENTRIES
- EXPORT TO EXCEL
- PRINT PACKING SLIP
- SEND PACKING SLIP

ETS-0036



EXHIBIT 15
Page 13 of 19

Global Seafoods - Detail View

Page 1 of 1

# Global Seafoods
NORTH AMERICA

Home | Users | Product Detail | Settings | New Shipment | Logout
Approve Production | Production Reports | Control Panels | Carriers

## Container SEAU525273-4 Details
<< BACK

Container: SEAU525273-4    Seal: APL-4128863
Packing List: C10282    Vessel:
Carrier: APL    Booking:
Dest Port: Quingdao, China    ETD: 8/16/2005
Consignee:    ETA: 8/16/2005
Customer: FMI

> APPLY NOTES

APRU507089-8
4081113

| Species | Form | State | Pack | Size | Grade | Weight | Unit | Pkgs | Net Lbs | Gross Lbs | Net Kgs | Gross Kgs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pink salmon | H/G collar off (bl) | Frozen-block | Bag | O/R | n/a | 16.00 | Kgs | 967 | 34,109.57 | 35,132.86 | 15,472.00 | 15,936.16 |
| Pink salmon | H/G collar off (bl) | Frozen-IQF | Box | n/a | n/a | 23.00 | Kgs | 301 | 15,262.45 | 15,720.32 | 6,923.00 | 7,130.69 |
| | | | | | | | Totals: | 1,268 | 49,372.02 | 50,853.18 | 22,395.00 | 23,066.85 |

23,067

View   Delete

## Documents
PackingList-8-16-2005-632597807420433104.html

⊕ VIEW ROW ENTRIES
⊕ EXPORT TO EXCEL
⊕ PRINT PACKING SLIP
⊕ SEND PACKING SLIP

http://65.74.80.100/ADMIN/panels/Details.aspx?id=411    8/16/2005

EXHIBIT 15
Page 14 of 19

ETS-0037

Global Seafoods - Detail View

Page 1 of 1

# Global Seafoods
## NORTH AMERICA

Home | Users | Product Detail | Settings | New Shipment | Logout
Approve Production | Production Reports | Control Panels | Carriers

## Container SEAU551931-1 Details
<< BACK

| | | | |
|---|---|---|---|
| Container: | SEAU551931-1 | Seal: | APL-4128864 |
| Packing List: | C10281 | Vessel: | |
| Carrier: | APL | Booking: | |
| Dest Port: | Quingdao, China | ETD: | 8/15/2005 |
| Consignee: | | ETA: | 8/15/2005 |
| Customer: | FMI | | |

APRU50134-0
4081101

> APPLY NOTES

| Species | Form | State | Pack | Size | Grade | Weight | Unit | Pkgs | Net Lbs | Gross Lbs | Net Kgs | Gross Kgs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pink salmon | H/G collar off (bi) | Frozen-block | Bag | O/R | n/a | 16.00 | Kgs | 1,302 | 45,928.23 | 47,304.01 | 20,832.00 | 21,456.96 |
| Pink salmon | H/G collar off (bi) | Frozen-IQF | Box | O/R | n/a | 23.00 | Kgs | 56 | 2,839.52 | 2,924.71 | 1,288.00 | 1,326.64 |
| | | | | | | | Totals: | 1,358 | 48,765.75 | 50,228.72 | 22,120.00 | 22,783.60 |

50,229      22,784

View    Delete

## Documents
PackingList-8-16-2005-632597807168867384.html

- VIEW ROW ENTRIES
- EXPORT TO EXCEL
- PRINT PACKING SLIP
- SEND PACKING SLIP



EXHIBIT 15
Page 15 of 19

ETS-0038

http://65.74.80.100/ADMIN/panels/Details.aspx?id=410       8/17/2005

Global Seafoods - Detail View

![Global Seafoods North America]

Home | Users | Product Detail | Settings | New Shipment | Logout
Approve Production | Production Reports | Control Panels | Carriers

## Container SEAU525525-0 Details

<< BACK

| Container: | SEAU525525-0 | Seal: | APL-4128879 |
|---|---|---|---|
| Packing List: | C10294 | Vessel: | |
| Carrier: | APL | Booking: | |
| Dest Port: | Quingdao, China | ETD: | 8/18/2005 |
| Consignee: | | ETA: | 8/18/2005 |
| Customer: | FMI | | |

> APPLY NOTES

APLU694167-8
4082432

| Species | Form | State | Pack | Size | Grade | Weight | Unit | Pkgs | Net Lbs | Gross Lbs | Net Kgs | Gross Kgs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pink salmon | H/G collar off (bl) | Frozen-block | Bag | O/R | n/a | 16.00 | Kgs | 1,375 | 48,501.20 | 49,958.24 | 22,000.00 | 22,660.00 |
| | | | | | | | Totals: | 1,375 | 48,501.20 | 49,958.24 | 22,000.00 | 22,660.00 |

