09/06/2005 20:55 FAX 604 641 2501    HSBC TRADE SERVICES    @001

060905  1009   SWT 799    HI15 E079  161235    BPCHCV503276TRF          1

| | | |
|---|---|---|
| SENDING TID | | SEATTLE |
| DESTINATION | | WELLS FARGO HSBC TRADE BANK NA |
| MESSAGE TYPE | | 799 FREE FORMAT |
| PRIORITY | | Normal |

| FLD. | TEXT | CONTENTS |
|---|---|---|
| 20: | TRN: | BPCHCV503276TRF |
| 21: | RELATED TRN: | SWE551069P001CAC |
| 79: | NARRATIVE: | |

ATTN: OPERATIONS GROUP, SEATTLE
REUR DOCUMENTS FOR USD30,624.00 DRAWN UNDER DC NO.
M04N3508RS00192 OUR TRANSFER 01 WE ACKNOWLEDGE
RECEIPT OF SUBJECT DOCUMENTS AND CONVEY TO YOU THE
FOLLOWING DISCREPANCIES WITHOUT ANY RESPONSIBILITY
ON OUR PART:
1. LATE PRESENTATION
2. DRAFTS SHOWING INCORRECT LC ISSUANCE DATE
3. BENEFICIARY'S CERT STATING HEALTH CERT AND CERT
OF ORIGIN COURIERED WITHIN 5 I/O 3 DAYS AFTER
SHIPMENT DATE AND NOT STATING 1/3 BL AND COPY BL
AND ORIGINAL DECL OF NON-WOOD MATERIAL PACKING
SHALL BE COURIERED TO MERRY AND CO LTD. DIRECTLY
WITHIN 3 DAYS AFTER SHIPMENT DATE.
4. BL SHOWING NOTIFY PARTY'S NAME SLIGHTLY
DIFFERENT FROM LC.
MEANWHILE, RELATIVE DOCUMENTS ARE HELD AT YOUR
DISPOSAL. AFTER SUBSTITUTION OF TRANSFEROR'S DOCS,
WE WILL FORWARD THEM TO THE ISSUING BANK FOR
PAYMENT. SHOULD THERE BE FURTHER DISCREPANCIES
FOUND BY THEM, WE WILL ADVISE YOU ACCORDINGLY.
UPON RECEIPT OF FUNDS FROM THEM, WE WILL REMIT
PROCEEDS TO YOU AS PER INSTRUCTION ON YOUR COVER
LETTER.
REGARDS
HSBC TRADE SERVICES, VANCOUVER

SEP - 6 2005
COPY

This facsimile is intended only for the person or entity to whom it is addressed and may contain privileged or confidential information. If you have received this facsimile in error, please notify us immediately by telephone and return this documents to us at our expense at the address noted above. Please do not disclose the contents to anyone or copy it to outside parties. Any dissemination or copying of this message by anyone other than the addressee is strictly prohibited.

RELEASED BY                    AUTHORIZED SIGNATURE(S)

DATE:   SEP - 6 2005

TO:  FMI FOOD MARKETERS     ATTN: BENT HOLME
PLEASE SUBSTITUTE YOUR OWN DOCUMENTS WITHIN 3 DAYS FROM THE
DATE OF THIS ADVICE. IF YOU FAIL TO DO SO, WE WILL SEND TRANSFEREE'S
DOCUMENTS TO DC ISSUING BANK FOR PAYMENT IN ACCORDANCE WITH ART.
48(i) OF UCP500

Done

JOSEPH LI
HSBC BANK CANADA
TEL: 604-6412544
FAX: 604-6412501

EXHIBIT 16
Page 1 of 1

FMI 00160