**Bent Holme**

From: "SANGJINTRADINGCO.;" <sj9693@chollian.net>
To: "Bent Holme" <bholme@salmoncanada.com>
Sent: Friday, September 16, 2005 2:04 AM
Subject: Re: Alaskan Pollock H&G



Dear Bent                SJF 05180              sept 16 2005

1. YIlufa
   Presentation days is 15 days on the L/C but FMI-224 (1) arrived here this week. Did you present it
   to your bank within 15 days ? Most korean banks don't want discrepancy on Chinese L/C, please do
it on time.

2. Fusheng
   1) Your L/C allocation looks o.k but B/L must be broken into 2 B/L to match L/C. As ETA
Qingdao is Sept 27, Please break it and send 1/3 to Merry China and present 2/3 to bank.

   2) Merry & Co push me to send 1/3 urgently.

3. Global
    Absolutely it's too bad for them to ship less than 800 MT though it's good landing this season. Let
me do my best to persuade Fusheng to accept shortage but 1 FCL must be shipped to Inter Plus
without H/C & C/O. So please push them to do it by all means. Otherwise I must be serious.

    You may replace it with the other products but price must be same or max $50/MT higher because
I already made firm contract with customers based on FMI-224.

4. Pollock
   We don't use summer/fall pollock at all

B.RGDs SAm LIM


    --- Original Message ---
    From : "Bent Holme"<bholme@salmoncanada.com>
    To : "SANGJINTRADINGCO.,"<sj9693@chol.com>
    Cc :
    Date : Wed, 14 Sep 2005 12:08:09 -0700
    Subject : Alaskan Pollock H&G

    Dear Sam:

    Would you (China) be interested in subject product, 30 cm/+ in
    length ?? If so, what is your max. price idea c&f Qingdao (Producer
    is unwilling to offer firm but invites bids). Possibility 3 x 40' FCL
    Sep shipment direct from Alaska.

    Question: would Pollock be an acceptable substitution for Pink

EXHIBIT 17
Page 1 of 2

FMI 00203

```
Salmon ??????? if price is right.

Best regds.
Bent


Bent Holme
FMI Food Marketers International Ltd.
Tel: (604) 275 3664
Fax: (604) 275 3624
e-mail: bholme@salmoncanada.com
```

   http://www.CHOL.com

EXHIBIT 17
Page 2 of 2

FMI 00204