2005-SEP-12 17:09 FROM:SANG JIN TRADING CO  3225729834          TO:604 2733624           PAGE:02

# SANG JIN TRADING CO

---

5 FL Dae Jin bldg 327-8 Yangjae-dong, Seocho-ku, Seoul, Korea
Tel: 82-2- 572-9959  Fax: 82-2-572-9834   E-mail: sj9693@chol.com

Dear Ben!              SJF 05178              Sept 12 2005                      SEP 12 2005

1. Hufa Group
   1) Documents for FMI-224 (1) arrived at our bank today.
   2) Please advise when you present documents for 5 FCL on APL Australia to your
      bank?

2. Fusheng : Please advise how many more containers were loaded besides 5 FCL
             on Thailand & 13 FCL on Singapore till today?

3. Inter plus (P2.5 up as C&F Busan)
   Please advise when this container to be loaded so that Inter Plus can open
   seperate L/C now

4. As payment for 4 FCL to Bangkok was done, herewith commission invoice for
   FMI-224 (2) & (3) to be faxed to you.

incl : Invoice SJI 0501

                                                        *signature*
                                                        B.RGDS SAM LIM

                                                                                  SEP 12 2005

EXHIBIT 18
Page 1 of 1

FMI 00193