## Bent Holme

| | |
|---|---|
| **From:** | "Bent Holme" <bholme@salmoncanada.com> |
| **To:** | "Oleg Nikitenko" <oleg@globalseafoods.com> |
| **Cc:** | "Thomas Hennessey" <tomh@globalseafoods.com> |
| **Sent:** | Thursday, September 22, 2005 12:32 PM |
| **Subject:** | Re: Payment for FMI 224 & violation of FMI 225 by FMI |

Oleg:

Yes you do have available L/C money for said 13 x 40' FCL as follows:

| | | |
|---|---|---|
| L/C M04N3508RS00712 | value: | US$ 287,760 |
| less your drawing/Inv. ECHO2892 | | US$ 144,724 |
|    unused balance: | | US$ 143,036 |
| L/C M04N3509RS00032 | value | US$ 264,000 |
|    total available today | | US$ 407,036 |
|    value of 13 x 40' FCL | | US$ 399,000 |
|    unused balance | | US$   8,036 |

with which we trust you will agree.

Best regds.
Bent

----- Original Message -----
**From:** Oleg Nikitenko
**To:** 'Bent Holme'
**Sent:** Thursday, September 22, 2005 11:41 AM
**Subject:** Payment for FMI 224 & violation of FMI 225 by FMI

We still do not see any money for goods, which we submit payment to bank. It was enough time fro cash come ours account. We have 13 containers of h&g Pink Salmon, which is coming to China very soon and do not have value L/C, which shall cover this goods.
I insist to start make payments from today (before 1 pm) by TT to ours account for 13 containers of h&g Pink Salmon.

Best Regards

Oleg Nikitenko
11100 NE 8 street #310
Bellevue WA 98004 USA
Phone 1 425 451-0565
Fax   1 425 451-1067

EXHIBIT 19
Page 1 of 1

FMI 00261