**Bent Holme**

From: "SANGJINTRADINGCO.," <sj9693@chollian.net>
To: "Bent Holme" <bholme@salmoncanada.com>
Sent: Friday, September 16, 2005 8:27 AM
Subject: FMI-224

Dear Bent                                                Sept 16 2005

I am sorry to tell you bad news. I had drink with some customers today. Anyway this must be very serious. Yilufa declared "unpaid" today after 2nd inspection due to too much bruise & bad quality, please see photos.

I am sure Global cheat you & me due to low price. As a matter of fact we increased price in Feb and we deserve to receive best quality from Global. Actually I took 200 MT from Western Alaska and it was good enough. But Global shipped bad quality only to us and customer declare not to take it finally and I lost my credibility which were accumulated for long times.

Moreover Global shipped less than 800 MT. You have to sue them legally, I think. please get back to me, my partner, thanks.

B.RGDS SAm LIM



EXHIBIT 20
Page 1 of 7

FMI 00206

## Bent Holme

**From:** "Ryan Spencer" <rspencer@rio.ca>
**To:** "Bent Holme" <bholme@salmoncanada.com>
**Sent:** Friday, September 16, 2005 11:36 AM
**Subject:** Frozen Mackerel Offer

SEP 16 2005

Hi Bent,

We have some promising catches today with A-grade quality mackerel so I am pleased to offer the following:

200 MTS 400-600 gram size, average size 520 grams, packed 15 kgs cartons, seine caught, USD$2200/MT C & F Pusan.

None of our shipping lines will go to St. Petersburg, I can offer this product at USD$2025/MT FOB Halifax if you would be willing to ship it.

Please advise your interest for any/all of this quantity.

Kind regards,

Ryan

Rio Import & Export Ltd.
Tel: 902-468-9400
Fax: 902-468-8899
Website: www.rio.ca
Email: rspencer@rio.ca

EXHIBIT 20
Page 2 of 7

FMI 00207

**Bent Holme**

From: "Bent Holme" <bholme@salmoncanada.com>
To: "SANGJINTRADINGCO.," <sj9693@chollian.net>
Cc: "Harry" <harry@salmoncanada.com>
Sent: Friday, September 16, 2005 12:52 PM
Subject: Re: FMI-224

SEP 16 2005

Dear Sam:

What a day - I had just walked into the Office when you called.

We are surprised to hear about Yilufa's complaint based on 1 x 40' FCL. However, it is unfair and premature to declare that e n t I r e FMI-224 is of poor quality - as alleged by Yilufa. So, we ask you to await the arrival and inspection of FMI-224 (4) because you can't reject something which has not even arrived.

Meanwhile, we will naturally discuss the issue with Global and request that their QC people to look into the matter right away.

Regarding your SJF 05180 (Point 2) we have asked Freight Forwarder to re-issue the documents and arrange for 2 separate sets in order to match Ls/C. Unfortunately, it will cause a few days delay in presentation of documents.

By the way, what about Point 3 now ??? Please advise.

Again, Sam, we sincerely regret this unexpected turn of events which will be addressed.

Finally, we can offer your Canadian Frozen Mackerel W/R up to 8 x 40' FCL "A" grade (no feed - 22% fat) 400-600 gr. (average 520 gr.) packed 15 kg cartons, Seine caught, at US$ 2,350/MT c&f Busan, net to you. Please advise interest - subject to prior sale and final confirmation.

Reason it is "A" grade rather than "J" is slight softness. Othewise same.

Best regards - and try to have a good holiday week-end.

Bent

P.S. Until further please copy: harry@salmoncanada.com as my computer obviously acting up from time to time.

FMI FOOD MARKETERS INTERNATIONAL LTD.

Best regards
Bent

EXHIBIT 20
Page 3 of 7

FMI 00208

### Bent Holme

| | |
|---|---|
| **From:** | "Bent Holme" <bholme@salmoncanada.com> |
| **To:** | "Oleg Nikitenko" <oleg@globalseafoods.com> |
| **Cc:** | "Harry" <harry@salmoncanada.com> |
| **Sent:** | Friday, September 16, 2005 1:44 PM |
| **Subject:** | FMI-224 for China. |

Oleg:

Reference telcon this morning on subject matter.

