**Bent Holme**

| | |
|---|---|
| From: | "Bent Holme" <bholme@salmoncanada.com> |
| To: | "Oleg Nikitenko" <oleg@globalseafoods.com> |
| Cc: | "Harry" <harry@salmoncanada.com> |
| Sent: | Friday, September 16, 2005 1:44 PM |
| Subject: | FMI-224 for China. |

Oleg:

Reference telcon this morning on subject matter.

As advised, following 2 separate inspections, the buyer of 1 x 40' (your Inv. C10261) has rejected the shipment due to alleged extreme bruising and poor quality per se. We e-mailing some representative photos to you for your look and see.

Meanwhile, we ask you to please investigate this matter. Possibly your QC people can throw some light onto this mystery. For your info. we have requested said buyer to await next shipment of 6 x 40' (your Inv. ECH02886) before making further allegations and/or decisions.

It is important, however, that you provide us with some w r i t t e n ammunition (facts and figures) for us to pass on to China in order to pacify a pretty unhappy customer as well as ensuring that your/our reputation remains intact. We respectfully solicit your assistance and cooperation in this respect.

Best regards
Bent

Bent Holme
FMI Food Marketers International Ltd.
Tel: (604) 275 3664
Fax: (604) 275 3624
e-mail: bholme@salmoncanada.com

EXHIBIT 21
Page 1 of 1

FMI 00210