

**FMI**

**FOOD MARKETERS INTERNATIONAL LTD.**

Paye 1 of 6
**********

e-mail:  bholme@salmoncanada.com

#233 - 11951 Hammersmith Way
Richmond, B.C. V7A 5H9
Canada
Tel: (604) 275-3664
Fax: (604) 275-3624
www.salmoncanada.com

Date:     Sep 20, 2005

Fax No.      (425) 451 1067
Company:     Global Seafoods North America     Bellevue
Attention:   Oleg Nikitenko
Subject:     FMI-224

Hi Oleg:

Reference your e-mail Sep 19 questioning validity of our Chinese buyer's quality complaint on first container shipped against FMI-224 (your Inv. C10261 refers). We have today received copy of detailed inspection report issued to Merry China by customer Qingdao Yilufa Group, contents of which self-explanatory.

As informed you yesterday, Yilufa Group is asking prompt settlement of 19% on this 1st container which, under the circumstances, appears reasonable and to which we request your agreement. Please consider and confirm accordingly.

Meanwhile, <u>re the other containers (32) currently afloat to Qingdao and Bangkok please advise exactly how you want us to handle</u> ??? By the way, please specify which documents (shipments) you are withholding so we can inform our buyers accordingly ??? As you aware, if shipments are not cleared on arrival, they may be subject to demurrage (for Shipper's account if Global holding original shipping documents).

In your message of Sep 19 you mention that you have shipped 50% of your Pinks to another Chinese buyer (Merry China) and you have not received a single claim. We wonder, therefore, why we have problems as substantiated in Yilufa's detailed report to Merry China ? If quality problems apply to only 1st container it is probably not that serious.. However, if all remaining 32 x 40' FCL are subject then it is a different matter altogether.

Finally, regarding original documents for our "Cash" transactions (for which you have now received  f u l l  payment from us) please courier promptly to us all Originals for:

2 x 40' "bo"       Bangkok "Singapore" V/093    (Your Inv. 10135 & 10136)
2 x 40' "bo"/"bi"  Qingdao "Singapore" V/093    (Your Inv. 10372 & 10373)

As time is of essence please give above matters your immediate attention and let us have your reply/instructions today. Thanks.

FOOD MARKETERS
INTERNATIONAL LTD.

FAXED
SEP 2 0 2005
BY:_____

EXHIBIT 22
Page 1 of 19

FMI 00221

### Bent Holme

**From:** "Oleg Nikitenko" <oleg@globalseafoods.com>
**To:** "'Bent Holme'" <bholme@salmoncanada.com>
**Sent:** Tuesday, September 20, 2005 11:43 AM
**Subject:** Pink Salmon H&G

Dear Bent,

We received your letter today regarding claim for one container. We shipped over 30 containers to China, this year and do not have any single claim. Right now Pink salmon market is softer and Chinese look for cheaper fish. We have cargo, which is arriving today to China (submit L/C for six containers) and 27 September (seven containers) all documents in the bank position and we have documents for rest of load 13 containers, which we have to re done all documents due to your mistake.

Best Regards


Oleg Nikitenko
11100 NE 8 street #310
Bellevue WA 98004 USA
Phone 1 425 451-0565
Fax    1 425 451-1067
www.globalseafoods.com

EXHIBIT 22
Page 2 of 19

FMI 00231

### Bent Holme

**From:** "Bent Holme" <bholme@salmoncanada.com>
**To:** "Oleg Nikitenko" <oleg@globalseafoods.com>
**Cc:** "Thomas Hennessey" <tomh@globalseafoods.com>
**Sent:** Tuesday, September 20, 2005 11:52 AM
**Subject:** FMI-224

Hi Oleg:

We have just received word that Merry China/Yilufu Group will agree to amend L/C (our M04N3508RS00192 & M04M3508RS00712) provided compensation 19% for FMI-224 (1) [Inv.C10261] and also, to compensation if 2nd shipment (6 x 40') is of same quality as FMI-224 (1). Because 2nd shipment due to arrive at Qingdao on Sep 21/22 it is imperative that we know t o d a y what to do so I can phone China tonight.

