## Mott, Bobbie

**From:** Mills, Mike
**Sent:** Thursday, November 17, 2005 10:33 AM
**To:** Mott, Bobbie; Grisham, Michael
**Subject:** FW: FMI-224

Bates; to Mike and I.

Mike

Michael R. Mills, Esq.
Dorsey & Whitney, LLP
1031 West 4th Ave., Suite 600
Anchorage, Alaska 99501
ph: (907) 276-4557
fax: (907) 276-4152
email: mills.mike@dorsey.com

-----Original Message-----
**From:** Bent Holme [mailto:bholme@salmoncanada.com]
**Sent:** Thursday, November 17, 2005 7:01 AM
**To:** Mills, Mike
**Cc:** Harry; George Wilson
**Subject:** Fw: FMI-224

Hello Mike:

Forwarding herewith Sang Jin's e-mail SJF 05239 of Oct 10 and, also, separately Sang Jin's e-mail SJF 05274 of Nov 17 both dealing with subject of Q.C. Johnson's statement re quality of FMI-224.

Regds.
Bent Holme

FMI FOOD MARKETERS INTERNATIONAL LTD.

----- Original Message -----
**From:** SANGJINTRADINGCO.,
**To:** Bent Holme
**Sent:** Monday, October 10, 2005 6:38 AM
**Subject:** FMI-224

Dear Bent          SJF 05239                    Oct 10 2005

I took cannery people to Yilufa for canning in case that Yilufa insists on 19% less or refuse cargo. So Merry, QC (Johnson), me and cannery people inspected 1st 1FCL & 2nd 6 FCL today. Yilufa replaced their needed 200 MT with Russian Pink already when Global started holding cargo. So they told us not to take this cargo (2nd shipment) though we accept 19% less now.