**DUE TO PHOTO-RELATED FILE SIZE,**

**EXHIBIT 24 TO BE FILED SEPARATE**