## Bent Holme

**From:** "Bent Holme" <bholme@salmoncanada.com>
**To:** "SANGJINTRADINGCO.," <sj9693@chol.com>
**Cc:** "George Wilson" <georgew@salmoncanada.com>
**Sent:** Thursday, October 13, 2005 9:07 AM
**Subject:** Fw: Inspection Report Qingdao - Oct 10, 2005

OCT 13 2005

Dear Sam:

Thanks phone call last evening re Johnson's phone numbers. I called him right away and had a nice chat during which he promised to e-mail report to us "within next couple hours". However, as of now, it is unreceived. Therefore, please follow up on our behalf by phoning Johnson and find out why ??? and advise George Wilson accordingly. Thanks.

* * * * * * * * * * * *

Reference your SJF 05245 Oct 13 -

1: Capelin - IP faxed back signed FMI-229 but not FMI-230. Please follow up.

2: QC Johnson's phone numbers - thanks very much.

3: FMI-224
   1: let us cross that bridge (if necessary).
   2: noted
   3: as informed you last evening, we shall do best. But next week would be earliest as some key personnel (Accts. Dept.) absent until then.

4: Again, please coordinate with George Wilson in all pending matters since I cannot be reached for next few weeks.

Best regards
Bent


----- Original Message -----
From: "Bent Holme" <bholme@salmoncanada.com>
To: <artic6252@yahoo.com.cn>
Cc: "George Wilson" <georgew@salmoncanada.com>; "Harry" <harry@salmoncanada.com>
Sent: Thursday, October 13, 2005 8:01 AM
Subject: Inspection Report Qingdao - Oct 10, 2005

10/13/2005

EXHIBIT 25
Page 1 of 2

FMI 00326

## Hanlon-Dehner, Michelle

**From:** Mills, Mike
**Sent:** Tuesday, November 15, 2005 11:13 AM
**To:** Hanlon-Dehner, Michelle; Grisham, Michael
**Subject:** FW: Blood out h&g Pink Salmon

fyi


Michael R. Mills, Esq.
Dorsey & Whitney, LLP
1031 West 4th Ave., Suite 600
Anchorage, Alaska 99501
ph: (907) 276-4557
fax: (907) 276-4152
email: mills.mike@dorsey.com

-----Original Message-----
**From:** Harry Guenther [mailto:harry@salmoncanada.com]
**Sent:** Tuesday, November 15, 2005 9:02 AM
**To:** Mills, Mike
**Subject:** RE: Blood out h&g Pink Salmon

Mike,

Following is what I had intended to send to Oleg. Does this in any way jeopardise our situation?

Harry


This is in response to your phone call today requesting some statement or acknowledgement on the condition of the blood line removed Pink .Salmon

The one customer who received one container with blood line out reported it was better but only marginally, bruising still bad. The customer who received the other four still has not worked the product and we are not encouraging them to do so for obvious reasons. To assume we do not have a problem might be premature, however we are hoping for the best.

Following is in response to your comment in yours below.

For you to suggest we only paid for Johnson's expenses is a little tacky to say the least, after all what is there in Johnson's expenses, it's to see the product and determine the quality which is his time and that is part of his expenses. With your comment it would look like some other person or persons will have to be the, like you say, the arbitrator and I would assume somebody that uses rational that makes sense.

Harry Guenther

> -----Original Message-----
> **From:** Oleg Nikitenko [mailto:oleg@globalseafoods.com]
> **Sent:** November 4, 2005 10:23 AM
> **To:** 'Harry Guenther'
> **Cc:** 'Thomas Hennessey'
> **Subject:** RE: Blood out h&g Pink Salmon

11/15/2005

EXHIBIT 25
Page 2 of 2

FMI 00420