## Harry Guenther

**From:** Oleg Nikitenko [oleg@globalseafoods.com]
**Sent:** October 14, 2005 4:30 PM
**To:** 'Harry Guenther'
**Subject:** RE: documents

Generally QC report was good, quality was better then last year. Korean buyer said he will use all fish for canning.

Best Regards

Oleg Nikitenko

**From:** Harry Guenther [mailto:harry@salmoncanada.com]
**Sent:** Friday, October 14, 2005 3:08 PM
**To:** Oleg Nikitenko
**Subject:** RE: documents

Are you now suggesting that you would negotiate the 15 to 19% potential claim on these containers? And you will pick up the demurrage or what is you proposal?

What was QC findings? How come no response to my questions. Keep in mind too these demurrage charges you already told me you would look after costs after advanced the $110,000. Plus they wouldn't have been any demurrage if you would have sent all documents.

-----Original Message-----
**From:** Oleg Nikitenko [mailto:oleg@globalseafoods.com]
**Sent:** October 14, 2005 1:45 PM
**To:** 'Harry Guenther'
**Subject:** RE: documents

They have it by 27-29 September and just return, We will have big demurrage, which you shall be full responsible. Unless you want to pay different for this cargo and keep it.

Best Regards

Oleg Nikitenko

**From:** Harry Guenther [mailto:harry@salmoncanada.com]
**Sent:** Friday, October 14, 2005 1:27 PM
**To:** Oleg Nikitenko
**Subject:** documents

Re your message to Mr. Holme.

We understand documents are being returned to you from bank.

Harry Guenther
F.M.I. Food Marketers International Ltd.
Phone: (604) 275 3664
Fax:     (604) 275 3624
email: harry@salmoncanada.com
website: www.salmoncanada.com

15/10/2005

EXHIBIT 26
Page 1 of 1

FMI 00376