**David Smart**

**From:** Harry Guenther [harry@salmoncanada.com]
**Sent:** October 25, 2005 8:54 AM
**To:** David Smart
**Cc:** Bent Holme; George Wilson
**Subject:** FW: [Norton AntiSpam] FW: Yijia Photo 1

Before I reply can we discuss any legal implications!

Harry

-----Original Message-----
**From:** Oleg Nikitenko [mailto:oleg@globalseafoods.com]
**Sent:** October 24, 2005 8:21 PM
**To:** 'Harry Guenther'
**Cc:** 'Thomas Hennessey'
**Subject:** RE: [Norton AntiSpam] FW: Yijia Photo 1

Harry,

I am very disappointed by your cheap short. First at all you claim bruisers, month later you claim color, next month you find something else.
I never work with Marry Co. I thought you will help to solve problem, but you do not want to do anything.


Best Regards

Oleg Nikitenko

---

**From:** Harry Guenther [mailto:harry@salmoncanada.com]
**Sent:** Monday, October 24, 2005 1:05 PM
**To:** Oleg Nikitenko
**Cc:** George Wilson; Bent Holme
**Subject:** [Norton AntiSpam] FW: Yijia Photo 1

Oleg,

It has been suggested that after seeing these pictures and reading the comments on the quality and the customers demand for the return of his money you might want to send your inspector Mr.Johnson (at your expense) to verify their claim so you will understand what you are responsible for. The contract does read for P3 or better on the meat colour.

Please advise what action you will be taking.

Harry

Dear George                                                         Oct 24 2005


Good evening. I was back home this afternoon from Sakhalin, Russia and Qingdao, China.


. Merry's Debit Note


10/25/2005

EXHIBIT **27**
Page **1** of **1**

FMI 00387