# DUE TO PHOTO-RELATED FILE SIZE,

# EXHIBIT 28 TO BE FILED SEPARATE