### Bent Holme

**From:** "Bent Holme" <bholme@salmoncanada.com>
**To:** "SANGJINTRADINGCO.," <sj9693@chol.com>
**Cc:** "George Wilson" <georgew@salmoncanada.com>; "Harry" <harry@salmoncanada.com>
**Sent:** Wednesday, October 12, 2005 3:18 PM
**Subject:** Contract FMI-224

Dear Sam:

Reference your SJF 05244 of Oct 11.

As emphasized during our telcon and re-confirmed in e-mail, our compensation is limited to: FMI-224 (1) and FMI-224 (4) for total US$ 35,395.20 only, which to be FMI's full/final settlement on the total contract FMI-224.

Regarding Chotiwar and Yijia shipments comprising 6 x 40' FCL of mainly BO we respectfully suggest that you do n o t encourage them to hurry up inspections which might create undue suspicion in their minds. Please.

With respect to Fusheng portion, FMI will not make any profit on FMI-224. On the contrary. Consequently, we regret having to turn down your request for 2% remuneration (US$ 29/MT) on 20 x 40' FCL. I wish we could comply but it is not in the cards to do so. Hopefully, both you and we will be able to benefit from some of your anticipated Mackerel business which please accelerate to the best of your ability. Our supply base has been widened and your inquiries are anxiously awaited.

Finally, concerning Yilufa's offer on Pink Salmon Blocks we are sorry to advise that our prospective L.A. buyer has now covered elsewhere at, reportedly, better price.

Please be guided accordingly.

Best regards
Bent


Bent Holme
FMI Food Marketers International Ltd.
Tel: (604) 275 3664
Fax: (604) 275 3624
e-mail: bholme@salmoncanada.com

EXHIBIT 30
Page 1 of 1
FMI 00331