Mark C. Manning, Esq.
MARK C. MANNING, P.C.
431 West 7th Avenue, Suite 204
Anchorage, AK 99501
(907) 278-9794
Counsel for Global Seafoods

RECEIVED
NOV 0 8 2006
DORSEY & WHITNEY L.L.P
ANCHORAGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FMI FOOD MARKETERS INTERNATIONAL, LTD.<br><br>Plaintiff<br><br>vs.<br><br>GLOBAL SEAFOODS NORTH AMERICA, LLC<br><br>Defendant | DOCKETED<br><br>Case No. 3:06-CV-00011 JWS |

**GLOBAL SEAFOODS' RESPONSES TO
PLAINTIFF'S SECOND SET OF INTERROGATORIES**

INTERROGATORY NO. 14

Describe in detail each and every action taken by Global to ensure that FMI received pink salmon of the quality mandated by the Global Contract. Your answer should include, without limitation, a specific description of all of Global's quality control practices and procedures, a specific description of the steps taken to implement such practices and procedures in the 2005 season, and the identity of the individuals responsible for managing and implementing these practices and procedures.

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

EXHIBIT 31
Page 1 of 6

RESPONSE: Without waiving prior objections, FMI is referred to the salmon section of the HACCP plan, which sets forth quality control measures. In addition, round fish were inspected as reflected in Boat Delivery- Inspection and Grading reports, and product samples were inspected, as reflected in H/G Fresh Product Inspection Reports. Knowledgeable managers are James Portillo, Rick Medina, Ray Aganoy, Sergey Morozov and Oleg Nikitenko.

INTERROGATORY NO. 15

Describe in detail the amount of grades #1, 2, and 3 of pink salmon processed by Global in the 2005 season, expressed both as a gross weight and as a percentage of all pink salmon processed by Global that season.

RESPONSE: Without waiving prior objections, this question appears to presume Global graded its fish throughout the season into these categories, and it did not.

INTERROGATORY NO. 16

Describe in detail Global's contractual commitments to its other pink salmon customers for the 2005 season, including but not limited to a description of the grade of pink salmon the customer requested, the amount of each grade of pink salmon Global was obligated to produce under such contracts, the amount of salmon actually produced under such contracts, and the price received.

PLAINTIFF'S SECOND DISCOVERY REQUESTS

*FMI Food Marketers, Int'l v. Global Seafoods*

Page 2

Case No. 3:06-cv-00011 JWS

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557


EXHIBIT 31
Page 2 of 6

RESPONSE: Understanding this question to refer to pre-season contracts such as the FMI contract at issue in this case, Global made no contractual commitments to other pink salmon customers.

INTERROGATORY NO. 17

Describe in detail each and every claim, credit, or return made or demanded by any Global customer or dealt with by Global that was related to pink salmon produced by Global in 2005.

RESPONSE: Global is not aware of any substantial item. Certainly, there was no claim or complaint made remotely of the magnitude made in this case. It is possible there may have been minor items, that, if they occurred, probably would be reflected in materials that were produced to FMI. Global will make the files that would contain any pertinent records available to FMI again, in Anchorage, if FMI wishes to review them again.

INTERROGATORY NO. 18

Describe in detail any item codes (or any other internal record-keeping classification) used by Global with respect to headed and gutted pink salmon of grades 1, 2, and 3, and with respect to filleted pink salmon of grades 1, 2, and 3.

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

PLAINTIFF'S SECOND DISCOVERY REQUESTS

*FMI Food Marketers, Int'l v. Global Seafoods*

Page 3

Case No. 3:06-cv-00011 JWS

EXHIBIT 31
Page 3 of 6

RESPONSE: With the exception of a brief period during start-up at the beginning of the season, the record of which FMI already has, Global did not grade fish as assumed by this interrogatory. Accordingly, there are no such product codes.

INTERROGATORY NO. 19

Describe in detail any and all post-fillet down grades of pink salmon that were made by Global with respect to pink salmon processed by Global in 2005, including without limitation.

RESPONSE: This question appears to be predicated upon the assumption appearing above that Global graded pink product into grades 1, 2 and 3, and appears to then ask whether any such graded fish were subsequently re-assigned a lower grade. Since Global did not grade its fish as assumed, no such down grades could have occurred.

Any unsold pinks? [sic- placed here in FMI's interrogatory]

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

PLAINTIFF'S SECOND DISCOVERY REQUESTS

*FMI Food Marketers, Int'l v. Global Seafoods*

Page 4

Case No. 3:06-cv-00011 JWS


EXHIBIT 31
Page 4 of 7

DATED this 67 day of November, 2006, at Anchorage, Alaska.

MARK C. MANNING, P.C.

By: _____
Mark C. Manning
Counsel for Global Seafoods

State of Washington

King County

Oleg Nikitenko, being duly sworn, states the following on oath:

I am President of Global Seafoods North America, LLC. I have reviewed the foregoing interrogatory answers, and declare that they are true and correct to the best of my knowledge.

_____

SUBSCRIBED AND SWORN to before me this 3rd day of November, 2006.

_____

OFFICIAL SEAL
THOMAS P. HENNESSEY
NOTARY PUBLIC
STATE OF WASHINGTON
My Commission Expires Feb. 1, 2007

Notary Public in and for Washington State. My commission expires 2/1/07

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

PLAINTIFF'S SECOND DISCOVERY REQUESTS
FMI Food Marketers, Int'l v. Global Seafoods
Page 5
Case No. 3:06-cv-00011 JWS

EXHIBIT 31
Page 5 of 6

## CERTIFICATE OF SERVICE

I hereby certify that, on 11/6/06 to, a copy of this document was served by mail/ hand on

Michael R. Mills, Esq.
Michael A. Grisham, Esq.
DORSEY & WHITNEY
1031 West 4th Avenue, Ste. 600
Anchorage, AK 99501

*[signature: Mark C. Manning]*

11

EXHIBIT 31
Page 6 of 6