### Bent Holme

**From:** "Oleg Nikitenko" <oleg@globalseafoods.com>
**To:** "'Bent Holme'" <bholme@salmoncanada.com>
**Sent:** Monday, September 19, 2005 10:50 AM
**Subject:** RE: FMI-224 for China.

Bent,

I shipped 50% of Pink Salmon to other buyer to China and do not have any single claim, I have strong feeling that this claim is bogus claim. I have big shipment, which going to China soon, 13 containers, I hope do not have any problem with L/C and cashing product. However I need to cover my back and will hold all documents till all cargo will be cashed.

Best Regards

Oleg Nikitenko
-----Original Message-----
From: Bent Holme [mailto:bholme@salmoncanada.com]
Sent: Monday, September 19, 2005 9:44 AM
To: Oleg Nikitenko
Cc: Harry
Subject: Fw: FMI-224 for China.

Hi Oleg:

Further to e-mail Sep 16 - the situation has gone from bad to worse.

The Chinese buyer has inspected first container (Your Inv. C10261) twice and, initially, refused to take delivery but, finally agreed, provided
price reduction of 20%. Please consider accordingly and advise today (Sep 19) as second shipment to this buyer (6 x 40') is due any day and won't be accepted if quality is as bad as first container. Your Inv. Inv. ECHO2886 refers.

Therefore, we must know what you want to do. Ship product back to USA ??? or re-sell it elsewhere in China (you mentioned such possibility during telcon on Sep 16).

As to remaining shipments afloat (24 x 40') do you want to decide now or wait until they arrive ??? The majorty is "bi" but, I suppose, the "bo" parcels might be subject too. Question is, do you believe the overall quality of these 24 x 40' to be superior to Inv. C10261 ???

Incidentally, we couriering you cheque today in settlement of your Inv. 10372 & 10373 less balance owed on RYCO advance, all of which

EXHIBIT 32
Page 1 of 2

FMI 00218

### Bent Holme

**From:** "Bent Holme" <bholme@salmoncanada.com>
**To:** "SANGJINTRADINGCO.," <sj9693@chol.com>
**Cc:** "Harry" <harry@salmoncanada.com>
**Sent:** Monday, September 19, 2005 4:23 PM
**Subject:** FMI-224

Dear Sam:

Re your SJF 05184 & 05185 & 05185 (1).

According to Global, many months ago, they contracted through a L.A. broker less than 500 MT Pinks to old China customer of, reportedly, i d e n t i c a l quality to our contract. Most of this L.A. business has arrived in China by now (ex same Global production lots as ours) and without a single quality complaint. We suggest you check with Merry China who we are pretty sure knows a l l about it.

By the way, we are unable to open any of your CHOL GIGA messages which please fax to us.

Again, what has been shipped to China by L.A. broker is, reportedly, identical quality to our Yilufa shipments against M04N3508RS00192 which now requires extention or acceptnce of discrepant documents. Same situation applies to Fusheng's shipments (including 13 x 40' per "Singapore").

However, because of present uncertainty, Global are now withholding original L/C documents until all other cargo afloat will be cashed. Thus extention of Ls/C M04N3508RS00712 and M0$N3509RS00032 will be needed.

Sam, in view of the above mentioned revelations perhaps Yilufa's complaint is more market (than quality) oriented ?? Please comment.

Best regards
Bent


Bent Holme
FMI Food Marketers International Ltd.
Tel: (604) 275 3664
Fax: (604) 275 3624
e-mail: bholme@salmoncanada.com

EXHIBIT 32
Page 2 of 2

FMI 00220