**Bent Holme**
___

| | |
|---|---|
| From: | "SANGJINTRADINGCO.," <sj9693@chollian.net> |
| To: | "Bent Holme" <bholme@salmoncanada.com> |
| Sent: | Wednesday, August 03, 2005 4:23 AM |
| Subject: | Re: FMI-224 |

AUG -3 2005

Dear Bent                     SJF 05133              Aug 03 2005

1. Merry China
   1) 200 MT L/C ( Qingdao Yilufa Group)
      As you said 2 pages L/C acceptable, it will be cabled out tomorrow. As this order has penalty clause of short supply between buyer & myself only, I want you to ship this order asap. So please start ship this order just after 300 MT to Bangkok

   2) 500 MT L/C ( Qingdao Fusheng Foodstuffs co)
      I received scanned one only and I can have full one tomorrow.

2. Ctching situation : Please advise update information

3. Global : I heard current landing is good in Kodiak. Please advise how many tons to be shipped this week to Bangkok

4. additional 1st grade
   As western offered it to TMC at $1,600/MT C&F Qingdao, I want you to get it at similar level for me, thanks.

B.RGDS SAM LIM

> --- Original Message ---
> From : "Bent Holme"<bholme@salmoncanada.com>
> To : "SANGJINTRADINGCO.,"<sj9693@chol.com>
> Cc :
> Date : Tue, 2 Aug 2005 14:16:31 -0700
> Subject : FMI-224
>
> Dear Sam:
>
> Reference your:
>
> SJF 05131 (L/C Application M04-N3-508-RS) - since FMI-224
> clearly stipulates delivery July/October, 2005, please change:
>
> (44C) to read: "not later than 2005-09-15"
> (41) to read: "HSBC Bank Canada, Vancouver, B.C."
>
> Your info., if original transferable L/C is only 2 pages (as faxed) we see
> no problems. However, if final version is 4 - 5 pages long (as last year)
> we reserve ourselves the right to revert as additional amendments may

EXHIBIT 33
Page 1 of 4

FMI 00027

**Bent Holme**

From:     "SANGJINTRADINGCO.," <sj9693@chollian.net>
To:       "Bent Holme" <bholme@salmoncanada.com>
Sent:     Tuesday, August 09, 2005 6:25 PM
Subject:  Re: FMI-224

Dear Bent                                          Aug 10 2005

Nice talking with you also and appreciate improved ratio of bloodline in & out now.

Please note suck out H&G is absolutely not acceptable though bloodline in is accepted. Belly of fish must be cut and cleaned though bloodline must be remained.

If so, it doesn't make difference to remove it or not because it takes very short time for skilled people to
remove it with wooden spoon. I think I would rather pay $10/MT more for 100% bloodline out.

How much down of price they will agree in case of bloodline in? It doesn't look possible according to your mail about ground price. I remember they asked me to pay $100/MT more in case of bloodline out last winter.

Anyway I think it's the best to pay $10/MT more (maybe $500/day ?) with 100% bloodline out to avoid any future disputes with buyers and keep future business with them.

How many more tons to be packed besides FMI-224 ? I think it's about time to decide quantity & new price on additional production now. If 2FCL to be packed from today, 1,000 MT will be done around end of Aug (abt 50 MT x 20 days). As far as I know, fish to be caught after end of Aug must be less value. Please let me have your opinion on this.

B.RGDS SAM LIM

> --- Original Message ---
> From : "Bent Holme"<bholme@salmoncanada.com>
> To : "SANGJINTRADINGCO.,"<sj9693@chol.com>
> Cc :
> Date : Tue, 9 Aug 2005 16:01:13 -0700
> Subject : FMI-224
>
> Dear Sam:
>
> Thanks phone call today.
>
> Subsequent to our conversation I have discussed matters further with
> Global who beg us to maintain current contract price irrespective of
> bloodline "in" or "out" as, already now, they barely breaking even
> due to spiralling ground prices that have escalated since May.
>
> In turn, Global will do utmost to increase bloodline-out quantity to

EXHIBIT 33
Page 2 of 4

FMI 00048

## Bent Holme

**From:** "Bent Holme" <bholme@salmoncanada.com>
**To:** "SANGJINTRADINGCO.," <sj9693@chol.com>
**Sent:** Tuesday, August 23, 2005 3:49 PM
**Subject:** Bangkok "bo" ex Global.

Dear Sam:

Regrettably we cannot advise, today, exact "bo" status for Bangkok. Computer is not 100% updated and Nikitenko is away from Office until Aug 29. Apparently, he checks his e-mail from time to time but has not phoned in today, as yet.

However, we are hopeful that within next 2 weeks there will be Pink opening in Canada. If so, there is good possibility to secure, maybe, 100 MT #1 Pinks H&G (bloodline out) for which FMI will have first right of refusal. If more available, we would go for that too.

Rest assured that also we are most anxious to start shipping some Pinks to Chotiwat and, as the saying goes: "No stone will be left unturned in our efforts in this regard".

Best regards
Bent


Bent Holme
FMI Food Marketers International Ltd.
Tel: (604) 275 3664
Fax: (604) 275 3624
e-mail: bholme@salmoncanada.com

EXHIBIT 33
Page 3 of 4

FMI 00115

Page 1 of 3

**Bent Holme**

---

From:      "SANGJINTRADINGCO.," <sj9693@chollian.net>
To:        "Bent Holme" <bholme@salmoncanada.com>
Sent:      Monday, September 05, 2005 3:13 AM
Subject:   Re: FMI-224

*AUG 2 9 2005*

Dear Bent                          SJF 05171                 Sept 05 2005

1. Yilufa Group
   Merry China received original B/L (1/3), H/C, C/O & N/D but they need invoice & packing urgently
   to clear customs because ETA APL China is Sept 06. However Inter Plus received nothing so far
   from you. Please fax me your invoice & packing list first so that Inter Plus can make their invoice &
   P/L based on yours and fax them to Merry China.

2. L/C
   Inter Plus will increase M04N3508RS00712 by 100 MT & 10% more or less to cover 12 FCL on APL
   Thailand & APL Singaport (Total 273.08 MT). Then 2nd L/C M04N3509RS00032 will be amended by
   150 MT later when Documents for 9FCL for Yilufa Group arrives here.

3. Quantity
   I appreciate that you honor FMI-224 fully and I did my best to cooperate also. But quantity must be
   min 900 MT & max 1,100MT not max 900 MT, please note.

B.RGDS

> ---- Original Message ----
> From : "Bent Holme"<bholme@salmoncanada.com>
> To : "SANGJINTRADINGCO.,"<sj9693@chol.com>
> Cc :
> Date : Fri, 2 Sep 2005 13:39:54 -0700
> Subject : FMI-224
>
> Dear Sam:
>
> Re your SJF 05169 of Sep 02 and telcon today.
>
> As FMI-224 is for "+/- 10%" we aiming for max. 900 MT.
>
> a: "bo" Y.S. Trdg. re "unclear" 40' - it has just been declared viz.
> APRU 508109-0. We will try arrange shipment to Qingdao
> (Yijia) together with possibly 1 x 40' "bi" and T/T payment.
>
> By the way, 1 x 40' for Inter Plus, Busan, will likely be "bi" and
> for which we ask T/T rather than L/C. Can you comply ???
>
> b. "bi" for Merry China:

EXHIBIT 33
Page 4 of 4

FMI 00157