### Bent Holme

**From:** "Bent Holme" <bholme@salmoncanada.com>
**To:** "Oleg Nikitenko" <oleg@globalseafoods.com>
**Sent:** Monday, August 15, 2005 3:10 PM
**Subject:** FMI-224 T/T payment

Hi Oleg:

Reference telcon half hour ago - if only you would produce more "bloodline-out" we can T/T for a l l such containers - quickly.

Therefore we  u r g e  you to do utmost in this respect.

Meanwhile please advise (tomorrow) the container numbers of the 4 x 40' discussed on Fri. and today.  Our buyers in Bangkok and China keep reminding us that we told them:  2 x 40' daily from Aug 10 comprising 50/50 of "bo" and "bi" (based on pledge Aug 9).

Best regards
Bent

*AUG 1 5 2005*


Bent Holme
FMI Food Marketers International Ltd.
Tel: (604) 275 3664
Fax: (604) 275 3624
e-mail: bholme@salmoncanada.com

EXHIBIT 34
Page 1 of 3

FMI 00077

**Bent Holme**
___

From: "SANGJINTRADINGCO.," <sj9693@chollian.net>
To: "Bent Holme" <bholme@salmoncanada.com>
Sent: Wednesday, August 17, 2005 3:57 AM
Subject: Re: As below

AUG 17 2005

Dear Bent          SJF 05150          Aug 17 2005

1. FMI-224

1) Shipment
   I expected at least 1 FCL each to Bangkok & Qingdao per day but It looks too slow. Could you please check if Global ships some to the other buyers for me ? I wanna have information pertainning to more shipments now. Merry China checked APl with your container numbers and found 2 containers' discharging port are Tokyo not Qingdao as following mail. They may be transhipped in Tokyo but in this case APL must say discharging port is Qingdao not Tokyo. Anyway your checking is required, thanks.
   Quote From : "Caroline Yu (Merry & Co.,Ltd China) To
"SANGJINTRADINGCO.,"sj9693@chollian.net Date : Wed, 17 Aug 2005 16:31:17 +0800

Dear Mr. Lim, We thank you very much for your kind explanations regarding the APL line. As per the 4 container no. you provided for SJO 0508, we tracked on the website of APL, and got the results as below. To be surprised, the destination for 2 containers is Tokyo, Japan, and only 2 containers are assigned to Qingdao, China. We're confused what happened.

http://www.apl.com/cgi-bin/tracing.cgi

Container: SEAU525273

| Routing | | | | |
|---|---|---|---|---|
| | Origin | Load | Discharge | Destination |
| Route | KODIAK, AK | DUTCH HARBOR, AK | YOKOHAMA, JAPAN | TOKYO, JAPAN |
| Vessel | | | | |
| Schedule | AUG-16-2005 | ETA Pending | ETA Pending | ETA Pending |
| Service | Other Service | | | |
| Container Movements | | | | |
| | Date | Description | | |
| Current Status | AUG-16-2005 | awaiting transit at KODIAK, AK to load port DUTCH HARBOR, AK | | |

EXHIBIT 34
Page 2 of 3

FMI 00082

### Bent Holme

**From:** "SANGJINTRADINGCO.," <sj9693@chollian.net>
**To:** "Bent Holme" <bholme@salmoncanada.com>
**Sent:** Thursday, August 18, 2005 5:08 AM
**Subject:** Re: Various

Dear Bent           SJF 05152           aug 18 2005

Nice talking with you..

1. H/C : Please refer to buyer's mail
   Quote  Dear Mr. Lim, BRC is the abbr. of British Retail Consortium. Just like SGS or ISO, it's a third
   party attestation institute, or should say a kind of quality assurance system qualified by the third party. Now for almost all European supermarkets, they require the products are from BRC certified factories. And BRC certificate is becoming a necessary. IFS is similar as BRC, but IFS mainly for German and French markets. Both attestations require very complete documents and the traceabilities of the finished products. The FAO areas are just for the traceabilities of the finished products. More about BRC, you can refer to www.brc.org.uk. Hope it's now clear for you. Best regards, Caroline Unquote

2. Chum H&G
   I can take PWS Chum H&G as far as freshness is good enough and meat color must be C3 up.
   Please let ma have best offer based on C&F Dalian by transferable L/C

3. Canadian Pink H&G
   Only 2 FCL were shipped to Bankok so far and YS Trading is pushing me every single day, I want you to ship this products to Bangkok as much as you can at $1,680/MT C&F Bangkok ( this is almost
   same as $1,715.MT C&FC2 Qingdao). If freight to bangkok is higher than Qingdao from Canada, let
   me take care of it. so please secure products as much as you can for me. Payment term must be T/T against fax copies of Invoice & B/L.

4. FMI-224
   As you said 5FCL last thursday and 2 FCL each per ady, I expected at least 500 MT was shipped so far but result is no good. that's why I am concerned about fullfillment of FMI-224 though I agreed BI to Global. Please keep an eye on what they are doing for me.

Your very good answer is eagerly awaited today.

B.RGDS SAM LIM

--- Original Message ---

EXHIBIT 34
Page 3 of 3

FMI 00091