**Bent Holme**

From: "SANGJINTRADINGCO.," <sj9693@chollian.net>
To: "Bent Holme" <bholme@salmoncanada.com>
Sent: Thursday, September 22, 2005 2:49 PM
Subject: Re: Salmon documents.

Dear Bent            SJF 05198            Sept 23 2005

SEP 2 3 2005

1. Extension of due date
   I called president of IP to check if IBK (Industrial bank of Korea) can send it to HSBC first.

   He told me that IBK has no reason to ask HSBC to extend it on behalf of IP. IBK Head office will never
   do taht at all because bank people is almost semi-government people and they don't have flexibility.

   He added that this IP must be bad position against IBK unless this cable arrive at IBK this morning.

   What shall I do, dear Bent. I need your help only now.

2. L/C amendment
   It's Global's fault. He made contract with us earlier for their stable business. But as price went up later, he shipped good one to the other buyer at higher price and bad one to us.

   They were fair last year. so there were no problems last year. If they did same, amendment of L/C is not the issue at all this year. That's why IP opened L/C just same as Chinese L/C. But ist container turned out terrible and it made all things too bad & difficult.

B.RGDS SAM LIM


--- Original Message ---
From : "Bent Holme"<bholme@salmoncanada.com>
To : "SANGJINTRADINGCO.,"<sj9693@chol.com>
Cc :
Date : Thu, 22 Sep 2005 14:33:03 -0700
Subject : Salmon documents.

Dear Sam:

As amending Letters of Credit is costly we request that you instruct
Industrial Bank of Korea to accept "Discrepant Documents" with
immediate effect. This is a reasonable request as your Letters of
Credit have some clauses that are impossible to comply with re timely
presentation of documents.

EXHIBIT 35
Page 1 of 2

FMI 00267

Last year you had no objections to "Discrepant Documents", enabling us to receive settlements with minimum of delay. We therefore ask for such cooperation again this year

Please confirm immediately - it is very important Sam.

Best regards
Bent


Bent Holme
FMI Food Marketers International Ltd.
Tel: (604) 275 3664
Fax: (604) 275 3624
e-mail: bholme@salmoncanada.com




EXHIBIT 35
Page 2 of 2

FMI 00268