# Bent Holme

| | |
|---|---|
| **From:** | "Oleg Nikitenko" <oleg@globalseafoods.com> |
| **To:** | "'Bent Holme'" <bholme@salmoncanada.com> |
| **Sent:** | Monday, September 19, 2005 10:50 AM |
| **Subject:** | RE: FMI-224 for China. |

SEP 19 2005

Bent,

I shipped 50% of Pink Salmon to other buyer to China and do not have any single claim. I have strong feeling that this claim is bogus claim. I have big shipment, which going to China soon, 13 containers, I hope do not have any problem with L/C and cashing product. However I need to cover my back and will hold all documents till all cargo will be cashed.

Best Regards

Oleg Nikitenko
-----Original Message-----
From: Bent Holme [mailto:bholme@salmoncanada.com]
Sent: Monday, September 19, 2005 9:44 AM
To: Oleg Nikitenko
Cc: Harry
Subject: Fw: FMI-224 for China.

Hi Oleg:

Further to e-mail Sep 16 - the situation has gone from bad to worse.

The Chinese buyer has inspected first container (Your Inv. C10261) twice and, initially, refused to take delivery but, finally agreed, provided
price reduction of 20%. Please consider accordingly and advise today (Sep 19) as second shipment to this buyer (6 x 40') is due any day and won't be accepted if quality is as bad as first container. Your Inv. Inv. ECHO2886 refers.

Therefore, we must know what you want to do. Ship product back to USA ??? or re-sell it elsewhere in China (you mentioned such possibility during telcon on Sep 16).

As to remaining shipments afloat (24 x 40') do you want to decide now or wait until they arrive ??? The majorty is "bi" but, I suppose, the "bo" parcels might be subject too. Question is, do you believe the overall quality of these 24 x 40' to be superior to Inv. C10261 ???

Incidentally, we couriering you cheque today in settlement of your Inv. 10372 & 10373 less balance owed on RYCO advance, all of which

EXHIBIT 36
Page 1 of 9

FMI 00218

## Bent Holme

**From:**    "Bent Holme" <bholme@salmoncanada.com>
**To:**    "Oleg Nikitenko" <oleg@globalseafoods.com>
**Cc:**    "Thomas Hennessey" <tomh@globalseafoods.com>; "Harry" <harry@salmoncanada.com>
**Sent:**    Wednesday, September 21, 2005 11:58 AM
**Subject:**    FMI-224 -

Oleg/Tom:

SEP 2 1 2005

Reference your phone call this morning re L/C procedure.

As explained, because presentation of Origial documents through L/C is sometimes slow process and transit time of vessels to China is fast, it is not unusual that vessels arrive in China before the documents, causing delayed Customs clearance and demurrage charges.

Therefore, in order to save time and enable Customs clearance prior to vessels' arrivals, Merry & Co. (Sang Jin's buyer) insist that 1/3 B/L and Cert. Origin + Health Cert. be couriered to them within 3 days after shipment.

Oleg, this does n o t enable Merry & Co. to take delivery of the cargo - only to Customs clear. The cargo ca n n o t be moved out until remaing Original 2/3 B/L arrive and are released to Consignee by L/C Bank who then pay Global directly - exactly same way and procedure as last year. Please check back and verify correctness of my summation.

Oleg, we have not "tricked" you as it is not unusual procedure. I wish you would have listened until I had finished my explanation instead of threatening going to lawyer. Believe me, nobody can take possession of any cargo unless total of 3/3 (not 1/3) B/L are surrendered to the Chinese Port authorities for their release of cargo.

Please give me a call so we can get this unfortunate misunderstanding straightened out - once and for all.

Best regards
Bent


Bent Holme
FMI Food Marketers International Ltd.
Tel: (604) 275 3664
Fax: (604) 275 3624
e-mail: bholme@salmoncanada.com

EXHIBIT 36

Page 2 of 9

FMI 00245

## Bent Holme

| | |
|---|---|
| **From:** | "Oleg Nikitenko" <oleg@globalseafoods.com> |
| **To:** | "'Bent Holme'" <bholme@salmoncanada.com> |
| **Cc:** | "'Thomas Hennessey'" <tomh@globalseafoods.com> |
| **Sent:** | Thursday, September 22, 2005 10:23 AM |
| **Subject:** | L/C extension |

We do not agree on any delay payment on L/C. Also you are in violation of FMI – 224, which is making damage to us.

