## Bent Holme

**From:** "Bent Holme" <bholme@salmoncanada.com>
**To:** "Oleg Nikitenko" <oleg@globalseafoods.com>
**Cc:** "Harry" <harry@salmoncanada.com>
**Sent:** Thursday, September 22, 2005 2:52 PM
**Subject:** Re: FMI 224 Pink Salmon H&G

Oleg:

FMI did n o t violate the agreement. Reason you have not received any L/C payments is that, so far, none of y o u r documents were submitted on time and therefore "discrepant".. This year the buyers are unwilling to allow discrepant documents, a situation we are working on rectifying.

We respectfully request therefore that you wait until tomorrow when Harry Guenther will be in Office and we can discuss the matter.

Best regards
Bent

*[Stamp: SEP 2 2 2005]*

----- Original Message -----
**From:** Oleg Nikitenko
**To:** 'Bent Holme'
**Sent:** Thursday, September 22, 2005 1:48 PM
**Subject:** FMI 224 Pink Salmon H&G

Due to your violation of the ours agreement, I have to meet cash flow problem. Since you refuse to amended L/C, which can be workable and delay documents accepting documents, I have no other choice as start sale cargo, which is shall go to you. Unless I can see $200,000 deposit on ours account by tomorrow, we have to make arrangement to change destinations for cargo.

Best Regards

Oleg Nikitenko
11100 NE 8 street #310
Bellevue WA 98004 USA
Phone 1 425 451-0565
Fax    1 425 451-1067
www.globalseafoods.com

EXHIBIT 37
Page 1 of 1

FMI 00269