**CONTAINER(S):**
**TRLU191889-4**
**APRU505251-2**
**ETD DUTCH HARBOR: 8/30/05**
**ETA BANGKOK:  9/13/05**

**FRONT OF FILE FOLDER READS:**

**SHIPPER: GLOBAL SEAFOODS NORTH AMERICA**
**FOR: FMI**
**DESTINATION PORT: BANGKOK, THAILAND**
**VESSEL: APL PHILIPPINES V/093**

**AES ( THIS IS CUSTOMS NOTIFICATION )DONE 8/29/05**
**COC INSTRUCTIONS ( THIS IS FOR GOVERNMENT HEALTH**
**CERTIFICATES DONE 8/29/05**
**ORIGINALS TO TOM ( TOM HENNESSEY W/GLOBAL SEAFOODS) 9/9/05**

EXHIBIT **38**
Page **1** of **29**

ETS-0043

# Global Seafoods - Container Control Panel

## Global Seafoods
### NORTH AMERICA

Home | Users | Product Detail | Settings | New Shipment | Logout
Approve Production | Production Reports | Control Panels | Carriers
Translation Table | SKU Assignment

## Container Control Panel

Filter: ☑ (L) Loading ☑ (S) Stuffed ☑ (T) Booked - In Transit ☑ (A) Arrived ☑ (K) Archived ☑ (O) Other

| Container | Seal | Packing List | Total Net Wt (MT) | Carrier | Status | Dest Port | Consignee | Customer | Vessel / Voyage | Booking | ETD | ETA | Comments | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TRLU1850027 | APL-4128843 | C10260 | 23.200 | APL | (T) Booked - In Transit | Kalpeda | | Baltexpress | APL Thailand V/089 | 98161224 | 9/8/2005 | 10/19/2005 | #5 | Edit Link Delete |
| CRLU5203367-8 | APL-4128845 | C10261 | 23.200 | APL | (K) Archived | Quindgao, China | | FMI | APL China V/094 | ECHO2883 | 8/23/2005 | 9/6/2005 | #1 | Edit Link Delete |
| TRLU1918884-4 | APL-4128849 | C10262 | 23.200 | APL | (K) Archived | Bangkok, Talland | | FMI | APL Philippines V/093 | ECHO2885 | 8/30/2005 | 9/18/2005 | #2 | Edit Link Delete |
| CRLU121958-7 | APL-4128846 | C10263 | 22.274 | APL | (K) Archived | Dalian, China | | Cascadia | APL China V/094 | ECHO2884 | 8/23/2005 | 9/9/2005 | #13 mix sole | Edit Link Delete |
| CRLU122370-9 | APL-4128847 | C10264 | 23.200 | APL | (T) Booked - In Transit | Kalpeda | | Baltexpress | APL Thailand V/089 | 98157174 | 9/6/2005 | 10/19/2005 | #6 | Edit Link Delete |
| SEAU525404-3 | APL-4128848 | C10265 | 22.000 | APL | (K) Archived | Quindgao, China | | FMI | APL Philippines V/093 | ECHO2886 | 8/30/2005 | 9/13/2005 | #3 | Edit Link Delete |
| SEAU526318-0 | APL-4128850 | C10266 | 21.974 | APL | (K) Archived | Dalian, China | | Cascadia | APL Philippines V/093 | ECHO2887 | 8/30/2005 | 9/16/2005 | #14 | Edit Link Delete |
| SEAU57140-6 | APL-4128852 | C10267 | 22.000 | APL | (K) Archived | Quindgao, China | | TMC Trading | APL Philippines V/093 | ECHO2899 | 8/30/2005 | 9/20/2005 | #11 | Edit Link Delete |
| SEAU525901-1 | APL-4128851 | C10268 | 22.149 | APL | (K) Archived | Dalian, China | | Cascadia | APL Philippines V/093 | ECHO2897 | 8/30/2005 | 9/16/2005 | #15 | Edit Link Delete |
| SEAU551889-2 | APL-4128856 | C10269 | 22.175 | APL | (K) Archived | Dalian, China | | Cascadia | APL Philippines V/093 | ECHO2897 | 8/30/2005 | 9/16/2005 | #16 | Edit Link Delete |

... 21 22 23 24 25 26 27 28 29 30 ...

🔷 EXPORT TO EXCEL

EXHIBIT 38
Page 2 of 29

ETS-0044

Global Seafoods - Container Control Panel

Home | Users | Product Detail | Settings | New Shipment | Logout
Approve Production | Production Reports | Control Panels | Carriers
Translation Table | SKU Assignment

# Global Seafoods
**N O R T H   A M E R I C A**

## Container Control Panel

**Filter:** ☑ (L) Loading ☑ (S) Stuffed ☑ (T) Booked - In Transit ☑ (A) Arrived ☑ (K) Archived ☑ (O) Other

| Container | Seal | Packing List | Total Net Wt (MT) | Carrier | Status | Dest Port | Consignee | Customer | Vessel / Voyage | Booking | ETD | ETA | Comments | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SEAU525802-6 | APL-4128853 | C10270 | 22.042 | APL | (T) Booked - In Transit | Kalningrad, Russia | | Octopus | APL Singapore V/093 | 98161331 | 9/13/2005 | 10/23/2005 | | Edit Link Delete |
| SEAU525246-3 | APL-4128854 | C10271 | 22.400 | APL | (K) Archived | Quingdao, China | | TMC Trading | APL Philippines V/093 | ECHO2889 | 8/30/2005 | 9/20/2005 | #21 | Edit Link Delete |
| APRU505251-2 | APL-4128855 | C10272 | 22.064 | APL | (K) Archived | Bangkok, Thailand | | FMI | APL Philippines V/093 | ECHO2885 | 8/30/2005 | 9/19/2005 | #4 | Edit Link Delete |
| STBU498620-4 | SEALED-173828 | C10273 | 16.965 | Samsen | (K) Archived | Seattle | | Global Seafoods | | KOD 302092 | 8/24/2005 | 9/1/2005 | | Edit Link Delete |
| CRLU115327-9 | APL4128857 | C10274 | 23.360 | APL | (K) Archived | Quindgao, China | | TMC Trading | APL Thailand V/089 | ECHO2893 | 9/6/2005 | 9/20/2005 | #31 | Edit Link Delete |
| CRLU913835-2 | APL-4128860 | C10275 | 22.860 | APL | (T) Booked - In Transit | Kalningrad, Russia | | Octopus | APL Singapore V/093 | 98161332 | 9/13/2005 | 10/23/2005 | | Edit Link Delete |
| CRLU510866-0 | APL-4128875 | C10276 | 20.280 | APL | (K) Archived | Tokyo, Japan | Towa Foods Co., Ltd. | | APL Thailand V/089 | ECHO2894 | 9/6/2005 | 9/13/2005 | Ikura, hold in DH. Documents depart DH. | Edit Link Delete |
| CRLU115429-6 | APL-4128858 | C10277 | 23.360 | APL | (K) Archived | Qingdao, China | | TMC Trading | APL Thailand V/089 | ECHO2893 | 9/6/2005 | 9/20/2005 | #41 | Edit Link Delete |
| APRU507000-7 | APL-4128859 | C10278 | 21.433 | APL | (K) Archived | Dalian, China | | Cascadia | APL Philippines V/093 | ECHO2887 | 8/30/2005 | 9/18/2005 | #17 | Edit Link Delete |
| SEAU552168-5 | APL-4128861 | C10279 | 22.400 | APL | (K) Archived | Quingdao, China | | TMC Trading | APL Philippines V/093 | ECHO2889 | 8/30/2005 | 9/20/2005 | #51 | Edit Link Delete |

... 21 22 23 24 25 26 27 28 29 30 ...

