**CONTAINER(S):**
APRU508109-0
APRU508118-8
**ETD DUTCH HARBOR: 9/13/05**
**ETA QINGDAO, CHINA: 9/27/05**


FRONT OF FILE FOLDER READS:

**SHIPPER: GLOBAL SEAFOODS NORTH AMERICA**
**FOR: FMI**
**DESTINATION PORT: QINGDAO, CHINA**
**VESSEL: APL SINGAPORE V/093**

**AES ( THIS IS CUSTOMS NOTIFICATION )DONE 9/12/05**
**COC INSTRUCTIONS ( THIS IS FOR GOVERNMENT HEALTH**
**CERTIFICATES DONE 9/13/05**
**DRAFTS SENT TO BENT, FMI 9/14/05**
**DRAFTS OK'D BY BENT, FMI 9/15/05**
**ORDERED ORIGINAL HEALTH CERTS 9/15/05**
**ORIGINALS TO TOM ( TOM HENNESSEY W/GLOBAL SEAFOODS) 9/16/05**

ETS-0072

EXHIBIT 39
Page 1 of 11

# Global Seafoods
NORTH AMERICA

## Container Control Panel

Filter: ☑ (L) Loading  ☑ (S) Stuffed  ☑ (T) Booked - In Transit  ☑ (A) Arrived  ☑ (K) Archived  ☑ (O) Other

| Container | Seal | Packing List | Total Net Wt (MT) | Carrier | Status | Dest Port | Consignee | Customer | Vessel / Voyage | Booking | ETD | ETA | Comments | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| APRU-508430-9 | APL-4130010 | C10331 | 23.200 | APL | (T) Booked - In Transit | Quingdao, China | | FMI | APL Singapore V/093 | ECHO2895 | 9/13/2005 | 9/27/2005 | #26 | Edit Link Delete |
| TRLU186001-0 | APL-4130011 | C10332 | 23.011 | APL | (T) Booked - In Transit | Quingdao, China | | FMI | APL Singapore V/093 | ECHO2895 | 9/13/2005 | 9/27/2005 | #27 | Edit Link Delete |
| APRU508109-0 | APL-4130012 | C10333 | 23.200 | APL | (T) Booked - In Transit | Quingdao, China | | FMI | APL Singapore V/093 | ECHO9895 2903 | 9/13/2005 | 9/27/2005 | #23 | Edit Link Delete |
| STBU720236-4 | SEALED-121241 | C10335 | 17.671 | Samson | (T) Booked - In Transit | Seattle | Seafreeze | Global Seafoods | 703 S.B. | KOD 302107 | 9/7/2005 | 9/15/2005 | | Edit Link Delete |
| APRU502974-4 | APL-4130013 | C10336 | 23.014 | APL | (T) Booked - In Transit | Quingdao, China | | FMI | APL Singapore V/093 | ECHO2895 | 9/13/2005 | 9/27/2005 | #28 | Edit Link Delete |
| STBU500127 | SEALED-121245 | C10337 | 17.716 | Samson | (T) Booked - In Transit | Seattle | Seafreeze | Global Seafoods | | | 9/1/2005 | 9/1/2005 | | Edit Link Delete |
| APLU693415-4 | APL-4130014 | C10338 | 23.200 | APL | (T) Booked - In Transit | Quingdao, China | | FMI | APL Singapore V/093 | ECHO2895 | 9/13/2005 | 9/27/2005 | #29 | Edit Link Delete |
| APRU508118-8 | APL-4130015 | C10339 | 23.200 | APL | (T) Booked - In Transit | Quingdao, China | | FMI | APL Singapore V/093 | ECHO2895 2903 | 9/13/2005 | 9/27/2005 | #30 | Edit Link Delete |
| APRU507892-3 | APL-4130018 | C10340 | 23.200 | APL | (T) Booked - In Transit | Quingdao, China | | FMI | APL Singapore V/093 | ECHO2895 | 9/13/2005 | 9/27/2005 | #31 | Edit Link Delete |
| STBU111261-0 | SEALED-121256 | C10341 | 17.938 | Samson | (T) Booked - In Transit | Seattle | | Global Seafoods | 703 S.B. | KOD 302107 | 9/3/2005 | 9/3/2005 | | Edit Link Delete |

... 21 22 23 24 25 26 27 28 29 30 ...

