**Global Seafoods North America**

11100 NE 8th St., Suite 310
Bellevue, WA USA 98004
Phone 425.451.3705
Fax 425.451.1067

604.275.3624

**INVOICE No.** 10133

Dated: Aug 30, 2005

Customer:
Food Marketers International
#233-11951 Hammersmith Way
Richmond, British Columbia, V7A 5H9
Canada

FOB point: CFR Bangkok Thailand

Ref no.: APRU505251-2

| NN | Description | UOM | Number of units | Price per unit | Amount (USD) |
|---|---|---|---|---|---|
| 1. | Pink salmon H&G frozen bag 16kg | Kg. | 22,064.00 | 1.3200 | 29,124.48 |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| | Total weight(lbs): 48,642.29 | | | USD | 29,124.48 |

Due date: Aug 30, 2005

Interest will be charged at the rate of 1.5% per month on all overdue amounts.
Purchaser is liable for costs, fees and expenses expended on collection of past due amounts.

**Bank details**

Beneficiary:                  Global Seafoods North America, LLC
Beneficiary's bank:           Wells Fargo Bank N.A.
SWIFT code:                   WFBIUS6S
Routing number:               121000248
Account number:               1101-850520

**IMPORTANT:** No claims allowed unless made in writing immediately on receipt of goods. Carrier must note spoilage or damage on bill. No exceptions.

FILE COPY

FMI 00683

EXHIBIT 40
Page 1 of 9

**Global Seafoods North America**

11100 NE 8th St., Suite 310
Bellevue, WA USA 98004
Phone 425.451.3705
Fax 425.451.1067

604.275.3624

**INVOICE No.** 10134

Dated: Aug 30, 2005

Customer:
Food Marketers International
#233-11951 Hammersmith Way
Richmond, British Columbia, V7A 5H9
Canada

FOB point: CFR Bangkok Thailand

Ref no.: TRLU191889-4

| NN | Description | UOM | Number of units | Price per unit | Amount (USD) |
|---|---|---|---|---|---|
| 1. | Pink salmon H&G frozen bag 16kg | Kg. | 23,200.00 | 1.3200 | 30,624.00 |
| 2. | Ocean freight | | 0.00 | 0.0000 | 700.00 |
| 3. | Extra freight per agreement. $350 per container. Includes this container | | | | |
| 4. | and container APRU505251-2 | | | | |

Total weight(lbs): 51,146.72

USD 31,324.00

Due date: Aug 30, 2005

Interest will be charged at the rate of 1.5% per month on all overdue amounts.
Purchaser is liable for costs, fees and expenses expended on collection of past due amounts.

**Bank details**

Beneficiary:                  Global Seafoods North America, LLC
Beneficiary's bank:           Wells Fargo Bank N.A.
SWIFT code:                   WFBIUS6S
Routing number:               121000248
Account number:               1101-850620

**IMPORTANT:** No claims allowed unless made in writing immediately on receipt of goods. Carrier must note spoilage or damage on bill. No exceptions.

FILE COPY

FMI 00684

EXHIBIT 40
Page 2 of 9

**Global Seafoods North America**

604.275.3624

11100 NE 8th St., Suite 310
Bellevue, WA USA 98004
Phone 425.451.3705
Fax 425.451.1067

## INVOICE No. 10135

Dated: Sep 13, 2005

Customer:
Food Marketers International
#233-11951 Hammersmith Way
Richmond, British Columbia, V7A 5H9
Canada

FOB point:
CFR Bangkok Thailand

Ref no.:
APRU507810-0

| NN | Description | UOM | Number of units | Price per unit | Amount (USD) |
|---|---|---|---|---|---|
| 1. | Pink salmon H&G frozen bag 16kg | Kg. | 23,360.00 | 1.3200 | 30,835.20 |
| 2. | Ocean freight | | 0.00 | 0.0000 | 350.00 |
| 3. | Extra freight charge per agreement | | | | |
| 4. | | | | | |
| | Total weight(lbs): 51,499.46 | | | USD | 31,185.20 |

Due date: Sep 13, 2005

Interest will be charged at the rate of 1.5% per month on all overdue amounts.
Purchaser is liable for costs, fees and expenses expended on collection of past due amounts.

*Bank details*

Beneficiary:            Global Seafoods North America, LLC
Beneficiary's bank:     Wells Fargo Bank N.A.
SWIFT code:             WFBIUS6S
Routing number:         121000248
Account number:         1101-850620

**IMPORTANT:** No claims allowed unless made in writing immediately on receipt of goods. Carrier must note spoilage or damage on bill. No exceptions.

