**REDACTED**

**From:** Bent Holme [mailto:bholme@salmoncanada.com]
**Sent:** Fri 1/6/2006 11:05 AM
**To:** SANGJINTRADINGCO.,
**Cc:** George Wilson; Harry; Mills, Mike; Grisham, Michael
**Subject:** FMI-224 (5) - Settlement

Dear Sam:

Further to our e-mail Jan 5 and your SJF 05414 of Dec 22 (Item 2)
re FMI-224 (5) 1 & 2 - regrettably our prospective buyer for
1 x 40' at Qingdao has been unable to obtain final commitment. Thus,
we have no alternative but to accept your offer US$ 1,450/MT x 25%
as our full/final settlement for also FMI-224 (5)-2 viz. same basis as
for FMI-224 (5)-1 at Bangkok.

Needless to say, if there is a n y way you can improve your offer
please advise.

Best regards - and thanks for your patience.

Bent


Bent Holme
FMI Food Marketers International Ltd.
Tel: (604) 275 3664
Fax: (604) 275 3624
e-mail: bholme@salmoncanada.com