**Bent Holme**

| | |
|---|---|
| **From:** | "Bent Holme" <bholme@salmoncanada.com> |
| **To:** | "Thomas Hennessey" <tomh@globalseafoods.com> |
| **Cc:** | "Ellen Thompson" <ellen@etscargo.com> |
| **Sent:** | Wednesday, September 07, 2005 11:13 AM |
| **Subject:** | L/C payments (Fusheng Group) "Singapore" V/093 & "Thailand" V/089 |

Hi Tom:

Please apply L/C M04N3509RS00032 (increased today by 100 MT) to following 9 containers:

APLU 691115-0    "Singapore"
CRLU 511024-9      "
APRU 505148-1      "
APRU 507820-3      "
APRU 507802-9      "
CRLU 121933-4      "
APRU 508430-9      "
APRU 502974-4      "
TRLU 186001-0      "

Please apply L/C M04N3508RS00712 to following 6 containers:

APLU 693415-4    "Thailand"
SEAU 525715-0      "
SEAU 526295-9      "
SEAU 525860-3      "
SEAU 525588-3      "
SEAU 525960-0      "

Letters of Credit details for following 3 packed (so far no vessel) containers will be advised within next couple days:

APRU 507892-3
CRLU 121911-8
APRU 501262-8

Hopefully you can comply ? If not, please give me a call.

Best regards
Bent


Bent Holme
FMI Food Marketers International Ltd.
Tel: (604) 275 3664

EXHIBIT 44
Page 1 of 7

FMI 00174

### Bent Holme

**From:** "Bent Holme" <bholme@salmoncanada.com>
**To:** "SANGJINTRADINGCO.," <sj9693@chol.com>
**Sent:** Wednesday, September 07, 2005 1:00 PM
**Subject:** Pending matters

Dear Sam:

Reference your SJF 05174 of Sep 07.

1: YS Trading/Chotiwat documents - noted/understood
   YS Trading/Yijia documents - noted/understood. Please confirm
   that Yijia address etc. is same as last year (FMI-218).

2: Fusheng Group - thanks increasing L/C M04N3509RS00032 by
   100 MT and shortly by further 50 MT. Also, thanks increasing
   (by next week) L/C M04N3508RS00712 by 100 MT to cover
   possible additional product.

3: Inter Plus - noted/understood re P2.5

4: Canadian Pink Salmon H&G P3/++ (top quality) - really wish
   you would try book up to 4 x 40' enabling your quality conscious
   customers to try this product which will be "major player" in future.
   Asking price now US$ 1,675/MT c&f Qingdao, Toted - subject to
   prior sale and T/T payment. Again, this would be ideal item for
   YS Trading to establish themselves as true "Quality supplier".

5: My E-mail Sep 06 - Correction: APRU 508118-9 should read
   APRU 508118-8

6: "Free time" extension - will try to assist.

That's all for now - I think.

Best regards
Bent


Bent Holme
FMI Food Marketers International Ltd.
Tel: (604) 275 3664
Fax: (604) 275 3624
e-mail: bholme@salmoncanada.com

SEP -7 2005

EXHIBIT 44
Page 2 of 7

FMI 00175

**Bent Holme**

From: "Ellen Thompson" <ellen@etscargo.com>
To: "Bent Holme" <bholme@salmoncanada.com>
Cc: "Tom Hennessey" <tomh@globalseafoods.com>
Sent: Wednesday, September 07, 2005 5:59 PM
Subject: update on all your containers

SEP - 7 2005

Bent,

I tried to reconcile the e-mails you sent earlier today, but I can't...So below is a list of what is booked...

*******************************************

APL Thailand V/089
ETD Dutch Habor: 9/6/05
ETA Qingdao: 9/27/05

SEAU525860-3 transloaded into APRU505117-8

SEAU525960-0 transloaded into APLU692278-6

SEAU525715-0 transloaded into TRLU199206-3

SEAU525588-3 transloaded into APRU500059-2

SEAU526295-9 transloaded into APLU692793-6

I have consignee as QINGDAO FUSHENG FOODSTUFFS

*******************************************

APL Thailand V/089
ETD Dutch Harbor: 9/6/05
ETA Qingdao: 9/27/05

SEAU525378-8 transloaded into APLU694887-8

SEAU526358-0 transloaded into TRLU194902-5

I have consignee as QINGDAO YILUFA GROUP

*******************************************

APL Singapore V/093
ETD Dutch Harbor: 9/13/05
ETA Qingdao: 9/27/05

APRU508118-8

APRU508109-0

I have consignee as   QINGDAO YIJIA FOODSTUFFS I/E CO. LTD.

