### Bent Holme

| | |
|---|---|
| From: | &lt;oleg@globalseafoods.com&gt; |
| To: | "Bent Holme" &lt;bholme@salmoncanada.com&gt; |
| Cc: | "Oleg Nikitenko" &lt;oleg@globalseafoods.com&gt;; "Thomas Hennessey" &lt;tomh@globalseafoods.com&gt;; "Harry" &lt;harry@salmoncanada.com&gt; |
| Sent: | Saturday, September 24, 2005 10:33 AM |
| Subject: | Re: Your Inv. C10261 1 x 40' |



1. Ours bank by 1 pm did not confirm transaction. Since Korea leave early I still wait for the follow conformation from you
1. 6 containers - where documents and money
2. 7 containers - where documents and money
3. 13 contaieners L/C shall be amended and we can present docuemtns ot the bank Monday - Tusday.

&gt;
&gt; Oleg/Tom:
&gt;
&gt; Ref. telcon half hour ago -  we have just (this very minute) received
&gt; confirmation from HSBC Bank Canada that payment of captioned
&gt; bill has been paid by issuing/reimbursing bank. Transfer amount
&gt; US$ 30,624.00
&gt;
&gt; Suggest that you ask Wells Fargo to contact HSBC Bank Canada
&gt; for verification (reference:  BPCHCV503277)
&gt;
&gt; Concerning Tom's message today, since it is already Sat. in Korea
&gt; it may not be possible to get requested message today or tomorrow.
&gt; Still, we have asked them to comply  - anyway.
&gt;
&gt; Please be guided accordingly.
&gt;
&gt;
&gt; Regds.
&gt; Bent
&gt;
&gt;
&gt; Bent Holme
&gt; FMI Food Marketers International Ltd.
&gt; Tel:  (604) 275 3664
&gt; Fax:  (604) 275 3624
&gt; e-mail:  bholme@salmoncanada.com
&gt;
&gt;

Oleg Nikitenko
11100 NE 8 street #310

EXHIBIT 45
Page 1 of 2

FMI 00281

## Bent Holme

**From:** "Bent Holme" <bholme@salmoncanada.com>
**To:** "Oleg Nikitenko" <oleg@globalseafoods.com>
**Sent:** Monday, September 26, 2005 11:32 AM
**Subject:** Payments.

SEP 26 2005

Oleg:

Re your phonecall today - as confirmed, HSBC Bank Canada paid Wells Fargo on Sep 23 your Inv. C10261 US$ 30,624.00. Please re-check as money must be there.

Also, as advised, today I had phonecall from New York office of Industrial Bank of Korea confirming that they remitted this morning to HSBC Bank Canada for transfer to Wells Fargo US$ 176,020.68 - your Inv. ECHO2886. On your receipt, please release promptly 6 x 40' to Yilufa and, also, please instruct QC Johnson to travel to Qingdao for immediate inspection of first 1 x 40' plus these 6 x 40'. Please confirm and ask him to coordinate with Merry China's Carol and Tony.

Meanwhile, Fusheng will amend Credits M04N3509RS00032 and M04N3508RS00172 covering 13 x 40' + 5 x 40'

I will phone Tom re Original documents for Cash transactions 2 x 40' each to Bangkok and Qingdao. These Originals mustbe couriered to us u r g e n t l y please.

Regds.
Bent


Bent Holme
FMI Food Marketers International Ltd.
Tel: (604) 275 3664
Fax: (604) 275 3624
e-mail: bholme@salmoncanada.com

EXHIBIT 45
Page 2 of 2

FMI 00284