**Bent Holme**

| | |
|---|---|
| From: | "Harry Guenther" <harry@salmoncanada.com> |
| To: | "Oleg Nikitenko" <oleg@globalseafoods.com> |
| Cc: | "Bent Holme" <bholme@salmoncanada.com> |
| Sent: | Monday, September 26, 2005 5:02 PM |
| Subject: | RE: Payment your Inv. ECHO2886 |

SEP 26 2005

-----Original Message-----
From: Oleg Nikitenko [mailto:oleg@globalseafoods.com]
Sent: September 26, 2005 2:27 PM
To: 'Bent Holme'
Cc: 'Harry'
Subject: RE: Payment your Inv. ECHO2886

Bent,

We still wait for the follow:

1. US$ 176,020.68

Money is on the way via HSBC. Confirmation received.

2. We submitted 7 containers with value of US $ 210,536 by 16 September 2005, please, confirm that documents are taking form bank and we will be paid this week.

Two letters of credit involved and in bank (Seoul Korea) now. Inter Plus will accept discrepancies if you are in agreement to accept your Q.C. inspectors report and if his report shows a problem with the quality of the product that you will accept negotiated settlement.

3. 13 containers value of US $390,099, L/C will be amended today and we can get conformation from ours bank about it and we can finally submit documents. However cargo is arrive later this week, please, see if you can arrange TT payment.

Our customer will not change payment terms to T.T.and insists on maintaining the L/C payment as originially contracted. He is in agreement to accept discrepancies. Due to your delay in preparing the paper work, we will likely be faced with demurrage charges with the upcoming Chinese holiday from Oct. 1st until Oct. 8th. Can you arrange with your shipping company to

9/26/2005

EXHIBIT 46
Page 1 of 3

FMI 00291

waive these charges?

Inspection, ours QC work on commission base and request deposit of $1500, please, let me know if you buyer can make it.
The concern about the quality inspection of the first container is serious enough that we don't feel $1,500.00 costs are any problem. We certainly will pay this amount if you agree to abide by your Q.C. Inspectors report.

Best Regards

Oleg Nikitenko

We also must have the original document on the two cash transactions, i.e. 2 x 40 Bangkok and 2 x 40 Qingdao.

Oleg, this problem is bigger than just communicating by email and phone. Is there any chance of having a meeting with you and Tom Hennesy in Bellingham tomorrow?


Harry

-----Original Message-----
From: Bent Holme [mailto:bholme@salmoncanada.com]
Sent: Monday, September 26, 2005 1:39 PM
To: Oleg Nikitenko
Cc: Thomas Hennessey; Harry
Subject: Payment your Inv. ECHO2886

Oleg:

HSBC Bank Canada just phoned to confirm payment and transfer to you today (Sep 26) of US$ 176,020.68

Suggest you phone Wells Fargo and have them verify with HSBC Bank Canada under Reference: BPCHCV503347

Meanwhile, again, please release these 6 x 40' today for inspection Sep 27/28 by your QC Johnson as promised last week. Failing to do so will result in delay and huge demurrage charges as Chinese holiday from Oct 1st to 8th. Oleg, your closest cooperation and assistance are needed and would be appreciated.

Please confirm accordingly.

Regards
Bent

EXHIBIT 46
Page 2 of 3

FMI 00292

Bent Holme
FMI Food Marketers International Ltd.
Tel: (604) 275 3664
Fax: (604) 275 3624
e-mail: bholme@salmoncanada.com

EXHIBIT 46
Page 3 of 3

FMI 00293