**Bent Holme**

**From:** "SANGJINTRADINGCO.," <sj9693@chollian.net>
**To:** "Bent Holme" <bholme@salmoncanada.com>
**Sent:** Wednesday, September 21, 2005 3:52 AM
**Subject:** Re: QC visit to Yilufa

Dear Bent          SJM 05311          Sept 21 2005

1. QC
   Please tell him to call Merry & Co in Shanghai as follows
   Tel: 021-6237-2031 (ex 222), PIC: Ms Caroline ( Mobile: 135 6412 0279)
   Ms Caroline will be Qingdao to take QC to Yilufa tomorrow. Please advise his name & mobile phone
   number just in case so thet she can contact him also.

2. Yilufa
   They refused to amend L/C today and they told me that L/C would never been amended unless I
   solve bad quality problem. So Inter plus must have abrupt financial problem due to Global's bad
   quality now. So this 1st container must be inspected by QC tomorrow and result must come out
   by return. And he has inspect 6 FCL to arrive in Qingdao on Sept 23rd with Yilufa people.
   Otherwise
   Yilufa will nwever amend L/C and Inter plus may be bankrupted.

3. Fusheng L/C
   Merry & Co will amend L/C after settlement of pending claim with Yilufa and then Inter plus' L/C to
   be amended as per your request. so pending claim must be settled urgently. Yilufa's point is that 1st
   container must be 19% less and balance containers must be same if same quality as 1st container.
   So I want you to check if balance shipment nust be better than 1st shipment or almost same quality
   first. If they must be all same, you have to confirm 19% less after QC's inspection. Of course I hope
   not.

B.RGDs SAm LIM

> --- Original Message ---
> From : "Bent Holme"<bholme@salmoncanada.com>
> To : "SANGJINTRADINGCO.,"<sj9693@chol.com>
> Cc :
> Date : Tue, 20 Sep 2005 15:08:16 -0700
> Subject : QC visit to Yilufa
>
> Dear Sam:
>
> QC could be in Qingdao by Sep 22 - 23 arriving from Beijing.
> Please inform us name of contact person at Yilufa and phone
> number. Incidentally, he is Chinese - not Alaskan.



EXHIBIT 42
Page 1 of 2

FMI 00237

### Bent Holme

**From:** "Bent Holme" <bholme@salmoncanada.com>
**To:** "Oleg Nikitenko" <oleg@globalseafoods.com>
**Cc:** "Thomas Hennessey" <tomh@globalseafoods.com>
**Sent:** Tuesday, September 20, 2005 11:52 AM
**Subject:** FMI-224

Hi Oleg:

We have just received word that Merry China/Yilufu Group will agree to amend L/C (our M04N3508RS00192 & M04M3508RS00712) provided compensation 19% for FMI-224 (1) [Inv.C10261] and also, to compensation if 2nd shipment (6 x 40') is of same quality as FMI-224 (1). Because 2nd shipment due to arrive at Qingdao on Sep 21/22 it is imperative that we know t o d a y what to do so I can phone China tonight.

Oleg, your cooperation and assistance are needed - please.

Best regards
Bent


Bent Holme
FMI Food Marketers International Ltd.
Tel: (604) 275 3664
Fax: (604) 275 3624
e-mail: bholme@salmoncanada.com

SEP 20 2005

EXHIBIT 47
Page 2 of 2

FMI 00232

**Bent Holme**

From: "SANGJINTRADINGCO.," <sj9693@chollian.net>
To: "Bent Holme" <bholme@salmoncanada.com>
Sent: Tuesday, September 20, 2005 10:22 AM
Attach: ATT00101.eml
Subject: Fwd: Re: FMI-224

Dear Bent                                              Sept 20 2005

Yilufa refused to amend L/C if we don't confirm to compensate 19% now for FMI-224 (1) and confirm to compensate if 2nd shipment is same as 1st container as enclosed mail

Quote AnyThank you very much for your suggestions regarding the quality problem. We had talked with YiLuFa at length this afternoon, they answered, they can only amend the L/C after getting the confirmation or definite answers about their claim of the 1st container, meanwhile, they need the confirmation of the quality of the 2nd shipment, although the containers are arriving on or about tomorrow. They're very determined and insist on this very much. So we suggest you to confirm the 19% bruised meat, say US$7405.44 compensation at once, then you can come to Qingdao and inspect the cargo by yourselfe or anyone you designated to determine the final percentage of the bruised meat. We'll persuade YiLuFa with this solution, please kindly advise your thoughts soon.unquote

Inter Plus will pay for it tomorrow but Yilufa regected it due to bad quality. Please advise what I am supposed to do. Your cooperation and certain resolutioin is eagerly required within today.

B.RGDS SAM LIM

Àü亰,ÞÀÌÀÇ ³»¿ë(°»¾®+Ã·ºÎÆÄÀÏ)À» ÞÀÌ¿¡ Ã·ºÎµÇ¾î ¹¼ÛÀÌ µË´Ï´Ù.




CHOL(½½¿¡Ã¾¼Ã¾¤)                                    http://www.CHOL.com

EXHIBIT 47
Page 3 of 3

FMI 00230