**Bent Holme**

From: "Oleg Nikitenko" <oleg@globalseafoods.com>
To: "Harry Guenther" <harry@salmoncanada.com>
Cc: "Bent Holme" <bholme@salmoncanada.com>; "Thomas Hennessey" <tomh@globalseafoods.com>
Sent: Monday, October 10, 2005 10:50 AM
Subject: RE: QC Johnson Inspection Qingdao Oct 10

OCT 1 1 2005

I will explain you what is going on. WE have agreement FMI 224 for 33 container, since last year you failed to open L/C for full cargo I asked you to put deposit of $50k. We shipped product to you, but your L/C does not give us enough time to prepare all documents, due to fact some of them done by government, plus for last 13 Bent spent too much time to change them.

1. for 13 containers I did not receive full payment, we just sent documents to bank and facing between 10-15 days demurrage. Bent lay to me when he said L/C will be amendment, we do not see any evidence.
2. 7 Containers, please, ask your buyer send documents bank we are facing 15-25 days demurrage, if I have documents I will start look for buyer, other way demurrage and cost will be much higher.
3. $110,000 deposit, you will back minus $1500 inspection fee in China, Bent confirmed it, minus all demurrage for 20 containers and if I have to sale for big discount I will hold differences from deposit.

Please, keep in mind you violate sale agreement, Not me and if it cost money you shall pay for that.

Best Regards

Oleg Nikitenko

-----Original Message-----
From: Harry Guenther [mailto:harry@salmoncanada.com]
Sent: Monday, October 10, 2005 10:05 AM
To: oleg@globalseafoods.com
Cc: Bent Holme
Subject: RE: QC Johnson inspection Qingdao Oct 10

Oleg,

You really have me confused on this one. I'm trying awfully hard to understand what is going on and just where we/you stand on the contracts for a total of 33 containers. Please advise and let me know if the following is correct.

1. As I see it now you have received payment for goods delivered, (i.e. 13 containers.)

2. 7 containers shipped but documents had discrepancies, resulting from your end, which the customer will not change until

EXHIBIT 48
Page 1 of 3

FMI 00358

    he/they get assurances claims will be honoured for the heavily bruised product.

3. You, in turn, will not send original documents, as needed to release the goods, until you get your money. And are now
  telling us you intend to sell the seven (7) containers elsewhere.

4. You have informed us (as I read it) you have sold the (13) thirteen containers elsewhere.

5. Sale of the 13 containers was made after you told me you would honour all contracts after FMI (Harry Guenther) advanced
  to you $110,000 US (one hundred, ten thousand US Dollars) on token of good faith that you requested. You asked if I
  trusted you and to this I proved my position with the advance.

6. I would now respectfully request you to return my/our $110,000. immediately as per you commitment. There is no
  alternative for us/me now as you have sold all product and have now been fully paid for the product for goods received
  by our customers and from your subsequent sales.

Harry

-----Original Message-----
From: oleg@globalseafoods.com [mailto:oleg@globalseafoods.com]
Sent: October 7, 2005 4:06 PM
To: Bent Holme
Cc: oleg@globalseafoods.com; Harry; George Wilson; Thomas Hennessey
Subject: Re: QC Johnson inspection Qingdao Oct 10

Bent,

First at all I confuse more, if Johnson arrive by Friday, Yilifa was not ready, samples were not defrost etc. If they will not be ready on Monday, I think you waist my time.
13 containers sold out as I told you. About 7, I have so many messages from you and right now I realise you do not know what is going on. As soon as bank return documents this week I will start sale them as well.

> Oleg:
>
> It is 1 + 6 - refer your Inv. C10261 and ECH02886 both of which
> paid to you quite a while ago. Yilufa believes 6 containers likely same
> quality as 1st. Thanks confirming Johnson will be in Qingdao Oct 10.
> Carole (Merry China) and Sam Lim will be there too. Okay to deduct
> agreed US$ 1,500 for Johnson fee and travel.
>
> Meanwhile please advise urgently status on "new" 7 + 13 = 20 x 40' ??

EXHIBIT 48
Page 2 of 3

FMI 00359

> Have you sold them elsewhere ? We must tell our buyer what's
> happening.
>
> Regds.
> Bent
>
> Regds.
> Bent Holme
> ----- Original Message -----
> From: <oleg@globalseafoods.com>
> To: "Bent Holme" <bholme@salmoncanada.com>
> Cc: "Oleg Nikitenko" <oleg@globalseafoods.com>; "Harry"
> <harry@salmoncanada.com>; "George Wilson" <georgew@salmoncanada.com>
> Sent: Friday, October 07, 2005 1:40 PM
> Subject: Re: QC Johnson inspection Qingdao Oct 10
>
>
> Bent,
>
> I do not know what 7 containers you are taking. You paid of you you refuse
> to acsept documents? If it is new seven, Johnson will waist time, since you
> did not pay for them, if it is old 7, it is other story. However you buyer
> shall see fish before holiday any feet back?
> Johnson will be in Quingdao, please confirm to deduct from your deposit
> $1500 for his travel and fees.
>
>
>> Oleg:
>>
>> Reference your e-mail Oct 2 (Item 6) - please note that our buyer
>> Sam Lim of Sang Jin Trading Co., Korea, arrives in Qingdao on
>> Oct 10 (at 9:10 am by CA 334) in order to look at Yilufa's 7 x 40'.
>> We believe he has already spoken with Johnson who, at that time,
>> had not be instructed to travel to Qingdao.
>>
>> Please re-confirm today that Johnson will be available at Qingdao on
>> Oct 10 for such joint inspection. Thanks.
>>
>> Regds.
>> Bent
>>
>>
>>
>> Bent Holme
>> FMI Food Marketers International Ltd.
>> Tel: (604) 275 3664
>> Fax: (604) 275 3624
>> e-mail: bholme@salmoncanada.com
>>

EXHIBIT 48
Page 3 of 3

FMI 00360