**Bent Holme**

| | |
|---|---|
| From: | "Harry Guenther" <harry@salmoncanada.com> |
| To: | "Oleg Nikitenko" <oleg@globalseafoods.com> |
| Cc: | "George Wilson" <georgew@salmoncanada.com>; "Bent Holme" <bholme@salmoncanada.com> |
| Sent: | Tuesday, October 11, 2005 3:32 PM |
| Subject: | FW: QC Johnson inspection Qingdao Oct 10 |

-----Original Message-----
From: Oleg Nikitenko [mailto:oleg@globalseafoods.com]
Sent: October 10, 2005 10:50 AM
To: 'Harry Guenther'
Cc: 'Bent Holme'; 'Thomas Hennessey'
Subject: RE: QC Johnson inspection Qingdao Oct 10

My response in RED

I will explain you what is going on. WE have agreement FMI 224 for 33 container, since last year you failed to open L/C for full cargo I asked you to put deposit of $50k. We shipped product to you, but your L/C does not give us enough time to prepare all documents, due to fact some of them done by government, plus for last 13 Bent spent too much time to change them.

For the record. FMI quantity reads min. 1,000 MT (+/- 10%) You have only shipped 33 c
containers. The quantity was firm for the 1,000 MT and not subject to production as per
your request. Therefore you were obligated to ship min. 900MT and not the 750.8 MT as
is the case..
Also the $50,000, (which in fact was $52,200 US$) which was requested by you (Oleg).
This money was for part costs of the fish cleaning equipment you wanted to install in
your plant in order to do the volume you/we wanted)
The L/C was/is no different then last years in terms of time and also the same
Government was working with you last year to meet and met the schedules. Changes needed to be made were in your hands to do, Bent/FMI were not in control.
Contract was signed by you on Feb./16/05. No request for changes for additional days
by you were made until Sept. 20/05

1. for 13 containers I did not receive full payment, we just sent documents

EXHIBIT 49
Page 1 of 6

FMI 00371

to bank and facing between 10-15 days demurrage. Bent lay to me when he said L/C will be amendment, we do not see any evidence.

L/C would be amended, subject to your agreement to honour the claims based on the
findings of the QC people arranged by you. Mr Johnson was your choice and based on
his findings you were/would be guided. This was according to our verbal agreement.
By the way Bent did not lie to you.

2. 7 Containers, please, ask your buyer send documents bank we are facing 15-25 days demurrage, if I have documents I will start look for buyer, other way demurrage and cost will be much higher.

You were to send the original documents to the bank for relay to Korean bank for release
of goods. Buyer has been waiting for the documents which not received in Seoul until
Sept. 27 and 29 respectively. No demurrage would have been necessary if you would
have presented documents to bank within required time limits.

3. $110,000 deposit, you will back minus $1500 inspection fee in China, Bent confirmed it, minus all demurrage for 20 containers and if I have to sale for big discount I will hold differences from deposit.

a. The $110,000. USD is not a amount to alter. You said you would pay back and made no conditions when you request the money. You stated you would fulfill the contract
 as is with no charges including paying the demurrage. You did say that I would receive
 the money after the contract was over and I would now ask you to fulfill your agreement and return
 my money as there is nothing more that will come of this contract as you have made clear.

b. We agreed to pay the $1,500. to get the inspection up and running. This would be taken off the
 what commissions we earned rather than the $110,000. Same thing only different accounting.
c. Re your taking back the 13 containers shipped on "Singapore". You told us that you had a
 chance to sell them between $1,400. and $1,450 per MT, this being higher than what you had
 contracted with us.

d. As we are paying for the inspection report we would request you send us a copy of QC Johnson's'

EXHIBIT 49
Page 2 of 6

FMI 00372

full report.

Please, keep in mind you violate sale agreement, Not me and if it cost money you shall pay for that.

As you can read from the above. Your actions have been the cause and only you can make it right.
Please honour your contract and agreements. It is good business to do the honourable and right moves.
Your money hasn't been in jeopardy, the road blocks you have set up have/are costly and time consuming.

Best regards to you too,

Harry Guenther

Best Regards

---

Oleg Nikitenko
-----Original Message-----
From: Harry Guenther [mailto:harry@salmoncanada.com]
Sent: Monday, October 10, 2005 10:05 AM
To: oleg@globalseafoods.com
Cc: Bent Holme
Subject: RE: QC Johnson inspection Qingdao Oct 10

Oleg,

You really have me confused on this one. I'm trying awfully hard to understand what is going on and just where we/you stand on the contracts for a total of 33 containers. Please advise and let me know if the following is correct.

1. As I see it now you have received payment for goods delivered, (i.e. 13 containers.)

2. 7 containers shipped but documents had discrepancies, resulting from your end, which the customer will not change until
    he/they get assurances claims will be honoured for the heavily bruised product.

3. You, in turn, will not send original documents, as needed to release the goods, until you get your money. And are now
    telling us you intend to sell the seven (7) containers elsewhere.

4. You have informed us (as I read it) you have sold the (13) thirteen containers elsewhere.

5. Sale of the 13 containers was made after you told me you would honour all contracts after FMI (Harry Guenther) advanced

EXHIBIT 49
Page 3 of 6

FMI 00373

to you $110,000 US (one hundred, ten thousand US Dollars) on token of good faith that you requested. You asked if I
  trusted you and to this I proved my position with the advance.

