# Oleg Nikitenko

**From:** Oleg Nikitenko [oleg@globalseafoods.com]
**Sent:** Friday, September 23, 2005 11:05 AM
**To:** 'Bent Holme'
**Cc:** 'Thomas Hennessey'
**Subject:** FMI 224

Bent,

Once again I want to stress the follow:
1+ 6 containers in China, We need swift massage from ours bank that documents were exchanged to money and we will be paid.
7 containers will be in China in few days – documents in Korean bank we need swift massage from our bank that documents were exchanged to money and we will be paid.
13 containers, we did not submit documents due to L/C discrepancy - you shall amended L/C, that we can submit documents early next week. So far you refuse to do it.

Best Regards

Oleg Nikitenko
11100 NE 8 street #310
Bellevue WA 98004 USA
Phone 1 425 451-0565
Fax    1 425 451-1067
www.globalseafoods.com

EXHIBIT 50
Page 1 of 1
FMI 00275