

# FMI
## FOOD MARKETERS INTERNATIONAL LTD.

#233 11951 Hammersmith Way
Richmond, B.C. Canada
V7A 5H9
Tel: (604) 275-3664
Fax: (604) 275-3624

www.salmoncanada.com

| | | | |
|---|---|---|---|
| To: | HSBC | Attention: | Christine Yu |
| From: | Tracey | Date: | Sept.29/05 |

Please wire the following funds today (important)

To: Beneficiary: Global Seafoods North America
    Bank:       Wells Fargo Bank West N.A.
    Swift:      WFBIUSGS
    Routing:   121000248
    Acct. #:   1101-850620

Amount:   $ 110,000.00 US

Please debit our US account 830001-070

Please fax me confirmation of wire instructions so that I may assure my customer it has been sent.

Thanks,

*[signature]*


FAXED
SEP 29 2005
BY:

EXHIBIT 52
Page 1 of 2

FMI 00305

## Bent Holme

**From:** <oleg@globalseafoods.com>
**To:** "Guenther Harry" <harry@salmoncanada.com>; "Bent Holme" <bholme@salmoncanada.com>
**Sent:** Sunday, October 02, 2005 1:15 PM
**Subject:** FMI 224

Please, see below summary of last week:

1. Six contaieners paid off
2. Two containers to Bankok and two containers to China - documents sent to you by DHL.
3. Seven contaieners - dociments submited to bank by 14 Septemeber, sent to your bank by Wells Fargo by 16 September. Acording with Bent documents for five contaieners is missing, no news from you by end of the week. From other hand your buyer does not wnat to release them and send back to you or acsept them.
We asked ours bank to trase documents last week. In case your buyer return them you shall take full finantial responcibility for that.
4. 13 containers - we wait till L/C will be amended soon, acording with Bent, your buyer apply for that.
5. $110,000 received - total your obligation around $501,000 under FMI 224
6. Ours QC failed to buy tickets due to holiday in China - He will be in Quingdao by 10 October. However I am doubt that your buyer will be ready for inspection, first day after holiday and no time to defrost product. Also by Friday your buyer shall defrost samples, if they did where is report. I do not want to waist money for inspection.

Oleg Nikitenko
11100 NE 8 street #310
Bellevue WA 98004 USA

*OCT - 3 2005*

EXHIBIT 52
Page 2 of 2

FMI 00320