## Bent Holme

**From:**    "SANGJINTRADINGCO.," <sj9693@chollian.net>
**To:**      "Bent Holme" <bholme@salmoncanada.com>
**Sent:**    Friday, September 30, 2005 5:52 AM
**Subject:** Re: As below

Dear Bent          SJF 05225          Sept 30 2005

AA. FMI-224

Thanks for your calling but every chinese people were all upset about Global's unacceptable action to hold cargo and left for long holiday today. QC Johnson failed to book flight to Qingdao and went long holiday also. Global's reckless action jeopardized everything here indeed.

1. Yilufa

Yilufa refused to amend L/C untill last 2 FCL to be released and <u>IP has to pay for it till Oct 6th on due date.</u> So I have no choice to send this cargo to Yijia now as same condition with Yilufa, which means claim amount (percentage) to be settled after joint inspection of QC Johnson & Yijia just after long holiday. Maybe it's much better than dealing with tough Yijia. I think Global must like it also.

So please send me Global's letter to transfer these 6 FCL to Qingdao Yijia from Yilufa ( because paymentt was done already) and 2 FCL also upon receipt payment according to Sang Jin & FMI's request. It's required to get our H.O, YS Trading's confirmation because they must be concerned if these cargo won't be transferred by Yilufa later. Yilufa can't do that because they have never paid yet and refused to amend L/C so far. As IP paid it already, IP can allow Yijia to take it, if all expenses to be covered by IP except demurrage (demurrage must be covered by Global as you know & agree it). Then, last 2 FCL can be paid on due date without problem though Yilufa didn't amend L/C and it's holiday in China next week.

Best solution is only this, I think and you & Global must agree it because it's holiday whole week next week. As Yijia is fairer than Yilufa, they won't insist on 19% only. They will settle it much better with Johnson, (maybe 10% ?)

Please review and send me Global's firm letter in favor of Qingdao Yilia and fax me by return if you agree it. Otherwise let me keep fighting with Yilufa after long holiday.

After all, Yilufar takes first container only after QC Johnson's inspection and Yijia will take balance 8 FCL.

2. San Yang

They are quite different from Yilufa. they took lot of products from us so far and no problem at all. So you don't have to treat them like Yilufa. Anyway as 1st arrived container turned out terrible, it's true that Merry is very concerned bout quality of balance quantity all because they think i was cheated by Global this year. Me too frankly. However you may be right to see all first. Anyway I want you to

EXHIBIT 53
Page 1 of 2

FMI 00315

have
Global released holded cargo urgently.

### 3. YS Trading :

Please don't forget to send original documents to Chotiwat (not YS Trading) & Yijia by return. As it's

too late, please send it to Chotiwat without I n v o i c e  only not YS Trading.

### 4. Please refer to  mails from YS Trading & Merry

Quote

1. YS Trading

You knew TT gone Sept 4th and Sept 15th. When is ETA BKK.  I should advise to BKK. I

need exact ETD/ETA shipping details. except invoice, send to  BKK  direct. China already

arrived.

2. Yilufa

The 6 containers were cleared Customs and all will be in YLF factory this afternoon. The

2 containers are still held by the shipping agent. Sorry, the workers have left and the

workshops are closed for holiday at 10:00 this     morning. YLF can only be ready for the

inspection earliest on Oct. 05.

3. Fusheng

As Yilufa case is nothing to do with Sanyang, the shipper/APL hold this cargo is

unreasonable at all. Now Sanyang feel nervous due to they can not pick up the cargo

even though they have 1/3 original documents of first 5 FCL. How you/shipper can

guarantee Sanyang can take all cargo after payment is done? Under this situation,

Sanyang insist on that all cargo must be released first of all,  then will amend L/C and

proceed with payment accordingly.

According to our company policy, please note we Merry can not amend "48: 21 days

instead of 15 days" in ILC 92205A0079 & #28511524, as Sanyang can not amend the

period for presentation to 28 days in LC#28511524, due to their Yamaguchi bank never

allow period for presentation more than 21 days.   Unquote

### BB. Capelin

IP confirmed 2 FCL of 46/50 at $2,225/MT C&F Busan with 2 shipments at an interval of 2

weeks but they want you accept fax copies of shipping documents within 15 days (not 10

days) upon receipt it.

### B.RGDS SAM LIM

--- Original Message ---
From : "Bent Holme"<bholme@salmoncanada.com>
To : "SANGJINTRADINGCO.,"<sj9693@chol.com>
Cc : "Harry"<harry@salmoncanada.com>, "George Wilson"<georgew@salmoncanada.com>
Date : Thu, 29 Sep 2005 14:54:04 -0700
Subject : As below

EXHIBIT 33
Page 2 of 2

FMI 00316

