-----Original Message-----
From: oleg@globalseafoods.com [mailto:oleg@globalseafoods.com]
Sent: October 22, 2005 12:51 PM
To: Guenther Harry
Cc: Thomas Hennessey
Subject: first numbers for demurrage

After we sold 13 containers, which you shall take, but failed to open valuble L/C cost of demurrage is: 11,678.80 this amount will be deducted from deposit.

As I understand this. We did open L/C but you refused to amend and to assure you would honour the customers claim for quality discrepancy according to contract. Also your inability or refusal to send documents in the time required in the contract and to send sufficient copies as per contract and good business standards.

Now that you have sold the product and at prices higher than your agreement with us and because of the decisions you made for it to be impossible for our customers to get the product, it would be proper for you to pay the demurrage as you obviously made more money than you would have had you honoured the contract signed with us. Therefore I would expect you to pay and reimburse me/us in full.

Please, be advices that we still do not have back documents for 7 containers from bank and can not more them or sale, they still collecting demurrage.

Again, please read the message below sent to you on Oct.19/05, explaining to you what you would need to do to get the documents. As it is Merry Co. already is an account you sell direct to surely you would want to keep his confidence in you and your company as they certainly know this fish is/was yours.

"quote

Oleg,

Following is the response we got, from agent Sam Lim, re the recovery of the documents from Fusheng, issuer of L/C. As you can read Fusheng will remit the documents to you (you being the shipper and in control of goods) as soon as you agree to honouring his claim. The claim being the result of your actions. As you can see our hands are tied, it is, as it always has been, in your hands.

We will be faxing you a copy of the backup, but the number is $6,280.58 US. This is to be transferred direct to Merry's account. We will fax information re Merry's banking information. Regards,

Harry

SJF 05250 Oct 18 2005

Good afternoon

1. Fusheng

I push them to send documents back but they sent me Claim Note as enclosed today. As cargo was

holded by shipper in Qingdao, buyer can do it, I think. So I want you to tell shipper, Global, to remit

this claim to Fusheng directly to get documents back shortly.

2. Mr. Johnson

I tried to get hold of him at his office & mobile phone several times but couldn't get through. I think he

is now on business trip. As you have his email address, why don't you to send mail to him ?

Because I will be Sakhalin, Russia from tomorrow till next monday.?

3. Debit Notes SGI 0504 & 0505 : Thanks

incl: Fusheng Claim

2

EXHIBIT 54
Page 1 of 2

FMI 00382

RGDS SAM LIM

unquote"

Harry Guenther

F.M.I. Food Marketers International Ltd.

Phone: (604) 275 3664

Fax: (604) 275 3624

email: harry@salmoncanada.com <mailto:harry@salmoncanada.com>

Oleg Nikitenko
11100 NE 8 street #310
Bellevue WA 98004 USA

3

EXHIBIT 54
Page 2 of 2

FMI 00383