**Oleg Nikitenko**

---

**From:** Harry Guenther [harry@salmoncanada.com]
**Sent:** Monday, October 10, 2005 10:05 AM
**To:** oleg@globalseafoods.com
**Cc:** Bent Holme
**Subject:** RE: QC Johnson inspection Qingdao Oct 10

Oleg,

You really have me confused on this one. I'm trying awfully hard to understand what is going on and just where we/you stand on the contracts for a total of 33 containers. Please advise and let me know if the following is correct.

1. As I see it now you have received payment for goods delivered, (i.e. 13 containers.)

2. 7 containers shipped but documents had discrepancies, resulting from your end, which the customer will not change until
    he/they get assurances claims will be honoured for the heavily bruised product.

3. You, in turn, will not send original documents, as needed to release the goods, until you get your money. And are now
    telling us you intend to sell the seven (7) containers elsewhere.

4. You have informed us (as I read it) you have sold the (13) thirteen containers elsewhere.

5. Sale of the 13 containers was made after you told me you would honour all contracts after FMI (Harry Guenther) advanced
    to you $110,000 US (one hundred, ten thousand US Dollars) on token of good faith that you requested. You asked if I
    trusted you and to this I proved my position with the advance.

6. I would now respectfully request you to return my/our $110,000. immediately as per you commitment. There is no
    alternative for us/me now as you have sold all product and have now been fully paid for the product for goods received
    by our customers and from your subsequent sales.

Harry

-----Original Message-----
From: oleg@globalseafoods.com [mailto:oleg@globalseafoods.com]
Sent: October 7, 2005 4:06 PM
To: Bent Holme
Cc: oleg@globalseafoods.com; Harry; George Wilson; Thomas Hennessey
Subject: Re: QC Johnson inspection Qingdao Oct 10

Bent,

First at all I confuse more, if Johnson arrive by Friday, Yilifa was not ready, samples were not defrost etc. If they will not be ready on Monday, I think you waist my time. 13 containers sold out as I told you. About 7, I have so many messages from you and right now I realise you do not know what is going on. As soon as bank return documents this week I will start sale them as well.

> Oleg:
>
> It is 1 + 6 - refer your Inv. C10261 and ECH02886 both of which paid
> to you quite a while ago. Yilufa believes 6 containers likely same
> quality as 1st. Thanks confirming Johnson will be in Qingdao Oct 10.
> Carole (Merry China) and Sam Lim will be there too. Okay to deduct
> agreed US$ 1,500 for Johnson fee and travel.

1

EXHIBIT 55
Page 1 of 1

0049