## Bent Holme

**From:** "Harry Guenther" <harry@salmoncanada.com>
**To:** "Bent Holme" <bholme@salmoncanada.com>
**Cc:** "George Wilson" <georgew@salmoncanada.com>
**Sent:** Tuesday, October 11, 2005 1:22 PM
**Subject:** FW: Seven containers

-----Original Message-----
**From:** Harry Guenther [mailto:harry@salmoncanada.com]
**Sent:** October 11, 2005 1:19 PM
**To:** Oleg Nikitenko
**Subject:** RE: Seven containers

As I have stated in my previous correspondence, you agreed to fulfill the contracts as originally agreed to and absorb any of the costs including demurrage. I fully expect and want to have my full $110,000. returned to me as you said you would.

The 7 containers you refer to, Bent will address that with you in his usual proficient, efficient and honest manner.

Regards to you,

Harry

-----Original Message-----
**From:** Oleg Nikitenko [mailto:oleg@globalseafoods.com]
**Sent:** October 11, 2005 12:16 PM
**To:** 'Harry Guenther'; 'Bent Holme'
**Cc:** 'Thomas Hennessey'
**Subject:** Seven containers

We were informed, that your buyer tried to take cargo form container yard. We still do not have documents for 7 containers back, also no payment come. We hold you full responsible for demurrage and other damages which we can have relate to this cargo.

Best Regards

Oleg Nikitenko
11100 NE 8 street #310
Bellevue WA 98004 USA
Phone 1 425 451-0565
Fax    1 425 451-1067
www.globalseafoods.com

OCT 11 2005

EXHIBIT 56
Page 1 of 1

FMI 00370