**David Smart**

| | |
|---|---|
| From: | Harry Guenther [harry@salmoncanada.com] |
| Sent: | October 25, 2005 8:54 AM |
| To: | David Smart |
| Cc: | Bent Holme; George Wilson |
| Subject: | FW: first numbers for demurrage |

Oleg, No excuse for your comment but so understood.

You never cease to amaze me with your hidden agenda. Your response really reads like all you want is our $110,000 plus the fish. You have my attention and I guess I know what our next move should be.
Your comment about sending you another $110,000. is the same rationale that you gave me the first time, only thing left out is "If you trust"!! which is what influencted me the first time but not this time.
I will insist again that you return our money and look after your obligations given to us with contract and your verbal agreement to return our money.

The automatice "Best regards" in your message is not heart felt at this end which, I'm sure, you can appreciate

Harry Guenther

-----Original Message-----

| | |
|---|---|
| From: | Oleg Nikitenko [mailto:oleg@globalseafoods.com] |
| Sent: | October 24, 2005 8:30 PM |
| To: | 'Harry Guenther' |
| Cc: | 'Thomas Hennessey' |
| Subject: | RE: first numbers for demurrage |

Harry you full of shit, sorry for my French, but you stupid or try to mislead me.
If buyer has documents, bank shall send money. If he does not have documents bank sent them back and we will get them. I more and more disappointed at you. If you want this cargo send around $110k and we will more forward. I did not refuse to follow contract, but you in breach, please, at least read it or give to your legal counsel, he will explain you.


Best Regards

Oleg Nikitenko


---

**From:** Harry Guenther [mailto:harry@salmoncanada.com]
**Sent:** Monday, October 24, 2005 12:35 PM
**To:** oleg@globalseafoods.com
**Cc:** Bent Holme; George Wilson
**Subject:** RE: first numbers for demurrage

Our response in RED.

sent to Oleg Nikitenko Oct. 24/05 12:26

-----Original Message-----
From: oleg@globalseafoods.com [mailto:oleg@globalseafoods.com]
Sent: October 22, 2005 12:51 PM
To: Guenther Harry
Cc: Thomas Hennessey
Subject: first numbers for demurrage

After we sold 13 containers, which you shall take, but failed to open valubie L/C cost of demurrage is:
11,678.80 this amount will be deducted from deposit.

1

EXHIBIT 57
Page 1 of 1

FMI 00389