## Hanlon-Dehner, Michelle

**From:** Mills, Mike
**Sent:** Tuesday, November 15, 2005 11:15 AM
**To:** Hanlon-Dehner, Michelle; Grisham, Michael
**Subject:** FW: As below

fyi

Michael R. Mills, Esq.
Dorsey & Whitney, LLP
1031 West 4th Ave., Suite 600
Anchorage, Alaska 99501
ph: (907) 276-4557
fax: (907) 276-4152
email: mills.mike@dorsey.com

-----Original Message-----
**From:** Harry Guenther [mailto:harry@salmoncanada.com]
**Sent:** Tuesday, November 15, 2005 8:19 AM
**To:** Mills, Mike
**Subject:** FW: As below

Following is the latest communication with our Hong Kong agent.

-----Original Message-----
**From:** Bent Holme [mailto:bholme@salmoncanada.com]
**Sent:** November 15, 2005 7:35 AM
**To:** Harry
**Cc:** George Wilson
**Subject:** Fw: As below

Herewith Sam Lim's reply re Global's direct sale to Chinese buyer(s).

Bent

----- Original Message -----
**From:** SANGJINTRADINGCO.,
**To:** Bent Holme
**Sent:** Tuesday, November 15, 2005 1:49 AM
**Subject:** Re: As below

Dear Bent                SJF 05272                Nov 15 2005

1. FMI-229
   1) Duly received socuments from Rio yesterday, thanks.
   2) Wooden pallets must be fumigated shipper's Fumigation certificate is required

11/15/2005

EXHIBIT 58
Page 1 of 1

FMI 00430