*Production — H/G Pink Salmon 2005*

**Global Seafoods North America, LLC**
Case Up Tally Summary
7/1/2005 to 9/30/2005

| Shift Date | Shift Type | User | Species | Form | State | Pack | Weight | Unit | Size | Grade | Lot Number | Validated Count | Lbs. | Day Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/3/2005 | Day Shift | JanetTirona | Pink salmon | H & G | Frozen- IQF | Box | 23 | Kgs | 1 kg - under | #1 | 2811502 | 3 | 152.12 | |
| 7/3/2005 | Day Shift | JanetTirona | Pink salmon | H & G | Frozen- IQF | Box | 23 | Kgs | 2-3 | #1 | 2811502 | 32 | 1,622.59 | |
| 7/3/2005 | Day Shift | JanetTirona | Pink salmon | H & G | Frozen- IQF | Box | 23 | Kgs | 1-2 | #1 | 2811502 | 24 | 1,216.94 | |
| 7/3/2005 | Day Shift | JanetTirona | Pink salmon | H & G | Frozen- IQF | Box | 23 | Kgs | 2-3 | #2 | 2811502 | 13 | 659.18 | |
| 7/3/2005 | Day Shift | JanetTirona | Pink salmon | H & G | Frozen- IQF | Box | 23 | Kgs | O/R | #3 | 2811502 | 56 | 2,839.52 | 6,490.35 |
| 7/7/2005 | Day Shift | JanetTirona | Pink salmon | H & G collar-on | Frozen- IQF | Box | 23 | Kgs | 1 kg - under | #1 | 2851501 | 11 | 557.76 | |
| 7/7/2005 | Day Shift | JanetTirona | Pink salmon | H & G collar-on | Frozen- IQF | Box | 23 | Kgs | 1-2 kg. | #1 | 2851501 | 51 | 2,586.00 | |
| 7/7/2005 | Day Shift | JanetTirona | Pink salmon | H & G collar-on | Frozen- IQF | Box | 23 | Kgs | 2-3 kg. | #1 | 2851501 | 28 | 1,419.76 | |
| 7/7/2005 | Day Shift | JanetTirona | Pink salmon | H & G collar-on | Frozen- IQF | Box | 23 | Kgs | 2-3 kg. | #2 | 2851501 | 12 | 608.47 | |
| 7/7/2005 | Day Shift | JanetTirona | Pink salmon | H & G collar-on | Frozen- IQF | Box | 23 | Kgs | 1-2 kg. | #2 | 2851501 | 17 | 862.00 | |
| 7/7/2005 | Day Shift | JanetTirona | Pink salmon | H & G collar-on | Frozen- IQF | Box | 23 | Kgs | 1 kg - under | #2 | 2851501 | 4 | 202.82 | |
| 7/7/2005 | Day Shift | JanetTirona | Pink salmon | H & G collar-on | Frozen- IQF | Box | 23 | Kgs | O/R | #3 | 2851501 | 50 | 2,535.29 | 8,772.10 |
| 7/11/2005 | Day Shift | JanetTirona | Pink salmon | H & G collar-on | Frozen- IQF | Box | 23 | Kgs | 2-3 kg. | #2 | 2921501 | 6 | 304.23 | |
| 7/11/2005 | Day Shift | JanetTirona | Pink salmon | H & G collar-on | Frozen- IQF | Box | 23 | Kgs | O/R | #3 | 2921501 | 45 | 2,281.76 | 2,585.99 |
| 7/14/2005 | Night Shift | RodrigoVargas | Pink salmon | H & G collar-on | Frozen- IQF | Box | 23 | Kgs | O/R | #1 | 2952505 | 66 | 3,346.58 | |
| 7/14/2005 | Day Shift | JanetTirona | Pink salmon | H & G collar-on | Frozen- IQF | Box | 23 | Kgs | O/R | n/a | 2951503 | 116 | 5,881.87 | 9,228.45 |
| 7/16/2005 | Day Shift | JanetTirona | Pink salmon | H & G collar-on | Frozen- IQF | Box | 23 | Kgs | O/R | n/a | 2971504 | 70 | 3,549.41 | 3,549.41 |
| 7/17/2005 | Day Shift | JanetTirona | Pink salmon | H & G | Frozen- IQF | Box | 23 | Kgs | O/R | n/a | 3011509 | 74 | 3,752.23 | 3,752.23 |
