**DUE TO PHOTO-RELATED FILE SIZE,**

**EXHIBIT 61 TO BE FILED SEPARATE**