CONTAINER(S):
APLU694887-8
TRLU194902-5
ETD DUTCH HARBOR: 9/06/05
ETA QINGDAO, CHINA: 9/27/05


FRONT OF FILE FOLDER READS:

SHIPPER: GLOBAL SEAFOODS NORTH AMERICA
FOR: FMI
DESTINATION PORT: QINGDAO, CHINA
VESSEL: APL THAILAND   V/089

AES ( THIS IS CUSTOMS NOTIFICATION )DONE 9/01/05
COC INSTRUCTIONS ( THIS IS FOR GOVERNMENT HEALTH
CERTIFICATES DONE 9/02/05
DRAFTS SENT TO BENT, FMI 9/9/05
ORDERED ORIGINAL HEALTH CERTS 9/13/05
ORIGINALS TO TOM ( TOM HENNESSEY W/GLOBAL SEAFOODS) 9/13/05

ALL ORIGINALS REDONE AND NEW ORIGINALS TO TOM 9/14/05


*This was originally Booked For 7 - Then Split into 2 Bookings*

ETS-0116

EXHIBIT 62
Page 1 of 17

# ECHO WORLDWIDE
## BILL OF LADING — ORIGINAL

www.etscargo.com

| Field | Value |
|---|---|
| Shipper | GLOBAL SEAFOODS NORTH AMERICA LLC<br>11100 NE 8TH ST., SUITE 310<br>BELLEVUE, WA 98004 USA |
| Booking Number | ECHOSEA0071 |
| Bill of Lading Number | ECHO2898 |
| Page | 1 of 1 |
| Export References | 98161724 |
| Consignee (Name and Address) | QINGDAO PUBLIC BONDED WAREHOUSE., LTD.<br>NO. 238 EAST JIUSHUI RD.,<br>LICANG DIST.<br>QINGDAO, CHINA |
| Forwarding Agent - References - FMC No. | ECHO-TRANSLINK SYSTEMS (ETS)<br>10655 NE 4TH STREET, SUITE 400<br>BELLEVUE, WA 98004 U.S. FMC18125NF<br>TEL: 1.425.467.1804<br>FAX: 1.425.709.8831 |
| Notify address | QINGDAO PUBLIC BONDED WAREHOUSE., LTD.<br>NO. 238 EAST JIUSHUI RD.,<br>LICANG DIST.<br>QINGDAO, CHINA |
| Also Notify - Routing and Instructions - Remarks | APC-REALCO LTD (QINGDAO OFFICE)<br>RM 1812, THE NORTH BUILDING<br>GOLDEN PLAZA, NO. 20, HONG KONG<br>MIDDLE ROAD, QINGDAO, CHINA<br>TEL: 86-532-5022-459 FAX: 5023486 |
| Pre-carriage by | |
| Place of receipt by pre-carrier | KODIAK, ALASKA |
| Point and Country of Origin of Goods | ALASKA, U.S.A. |
| Type of Move | CY/CY |
| Vessel | APL THAILAND V-089 |
| Port of loading | PORT OF DUTCH HARBOR, ALASKA, USA |
| Port of discharge | QINGDAO PORT, CHINA |
| Place of delivery by on-carrier | |

| Marks and numbers | Number and kind of packages, description of goods | Weight | Measurement |
|---|---|---|---|
| APLU694887-8 SEAL<br>NO. 4081194<br>TRLU194902-5 SEAL<br>NO. 4081863 | 2,356 PK    16KG & 23KG BGS/BXS FROZEN WILD PINK SALMON H/G<br>(ONCORHYNCHUS GORBUSCHA)<br>NET WEIGHT: 43,793 KGS<br>GROSS WEIGHT: 45,106 KGS<br><br>COUNTRY OF ORIGIN: U.S.A.<br><br>TEMP -15 F | 45,106 KG | |

* CLEAN ON BOARD "APL THAILAND V/089" AT DUTCH HARBOR, ALASKA ON SEPTEMBER 6, 2005
* FREIGHT PREPAID
* THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE U.S. IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW IS PROHIBITED.

Particulars of goods declared by Merchant

RECEIVED by the Carrier in external apparent good order and condition. Except otherwise noted, the total number of containers or other packages or units shown in this Bill of Lading, said by the shipper to contain the goods described above. Which description the Carrier has no reasonable means of checking. In accepting this Bill of Lading the Merchant expressly accepts and agrees to all its stipulations on both pages, whether written, printed, stamped or otherwise incorporated, as fully as if they were all signed by the Merchant. If the Carrier so requires, One original Bill of Lading must be surrendered duly endorsed in exchange for the goods or delivery order. In witness whereof the number of original Bills of Lading stated herein has been signed, all of this tenor and date, one of which being accomplished, the other(s) to stand void.

EXHIBIT 62
Page 2 of 17

| Freight | Merchant's declaration of value | Freight payable at | Place and date of issue | ETS-0117 |
|---|---|---|---|---|
| | (see Clause 3) | SEATTLE | SEATTLE<br>September 6, 2005 | |
| | | Number of originals<br>THREE/3 | Signature | |

