## Bent Holme

**From:** "Bent Holme" <bholme@salmoncanada.com>
**To:** "Oleg Nikitenko" <oleg@globalseafoods.com>
**Cc:** "Thomas Hennessey" <tomh@globalseafoods.com>; "Harry" <harry@salmoncanada.com>
**Sent:** Wednesday, September 21, 2005 11:56 AM
**Subject:** FMI-224 -

Oleg/Tom:

Reference your phone call this morning re L/C procedure.

As explained, because presentation of Origial documents through L/C is sometimes slow process and transit time of vessels to China is fast, it is not unusual that vessels arrive in China before the documents, causing delayed Customs clearance and demurrage charges.

Therefore, in order to save time and enable Customs clearance prior to vessels' arrivals, Merry & Co. (Sang Jin's buyer) insist that 1/3 B/L and Cert. Origin + Health Cert. be couriered to them within 3 days after shipment.

Oleg, this does n o t enable Merry & Co. to take delivery of the cargo - only to Customs clear. The cargo ca n n o t be moved out until remaing Original 2/3 B/L arrive and are released to Consignee by L/C Bank who then pay Global directly - exactly same way and procedure as last year. Please check back and verify correctness of my summation.

Oleg, we have not "tricked" you as it is not unusual procedure. I wish you would have listened until I had finished my explanation instead of threatening going to lawyer. Believe me, nobody can take possession of any cargo unless total of 3/3 (not 1/3) B/L are surrendered to the Chinese Port authorities for their release of cargo.

Please give me a call so we can get this unfortunate misunderstanding straightened out - once and for all.

Best regards
Bent


Bent Holme
FMI Food Marketers International Ltd.
Tel: (604) 275 3664
Fax: (604) 275 3624
e-mail: bholme@salmoncanada.com

EXHIBIT 63
Page 1 of 1

FMI 00245