```
> APRU 507820-3                "
> APRU 507802-9                "
> CRLU 121933-4                "
> APRU 508430-9                "
> APRU 502974-4                "
> TRLU 186001-0                "
>
> Please apply L/C M04N3508RS00712  to following  6 containers:
>
> APLU 693415-4        "Thailand"
> SEAU 525715-0                "
> SEAU 526295-9                "
> SEAU 525860-3                "
> SEAU 525588-3                "
> SEAU 525960-0                "
>
> Letters of Credit details for following 3 packed (so far no vessel)
> containers will be advised within next couple days:
>
>
> APRU 507892-3
> CRLU 121911-8
> APRU 501262-8
>
> Hopefully you can comply ? If not,  please give me a call.
>
> Best regards
> Bent
>
>
> Bent Holme
> FMI Food Marketers International Ltd.
> Tel:  (604) 275 3664
> Fax:  (604) 275 3624
> e-mail:  bholme@salmoncanada.com
>
>
>
>
```

0326

2

EXHIBIT 64
Page 1 of 2

Date: Tuesday, September 05, 2006   9:26AM  
Transaction History (ICHIST02)

Global Seafoods N. America, LLC

Page 5

| Item/ Desc/ Date/ Year - Period | Document Number | Type | Day End No. | Entry No. | Quantity | Unit | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Account Set: | FGOOD   Finished goods | | | | | | | |
| Location: | S/PNK2OZG16   Pink salmon H&G frozen bag 16kg   1   Kodiak Processing Plant | | | | | | | |
| 8/30/2005   2005 - 8 | 10080 | Invoice | 1,700 | 7 | -22,400.0000 | Kg. | | 19,817.73 |
| 8/30/2005   2005 - 8 | 10081 | Invoice | 1,700 | 8 | -11,520.0000 | Kg. | | 10,191.98 |
| 8/30/2005   2005 - 8 | 10082 | Invoice | 1,700 | 9 | -14,944.0000 | Kg. | | 13,221.26 |
| 8/30/2005   2005 - 8 | 10083 | Invoice | 1,700 | 10 | -12,656.0000 | Kg. | | 11,197.02 |
| 8/30/2005   2005 - 8 | 10084 | Invoice | 1,700 | 11 | -16,320.0000 | Kg. | | 14,438.63 |
| 8/30/2005   2005 - 8 | 10133 | Invoice | 1,717 | 1 | -22,064.0000 | Kg. | | 18,694.05 |
| 8/30/2005   2005 - 8 | 10134 | Invoice | 1,717 | 2 | -23,200.0000 | Kg. | | 19,656.54 |
| 8/30/2005   2005 - 8 | 10144 | Invoice | 1,721 | 1 | -22,000.0000 | Kg. | | 18,639.82 |
| 8/30/2005   2005 - 8 | 10145 | Invoice | 1,721 | 2 | -22,000.0000 | Kg. | | 18,639.82 |
| 8/30/2005   2005 - 8 | 10146 | Invoice | 1,721 | 3 | -20,832.0000 | Kg. | | 17,650.22 |
| 8/30/2005   2005 - 8 | 10147 | Invoice | 1,721 | 4 | -15,472.0000 | Kg. | | 13,108.88 |
| 8/30/2005   2005 - 8 | 10148 | Invoice | 1,721 | 5 | -8,640.0000 | Kg. | | 7,320.37 |
| 8/30/2005   2005 - 8 | 10149 | Invoice | 1,721 | 6 | -23,360.0000 | Kg. | | 19,792.10 |
