**Bent Holme**

From: "Harry Guenther" <harry@salmoncanada.com>
To: "Bent Holme" <bholme@salmoncanada.com>
Cc: "George Wilson" <georgew@salmoncanada.com>
Sent: Monday, October 10, 2005 11:20 AM
Subject: FW: QC Johnson Inspection Qingdao Oct 10

OCT 11 2005

Please read a advise if changes are necessary.

-----Original Message-----
From: Oleg Nikitenko [mailto:oleg@globalseafoods.com]
Sent: October 10, 2005 10:50 AM
To: 'Harry Guenther'
Cc: 'Bent Holme'; 'Thomas Hennessey'
Subject: RE: QC Johnson inspection Qingdao Oct 10

I will explain you what is going on. WE have agreement FMI 224 for 33 container, since last year you failed to open L/C for full cargo I asked you to put deposit of $50k. We shipped product to you, but your L/C does not give us enough time to prepare all documents, due to fact some of them done by government, plus for last 13 Bent spent too much time to change them.

The deposit we made was for buying the cleaner machine as per Olegs' request.
Time on the L/C's same as last year, no changes were requested by Global for time extensions or anything.

1. for 13 containers I did not receive full payment, we just sent documents to bank and facing between 10-15 days demurrage. Bent lay to me when he said L/C will be amendment, we do not see any evidence.

Documents would be amended subject to your agreement to honour the claims based on the findings of QC people arranged by you. Mr. Johnson was your choice and based on his findings you were would be guided. This was our understanding.

2. 7 Containers, please, ask your buyer send documents bank we are facing 15-25 days demurrage, if I have documents I will start look for buyer, other way demurrage and cost will be much higher.

You were to send the original to the bank in Korea for release of goods. Buyer has been waiting for the documents. No demurrage would have been necessary if you would have made you presentations of the documents in

EXHIBIT 65
Page 1 of 1

FMI 00362