③ Re-sale 7 Containers

(Results of offers)

and calculation of claim

EXHIBIT 66
Page 1 of 17

0434

Global Seafoods North America, LLC
FMI
Pink Salmon Contract

### 1

| B/L no. | | | | | | Net Revenue on Subsequent Sale | | | |
|---|---|---|---|---|---|---|---|---|---|
| GS ref no. | Original container no. | New container no. | Kgs. | Demurrage | Storage | Contract | Actual | Freight-out | Total Claim |
| | ECHO2892 | APL Thailand V/089 Sept. 6, 2005 | | 78,909 (C) | 4,469 (D) | 144,725 | (177,874) (G) | 27,565 (A) | 77,794 |
| C10306 | SEAU525960-0 | APLU692278-6 | 21,951 | | | | | | |
| C10303 | SEAU526295-9 | APLU692793-6 | 21,733 | | | | | | |
| C10302 | SEAU525588-3 | APRU500059-2 | 21,963 | | | | | | |
| C10305 | SEAU525860-3 | APRU505117-8 | 21,996 | | | | | | |
| C10299 | SEAU525715-0 | TRLU199206-3 | 21,997 | | | | | | |
| | | | 109,640 | | | | | | |

### 2

| B/L no. | | | | | | Net Revenue on Subsequent Sale | | | |
|---|---|---|---|---|---|---|---|---|---|
| GS ref no. | Original container no. | New container no. | Kgs. | Demurrage | Storage | Contract | Actual | Freight-out | Total Claim |
| | ECHO2898 | APL Thailand V/089 Sept. 6, 2005 | | 54,142 (E) | 6,666 (F) | 57,807 | (83,571) (H) | 11,996 (B) | 47,040 |
| C10296 | SEAU525378-8 | APLU694887-8 | 21,715 | | | | | | |
| C10298 | SEAU526358-0 | TRLU194902-5 | 22,078 | | | | | | |
| | | | 43,793 | | | | | | |
| | | | 153,433 | 133,051 | 11,135 | 202,532 | (261,445) | 39,561 | 124,833 |

EXHIBIT 66
Page 2 of 17

0435



# Echo-Translink Systems (ETS) LLC

10655 NE 4th Street, Suite 400
Bellevue, WA 98004 U.S.A.
Phone: 1.425.467.1804
Fax: 1.425.709.8831



# Invoice

| DATE | INVOICE # |
|---|---|
| 3/27/2006 | 12476 |

**BILL TO**

GLOBAL SEAFOODS NORTH AMERICA, LLC
11100 NE 8TH ST., SUITE 310
BELLEVUE, WA 98004

| BOOKING | TERMS | DUE DATE | SHIP DATE | SHIP VIA | CNF | B/L - AWB |
|---|---|---|---|---|---|---|
| NCX038076 | Due on receipt | 3/27/2006 | 2/24/2006 | OCEAN | KLAIPEDA | NCX038076 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| OCEAN FREIGHT (QINGDAO - HAMBURG - KLAIPEDA), CFS QINGDAO, THC QINGDAO, BAF, PORT PLUG-IN, CONTAINER FEES, EXPORT HANDLING. CMA CGM STRAUSS NX202W CGMU4812474 (PINK SALMON) CGMU4841343 (PINK SALMON) CRLU5162406 (PINK SALMON) GESU9066370 (PINK SALMON) TRLU1601493 (PINK SALMON) REF. BALTEXPRESS | 5 | 5,513.00 | 27,565.00 |

Thank you for your business.

