## LIST OF EXHIBITS

| Exhibit No. | Description |
|---|---|
| 1. | FMI/Global 2004 Contract (**FMI 681-82**) |
| 2. | FMI/Global 2005 Contract (**FMI 14-15**) |
| 3. | Damage Analysis |
| 4. | Diagram outlining letter of credit process |
| 5. | Sang Jim Contract (**FMI 11-12**) |
| 6. | (**G 3**) |
| 7. | (**FMI 13**) |
| 8. | (**FMI 10**) |
| 9 | Global contract (**G 451-52**) |
| 10. | Global contract (**G 426-33**) |
| 11. | (**G 1**) |
| 12. | (**FMI 44, 46, 48-49, 50, 52, 53-6, 57-59, 77**) |
| 13. | (**FMI 19-20**) |
| 14. | (**ETS 1-23**) |
| 15. | (**ETS 24-42**) |
| 16. | (**FMI 160**) |
| 17. | (**FMI 203-04**) |
| 18. | (**FMI 193**) |
| 19. | (**FMI 261**) |
| 20. | (**FMI 206-08, 210-11, 214-15**) |
| 21. | (**FMI 210**) |
| 22. | (**FMI 221, 231, 232, 257, 236, 239, 243-44, 246, 295, 302, 311-12, 315, 334; G 37-38, 39, 47**) |
| 23. | (**FMI 458**) |
| 24. | (**G 364-71**) |
| 25. | (**FMI 326, 420**) |
| 26. | (**FMI 376**) |
| 27. | (**FMI 387**) |
| 28. | (**FMI 491-514**) |
| 29. | (**FMI 586-641**) |
| 30. | (**FMI 331**) |
| 31. | Global Interrogatory responses |
| 32. | **FMI 218, 220** |
| 33. | (**FMI 27, 48, 115, 157**) |
| 34. | (**FMI 77, 82, 91**) |
| 35 | **FMI 267-68** |
| 36 | **FMI 218, 245, 259, 261, 263, 294, 319, 321, 358** |
| 37. | **FMI 269** |
| 38. | **ETS 43-59, 60-71** |
| 39. | **ETS 72-82** |
| 40. | **FMI 683-691** |
| 41. | **FMI 441, 523, 556-59, 561-83** |
| 42 | **FMI 554** |

43. **ETS 116-21, 122-32**
44. **FMI 174-80**
45  **FMI 281, 284**
46. **FMI 291-93**
47. **FMI 230, 232, 237**
48. **FMI 358-60**
49. **FMI 371-76**
50. **FMI 275**
51. **ETS 83-95, 96-115**
52. **FMI 305, 320**
53. **FMI 315-16**
54. **FMI 382-83**
55. **G 49**
56. **FMI 370**
57. **FMI 389**
58. **FMI 430**
59. **G 385-89**
60. **FMI 486-54**
61. **FMI 525-52**
62. **ETS 116-21, 122-32**
63. **FMI 245**
64. **G 326, 420**
65. **FMI 362**
66. **G 434-37**

4833-4886-1441\1 11/30/2006 5:12 PM