Mark C. Manning
MARK C. MANNING, P.C.
431 West 7th Avenue, Ste. 204
Anchorage, AK  99501
Phone: (907) 278-9794  Fax: 278-1169
Counsel for Global Seafoods

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| FMI FOOD MARKETERS INTERNATIONAL, LTD, <br><br> Plaintiff, <br><br> v. <br><br> GLOBAL SEAFOODS NORTH AMERICA, LLC <br><br> Defendants. | No. 3:06-cv-00011 JWS |

## STIPULATION

The parties stipulate and agree that Defendant may have until December 18, 2006, in which to file its opposition to Plaintiff's Motion to Compel Discovery.

DATED this 11th day of December 2006, at Anchorage, Alaska.

                                                      s/ Mark C. Manning
                                      MARK C.  MANNING, P.C.
                                      Counsel for Defendant
                                      431 West 7th Avenue, Ste. 204
                                      Anchorage, AK 99501
                                      Phone: (907) 278-9794
                                      Fax: (907) 278-1169
                                      manning@alaska.net
                                      ABA No. 8110066

                    <u>s/Michael Grisham (consent)</u>
MICHAEL GRISHAM
Counsel for Plaintiff
DORSEY & WHITNEY LLP
1031 West 4th Avenue, Ste. 600
Anchorage, AK 99501-5907
Phone: (907) 276-4557
Fax: (907) 276-4152
mills.michael@dorsey.com
ABA No. 8911074