IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| FMI FOOD MARKETERS INTERNATIONAL, LTD, <br><br>　　　　Plaintiff, <br><br>　v. <br><br>GLOBAL SEAFOODS NORTH AMERICA, LLC <br><br>　　　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br><br><br>No. 3:06-cv-00011 JWS |

**PROPOSED ORDER**

Pursuant to stipulation of the parties, Defendant may have until December 18, 2006, in which to file its opposition to Plaintiff's Motion to Compel Discovery.

_____　　　_____
　　　DATE　　　　　　　　　　　　　　JOHN W. SEDWICK
　　　　　　　　　　　　　　　　　　　U.S. DISTRICT COURT JUDGE

*FMI v. Global Seafoods*
Case no. 3:06- cv- 00011 (JWS)