IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | | |
|---|---|---|
| FMI FOOD MARKETERS INTERNATIONAL, LTD, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| GLOBAL SEAFOODS NORTH AMERICA, LLC | ) ) ) | |
| Defendants. | ) ) | No. 3:06-cv-00011 JWS |

**ORDER**

Pursuant to stipulation of the parties, Defendant may have until December 18, 2006, in which to file its opposition to Plaintiff's Motion to Compel Discovery.

DATE:  December 13, 2006        /s/  JOHN W.  SEDWICK
                                U.S. DISTRICT COURT JUDGE