Mark C. Manning
MARK C. MANNING, P.C.
431 West 7th Avenue, Ste. 204
Anchorage, AK  99501
Phone: (907) 278-9794  Fax: 278-1169
Counsel for Global Seafoods

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | | |
|---|---|---|
| FMI FOOD MARKETERS INTERNATIONAL, LTD, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| GLOBAL SEAFOODS NORTH AMERICA, LLC | ) ) ) | |
| Defendants. | ) ) | No. 3:06-cv-00011 JWS |

**STIPULATION**

The parties stipulate and agree that Defendant may have until January 2, 2007, in which to file its opposition to Plaintiff's Motion for Partial Summary Judgment.

DATED this 19th day of December 2006, at Anchorage, Alaska.

           s/ Mark C. Manning
MARK C.  MANNING, P.C.
Counsel for Defendant
431 West 7th Avenue, Ste. 204
Anchorage, AK 99501
Phone: (907) 278-9794
Fax: (907) 278-1169
manning@alaska.net
ABA No. 8110066

                          <u>s/Michael Grisham (consent)</u>
                          MICHAEL GRISHAM
                          Counsel for Plaintiff
                          DORSEY & WHITNEY LLP
                          1031 West 4th Avenue, Ste. 600
                          Anchorage, AK 99501-5907
                          Phone: (907) 276-4557
                          Fax: (907) 276-4152
                          mills.michael@dorsey.com
                          ABA No. 8911074