IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | | |
|---|---|---|
| FMI FOOD MARKETERS INTERNATIONAL, LTD, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| GLOBAL SEAFOODS NORTH AMERICA, LLC | ) ) ) | |
| Defendants. | ) ) | No. 3:06-cv-00011 JWS |

**ORDER**

    Pursuant to stipulation of the parties, Defendant may have until December 26, 2006, in which to file its opposition to Plaintiff's Motion to Compel Discovery.


December 20, 2006                 /s/ JOHN W. SEDWICK
    DATE                                 JOHN W. SEDWICK
                                          U.S. DISTRICT COURT JUDGE


*FMI v. Global Seafoods*
Case no. 3:06- cv- 00011 (JWS)