IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| FMI FOOD MARKETERS INTERNATIONAL, LTD, <br><br> Plaintiff, <br><br> v. <br><br> GLOBAL SEAFOODS NORTH AMERICA, LLC <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> No. 3:06-cv-00011 JWS |

**ORDER**

    Pursuant to stipulation of the parties, Defendant may have until January 2, 2007, in which to file its opposition to Plaintiff's Motion for Partial Summary Judgment.


December 20, 2006                         /s/ JOHN W. SEDWICK
    DATE                                  JOHN W. SEDWICK
                                          U.S. DISTRICT COURT JUDGE


*FMI v. Global Seafoods*
Case no. 3:06- cv- 00011 (JWS)