Michael R. Mills, ABA# 8911074
Michael A. Grisham, ABA# 9411104
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

Attorneys for FMI Food Marketers International, Ltd.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FMI FOOD MARKETERS INTERNATIONAL, LTD.<br><br>                    Plaintiff<br><br>vs.<br><br>GLOBAL SEAFOODS NORTH AMERICA, LLC<br><br>                    Defendant | <br><br><br><br><br><br><br><br><br><br><br>Case No. 3:06-CV-00011 JWS |

**NOTICE OF SUPPLEMENTAL AFFIDAVIT IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Plaintiff FMI, Food Marketers International, Ltd., ("FMI") hereby provides notice of filing a Supplemental Affidavit of Bent Holme in support of its motion for partial summary judgment. The supplemental affidavit is filed pursuant to an agreement arrived at between the parties in connection with depositions that occurred in Seattle on November 28 – December 1, 2006. In order to definitively establish key facts related to the issuance of letters of credit vis-a-vis the dates pink salmon were shipped, plaintiff committed to compile and submit the Supplemental Affidavit of Bent Holme filed concurrently herewith. The supplemental affidavit is filed at this time so that defendant

can consider the impact of the facts established in this supplemental affidavit in connection with the preparation of its opposition to the motion for summary judgment, the deadline for which has been extended to January 2, 2007 by agreement of the parties.

DATED this 21st day of December, 2006, at Anchorage, Alaska.

DORSEY & WHITNEY LLP

By: /s/Michael R. Mills
Michael R. Mills, ABA# 8911074
Michael A. Grisham, ABA# 9411104
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 21, 2006, a true and correct copy of this document was served on:

Mark C. Manning
431 West 7th Avenue, Suite 204
Anchorage, AK 99501

by first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

/s/ Michael R. Mills
Michael R. Mills

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

NOTICE OF SUPPLEMENTAL AFFIDAVIT IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

*FMI Food Marketers, Int'l v. Global Seafoods*

Page 2                                                                 Case No. 3:06-cv-00011 JWS

4851-2508-4929\1 12/21/2006 2:30 PM