Michael R. Mills, ABA# 8911074
Michael A. Grisham, ABA# 9411104
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

Attorneys for FMI Food Marketers International, Ltd.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FMI FOOD MARKETERS INTERNATIONAL, LTD.<br><br>                    Plaintiff<br><br>vs.<br><br>GLOBAL SEAFOODS NORTH AMERICA, LLC<br><br>                    Defendant | Case No. 3:06-CV-00011 JWS |

### SUPPLEMENTAL AFFIDAVIT OF BENT HOLME

STATE OF ALASKA       )
                      ) ss.
THIRD JUDICIAL DISTRICT )

I, Bent Holme, being first duly sworn, hereby depose and state:

1. I am affiliated with FMI Food Marketers International, Ltd. ("FMI"), and have been since 1992. I have been involved in the seafood marketing industry since 1967. I have first-hand knowledge of all facts referred to in this affidavit, and will testify to these facts if called as a witness.

2. In connection with my role and responsibilities at FMI, I negotiated, documented and implemented transactions to purchase #1 quality pink salmon from

Global Seafoods in 2004 as well as 2005. Further, I personally handled the arrangements for transferable letters of credit to be provided as required by the contracts between FMI and Global Seafoods in 2004 and 2005.

3. In 2004, all required letters of credit were transferred for the benefit of Global Seafoods in a timely fashion. Global Seafoods failed to timely present documents in many instances, with all discrepancies being waived by the issuers of the letters of credit without incident.

4. Attached hereto as **Exhibit A** is a table summarizing the letters of credit provided for the benefit of Global Seafoods in 2005 pursuant to a contract between the parties identified as "FMI-224". All letters of credit were transferred for the benefit of Global Seafoods prior to the shipment of the pink salmon related to each specific letter of credit. Backup documents verifying the date the letters of credit were transferred to Global Seafoods, the corresponding letter of credit amounts as well as the date fish were shipped by Global Seafoods are attached as **Exhibits B, C and D**, which correlate to the three letters of credit that were issued.

5. Also included on Exhibit A is information regarding the three shipments of pink salmon that were paid by check in 2005.

_____
Bent Holme

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

SUPPLEMENTAL AFFIDAVIT OF BENT HOLME

*FMI Food Marketers, Int'l v. Global Seafoods*

Page 2

Case No. 3:06-cv-00011 JWS

SUBSCRIBED AND SWORN to before me this __18TH__ day of December, 2006.

```
GAIL MAIDA
NOTARY PUBLIC
#155 - 8040 Garden City Road
Richmond, B.C.  V6Y 2N9
Tel: (604) 273-9688
PERMANENT COMMISSION
```

_/s/ Gail Maida_
Notary Public in and for _British Columbia_
My Commission Expires: _Permanent_



GAIL MAIDA
A Notary Public in and for the
Province of British Columbia

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December ___, 2006, a true and correct copy of this document was served on:

Mark C. Manning
431 West 7th Avenue, Suite 204
Anchorage, AK  99501

by first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

/s/ Michael R. Mills
Michael R. Mills

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557