## Letters of Credit Provided to Global Seafoods in 2005
### (FMI – 224)

| LOC # - Issuer HSBC Bank Canada | Date L/C Advice | Date L/C Transferred to Global Seafoods | L/C Amount | Date Fish Shipped | Shipments Covered by L/C |
|---|---|---|---|---|---|
| L/C MO4N3508RS 00192 (Yilufa) [Backup in Exhibit B] | 8/5/05 | 8/12/05 | $264,000 (+/- 10%) | 224(1) = 8/25/05<br>224(4) = 8/28/05<br>224(8) = 9/06/05 | FMI-224(1) = 23.2 MT<br>FMI-224(4) = 133.5 MT<br>FMI-224(8) = 43.8 |
| L/C MO4N3508R S00712 (Fusheng) [Backup in Exhibit C] | 8/25/05 | 8/30/05 | $198,000 (+/- 5%) | | |
| | 9/9/05 | 9/12/05 | increased to $287,760 (+/- 5%) | 224(6) = 9/06/05 | FMI-224(6) = 109.6 MT |
| LC MO4N3508 RS00032 (Fusheng) [Backup in Exhibit D] | 9/2/05 | 9/6/05 | $132,000 (+/- 5%) | 224(7) = 9/13/05 | FMI-224(7) = 302.3 MT |
| | 9/8/05 | 9/9/05 | increased to $264,000 (+/- 5%) | | |
| | | | Total: $815,760 | | Total: 612.4 MT<br>@ 1,320/MT = $808,368 |

## Cash Payments to Global Seafoods in 2005

| Date Fish Shipped | Date Paid by Check/Amount | | Customer | Shipments Covered | |
|---|---|---|---|---|---|
| FMI-224(2) = 9/13/05 | 9/6/05 | $102,818.88 | Chotiwat | FMI-224(2) = 46.7 MT | |
| FMI-224(3) = 8/30/05 | (same as above) | | Chotiwat | FMI-224(3) = 45.3 MT | |
| FMI-224(5) = 9/13/05 | 9/19/05 | $ 29,048.00 | Yijia | FMI-224(5) = 46.4 MT | |
| | Total: | $131,866.88 | | Total: 138.4 MT<br>@ $1,320/MT = $182,688 | |
| | | | | Plus: Extra Freight | $ 1,050<br>183,738 |
| | | | | Less: "RYCO" | $ 52,200<br>131,538 |

Exhibit A

Page 1 of 1