NEW DC ADVICE

M080500222-T01
DATE  05AUG2005

FMI FOOD MARKETERS INTERNATIONAL          PLEASE QUOTE OUR REF NO.
LTD. 233-11951 HAMMERSMITH WAY,           M04N3508RS00192 -00
RICHMOND, B.C V7A 5H9, CANADA

AUG -5 2005

DEAR SIR,

| | |
|---|---|
| DOCUMENTARY CREDIT NO. | M04N3508RS00192 |
| AMOUNT | USD        290,000.00 |
| ISSUING BANK | INDUSTRIAL BANK OF KOREA |
| | KOREA, REPUBLIC OF |
| | HEAD OFFICE SEOUL |
| APPLICANT | INTER PLUS CO.,LTD |

In accordance with the terms of Article 7(A) of UCP 500 we advise
having received the captioned Documentary Credit in your favour.

Important Notice to Beneficiary
-------------------------------
Please check the terms and conditions of this credit immediately
and note that we are unable to make any changes without the
Issuing Bank's authority. Accordingly, should any of its terms
and conditions be unacceptable, please contact the applicant
direct, requesting an amendment to be advised to us without
delay.

Should this be a Transferable Credit and should we be authorised
to effect such transfer, please note that we are under no
obligation to do so.

This notification must be presented with the original Documentary
Credit together with any subsequent amendments and all documents
required therein for negotiation.

This Documentary Credit is subject to, and will be handled in
accordance with, the edition of the ICC Uniform Customs and
Practice for Documentary Credits currently in force and the
relevant version of the e-UCP, if applicable.

We have not added our confirmation to this credit and
consequently this credit conveys no engagement/responsibility
on our part.

Attached please find the documentary credit/brief cable.

We have debited your account 290-830001-070 as follows
ADVISING COMMISSION    USD            50.00
TOTAL                  USD            50.00

We invite you to consult us on any of the credit's condition
which may be unclear. Our trade services staff is available at
the following number 604-641-2656
to provide you with the assistance.

Page 1

FMI 00692

Exhibit  B
Page  1  of 3



**FMI**
**OOD MARKETERS INTERNATIONAL LTD.**

e-mail: bholme@salmoncanada.com

#233 - 11951 Hammersmith Way
Richmond, B.C. V7A 5H9
Canada
Tel: (604) 275-3664
Fax: (604) 275-3624
www.salmoncanada.com

Date: AUG 1 1 2005

Fax No.      (604) 641 2501
Company:     HSBC Bank Canada      Vancouver, B.C.
Attention:   Mr. Peter Chau - L/C Dept.
Subject:     Documentary Credit M04N3508RS000192

Good afternoon:

Reference subject Credit we fax herewith "Request by Beneficiary for transfer of Credit" to Global Seafoods, all of which we trust you will find in order.

If any question please call undersigned for clarification.

The net proceeds should be credited to our US Dollar account with your Richmond Fortuna House Branch under #830001-070.

Thanks.

FMI FOOD MARKETERS INTERNATIONAL LTD.

Bent Holme
Export Manager

Exhibit B
Page 2 of 3

FMI 00693

```
12/08/2006  12:10   604-2753624              FMI                         PAGE  05
```

```
08/12/2005 17:33 FAX 604 641 2501       HSBC TRADE SERVICES                    @004
```

```
120805  1456    SWT 720    HI10 B379  159265    M04N3508RS00192 -01

SENDING TID
DESTINATION              SEATTLE
MESSAGE TYPE             WELLS FARGO HSBC TRADE BANK NA
PRIORITY                 720
                         Normal

FLD       TEXT                       CONTENTS

27:       SEQ OF TOTAL:              1/1
40B:      FORM OF DC:                IRREVOCABLE
                                     WITHOUT OUR CONFIRMATION
20:       OUR REF:                   M04N3508RS00192
20:       DC NO.                     M04N3508RS00192
31C:      DATE OF ISSUE.             050804
31D:      EXPIRY DATE AND PLACE:     050923CANADA
52D:      DC ISSUING BK:             INDUSTRIAL BANK OF KOREA
                                     SEOUL, KOREA
50:       FIRST BENEF:               FMI FOOD MARKETERS INTERNATIONAL
                                     LTD. 233-11951 HAMMERSMITH WAY,
                                     RICHMOND, B.C V7A 5H9, CANADA
59:       SECOND BENEF:              GLOBAL SEAFOODS NORTH AMERICA LLC
                                     12100 NE 8TH STREET SUITE 310
                                     BELLEVUE, WA 98004 USA
                                     TEL: (425) 451 0565 (EXT. NO. 4)
32B:      DC AMT:                    USD264000,00
39A.      PCT CR AMT TOLERANCE:      10/10
41D.      AVAILABLE WITH/BY:         HSBC BANK CANADA
                                     VANCOUVER TRADE SERVICES CENTRE
                                     4/F 885 WEST GEORGIA STREET,
                                     VANCOUVER, B.C. V6C 3G1 CANADA
                                     BY NEGOTIATION
42C:      DRAFTS AT:                 AT SIGHT
42D:      DRAWEE                     INDUSTRIAL BANK OF KOREA (HEAD
                                     OFFICE SEOUL) SEOUL
                                     50,ULCHIRO 2-GA,CHUNG-GU
                                     SEOUL,KOREA, REPUBLIC OF
43P       PARTIAL SHIPMENTS:         ALLOWED
43T:      TRANSHIPMENT:              ALLOWED
44A:      LOADING/DISPATCH AT/FM:
          USA PORT
44B:      FOR TRANSPORTATION TO:
          QINGDAO, CHINA
44C:      LATEST DATE OF SHIPMENT:   050915
45A       GOODS:
          AROUND 200.00MT FROZEN PINK SALMON H/G
          (ONCORHYNCHUS GORBUSCHA.)
          MEAT COLOR MUST BE ASMI P3 AND UP
          PACKING:STANDARD PACKING IN CARTON BOX OR PAPER BAG OR TOTES
          PRICE   :USD1,320.00/MT
          TOTAL AMOUNT : USD264,000.00
          COUNTRY OF ORIGIN : USA
          PRICE TERMS : CFR QINGDAO, CHINA
46A       DOCUMENTS REQUIRED:
          MANUALLY SIGNED COMMERCIAL INVOICE IN 3 COPIES, INDICATING
          THIS L/C NO. AND CONTRACT NO.(PHOTO COPY AND CARBON COPY NOT
          ACCEPTABLE AS ORIGINAL).
          3/3 SET (INCLUDE 3 ORIGINALS AND 2 NON-NEGOTIABLE COPIES) OF
```

(4)

- 000.01 - / -0

FMI 00694

Exhibit  B
Page    3 of 3