NEW DC ADVICE

M082500492-T01
DATE  25AUG2005

FMI FOOD MARKETERS INTERNATIONAL          PLEASE QUOTE OUR REF NO.
LTD. 233-11951 HAMMERSMITH WAY,           M04N3508RS00712 -00
RICHMOND, B.C V7A 5H9, CANADA

AUG 25 2005

DEAR SIR,

DOCUMENTARY CREDIT NO.   M04N3508RS00712
AMOUNT                   USD           217,500.00
ISSUING BANK             INDUSTRIAL BANK OF KOREA
                         KOREA, REPUBLIC OF
                         HEAD OFFICE SEOUL
APPLICANT                INTER PLUS CO.,LTD

In accordance with the terms of Article 7(A) of UCP 500 we advise having received the captioned Documentary Credit in your favour.

Important Notice to Beneficiary
-------------------------------
Please check the terms and conditions of this credit immediately and note that we are unable to make any changes without the Issuing Bank's authority. Accordingly, should any of its terms and conditions be unacceptable, please contact the applicant direct, requesting an amendment to be advised to us without delay.

Should this be a Transferable Credit and should we be authorised to effect such transfer, please note that we are under no obligation to do so.

This notification must be presented with the original Documentary Credit together with any subsequent amendments and all documents required therein for negotiation.

This Documentary Credit is subject to, and will be handled in accordance with, the edition of the ICC Uniform Customs and Practice for Documentary Credits currently in force and the relevant version of the e-UCP, if applicable.

We have not added our confirmation to this credit and consequently this credit conveys no engagement/responsibility on our part.

Attached please find the documentary credit/brief cable.

We have debited your account 290-830001-070 as follows
ADVISING COMMISSION    USD          50.00
TOTAL                  USD          50.00

We invite you to consult us on any of the credit's condition which may be unclear. Our trade services staff is available at the following number 604-641-2656
to provide you with the assistance.

Page 1

Exhibit  A
Page  1 of 4

FMI 00695



**FOOD MARKETERS INTERNATIONAL LTD.**

e-mail: bholme@salmoncanada.com

#233 - 11951 Hammersmith Way
Richmond, B.C. V7A 5H9
Canada
Tel: (604) 275-3664
Fax: (604) 275-3624
www.salmoncanada.com

Date:       Aug 29, 2005

Fax No.     (604) 641 2501
Company:    HSBC Bank Canada      Vancouver, B.C.
Attention:  Mr. Peter Chau   -   L/C Department
Subject:    Documentary Credit M04N3508RS00712

Good afternoon:

Reference subject Credit we fax herewith "Request by Beneficiary for transfer of Credit" to Global Seafoods, all of which we trust you will find in order.

If any question, please call undersigned for clarification.

The net proceeds should be credited to our U.S. Dollar account with your Richmond Fortuna House Branch under #830001-070.

Thanks.

FMI FOOD MARKETERS INTERNATIONAL LTD.