## Documents

PackingList-8-19-2005-6326003789736661064.html   View   Delete

- VIEW ROW ENTRIES
- EXPORT TO EXCEL
- PRINT PACKING SLIP
- SEND PACKING SLIP

8/19/2005

http://65.74.80.100/ADMIN/panels/Details.aspx?id=425

ETS-0039


EXHIBIT 15
Page 16 of 19

## Ellen Thompson

**From:** "Bent Holme" <bholme@salmoncanada.com>
**To:** "Ellen Thompson" <ellen@etscargo.com>
**Sent:** Wednesday, August 31, 2005 1:53 PM
**Subject:** Re: Draft copies of Documents for Booking ECHO2886 - 6 Cnts on Board APL Australia V-006

Ellen:

Looks okay to me. Thanks trans-load information.

Bent

> ----- Original Message -----
> **From:** Ellen Thompson
> **To:** Bent Holme
> **Sent:** Wednesday, August 31, 2005 10:35 AM
> **Subject:** Draft copies of Documents for Booking ECHO2886 - 6 Cnts on Board APL Australia V-006
>
> Bent,
>
> Attached please find copies of Bill of Lading, Certificate of Origin and Health Certificate for booking ECHO2886, 6 containers on board APL Australia V/006...
>
> Please advise any changes/corrections/additions.....or if they are OK to print Originals...
>
> Thanks and Best Regards,
>
> Ellen
> ETS Cargo
> 10655 N.E. 4th Street
> Suite 400
> Bellevue, WA 98004
> Phone: 425.467.1804
> Fax: 425.709.8831

ETS-0040

EXHIBIT 15
Page 17 of 19

12/15/2005

## Ellen Thompson

**From:** "Bent Holme" <bholme@salmoncanada.com>
**To:** "Ellen Thompson" <ellen@etscargo.com>
**Cc:** "Thomas Hennessey" <tomh@globalseafoods.com>
**Sent:** Tuesday, August 23, 2005 10:39 AM
**Subject:** FMI-224 - shipments.

Ellen:

a: Re 200 MT for "Qingdao Yilufa Group Co., Ltd" please inform us which container numbers, vessel names and etd/eta that will apply to and complete L/C M04N3508RS00182 ??? Will it be possible to ship all 200 MT by end Aug (getting Aug B/L dates) ??? Kindly comment.

b: Re additional up to 500 MT for "Qingdao Fusheng Foodstuffs Co. Ltd." please note that similar worded L/C forthcoming within next day or two.

Regds.
Bent


Bent Holme
FMI Food Marketers International Ltd.
Tel: (604) 275 3664
Fax: (604) 275 3624
e-mail: bholme@salmoncanada.com

EXHIBIT 15
Page 18 of 19

ETS-0041

8/23/2005


# Hotmail®

ethompson0054@msn.com                                     Printed: Wednesday, September 21, 2005 9:37 AM

**From:** Thomas Hennessey <tomh@globalseafoods.com>
**Sent:** Wednesday, September 21, 2005 9:27 AM
**To:** "ELLEN THOMPSON" <ethompson0054@msn.com>
**Subject:** RE: DO NOT RELEASE

Yep.

-----Original Message-----
From: ELLEN THOMPSON [mailto:ethompson0054@msn.com]
Sent: Wednesday, September 21, 2005 8:22 AM
To: tomh@globalseafoods.com
Subject: RE: DO NOT RELEASE

Is this the 6 containers for FMI ????

ET

Ellen Thompson
Echo-TransLink Systems
10655 N.E. 4th St., Suite 436
Bellevue, WA 98004
Phone: 425-467-1804
Fax: 425-709-8831
e-mail: ellen@etscargo.com

*[handwritten: Sent Message to Nancy 9-21-05 10:00 am]*

>From: "Thomas Hennessey" <tomh@globalseafoods.com>
>To: "Ellen Thompson" <ethompson0054@msn.com>
>Subject: DO NOT RELEASE
>Date: Wed, 21 Sep 2005 09:09:37 -0700
>
>Ellen,
>
>   Under no circumstances should any of our containers be released or
>opened
>in bond by anyone without our explicit written authorization, or the
>negotiable BL. We have a dubious quality claim brewing in Qingdao and the
>customer wants a look at the containers arriving on the Australia today. We
>will not authorize that. Can you have your agent notify you immediately
>if/when the documents are presented? This will indicate that they have
>waived any LC discrepancies (otherwise they would not have the documents)
>and we will get paid. Thanks.
>
>Thomas P. Hennessey
>
>GLOBAL SEAFOODS NORTH AMERICA, LLC
>11100 N.E. 8th St., Suite 310
>Bellevue, WA 98004
>(425) 451-0602 x301
>(425) 451-1067 fax
>
>
>

EXHIBIT 15
Page 19 of 19

ETS-0042