As advised, following 2 separate inspections, the buyer of 1 x 40' (your Inv. C10261) has rejected the shipment due to alleged extreme bruising and poor quality per se. We e-mailing some representative photos to you for your look and see.

Meanwhile, we ask you to please investigate this matter. Possibly your QC people can throw some light onto this mystery. For your info. we have requested said buyer to await next shipment of 6 x 40' (your Inv. ECH02886) before making further allegations and/or decisions.

It is important, however, that you provide us with some w r i t t e n ammunition (facts and figures) for us to pass on to China in order to pacify a pretty unhappy customer as well as ensuring that your/our reputation remains intact. We respectfully solicit your assistance and cooperation in this respect.

Best regards
Bent

Bent Holme
FMI Food Marketers International Ltd.
Tel: (604) 275 3664
Fax: (604) 275 3624
e-mail: bholme@salmoncanada.com

EXHIBIT 20
Page 4 of 7

FMI 00210

**Bent Holme**

From: "SANGJINTRADINGCO.," <sj9693@chollian.net>
To: "Bent Holme" <bholme@salmoncanada.com>
Sent: Friday, September 16, 2005 2:19 PM
Subject: Re: Re: FMI-224

*SEP 16 2005*

Dear Bent          SJF 05182          Sept 17 2005

I hope next shipment must be better. howeverit's definitely right that 1sh shipment can't be loke enclosed picture because early catching must be better than late catching. Please see enclosed pictures. This fish is same as picture you sent when you illustrated bi & bo? I am sure Global shipped that kind of products to the others at higher price and shipped garbages to us.

Problem is 1st container was umpaid by Yilufa. So Inter Plus will declare "unpaid" also early next week, which must be no way. Yilufa won't pay next shipment without viewing.

So please check what happened and if Global shipped bad only to us so that we can prepare next step. We can't tell buyer that next shipments may be good.

Please refer to buyer's mails & pictures.

Quote Dear Mr. Lim, FYI, just now YiLuFa called us for the complaint of serious bruised meat and smaller fish. Because there's no power in their factory today and they think it's a serious problem because they cannot use the bruised meat for fillets, they just informed us by phone and will send us the photos and inspection report once there's power. I'll relay them to you once I get. Best regards, Please refer to my email which was sent to you just now. Very anxiously, just now YiLuFa told us today's inspection is even less than the 1st inspection. The bruised meat is more about 70%. They haven't finished yet. I've asked them to send the reasonable inspection report in details and the photos, and how they want to solve the problem. I'll report to you as soon as I got those. Furthermore, YiLuFa hope us to confirm the quality in the coming containers. Please kindly confirm soon. Best regards,
-Dear Miss Yu, Thanks for your email very much. Meantime, we appreciate your close attention to the quality case. As I told you on the phone, we are sorry to see that the quality is worse than that of the first inspection. We don't know the reason, why so much bruise meat and so poor quality. Besides, some of the fillets have the rotten belly, please see the attached pictures first and we will fax the inspection report to you soon.
Miss Yu, please inform the shipper and confirm the quality case. Wait for your early news. Best regards, JasonUnquote

B.RGDS SAM LIM

--- Original Message ---
From : "Bent Holme"<bholme@salmoncanada.com>
To : "SANGJINTRADINGCO.,"<sj9693@chollian.net>
Cc : "Harry"<harry@salmoncanada.com>

EXHIBIT 20
Page 5 of 7

FMI 00211

**Bent Holme**

---

From:    "SANGJINTRADINGCO.," <sj9693@chollian.net>
To:      "Bent Holme" <bholme@salmoncanada.com>
Sent:    Monday, September 19, 2005 3:38 AM
Subject: [□□□□□] FMI-224

Dear Bent          SJF 05185          Sept 19 2005

1. Yilufa
   1) FMI-224 (1)
      They inspected twice and Herewith inspection reports. As quality is too much poor, he doesn't wanna take this container at all but he finally agrreed to take this container at 19% less ( $1,450 x 81% = $1,174.50/MT C&F C2) if it has to be. So please confirm whether it's gonna be shipped
      back or price to be 19% less by return.
   2) Coming 8 FCL
      They are not gonna take this containers at all itheir quality must be same as FMI-224 (1). So you had better return them if so.