Oleg, your cooperation and assistance are needed - please.

Best regards
Bent


Bent Holme
FMI Food Marketers International Ltd.
Tel: (604) 275 3664
Fax: (604) 275 3624
e-mail: bholme@salmoncanada.com

*SEP 20 2005*

EXHIBIT 22
Page 3 of 19

FMI 00232

**Bent Holme**

**From:** "Bent Holme" <bholme@salmoncanada.com>
**To:** "SANGJINTRADINGCO.," <sj9693@chol.com>
**Cc:** "Harry" <harry@salmoncanada.com>
**Sent:** Thursday, September 22, 2005 10:01 AM
**Subject:** FMI-224 - pending points at issue.

SEP 22 2005

Dear Sam:

Re your SJF 05195 of Sep 22.

1: Please try cut down number (and length) of daily messages which sometimes bit confusing and difficult to follow.

2: Yilufa - 19% (US$ 6,396) settlement on 1st container is strictly subject to QC Johnson agreeing that it is justified.

   Re 6 x 40' as emphasized, we shall have to wait and see what QC Johnson says. Depending on outcome, Global may (repeat may) decide to ship back or re-sell elsewhere in China.

3: Your thoughts about Global - noted.

4: Your thoights about Yilufa - noted

5: Joint Merry/QC Johnson inspection Sep 23 - we awaiting result.

6: Inter Plus L/C - we are somewhat baffled that your various other fish purchases for Korean Thanksgiving have affected your ability to honor timely L/C deadlines to us. Especially since, basis your SJF 05193 and telcon, we advised Global that documents for 6 x 40' would be accepted today.

   Your request that HSBC instructs Industrial Bank of Korea to extend Draft due date by 7-10 days must be discussed with our Management. It cannot be done just like that. So, reverting.
   I think it will be alright but, at this moment, it isn't guaranteed.

7: Your SJF 05195-1 - as advised we have to await QC Johnson's report before decisions can be made.

8: Your CHOL GIGA - we cannot open such mail.

9: Your SJF 05195-2 - noted

10: We awaiting your reply re Pink Salmon Blocks and if Yilufa (or another Chinese packer) is free and able to produce such product for FMI, using FMI-224 Pinks ("as is") for rawmaterial. We are

EXHIBIT 22
Page 4 of 19

FMI 00257

**Bent Holme**

From: "SANGJINTRADINGCO.," <sj9693@chollian.net>
To: "Bent Holme" <bholme@salmoncanada.com>
Sent: Tuesday, September 20, 2005 4:56 PM
Subject: Re: FMI-224

Dear Bent          SJF 05190          Sept 21 2005

Please tell him to call Merrry & Co China in Shanghai ( P.I.C is Tony & Caroline). You may have Merry's tel number for courier.
B.RGDS SAm LIM

--- Original Message ---
From : "Bent Holme"<bholme@salmoncanada.com>
To : "SANGJINTRADINGCO.,"<sj9693@chol.com>
Cc :
Date : Tue, 20 Sep 2005 14:57:23 -0700
Subject : FMI-224

Dear Sam:

We have jsut received word from Global Seattle that they will have
their Alaska QC Dept. report by end of today and, at the same time,
they asking our (Yilufa) permission to send their QC from Beijing
to inspect 1st container.

We have asked Global to clarify when (exact date) such inspection
will take place and hope to let you know by tomorrow. Meanwhile,
please secure Yilufa's permission for such needed inspection which,
hopefully, will result in meeting of minds.

Meanwhile, please stall any hasty action by Yilufa/Merry China as
we are, indeed, doing our utmost. I know that you are too.

I will still phone you tonight (our time).