Best Regards


Oleg Nikitenko
11100 NE 8 street #310
Bellevue WA 98004 USA
Phone 1 425 451-0565
Fax    1 425 451-1067
www.globalseafoods.com

SEP 2 2 2005

EXHIBIT **36**
Page **3** of **9**

FMI 00259

## Bent Holme

| | |
|---|---|
| **From:** | "Bent Holme" <bholme@salmoncanada.com> |
| **To:** | "Oleg Nikitenko" <oleg@globalseafoods.com> |
| **Cc:** | "Thomas Hennessey" <tomh@globalseafoods.com> |
| **Sent:** | Thursday, September 22, 2005 12:32 PM |
| **Subject:** | Re: Payment for FMI 224 & violation of FMI 225 by FMI |

SEP 2 2 2005

Oleg:

Yes you do have available L/C money for said 13 x 40' FCL as follows:

L/C M04N3508RS00712        value:        US$ 287,760
      less your drawing/Inv. ECHO2892        US$ 144,724

      unused balance:                        US$ 143,036

L/C M04N3509RS00032        value        US$ 264,000

      total available today                US$ 407,036

      value of 13 x 40' FCL                US$ 399,000

      unused balance                US$   8,036

with which we trust you will agree.

Best regds.
Bent


----- Original Message -----
**From:** Oleg Nikitenko
**To:** 'Bent Holme'
**Sent:** Thursday, September 22, 2005 11:41 AM
**Subject:** Payment for FMI 224 & violation of FMI 225 by FMI

We still do not see any money for goods, which we submit payment to bank. It was enough time fro cash come ours account. We have 13 containers of h&g Pink Salmon, which is coming to China very soon and do not have value L/C, which shall cover this goods.
I insist to start make payments from today (before 1 pm) by TT to ours account for 13 containers of h&g Pink Salmon.

Best Regards


Oleg Nikitenko
11100 NE 8 street #310
Bellevue WA 98004 USA
Phone 1 425 451-0565
Fax    1 425 451-1067

EXHIBIT **36**
Page **4** of **9**

FMI 00261

## Bent Holme

| | |
|---|---|
| **From:** | "Oleg Nikitenko" <oleg@globalseafoods.com> |
| **To:** | "'Bent Holme'" <bholme@salmoncanada.com> |
| **Sent:** | Thursday, September 22, 2005 1:48 PM |
| **Subject:** | FMI 224 Pink Salmon H&G |



Due to your violation of the ours agreement, I have to meet cash flow problem. Since you refuse to amended L/C, which can be workable and delay documents accepting documents, I have no other choice as start sale cargo, which is shall go to you. Unless I can see $200,000 deposit on ours account by tomorrow, we have to make arrangement to change destinations for cargo.

Best Regards


Oleg Nikitenko
11100 NE 8 street #310
Bellevue WA 98004 USA
Phone 1 425 451-0565
Fax    1 425 451-1067
www.globalseafoods.com

EXHIBIT 36
Page 5 of 9

FMI 00263

## Bent Holme

**From:**     <oleg@globalseafoods.com>
**To:**       "Bent Holme" <bholme@salmoncanada.com>
**Cc:**       "Thomas Hennessey" <tomh@globalseafoods.com>; "Harry" <harry@salmoncanada.com>
**Sent:**     Monday, September 26, 2005 7:06 PM
**Subject:**  Re: Inspection of FMI-224 (4) - your ECHO2886



I received email for, Harry in which he indicate that you refuse to pick up documents from 7 containers from bank. It is straight violation of FMI 224 agreement. Also you refuse to amended L/C that we can submit documents for other 13 contaienrs.

Since you refuse to hold terms of FMI 224 and asking for addiitonal inspection and additional appovmetns and discounts (We supply to you as it is said in FMI 224), We wnat to us you to send all documetns for 7 contaienrs bank to us without delay, that we can sale goods. You shall take full responcibility for all ours demages including demurage and last minute "fire sale".

If you disagree to be resonsoble for breaking agreement we would like ot offer arbitrage court in Seattle, as fasters and cheaperst way to settle..