EXHIBIT 38
Page 3 of 29

ETS-0045

ite: 9/23/2005   Time: 11:45 AM   TO: 14250 0531   FROM: 14360
Inc.   Page: 001

**APL**   **NON-NEGOTIABLE SEA WAYBILL**   SEA WAYBILL

| | |
|---|---|
| SHIPPER (Principal or Seller licensee and full address)<br>ECHO WORLDWIDE<br>10655 N.E. 4TH STREET, SUITE 400<br>BELLEVUE, WA 98004 USA 98004 | PAGE  1  OF  1   B/L NUMBER  APLU 098161298<br><br>EXPORT REFERENCES<br>ECHO2885 |
| CONSIGNEE (Name and Full Address /Non-Negotiable Unless Consigned to Order.)<br>(Unless provided otherwise, a consignment 'To Order' means to Order of Shipper.)<br>CHOTIWAT MANUFACTURING CO.,LTD. | FORWARDING AGENT (References, F.M.C. No.)   FMC 018125<br>ECHO-TRANSLINK SYSTEMS (ETS)<br>10655 N.E. 4TH ST., SUITE 436<br>BELLEVUE, WA 98004 FMC.#18125F<br><br>POINT AND COUNTRY OF ORIGIN OF GOODS<br>ALASKA |
| NOTIFY PARTY/INTERMEDIATE CONSIGNEE (Name and Full Address)<br><br>SAME AS CONSIGNEE | ALSO NOTIFY (Name and Full Address/DOMESTIC ROUTING/ EXPORT INSTRUCTIONS/<br>PIER — TERMINAL/ONWARD ROUTING FROM POINT OF DESTINATION)<br>AES XTN:602229395-98161298 (FOR USE<br>IN SED EXEMPTION STATEMENT)<br>AES ITN: X20050829020534 |

| INITIAL CARRIAGE (MODE)* | PLACE OF RECEIPT* |
|---|---|
| | KODIAK |

| EXPORT CARRIER (Vessel, voyage, & flag) | PORT OF LOADING |
|---|---|
| APL PHILIPPINES 093 | DUTCH HARBOR |

| PORT OF DISCHARGE | PLACE OF DELIVERY* |
|---|---|
| LAEM CHABANG | BANGKOK |

Excess Valuation Please refer to Clause 7 (II) on Reverse Side   PARTICULARS FURNISHED BY SHIPPER   Payment by Cheque must be made to the order of APL Co. Pte Ltd

| MKS. & NOS./CONTAINER NOS. | NO. OF PKGS. | H.M | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| CMC<br>BANGKOK | 2829 | | 2 X 40'R CONTAINERS STC:<br>CARTONS                    SLAC CY/CY<br>ZZ)JK003-7750<br>FROZEN WILD PINK SALMON<br>H/G (ONCORHYNCHUS GORBUSCHA)<br><br>MINUS 18 DEGREE CELCIUS OR LOWER<br>FREIGHT PREPAID | | |

| ***CTR NBR*** | ****SEAL NBR**** | T/S | MODE | QUANT/TYPE |
|---|---|---|---|---|
| APRU505251-2 | 4128855 | R40 | CY/CY | 1379CTNS |
| TRLU191889-4 | 4128849 | R40 | CY/CY | 1450CTNS |

THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM
THE U.S IN ACCORDANCE WITH THE EXPORT ADMIN. REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW IS PROHIBITED.
ON BOARD APL PHILIPPINES        093        ON AUG.30,2005 AT DUTCH HARBOR

| BL TO BE RELEASED AT  SERVICE CENTER W | OCEAN FREIGHT PAYABLE AT | | | |
|---|---|---|---|---|
| FREIGHT RATED CHARGES, WEIGHTS AND/OR<br>MEASUREMENTS (SUBJECT TO CORRECTION) | PREPAID U.S. $ | COLLECT U.S. $ | Local Currency | |
| | | | 9300.00C<br>500.00C | |

The undersigned Carrier hereby acknowledges receipt of the sealed container or packages or other shipping units said to contain the Goods described above in apparent external good order and condition unless otherwise stated. The Shipper agrees, and the Consignee and every person purchasing this instrument for value, if negotiable, or otherwise having an interest in the Goods is advised that the receipt, custody, carriage and delivery of the Goods are subject to all the terms and conditions set forth and by incorporated by reference on this side and the reverse hereof, whether written, stamped or printed.

A set of   0   originals of this bill of lading is hereby issued by the Carrier. Upon surrender to the Carrier of any one negotiable bill of lading, properly endorsed, all others shall stand void.

| A05 093 | | TOTAL PREPAID | OAK | | | |
|---|---|---|---|---|---|---|
| Vessel | Voyage | TOTAL COLLECT | BKK | | 9800.00 | |

BL number: APLU 098161298          Date: AUG. 30,2005          APL Co. Pte. Ltd., The Carrier
                                  Place Issued: SERVICE CENTER   SEA WAYBILL COMPLETE
THANK YOU FOR SHIPPING APL CO.PTE. LTD.

**\*\* NON-NEGOTIABLE \*\***

ATTENTION: DOC          FROM: RACNAN
FAX SEAWAY BILL AND DUE BILL.

ETS-0046

EXHIBIT 38
Page 4 of 29

**ECHO WORLDWIDE**
**Bill of Lading    COPY Non-Negotiable**

| Shipper | | | |
|---|---|---|---|
| GLOBAL SEAFOODS NORTH AMERICA, LLC<br>11100 NE 8TH ST., SUITE 310<br>BELLEVUE, WA 98004 USA | | | |

www.etscargo.com

| Booking Number  ECHOSEA0067 | Bill of Lading Number  ECHO2885 | Page 1 of 1 |
|---|---|---|

| Export References | 98161298 |
|---|---|

| Consignee (Name and Address) | Forwarding Agent - References - FMC No. |
|---|---|
| CHOTIWAT MANUFACTURING CO. LTD<br>84/22 MOO 7, ASIA HIGHWAY ROAD #43<br>P.O. BOX 37, T. KORHONG, HATYAI<br>SONGKHLA, THAILAND 90110 | ECHO-TRANSLINK SYSTEMS (ETS)<br>10655 NE 4TH STREET, SUITE 400<br>BELLEVUE, WA 98004 U.S. FMC18125NF<br>TEL: 1.425.467.1804<br>FAX: 1.425.709.8831 |

| Notify address | Also Notify - Routing and Instructions - Remarks |
|---|---|
| CHOTIWAT MANUFACTURING CO. LTD<br>84/22 MOO 7, ASIA HIGHWAY ROAD #43<br>P.O. BOX 37, T. KORHONG, HATYAI<br>SONGKHLA, THAILAND 90110<br>TEL: 66 74 210222 | SIAM ANGLO TRANS CORPORATION LIMITE<br>3366-37 SOI MANOROM, RAMA IV ROAD<br>KLONGTOEY ,BANGKOK 10110 THAILAND<br>TEL:66 0 2672 7055 |

| Pre-carriage by* | Place of receipt by pre-carrier*<br>KODIAK, ALASKA | Point and Country of Origin of Goods<br>ALASKA, U.S.A. | Type of Move<br>CY/CY |
|---|---|---|---|
| Vessel<br>APL PHILIPPINES  V-093 | Port of loading<br>DUTCH HARBOR, ALASKA | | |
| Port of discharge<br>BANGKOK, THAILAND | Place of delivery by on-carrier* | | |

| Marks and numbers | Number and kind of packages, description of goods | Weight | Measurement |
|---|---|---|---|
| APRU505251-2 SEAL<br>NO. 4128855<br><br>TRLU191889-4 SEAL<br>NO. 4128849 | 2,829 | 16KG BAGS FROZEN WILD PINK SALMON<br>H/G (ONCORHYNCHUS GORBUSCHA)<br>NET WEIGHT: 45,264 KGS<br>GROSS WEIGHT: 46,622 KGS<br><br>COUNTRY OF ORIGIN: U.S.A. | 46,622 KG |

* STOWAGE TEMP. -18 C OR LOWER

* CLEAN ON BOARD "APL PHILIPPINES V/093" AT DUTCH HARBOR, ALASKA ON AUGUST 30, 2005

* FREIGHT PREPAID

* THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE U.S. IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
  DIVERSION CONTRARY TO U.S. LAW IS PROHIBITED.

**Particulars of goods declared by Merchant**

RECEIVED by the Carrier in external apparent good order and condition. Except otherwise noted, the total number of containers or other packages or units shown in this Bill of Lading, said by the shipper to contain the goods described above. Which description the Carrier has no reasonable means of checking. In accepting this Bill of Lading the Merchant expressly accepts and agrees to all its stipulations on both pages, whether written, printed, stamped or otherwise incorporated, as fully as if they were all signed by the Merchant. If the Carrier so requires, One original Bill of Lading must be surrendered duly endorsed in exchange for the goods or delivery order. In witness whereof the number of original Bills of Lading stated herein has been signed, all of this tenor and date, one of which being accomplished, the other(s) to stand void.

| Freight | Merchant's declaration of value | Freight payable at<br>SEATTLE | Place and date of issue<br>SEATTLE<br>August 30, 2005 |
|---|---|---|---|
| | (see Clause 3) | Number of originals<br>THREE/3 | Signature |

* Applicable only when document used as a through Bill of Lading

Original document is printed on watermarked paper.
www.etscargo.com

ETS-0047

EXHIBIT **38**
Page **5** of **29**

NOAA FORM 89-807
(10-88)
Pres. By Inspection Manual

U.S. DEPARTMENT OF COMMERCE
NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION
NATIONAL MARINE FISHERIES SERVICE

NO.
**E** 156681



## EXPORT HEALTH CERTIFICATE



DATE
REF4248229

This certificate is admissible in all courts of the United States as prima facie evidence of the truth of the statements therein contained. This certificate does not excuse failure to comply with any Federal or State laws. **WARNING:** Any person who shall falsely make issue, alter, forge, or certify, or participate in any action, is subject to a fine of not more than $10,000 or imprisonment for not more than one (1) year, or both (7 U.S.C. 1622(h)).