# APL BILL OF LADING

| SHIPPER (Principal or Seller licensee and full address) | PAGE | | B/L NUMBER |
|---|---|---|---|
| ECHO WORLDWIDE<br>10655 N.E. 4TH STREET, SUITE 400<br>BELLEVUE, WA 98004 USA 98004 | 1 OF 1 | | APLU 098162320 |
| | EXPORT REFERENCES<br>ECHO2903 | | |

| CONSIGNEE (Name and Full Address /Non-Negotiable Unless Consigned to Order.)<br>(Unless provided otherwise, a consignment 'To Order' means 'To Order of Shipper'.) | FORWARDING AGENT (References, F.M.C. No.) | FMC 018125 |
|---|---|---|
| APC-REALCO LTD<br>RM 1812, THE NORTH BUILDING GOLDEN<br>PLAZA NO.20 HONG KONG MIDDLE ROAD<br>TEL:011-86-532-5022-459<br>QINGDAO, CHINA | ECHO-TRANSLINK SYSTEMS (ETS)<br>10655 N.E. 4TH ST., SUITE 436<br>BELLEVUE, WA 98004 FMC.#18125F | |
| | POINT AND COUNTRY OF ORIGIN OF GOODS<br>ALASKA | |

| NOTIFY PARTY/INTERMEDIATE CONSIGNEE (Name and Full Address) | ALSO NOTIFY (Name and Full Address)/DOMESTIC ROUTING/ EXPORT INSTRUCTIONS/<br>PER — TERMINAL/ONWARD ROUTING FROM POINT OF DESTINATION |
|---|---|
| APC-REALCO LTD<br>RM 1812, THE NORTH BUILDING GOLDEN<br>PLAZA NO.20 HONG KONG MIDDLE ROAD<br>TEL:011-86-532-5022-459<br>QINGDAO, CHINA | AES XTN:602229395-98162320<br>AES ITN: X20050912025387 |

| INITIAL CARRIAGE (MODE)* | PLACE OF RECEIPT*<br>KODIAK |
|---|---|
| EXPORT CARRIER (Vessel voyage, & flag)<br>APL SINGAPORE   093 | PORT OF LOADING<br>DUTCH HARBOR |
| PORT OF DISCHARGE<br>QINGDAO | PLACE OF DELIVERY* |

Excess Valuation Please refer to Clause 7(B) on Reverse Side · PARTICULARS FURNISHED BY SHIPPER · Payment by Cheque must be made to the order of APL Co. Pte Ltd

| MKS. & NOS./CONTAINER NOS. | NO. OF PKGS. | H.M | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| NO M/N | 2900 | | PACKAGES<br>ZZ)JK003-7750<br>FROZEN PINK SALMON H/G<br>NET WEIGHT: 46400 KGS<br>GROSS WEIGHT: 47792 KGS<br>U.S.A. ORIGIN<br>FREIGHT PREPAID | SLAC CY/CY | |

```
***CTR NBR***  ****SEAL NBR****  T/S    MODE    QUANT/TYPE
APRU508109-0   4130012           R40    CY/CY   1450PKGS
APRU508118-8   4130015           R40    CY/CY   1450PKGS
```

THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM
THE U.S IN ACCORDANCE WITH THE EXPORT ADMIN. REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW IS PROHIBITED.
ON BOARD APL SINGAPORE  093  ON SEP.13,2005 AT DUTCH HARBOR
B/L TO BE RELEASED AT   SERVICE CENTER W   OCEAN FREIGHT PAYABLE AT

| FREIGHT RATES CHARGES, WEIGHTS AND/OR MEASUREMENTS (SUBJECT TO CORRECTION) | PREPAID U.S. $ | COLLECT U.S. $ | Local Currency | |
|---|---|---|---|---|

The undersigned Carrier hereby acknowledges receipt of the sealed container or packages or other shipping units said to contain the Goods described above in apparent external good order and condition unless otherwise stated. The Shipper agrees, and the Consignee and every person purchasing this instrument for value, if negotiable, or otherwise having an interest in the Goods is advised that the receipt, custody, carriage and delivery of the Goods are subject to all the terms and conditions set forth and by incorporated by reference on this side and the reverse hereof, whether written, stamped or printed.