FILE COPY

FMI 00685

EXHIBIT 40
Page 3 of 9

**Global Seafoods North America**

11100 NE 8th St., Suite 310
Bellevue, WA USA 98004
Phone 425.451.3705
Fax 425.451.1067

604.275.3624



**INVOICE No.** 10136

Dated: Sep 13, 2005

Customer:
Food Marketers International
#233-11951 Hammersmith Way
Richmond, British Columbia, V7A 5H9
Canada

FOB point:
CFR Bangkok Thailand

Ref no.:
APRU500251-1

| NN | Description | UOM | Number of units | Price per unit | Amount (USD) |
|---|---|---|---|---|---|
| 1. | Pink salmon H&G frozen bag 16kg | Kg. | 23,360.00 | 1.3200 | 30,835.20 |
| 2. | Ocean freight | | 0.00 | 0.0000 | 350.00 |
| 3. | Extra freight charge per agreement | | | | |
| 4. | | | | | |
| | Total weight(lbs): 51,499.46 | | | USD | 31,185.20 |

LESS:      5,000.00
USD   26,185.20

Due date:
Sep 13, 2005

Interest will be charged at the rate of 1.5% per month on all overdue amounts.
Purchaser is liable for costs, fees and expenses expended on collection of past due amounts.

**Bank details**

Beneficiary:              Global Seafoods North America, LLC
Beneficiary's bank:       Wells Fargo Bank N.A.
SWIFT code:               WFBIUS6S
Routing number:           121000248
Account number:           1101-850620

**IMPORTANT:** No claims allowed unless made in writing immediately on receipt of goods. Carrier must note spoilage or damage on bill. No exceptions.

FILE COPY

FMI 00686



EXHIBIT 40
Page 4 of 9

| | | | 000252 |
|---|---|---|---|
| **FMI FOOD MARKETERS INTERNATIONAL LTD.**<br>#213 - 11951 HAMMERSMITH WAY<br>RICHMOND, BC CANADA V7A 5H9<br>Tel. (604) 275-3964 Fax: (604) 275-3624 | **HSBC BANK CANADA**<br>FORTUNA HOUSE<br>6168 NO. 3 ROAD<br>RICHMOND, BC V6Y 2B3<br><br>U.S. DOLLAR ACCOUNT | CHEQUE NO. | 000252  X |

PAY One Hundred Two Thousand Eight Hundred Eighteen -------------------------------------------------- 88/100

DATE 09/06/2005    AMOUNT $**********102,818.88

POINT OF ENTRY
90300-003
TO TRADE SERVICES-VAN
9/12/2005

TO THE ORDER OF
Global Seafoods North America
11100 N.E. 8th St.
Suite 310
Bellevue, Washington 98004
USA

FMI FOOD MARKETERS INTERNATIONAL LTD.
U.S. DOLLAR ACCOUNT

PER V. [signature]

⑈000252⑈ ⑆10290⑈016⑆ 83000⑈070⑈    ⑈0010281888⑈

FMI 00687

EXHIBIT 40
Page 5 of 9

**Global Seafoods North America**

11100 NE 8th St., Suite 310  
Bellevue, WA USA 98004  
Phone 425.451.3705  
Fax    425.451.1067

604.275.3624    Sep 19    SEP 14 2005

**INVOICE No** 10372  
Dated: Sep 13, 2005

**Customer:**  
Food Marketers International  
#233-11951 Hammersmith Way  
Richmond, British Columbia, V7A 5H9  
Canada

**FOB point:** CFR Qingdao

**Ref no.:** APRU508188-8

| NN | Description | UOM | Number of units | Price per unit | Amount (USD) |
|----|-------------|-----|-----------------|----------------|--------------|
| 1. | Pink salmon H&G frozen bag 16kg | Kg. | 23,200.00 | 1.3200 | 30,624.00 |
| 2. | | | | | |
| 3. | FMI-224(5) a | | | | |
| 4. | | | | | |
| Total weight(lbs): | 51,146.72 | | | USD | 30,624.00 |

**Due date:** Sep 13, 2005

Interest will be charged at the rate of 1.5% per month on all overdue amounts.  
Purchaser is liable for costs, fees and expenses expended on collection of past due amounts.