EXHIBIT 44
Page 3 of 7

FMI 00176

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

APL Singapore V/093
ETD Dutch Harbor: 9/13/05
ETD Bangkok: 10/3/05

APRU500251-1 ✓

APRU507810-0 ✓

I have consignee as CHOTIWAT MANUFACTURING CO. LTD.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

APL Singapore V/093
ETD Dutch Harbor: 9/13/05
ETA Qingdao: 9/27/05

APRU501262-8 ✓
CRLU121911-8 ✓
APRU507892-3 ✓
APLU693415-4 ✓
APRU502974-4 ✓
TRLU186001-0 ✓
APRU507802-9 ✓
CRLU121933-4 ✓
APRU508430-9 ✓
APLU691155-0 ✓
CRLU511024-9 ✓
APRU507820-3 ✓
APRU505148-1 ✓   13

PLEASE ADVISE CONSIGNEE.....  FUSHENG

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Please let me know if you need anything changed....

Thanks!

Ellen
ETS Cargo
10655 N.E. 4th Street
Suite 400
Bellevue, WA 98004
Phone: 425.467.1804
Fax: 425.709.8831

EXHIBIT 44
Page 4 of 7

FMI 00177

**FMI**
**FOOD MARKETERS INTERNATIONAL LTD.**



Page 1 of 3
**********

e-mail: bholme@salmoncanada.com

#233 - 11951 Hammersmith Way
Richmond, B.C. V7A 5H9
Canada
Tel: (604) 275-3664
Fax: (604) 275-3624
www.salmoncanada.com

Date:       Sep 8, 2005
Fax:        822 572 9834
Company:    Sang Jin Trading Co.    Seoul, Korea
Attention:  Sam Lim
Subject:    Fusheng Group - shipments

*FAXED BY SEP - 8 2005*

Dear Sam:

Herewith latest official <u>line-up for Fusheng Group</u> against which we suggest to apply your Letters of Credit as per reconciliation faxed herewith:

"Thailand" etd Sep 6 - eta Sep 27:

| | | | |
|---|---|---|---|
| SEAU 525715-0 | transloaded to: | TRLU 199206-3 | 48,494.59 lbs. |
| SEAU 526295-9 | " | APLU 692793-6 | 47,912.57 lbs. |
| SEAU 525860-3 | " | APRU 505117-8 | 48,492.38 lbs. |
| SEAU 525588-3 | " | APRU 500059-2 | 48,419.63 lbs. |
| SEAU 525960-0 | " | APLU 692278-6 | 48,393.17 lbs. |

<u>242,472.95 lbs.</u> = abt. 110 MT  ✓
~~241,712.34~~

"Singapore" etd Sep 13 - eta Sep 27:

| | | |
|---|---|---|
| APRU 501262-8 | "bi" | 51,146.72 lbs. |
| CRLU 121911-8 | "bi" | 51,340.72 lbs. |
| APRU 507892-3 | "bi" | 48,501.20 lbs. |
| | "bo" | 2,645.52 lbs. |
| APLU 693415-4 | "bi" | 51,146.72 lbs. |
| APRU 502974-4 | "bi" | 50,786.66 lbs. |
| TRLU 186001-0 | "bi" | 50,730.05 lbs. |
| APRU 507802-9 | "bi" | 51,499.46 lbs. |
| CRLU 121933-4 | "bi" | 51,499.46 lbs. |
| APRU 508430-9 | "bi" | 51,499.46 lbs. |
| APLU 691155-0 | "bi" | 51,499.46 lbs. |
| CRLU 511024-9 | "bi" | 51,499.46 lbs. |
| APRU 507820-3 | "bi" | 51,499.46 lbs. |
| APRU 505148-1 | "bi" | 51,499.46 lbs. |

<u>666,793.81 lbs.</u> = abt. 302 MT

EXHIBIT 44
Page 5 of 7

FMI 00178


Page 2 of 3
\*\*\*\*\*\*\*\*\*\*\*

all of which we trust you will find in order.

<u>Re: Yijia</u> - APRU 508118-8 and APRU 508109-0 will go forward per "Singapore" V/093 etd Sep 13 - eta Qingdao Sep 27

<u>Re: Yilufa Group</u> - SEAU 525378-8 and SEAU 526358-0 will go forward per "Singapore" V/093 etd Sep 13 - eta Qingdao Sep 27

Please be guided accordingly.

Best regards

Bent

EXHIBIT 44
Page 6 of 7

FMI 00179

suppressed



Page 3 of 3
\*\*\*\*\*\*\*\*\*\*

Inter Plus Letters of Credit covering Fusheng Group:
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| Original M04N3508RS00712 Aug 24 | | US$ 217,500 |
| Less "Thailand" Sep 6    5 x 40' | | US$ 159,500 |
| Unused as of Sep 6 | | US$ 58,000 |
| Amended M04N3508RS00712 Sep 8 | increase by: | US$ 98,600 |
| Available as of Sep 8 | | US$ 156,600 |
| | | |
| Amended M04N3509RS00032 Sep 7 | | US$ 290,000 |
| Available as of Sep 8 | | US$ 446,600 |
| Less "Singapore" Sep 13    13 x 40' | | US$ 438,600 |
| Unused as of Sep 13 | | US$ 8,000 |

EXHIBIT 44
Page 7 of 7

FMI 00180