6. I would now respectfully request you to return my/our $110,000. immediately as per you commitment. There is no
  alternative for us/me now as you have sold all product and have now been fully paid for the product for goods received
  by our customers and from your subsequent sales.

Harry

-----Original Message-----
From: oleg@globalseafoods.com [mailto:oleg@globalseafoods.com]
Sent: October 7, 2005 4:06 PM
To: Bent Holme
Cc: oleg@globalseafoods.com; Harry; George Wilson; Thomas Hennessey
Subject: Re: QC Johnson inspection Qingdao Oct 10


Bent,

First at all I confuse more, if Johnson arrive by Friday, Yilifa was not ready, samples were not defrost etc. If they will not be ready on Monday, I think you waist my time.
13 containers sold out as I told you. About 7, I have so many messages from you and right now I realise you do not know what is going on. As soon as bank return documents this week I will start sale them as well.

> Oleg:
>
> It is 1 + 6 - refer your Inv. C10261 and ECH02886 both of which
> paid to you quite a while ago. Yilufa believes 6 containers likely same
> quality as 1st. Thanks confirming Johnson will be in Qingdao Oct 10.
> Carole (Merry China) and Sam Lim will be there too. Okay to deduct
> agreed US$ 1,500 for Johnson fee and travel.
>
> Meanwhile please advise urgently status on "new" 7 + 13 = 20 x 40' ??
> Have you sold them elsewhere ? We must tell our buyer what's
> happening.
>
> Regds.
> Bent
>
> Regds.
> Bent Holme
> ----- Original Message -----
> From: <oleg@globalseafoods.com>
> To: "Bent Holme" <bholme@salmoncanada.com>
> Cc: "Oleg Nikitenko" <oleg@globalseafoods.com>; "Harry"

EXHIBIT 49
Page 4 of 6

FMI 00374

> <harry@salmoncanada.com>; "George Wilson" <georgew@salmoncanada.com>
> Sent: Friday, October 07, 2005 1:40 PM
> Subject: Re: QC Johnson inspection Qingdao Oct 10
>
>
> Bent,
>
> I do not know what 7 containers you are taking. You paid of you you refuse
> to acsept documents? If it is new seven, Johnson will waist time, since you
> did not pay for them, if it is old 7, it is other story. However you buyer
> shall see fish before holiday any feet back?
> Johnson will be in Quingdao, please confirm to deduct from your deposit
> $1500 for his travel and fees.
>
>
>> Oleg:
>>
>> Reference your e-mail Oct 2 (Item 6) - please note that our buyer
>> Sam Lim of Sang Jin Trading Co., Korea, arrives in Qingdao on
>> Oct 10 (at 9:10 am by CA 334) in order to look at Yilufa's 7 x 40'.
>> We believe he has already spoken with Johnson who, at that time,
>> had not be instructed to travel to Qingdao.
>>
>> Please re-confirm today that Johnson will be available at Qingdao on
>> Oct 10 for such joint inspection. Thanks.
>>
>> Regds.
>> Bent
>>
>>
>>
>> Bent Holme
>> FMI Food Marketers International Ltd.
>> Tel: (604) 275 3664
>> Fax: (604) 275 3624
>> e-mail: bholme@salmoncanada.com
>>
>>
>
>
>
> Oleg Nikitenko
> 11100 NE 8 street #310
> Bellevue WA 98004 USA
>

Oleg Nikitenko

EXHIBIT 49
Page 5 of 6

FMI 00375

## Harry Guenther

**From:** Oleg Nikitenko [oleg@globalseafoods.com]
**Sent:** October 14, 2005 4:30 PM
**To:** 'Harry Guenther'
**Subject:** RE: documents

Generally QC report was good, quality was better then last year. Korean buyer said he will use all fish for canning.

Best Regards

Oleg Nikitenko

---

**From:** Harry Guenther [mailto:harry@salmoncanada.com]
**Sent:** Friday, October 14, 2005 3:08 PM
**To:** Oleg Nikitenko
**Subject:** RE: documents

Are you now suggesting that you would negotiate the 15 to 19% potential claim on these containers? And you will pick up the demurrage or what is you proposal?

What was QC findings? How come no response to my questions. Keep in mind too these demurrage charges you already told me you would look after costs after advanced the $110,000. Plus they wouldn't have been any demurrage if you would have sent all documents.

-----Original Message-----
**From:** Oleg Nikitenko [mailto:oleg@globalseafoods.com]
**Sent:** October 14, 2005 1:45 PM
**To:** 'Harry Guenther'
**Subject:** RE: documents

They have it by 27-29 September and just return, We will have big demurrage, which you shall be full responsible. Unless you want to pay different for this cargo and keep it.

Best Regards

Oleg Nikitenko

---

**From:** Harry Guenther [mailto:harry@salmoncanada.com]
**Sent:** Friday, October 14, 2005 1:27 PM
**To:** Oleg Nikitenko
**Subject:** documents

Re your message to Mr. Holme.

We understand documents are being returned to you from bank.


Harry Guenther
F.M.I. Food Marketers International Ltd.
Phone: (604) 275 3664
Fax:    (604) 275 3624
email: harry@salmoncanada.com
website: www.salmoncanada.com

15/10/2005

EXHIBIT 49
Page 6 of 6

FMI 00376