| 7/19/2005 | Night Shift | gladyspascua | Pink salmon | H & G | Frozen- IQF | Box | 23 | Kgs | O/R | n/a | 3032501 | 6 | 304.23 | 304.23 |
| 7/21/2005 | Night Shift | gladyspascua | Pink salmon | H & G collar-on | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3052504 | 310 | 10,934.82 | |
| 7/21/2005 | Day Shift | JanetTirona | Pink salmon | H & G collar-on | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 2941530 | 163 | 5,749.60 | 16,684.42 |
| 7/24/2005 | Night Shift | gladyspascua | Pink salmon | H & G collar-on | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3112502 | 252 | 8,888.95 | 8,888.95 |
| 7/26/2005 | Day Shift | JanetTirona | Pink salmon | H & G | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3021536 | 420 | 14,814.91 | |
| 7/26/2005 | Day Shift | JanetTirona | Pink salmon | H & G | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3021535 | 293 | 10,335.16 | 25,150.07 |
| 7/27/2005 | Day Shift | JanetTirona | Pink salmon | H & G collar-on | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3141504 | 92 | 3,245.17 | |
| 7/27/2005 | Day Shift | JanetTirona | Pink salmon | H & G collar-on | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3141504 | 75 | 2,645.52 | |
| 7/27/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar off | Frozen- IQF | Box | 23.3 | Kgs | O/R | n/a | 3031520 | 7 | 359.57 | |
| 7/27/2005 | Day Shift | JanetTirona | Pink salmon | H & G collar-on | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3141503 | 198 | 6,984.17 | |
| 7/27/2005 | Day Shift | JanetTirona | Pink salmon | H & G collar-on | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3141503 | 200 | 7,054.72 | 20,289.15 |
| 7/28/2005 | Night Shift | gladyspascua | Pink salmon | H & G collar off | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3042527 | 234 | 8,254.02 | |
| 7/28/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar off | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3042526 | 241 | 8,500.94 | 16,754.96 |
| 7/29/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar off | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3162501 | 467 | 16,472.77 | 16,472.77 |
| 7/30/2005 | Night Shift | gladyspascua | Pink salmon | H & G collar-on | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3172507 | 335 | 11,816.66 | |
| 7/30/2005 | Night Shift | gladyspascua | Pink salmon | H & G collar-on | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3172507 | 55 | 1,940.05 | 13,756.71 |
| 7/31/2005 | Night Shift | gladyspascua | Pink salmon | H & G collar off | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3212508 | 12 | 423.28 | 423.28 |
| 8/1/2005 | Night Shift | gladyspascua | Pink salmon | H & G collar-on | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3222502 | 288 | 10,158.80 | 10,158.80 |
| 8/3/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar off | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3242506 | 226 | 7,971.83 | 7,971.83 |