Original document is printed on watermarked paper.
www.etscargo.com

* Applicable only when document used as a through Bill of Lading

| 1. Goods consigned from (exporter's business name, address, country)<br><br>GLOBAL SEAFOODS NORTH AMERICA LLC<br>11100 NE 8TH ST., SUITE 310<br>BELLEVUE, WA 98004 USA | Reference No.<br><br>GENERALIZED SYSTEM OF PREFERENCES<br><br>CERTIFICATE OF ORIGIN<br>(Combined declaration and certificate) |
|---|---|
| 2. Goods consigned to (consignee's name, address, country)<br><br>QINGDAO PUBLIC BONDED WAREHOUSE., LTD.<br>NO. 238 EAST JIUSHUI RD.<br>LICANG DIST. QINGDAO, CHINA | UNITED STATES OF AMERICA<br><br>Issued in _____<br><br>FORM A |
| 3. Means of transport and route (as far as known)<br><br>APL THAILAND V/089<br>KODIAK/DUTCH HARBOR, ALASKA U.S.A.<br>QINGDAO, CHINA | 4. For official use |

| 5. Item number | 6. Marks/num. of packages | 7. Number and kind of packages; description of goods | 8. Origin criterion (see note overleaf) | 9. Gross weight or other quantity | 10. Number and date of invoices |
|---|---|---|---|---|---|
| | 2,356 | 16KG & 23KG BGS/BXS FROZEN WILD PINK SALMON H/G<br>(ONCORHYNCHUS GORBUSCHA)<br>NET WEIGHT: 43,793 KGS<br>GROSS WEIGHT: 45,106 KGS<br>APLU694887-8 SEAL NO. 4081194<br>TRLU194902-5 SEAL NO. 4081863 | | 45,106 KGS | |

| 11. certification<br><br>It is hereby certified, on the basis of control carried out, that the declaration by the exporter is correct.<br><br>[Notary seal: ELLEN M. THOMPSON, NOTARY PUBLIC, STATE OF WASHINGTON, COMMISSION EXPIRES 05-19-08]<br><br>SEATTLE, WASHINGTON 11/16/2005<br>Place and date, signature and stamp of certifying authority | 12. Declaration by the exporter<br><br>The undersigned hereby declares that the above details and that all the goods were<br><br>produced in (country)   UNITED STATES OF AMERICA<br><br>and that they comply with the origin requirements specified for those goods in the generalized system of preferences for goods exported to (importing country)   CHINA<br><br>SEATTLE, WASHINGTON 11/16/2005   [signature]<br>Place and date, signature of authorized signatory |
|---|---|

ETS-0118

EXHIBIT 62
Page 3 of 17



**UNITED STATES OF AMERICA
U.S. DEPARTMENT OF COMMERCE**
卫生证书/Health Certificate
People's Republic of China



日期/Date: NOVEMBER 16, 2005

编号/No: **WPR42530894**

SUPERSEDES WPR42530716 DATED SEPTEMBER 13, 2005

*This certificate is admissible in all courts of the United States as prima facie evidence of the truth of the statements therein contained. This certificate does not excuse failure to comply with any Federal or State laws. WARNING: Any person who shall falsely make, issue, alter, forge, or certify, or participate in any action thereto, is subject to a fine of not more than $1,000 or imprisonment for not more than one (1) year, or both (7 U.S.C. 1622 (h)).*

用于进口鱼类产品/For fish and fishery products intended for import to the People's Republic of China

I. 本证书应明确/The certificate should specify:

品名(及学名)/Variety name (and official name): PINK SALMON H/G (ONCORHYNCHUS GORBUSCHA)

产地/Production Area: SEAWATER, WILD CAUGHT FISH

捕捞区域/Catch Area: FAO AREA 67 NORTH PACIFIC OCEAN - PRODUCT OF USA

加工方式/Processing method: FROZEN, H AND G

加工企业名称及注册号/Name and registration number of processing plant: GLOBAL SEAFOODS N/A PLANT CFN #3032545 AK#412

发证机构名称/Name of department issuing the certificate: UNITED STATES DEPARTMENT OF COMMERCE - SEAFOOD INSPECTION PROGRAM

运输方式(包括船名,航班号,集装箱号)/Means of transportation (including vessel name, number, and container number): APL THAILAND V/089  APLU694887-8 SEAL NO. 4081194, TRLU194902-5 SEAL NO. 4081863

收货人/Consignee name and address: QINGDAO PUBLIC BONDED WAREHOUSE., LTD. NO. 238 EAST JIUSHUI RD., LICANG DIST. QINGDAO, CHINA

发货人/Consignor name and address: GLOBAL SEAFOODS NORTH AMERICA LLC  11100 NE 8TH ST., SUITE 310 BELLEVUE, WA 98004 USA

数量/Quantity: 2356 BGS/BXS    重量/Weight: Net Weight: 43,793 KGS   Gross Weight: 45,106 KGS

生产日期/Production date or codes: JULY AND AUGUST 2005

II. 此证不得涂改,须有官方印章及检验检疫人员签名,目的地应标明中华人民共和国/This certificate shall not be tampered with. Certificate shall be accompanied with an official stamp and the signature of the inspector. Destination shall be indicated as the People's Republic of China.

III. 每一批水产品须有一份检验检疫证书正本,证书须中英文对照/Each batch of aquatic products shall carry an original certificate. The certificate shall be in both Chinese and English languages.

IV. 证书应载明以下信息/The certificate shall state the following information:

兹证明/This is to certify that:

- 上述水产品来自主管当局注册的企业/The above fishery products come from an establishment approved by the competent authority of the processor.

- 产品的生产,包装,储藏和运输均在主管部门监督之卫生条件下进行/The products were produced, packed, stored, and transported under sanitary conditions under the supervision of the competent authority.

- 产品经过主管当局检验检疫,未发现中国规定的有害病菌,有毒有害物质及异物/The products were inspected and quarantined by the competent authority and no pathogenic bacteria, harmful substances, or foreign substances regulated in the P.R. China were found.

- 产品符合兽医卫生要求,适合人类食用/The products meet veterinary sanitary requirements and are fit for human consumption.