| 8/30/2005   2005 - 8 | 10248 | Invoice | 1,738 | 2 | -24,800.0000 | Kg. | | 20,393.03 |
| 8/30/2005   2005 - 8 | 10249 | Invoice | 1,738 | 3 | -22,000.0000 | Kg. | | 18,090.59 |
| 9/3/2005   2005 - 8 | 10274 | Assm. Master | 1,743 | 3 | -21,760.0000 | Kg. | | 17,893.24 |
| 9/4/2005   2005 - 9 | PNK2 | | 1,728 | 11 | 461,590.0000 | Lb. | 159,313.15 | |
| 9/6/2005   2005 - 9 | 10268 | Invoice | 1,742 | 6 | -17,520.0000 | Lb. | | |
| 9/6/2005   2005 - 9 | 10269 | Invoice | 1,742 | 7 | -23,360.0000 | Kg. | | 19,208.91 |
| 9/6/2005   2005 - 9 | 10270 | Invoice | 1,742 | 8 | -22,240.0000 | Kg. | | 18,287.94 |
| 9/6/2005   2005 - 9 | 10271 | Invoice | 1,742 | 9 | -22,320.0000 | Kg. | | 18,353.72 |
| 9/6/2005   2005 - 9 | 10273 | Invoice | 1,743 | 2 | -18,160.0000 | Kg. | | 14,932.96 |
| 9/6/2005   2005 - 9 | 10285 | Invoice | 1,745 | 1 | -22,000.0000 | Kg. | | 18,090.59 |
| 9/6/2005   2005 - 9 | 10286 | Invoice | 1,745 | 2 | -23,200.0000 | Kg. | | 19,077.35 |
| 9/6/2005   2005 - 9 | 10287 | Invoice | 1,745 | 3 | -23,200.0000 | Kg. | | 19,077.35 |
| 9/6/2005   2005 - 9 | 10383 | Invoice | 1,759 | 1 | -12,096.0000 | Kg. | | 9,880.42 |
| 9/6/2005   2005 - 9 | 10384 | Invoice | 1,759 | 2 | -11,664.0000 | Kg. | | 9,527.55 |
| 9/6/2005   2005 - 9 | 10385 | Invoice | 1,759 | 3 | -11,360.0000 | Kg. | | 9,279.24 |
| 9/6/2005   2005 - 9 | 10386 | Invoice | 1,759 | 4 | -16,384.0000 | Kg. | | 13,383.01 |
| 9/6/2005   2005 - 9 | 10387 | Invoice | 1,759 | 5 | -14,384.0000 | Kg. | | 11,749.34 |
| 9/6/2005   2005 - 9 | 10388 | Invoice | 1,759 | 6 | -12,176.0000 | Kg. | | 9,945.77 |
| 9/11/2005   2005 - 9 | 10389 | Assm. Master | 1,751 | 7 | -17,984.0000 | Kg. | | 14,689.94 |
| 9/13/2005   2005 - 9 | PNK1 | | 1,759 | 17 | 79,013.0000 | Lb. | 26,712.96 | |
| 9/13/2005   2005 - 9 | 10135 | Invoice | 1,717 | 3 | -23,360.0000 | Kg. | | 19,792.10 |
| 9/13/2005   2005 - 9 | 10136 | Invoice | 1,717 | 4 | -23,360.0000 | Kg. | | 19,792.10 |
| 9/13/2005   2005 - 9 | 10372 | Invoice | 1,756 | 1 | -23,360.0000 | Kg. | | 18,950.55 |
| 9/13/2005   2005 - 9 | 10373 | Invoice | 1,756 | 2 | -23,360.0000 | Kg. | | 18,950.55 |
| 9/13/2005   2005 - 9 | 10390 | Invoice | 1,761 | 1 | -23,200.0000 | Kg. | | 19,081.24 |
| 9/13/2005   2005 - 9 | 10418 | Invoice | 1,770 | 2 | -10,000.0000 | Kg. | | 8,168.34 |
| 9/13/2005   2005 - 9 | 10419 | Invoice | 1,770 | 3 | -8,208.0000 | Kg. | | 6,704.57 |
| 9/13/2005   2005 - 9 | 10766 | Invoice | 1,809 | 1 | -23,360.0000 | Kg. | | 19,081.25 |

EXHIBIT 64  
Page 2 of 2  
0420