**Total** $27,565.00

EXHIBIT 66
Page 3 of 17

0436



## Echo-Translink Systems (ETS) LLC

10655 NE 4th Street, Suite 400
Bellevue, WA 98004 U.S.A.
Phone: 1.425.467.1804
Fax: 1.425.709.8831



# Invoice

| DATE | INVOICE # |
|---|---|
| 6/27/2006 | 12546 |

**BILL TO**

GLOBAL SEAFOODS NORTH AMERICA, LLC
11100 NE 8TH ST., SUITE 310
BELLEVUE, WA 98004



| BOOKING | TERMS | DUE DATE | SHIP DATE | SHIP VIA | CNF | B/L - AWB |
|---|---|---|---|---|---|---|
| NX232W/232W | Due on receipt | 6/27/2006 | 6/11/2006 | OCEAN | KLAIPEDA | NX232W/232W |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| OCEAN FREIGHT (QINGDAO-HAMBURG-KLAIPEDA), CFS QINGDAO, THC QINGDAO, BAF, PORT PLUG-IN, CONTAINER FEES, EXPORT HANDLING. CMA CGM BAUDELAIRE NX232W/232W CGMU4798397 (16 KG BAGS / SALMON) | | 5,898.15 | 5,898.15 |
| REF. UAB ORKOS | | | |
| OCEAN FREIGHT (QINGDAO-HAMBURG-KLAIPEDA), CFS QINGDAO, THC QINGDAO, BAF, PORT PLUG-IN, CONTAINER FEES, EXPORT HANDLING. CMA CGM BAUDELAIRE NX232W/232W TRLU1616322 (23 KG BOXES / SALMON) | | 5,898.15 | 5,898.15 |
| REF. DELL TRADE | | | |
| BL AMENDMEND FEES | | 200.00 | 200.00 |

Thank you for your business.

**Total**   $11,996.30

EXHIBIT 66
Page 4 of 17
0437

**WELLS FARGO**

Global Seafoods North America Llc

Page 4 of 6
Account Number: ...
Statement End Date: ...

### Electronic Debits/ Bank Debits

| Effective Date | Posted Date | Amount | Transaction Detail |
|---|---|---|---|
| | Dec 09 | 583.62 | WT Fed#00395 Bank of America /Etr/Bnf=Hall Street Cold Storage Srf# IN051209080333408 Trn#051209026206 Rfb# 000000208 |
| | Dec 13 | 10,144.64 | WT Seq#41320 Samson Tug & Barge Comp /Bnf=Samson Tug & Barge Company, Inc Srf# IN051213011645541 Trn#051213041320 Rfb# 000000211 |
| | Dec 13 | 2,724.35 X | Wells Fargo Auto Pay 051212 495620020838989 Morozov Sergey |
| | Dec 14 | 884.90 | REF=SKE552987/Pay #001 Amendment Fee |
| | Dec 14 | 619.11 | WT 051214-031665 Laurentian Bank of /Bnf=Imperial Cold Storage Srf# IN051214088542486 Trn#051214031665 Rfb# 000000212 |
| | Dec 14 | 874.00 | REF=SKE551069/Pay #001 Neg/Nego/Exam Commission |
| | Dec 15 | ... | WT Fed#00094 Us Bank /Etr/Bnf=Sergey Morozov Srf# IN051215093280192 Trn#051215036824 Rfb# 000000213 |
| | Dec 15 | ... | WT Seq#36446 Marites Medina /Bnf=Marites Medina Srf# IN051215084043916 Trn#051215036446 Rfb# 000000214 |
| | Dec 15 | ... | WT Seq#36752 Mila J York /Bnf=Mila York Srf# IN051215084405389 Trn#051215036752 Rfb# 000000215 |
| | Dec 16 | ... | WT Seq#55819 Jaime A Portillo /Bnf=James Portillo Srf# IN051216114948880 Trn#051216055819 Rfb# 000000216 |
| | Dec 21 | ... | WT 051221-029076 Volksbank Bremerhav /Bnf=noord Food Logistik & Service Srf# IN051221092941004 Trn#051221029076 Rfb# 000000217 |
| | Dec 22 | 99,000.00 | Online Transfer - To Fund 12/22/05 Payroll Ref #IBE79KY29D |
| | Dec 22 | 3,000.00 | WT Fed#01314 Washington Mutual /Etr/Bnf=Tom Hennessey Srf# IN051222093540297 Trn#051222038275 Rfb# 000000219 |
| | Dec 22 | 2,520.02 | WT 051222-037715 Volksbank Bremerhav /Bnf=noord Food Logistik & Service Srf# IN051222093111574 Trn#051222037715 Rfb# 000000218 |
| | Dec 27 | 4,700.00 | Online Transfer - To Fund Account Ref #IBEBSBL8PZ |
| | Dec 28 | 6,929.54 | Wells Fargo Auto Pay 051227 517464860089654 Muntanko Oleg |
| | Dec 29 | 78,909.00 | WT Fed#01910 China Merchants Ba /Etr/Bnf=Shengjin Srf# IN051229612570639 Trn#051229040914 Rfb# 000000220 |
| | Dec 29 | 37,930.00 | WT Fed#02207 Bank Of America N /Etr/Bnf=SWBW Tubetrak Systems Srf# IN051229053505180 Trn#051229062987 Rfb# ... |
| | Dec 30 | 67,000.00 | Online Transfer - To Fund Account Ref #IBE24670J6 |
| | Dec 30 | 25,000.00 | WT Seq#01795 Samson Tug & Barge Comp /Bnf=Samson Tug & Barge Srf# IN051230... Trn#051230026179 Rfb# 000000... |
| | Dec 30 | 9,000.00 | WT Fed#12987 Kodiak ... Srf# IN051230075535... Trn#051230026... Rfb# 000000221 |