Bent Holme
Export Manager

AUG 29

Exhibit _C_
Page _2_ of _6_

FMI 00696

12/08/2006 12:10   604-2753524                    FMI                                    PAGE 08

09/30/2005 12:00 FAX 604 641 2501    HSBC TRADE SERVICES                            @003

```
300835  1153   SWT 720    HI11 D535  160764   M04N3508RS00712 -01        1

SENDING TID                    INTL OPTS SAN FRANCISCO
DESTINATION                    WELLS FARGO BANK NA (CA)
MESSAGE TYPE                   720
PRIORITY                       Normal
-------------------------------------------------------------------
FLD      TEXT                          CONTENTS
-------------------------------------------------------------------
27:   SEQ OF TOTAL:               1/1
40B:  FORM OF DC:                 IRREVOCABLE
                                  WITHOUT OUR CONFIRMATION
20:   OUR REF:                    M04N3508RS00712
21:   DC NO:                      M04N3508RS00712
31C:  DATE OF ISSUE:              050824
31D:  EXPIRY DATE AND PLACE:      051003IN CANADA
52D:  DC ISSUING BK:              INDUSTRIAL BANK OF KOREA
                                  HEAD OFFICE SEOUL KOREA
50:   FIRST BENEF:                FIM FOOD MARKETERS INTERNATIONAL
                                  LTD. 233-11951 HAMMERSMITH WAY,
                                  RICHMOND, B.C V7A 5H9, CANADA
59:   SECOND BENEF:               GLOBAL SEAFOODS NORTH AMERICA LLC
                                  11100 NE 8TH STREET NO.310
                                  BELLEVUE, WA 98004 USA TEL 425 451
                                  0565 EXT NO.4 FAX 425 451 1067
32B:  DC AMT:                     USD198000.00
39A:  PCT CR AMT TOLERANCE:       05/05
41D:  AVAILABLE WITH/BY:          HSBC BANK CANADA (VANCOUVER)
                                  VANCOUVER TRADE SERVICES CTR 4/FLR
                                  885 WEST GEORGIA ST VANCOUVER, B.C.
                                  CANADA V6C 3G1
                                  BY NEGOTIATION
42C:  DRAFTS AT:                  AT SIGHT
42D:  DRAWEE:                     INDUSTRIAL BANK OF KOREA (HEAD
                                  OFFICE SEOUL) SEOUL
                                  50,ULCHIRO 2-GA,CHUNG-GU
                                  SEOUL,KOREA, REPUBLIC OF
43P:  PARTIAL SHIPMENTS:          ALLOWED
43T:  TRANSHIPMENT:               ALLOWED
44A:  LOADING/DISPATCH AT/FM:     ALASKA PORT
44B:  FOR TRANSPORTATION TO:      QINGDAO PORT
44C:  LATEST DATE OF SHIPMENT:    050923
45A:  GOODS:
                                  FROZEN WILD PINK SALMON H/G
                                  150MT AT USD1,320.00/MT
                                  TOTAL AMOUNT : USD198,000.00
                                  COUNTRY OF ORIGIN : USA
                                  PRICE TERMS : CFR QINGDAO, CHINA
46A:  DOCUMENTS REQUIRED:
                                  SIGNED COMMERCIAL INVOICE IN THREE FOLDS.
                                  2/3 SET OF CLEAN ON BOARD OCEAN BILLS OF LADING MADE OUT TO
                                  ORDER AND BLANK ENDORSED AND MARKED ''FREIGHT PREPAID'' AND
                                  NOTIFY QINGDAO FUSHENG FOODSTUFFS CO.,LTD. TAIWAN INDUSTRIAL
                                  DISTRICT LANZHOU EAST ROAD, JIAOZHOU, QINGDAO, CHINA
                                  PACKING LIST IN THREE FOLDS.
                                  BENEFICIARY'S CERTIFICATE CERTIFYING THAT ONE SET
```

FMI 00697

Exhibit C
Page 3 of 4

12/08/2006 12:10   604-2753624                FMI                                PAGE 10

```
                                    M090900540-T02
FMI FOOD MARKETERS INTERNATIONAL                              09SEP2005
LTD. 233-11951 HAMMERSMITH WAY,
RICHMOND, B.C V7A 5H9, CANADA

   USD THREE HUNDRED AND SIXTEEN THOUSAND ONE HUNDRED ONLY

DEAR SIRS,

WE ADVISING HAVING RECEIVED THE FOLLOWING TELETRANSMISSION,
AMENDING THE CAPTIONED DOCUMENTARY CREDIT
FROM INDUSTRIAL BANK OF KOREA
     (SWIFT ADDRESS : IBKOKRSE)

20    OUR REF:                    M04N3508RS00712
21    YOUR REF:                   NONREF
31C   DATE OF ISSUE:              24AUG05
30    DATE OF AMENDMENT:          08SEP05
26E   NO OF AMENDMENT:            01
59    BENEFICIARY:                FMI FOOD MARKETERS INTERNATIONAL
                                  LTD. 233-11951 HAMMERSMITH WAY,
                                  RICHMOND, B.C V7A 5H9, CANADA
32B   INCREASE OF DC AMT:         USD98600.
34B   NEW DC AMT:                 USD316100.
79    OTHER AMENDMENTS:
      +45A:DESCRIPT OF GOODS
      .BEFORE
      150MT   AT USD1,450.00/MT   USD217,500.00
      .AFTER
      218MT   AT USD1,450.00/MT   USD316,100.00


THIS AMENDMENT ADVICE SHOULD BE ATTACHED TO THE ORIGINAL
DOCUMENTARY CREDIT.

                           030181-AUTO-000-01-02
```