2. Fusheng : 18 FCL
   I am concerned about their quality because Global must ship garbage only to us.

3. Pl3ease check what happened and let me have amicable resolution by return.

Please refer to buyer's following mail
**Quote**  Dear Mr. Lim, The photos of the 2nd inspection by YiLuFa were forwarded to you last Friday. Have you got them? The inspection report, totally 2 pages were faxed to you this morning. Please look through and get back to us ASAP. Attached, is the English version for your reference. The 2nd shipment of 6 containers is arriving at Qindao on Sep. 21. Please kindly confirm the quality of these containers, YiLuFa would like to get your confirmation today, since they would not like to discharge these containers if the quality is the same as the first container. We'd appreciated for your early reply. Best regards, **Unquote**

incl : 2 reports

B.RGDS SAM LIM

---

**CHOL GIGA-MAIL (대용량메일)**   CHOL.COM
 - It is the CHOL GIGA-MAIL SERVICE to get the mail which some heavy files be attached to.
 - 사이즈가 큰 파일을 안전하게 보내기 위한 천리안의 대용량메일 서비스 입니다.
 - 기가 메일의 첨부파일 보관기간은 [7일] 이며, 파일별 다운로드 횟수가 [50회]로 제한됩니다.
 - 개인 보관함에 저장 하실 경우에도, 대용량메일 첨부 자료는 해당 기간동안만 보존이 됩니다.
** 첨부파일목록(File List) : ↓ Just click here to download!

The expiring date : 2005-09-26 (All of the attached files will be deleted on the expiring date)

EXHIBIT 20
Page 6 of 7

FMI 00214

1. **FMI-224 (1) - 1.pdf [ 1.1M]** <- Click Here
2. **FMI-224 (1) - 1_ÆãÀÌÁõ_1.jpg [445.0K]** <- Click Here
3. **FMI-224 (1) - 1_ÆãÀÌÁõ_2.jpg [689.2K]** <- Click Here
4. **FMI-224 (1) - 2.pdf [ 1.0M]** <- Click Here
5. **FMI-224 (1) - 2_ÆãÀÌÁõ_1.jpg [404.0K]** <- Click Here

¿©¨Ð°ú ÇÔ² ¸µ½Ã °¡'Â ¿¡® ÀÎÀÏ´Ý®È CHOL(½½¿¡¡Ã¡¡À¿¡ª)                    http://www.CHOL.com


½°ÆÖ½øÀÌ ±ò'ûÇÏ'¹ ½Ã¿ÇÑ ÞÀÎ¨Ú½°
Á¦ÇÑ¾ø°Â ÞÀÎ¼õ½Á '«ÇÑ'è ¼õ½Á¿¡¾®
½ÈÀûÇÏ'¹ ¡ÀÏ½Â+ÇÑ ÀÎÆ¾»ý
ÞÀÎÃÖ¾Ñ


ÃÕ½A µ¿¿µ¸»¾ó, »¿¨ûµ¨, Ä¯Æ¿ Ä¬'ÀÚ·Ú½Ç¿¼¡ Ù
'Ð¾¼ÆÓ¡¯
½±À¾¿¼®æ ÃÕ·è62%ÇÒÀÎÀÏ¥Æ®
ÀúÀå°°¼£ '«¡ ÆÐÀ¶ÃæÀú '«¡ ÙÀÏ·Îµ¨ '«¡

EXHIBIT **20**
Page **7** of **7**

FMI 00215