Best regards
Bent


Bent Holme
FMI Food Marketers International Ltd.
Tel: (604) 275 3664
Fax: (604) 275 3624
e-mail: bholme@salmoncanada.com

EXHIBIT 22
Page 5 of 19

FMI 00236

**Bent Holme**

From: "SANGJINTRADINGCO.," <sj9693@chollian.net>
To: "Bent Holme" <bholme@salmoncanada.com>
Sent: Wednesday, September 21, 2005 5:47 AM
Subject: FMI-224

Dear Bent            SJM 05311            Sept 21 2005

Situation is getting worse as times go by. Yilufa told Merry that 6 FCL arrived in Qingdao today and they asked merry to inspect it together tomorrow at bonded area. If quality must be same as 1st container, they will not clear customs for shipping them back and they would not gonna amend L/C. So please ask QC to be Qingdao tomorrow (Sept 22nd) not Sept 23rd and contact either of Ms caroline (MB: 135 6412 0279) or Tony (MB: 134 8251 8788) who are supposed to arrive Yilufa's cold storage at 10:00 tomorrow morning.

Inter Plus paid 1st container today and will pay these 6 FCL tomorrow but they can't collect money from Yilufa at all without amendment of L/C. So Inter plus must be serious tomorrow.

As it's Thursday tomorrow, problem must be settled urgently. Otherwise this problem may carry over next week and Inter Plus must be suffering from financial burden seriously. If 6FCL turn out good, it's really fine but if it's too bad like 1st container, QC has to persuade Merry & Yilufa to take it with certain percentage of disconted price as soon as inspection is done. Otherwise L/C won't be amended at all.

B.RGDs SAM LIM




EXHIBIT 22
Page 6 of 19

FMI 00239

## Bent Holme

**From:** "Oleg Nikitenko" <oleg@globalseafoods.com>
**To:** "'Bent Holme'" <bholme@salmoncanada.com>
**Sent:** Wednesday, September 21, 2005 10:06 AM
**Subject:** RE: FMI-224 - QC inspection

Inspector Zhang Fu Jun (Johnson) +86 10 8481 61633. I will send him mobile phone number of Merry and he will call her.

Best Regards

Oleg Nikitenko

-----Original Message-----
From: Bent Holme [mailto:bholme@salmoncanada.com]
Sent: Wednesday, September 21, 2005 10:02 AM
To: Oleg Nikitenko
Subject: FMI-224 - QC inspection

Oleg:

It would be easier (faster) if, already now, your QC coordinates the inspection date/time d i r e c t l y with Ms. Caroline and Mr. Tony. If you agree, please inform us his Name and Mobile phone number for our relay to Merry & Co.

Re L/C M04N3508RS00192 we have just been advised that documents for 1st container paid today and 6 x 40' will be paid tomorrow in anticipation of some kind of settlement agreement.

Best regards
Bent


Bent Holme
FMI Food Marketers International Ltd.
Tel: (604) 275 3664
Fax: (604) 275 3624
e-mail: bholme@salmoncanada.com

*SEP 2 1 2005*

EXHIBIT 22
Page 7 of 19

FMI 00243

## Bent Holme

**From:** "Oleg Nikitenko" <oleg@globalseafoods.com>
**To:** "Bent Holme" <bholme@salmoncanada.com>
**Sent:** Wednesday, September 21, 2005 10:17 AM
**Subject:** RE: FMI-224 - QC inspection

If my QC will come for inspection by 22 September, product will be frozen, we need at least 24 hours to defrost product. Do they have inspection room on containers yard.

Best Regards

Oleg Nikitenko

-----Original Message-----
From: Bent Holme [mailto:bholme@salmoncanada.com]
Sent: Wednesday, September 21, 2005 10:02 AM
To: Oleg Nikitenko
Subject: FMI-224 - QC inspection

Oleg:

It would be easier (faster) if, already now, your QC coordinates the inspection date/time d i r e c t l y with Ms. Caroline and Mr. Tony. If you agree, please inform us his Name and Mobile phone number for our relay to Merry & Co.