> Hi Oleg:
>
> Reference our brief  telcon re Harry's  e-mail to you.
>
> Thanks confirming that 6 x 40' will definitely be released for inspection
> by your QC Johnson.  Please request him to be in Qingdao by Sep 28
> (China time) and coordinate inspection with Carol and/or Tony of Merry
> China.  We have asked that several fish be fully thawed and ready for in-
> spection by him.
>
> Regards
> Bent
>
>
>
>
>
>
> Bent Holme
> FMI Food Marketers International Ltd.
> Tel:  (604) 275 3664
> Fax:  (604) 275 3624
> e-mail:  bholme@salmoncanada.com
>
>


Oleg Nikitenko
11100 NE 8 street #310
Bellevue WA 98004 USA

EXHIBIT **36**
Page **6** of **9**

FMI 00294

## Bent Holme

**From:** &lt;oleg@globalseafoods.com&gt;
**To:** "Guenther Harry" &lt;harry@salmoncanada.com&gt;; "Bent Holme" &lt;bholme@salmoncanada.com&gt;
**Sent:** Saturday, October 01, 2005 3:58 PM

All 20 containers shall be in China right now. Very soon they will coloct demurages, shall I start look for new buyer or wait for you. Please, replay as soon as possible. In case I do not receive replay by Monday, I will start look for new buyers.


Oleg Nikitenko
11100 NE 8 street #310
Bellevue WA 98004 USA



EXHIBIT **36**
Page **7** of **9**

FMI 00319

## Bent Holme

**From:** "Oleg Nikitenko" <oleg@globalseafoods.com>
**To:** "'Bent Holme'" <bholme@salmoncanada.com>; "'Harry'" <harry@salmoncanada.com>
**Cc:** "'Thomas Hennessey'" <tomh@globalseafoods.com>
**Sent:** Monday, October 03, 2005 2:26 PM
**Subject:** 13 container Pink Salmon H&G

Dear Sirs,

I still do not have any conformation from you about tow issues:
1. 7 containers, documents submitted by 14 September. So far no documents, no money.
2. 13 containers amendment L/C.

All cargo say in China and collect demurrage, today we have firm offer for 13 containers and we have no choice as accept it.

Best Regards

Oleg Nikitenko
11100 NE 8 street #310
Bellevue WA 98004 USA
Phone 1 425 451-0565
Fax    1 425 451-1067
www.globalseafoods.com

EXHIBIT **36**
Page **8** of **9**

## Bent Holme

**From:** "Oleg Nikitenko" <oleg@globalseafoods.com>
**To:** "Harry Guenther" <harry@salmoncanada.com>
**Cc:** "Bent Holme" <bholme@salmoncanada.com>; "Thomas Hennessey" <tomh@globalseafoods.com>
**Sent:** Monday, October 10, 2005 10:50 AM
**Subject:** RE: QC Johnson inspection Qingdao Oct 10

*OCT 11 2005*

I will explain you what is going on. WE have agreement FMI 224 for 33 container, since last year you failed to open L/C for full cargo I asked you to put deposit of $50k. We shipped product to you, but your L/C does not give us enough time to prepare all documents, due to fact some of them done by government, plus for last 13 Bent spent too much time to change them.

1. for 13 containers I did not receive full payment, we just sent documents to bank and facing between 10-15 days demurrage. Bent lay to me when he said L/C will be amendment, we do not see any evidence.
2. 7 Containers, please, ask your buyer send documents bank we are facing 15-25 days demurrage, if I have documents I will start look for buyer, other way demurrage and cost will be much higher.
3. $110,000 deposit, you will back minus $1500 inspection fee in China, Bent confirmed it, minus all demurrage for 20 containers and if I have to sale for big discount I will hold differences from deposit.

Please, keep in mind you violate sale agreement, Not me and if it cost money you shall pay for that.

Best Regards

Oleg Nikitenko

-----Original Message-----
From: Harry Guenther [mailto:harry@salmoncanada.com]
Sent: Monday, October 10, 2005 10:05 AM
To: oleg@globalseafoods.com
Cc: Bent Holme
Subject: RE: QC Johnson inspection Qingdao Oct 10

Oleg,

You really have me confused on this one. I'm trying awfully hard to understand what is going on and just where we/you stand on the contracts for a total of 33 containers. Please advise and let me know if the following is correct.

1. As I see it now you have received payment for goods delivered, (i.e. 13 containers.)

2. 7 containers shipped but documents had discrepancies, resulting from your end, which the customer will not change until

EXHIBIT **36**
Page **9** of **9**

FMI 00358