ISSUING OFFICE
USDC/NOAA, SEAFOOD INSPECTION PROGRAM - WESTERN INSPECTION BRANCH - SEATTLE INSPECTION OFFICE 7600 SAND POINT WAY NE SEATTLE, WA 98115 U.S.A.

EXPORTED BY (Applicant's name and address.)

GLOBAL SEAFOODS NORTH AMERICA, LLC

11100 NE 8TH ST., SUITE 310 BELLEVUE, WA 98004 USA

CONSIGNED TO (Name and address.)

CHOTIWAT MANUFACTURING CO. LTD

84/22 MOO 3, ASIA HIGHWAY ROAD #43 P.O. BOX 37, T. KORHONG, HATYAI, SONGKHLA, THAILAND, 90110

SHIPPED VIA
OCEAN VESSEL: APL PHILIPPINES V/093
CONTAINER# APRU505251-2 SEAL NO. 4128855, TRLU191889-4 SEAL NO. 4128849

PORT OF EMBARKATION
KODIAK, ALASKA, USA

PORT OF DEBARKATION
BANGKOK, THAILAND

IDENTIFYING MARKS
PRODUCTION DATE / CASE CODES:

JULY AND AUGUST 2005

TOTAL CONTAINERS
2

TOTAL MARKED WEIGHT
45,264 KGS NET/46,622 KGS GROSS

| PRODUCT | CLASS, TYPE, STYLE | LOT NO. AND CODE | CONTAINER SIZE | NO. CASES | LOT WEIGHT | LABEL BRAND |
|---|---|---|---|---|---|---|
| PINK SALMON WILD CAUGHT H/G (ONCORHYNCHUS GORBUSCHA) | FROZEN H/G | JULY AND AUGUST 2005 | 16 KG BAGS | 2829 16KG BAGS | 45,264 KGS NET/ 46,622 KGS GROSS | NA |
| XXXXXXXXXXXXXX | XXXXXXXXXXXXXX | XXXXXXXXXXXLAST ITEMXXXXXXXXXXX | | XXXXXXXXXXXXXX | XXXXXXXXXXXX | XXXXXXXXX |
| | | | | | | |
| | | | | | | |
| | | | | | | |

RESULTS – REMARKS

THE PRODUCTION FACILITY MEETS ALL PERTINENT USDC/SIP HACCP/QMP PROGRAM INSPECTION REQUIREMENTS AND THAT ALL PRODUCTS AND LOTS COMPRISING THE INTENDED SHIPMENT HAVE BEEN PRODUCED IN ACCORDANCE WITH THESE REQUIREMENTS. WE FURTHER CERTIFY THAT ALL PRODUCTS/LOTS COMPRISING OF THE INTENDED SHIPMENT HAVE MET ALL REQUIREMENTS OF THE COUNTRY OF FINAL DESTINATION. THE FOOD PRODUCTS WERE MANUFACTURED BY A U. S. PROCESSING PLANT WHICH WAS SUBJECT TO 21 CFR PART 110.        GLOBAL SEAFOODS N/A PLANT CFN #3032545 AK#412

PRODUCT NOT STAMPED ACCEPTED PER SPECIFICATION

OFFICIAL STAMP (Containers stamped with this mark.)

*THIS CERTIFIES that in accordance with the regulations of Commerce governing the Inspection and Certification of the products designated herein, pursuant to the act of August 14, 1946, an amended (7 U.S.C. 1621 — 1627), the product has been inspected and found to be in compliance with the applicable regulations of the United States Department of Commerce, and is suitable for human consumption.*

EXHIBIT **38**
Page **6** of **39**

SIGNATURE OF INSPECTOR/INSPECTOR NO.
D.S GOTO CSO #4248

**ETS-0048**

PLEASE REFER TO THIS CERTIFICATE BY NUMBER AND DATE.

CERTIFICATE VALID ONLY IF EACH COPY EMBOSSED WITH OFFICIAL DEPARTMENT SEAL.

SUPERSEDES 1 — 82 EDITION

| 1. Goods consigned from (exporter's business name, address, country) | Reference No. |
|---|---|
| GLOBAL SEAFOODS NORTH AMERICA, LLC 11100 NE 8TH ST., SUITE 310 BELLEVUE, WA 98004 USA | GENERALIZED SYSTEM OF PREFERENCES CERTIFICATE OF ORIGIN (Combined declaration and certificate) |

**GENERALIZED SYSTEM OF PREFERENCES**

**CERTIFICATE OF ORIGIN**

(Combined declaration and certificate)

**UNITED STATES OF AMERICA**

Issued in _____

FORM A

**2. Goods consigned to (consignee's name, address, country)**

CHOTIWAT MANUFACTURING CO. LTD

84/22 MOO 7, ASIA HIGHWAY ROAD #43 P.O. BOX 37,

T. KORHONG, HATYAI SONGKHLA, THAILAND 90110

**3. Means of transport and route (as far as known)**

APL PHILIPPINES V-093

KODIAK/DUTCH HARBOR, ALASKA U.S.A.

BANGKOK, THAILAND

**4. For official use**

| 5. Item number | 6. Marks/num. of packages | 7. Number and kind of packages; description of goods. | 8. Origin criterion (see note overleaf) | 9. Gross weight or other quantity | 10. Number and date of invoices |
|---|---|---|---|---|---|
| | 2,829 | 16KG BAGS FROZEN WILD PINK SALMON H/G (ONCORHYNCHUS GORBUSCHA) NET WEIGHT: 45,264 KGS GROSS WEIGHT: 46,622 KGS APRU505251-2 SEAL NO. 4128855 TRLU191889-4 SEAL NO. 4128849 | | 46,622 KGS | |

**11. certification**

It is hereby certified, on the basis of control carried out, that the declaration by the exporter is correct.

SEATTLE, WASHINGTON 09/30/2005

Place and date, signature and stamp of certifying authority.

**12. Declaration by the exporter**

The undersigned hereby declares that the above details and that all the goods were

produced in (country)    UNITED STATES OF AMERICA

and that they comply with the origin requirements specified for those

goods in the generalized system of preferences for goods

exported to (importing country)    THAILAND

SEATTLE, WASHINGTON  09/30/2005

Place and date, signature of authorized signatory

ETS-0049

EXHIBIT 38
Page 7 of 29

Global Seafoods - Detail View

Page 1 of 1

## Global Seafoods
### NORTH AMERICA

Home | Users | Product Detail | Settings | New Shipment | Logout
Approve Production | Production Reports | Control Panels | Carriers

## Container APRU505251-2 Details

<< BACK

| | |
|---|---|
| **Container:** | APRU505251-2 |
| **Packing List:** | C10272 |
| **Carrier:** | APL |
| **Dest Port:** | Bangkok, Thailand |
| **Consignee:** | FMI |
| **Customer:** | |

| | |
|---|---|
| **Seal:** | APL-4128855 |
| **Vessel:** | |
| **Booking:** | |
| **ETD:** | 8/13/2005 |
| **ETA:** | 8/13/2005 |

> APPLY NOTES

| Species | Form | State | Pack | Size | Grade | Weight | Unit | Pkgs | Net Lbs | Gross Lbs | Net Kgs | Gross Kgs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pink salmon | H/G collar-off (bo) | Frozen-block | Bag | O/R | n/a | 16.00 | Kgs | 1,379 | 48,642.29 | 50,101.56 | 22,064.00 | 22,725.92 |
| | | | | | | | Totals: | 1,379 | 48,642.29 | 50,101.56 | 22,064.00 | 22,725.92 |