A set of 3 originals of this bill of lading is hereby issued by the Carrier. Upon surrender to the Carrier of any one negotiable bill of lading, properly endorsed, all others shall stand void.

| A03 093 | | TOTAL PREPAID | OAK | | |
|---|---|---|---|---|---|
| Vessel | Voyage | TOTAL COLLECT | | | |

BL number: APLU 098162320          Date: SEP. 13,2005          American President Lines, Ltd., The Carrier
THANK YOU FOR SHIPPING AMERICAN PRESIDENT LINES, LTD.  Place Issued: SERVICE CENTER   BILL OF LADING COMPLETE

** Proof Read Copy **

ATTENTION: EXPT          FROM: RACNAH
BILL COPY

ETS-0074

EXHIBIT 39
Page 3 of 11

| Shipper | | |
|---|---|---|
| GLOBAL SEAFOODS NORTH AMERICA, LLC<br>11100 NE 8TH ST., SUITE 310<br>BELLEVUE, WA 98004 USA | ECHO WORLDWIDE<br>BILL OF LADING    ORIGINAL<br>www.etscargo.com | |
| | Booking Number   ECHOSEA0074 | Bill of Lading Number    Page 1 of 1<br>ECHO2903 |
| | Export References | 98162320 |

| Consignee (Name and Address) | Forwarding Agent - References - FMC No. |
|---|---|
| QINGDAO YIJIA FOODSTUFFS I/E CO. LTD.<br>NO. 7 YANCHENG ROAD<br>QINGDAO, CHINA<br>TEL: 0532-3887066 | ECHO-TRANSLINK SYSTEMS (ETS)<br>10655 NE 4TH STREET, SUITE 400<br>BELLEVUE, WA 98004 U.S. FMC18125NF<br>TEL: 1.425.467.1804<br>FAX: 1.425.709.8831 |

| Notify address | Also Notify - Routing and Instructions - Remarks |
|---|---|
| QINGDAO YIJIA FOODSTUFFS I/E CO. LTD.<br>NO. 7 YANCHENG ROAD<br>QINGDAO, CHINA<br>TEL: 0532-3887066 | APC-REALCO LTD (QINGDAO OFFICE)<br>RM 1812, THE NORTH BUILDING<br>GOLDEN PLAZA, NO. 20, HONG KONG<br>MIDDLE ROAD, QINGDAO, CHINA<br>TEL: 86-532-5022-459 FAX: 5023486 |

| Pre-carriage by | Place of receipt by pre-carrier<br>KODIAK, ALASKA | Point and Country of Origin of Goods<br>ALASKA U.S.A. | Type of Move<br>CY/CY |
|---|---|---|---|
| Vessel<br>APL SINGAPORE V-093 | Port of loading<br>DUTCH HARBOR, ALASKA | | |
| Port of discharge<br>QINGDAO, CHINA | Place of delivery by on-carrier | | |

| Marks and numbers | Number and kind of packages, description of goods | Weight | Measurement |
|---|---|---|---|
| APRU508118-8 SEAL<br>NO. 4130015 | 2,900 PK    1450 PKGS FROZEN PINK SALMON H/G<br>NET WEIGHT: 23,200 KGS<br>GROSS WEIGHT: 23,896 KGS | 47,792 KG | |
| APRU508109-0 SEAL<br>NO. 4130012 | 1450 PKGS FROZEN PINK SALMON H/G<br>NET WEIGHT: 23,200 KGS<br>GROSS WEIGHT: 23,896 KGS | | |
| | COUNTRY OF ORIGIN: U.S.A. | | |

* TEMP - 15 F
* CLEAN ON BOARD "APL SINGAPORE V/093" AT DUTCH HARBOR, ALASKA ON SEPTEMBER 13, 2005
* FREIGHT PREPAID
* THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE U.S. IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW IS PROHIBITED.

Particulars of goods declared by Merchant

RECEIVED by the Carrier in external apparent good order and condition. Except otherwise noted, the total number of containers or other packages or units shown in this Bill of Lading, said by the shipper to contain the goods described above. Which description the Carrier has no reasonable means of checking. In accepting this Bill of Lading the Merchant expressly accepts and agrees to all its stipulations on both pages, whether written, printed, stamped or otherwise incorporated, as fully as if they were all signed by the Merchant. If the Carrier so requires, One original Bill of Lading must be surrendered duly endorsed in exchange for the goods or delivery order. In witness whereof the number of original Bills of Lading stated herein has been signed, all of this tenor and date, one of which being accomplished, the other(s) to stand void.