**Bank details**

Beneficiary:            Global Seafoods North America, LLC  
Beneficiary's bank:     Wells Fargo Bank N.A.  
SWIFT code:             WFBIUS6S  
Routing number:         121000248  
Account number:         1101-850820

**IMPORTANT:** No claims allowed unless made in writing immediately on receipt of goods. Carrier must note spoilage or damage on bill. No exceptions.

FILE COPY

265 9/19/05

FMI 00688

EXHIBIT 40  
Page 6 of 9

Global Seafoods North America

11100 NE 8th St., Suite 310
Bellevue, WA USA 98004
Phone 425.451.3705
Fax 425.451.1057

604.275.3624

SEP 1 4 2005

# INVOICE No. 10373

Dated: Sep 13, 2005

**Customer:**
Food Marketers International
#233-11951 Hammersmith Way
Richmond, British Columbia, V7A 5H9
Canada

**FOB point:** C FR Qingdao

**Ref no.:** APRU508190-0

| NN | Description | UOM | Number of units | Price per unit | Amount (USD) |
|---|---|---|---|---|---|
| 1. | Pink salmon H&G frozen bag 15kg | Kg. | 23,200.00 | 1.3200 | 30,624.00 |
| 2. | | | | | |
| 3. | | | | | |
| 4. | *fmi-224 (J)  5.* | | | | |
| | Total weight(lbs): 51,146.72 | | | USD | 30,624.00 |

**Due date:** Sep 13, 2005

Interest will be charged at the rate of 1.5% per month on all overdue amounts.
Purchaser is liable for costs, fees and expenses expended on collection of past due amounts.

**Bank details**

Beneficiary: Global Seafoods North America, LLC
Beneficiary's bank: Wells Fargo Bank N.A.
SWIFT code: WFBIUS6S
Routing number: 121000248
Account number: 1101-850620

**IMPORTANT:** No claims allowed unless made in writing immediately on receipt of goods. Carrier must note spoilage or damage on bill. No exceptions.

FILE COPY

FMI 00689

EXHIBIT 40
Page 7 of 9

**Bent Holme**

**From:** "Thomas Hennessey" <tomh@globalseafoods.com>
**To:** "Bent Holme" <bholme@salmoncanada.com>
**Sent:** Tuesday, September 13, 2005 7:15 AM
**Subject:** RE: FMI-224 2 x 40' for Yijia Qingdao

OK

-----Original Message-----
From: Bent Holme [mailto:bholme@salmoncanada.com]
Sent: Monday, September 12, 2005 4:23 PM
To: Thomas Hennessey
Subject: FMI-224 2 x 40' for Yijia Qingdao

Hi Tom:

Re APRU 508109-0 and APRU 508118-8 per "Singapore" Sep 13 to Qingdao please fax me a.s.a.p. your Invoice and copy of Original B/L for our "cash" payment to you within 5 days.

As per contract, we suggest deduct bal. RYCO (US$ 32,200) off your Invoice since this is the last vessel of FMI-224 "cash" shipments. Please confirm your agreement.

Best regards
Bent


Bent Holme
FMI Food Marketers International Ltd.
Tel: (604) 275 3664
Fax: (604) 275 3624
e-mail: bholme@salmoncanada.com

FMI 00690

EXHIBIT 40
Page 8 of 9



| FMI FOOD MARKETERS INTERNATIONAL LTD.<br>#233 - 11951 HAMMERSMITH WAY<br>RICHMOND, BC CANADA V7A 5H9<br>Tel: (604) 275-3684 Fax: (604) 275-3624 | HSBC BANK CANADA<br>FORTUNA HOUSE<br>6168 NO. 3 ROAD<br>RICHMOND, BC V6Y 2B3 | 000265 |

U.S. DOLLAR ACCOUNT     CHEQUE NO.   000265

PAY  Twenty Nine Thousand Forty Eight -------------------------------------------------------------------- 00/100

DATE 09/19/2005     AMOUNT $**********29,048.00

TO THE ORDER OF
Global Seafoods North America
11100 N.E. 8th St.
Suite 310
Bellevue, Washington 98004
USA

FMI FOOD MARKETERS INTERNATIONAL LTD.
U.S. DOLLAR ACCOUNT

PER [signature]

⑈000265⑈ ⑆10290⑈016⑆ 83000⑈070⑈      ⑈00029048 00⑈

FMI 00691

EXHIBIT 40
Page 9 of 9