0385

EXHIBIT 55
Page 1 of 9

**Global Seafoods North America, LLC**
Case Up Tally Summary
7/1/2005 to 9/30/2005

| Shift Date | Shift Type | User | Species | Form | State | Pack | Weight | Unit | Size | Grade | Lot Number | Validated Count | Lbs. | Day Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/4/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar off | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3251502 | 692 | 24,409.33 | |
| 8/4/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar off | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3252503 | 691 | 24,374.06 | 48,783.39 |
| 8/5/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar off | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3152538 | 341 | 12,028.30 | |
| 8/5/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar off (bi) | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3152537 | 510 | 17,989.54 | 30,017.84 |
| 8/6/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar off | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3271501 | 457 | 16,120.04 | |
| 8/6/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar off (bi) | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3271502 | 539 | 19,012.47 | |
| 8/6/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar off (bi) | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3271502 | 513 | 18,095.36 | |
| 8/6/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar off (bi) | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3272506 | 1318 | 46,490.60 | |
| 8/6/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar off (bo) | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3272505 | 866 | 30,546.94 | 130,265.41 |
| 8/7/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar off (bi) | Frozen- block | Bag | 15 | Kgs | n/a | n/a | 3311502 | 762 | 25,198.58 | |
| 8/7/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar off (bi) | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3272528 | 770 | 27,160.67 | |
| 8/7/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar-off (bo) | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3311501 | 379 | 13,368.69 | |
| 8/7/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar-off (bo) | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3272529 | 446 | 15,732.03 | 81,459.97 |
| 8/8/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar off | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3321503 | 698 | 24,620.97 | |
| 8/8/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar off (bi) | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3321503 | 65 | 2,292.78 | |
| 8/8/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar-off (bi) | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3212532 | 1057 | 37,284.20 | |
| 8/8/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar-off (bo) | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3321504 | 69 | 2,433.88 | |
| 8/8/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar-off (bo) | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3212533 | 273 | 9,629.69 | 76,261.52 |
| 8/9/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar off | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3331501 | 1326 | 46,772.79 | |
| 8/9/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar off (bi) | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3332508 | 1270 | 44,797.47 | |
| 8/9/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar-off (bi) | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3331502 | 512 | 18,060.08 | |
| 8/9/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar-off (bo) | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3332509 | 377 | 13,298.15 | 122,928.49 |
| 8/10/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar off (bi) | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3341508 | 947 | 33,404.10 | |
| 8/10/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar off (bi) | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3342507 | 1073 | 37,848.57 | |
| 8/10/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar-off (bo) | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3341507 | 298 | 10,511.53 | |
| 8/10/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar-off (bo) | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3342508 | 398 | 14,038.89 | 95,803.09 |
| 8/11/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar off (bi) | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3351501 | 1067 | 37,636.93 | |
| 8/11/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar off (bi) | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3352506 | 558 | 19,682.67 | |
| 8/11/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar-off (bo) | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3351502 | 344 | 12,134.12 | |
| 8/11/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar-off (bo) | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3352507 | 174 | 6,137.61 | 75,591.33 |
| 8/12/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar off (bi) | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3361501 | 818 | 28,853.80 | |
| 8/12/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar off (bi) | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3362504 | 949 | 33,474.65 | |
| 8/13/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar-off (bo) | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3361502 | 350 | 12,345.76 | |
| 8/13/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar off (bi) | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3371501 | 746 | 26,314.11 | 100,988.32 |
| 8/13/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar-off (bi) | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3372507 | 1421 | 50,123.79 | |
| 8/13/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar-off (bo) | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3371502 | 277 | 9,770.79 | |
| 8/13/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar-off (bo) | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3372508 | 27 | 952.39 | 60,846.97 |
| 8/14/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar-off (bi) | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3411501 | 1158 | 40,846.83 | |
| 8/14/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar-off (bi) | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3412503 | 1519 | 53,580.60 | |
| 8/14/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar-off (bo) | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3411502 | 20 | 705.47 | |
| 8/14/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar-off (bo) | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3412504 | 23 | 811.29 | 95,944.19 |