发证日期/Date of issue: NOVEMBER 16, 2005

*[signature]*

官方兽医签字/Official Veterinary Signature
SHERI STEPHENSON CSO# 4253
Consumer Safety Officer
Western Inspection Branch
USDC/NOAA/NMFS/SIP
7600 Sand Point Way NE, Bldg 32
Seattle, WA 98115 Tel: (206)526-4259

ECHO 2898

EXHIBIT 62
Page 4 of 17

监章/Stamp



U.S.D.C. 1413  NOV 16 2005  ACCEPTED PER SPECIFICATIONS

ETS-0119    Revised 5/28/2003

Global Seafoods – Detail View

Page 1 of 1

## Global Seafoods
NORTH AMERICA

Home | Users | Product Detail | Settings | New Shipment | Logout
Approve Production | Production Reports | Control Panels | Carriers

## Container SEAU526358-0 Details

<< BACK

| | | | |
|---|---|---|---|
| Container: | SEAU526358-0 | Seal: | APL-4128882 |
| Packing List: | C10298 | Vessel: | |
| Carrier: | APL | Booking: | |
| Dest Port: | Quindgao, China | ETD: | 8/19/2005 |
| Consignee: | | ETA: | 8/19/2005 |
| Customer: | FMI | | |

> APPLY NOTES

TRLU 194902-5
4081863

| Species | Form | State | Pack | Size | Grade | Weight | Unit | Pkgs | Net Lbs | Gross Lbs | Net Kgs | Gross Kgs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pink salmon | H/G collar off (bl) | Frozen-block | Bag | O/R | n/a | 16.00 | Kgs | 756 | 26,666.84 | 27,466.85 | 12,096.00 | 12,458.88 |
| Pink salmon | H/G collar off (bl) | Frozen-IQF | Box | O/R | n/a | 23.00 | Kgs | 434 | 22,006.32 | 22,666.51 | 9,982.00 | 10,281.46 |
| | | | | | | | Totals: | 1,190 | 48,673.16 | 50,133.35 | 22,078.00 | 22,740.34 |

View   Delete

## Documents

PackingList-8-20-2005-63260155844667250 0.html

- VIEW ROW ENTRIES
- EXPORT TO EXCEL
- PRINT PACKING SLIP
- SEND PACKING SLIP

EXHIBIT 102
Page 5 of 17

ETS-0120

8/22/2005

http://65.74.80.100/ADMIN/panels/Details.aspx?id=429

Global Seafoods - Detail View

Page 1 of 1

Home | Users | Product Detail | Settings | New Shipment | Logout
Approve Production | Production Reports | Control Panels | Carriers

# Global Seafoods
NORTH AMERICA

## Container SEAU525378-8 Details
<< BACK

| | |
|---|---|
| Container: | SEAU525378-8 |
| Packing List: | C10296 |
| Carrier: | APL |
| Dest Port: | Quingdao, China |
| Consignee: | |
| Customer: | FMI |

| | |
|---|---|
| Seal: | APL-4128880 |
| Vessel: | |
| Booking: | |
| ETD: | 8/19/2005 |
| ETA: | 8/19/2005 |

APLU 6948887-8

4081194

> APPLY NOTES

| Species | Form | State | Pack | Size | Grade | Weight | Unit | Pkgs | Net Lbs | Gross Lbs | Net Kgs | Gross Kgs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pink salmon | H/G collar off (bl) | Frozen-block | Bag | O/R | n/a | 16.00 | Kgs | 729 | 25,714.45 | 26,485.89 | 11,664.00 | 12,013.92 |
| Pink salmon | H/G collar off (bl) | Frozen-IQF | Box | O/R | n/a | 23.00 | Kgs | 437 | 22,158.43 | 22,823.19 | 10,051.00 | 10,352.53 |
| | | | | | | | Totals: | 1,166 | 47,872.89 | 49,309.08 | 21,715.00 | 22,366.45 |

PackingList-8-19-2005-632600708052482594.html    View    Delete

### Documents

- VIEW ROW ENTRIES
- EXPORT TO EXCEL
- PRINT PACKING SLIP
- SEND PACKING SLIP

8/22/2005

http://65.74.80.100/ADMIN/panels/Details.aspx?id=427

ETS-0121

EXHIBIT 62
Page 6 of 17

CONTAINER(S):
APLU692278-6
APLU692793-6
APRU500059-2
APRU505117-8
TRLU199206-3
ETD DUTCH HARBOR: 9/06/05
ETA QINGDAO, CHINA: 9/27/05

FRONT OF FILE FOLDER READS:

SHIPPER: GLOBAL SEAFOODS NORTH AMERICA
FOR: FMI
DESTINATION PORT: QINGDAO, CHINA
VESSEL: APL THAILAND   V/089

AES ( THIS IS CUSTOMS NOTIFICATION )DONE 9/01/05
COC INSTRUCTIONS ( THIS IS FOR GOVERNMENT HEALTH
CERTIFICATES DONE 9/02/05
DRAFTS SENT TO BENT, FMI 9/9/05
ORDERED ORIGINAL HEALTH CERTS 9/13/05
ORIGINALS TO TOM ( TOM HENNESSEY W/GLOBAL SEAFOODS) 9/13/05

ALL ORIGINALS REDONE AND NEW ORIGINALS TO TOM 9/14/05

EXHIBIT 62
Page 7 of 17

ETS-0122

# APL                    BILL OF LADING

| SHIPPER (Principal or Seller licensee and full address) | PAGE | S/L NUMBER |
|---|---|---|
| ECHO WORLDWIDE<br>10655 N.E. 4TH STREET, SUITE 400<br>BELLEVUE, WA 98004 USA 98004 | 1 OF 2 | APLU 098161580 |