EXHIBIT 66
Page 5 of 17
0438

$4,468.73

发 票
INVOICE

TO: GLOBAL SEAFOODS NORTH AMERICA, L.L.C.  
QINGDAO PUBLIC BONDED WAREHOUSE CO., LTD.  
Ocean Vessel: APL /ECHO  
B/L: ECHO2892  
Description: FROZEN Pink Salmon H&G    23kg  

Date: 31/01/2006  
INVOICE NO: QPBW060131 C

| 费 用<br>All charges | 人民币（元）<br>RMB(Yuan) | 美元<br>USD |
|---|---|---|
| 仓储费（RMB2.20/MT/DAY）<br>Storage fee (01/01/06-31/01/06) | 2204.95 | 279.1076 |
| 装卸费(RMB20.00/MT)<br>Loading/unloading fee | 770.96 | 97.58987 |
| 降温费（RMB20.00/MT)<br>Lowering Temperature fee | 770.96 | 97.58987 |
| 分规格费（RMB4.00/MT）<br>Selecting size fee | 154.19 | 19.51772 |
| 代理手续费（RMB10.00/MT）<br>Commission fee | 385.48 | 48.79494 |
| 运输费（RMB900.00/40'）<br>Trucking fee | 0.00 | 0 |
| 换单代理费（RMB100.00/LOT）<br>Changing documents fee | 0.00 | 0 |
| 报关费（RMB300.00/LOT）<br>Applying to Customs fee | 300.00 | 37.97468 |
| 报验费（RMB200.00/LOT）<br>Commodity Inspection fee | 200.00 | 25.31646 |
| 贸易代理费（RMB10.00/MT）<br>Trading Agent fee | 385.48 | 48.79494 |
| 合计<br>Total | 5,172.02 | 654.69 |

exchange rate: USD1.00:RMB7.9  
除仓储费，每天按库存计算，我们会在每月的月底前通知您。上述其它费用均为一次性费用。  
Except Storage fee which will be calculated according to stock per day, all above the other expenses should be paid for only once, and we will inform you the amount storage fee by the end of every month.

2/15

12-6550-00

0439

EXHIBIT 66  
Page 6 of 17

发 票<br>INVOICE

TO: GLOBAL SEAFOODS NORTH AMERICA, L.L.C.
:QINGDAO PUBLIC BONDED WAREHOUSE CO., LTD.
Ocean Vessel: APL /ECHO
B/L: ECHO2892
Description: FROZEN Pink Salmon H&G  16kg

Date:31/01/2006
INVOICE NO: QPBW06C

| 费 用<br>All charges | 人民币（元）<br>RMB(Yuan) | 美元<br>USD |
|---|---|---|
| 仓储费（RMB2.20/MT/DAY）<br>Storage fee（01/01/06-31/01/06） | 4254.65 | 538.56329 |
| 装卸费（RMB20.00/MT）<br>Loading/unloading fee | 1487.64 | 188.30886 |
| 降温费（RMB20.00/MT）<br>Lowering Temperature fee | 1487.64 | 188.30886 |
| 分规格费（RMB4.00/MT）<br>Selecting size fee | 297.53 | 37.662025 |
| 代理手续费（RMB10.00/MT）<br>Commission fee | 743.82 | 94.15443 |
| 运输费（RMB900.00/40'）<br>Trucking fee | 5000.00 | 632.91139 |
| 换单代理费（RMB100.00/LOT）<br>Changing documents fee | 100.00 | 12.658228 |
| 报关费（RMB300.00/LOT）<br>Applying to Customs fee | 300.00 | 37.974684 |
| 报验费（RMB200.00/LOT）<br>Commodity Inspection fee | 200.00 | 25.316456 |
| 贸易代理费（RMB10.00/MT）<br>Trading Agent fee | 743.82 | 94.15443 |
| 合计<br>Total | 14,615.10 | 1850.01 |

exchange rate:USD1.00:RMB7.9

除仓储费，每天按库存计算，我们会在每月的月底前通知您。上述其它费用均为一次性费用。
Except Storage fee which will be calculated according to stock per day, all above the other expenses should be paid for only once, and we will inform you the amount storage fee by the end of every month.