Page 1

Exhibit  C
Page  5  of 6

FMI 00699



**FMI**
FOOD MARKETERS INTERNATIONAL LTD.

e-mail:   bholme@salmoncanada.com

#233 - 11951 Hammersmith Way
Richmond, B.C. V7A 5H9
Canada
Tel: (604) 275-3664
Fax: (604) 275-3624
www.salmoncanada.com

Date:        September 12, 2005

Fax:         (604) 641 2501
Company:     HSBC Bank Canada        Vancouver, B.C.
Attention:   Mr. Peter Chau - L/C Dept.
Subject:     Amended Transferable Documentary Credit M04N3508RS00712

Dear Sirs:

We faxing herewith signed copy of your Amendment letter of 09SEP2005.

Upon receipt, please arrange to amend corresponding Transferred Credit in favor of Global Seafoods North America - with amended value to read:  US$ 287,760.00

Thanks.

Regards

FMI FOOD MARKETERS INTERNATIONAL LTD.

Bent Holme

Page 1 of 2

SEP 12 2005
BY:

**FMI 00698**

Exhibit  C
Page  4  6

12/08/2006  12:10   604-2753624                    FMI                                PAGE  11

09/12/2005 14:19 FAX 604 641 2501      HSBC TRADE SERVICES                            @002

120905  1231   SWT 707   HI11 D535  :61845    M04N3508RS00712 -01              1

```
SENDING TID                  INT'L OPTS SAN FRANCISCO
DESTINATION                  WELLS FARGO BANK NA (CA)
MESSAGE TYPE                 707 AMENDMENT TO A DOCUMENTARY CREDIT
PRIORITY                     Normal

FLD.      TEXT                         CONTENTS

20:       OUR REF.                     M04N3508RS00712
21:       YOUR REF.                    .
23:       ISSUING BK'S REF:            M04N3508RS00712
52D:      ISSUING BK:                  INDUSTRIAL BANK OF KOREA
                                       HEAD OFFICE SEOUL KOREA
31C:      DATE OF ISSUE:               050824
30:       DATE OF AMENDMENT:           050912
26E:      NO OF AMENDMENT.             1
59:       BENEFICIARY:                 GLOBAL SEAFOODS NORTH AMERICA LLC
                                       11100 NE 8TH STREET NO.310
                                       BELLEVUE, WA 98004 USA TEL 425 451
                                       0565 EXT NO.4 FAX 425 451 1067
32B:      INCREASE OF DC AMT:          USD89760.00
34B:      NEW DC AMT:                  USD287760.00
79:       OTHER AMENDMENTS:
          45A:DESCRIPT OF GOODS
          .BEFORE
          150MT  AT USD1,320.00/MT  USD198,000.00
          .AFTER
          218MT  AT USD1,320.00/MT  USD287,760.00
          ALL OTHER TERMS REMAIN UNCHANGED.
          THIS IS THE OPERATIVE INSTRUMENT AND NO MAIL
          CONFIRMATION IS TO FOLLOW.
72:       BK TO BK INFO:               OUR REF.NO.SHOULD READ AS
                                       M04N3508RS00712-01.
```

SEP 12 2005

RELEASED BY              AUTHORIZED SIGNATURE(S)

V001.01                         -001.01- / -0

FMI 00700

Exhibit  C
Page  6  of  6