Re L/C M04N3508RS00192 we have just been advised that documents for 1st container paid today and 6 x 40' will be paid tomorrow in anticipation of some kind of settlement agreement.

Best regards
Bent



Bent Holme
FMI Food Marketers International Ltd.
Tel: (604) 275 3664
Fax: (604) 275 3624
e-mail: bholme@salmoncanada.com

SEP 21 2005

EXHIBIT 22
Page 8 of 19

FMI 00244

**Bent Holme**

From: "Bent Holme" <bholme@salmoncanada.com>
To: "SANGJINTRADINGCO.," <sj9693@chollian.net>
Sent: Wednesday, September 21, 2005 12:04 PM
Subject: Re: FMI-224

Dear Sam:

1: Global advises that QC inspector cannot possibly be in Qingdao until Sep 23 (right now it is already Sep 22 in China). We have suggested to Global that QC contacts Ms. Caroline directly with a view to coordinating mutually agreeable time to inspect. His name is Zhang Fu (Johnson) + 86 10 8481 61633. Global will send him MB No. of Caroline and he will call her.

2: If inspection on Sep 23 product will be frozen. At least 24 hours needed to defrost. Do they have inspection room on container yard ??

Please advise.

Best regards
Bent


SEP 21 2005

----- Original Message -----
From: SANGJINTRADINGCO.,
To: Bent Holme
Sent: Wednesday, September 21, 2005 5:47 AM
Subject: FMI-224

Dear Bent            SJM 05311            Sept 21 2005

Situation is getting worse as times go by. Yilufa told Merry that 6 FCL arrived in Qingdao today and they asked merry to inspect it together tomorrow at bonded area. If quality must be same as 1st container, they will not clear customs for shipping them back and they would not gonna amend L/C. So please ask QC to be Qingdao tomorrow (Sept 22nd) not Sept 23rd and contact either of Ms caroline (MB: 135 6412 0279) or Tony (MB: 134 8251 8788) who are supposed to arrive Yilufa's cold storage at 10:00 tomorrow morning.

Inter Plus paid 1st container today and will pay these 6 FCL tomorrow but they can't collect money from Yilufa at all without amendment of L/C. So Inter plus must be serious tomorrow.

As it's Thursday tomorrow, problem must be settled urgently. Otherwise this problem may carry over next week and Inter Plus must be suffering from financial burden seriously. If 6FCL turn out

EXHIBIT 22
Page 9 of 19

FMI 00246

### Bent Holme

**From:** <oleg@globalseafoods.com>
**To:** "Bent Holme" <bholme@salmoncanada.com>
**Cc:** "Thomas Hennessey" <tomh@globalseafoods.com>; "Harry" <harry@salmoncanada.com>
**Sent:** Monday, September 26, 2005 7:15 PM
**Subject:** Re: Inspection of FMI-224 (4) - your ECHO2886

SEP 27 2005

Please, notice in ours converastion I told you that ours QC on commission base and till he received his fee and expances he will not fly. I refuse to pay his expences, since I did not see any quality problems with ours product. According with Harry in ours meeting you shall sale fish for canning and I worn you that I can not be respobcible for internal brusing, since I did not see it. I even made hand writting on contract only out side brusing. However you sent fish to buyer who use it for fillets.