## Documents

PackingList-8-13-2005-6325952682298167130.html    View    Delete

- ⊕ VIEW ROW ENTRIES
- ⊕ EXPORT TO EXCEL
- ⊕ PRINT PACKING SLIP
- ⊕ SEND PACKING SLIP

EXHIBIT 3F
Page __8__ of __29__

**ETS-0050**

http://65.74.80.100/ADMIN/panels/Details.aspx?id=397

8/15/2005

Page 1 of 1

8/12/2005

## Global Seafoods
NORTH AMERICA

Home | Users | Product Detail | Settings | New Shipment | Logout
Approve Production | Production Reports | Control Panels | Carriers

## Container TRLU191889-4 Details

<< BACK

| Container: | TRLU191889-4 | Seal: | APL-4128849 |
|---|---|---|---|
| Packing List: | C10262 | Vessel: | |
| Carrier: | APL | Booking: | |
| Dest Port: | Bangkok, Tailand | ETD: | 8/10/2005 |
| Consignee: | | ETA: | 8/10/2005 |
| Customer: | FMI | | |

> APPLY NOTES

| Species | Form | State | Pack | Size | Grade | Weight | Unit | Pkgs | Net Lbs | Gross Lbs | Net Kgs | Gross Kgs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pink salmon | H/G collar-off (bo) | Frozen-block | Bag | O/R | n/a | 16.00 | Kgs | 1,450 | 51,146.72 | 52,681.12 | 23,200.00 | 23,896.00 |
| | | | | | | | Totals: | 1,450 | 51,146.72 | 52,681.12 | 23,200.00 | 23,896.00 |

## Documents

PackingList-8-11-2005-6325935185412197748.html    View    Delete
PackingList-8-11-2005-6325935186232513523.html    View    Delete
PackingList-8-11-2005-6325935388993318789.html    View    Delete

⊕ VIEW ROW ENTRIES
⊕ EXPORT TO EXCEL
⊕ PRINT PACKING SLIP
⊕ SEND PACKING SLIP

ETS-0051



EXHIBIT 38
Page 9 of 29

## Ellen Thompson

**From:** "Bent Holme" <bholme@salmoncanada.com>
**To:** "Ellen Thompson" <ellen@etscargo.com>
**Sent:** Tuesday, September 06, 2005 1:25 PM
**Subject:** Re: Draft Documents for booking ECHO2885 - 2 cnts to Bangkok

Ellen:

They appear to be fine.  We now awaiting similar for 2 x 40'  per
"Singapore" V/093  booking  ECHO2897.

Bent

----- Original Message -----
From: "Ellen Thompson" <ellen@etscargo.com>
To: "Bent Holme" <bholme@salmoncanada.com>
Sent: Tuesday, September 06, 2005 1:21 PM
Subject: Re: Draft Documents for booking ECHO2885 - 2 cnts to Bangkok

> Bent,
>
> Attached please find Draft Bill of Lading, Draft Health Certificate and
> Draft Certificate of Origin for booking ECHO2885...2 cnts for Bangkok on
> board APL Philippines V/093 ETA Bangkok 9/18/05...
>
> Please let me know any corrections/additions or if OK to print
Originals...
>
> Thanks!
>
> Ellen
> ETS Cargo
> 10655 N.E. 4th Street
> Suite 400
> Bellevue, WA 98004
> Phone: 425.467.1804
> Fax: 425.709.8831
>

ETS-0052

EXHIBIT *38*
Page *10* of *29*

12/15/2005



**msn Hotmail®**

| | |
|---|---|
| ethompson0054@msn.com | Printed: Wednesday, July 27, 2005 10:25 AM |

**From :** Thomas Hennessey <tomh@globalseafoods.com>
**Sent :** Wednesday, July 27, 2005 9:53 AM
**To :** "Ellen Thompson" <ethompson0054@msn.com>
**Subject :** FW: FMI-224 (1) - Shipping Instruction for Bangkok

Ellen,

        Please note items that affect you. (I sure wish all of our customers
were as buttoned-up as Bent.)

-----Original Message-----
From: Bent Holme [mailto:bholme@salmoncanada.com]
Sent: Wednesday, July 27, 2005 8:56 AM
To: Thomas Hennessey
Subject: FMI-224 (1) – Shipping Instruction for Bangkok


Hi Tom:

Further to e-mail July 25 (Item 2) and Oleg's agreement of same date,
please ship first 7 x 40' FCL to B a n g k o k and issue documents as
follows (preferably  o n e  set only):

a:  Commercial Invoice issued to:  Food Marketers International Ltd.
      (to include extra Frt. US$ 350.00/40' to Bangkok)

b:  Packing List 3/3

c:  Clean on-board Ocean B/L 3/3, Freight prepaid to Bangkok,
      Stowage temp.  -18 C or lower:
            Consignee/Notify:  Chotiwat Manufacturing Co. Ltd.
                              84/22 Moo 7, Asia Highway Road #43
                              P.O. Box 37, T.Korhong, Hatyai
                              Songkhla, Thailand 90110
                              Tel:  66 74 210222   Fax:   66 74
200900

d:  "Certificate of Origin" issued by USDC or similar USA Govt. body

e:  "Health Certificate"  issued by USDC or similar USA Govt. body

Note:   Following shipment,  please fax to us immediately:

            Copy of Original Ocean B/L
            Copy of Original Commercial Inv. issued to FMI

            for our payment:  by Cheque within 5 days after our receipt
            of said copies of documents.  All original documents to be
            couriered to us following your receipt of our Cheque.

If any question, please give me a call.  Thanks.

Regds.
Bent

EXHIBIT **38**
Page **11** of **29**

ETS-0053

Bent Holme
FMI Food Marketers International Ltd.
Tel:  (604) 275 3664
Fax:  (604) 275 3624
e-mail:  bholme@salmoncanada.com

EXHIBIT **38**
Page **12** of **29**

**ETS-0054**

## Ellen Thompson

| | |
|---|---|
| **From:** | "Bent Holme" <bholme@salmoncanada.com> |
| **To:** | "Thomas Hennessey" <tomh@globalseafoods.com> |
| **Cc:** | <ellen@etscargo.com> |
| **Sent:** | Thursday, August 18, 2005 1:12 PM |
| **Subject:** | FMI-224 - shipments |

Hi Tom:

We should like to start a.s.a.p. shipments to Qingdao so please
ready and advise name earliest APL Vessel, e.t.l. D.H. and e.t.a.
Qingdao (China) for:

CRLU 520367-6
SEAU 525404-3
SEAU 525273-4
SEAU 551931-1
GCEU 666166-3
SEAU 570139-0

Thanks.

Re Bangkok please do utmost pack/ready another 3 x 40' enabling
1st shipment = 5 x 40' (incl. TRLU 191889-4 + APRU 505251-2)
and inform us name if Vessel, e.t.l. D.H. and e.t.a. Bangkok.
Thanks.

Best regds.
Bent


Bent Holme
FMI Food Marketers International Ltd.
Tel: (604) 275 3664
Fax: (604) 275 3624
e-mail: bholme@salmoncanada.com

ETS-0055

EXHIBIT **38**
Page *13* of *29*

# msn ✿ Hotmail®

| ethompson0054@msn.com | Printed: Thursday, July 28, 2005 10:44 AM |
|---|---|

| | |
|---|---|
| **From :** | Thomas Hennessey <tomh@globalseafoods.com> |
| **Sent :** | Thursday, July 28, 2005 8:02 AM |
| **To :** | "Ellen Thompson" <ethompson0054@msn.com> |
| **Subject :** | FW: FMI-224 - Wild Pink Salmon |

FYI... Looks like we are OK all around.

-----Original Message-----
From: Bent Holme [mailto:bholme@salmoncanada.com]
Sent: Thursday, July 28, 2005 7:00 AM
To: Oleg Nikitenko
Cc: Thomas Hennessey
Subject: Re: FMI-224 - Wild Pink Salmon


Hi Oleg:

Further to our telcon July 27 - we have just received word from China
that only the "Health Certificate" needs to mention:  "Wild Pink Salmon".

Other words, other documents and Label on bags do  n o t  have to
include "Wild" so your preprinted bags are okay as is.

Please be guided accordingly.