EXHIBIT 39
Page 4 of 11

| Freight | Merchant's declaration of value<br><br>(see Clause 3) | Freight payable at<br>SEATTLE | Place and date of issue<br>SEATTLE<br>September 13, 2005 | ETS-0075 |
|---|---|---|---|---|
| | | Number of originals<br>THREE/3 | Signature | |
| * Applicable only when document used as a through Bill of Lading | | Original document is printed on watermarked paper.<br>www.etscargo.com | ECHO WORLDWIDE (Carrier) | |

| 1. Goods consigned from (exporter's business name, address, country)<br><br>GLOBAL SEAFOODS NORTH AMERICA, LLC<br>11100 NE 8TH ST., SUITE 310<br>BELLEVUE, WA 98004 USA | Reference No.<br><br>GENERALIZED SYSTEM OF PREFERENCES<br><br>CERTIFICATE OF ORIGIN<br>(Combined declaration and certificate)<br><br>**UNITED STATES OF AMERICA**<br>Issued in _____<br><br>FORM A |
|---|---|
| 2. Goods consigned to (consignee's name, address, country)<br><br>QINGDAO YIJIA FOODSTUFFS I/E CO. LTD<br>NO. 7 YANCHENG ROAD<br>QINGDAO, CHINA | |
| 3. Means of transport and route (as far as known)<br><br>APL SINGAPORE V/093<br>KODIAK/DUTCH HARBOR, ALASKA U.S.A.<br>QINGDAO, CHINA | 4. For official use |

| 5. Item number | 6. Marks/num. of packages | 7. Number and kind of packages; description of goods. | 8. Origin criterion (see note overleaf) | 9. Gross weight or other quantity | 10. Number and date of invoices |
|---|---|---|---|---|---|
| | 1,450 | PKGS FROZEN PINK SALMON H/G<br>NET WEIGHT: 23,200 KGS<br>GROSS WEIGHT: 23,896 KGS<br>APRU508118-8 SEAL NO. 4130015 | | 23,896 KGS | |
| | 1,450 | PKGS FROZEN PINK SALMON H/G<br>NET WEIGHT: 23,200 KGS<br>GROSS WEIGHT: 23,896 KGS<br>APRU508109-0 SEAL NO. 4130012 | | 23,896 KGS | |

| 11. certification<br><br>It is hereby certified, on the basis of control carried out, that the declaration by the exporter is correct.<br><br><br><br><br>SEATTLE, WASHINGTON 09/13/2005<br>Place and date, signature and stamp of certifying authority. | 12. Declaration by the exporter<br><br>The undersigned hereby declares that the above details and that all the goods were produced in (country) ___UNITED STATES OF AMERICA___ and that they comply with the origin requirements specified for those goods in the generalized system of preferences for goods exported to (importing country) ___CHINA___<br><br>SEATTLE, WASHINGTON 09/13/2005<br>Place and date, signature of authorized signatory |
|---|---|

ETS-0076

EXHIBIT *39*
Page *5* of *11*



**UNITED STATES OF AMERICA**
**U.S. DEPARTMENT OF COMMERCE**
卫生证书/Health Certificate
People's Republic of China

日期/Date _____

编号/No:
# WPR42481665

*This certificate is admissible in all courts of the United States as prima facie evidence of the truth of the statements therein contained. This certificate does not excuse failure to comply with any Federal or State laws. WARNING: Any person who shall falsely make, issue, alter, forge, or certify, or participate in any action thereto, is subject to a fine of not more than $1,000 or imprisonment for not more than one (1) year, or both (7 U.S.C. 1622 (h)).*

用于进口鱼类产品/For fish and fishery products intended for import to the People's Republic of China

I. 本证书应明确/The certificate should specify:

品名(及学名):/Variety name (and official name): **PINK SALMON H/G (ONCORHYNCHUS GORBUSCHA)**

产地/Production Area: **SEAWATER, WILD CAUGHT FISH**

捕捞区域/Catch Area: **FAO AREA 67 NORTH PACIFIC OCEAN – PRODUCT OF USA**

加工方式/Processing method: **FROZEN H/G**

加工企业名称及注册号/Name and registration number of processing plant: **GLOBAL SEAFOODS N/A PLANT CFN #3032545 AK#412**

发证机构名称/Name of department issuing the certificate: **UNITED STATES DEPARTMENT OF COMMERCE – SEAFOOD INSPECTION PROGRAM**

运输方式(包括船名,航班号,集装箱号)/Means of transportation (including vessel name, number, and container number): **APL SINGAPORE V/093 APRU508118-8 SEAL NO. 4130015, APRU508109-0 SEAL NO. 4130012**