**Global Seafoods North America, LLC**
Case Up Tally Summary
7/1/2005 to 9/30/2005

| Shift Date | Shift Type | User | Species | Form | State | Pack | Weight | Unit | Size | Grade | Lot Number | Validated Count | Lbs. | Day Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/15/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar off (bl) | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3421501 | 889 | 31,358.23 | |
| 8/15/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar off (bl) | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3312526 | 1360 | 47,972.10 | |
| 8/15/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar off (bl) | Frozen- IQF | Box | 23 | Kgs | O/R | n/a | 3311526 | 85 | 4,309.99 | |
| 8/15/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar off (bl) | Frozen- IQF | Box | 23 | Kgs | O/R | n/a | 3312527 | 557 | 28,243.13 | 111,883.45 |
| 8/16/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar off (bl) | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3431501 | 1816 | 64,056.86 | |
| 8/16/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar off (bl) | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3432506 | 1512 | 53,333.68 | |
| 8/16/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar off (bl) | Frozen- IQF | Box | 23 | Kgs | O/R | n/a | 3431502 | 273 | 13,842.68 | |
| 8/16/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar off (bl) | Frozen- IQF | Box | 23 | Kgs | O/R | n/a | 3432508 | 396 | 20,079.50 | 151,312.72 |
| 8/17/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar off (bl) | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3441501 | 1320 | 46,561.15 | |
| 8/17/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar off (bl) | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3442506 | 1120 | 39,506.43 | |
| 8/17/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar off (bl) | Frozen- IQF | Box | 23 | Kgs | O/R | n/a | 3441502 | 294 | 14,907.51 | |
| 8/17/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar off (bl) | Frozen- IQF | Box | 23 | Kgs | O/R | n/a | 3442507 | 545 | 27,634.66 | 128,609.75 |
| 8/18/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar off (bl) | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3451501 | 1153 | 40,670.46 | |
| 8/18/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar off (bl) | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3452506 | 727 | 25,643.91 | |
| 8/18/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar off (bl) | Frozen- IQF | Box | 23 | Kgs | O/R | n/a | 3451502 | 564 | 28,598.07 | |
| 8/18/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar off (bl) | Frozen- IQF | Box | 23 | Kgs | O/R | n/a | 3452507 | 557 | 28,243.13 | 123,155.57 |
| 8/19/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar off (bl) | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3461501 | 1286 | 45,361.85 | |
| 8/19/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar off (bl) | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3461501 | 60 | 2,116.42 | |
| 8/19/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar off (bl) | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3462505 | 1286 | 45,361.85 | |
| 8/19/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar off (bl) | Frozen- IQF | Box | 23 | Kgs | O/R | n/a | 3461502 | 711 | 36,051.82 | |
| 8/19/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar off (bl) | Frozen- IQF | Box | 23 | Kgs | O/R | n/a | 3461502 | 29 | 1,470.47 | |
| 8/19/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar off (bl) | Frozen- IQF | Box | 23 | Kgs | O/R | n/a | 3462507 | 598 | 30,322.07 | 160,684.48 |
| 8/20/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar off (bl) | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3471501 | 1180 | 41,622.85 | |
| 8/20/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar off (bl) | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3472505 | 1231 | 43,421.80 | |
| 8/20/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar off (bl) | Frozen- IQF | Box | 23 | Kgs | O/R | n/a | 3471502 | 520 | 26,367.02 | |
| 8/20/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar off (bl) | Frozen- IQF | Box | 23 | Kgs | O/R | n/a | 3472506 | 421 | 21,347.14 | 132,758.81 |
| 8/21/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar off (bl) | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3511501 | 1519 | 53,580.60 | |
| 8/21/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar off (bl) | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3512509 | 1457 | 51,393.64 | |
| 8/21/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar off (bl) | Frozen- IQF | Box | 23 | Kgs | O/R | n/a | 3511502 | 292 | 14,806.09 | |
| 8/21/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar off (bl) | Frozen- IQF | Box | 23 | Kgs | O/R | n/a | 3512501 | 4 | 202.82 | 119,983.15 |
| 8/22/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar off (bl) | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3521501 | 681 | 24,021.32 | |
| 8/22/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar off (bl) | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3522502 | 619 | 21,834.36 | |
| 8/22/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar off (bl) | Frozen- IQF | Box | 23 | Kgs | O/R | n/a | 3412522 | 1 | 50.71 | 45,906.39 |
| 8/23/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar off (bl) | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3531501 | 1461 | 51,534.73 | |
| 8/23/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar off (bl) | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3531502 | 90 | 3,174.62 | |
| 8/23/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar off (bl) | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3532502 | 1231 | 43,421.80 | 98,131.15 |
| 8/24/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar off (bl) | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3541506 | 394 | 13,897.80 | |
| 8/24/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar off (bl) | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3542504 | 1041 | 36,719.82 | |
| 8/24/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar off (bl) | Frozen- IQF | Box | 23 | Kgs | O/R | n/a | 3542502 | 84 | 4,259.29 | 54,876.91 |
| 8/25/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar off (bl) | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3551504 | 1028 | 36,261.26 | |
| 8/25/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar off (bo) | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3552503 | 971 | 34,250.67 | |
| 8/25/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar-off (bo) | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3551503 | 216 | 7,619.10 | |
| 8/25/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar off (bl) | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3552502 | 717 | 25,291.17 | 103,422.20 |