EXPORT REFERENCES
ECHO2892

| CONSIGNEE (Name and Full Address / Non-Negotiable Unless Consigned to Order.) | FORWARDING AGENT (References, F.M.C. No.) |
|---|---|
| APC-REALCO LTD<br>RM 1812, THE NORTH BUILDING GOLDEN<br>PLAZA NO.20 HONG KONG MIDDLE ROAD<br>TEL:011-86-532-5022-459<br>QINGDAO, CHINA | FMC 018125<br>ECHO-TRANSLINK SYSTEMS (ETS)<br>10655 N.E. 4TH ST., SUITE 436<br>BELLEVUE, WA 98004 FMC.#18125F |

POINT AND COUNTRY OF ORIGIN OF GOODS
ALASKA

| NOTIFY PARTY/INTERMEDIATE CONSIGNEE (Name and Full Address) | ALSO NOTIFY (Name and Full Address)/DOMESTIC ROUTING/EXPORT INSTRUCTIONS/PER—TERMINAL/ONWARD ROUTING FROM POINT OF DESTINATION |
|---|---|
| APC-REALCO LTD<br>RM 1812, THE NORTH BUILDING GOLDEN<br>PLAZA NO.20 HONG KONG MIDDLE ROAD<br>TEL:011-86-532-5022-459<br>QINGDAO, CHINA | AES XTN:602229395-98161580 (FOR USE<br>IN SED EXEMPTION STATEMENT)<br>AES ITN: X20050901045256 |

| INITIAL CARRIAGE (MODE) | PLACE OF RECEIPT |
|---|---|
|  | KODIAK, AK |

| EXPORT CARRIER (Vessel voyage, & flag) | PORT OF LOADING |
|---|---|
| APL THAILAND    089 | DUTCH HARBOR, AK |

| PORT OF DISCHARGE | PLACE OF DELIVERY |
|---|---|
| QINGDAO |  |

PARTICULARS FURNISHED BY SHIPPER    Payment by Cheque must be made to the order of APL Co. Pte Ltd

| MKS. & NOS/CONTAINER NOS. | NO. OF PKGS | H/M | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| NO M/N | 6132 | | 5 X 40'R CONTAINERS STC:<br>TOTAL GROSS WEIGHT (LBS.)<br>SC TARIFF<br>PACKAGES<br>ZZ)JK003-7750<br>16 KG + 23 KG BGS/BXS FROZEN WILD<br>PINK SALMON H&G<br>(ONCORHYNCHUS GORBUSCHA)<br>NET WEIGHT: 109,640 KGS<br>GROSS WEIGHT: 112,930 KGS<br>COUNTRY OF ORIGIN: U.S.A.<br>TEMP -15F<br><br>FREIGHT PREPAID | 248,963 LB<br><br>SLAC CY/CY | |

```
***CTR NBR***   ****SEAL NBR****   T/S     MODE      QUANT/TYPE
APLU692278-6    4081880            R40     CY/CY     1228CTNS
APLU692793-6    4081879            R40     CY/CY     1151CTNS
```

CONTINUED ON FOLLOWING PAGE

| B/L TO BE RELEASED AT | SERVICE CENTER W | OCEAN FREIGHT PAYABLE AT | | |
|---|---|---|---|---|
| FREIGHT RATES CHARGES, WEIGHTS AND/OR MEASUREMENTS (SUBJECT TO CORRECTION) | PREPAID U.S. $ | COLLECT U.S. $ | Local Currency | |

The undersigned Carrier hereby acknowledges receipt of the sealed container or packages or other shipping units said to contain the Goods described above in apparent external good order and condition unless otherwise stated. The Shipper agrees, and the Consignee and every person purchasing this instrument for value, if negotiable, or otherwise having an interest in the Goods is advised that the receipt, custody, carriage and delivery of the Goods are subject to all the terms and conditions set forth and by incorporated by reference on this side and the reverse hereof, whether written, stamped or printed.

A set of 3 originals of this bill of lading is hereby issued by the Carrier. Upon surrender to the Carrier of any one negotiable bill of lading, properly endorsed, all others shall stand void.

| A06 | 089 | | TOTAL PREPAID | | | |
|---|---|---|---|---|---|---|
| Vessel | Voyage | | TOTAL COLLECT | | | |

BL number: APLU 098161580        Date: SEP. 06, 2005        American President Lines, Ltd., The Carrier
                                 Place Issued: SERVICE CENTER        BILL OF LADING COMPLETE
THANK YOU FOR SHIPPING AMERICAN PRESIDENT LINES, LTD.

ETS-0123

EXHIBIT 62
Page 8 of 17

# APL  BILL OF LADING

**SHIPPER** (Principal or Seller licensee and full address)
ECHO WORLDWIDE
10655 N.E. 4TH STREET, SUITE 400
BELLEVUE, WA 98004 USA 98004

**PAGE:** 2 OF 2

**S/L NUMBER:** APLU 098161580

**EXPORT REFERENCES:** ECHO2892

**CONSIGNEE** (Name and Full Address /Non-Negotiable Unless Consigned to Order.)
(Unless provided otherwise, a consignment "To Order" means to Order of Shipper.)
APC-REALCO LTD
RM 1812, THE NORTH BUILDING GOLDEN
PLAZA NO.20 HONG KONG MIDDLE ROAD
TEL:011-86-532-5022-459
QINGDAO, CHINA

**FORWARDING AGENT** (References. F.M.C. No.)  FMC 018125
ECHO-TRANSLINK SYSTEMS (ETS)
10655 N.E. 4TH ST., SUITE 436
BELLEVUE, WA 98004 FMC.#18125F