EXHIBIT 66
Page 7 of 17

0440

发 票
INVOICE

TO: GLOBAL SEAFOODS NORTH AMERICA, L.L.C.
QINGDAO PUBLIC BONDED WAREHOUSE CO., LTD.
Ocean Vessel: APL /ECHO
B/L: ECHO2892
Description: FROZEN Pink Salmon H&G    23kg

Date: 28/02/2006
INVOICE NO: QPBW060228 B

| 费用<br>All charges | 人民币（元）<br>RMB(Yuan) | 美元<br>USD |
|---|---|---|
| 仓储费（RMB2.20/MT/DAY）<br>Storage fee（01/02/06-18/02/06） | 1526.50 | 193.2278 |
| 装卸费(RMB20.00/MT)<br>Loading/unloading fee | 0.00 | 0 |
| 降温费（RMB20.00/MT）<br>Lowering Temperature fee | 0.00 | 0 |
| 分规格费（RMB4.00/MT）<br>Selecting size fee | 0.00 | 0 |
| 代理手续费（RMB10.00/MT）<br>Commission fee | 0.00 | 0 |
| 运输费（RMB1000.00/40'）<br>Trucking fee | 5000.00 | 632.9114 |
| 换单代理费（RMB100.00/LOT）<br>Changing documents fee | 0.00 | 0 |
| 报关费（RMB300.00/LOT）<br>Applying to Customs fee | 300.00 | 37.97468 |
| 报验费（RMB200.00/LOT）<br>Commodity Inspection fee | 0.00 | 0 |
| 贸易代理费（RMB10.00/MT）<br>Trading Agent fee | 743.82 | 94.15443 |
| 合计<br>Total | 7,570.32 | 958.27 |

exchange rate: USD1.00:RMB7.9

除仓储费，每天按库存计算，我们会在每月的月底前通知您。上述其它费用均为一次性费用。
Except Storage fee which will be calculated according to stock per day, all above the other expenses should be paid for only once, and we will inform you the amount storage fee by the end of every month.

0441



EXHIBIT 6G
Page 8 of 97

(D)  3/4

# 发 票
# INVOICE

TO: GLOBAL SEAFOODS NORTH AMERICA, L.L.C.  
A: QINGDAO PUBLIC BONDED WAREHOUSE CO., LTD.  
Ocean Vessel: APL /ECHO  
B/L: ECHO2892  
Description: FROZEN Pink Salmon H&G  16kg  

Date: 28/02/2006  
INVOICE NO: QPBW0602  

| 费用<br>All charges | 人民币（元）<br>RMB(Yuan) | 美元<br>USD |
|---|---|---|
| 仓储费 （RMB2.20/MT/DAY）<br>Storage fee （01/02/06-18/02/06） | 2945.53 | 372.851899 |
| 装卸费 (RMB20.00/MT)<br>Loading/unloading fee | | |
| 降温费 (RMB20.00/MT)<br>Lowering Temperature fee | | |
| 分规格费 （RMB4.00/MT）<br>Selecting size fee | | |
| 代理手续费 （RMB10.00/MT）<br>Commission fee | | |
| 运输费 （RMB1000.00/40'）<br>Trucking fee | 5000.00 | 632.911392 |
| 换单代理费 （RMB100.00/LOT）<br>Changing documents fee | | |
| 报关费 （RMB300.00/LOT）<br>Applying to Customs fee | | |
| 报验费 （RMB200.00/LOT）<br>Commodity Inspection fee | | |
| 贸易代理费 （RMB10.00/MT）<br>Trading Agent fee | | |
| 合计<br>Total | 7,945.53 | 1005.76 |

exchange rate: USD1.00:RMB7.9  
除仓储费，每天按库存计算，我们会在每月的月底前通知您。上述其它费用均为一次性费用。  
Except Storage fee which will be calculated according to stock per day, all above the other expenses should be paid for only once, and we will inform you the amount storage fee by the end of every month.