> Hi Oleg:
>
> Reference our brief telcon re Harry's e-mail to you.
>
> Thanks confirming that 6 x 40' will definitely be released for inspection
> by your QC Johnson. Please request him to be in Qingdao by Sep 28
> (China time) and coordinate inspection with Carol and/or Tony of Merry
> China. We have asked that several fish be fully thawed and ready for in-
> spection by him.
>
> Regards
> Bent
>
>
>
>
>
>
> Bent Holme
> FMI Food Marketers International Ltd.
> Tel: (604) 275 3664
> Fax: (604) 275 3624
> e-mail: bholme@salmoncanada.com
>
>

Oleg Nikitenko
11100 NE 8 street #310
Bellevue WA 98004 USA

EXHIBIT 22
Page 10 of 19

FMI 00295

**Bent Holme**

From: "SANGJINTRADINGCO.," <sj9693@chollian.net>
To: "Bent Holme" <bholme@salmoncanada.com>
Sent: Wednesday, September 28, 2005 4:51 AM
Attach: ATT00008.eml
Subject: Fwd: Re: Re: Yilufa

Dear Bent                SJF 05216                Sept 28 2005

1. Yilufa
   Please read mails between myself & Merry China. Global shipped bad quality and screwed us after all. APL refused to change B/L with telex and QC Johnson said not to come to Qingdao before long holiday. Please check what Global intends to do and let me know. i can't understand this hapening. payment was done on time finally but cargo was holded by Global and they don't try to settle claim properly. Merry told me that it takes one & half day to clear customs. So these 6 FCL can be inspected 30th afternoon though these are released tomorrow morning. You think it makes sense?
   Please solve this problem with APL America completely and let Yilufa clear cusoms tomorrow without
   fail. Please refer to carol's the other mail pertainning to customclearence
   Quote Estimated, 6 containers will be in the factory late tomorrow afternoon and 2 containers will be in the factory late on Sep.30. if cargo to be released this morning. So inspection is possible to be performed from the morning of Sep. 30. But Johnson hasn't got Global's instruction to go to Qingdao for the inspection. I'll keep contact with Johnson and keep you informed with the inspection date.Best regards,Caroline Unquote

2. Fusheng
   Merry already agreed to amend L/C and it's under processing now. So it's not fair for Global not to send 1/3 B/L yet. They should have asked us to amend L/C received first. Anyway I want Global to send it to Merry asap to avoid demurrage.

3. Yijia ; please advise where original documents are now.

4. Capelin
   Inter Plus wanna take 2 FCL as T/T against B/L copy within 10 days upon receipt. Please offer.

incl : mails

B.RGDS SAM LIM

ÀüÞ,ÞÀÏÀÇ ¾¿è(°»¹®+Ã.°ÎÆÃÀÐ)À° ,ÞÀÏ¿¡ Ã.°ÎµÇ¾¼¹¼ÛÀÌ µÉÎÙ.

EXHIBIT 22
Page 11 of 19

FMI 00302

### Bent Holme

**From:** "Bent Holme" <bholme@salmoncanada.com>
**To:** "SANGJINTRADINGCO.," <sj9693@chol.com>
**Cc:** "Harry" <harry@salmoncanada.com>; "George Wilson" <georgew@salmoncanada.com>
**Sent:** Thursday, September 29, 2005 2:54 PM
**Subject:** As below

Dear Sam:



In case you wonder why we have been somewhat vague in replying to detailed questions please be advised that we have had some "difficulties" with Global which, hopefully, are over now.

1: Original documents for FMI-224 (2) 2 x 40' and FMI-224 (5) 2 x 40' were withheld by Global until today. We will courier them Sep 30 to YS Trading as well as Yijia. We apologize for delay which, believe me, was n o t due to any fault of ours.

2: We have been assured that QC Johnson will be in Qingdao Sep 30

3: Please re-confirm promptly that Letters of Credit for FMI-224 (6) plus FMI-224 (7) and FMI-224 (8) for total 20 x 40' have been amended as Global will present documents immediately. It is realized that some presentation deadlines cannot be met and there will be demurrage (for Global's account). APL w i l l allow off loading.

However, in case of any alleged severe bruising we cannot grant a flat allowance in advance. Each (suspect) load to be juedged on its own merit. Note: only FMI-224 (1) 1 x 40' is exempt if 19% justified (by QC Johnson).