Best regds.
Bent


----- Original Message -----
From: "Oleg Nikitenko" <oleg@globalseafoods.com>
To: "'Bent Holme'" <bholme@salmoncanada.com>
Sent: Wednesday, July 27, 2005 8:39 AM
Subject: RE: FMI-224 - Wild Pink Salmon


> Bent,
> All ours bags preprint as Pink Salmon, with out wild or farm
>
> Best Regards
>
> Oleg Nikitenko
>
> -----Original Message-----
> From: Bent Holme [mailto:bholme@salmoncanada.com]
> Sent: Wednesday, July 27, 2005 8:42 AM
> To: Oleg Nikitenko
> Cc: Thomas Hennessey
> Subject: FMI-224 - Wild Pink Salmon
>
>
> I M P O R T A N T
> ****************
>
> Hi Oleg:
>
> Please note that effective immediately  a l l  documents for China (incl.
> Health Certs. and Certs. Origin) as well as Labels (on bags) must
> describe product as:
>
>     WILD PINK SALMON

EXHIBIT **38**
Page **14** of **29**

ETS-0056

```
>
> Kindly acknowledge/confirm your undertstanding and agreement in this
> respect.
>
> Best regards
> Bent
>
>
> Bent Holme
> FMI Food Marketers International Ltd.
> Tel:   (604) 275 3664
> Fax:   (604) 275 3624
> e-mail:  bholme@salmoncanada.com
>
>
>
>
>
```

ETS-0057

EXHIBIT **38**
Page **15** of **29**



ethompson0054@msn.com                                          Printed: Thursday, July 28, 2005 10:44 AM

**From :**   Thomas Hennessey <tomh@globalseafoods.com>
**Sent :**   Wednesday, July 27, 2005 9:40 AM
**To :**     "ELLEN THOMPSON" <ethompson0054@msn.com>
**Subject :** RE: FW: FMI-224 - Wild Pink Salmon

Yes. Thanks.

-----Original Message-----
From: ELLEN THOMPSON [mailto:ethompson0054@msn.com]
Sent: Wednesday, July 27, 2005 8:38 AM
To: tomh@globalseafoods.com
Subject: RE: FW: FMI-224 - Wild Pink Salmon

No problem, the Health Certificate already does and has been stating "Wild
Caught fish" on the production line....so no big deal to put it on the
Variety Name line....

As for the labels, that is your plants thing......

ET


>From: "Thomas Hennessey" <tomh@globalseafoods.com>
>To: "Ellen Thompson" <ethompson0054@msn.com>
>Subject: FW: FMI-224  - Wild Pink Salmon
>Date: Wed, 27 Jul 2005 08:52:09 -0700
>
>
>
>-----Original Message-----
>From: Bent Holme [mailto:bholme@salmoncanada.com]
>Sent: Wednesday, July 27, 2005 7:42 AM
>To: Oleg Nikitenko
>Cc: Thomas Hennessey
>Subject: FMI-224 - Wild Pink Salmon
>
>
>
>I M P O R T A N T
>***************
>
>Hi Oleg:
>
>Please note that effective immediately  a l l  documents for China (incl.
>Health Certs. and Certs. Origin) as well as Labels (on bags) must
>describe product as:
>
>      WILD PINK SALMON
>
>Kindly acknowledge/confirm your undertstanding and agreement in this
>respect.
>
>Best regards
>Bent
>
>
>Bent Holme
>FMI Food Marketers International Ltd.
>Tel:  (604) 275 3664
>Fax:  (604) 275 3624
>e-mail:  bholme@salmoncanada.com

EXHIBIT *38*
Page *16* of *29*

ETS-0058

>
>
>
>

Ellen Thompson
Echo-TransLink Systems
10655 N.E. 4th St., Suite 436
Bellevue, WA 98004
Phone: 425-467-1804
Fax: 425-709-8831
e-mail: ellen@etscargo.com

EXHIBIT *38*
Page *17* of *29*

ETS-0059

CONTAINER(S):
APRU500251-1
APRU507810-0
ETD DUTCH HARBOR: 9/12/05
ETA BANGKOK:  10/08/05


FRONT OF FILE FOLDER READS:

SHIPPER: GLOBAL SEAFOODS NORTH AMERICA
FOR: FMI
DESTINATION PORT: BANGKOK, THAILAND
VESSEL: APL SINGAPORE V/093


AES ( THIS IS CUSTOMS NOTIFICATION )DONE 9/12/05
COC INSTRUCTIONS ( THIS IS FOR GOVERNMENT HEALTH
CERTIFICATES DONE 9/13/05
DRAFTS SENT TO BENT, FMI 9/14/05
OK TO PRINT ORIGINALS FROM BENT , FMI 9/15/05
REQUESTED ORIGINALS FROM NOAA  ( HEALTH CERTS) 9/15/05
ORIGINALS TO TOM ( TOM HENNESSEY W/GLOBAL SEAFOODS) 9/16/05

ETS-0060

EXHIBIT 38
Page 18 of 29

Global Seafoods - Container Control Panel

Page 1 of 2

# Global Seafoods
NORTH AMERICA

Home | Users | Product Detail | Settings | New Shipment | Logout
Approve Production | Production Reports | Control Panels | Carriers
Translation Table | SKU Assignment

## Container Control Panel

Filter: ☑ (L) Loading  ☑ (S) Stuffed  ☑ (T) Booked - In Transit  ☑ (A) Arrived  ☑ (K) Archived  ☑ (O) Other

| Container | Seal | Packing List | Total Net Wt (MT) | Carrier | Status | Dest Port | Consignee | Customer | Vessel / Voyage | Booking | ETD | ETA | Comments | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STBU720189-8 | SEALED-121255 | C10310 | 17.767 | Samson | (T) Booked - In Transit | Seattle, Seafreeze | | Globalseafoods | | | 8/22/2005 | 8/22/2005 | | Edit | Link | Delete |
| APRU501474-4 | APL-4128892 | C10311 | 23.338 | APL | (T) Booked - In Transit | Kaliningrad, Russia | | Octopus | APL Philippines V/0 | 98161719 | 10/4/2005 | 11/13/2005 | | Edit | Link | Delete |
| SEAU525844-0 | APL-4128893 | C10312 | 22.320 | APL | (T) Booked - In Transit | Quingdao, China | | TMC Trading | APL Thailand V/089 | ECHO2893 | 9/6/2005 | 9/20/2005 | | Edit | Link | Delete |
| APRU503858-1 | APL-4128894 | C10313 | 23.360 | APL | (T) Booked - In Transit | Quingdao, China | | TMC Trading | APL Thailand V/089 | ECHO2893 | 9/6/2005 | 9/20/2005 | | Edit | Link | Delete |
| APRU503404-2 | APL-4128895 | C10314 | 23.360 | APL | (T) Booked - In Transit | Quingdao, China | | TMC Trading | APL Singapore V/093 | ECHO2896 | 9/13/2005 | 9/27/2005 | | Edit | Link | Delete |
| APRU506933-0 | APL-4130003 | C10315 | 21.097 | APL | (T) Booked - In Transit | Bremerhaven, Germany | BLG Coldstores | Global Seafoods | APL Philippines V/094 | 98161726 | 10/4/2005 | 11/13/2005 | | Edit | Link | Delete |
| APLU594312-0 | APL-4128897 | C10317 | 23.360 | APL | (T) Booked - In Transit | Quingdao, China | | TMC Trading | APL Singapore V/093 | ECHO2896 | 9/13/2005 | 9/27/2005 | | Edit | Link | Delete |
| APRU500251-1 | APL-4130002 | C10318 | 23.360 | APL | (T) Booked - In Transit | Bangkok, Thailand | | FMI | APL Singapore V/093 | ECHO2897 | 9/13/2005 | 10/3/2005 | #17 | Edit | Link | Delete |
| STBU500051 | SEALED-121244 | C10319 | 18.816 | Samson | (T) Booked - In Transit | Seattle, Seafreeze | Seafreeze | Global Seafoods | | KOD 302107 | 9/7/2005 | 9/15/2005 | | Edit | Link | Delete |
| APLU691165-0 | APL-4128888 | C10320 | 23.360 | APL | (T) Booked - In Transit | Quingdao, China | | FMI | APL Singapore V/093 | ECHO2895 | 9/13/2005 | 9/27/2005 | #18 | Edit | Link | Delete |

... 21 22 23 24 25 26 27 28 29 30 ...