收货人/Consignee name and address: **QINGDAO YIJIA FOODSTUFFS I/E CO. LTD. NO. 7 YANCHENG ROAD QINGDAO, CHINA**

发货人/Consignor name and address: **GLOBAL SEAFOODS NORTH AMERICA LLC 11100 NE 8TH ST., SUITE 310 BELLEVUE, WA 98004 USA**

数量/Quantity: **2,900 PKGS**    重量/Weight: **46,400 KGS NET/47,792 KGS GROSS**

生产日期/Production date or codes: **8/1/2005**

II. 此证不得涂改,须有官方印章及检验检疫人员签名,目的地应标明中华人民共和国/This certificate shall not be tampered with. Certificate shall be accompanied with an official stamp and the signature of the inspector. Destination shall be indicated as the People's Republic of China.

III. 每一批水产品须有一份检验检疫证书正本. 证书须中英文对照/Each batch of aquatic products shall carry an original certificate. The certificate shall be in both Chinese and English languages.

IV. 证书应载明以下信息/The certificate shall state the following information:

兹证明/This is to certify that:

- 上述水产品来自主管当局注册的企业/The above fishery products come from an establishment approved by the competent authority of the processor.
- 产品的生产, 包装, 储藏和运输均在主管部门监督之卫生条件下进行/The products were produced, packed, stored, and transported under sanitary conditions under the supervision of the competent authority.
- 产品经过主管当局检验检疫,未发现中国规定的有害病菌,有毒有害物质及异物/The products were inspected and quarantined by the competent authority and no pathogenic bacteria, harmful substances, or foreign substances regulated in the P.R. China were found.
- 产品符合兽医卫生要求,适合人类食用/The products meet veterinary sanitary requirements and are fit for human consumption.

发证日期/Date of issue _____

盖章/Stamp

官方兽医签字/Official Veterinary Signature
David S. Goto #4248
Consumer Safety Officer
Western Inspection Branch
USDC/NOAA/NMFS/SIP
7600 Sand Point Way NE, Bldg 32
Seattle, WA 98115  Tel: (206)526-4259

ETS-0077

Revised 5/28/2003

EXHIBIT **39**
Page **6** of **11**

Global Seafoods - Detail View

Page 1 of 1

Home | Users | Product Detail | Settings | New Shipment | Logout
Approve Production | Production Reports | Control Panels | Carriers

# Global Seafoods
## NORTH AMERICA

## Container APRU508118-8 Details
<< BACK

**Container:** APRU508118-8  **Seal:**     **Vessel:** APL-4130015
**Packing List:** C10339
**Carrier:** APL  **Booking:**
**Dest Port:** Quingdao, China  **ETD:** 9/2/2005
**Consignee:**  **ETA:** 9/2/2005
**Customer:** FMI

> APPLY NOTES

| Species | Form | State | Pack | Size | Grade | Weight | Unit | Pkgs | Net Lbs | Gross Lbs | Net Kgs | Gross Kgs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pink salmon | H/G collar off (bl) | Frozen-block | Bag | O/R | n/a | 16.00 | Kgs | 1,233 | 43,492.35 | 44,797.12 | 19,728.00 | 20,319.84 |
| Pink salmon | H/G collar off (bo) | Frozen-block | Bag | O/R | n/a | 16.00 | Kgs | 217 | 7,654.37 | 7,884.00 | 3,472.00 | 3,576.16 |
|  |  |  |  |  |  |  | Totals: | 1,450 | 51,146.72 | 52,681.12 | 23,200.00 | 23,896.00 |

View   Delete

## Documents
PackingList-9-3-2005-6326133355006229279.html

- VIEW ROW ENTRIES
- EXPORT TO EXCEL
- PRINT PACKING SLIP
- SEND PACKING SLIP

ETS-0078

EXHIBIT 39
Page 7 of 11

**Global Seafoods**
NORTH AMERICA

Home | Users | Product Detail | Settings | New Shipment | Logout
Approve Production | Production Reports | Control Panels | Carriers

## Container APRU508109-0 Details
<< BACK

| | | | | |
|---|---|---|---|---|
| Container: | APRU508109-0 | Seal: | | APL-4130012 |
| Packing List: | C10333 | Vessel: | | |
| Carrier: | APL | Booking: | | |
| Dest Port: | Quingdao, China | ETD: | | 8/31/2005 |
| Consignee: | | ETA: | | 8/31/2005 |
| Customer: | FMI | | | |