**Global Seafoods North America, LLC**
Case Up Tally Summary
7/1/2005 to 9/30/2005

| Shift Date | Shift Type | User | Species | Form | State | Pack | Weight | Unit | Size | Grade | Lot Number | Validated Count | Lbs. | Day Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/26/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar off (bi) | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3561501 | 663 | 23,386.40 | |
| 8/26/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar off (bi) | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3562503 | 1722 | 60,741.14 | |
| 8/26/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar-off (bo) | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3561502 | 342 | 12,063.57 | |
| 8/26/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar off (bo) | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3562502 | 391 | 13,791.98 | 109,983.09 |
| 8/27/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar off (bi) | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3571501 | 846 | 29,841.47 | |
| 8/27/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar off (bi) | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3572504 | 965 | 34,039.02 | |
| 8/27/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar-off (bo) | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3571502 | 456 | 16,084.76 | |
| 8/27/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar off (bo) | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3572503 | 647 | 22,822.02 | 102,787.27 |
| 8/28/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar off | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3611506 | 27 | 952.39 | |
| 8/28/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar off (bi) | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3611501 | 1670 | 58,906.91 | |
| 8/28/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar off (bi) | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3611501 | 1670 | 58,906.91 | |
| 8/28/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar-off (bo) | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3612503 | 1523 | 53,721.69 | |
| 8/28/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar-off (bo) | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3611502 | 395 | 13,933.07 | |
| 8/28/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar-off (bo) | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3612502 | 366 | 12,910.14 | 199,331.11 |
| 8/29/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar off (bi) | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3621501 | 1559 | 54,991.54 | |
| 8/29/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar off (bi) | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3622504 | 1332 | 46,984.44 | |
| 8/29/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar-off (bo) | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3621502 | 381 | 13,439.24 | |
| 8/29/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar-off (bo) | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3622503 | 101 | 3,562.63 | 118,977.85 |
| 8/30/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar off (bi) | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3631501 | 834 | 29,418.18 | |
| 8/30/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar off (bi) | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3632507 | 770 | 27,160.67 | |
| 8/30/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar-off (bi) | Frozen- IQF | Box | 23 | Kgs | O/R | n/a | 3632509 | 52 | 2,636.70 | |
| 8/30/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar-off (bo) | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3631502 | 106 | 3,739.00 | |
| 8/30/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar-off (bo) | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3632506 | 74 | 2,610.25 | 65,564.80 |
| 8/31/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar off (bi) | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3641501 | 1189 | 41,940.31 | |
| 8/31/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar off (bi) | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3642507 | 945 | 33,333.55 | |
| 8/31/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar off (bi) H | Frozen- IQF | Box | 23 | Kgs | n/a | n/a | 3641504 | 152 | 7,707.28 | |
| 8/31/2005 | Day Shift | JanetTirona | Pink salmon | H/G-collar-off (bi) H | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3641503 | 445 | 15,696.75 | |
| 8/31/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar-off (bo) | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3642505 | 437 | 15,414.56 | |
| 8/31/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar off (bi) H | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3641502 | 150 | 5,291.04 | |
| 8/31/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar off (bi) H | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3642506 | 136 | 4,797.21 | 124,180.70 |
| 9/1/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar off (bi) | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3651501 | 765 | 26,984.30 | |
| 9/1/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar-off (bo) | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3651503 | 97 | 3,421.54 | |
| 9/1/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar off (bi) | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3651502 | 164 | 5,784.87 | 36,190.71 |
| 9/2/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar off (bi) | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3661503 | 828 | 29,206.54 | |
| 9/2/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar off (bi) | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3662507 | 1388 | 48,959.76 | 78,166.30 |
| 9/3/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar off (bi) | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3671501 | 381 | 13,439.24 | |
| 9/3/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar off (bi) | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3672501 | 372 | 13,121.78 | |
| 9/3/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar-off (bo) | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3671502 | 474 | 16,719.69 | |
| 9/3/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar off (bi) H | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3672502 | 27 | 952.39 | 44,233.10 |
| 9/4/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar off (bi) | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3711503 | 38 | 1,340.40 | |
| 9/4/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar off (bi) | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3712507 | 93 | 3,280.44 | 4,620.84 |
| 9/5/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar off (bi) | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3721503 | 578 | 20,388.14 | |