**POINT AND COUNTRY OF ORIGIN OF GOODS:** ALASKA

**NOTIFY PARTY/INTERMEDIATE CONSIGNEE** (Name and Full Address)
APC-REALCO LTD
RM 1812, THE NORTH BUILDING GOLDEN
PLAZA NO.20 HONG KONG MIDDLE ROAD
TEL:011-86-532-5022-459
QINGDAO, CHINA

**ALSO NOTIFY** (Name and Full Address)/DOMESTIC ROUTING/ EXPORT INSTRUCTIONS/
PER—TERMINAL/ONWARD ROUTING FROM POINT OF DESTINATION
AES XTN:602229395-98161580 (FOR USE
IN SED EXEMPTION STATEMENT)
AES ITN: X20050901045256

**INITIAL CARRIAGE (MODE):**
**PLACE OF RECEIPT:** KODIAK, AK
**EXPORT CARRIER** (Vessel voyage, & flag): APL THAILAND  089
**PORT OF LOADING:** DUTCH HARBOR, AK
**PORT OF DISCHARGE:** QINGDAO
**PLACE OF DELIVERY:**

**PARTICULARS FURNISHED BY SHIPPER**

| MKS. & NOS./CONTAINER NOS. | NO. OF PKGS. | H.M | DESCRIPTION OF PACKAGES AND GOODS | | | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|---|---|
| ***CTR NBR*** | ****SEAL NBR**** | T/S | MODE | QUANT/TYPE | | | |
| APRU500059-2 | 4081864 | R40 | CY/CY | 1297CTNS | | | |
| APRU505117-8 | 4081878 | R40 | CY/CY | 1268CTNS | | | |
| TRLU199206-3 | 4081183 | R40 | CY/CY | 1188CTNS | | | |

THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM
THE U.S IN ACCORDANCE WITH THE EXPORT ADMIN. REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW IS PROHIBITED.
ON BOARD APL THAILAND  089  ON SEP.06,2005 AT DUTCH HARBOR

**B/L TO BE RELEASED AT:**
**OCEAN FREIGHT PAYABLE AT:**
**FREIGHT RATES CHARGES, WEIGHTS AND/OR MEASUREMENTS (SUBJECT TO CORRECTION):**
PREPAID U.S. $       COLLECT U.S. $       Local Currency

The undersigned Carrier hereby acknowledges receipt of the sealed container or packages or other shipping units said to contain the Goods described above in apparent external good order and condition unless otherwise stated. The Shipper agrees, and the Consignee and every person purchasing this instrument for value, if negotiable, or otherwise having an interest in the Goods is advised that the receipt, custody, carriage and delivery of the Goods are subject to all the terms and conditions set forth and by incorporated by reference on this side and the reverse hereof, whether written, stamped or printed.

A set of 3 originals of this bill of lading is hereby issued by the Carrier. Upon surrender to the Carrier of any one negotiable bill of lading, properly endorsed, all others shall stand void.

| A06 089 | | TOTAL PREPAID | OAK |
|---|---|---|---|
| Vessel | Voyage | TOTAL COLLECT | |

BL number: APLU 098161580
Date: SEP. 06, 2005
Place Issued: SERVICE CENTER

American President Lines, Ltd., The Carrier
BILL OF LADING COMPLETE

THANK YOU FOR SHIPPING AMERICAN PRESIDENT LINES, LTD.

EXHIBIT 62
Page 9 of 17

ETS-0124

# ECHO WORLDWIDE
## Bill of Lading — DRAFT Non-Negotiable

www.etscargo.com

| | |
|---|---|
| Booking Number: ECHOSEA0073 | Bill of Lading Number: ECHO2892 — Page 1 of 1 |
| Export References: 98161580 | |

**Shipper**
GLOBAL SEAFOODS NORTH AMERICA, LLC
11100 NE 8TH ST., SUITE 310
BELLEVUE, WA 98004 USA

**Consignee (Name and Address)**
TO ORDER

**Forwarding Agent - References - FMC No.**
ECHO-TRANSLINK SYSTEMS (ETS)
10655 NE 4TH STREET, SUITE 400
BELLEVUE, WA 98004 U.S. FMC18125NF
TEL: 1.425.467.1804
FAX: 1.425.709.8831

**Notify address**
QINGDAO FUSHENG FOODSTUFFS CO., LTD.
TAIWAN INDUSTRIAL DISTRICT LANZHOU EAST ROAD JIAOZHOU
QINGDAO, CHINA

**Also Notify - Routing and Instructions - Remarks**
APC-REALCO LTD (QINGDAO OFFICE)
RM 1812, THE NORTH BUILDING
GOLDEN PLAZA, NO. 20, HONG KONG
MIDDLE ROAD, QINGDAO, CHINA
TEL: 86-532-5022-459 FAX: 5023486

| Pre-carriage by | Place of receipt by pre-carrier: KODIAK, ALASKA | Point and Country of Origin of Goods: ALASKA, U.S.A. | Type of Move: CY/CY |
|---|---|---|---|
| Vessel: APL THAILAND V-089 | Port of loading: PORT OF DUTCH HARBOR, ALASKA, USA | | |
| Port of discharge: QINGDAO PORT, CHINA | Place of delivery by on-carrier | | |

| Marks and numbers | Number and kind of packages, description of goods | Weight | Measurement |
|---|---|---|---|
| APLU692278-6 SEAL NO. 4081880 | 6,132 PK  16KG & 23KG BGS/BXS FROZEN WILD PINK SALMON H/G (ONCORHYNCHUS GORBUSCHA) NET WEIGHT: 109,640 KGS GROSS WEIGHT: 112,930 KGS COUNTRY OF ORIGIN: U.S.A. TEMP -15 F | 112,930 KG | |
| APLU692793-6 SEAL NO. 4081879 | | | |
| APRU500059-2 SEAL NO. 4081864 | | | |
| APRU505117-8 SEAL NO. 4081878 | | | |
| TRLU199206-3 SEAL NO. 4081183 | | | |

* CLEAN ON BOARD "APL THAILAND V/089" AT DUTCH HARBOR, ALASKA ON SEPTEMBER 6, 2005
* FREIGHT PREPAID
* THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE U.S. IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW IS PROHIBITED.