@ 3/21

12-6550-CV  
(D) 4/4

EXHIBIT 66  
Page 9 of 17    0442

发 票
INVOICE

TO: GLOBAL SEAFOODS NORTH AMERICA, L.L.C.
:QINGDAO PUBLIC BONDED WAREHOUSE CO., LTD.
Ocean Vessel: APLU98161724
B/L: ECHO2898
Description: FROZEN PINK SALMON

Date:30/04/2006
INVOICE NO: QPBW0604304

| 费用<br>All charges | 人民币（元）<br>RMB(Yuan) | 美元<br>USD |
|---|---|---|
| 仓储费（RMB2.20/MT/DAY）<br>Storage fee (01/04/06-30/04/06) | 99.23 | 12.56 |
| 装卸费(RMB20.00/MT)<br>Loading/unloading fee | 902.12 | 114.19 |
| 降温费（RMB20.00/MT）<br>Lowering Temperature fee | 902.12 | 114.19 |
| 分规格费（RMB4.00/MT）<br>Grading fee | 180.42 | 22.84 |
| 代理手续费（RMB10.00/MT）<br>Commission fee | 451.06 | 57.10 |
| 运输费（RMB1000.00/40'）<br>Trucking fee | 2,000.00 | 253.16 |
| 换单代理费（RMB100.00/LOT）<br>Changing documents fee | 100.00 | 12.66 |
| 报关费（RMB300.00/LOT）<br>Applying to Customs fee | 0.00 | 0.00 |
| 报验费（RMB200.00/LOT）<br>Commodity Inspection fee | 0.00 | 0.00 |
| 贸易代理费（RMB10.00/MT）<br>Trading Agent fee | 451.06 | 57.10 |
| 垫付的进口费用<br>Pay for Import fee on behalf of GLOBAL SEAFOODS NORTH AMERICA, L.L.C. | | |
| 操作费<br>Handling charge | 320.00 | 40.51 |
| 港杂费、制冷费等<br>Port Construction fee、Wharf cooling fee | 44,100.00 | 5582.28 |
| 封识鉴定费<br>Seal charge | 80.00 | 10.13 |
| 合计<br>Total charges | 49,586.02 | 6276.71 |
| the actually incurred demurrage fee | 427,720.00 | 54141.77 |
| wire payment by Global seafoods on Apr.12 | 495,799.97 | 62759.49 |
| the surplus account | 68,079.97 | 8617.72 |

exchange rate:USD1.00:RMB7.9

EXHIBIT 66
Page 10 of 17

0443

$6,666.11



hSbt -S6880

发票
# INVOICE

TO: GLOBAL SEAFOODS NORTH AMERICA, L.L.C.
:QINGDAO PUBLIC BONDED WAREHOUSE CO., LTD.
Ocean Vessel: APLU98161724
B/L: ECHO2898
Description: FROZEN PINK SALMON

Date:31/05/2006
INVOICE NO: QPBW060531 A

| 费 用<br>All charges | 人民币（元）<br>RMB(Yuan) | 美元<br>USD |
|---|---|---|
| 仓储费 (RMB2.20/MT/DAY)<br>Storage fee (01/05/06-31/05/06) | 3076.23 | 389.40 |
| 装卸费 (RMB20.00/MT)<br>Loading/unloading fee | 0.00 | 0.00 |
| 降温费 (RMB20.00/MT)<br>Lowering Temperature fee | 0.00 | 0.00 |
| 分规格费 (RMB4.00/MT)<br>Grading fee | 0.00 | 0.00 |
| 代理手续费 (RMB10.00/MT)<br>Commission fee | 0.00 | 0.00 |
| 运输费 (RMB1000.00/40') <br>Trucking fee | 0.00 | 0.00 |
| 换单代理费 (RMB100.00/LOT)<br>Changing documents fee | 0.00 | 0.00 |
| 报关费 (RMB300.00/LOT)<br>Applying to Customs fee | 0.00 | 0.00 |
| 报验费 (RMB200.00/LOT)<br>Commodity Inspection fee | 0.00 | 0.00 |
| 贸易代理费 (RMB10.00/MT)<br>Trading Agent fee | 0.00 | 0.00 |
| 合计<br>Total | 3,076.23 | 389.40 |

exchange rate:USD1.00:RMB7.9
除仓储费，每天按库存计算，我们会在每月的月底前通知您。上述其它费用均为一次性费用。
Except Storage fee which will be calculated according to stock per day, all above the other expenses should be paid for only once, and we will inform you the total amount by the end of every month.