4: We hear rumors that both Yilufa and Fusheng are "known" to claim. Pleae let us hear your candid comments.

5: We have inquiry for Chinese produced IQF Pink Fillets, skin-on, bone-in, with bruising. Please check/advise price a.s.a.p. Also, we we ask you, again, to please quote price for Chinese produced Pink Blocks, boneless, skinless, deep-skinned, applying FMI-224 Pinks "as is" (bruised or not)

6: Capelin - we accept your counter offer US$ 2,225.00/MT c&f Busan for total 2 x 40' size 46/50 ct. This is net price to Inter Plus and does not include any sales commission. Shipment Oct and name vessel to be advised. Payment T/T within 10 days after IP's receipt of faxed copy of Original B/L.

Thank you for this order which really appreciated.

EXHIBIT 22
Page 12 of 19

FMI 00311

7:  I will try phone you today about 4:30/5:00 pm (our time) as I will
    not be at home this evening.

Best regards
Bent


Bent Holme
FMI Food Marketers International Ltd.
Tel:  (604) 275 3664
Fax:  (604) 275 3624
e-mail:  bholme@salmoncanada.com

EXHIBIT 22
Page 13 of 19

FMI 00312

**Bent Holme**

From: "SANGJINTRADINGCO.," <sj9693@chollian.net>
To: "Bent Holme" <bholme@salmoncanada.com>
Sent: Friday, September 30, 2005 5:52 AM
Subject: Re: As below

Dear Bent                    SJF 05225              Sept 30 2005

AA. FMI-224

Thanks for your calling but every chinese people were all upset about Global's unacceptable action to hold cargo and left for long holiday today. QC Johnson failed to book flight to Qingdao and went long holiday also. Global's reckless action jeopardized everything here indeed.

1. Yilufa
Yilufa refused to amend L/C untill last 2 FCL to be released and IP has to pay for it till Oct 6th on due date. So I have no choice to send this cargo to Yijia now as same condition with Yilufa, which means claim amount (percentage) to be settled after joint inspection of QC Johnson & Yijia just after long holiday. Maybe it's much better than dealing with tough Yijia. I think Global must like it also.

So please send me Global's letter to transfer these 6 FCL to Qingdao Yijia from Yilufa ( because paymentt was done already) and 2 FCL also upon receipt payment according to Sang Jin & FMI's request. It's required to get our H.O, YS Trading's confirmation because they must be concerned if these cargo won't be transferred by Yilufa later. Yilufa can't do that because they have never paid yet and refused to amend L/C so far. As IP paid it already, IP can allow Yijia to take it, if all expenses to be covered by IP except demurrage (demurrage must be covered by Global as you know & agree it). Then, last 2 FCL can be paid on due date without problem though Yilufa didn't amend L/C and it's holiday in China next week.

Best solution is only this, I think and you & Global must agree it because it's holiday whole week next week. As Yijia is fairer than Yilufa, they won't insist on 19% only. They will settle it much better with Johnson, (maybe 10% ?)

Please review and send me Global's firm letter in favor of Qingdao Yilia and fax me by return if you agree it. Otherwise let me keep fighting with Yilufa after long holiday.

After all, Yilufar takes first container only after QC Johnson's inspection and Yijia will take balance 8 FCL.

2. San Yang
  They are quite different from Yilufa. they took lot of products from us so far and no problem at all.
  So you don't have to treat them like Yilufa. Anyway as 1st arrived container turned out terrible, it's true
  that Merry is very concerned bout quality of balance quantity all because they think i was cheated by
  Global this year. Me too frankly. However you may be right to see all first. Anyway I want you to

EXHIBIT 22
Page 14 of 19

FMI 00315

**Bent Holme**

| | |
|---|---|
| From: | "SANGJINTRADINGCO.," <sj9693@cholllan.net> |
| To: | "Bent Holme" <bholme@salmoncanada.com> |
| Sent: | Tuesday, October 11, 2005 3:52 AM |
| Subject: | Re: FMI-224 - present status. |