http://65.74.80.100/panels/ContainerPanel.aspx

12/8/2005

EXHIBIT 38
Page 19 of 29

ETS-0061



# Global Seafoods
### NORTH AMERICA

## Container Control Panel

Filter: ☑ (L) Loading ☑ (S) Stuffed ☑ (T) Booked - In Transit ☑ (A) Arrived ☑ (K) Archived ☑ (O) Other

| Container | Seal | Packing List | Total Net Wt. (MT) | Carrier | Status | Dest Port | Consignee | Customer | Vessel / Voyage | Booking | ETD | ETA | Comments | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| APLU692775-1 | APL-4128899 | C10321 | 21.045 | APL | (T) Booked - In Transit | Bremenhaven, Germany | | Kimbex | APL Philippines V/094 | 98161725 | 10/4/2005 | 11/13/2005 | #2 | Edit | Link | Delete |
| CRLU511024-9 | APL-4130001 | C10322 | 23.360 | APL | (T) Booked - In Transit | Quingdao, China | | FMI | APL Singapore V/093 | ECHO2895 | 9/13/2005 | 9/27/2005 | #19 | Edit | Link | Delete |
| APRU-507810-0 | APL-4130004 | C10323 | 23.360 | APL | (T) Booked - In Transit | Bangkok, Thailand | | FMI | APL Singapore V/093 | ECHO2897 | 9/13/2005 | 10/3/2005 | #20 | Edit | Link | Delete |
| MWMU638636-6 | ML-US5621744 | C10324 | 22.260 | Horizon | (T) Booked - In Transit | Illlechevsk, Ukrain | | Deli Trading | SL Quality V/0517 | ECHO2886 | 9/3/2005 | 10/25/2005 | | Edit | Link | Delete |
| APRU507814-2 | APL-4130009 | C10325 | 21.045 | APL | (T) Booked - In Transit | Bremenhaven | | Kimbex | APL Philippines V/094 | 98161727 | 10/4/2005 | 11/12/2005 | #3 | Edit | Link | Delete |
| APRU507820-3 | APL-4130005 | C10326 | 23.360 | APL | (T) Booked - In Transit | Quingdao, China | | FMI | APL Singapore V/093 | ECHO2895 | 9/13/2005 | 9/27/2005 | #21 | Edit | Link | Delete |
| APRU505148-1 | APL-4130006 | C10327 | 23.360 | APL | (T) Booked - In Transit | Quingdao, China | | FMI | APL Singapore V/093 | ECHO2895 | 9/13/2005 | 9/27/2005 | #22 | Edit | Link | Delete |
| STBU111328 | SEALED-121246 | C10328 | 17.829 | Samson | (T) Booked - In Transit | Seattle | Seafreeze | Global Seafoods | | KOD 302107 | 9/7/2005 | 9/15/2005 | | Edit | Link | Delete |
| APRU507802-9 | APL-4130007 | C10329 | 23.360 | APL | (T) Booked - In Transit | Quingdao, China | | FMI | APL Singapore V/093 | ECHO2895 | 9/13/2005 | 9/27/2005 | #24 | Edit | Link | Delete |
| CRLU121933-4 | APL-4130008 | C10330 | 23.360 | APL | (T) Booked - In Transit | Quingdao, China | | FMI | APL Singapore V/093 | ECHO2895 | 9/13/2005 | 9/27/2005 | #25 | Edit | Link | Delete |

... 21 22 23 24 25 26 27 28 29 30 ...

EXHIBIT 38
Page 20 of 29

ETS-0062

te: 10/7/8008 Time: 13:45 PM   To: 14207038861 @ 1425.7.8004   
Inc.          Page: 001

**APL**      **NON-NEGOTIABLE SEA WAYBILL**          SEA WAYBILL

| | |
|---|---|
| SHIPPER (Principal or Seller licensee and full address)<br>ECHO WORLDWIDE<br>10655 N.E. 4TH STREET, SUITE 400<br>BELLEVUE, WA 98004 USA 98004 | PAGE     1 OF 1      B/L NUMBER  APLU 098161768<br><br>EXPORT REFERENCES<br>ECHO2897 |
| CONSIGNEE (Name and Full Address / Non-Negotiable Unless Consigned to Order.)<br>(Unless provided otherwise, a consignment 'To Order' means 'to Order of Shipper.)<br>CHOTIWAT MANUFACTURING CO.,LTD. | FORWARDING AGENT (References, F.M.C. No.)      FMC 018125<br>ECHO-TRANSLINK SYSTEMS (ETS)<br>10655 N.E. 4TH ST., SUITE 436<br>BELLEVUE, WA 98004 FMC.#18125F<br><br>POINT AND COUNTRY OF ORIGIN OF GOODS<br>ALASKA |
| NOTIFY PARTY/INTERMEDIATE CONSIGNEE (Name and Full Address)<br><br>SAME AS CONSIGNEE | ALSO NOTIFY (Name and Full Address/DOMESTIC ROUTING/ EXPORT INSTRUCTIONS/<br>PER – TERMINAL/ONWARD ROUTING FROM POINT OF DESTINATION<br>AES XTN:602229395-98161768 (FOR USE<br>IN SED EXEMPTION STATEMENT)<br>AES ITN: X20050912021414 |

| INITIAL CARRIAGE (MODE)* | PLACE OF RECEIPT*<br>KODIAK |
|---|---|
| EXPORT CARRIER (Vessel, voyage, & flag)<br>APL SINGAPORE    093 | PORT OF LOADING<br>DUTCH HARBOR |
| PORT OF DISCHARGE<br>LAEM CHABANG | PLACE OF DELIVERY**<br>BANGKOK |

Excess Valuation Please refer to Clause 7 (II) on Reverse Side    **PARTICULARS FURNISHED BY SHIPPER**    Payment by Cheque must be made to the order of APL Co.Pte Ltd

| MKS. & NOS./CONTAINER NOS. | NO. OF PKGS. | H.M | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| CMC<br>BANGKOK | 2920 | | 2 X 40'R CONTAINERS STC:<br>PACKAGES              SLAC CY/CY<br>ZZ)JL003-7750.<br>FROZEN PINK SALMON H/G<br>(ONCORHYNCHUS GORBUSCHA)<br><br>STOWAGE TEMP.-18C OR LOWER<br><br>FRIEGHT PREPAID | | |

```
***CTR NBR*** ****SEAL NBR**** T/S    MODE    QUANT/TYPE
APRU500251-1  4130002           R40    CY/CY    1460CTNS
APRU507810-0  4130004           R40    CY/CY    1460CTNS
```

THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM
THE U.S IN ACCORDANCE WITH THE EXPORT ADMIN. REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW IS PROHIBITED.
ON BOARD APL SINGAPORE       093     ON SEP.12,2005 AT DUTCH HARBOR

| B/L TO BE RELEASED AT  SERVICE CENTER W | | | |
|---|---|---|---|
| FREIGHT RATED CHARGES, WEIGHTS AND/OR<br>MEASUREMENTS (SUBJECT TO CORRECTION) | PREPAID U.S. $ | COLLECT U.S. $ | Local Currency |
| | | | |
| | | | 9300.00C<br>500.00C |

The undersigned Carrier hereby acknowledges
receipt of the sealed container or packages or other
shipping units said to contain the Goods described
above in apparent external good order and
condition unless otherwise stated. The Shipper
agrees, and the Consignee and every person
purchasing this instrument for value, if negotiable,
or otherwise having an interest in the Goods is
advised that the receipt, custody, carriage and
delivery of the Goods are subject to all the terms
and conditions set forth and by incorporated by
reference on this side and the reverse hereof,
whether written, stamped or printed.