> APPLY NOTES

| Species | Form | State | Pack | Size | Grade | Weight | Unit | Pkgs | Net Lbs | Gross Lbs | Net Kgs | Gross Kgs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pink salmon | H/G collar-off (bo) | Frozen-block | Bag | O/R | n/a | 16.00 | Kgs | 1,450 | 51,146.72 | 52,681.12 | 23,200.00 | 23,896.00 |
| | | | | | | | Totals: | 1,450 | 51,146.72 | 52,681.12 | 23,200.00 | 23,896.00 |

### Documents
PackingList-9-1-2005-632611901330170812.html    View    Delete

- VIEW ROW ENTRIES
- EXPORT TO EXCEL
- PRINT PACKING SLIP
- SEND PACKING SLIP

## Ellen Thompson

**From:** "Bent Holme" <bholme@salmoncanada.com>
**To:** "Ellen Thompson" <ellen@etscargo.com>
**Sent:** Thursday, September 15, 2005 7:11 AM
**Subject:** Re: Draft Documents for booking ECHO2903 2 cnts for Qingdao Yijia Foodstuffs on board

Ellen:

It is okay.

Bent

> ----- Original Message -----
> **From:** Ellen Thompson
> **To:** Bent Holme
> **Sent:** Wednesday, September 14, 2005 3:38 PM
> **Subject:** Draft Documents for booking ECHO2903 2 cnts for Qingdao Yijia Foodstuffs on board
>
> Bent,
>
> Attached please find Draft Documents ( and the Original Bill of Lading, which I gave to Tom @ Global yesterday ) for booking ECHO2903 2 containers for Qingdao Yijia Foodstuffs on board APL Singapore V/093 that left Dutch Harbor yesterday ...ETA Qingdao is 9/27/05..
>
> Let me know if everything is OK to print orginals or if you need some changes....
>
> I believe this was not on an L/C...
>
> Thanks!
>
> Ellen
> ETS Cargo
> 10655 N.E. 4th Street
> Suite 400
> Bellevue, WA 98004
> Phone: 425.467.1804
> Fax: 425.709.8831

ETS-0080

EXHIBIT 39
Page 9 of 1

9/15/2005

## Ellen Thompson

**From:** "Thomas Hennessey" <tomh@globalseafoods.com>
**To:** "Ellen Thompson" <ellen@etscargo.com>
**Sent:** Tuesday, September 13, 2005 3:23 PM
**Subject:** RE: Draft copy of Non Negotiable B/L for FMI's 2 cnts for Qingdao

Looks good.

-----Original Message-----
**From:** Ellen Thompson [mailto:ellen@etscargo.com]
**Sent:** Tuesday, September 13, 2005 1:25 PM
**To:** Tom Hennessey
**Subject:** Draft copy of Non Negotiable B/L for FMI's 2 cnts for Qingdao

Tom,

Attached please find Draft copy of Non Negotible B/L for 2 cnts for FMI to Qingdao...

APRU508118-8 and APRU508109-0

Let me know if it looks OK and I will print an Original and e-mail it to you.....

ET

ETS-0081

EXHIBIT 39
Page 10 of 11

9/13/2005

## Ellen Thompson

**From:** "Bent Holme" <bholme@salmoncanada.com>
**To:** "Ellen Thompson" <ellen@etscargo.com>
**Cc:** "Thomas Hennessey" <tomh@globalseafoods.com>
**Sent:** Wednesday, September 07, 2005 10:04 AM
**Subject:** Containers: APRU 508109-0 and APRU 508118-8

Hi Ellen:

Please ship subject 2 containers by first opportunity to Qingdao (China).

B/L to show Consignee/Notify:

Qingdao Yijia Foodstuffs I/E Co. Ltd.
No. 7 Yancheng Road
Qingdao, China
Tel: 0532-3887066

As to other documents please arrange as required by China viz. Certificate of Origin, Health Certificate, Packing List and Non-wood Declaration.

Please advise name of carrying vessel, etd D.H. and eta Qingdao.

Regds.
Bent


Bent Holme
FMI Food Marketers International Ltd.
Tel: (604) 275 3664
Fax: (604) 275 3624
e-mail: bholme@salmoncanada.com

ETS-0082

EXHIBIT 39
Page 11 of 11

9/7/2005