**Global Seafoods North America, LLC**
Case Up Tally Summary
7/1/2005 to 9/30/2005

| Shift Date | Shift Type | User | Species | Form | State | Pack | Weight | Unit | Size | Grade | Lot Number | Validated Count | Lbs. | Day Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/5/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar off (bi) H | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3722501 | 76 | 2,680.79 | 23,068.93 |
| 9/6/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar off (bi) H | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3732504 | 130 | 4,585.57 | |
| 9/6/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar off (bi) H | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3731507 | 24 | 846.57 | |
| 9/6/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar off (bi) H | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3732505 | 56 | 1,975.32 | 7,407.46 |
| 9/7/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar off (bi) | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3741501 | 986 | 34,779.77 | |
| 9/7/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar off (bi) H | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3742504 | 34 | 1,199.30 | |
| 9/7/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar off (bi) H | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3741502 | 264 | 9,312.23 | 45,291.30 |
| 9/10/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar off (bi) | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3771503 | 92 | 3,245.17 | 3,245.17 |
| | | | | | | | | | | | Totals | | 3,283,897.43 | 3,283,897.43 |

EXHIBIT 59
Page 5 of 9
0389

# FMI'S ANALYSIS OF
# GLOBAL SALES OF #1 H PINKS

EXHIBIT 59
Page 6 of 9

ANALYSIS OF GLOBAL
SALES OF #1 H PINKS
2005

Chini Gimex Group Ltd.

    23,273.96
     2,788.82
     8,569.28
    33,060.18
    <u>33,060.18</u>
**100,752.42 Total**

Onega-Fisch

    <u>50.71</u>
    **50.71 Total**

Regrava-Fish

    101.41
    <u>2,535.29</u>
    **2,636.70 Total**

TMC Trading Co.

    22,919.02
    14,197.62
    20,383.73
     9,431.28
    10,090.45
      <u>202.82</u>
    **77,224.92 Total**

Young Ocena, Inc.

    9,177.75
    1,318.35
    2,645.52
     <u>405.65</u>
    **13,547.27 Total**

Czerwone Jabluszko Restaurent

    90.00
    60.00
   <u>120.00</u>
   **270.00 Total**

Yuri Liberman dba Garden Fresh

   <u>30.00</u>
   **30.00 Total**


EXHIBIT 59
Page 7 of 9

ANALYSIS OF GLOBAL
SALES OF #1 H PINKS
2005

Zhivago

      30.00
      **30.00 Total**

ZSB Trading Co.

      690.00
      **690.00 Total**

Chini Gimex Group Ltd.

      400.00
      **400.00 Total**

Nikolay Osokin

      100.00
      **100.00 Total**

Sakhalin, Inc.

      50.00
      **50.00 Total**

chini Gimex Group Ltd.

      12,839.59
      11,005.36
      11,005.36
      **34,850.31 Total**

Dell Trading, LLC

      44,092.00
      47,972.10
      25,890.82
      **117,954.92 Total**

Fastgrade, LLP/dba Octopus

      40,035.54
      22,046.00
      18,095.36
      20,670.33
      **100,847.23 Total**

PW Dorby

      48,501.20
      **48,501.20 Total**

EXHIBIT 59
Page 8 of 9

ANALYSIS OF GLOBAL
SALES OF #1 H PINKS
2005

**TCHUP Baltexpress**

    32,945.54
    54,674.08
    48,501.20
    48,501.20
    51,146.72
    <u>51,146.72</u>
**286,915.46** Total

**TMC Trading Co.**

    51,146.72
    51,146.72
    48,501.20
    51,499.46
    48,501.20
    49,383.04
    51,499.46
    51,499.46
    49,383.04
    49,383.04
    25,396.99
    32,945.54
    27,901.42
    35,979.07
    38,624.59
    51,499.46
    49,030.30
    49,206.67
    51,499.46
    <u>51,499.46</u>
**915,526.30** Total

**Young Ocean, Inc.**

    51,499.46
    51,499.46
    51,499.46
    51,499.46
    51,499.46
    51,499.46
    51,146.72
    41,552.30
    49,418.31
    51,146.72
    48,501.20
    50,935.08
    <u>51,146.72</u>
**652,843.81** Total

    **2,353,221.25 Grand Total**

EXHIBIT 59
Page 9 of 9