**Particulars of goods declared by Merchant**

RECEIVED by the Carrier in external apparent good order and condition. Except otherwise noted, the total number of containers or other packages or units shown in this Bill of Lading, said by the shipper to contain the goods described above. Which description the Carrier has no reasonable means of checking. In accepting this Bill of Lading the Merchant expressly accepts and agrees to all its stipulations on both pages, whether written, printed, stamped or otherwise incorporated, as fully as if they were all signed by the Merchant. If the Carrier so requires, One original Bill of Lading must be surrendered duly endorsed in exchange for the goods or delivery order. In witness whereof the number of original Bills of Lading stated herein has been signed, all of this tenor and date, one of which being accomplished, the other(s) to stand void.

EXHIBIT 62
Page 10 of 17

| Freight | Merchant's declaration of value (see Clause 3) | Freight payable at: SEATTLE | Place and date of issue: SEATTLE  September 6, 2005 |
|---|---|---|---|
| | | Number of originals: THREE/3 | Signature |

Original document is printed on watermarked paper. www.etscargo.com

ETS-0125

* Applicable only when document used as a through Bill of Lading

| | |
|---|---|
| 1. Goods consigned from (exporter's business name, address, country)<br><br>GLOBAL SEAFOODS NORTH AMERICA LLC<br>11100 NE 8TH STREET SUITE 310<br>BELLEVUE, WA 98004 USA | Reference No.<br><br>GENERALIZED SYSTEM OF PREFERENCES<br><br>**CERTIFICATE OF ORIGIN**<br>(Combined declaration and certificate)<br><br>**UNITED STATES OF AMERICA**<br>Issued in _____<br><br>FORM A |
| 2. Goods consigned to (consignee's name, address, country)<br><br>QINGDAO FUSHENG FOODSTUFFS CO., LTD.<br>TAIWAN INDUSTRIAL DISTRICT LANZHOU EAST ROAD JIAOZHOU<br>QINGDAO, CHINA | |
| 3. Means of transport and route (as far as known)<br><br>APL THAILAND V/089<br>KODIAK/DUTCH HARBOR, ALASKA U.S.A.<br>QINGDAO, CHINA | 4. For official use |

| 5. Item number | 6. Marks/num. of packages | 7. Number and kind of packages; description of goods. | 8. Origin criterion (see note overleaf) | 9. Gross weight or other quantity | 10. Number and date of invoices |
|---|---|---|---|---|---|
| | 6,132 | 16KG & 23KG BGS/BXS FROZEN WILD PINK SALMON H/G<br>(ONCORHYNCHUS GORBUSCHA)<br>NET WEIGHT: 109,640 KGS<br>GROSS WEIGHT: 112,930 KGS<br>APLU692278-6 SEAL NO. 4081880<br>APLU692793-6 SEAL NO. 4081879<br>APRU500059-2 SEAL NO. 4081864<br>APRU505117-8 SEAL NO. 4081878<br>TRLU199206-3 SEAL NO. 4081183 | | 112,930 KGS | |

| | |
|---|---|
| 11. certification<br><br>It is hereby certified, on the basis of control carried out, that the declaration by the exporter is correct.<br><br><br><u>SEATTLE, WASHINGTON 09/6/2005</u><br>Place and date, signature and stamp of certifying authority. | 12. Declaration by the exporter<br><br>The undersigned hereby declares that the above details and that all the goods were produced in (country) <u>UNITED STATES OF AMERICA</u> and that they comply with the origin requirements specified for those goods in the generalized system of preferences for goods exported to (importing country) <u>CHINA</u><br><br><u>SEATTLE, WASHINGTON 09/6/2005</u><br>Place and date, signature of authorized signatory |

ETS-0126


EXHIBIT 62
Page 11 of 17

 

**UNITED STATES OF AMERICA**
**U.S. DEPARTMENT OF COMMERCE**
卫生证书/Health Certificate
People's Republic of China

日期/Date: **SEPTEMBER 9, 2005**

编号/No: **WPR42530715**

*This certificate is admissible in all courts of the United States as prima facie evidence of the truth of the statements therein contained. This certificate does not excuse failure to comply with any Federal or State laws. WARNING: Any person who shall falsely make, issue, alter, forge, or certify, or participate in any action thereto, is subject to a fine of not more than $1,000 or imprisonment for not more than one (1) year, or both (7 U.S.C. 1622 (h)).*

用于进口鱼类产品/For fish and fishery products intended for import to the People's Republic of China

I. 本证书应明确/The certificate should specify:

品名(及学名):/Variety name (and official name): **PINK SALMON H/G (ONCORHYNCHUS GORBUSCHA)**

产地/Production Area: **SEAWATER, WILD CAUGHT FISH**

捕捞区域/Catch Area: **FAO AREA 67 NORTH PACIFIC OCEAN - PRODUCT OF USA**

加工方式/Processing method: **FROZEN, H AND G**

加工企业名称及注册号/Name and registration number of processing plant: **GLOBAL SEAFOODS N/A PLANT CFN #3032545 AK#412**

发证机构名称/Name of department issuing the certificate: **UNITED STATES DEPARTMENT OF COMMERCE - SEAFOOD INSPECTION PROGRAM**