0444



EXHIBIT 66
Page 11 of 17

发 票
## INVOICE

TO: GLOBAL SEAFOODS NORTH AMERICA, L.L.C.
:QINGDAO PUBLIC BONDED WAREHOUSE CO., LTD.
Ocean Vessel: APLU98161724
B/L: ECHO2898
Description: FROZEN PINK SALMON

Date:30/04/2006
INVOICE NO: QPBW060430 4

| 费用<br>All charges | 人民币（元）<br>RMB(Yuan) | 美元<br>USD |
|---|---|---|
| 仓储费（RMB2.20/MT/DAY）<br>Storage fee (01/04/06-30/04/06) | 99.23 | 12.56 |
| 装卸费(RMB20.00/MT)<br>Loading/unloading fee | 902.12 | 114.19 |
| 降温费(RMB20.00/MT)<br>Lowering Temperature fee | 902.12 | 114.19 |
| 分规格费（RMB4.00/MT）<br>Grading fee | 180.42 | 22.84 |
| 代理手续费（RMB10.00/MT）<br>Commission fee | 451.06 | 57.10 |
| 运输费（RMB1000.00/40'）<br>Trucking fee | 2,000.00 | 253.16 |
| 换单代费（RMB100.00/LOT）<br>Changing documents fee | 100.00 | 12.66 |
| 报关费（RMB300.00/LOT）<br>Applying to Customs fee | 0.00 | 0.00 |
| 报验费（RMB200.00/LOT）<br>Commodity Inspection fee | 0.00 | 0.00 |
| 贸易代理费（RMB10.00/MT）<br>Trading Agent fee | 451.06 | 57.10 |
| 垫付的进口费用<br>Pay for Import fee on behalf of GLOBAL SEAFOODS NORTH AMERICA, L.L.C. | | |
| 操作费<br>Handling charge | 320.00 | 40.51 |
| 港杂费、制冷费等<br>Port Construction fee、Wharf cooling fee | 44,100.00 | 5582.28 |
| 封识鉴定费<br>Seal charge | 80.00 | 10.13 |
| 合计<br>Total charges | 49,586.02 | 6276.71 |
| the actually incurred demurrage fee | 427,720.00 | 54141.77 |
| wire payment by Global seafoods on Apr.12 | 495,799.97 | 62759.49 |
| the surplus account | 68,079.97 | 8617.72 |

exchange rate:USD1.00:RMB7.9

0445

EXHIBIT 66
Page 12 of 17

**Global Seafoods North America LLC**
11100 N.E. 8th St., Suite 310
Bellevue WA   98004

*Reprint*

| Invoice | 25580 |
|---|---|
| Date | 2/24/2006 |
| Page | 1 |



**Bill To:**
TCHUP "Baltexpress"
21-35, Uruchskaja Str.
Minsk

**Ship To:**
TCHUP "Baltexpress"
21-35, Uruchskaja Str.
Minsk

| Purchase Order No. | Customer ID | Salesperson ID | Shipping Method | Payment Terms | Req Ship Date | Master No. |
|---|---|---|---|---|---|---|
| NCK038076 | TCH169 | | HOUSE | Net 30 | 2/24/2006 | 836 |

| Ordered | Shipped | B/O | Item Number | Description | Discount | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 71888.0000 | 71888.0000 | 0.0000 | G/PNK20ZG16 123105 | Pink salmon H&G frozen bag 1/16kg 158,484.2848 | $0.0000 | $1.6300 | $117,177.44 |
| 37237.0000 | 37237.0000 | 0.0000 | G/PNK20ZB23 123105 | Pink salmon H&G frozen box 1/23kg 82,092.6902 | $0.0000 | $1.6300 | $60,696.31 |

0446

| | |
|---|---|
| Subtotal | $177,873.75 |
| Misc | $0.00 |
| Tax | $0.00 |
| Freight | $0.00 |
| Trade Discount | $0.00 |
| Total | $177,873.75 |