OCT 11 2005

Dear Bent                SJF 05241                Oct 11 2005

1. Actually I am very disappointed at your following mail. Please note following points and settle all pending matters amicably.
    1) FMI -224 was made between FMI & Sangjin not merry, not Global either.
    2) You might make contract that Global has to ship P3 up without brusies but Gloal shipped unaccepted quality
    3) 1st container turned out unacceptable on Sept 16th (my mail SJF 05181) but nothing was done by shipper and their QC inspected it on Oct 10th anyway.
    4) Then all cargos were holded by their shipping agent in Qingdao though payments were done on time.
    5) As you made FMI-224 with me and arranged Global's shipment, you should have inspected cargo before shipment and you have to be responsible of all problems due to shipper's bad quality regardless of your profit

2. So Glopbal cheat you intentionally and you are now leaving this accident, whish must be unfair absolutely. Please read your mail Thu,22 Sept and keep your word. As it passed almost 1 month and Yijia may take max 6 FCL, no way for me but to ask IP to take 1st container at 19% less
    (if it's lower after QC inspection, I told them to cover it). So it will be shipped to Busan soon as inspection was done yesterday by QC. So if you break your words, I lose this whole 19% ($6,396).

3. 6 FCL in Yihufa
    Yijia confirmed to take this 6 FCL at final price after inspection by QC. As they inspected this cargo with Johnson together, they confirmed to take it between 15 & 19% (15% must be minimum).
    If you
    can't accept min 15%, please ship these 6 FCL back after payment back. I have no choice.  29,036

4. San Yang
    They are very upset about shipper's unacceptable attitude to hold cargo. They told me to lodge non delivery claim if it won't be released till tomorrow afternoon. Please advise your opinion. It's absolutely unfair that shipper shipped bad quality and holded cargo and then they sell to the other buyer. You can't let them sell it to the others without any compensations according to FMI-224.
    Quote  As the shipper still did not release any cargo to Sanyang till now. Sanyang informed us that they must need our definite and positive answer before tomorrow afternoon, they just can not wait any longer on this uncertain cargo at all. Please let us know if the shipper can agree to release all cargo before we amend L/C before tomorrow afternoon, if not, we will reject this cargo and return all shipping documents to IP, then we need your L/G to accept all related return charges & loss and demurrage fee will be at Sanjin's account. Please advise ASAP. thanks

EXHIBIT 22
Page 15 of 19

FMI 00334

**Reading mail in Sent Items**

User: oleg@globalseafoods.com
new mail | go to folder: (select folder) OK | search | settings | logout



Your folders

- oleg@globalseafoods.com
  - INBOX (1/1)
  - Contacts (118)
  - Drafts (0/0)
  - Sent Items (0/1036)

[Prev] [Reply] [Reply All] [Forward] [Delete] [Next]

**Subject:** Re: Inspection of FMI-224 (4) - your ECHO2886
**Date:** Mon, 26 Sep 2005 19:15:10 -0700
**From:** oleg@globalseafoods.com
**To:** Bent Holme <bholme@salmoncanada.com>
**Cc:** Thomas Hennessey <tomh@globalseafoods.com>, Harry <harry@salmoncanada.com>

printer friendly | message source

Please, notice in ours converastion I told you that ours QC on commission base and till he received his fee and expances he will not fly. I refuse to pay his expences, since I did not see any quality problems with ours product. According with Harry in ours meeting you shall sale fish for canning and I worn you that I can not be respobcible for internal brusing, since I did not see it. I even made hand writting on contract only out side brusing. However you sent fish to buyer who use it for fillets.