A set of   0    originals of this bill of lading
is hereby issued by the Carrier. Upon surrender to
the Carrier of any one negotiable bill of lading,
properly endorsed, all others shall stand void.

| A03 093 | | | | | |
|---|---|---|---|---|---|
| Vessel | Voyage | TOTAL COLLECT | BKK | | 9800.00 |

BL number: APLU 098161768          Date: SEP. 12,2005          APL Co. Pte. Ltd., The Carrier
                                    Place Issued: SERVICE CENTER      SEA WAYBILL COMPLETE
THANK YOU FOR SHIPPING APL CO. PTE. LTD.       ** NON-NEGOTIABLE **

ATTENTION: EXPT DEPT          FROM: RACNAM
FAX SEAWAY BILL AND DUE BILL.                                ETS-0063

EXHIBIT 32<br>Page 21 of 29

**ECHO WORLDWIDE**
Bill of Lading    **DRAFT Non-Negotiable**

| Shipper | | |
|---|---|---|
| GLOBAL SEAFOODS NORTH AMERICA, LLC<br>11100 NE 8TH ST., SUITE 310<br>BELLEVUE, WA 98004 USA | | |

www.etscargo.com

| Booking Number ECHOSEA0068 | Bill of Lading Number | Page 1 of 1 |
|---|---|---|
| | ECHO2897 | |

| Export References | 98161768 |
|---|---|

| Consignee (Name and Address) | Forwarding Agent - References - FMC No. |
|---|---|
| CHOTIWAT MANUFACTURING CO. LTD<br>84/22 MOO 7, ASIA HIGHWAY ROAD #43<br>P.O. BOX 37, T. KORHONG, HATYAI<br>SONGKHLA, THAILAND 90110 | ECHO-TRANSLINK SYSTEMS (ETS)<br>10655 NE 4TH STREET, SUITE 400<br>BELLEVUE, WA 98004 U.S. FMC18125NF<br>TEL: 1.425.467.1804<br>FAX: 1.425.709.8831 |

| Notify address | Also Notify - Routing and Instructions - Remarks |
|---|---|
| CHOTIWAT MANUFACTURING CO. LTD<br>84/22 MOO 7, ASIA HIGHWAY ROAD #43<br>P.O. BOX 37, T. KORHONG, HATYAI<br>SONGKHLA, THAILAND 90110<br>TEL: 66 74 210222 | SIAM ANGLO TRANS CORPORATION LIMITE<br>3366-37 SOI MANOROM, RAMA IV ROAD<br>KLONGTOEY, BANGKOK 10110 THAILAND<br>TEL: 66 0 2672 7055 |

| Pre-carriage by* | Place of receipt by pre-carrier*<br>KODIAK, ALASKA | Point and Country of Origin of Goods<br>ALASKA, U.S.A. | Type of Move<br>CY/CY |
|---|---|---|---|
| Vessel<br>APL SINGAPORE V-093 | Port of loading<br>DUTCH HARBOR, ALASKA | | |
| Port of discharge<br>BANGKOK, THAILAND | Place of delivery by on-carrier* | | |

| Marks and numbers | Number and kind of packages, description of goods | Weight | Measurement |
|---|---|---|---|
| APRU500251-1 SEAL<br>NO. 4130002<br><br>APRU507810-0 SEAL<br>NO. 4130004 | 2,920 PK | 16KG BAGS FROZEN PINK SALMON H/G<br>(ONCORHYNCHUS GORBUSCHA)<br>NET WEIGHT: 46,720 KGS<br>GROSS WEIGHT: 48,122 KGS<br><br>COUNTRY OF ORIGIN: U.S.A. | 48,122 KG | |

* CLEAN ON BOARD "APL SINGAPORE V/093" AT DUTCH HARBOR, ALASKA  ON SEPTEMBER 13,2005

* TEMP - 15 F

* FREIGHT PREPAID

* THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE U.S. IN ACCORDANCE WITH THE EXPORT
  ADMINISTRATION REGULATIONS.
  DIVERSION CONTRARY TO U.S. LAW IS PROHIBITED.

**Particulars of goods declared by Merchant**

RECEIVED by the Carrier in external apparent good order and condition. Except otherwise noted, the total number of containers or other packages or units shown in this Bill of Lading, said by the shipper to contain the goods described above. Which description the Carrier has no reasonable means of checking. In accepting this Bill of Lading the Merchant expressly accepts and agrees to all its stipulations on both pages, whether written, printed, stamped or otherwise incorporated, as fully as if they were all signed by the Merchant. If the Carrier so requires, One original Bill of Lading must be surrendered duly endorsed in exchange for the goods or delivery order. In witness whereof the number of original Bills of Lading stated herein has been signed, all of this tenor and date, one of which being accomplished, the other(s) to stand void.

| Freight | Merchant's declaration of value | Freight payable at<br>SEATTLE | Place and date of issue<br>SEATTLE<br><br>August 31, 2005 |
|---|---|---|---|
| | | Number of originals<br>THREE/3 | Signature |
| | (see Clause 3) | | |

**ETS-0064**

Original document is printed on watermarked paper.<br>www.etscargo.com

EXHIBIT _38_
Page _22_ of _29_

* Applicable only when document used as a through Bill of Lading

| 1. Goods consigned from (exporter's business name, address, country) | Reference No. |
|---|---|
| GLOBAL SEAFOODS NORTH AMERICA, LLC<br><br>11100 NE 8TH ST., SUITE 310<br><br>BELLEVUE, WA 98004 USA | **GENERALIZED SYSTEM OF PREFERENCES**<br><br>**CERTIFICATE OF ORIGIN**<br><br>(Combined declaration and certificate) |

| 2. Goods consigned to (consignee's name, address, country) | |
|---|---|
| CHOTIWAT MANUFACTURING CO. LTD<br><br>84/22 MOO 7, ASIA HIGHWAY ROAD #43 P.O. BOX 37,<br><br>T. KORHONG, HATYAI SONGKHLA, THAILAND 90110 | **UNITED STATES OF AMERICA**<br><br>Issued in _____<br><br>FORM A |

| 3. Means of transport and route (as far as known) | 4. For official use |
|---|---|
| APL SINGAPORE V/093<br><br>KODIAK/DUTCH HARBOR, ALASKA U.S.A.<br><br>BANGKOK, THAILAND | |

| 5. Item number | 6. Marks/num. of packages | 7. Number and kind of packages; description of goods. | 8. Origin criterion (see note overleaf) | 9. Gross weight or other quantity | 10. Number and date of invoices |
|---|---|---|---|---|---|
| | 2,920 | 16KG BAGS FROZEN WILD PINK SALMON H/G<br><br>(ONCORHYNCHUS GORBUSCHA)<br><br>NET WEIGHT: 46,720 KGS<br><br>GROSS WEIGHT: 48,122 KGS<br><br>APRU500251-1 SEAL NO. 4130002<br><br>APRU507810-0 SEAL NO. 4130004 | | 48,122 KGS | |

| 11. certification | 12. Declaration by the exporter |
|---|---|
| It is hereby certified, on the basis of control carried out, that the declaration by the exporter is correct. | The undersigned hereby declares that the above details and that all the goods were<br><br>produced in (country)    UNITED STATES OF AMERICA<br><br>and that they comply with the origin requirements specified for those goods in the generalized system of preferences for goods exported to (importing country)    THAILAND |
| SEATTLE, WASHINGTON 09/13/2005<br><br>Place and date, signature and stamp of certifying authority. | SEATTLE, WASHINGTON  09/13/2005<br><br>Place and date, signature of authorized signatory |

ETS-0065

EXHIBIT 38<br>Page 23 of 29

NOAA FORM 89-807
(10-88)
Pres. By Inspection Manual



U.S. DEPARTMENT OF COMMERCE
NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION
NATIONAL MARINE FISHERIES SERVICE

NO.
E 156681

DATE
REF4248237

## EXPORT HEALTH CERTIFICATE



This certificate is admissible in all courts of the United States as prima facie evidence of the truth of the statements therein contained. This certificate does not excuse failure to comply with any Federal or State laws. **WARNING:** Any person who shall falsely make issue, alter, forge, or certify, or participate in any action, is subject to a fine of not more than $1,000 or imprisonment for not more than one (1) year, or both (7 U.S.C. 1622(h)).

ISSUING OFFICE
USDC/NOAA, SEAFOOD INSPECTION PROGRAM - WESTERN INSPECTION BRANCH - SEATTLE INSPECTION OFFICE 7600 SAND POINT WAY NE SEATTLE, WA 98115 U.S.A.

| EXPORTED BY (Applicant's name and address.) | CONSIGNED TO (Name and address.) |
|---|---|
| **GLOBAL SEAFOODS NORTH AMERICA, LLC** | CHOTIWAT MANUFACTURING CO. LTD |
| 11100 NE 8TH ST., SUITE 310 BELLEVUE, WA 98004 USA | 84/22 MOO 7, ASIA HIGHWAY ROAD #43 P.O. BOX 37, |
| | T. KORHONG, HATYAI SONGKHLA, THAILAND 90110 |

SHIPPED VIA
OCEAN VESSEL: APL SINGAPORE V/093
CONTAINER# APRU500251-1 SEAL NO. 4130002, APRU507810-0 SEAL NO. 4130004

| | PORT OF EMBARKATION | PORT OF DEBARKATION |
|---|---|---|
| | KODIAK, ALASKA USA | BANGKOK, THAILAND |

IDENTIFYING MARKS
PRODUCTION DATE / CASE CODES:

JULY AND AUGUST 2005

| | TOTAL CONTAINERS | TOTAL MARKED WEIGHT |
|---|---|---|
| | 2 | 46,720 KGS NET |

| PRODUCT | CLASS, TYPE, STYLE | LOT NO. AND CODE | CONTAINER SIZE | NO OF CASES | LOT WEIGHT | LABEL BRAND |
|---|---|---|---|---|---|---|
| PINK SALMON H/G (ONCORHYNCHUS GORBUSCHA) | FROZEN H/G | JULY AND AUGUST 2005 | 16 KG BAGS | 2920 16KG BAGS | 46,720 KGS NET | NA |
| XXXXXXXXXX | XXXXXXXXXX | XXXXXXXXXX | XXXLAST ITEM XXXXX | XXXXXXXXXX | XXXXXXXXXX | XXXXXXXXXX |
| | | | | | | |
| | | | | | | |
| | | | | | | |

RESULTS – REMARKS

THE PRODUCTION FACILITY MEETS ALL PERTINENT USDC/SIP HACCP/QMP PROGRAM INSPECTION REQUIREMENTS AND THAT ALL PRODUCTS AND LOTS COMPRISING THE INTENDED SHIPMENT HAVE BEEN PRODUCED IN ACCORDANCE WITH THESE REQUIREMENTS. WE FURTHER CERTIFY THAT ALL PRODUCTS/LOTS COMPRISING OF THE INTENDED SHIPMENT HAVE MET ALL REQUIREMENTS OF THE COUNTRY OF FINAL DESTINATION. THE FOOD PRODUCTS WERE MANUFACTURED BY A U.S. PROCESSING PLANT WHICH WAS SUBJECT TO 21 CFR PART 110. GLOBAL SEAFOODS N/A PLANT CFN #3032545 AK#412

PRODUCT NOT STAMPED ACCEPTED PER SPECIFICATION

THIS CERTIFIES that in accordance with the regulations of Commerce governing the Inspection and Certification of the products designated herein, pursuant to the Act of August 14, 1946, as amended (7 U.S.C. 1621 — 1627), the product has been inspected and found to be in compliance with the applicable regulations of the United States Department of Commerce, and is suitable for human consumption.

OFFICIAL STAMP (Containers stamped with this mark)

EXHIBIT 38
Page 24 of 29

ETS-0066

SIGNATURE OF INSPECTOR/INSPECTOR NO.
D.S GOTO CSO #4248

PLEASE REFER TO THIS CERTIFICATE BY NUMBER AND DATE.

CERTIFICATE VALID ONLY IF EACH COPY EMBOSSED WITH OFFICIAL DEPARTMENT SEAL.

SUPERSEDES 1 — 82 EDITION

Global Seafoods - Detail View

8/29/2005

# Global Seafoods
## NORTH AMERICA

Home | Users | Product Detail | Settings | New Shipment | Logout
Approve Production | Production Reports | Control Panels | Carriers

## Container APRU-507810-0 Details

<< BACK

| | |
|---|---|
| **Container:** | APRU-507810-0 |
| **Packing List:** | C10323 |
| **Carrier:** | APL |
| **Dest Port:** | Bangkok, Thailand |
| **Consignee:** | |
| **Customer:** | FMI |

| | |
|---|---|
| **Seal:** | APL-4130004 |
| **Vessel:** | |
| **Booking:** | |
| **ETD:** | 8/27/2005 |
| **ETA:** | 8/27/2005 |

> APPLY NOTES

24,061

| Species | Form | State | Pack | Size | Grade | Weight | Unit | Pkgs | Net Lbs | Gross Lbs | Net Kgs | Gross Kgs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pink salmon | H/G collar-off (bo) | Frozen-block | Bag | O/R | n/a | 16.00 | Kgs | 1,460 | 51,499.46 | 53,044.44 | 23,360.00 | 24,060.80 |
| | | | | | | | Totals: | 1,460 | 51,499.46 | 53,044.44 | 23,360.00 | 24,060.80 |

## Documents

PackingList-8-29-2005-6326089471975540033.html    View    Delete

✪ VIEW ROW ENTRIES
✪ EXPORT TO EXCEL
✪ PRINT PACKING SLIP
✪ SEND PACKING SLIP

**ETS-0067**

EXHIBIT **38**
Page **25** of **29**

Global Seafoods - Detail View

Page 1 of 1

8/29/2005

# Global Seafoods
**N O R T H  A M E R I C A**

Home | Users | Product Detail | Settings | New Shipment | Logout
Approve Production | Production Reports | Control Panels | Carriers

## Container APRU500251-1 Details
<< BACK

| | | | |
|---|---|---|---|
| **Container:** | APRU500251-1 | **Seal:** | APL-4130002 |
| **Packing List:** | C10318 | **Vessel:** | |
| **Carrier:** | APL | **Booking:** | |
| **Dest Port:** | Bangkok, Thailand | **ETD:** | 8/26/2005 |
| **Consignee:** | | **ETA:** | 8/26/2005 |
| **Customer:** | FMI | | |

> APPLY NOTES

| Species | Form | State | Pack | Size | Grade | Weight | Unit | Pkgs | Net Lbs | Gross Lbs | Net Kgs | Gross Kgs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pink salmon | H/G collar-off (bo) | Frozen-block | Bag | O/R | n/a | 16.00 | Kgs | 1,460 | 51,499.46 | 53,044.44 | 23,360.00 | 24,060.80 |
| | | | | | | | **Totals:** | 1,460 | 51,499.46 | 53,044.44 | 23,360.00 | 24,060.80 |

24,061

## Documents
PackingList-8-29-2005-6326089488354576B.html    View    Delete

- VIEW ROW ENTRIES
- EXPORT TO EXCEL
- PRINT PACKING SLIP
- SEND PACKING SLIP

**ETS-0068**

EXHIBIT **38**
Page **26** of **29**

**Ellen Thompson**
_____

**From:**      "Bent Holme" <bholme@salmoncanada.com>
**To:**        "Ellen Thompson" <ellen@etscargo.com>
**Cc:**        "Thomas Hennessey" <tomh@globalseafoods.com>
**Sent:**      Friday, September 02, 2005 9:24 AM
**Subject:**   "APL Singapore" V/093 B/L #ECHO2897

Ellen:

Please correct Consignee/Notify to:  Chotiwat (not Chotwat) and
issue new B/L accordingly (and  e-mail me copy of new Original -
thanks.)

Regds.
Bent


Bent Holme
FMI Food Marketers International Ltd.
Tel:  (604) 275 3664
Fax:  (604) 275 3624
e-mail:  bholme@salmoncanada.com

## Ellen Thompson

**From:**    "Bent Holme" <bholme@salmoncanada.com>
**To:**    "Ellen Thompson" <ellen@etscargo.com>
**Sent:**    Thursday, September 15, 2005 7:28 AM
**Subject:**    Re: Draft Documents for booking ECHO2897 2 cnts to Bangkok on the APL Singapore V/093

Ellen:

It is okay.

Bent

---
—— Original Message ——
**From:** Ellen Thompson
**To:** Bent Holme
**Sent:** Wednesday, September 14, 2005 5:07 PM
**Subject:** Draft Documents for booking ECHO2897 2 cnts to Bangkok on the APL Singapore V/093

Bent,

Attached please find Draft documents for booking ECHO2897, 2 cnts for Bangkok on board the APL Singapore V/093 that left Dutch Harbor yesterday and will arrive to Bangkok on 10/2/2005...

Please advise any corrections/additions/changes...or if OK to print originals...

Thanks!

Ellen
ETS Cargo
10655 N.E. 4th Street
Suite 400
Bellevue, WA 98004
Phone: 425.467.1804
Fax: 425.709.8831

ETS-0070

EXHIBIT 38
Page 28 of 29

**Ellen Thompson**

| | |
|---|---|
| **From:** | "Bent Holme" <bholme@salmoncanada.com> |
| **To:** | "Ellen Thompson" <ellen@etscargo.com> |
| **Cc:** | "Thomas Hennessey" <tomh@globalseafoods.com> |
| **Sent:** | Friday, September 02, 2005 8:24 AM |
| **Subject:** | "APL Singapore" V/093 B/L #ECHO2897 |

Ellen:

Please correct Consignee/Notify to:  Chotiwat (not Chotwat) and issue new B/L accordingly (and  e-mail me copy of new Original - thanks.)

Regds.
Bent


Bent Holme
FMI Food Marketers International Ltd.
Tel:  (604) 275 3664
Fax:  (604) 275 3624
e-mail:  bholme@salmoncanada.com

**ETS-0071**

EXHIBIT *32*
Page *29* of *29*