运输方式(包括船名,航班号,集装箱号)/Means of transportation (including vessel name, number, and container number): **APL THAILAND V/089 APLU692278-6 (4081880), APLU692793-6 (4081879), APRU500059-2 (4081864), APRU505117-8 (4081878), TRLU199206-3 (4081183)**

收货人/Consignee name and address: **TO ORDER NOTIFY PARTY: QINGDAO FUSHENG FOODSTUFFS CO., LTD. TAIWAN INDUSTRIAL DISTRICT LANZHOU EAST ROAD JIAOZHOU QINGDAO, CHINA**

发货人/Consignor name and address: **GLOBAL SEAFOODS NORTH AMERICA LLC 11100 NE 8TH ST., SUITE 310 BELLEVUE, WA 98004 USA**

数量/Quantity: **6132 BGS/BXS**    重量/Weight: **Net Weight: 109,640 KGS    Gross Weight: 112,930 KGS**

生产日期/Production date or codes: **JULY AND AUGUST 2005**

II. 此证不得涂改,须有官方印章及检验检疫人员签名,目的地应标明中华人民共和国/This certificate shall not be tampered with. Certificate shall be accompanied with an official stamp and the signature of the inspector. Destination shall be indicated as the People's Republic of China.

III. 每一批水产品须有一份检验检疫证书正本. 证书须中英文对照/Each batch of aquatic products shall carry an original certificate. The certificate shall be in both Chinese and English languages.

IV. 证明以下信息/The certificate state the following information:

兹证明/This is to certify that:

— 上述产品来自主管当局注册的企业/The above fishery products come from an establishment approved by the competent authority of the processor.
— 产品的生产、包装、储藏和运输均在主管部门监督之卫生条件下进行/The products were produced, packed, stored, and transported under sanitary conditions under the supervision of the competent authority.
— 产品经过主管当局检验检疫,未发现中国规定的有害病菌,有毒有害物质及异物/The products were inspected and quarantined by the competent authority and no pathogenic bacteria, harmful substances, or foreign substances regulated in the P.R. China were found.
— 产品符合兽医卫生要求,适合人类食用/The products meet veterinary sanitary requirements and are fit for human consumption.

**draft**

发证日期/Date of issue: **SEPTEMBER 9, 2005**

印章/Stamp:

官方兽医签字/Official Veterinary Signature
**SHERI STEPHENSON CSO# 4253**
Consumer Safety Officer
Western Inspection Branch
USDC/NOAA/NMFS/SIP
7600 Sand Point Way NE, Bldg 32
Seattle, WA 98115 Tel: (206)526-4259

EXHIBIT **602**
Page **12** of **17**

ETS-0127

Revised 5/28/2003

# Global Seafoods
## NORTH AMERICA

Home | Users | Product Detail | Settings | New Shipment | Logout
Approve Production | Production Reports | Control Panels | Carriers

## Container SEAU525960-0 Details
<< BACK

| Container: | SEAU525960-0 | Seal: | APL-4128888 |
|---|---|---|---|
| Packing List: | C10306 | Vessel: | |
| Carrier: | APL | Booking: | |
| Dest Port: | Quingdao, China | ETD: | 8/21/2005 |
| Consignee: | | ETA: | 8/21/2005 |
| Customer: | FMI | | |

> APPLY NOTES

APLU692278-6
4081880

| Species | Form | State | Pack | Size | Grade | Weight | Unit | Pkgs | Net Lbs | Gross Lbs | Net Kgs | Gross Kgs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pink salmon | H/G collar off (bl) | Frozen-block | Bag | O/R | n/a | 16.00 | Kgs | 899 | 31,710.97 | 32,662.30 | 14,384.00 | 14,815.52 |
| Pink salmon | H/G collar off (bl) | Frozen-IQF | Box | O/R | n/a | 23.00 | Kgs | 329 | 16,682.21 | 17,182.67 | 7,567.00 | 7,794.01 |
| | | | | | | | Totals: | 1,228 | 48,393.17 | 49,844.97 | 21,951.00 | 22,609.53 |

## Documents
PackingList-8-21-2005-6328024656633464632.html    View    Delete

- VIEW ROW ENTRIES
- EXPORT TO EXCEL
- PRINT PACKING SLIP
- SEND PACKING SLIP

EXHIBIT 62
Page 13 of 17

ETS-0128

Page 1 of 2

**Global Seafoods** NORTH AMERICA

Home | Users | Product Detail | Settings | New Shipment | Logout
Approve Production | Production Reports | Control Panels | Carriers

## Container SEAU526295-9 Details

<< BACK

| | | | |
|---|---|---|---|
| Container: | SEAU526295-9 | Seal: | APL-4128886 |
| Packing List: | C10303 | Vessel: | |
| Carrier: | APL | Booking: | |
| Dest Port: | Quingdao, China | ETD: | 8/20/2005 |
| Consignee: | | ETA: | 8/20/2005 |
| Customer: | FMI | | |

> APPLY NOTES

*Handwritten:* APLU 697793
6927-93-6
4081879

| Species | Form | State | Pack | Size | Grade | Weight | Unit | Pkgs | Net Lbs | Gross Lbs | Net Kgs | Gross Kgs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pink salmon | H/G collar off (bl) | Frozen-block | Bag | O/R | n/a | 16.00 | Kgs | 710 | 25,044.26 | 25,795.58 | 11,360.00 | 11,700.80 |
| Pink salmon | H/G collar off (bl) | Frozen-IQF | Box | O/R | n/a | 23.00 | Kgs | 451 | 22,868.32 | 23,554.37 | 10,373.00 | 10,684.19 |
| | | | | | | | Totals: | 1,161 | 47,912.57 | 49,349.95 | 21,733.00 | 22,384.99 |