EXHIBIT 66
Page 13 of 17

**Global Seafoods North America LLC**
11100 N.E. 8th St., Suite 310
Bellevue WA  98004

| Invoice | 26440 |
|---|---|
| Date | 6/8/2006 |
| Page | 1 |

*Reprint*

(H)

**Bill To:**

Dell Trading, LLC
942 Windemere Dr. N.W.
Salem OR

**Ship To:**

Dell Trading, LLC
942 Windemere Dr. N.W.
Salem OR

| Purchase Order No. | Customer ID | Salesperson ID | Shipping Method | Payment Terms | Req Ship Date | Master No. |
|---|---|---|---|---|---|---|
| CGMU4798397/4650 | DEL473 | OSOKIN | | Net 30 | 6/8/2006 | 1,916 |

| Ordered | Shipped | B/O | Item Number | Description | Discount | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 23760.0000 | 23760.0000 | 0.0000 | G/PNK20ZG16<br>123105 | Pink salmon H&G frozen bag 1/16kg<br>52,381.2960 | $0.0000 | $1.8000 | $42,768.00 |

0447

| | |
|---|---|
| Subtotal | $42,768.00 |
| Misc | $0.00 |
| Tax | $0.00 |
| Freight | $0.00 |
| Trade Discount | $0.00 |
| Total | $42,768.00 |

EXHIBIT 66
Page 14 of 17

(H)  1/2

**Global Seafoods North America LLC**
11100 N.E. 8th St., Suite 310
Bellevue WA  98004

| Invoice | 26541 |
|---|---|
| Date | 6/26/2006 |
| Page | 1 |

**Bill To:**

Evimare Fish
1e Industriedwarsstraat 3
1976 DD IJmuiden The Netherlands

**Ship To:**

Evimare Fish
1e Industriedwarsstraat 3
1976 AB IJuiden

| Purchase Order No. | Customer ID | | Salesperson ID | Shipping Method | Payment Terms | Req Ship Date | Master No. |
|---|---|---|---|---|---|---|---|
| CGMU4798397/4650 | EVI645 | | HOUSE | | Per contract | 6/26/2006 | 2,047 |

| Ordered | Shipped | B/O | Item Number | Description | Discount | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 21836.0000 | 21836.0000 | 0.0000 | G/PNK20ZG16 | Pink salmon H&G frozen bag 1/16kg | $0.0000 | $1.7100 | $37,339.56 |
| | | | 062606 | 47,257.8064 | | | |
| | | | 062606 | 880.8856 | | | |
| | | | 062606 | 0.9536 | | | |
| 1924.0000 | 1924.0000 | 0.0000 | G/PNK20ZG16 | Pink salmon H&G frozen bag 1/16kg | $0.0000 | $1.8000 | $3,463.20 |
| | | | 062606 | 4,241.6040 | | | |
| | | | 062606 | 0.0464 | | | |

0448

| | |
|---|---|
| Subtotal | $40,802.76 |
| Misc | $0.00 |
| Tax | $0.00 |
| Freight | $0.00 |
| Trade Discount | $0.00 |
| Total | $40,802.76 |


EXHIBIT 66
Page 15 of 17





**Global Seafoods N. America, LLC**
11100 NE 8th St; Suite 310
Bellevue, WA
98004

| Number: | .000001271 |
|---|---|
| Page: | 1 |
| Date: | 10/23/2005 |

**Sold To:** Food Marketers International
#233-11951 Hammersmith Way
Richmond, British Columbia
V7A 5H9  Canada

**Ship To:**

| Reference - P.O. # | Customer No. | Salesperson | Ship Via | Terms Code |
|---|---|---|---|---|
|  | FOO449 |  |  | 1 |

| Item No. | Description/Comments | Quantity | U/M | Unit Price | Amount |
|---|---|---|---|---|---|
|  | Demurrage charge recovery | 1.00000 |  | 0.00000 | 11,678.80 |

A/c 01-8949

**Remit To:** Global Seafoods N. America, LL
11100 NE 8th St., #310
Bellevue, WA 98004

| Subtotal before taxes | 11,678.80 |
|---|---|
| Total taxes | 0.00 |
| Total amount | 11,678.80 |
| Payment received | 0.00 |
| Amount due | 11,678.80 |



0449



EXHIBIT 66
Page 16 of 17



EXHIBIT 666
Page 17 of 17

0450