> Hi Oleg:
>
> Reference our brief telcon re Harry's e-mail to you.
>
> Thanks confirming that 6 x 40' will definitely be released for inspection
> by your QC Johnson. Please request him to be in Qingdao by Sep 28
> (China time) and coordinate inspection with Carol and/or Tony of Merry
> China. We have asked that several fish be fully thawed and ready for in-
> spection by him.
>
> Regards
> Bent
>
>
>
>
>
>
> Bent Holme
> FMI Food Marketers International Ltd.
> Tel: (604) 275 3664
> Fax: (604) 275 3624
> e-mail: bholme@salmoncanada.com
>
>

Oleg Nikitenko
11100 NE 8 street #310
Bellevue WA 98004 USA



EXHIBIT 22
Page 16 of 19

0037

Prev  Reply  Reply All  Forward  Delete  Next

Move message to INBOX   OK

**Oleg Nikitenko**
___

**From:** Bent Holme [bholme@salmoncanada.com]
**Sent:** Friday, September 30, 2005 8:58 AM
**To:** Oleg Nikitenko
**Subject:** QC Johnson

Oleg:

We have been advised that QC Johnson failed to book flight to Qingdao and went on long holiday instead.  His on-off trip to Qingdao is causing confusion and anger with buyers who expected him to come.  What can we tell them ????

Regds.
Bent


Bent Holme
FMI Food Marketers International Ltd.
Tel:   (604) 275 3664
Fax:   (604) 275 3624
e-mail:   bholme@salmoncanada.com

1

0039

EXHIBIT 22
Page 18 of 19

**Oleg Nikitenko**

| | |
|---|---|
| From: | Bent Holme [bholme@salmoncanada.com] |
| Sent: | Friday, October 07, 2005 2:54 PM |
| To: | oleg@globalseafoods.com |
| Cc: | Harry; George Wilson; Thomas Hennessey |
| Subject: | Re: QC Johnson inspection Qingdao Oct 10 |

Oleg:

It is 1 + 6 - refer your Inv. C10261 and ECH02886 both of which paid to you quite a while ago. Yilufa believes 6 containers likely same quality as 1st. Thanks confirming Johnson will be in Qingdao Oct 10.
Carole (Merry China) and Sam Lim will be there too. Okay to deduct agreed US$ 1,500 for Johnson fee and travel.

Meanwhile please advise urgently status on "new" 7 + 13 = 20 x 40' ??
Have you sold them elsewhere ? We must tell our buyer what's happening.

Regds.
Bent

Regds.
Bent Holme
----- Original Message -----
From: <oleg@globalseafoods.com>
To: "Bent Holme" <bholme@salmoncanada.com>
Cc: "Oleg Nikitenko" <oleg@globalseafoods.com>; "Harry"
<harry@salmoncanada.com>; "George Wilson" <georgew@salmoncanada.com>
Sent: Friday, October 07, 2005 1:40 PM
Subject: Re: QC Johnson inspection Qingdao Oct 10

Bent,

I do not know what 7 containers you are taking. You paid of you you refuse to acsept documents? If it is new seven, Johnson will waist time, since you did not pay for them, if it is old 7, it is other story. However you buyer shall see fish before holiday any feet back?
Johnson will be in Quingdao, please confirm to deduct from your deposit $1500 for his travel and fees.


> Oleg:
>
> Reference your e-mail Oct 2 (Item 6) - please note that our buyer
> Sam Lim of Sang Jin Trading Co., Korea, arrives in Qingdao on Oct
> 10 (at 9:10 am by CA 334) in order to look at Yilufa's 7 x 40'.
> We believe he has already spoken with Johnson who, at that time, had
> not be instructed to travel to Qingdao.
>
> Please re-confirm today that Johnson will be available at Qingdao on
> Oct 10 for such joint inspection. Thanks.
>
> Regds.
> Bent
>
>
>
> Bent Holme
> FMI Food Marketers International Ltd.
> Tel: (604) 275 3664
> Fax: (604) 275 3624
> e-mail: bholme@salmoncanada.com

1

0047


EXHIBIT 22
Page 19 of 19