### Documents

PackingList-8-21-2005-632602173420060812.html    View    Delete
PackingList-8-21-2005-632602175001945936.html    View    Delete

- VIEW ROW ENTRIES
- EXPORT TO EXCEL
- PRINT PACKING SLIP
- SEND PACKING SLIP

EXHIBIT 62
Page 14 of 17

ETS-0129

http://65.74.80.100/ADMIN/panels/Details.aspx?id=434

8/22/2005

8/22/2005

Home | Users | Product Detail | Settings | New Shipment | Logout
Approve Production | Production Reports | Control Panels | Carriers

# Global Seafoods
NORTH AMERICA

## Container SEAU525588-3 Details

<< BACK

| | | | |
|---|---|---|---|
| Container: | SEAU525588-3 | Seal: | APL-4128884 |
| Packing List: | C10302 | Vessel: | |
| Carrier: | APL | Booking: | |
| Dest Port: | Quingdao, China | ETD: | 8/20/2005 |
| Consignee: | | ETA: | 8/20/2005 |
| Customer: | FMI | | |

*APRU 500059 - 2*
*4681864*

> APPLY NOTES

| Species | Form | State | Pack | Size | Grade | Weight | Unit | Pkgs | Net Lbs | Gross Lbs | Net Kgs | Gross Kgs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pink salmon | H/G collar off (bl) | Frozen-block | Bag | O/R | n/a | 16.00 | Kgs | 1,124 | 39,647.53 | 40,836.95 | 17,984.00 | 18,523.52 |
| Pink salmon | H/G collar off (bl) | Frozen-IQF | Box | O/R | n/a | 23.00 | Kgs | 173 | 8,772.10 | 9,035.27 | 3,979.00 | 4,098.37 |
| | | | | | | | Totals: | 1,297 | 48,419.63 | 49,872.22 | 21,963.00 | 22,621.89 |

## Documents

PackingList-8-20-2005-632601560890735000.html   View   Delete

- VIEW ROW ENTRIES
- EXPORT TO EXCEL
- PRINT PACKING SLIP
- SEND PACKING SLIP

EXHIBIT 62
Page 15 of 17

ETS-0130

http://65.74.80.100/ADMIN/panels/Details.aspx?id=433

8/22/2005

# Global Seafoods
NORTH AMERICA

Home | Users | Product Detail | Settings | New Shipment | Logout
Approve Production | Production Reports | Control Panels | Carriers

## Container SEAU525860-3 Details

<< BACK

| Container: | SEAU525860-3 | Seal: | APL-4128887 |
|---|---|---|---|
| Packing List: | C10305 | Vessel: | |
| Carrier: | APL | Booking: | |
| Dest Port: | Quingdao, China | ETD: | 8/21/2005 |
| Consignee: | | ETA: | 8/21/2005 |
| Customer: | FMI | | |

> APPLY NOTES

APRU 505117-8
4081878

| Species | Form | State | Pack | Size | Grade | Weight | Unit | Pkgs | Net Lbs | Gross Lbs | Net Kgs | Gross Kgs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pink salmon | H/G collar off (bl) | Frozen-block | Bag | O/R | n/a | 16.00 | Kgs | 1,024 | 36,120.17 | 37,203.77 | 16,384.00 | 16,875.52 |
| Pink salmon | H/G collar off (bl) | Frozen-IQF | Box | O/R | n/a | 23.00 | Kgs | 244 | 12,372.22 | 12,743.38 | 5,612.00 | 5,780.36 |
| | | | | | | | Totals: | 1,268 | 48,492.38 | 49,947.15 | 21,996.00 | 22,655.88 |

View   Delete

## Documents
PackingList-8-21-2005-632602175451011310.html

- VIEW ROW ENTRIES
- EXPORT TO EXCEL
- PRINT PACKING SLIP
- SEND PACKING SLIP

EXHIBIT 62
Page 16 of 17

ETS-0131

http://65.74.80.100/ADMIN/panels/Details.aspx?id=436

**Global Seafoods**
NORTH AMERICA

Home | Users | Product Detail | Settings | New Shipment | Logout
Approve Production | Production Reports | Control Panels | Carriers

## Container SEAU525715-0 Details

<< BACK

| Container: | SEAU525715-0 | Seal: | APL-4128881 |
|---|---|---|---|
| Packing List: | C10299 | Vessel: | |
| Carrier: | APL | Booking: | |
| Dest Port: | Quingdao, China | ETD: | 8/20/2005 |
| Consignee: | | ETA: | 8/20/2005 |
| Customer: | FMI | | |

> APPLY NOTES

TRLU199206-3
4081183

| Species | Form | State | Pack | Size | Grade | Weight | Unit | Pkgs | Net Lbs | Gross Lbs | Net Kgs | Gross Kgs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pink salmon | H/G collar off (bi) | Frozen-block | Bag | O/R | n/a | 16.00 | Kgs | 761 | 26,843.21 | 27,648.51 | 12,176.00 | 12,541.28 |
| Pink salmon | H/G collar off (bi) | Frozen-IQF | Box | O/R | n/a | 23.00 | Kgs | 427 | 21,651.38 | 22,300.92 | 9,821.00 | 10,115.63 |
| | | | | | | | Totals: | 1,188 | 48,494.69 | 49,949.42 | 21,997.00 | 22,656.91 |

## Documents

PackingList-8-20-2005-632601250297860746.html    View    Delete

- VIEW ROW ENTRIES
- EXPORT TO EXCEL
- PRINT PACKING SLIP
- SEND PACKING SLIP