( NEW DC ADVICE )

M090200321-T01
DATE 02SEP2005

FMI FOOD MARKETERS INTERNATIONAL
LTD. 233-11951 HAMMERSMITH WAY,
RICHMOND, B.C V7A 5H9, CANADA

PLEASE QUOTE OUR REF NO.
M04N3509RS00032 -00

DEAR SIR,

| | |
|---|---|
| DOCUMENTARY CREDIT NO. | M04N3509RS00032 |
| AMOUNT | USD 145,000.00 |
| ISSUING BANK | INDUSTRIAL BANK OF KOREA KOREA, REPUBLIC OF HEAD OFFICE SEOUL |
| APPLICANT | INTER PLUS CO.,LTD. |

In accordance with the terms of Article 7(A) of UCP 500 we advise having received the captioned Documentary Credit in your favour.

Important Notice to Beneficiary
--------------------------------
Please check the terms and conditions of this credit immediately and note that we are unable to make any changes without the Issuing Bank's authority. Accordingly, should any of its terms and conditions be unacceptable, please contact the applicant direct, requesting an amendment to be advised to us without delay.

Should this be a Transferable Credit and should we be authorised to effect such transfer, please note that we are under no obligation to do so.

This notification must be presented with the original Documentary Credit together with any subsequent amendments and all documents required therein for negotiation.

This Documentary Credit is subject to, and will be handled in accordance with, the edition of the ICC Uniform Customs and Practice for Documentary Credits currently in force and the relevant version of the e-UCP, if applicable.

We have not added our confirmation to this credit and consequently this credit conveys no engagement/responsibility on our part.

Attached please find the documentary credit/brief cable.

We have debited your account 290-830001-070 as follows
ADVISING COMMISSION   USD        50.00
TOTAL                 USD        50.00

We invite you to consult us on any of the credit's condition which may be unclear. Our trade services staff is available at the following number 604-641-2656 to provide you with the assistance.

Page 1

FMI 00701

Exhibit    D
Page    1 of 4

12/08/2006  12:10    604-2753624                FMI                                    PAGE   13



**FMI**
**FOOD MARKETERS INTERNATIONAL LTD.**

e-mail:  bholme@salmoncanada.com

#233 - 11951 Hammersmith Way
Richmond, B.C. V7A 5H9
Canada
Tel: (604) 275-3664
Fax: (604) 275-3624
www.salmoncanada.com

Date:       Sep 06, 2005

Fax No.     (604) 641 2501
Company:    HSBC Bank Canada        Vancouver, B.C.
Attention:  Mr. Peter Chau - L/C Dept.
Subject:    Documentary Credit M04N3509RS00032 of 01SEP05

Good morning:

Reference subject Credit we fax herewith "Request by Beneficiary for transfer of Credit" to Global Seafoods, all of which we trust you will find in order.

If any question please call undersigned for clarification.

The net proceeds should be credited to our US Dollar account with your Richmond Fortuna House Branch, under #830001-070.

Thanks.

FMI FOOD MARKETERS INTERNATIONAL LTD.

Bent Holme
Export Manager

Exhibit    D
Page    2  4

FMI 00702

09/08/2005 14:44 FAX 604 641 2301        HSBC TRADE SERVICES                      @004/007

060905  143C  SWT 720  H11C E379 151308  M04N3509RS00032 -01         1

SENDING TID              SEATTLE
DESTINATION              WELLS FARGO HSBC TRADE BANK NA
MESSAGE TYPE             720
PRIORITY                 Normal

| FLD. | TEXT | CONTENTS |
|---|---|---|
| 27: | SEQ OF TOTAL: | 1/1 |
| 40B: | FORM OF DC: | IRREVOCABLE WITHOUT OUR CONFIRMATION |
| 20: | OUR REF: | M04N3509RS00032 |
| 21: | DC NO: | M04N3509RS00032 |
| 31C: | DATE OF ISSUE: | 050901 |
| 31D: | EXPIRY DATE AND PLACE: | 051007CANADA |
| 52D: | DC ISSUING BK: | INDUSTRIAL BANK OF KOREA SEOUL, KOREA |
| 50: | FIRST BENEF: | FMI FOOD MARKETERS INTERNATIONAL LTD. 333-11951 HAMMERSMITH WAY. RICHMOND, B.C V7A 5H9, CANADA |
| 59: | SECOND BENEF: | GLOBAL SEAFOODS NORTH AMERICA LLC 310-11100 NE 8TH STREET, BELLEVUE WA 98004 USA TEL:(425)451 0555 (EXT. NO 4) FAX:(425)451 1057 |
| 32B: | DC AMT: | USD132000.00 |
| 39A: | PCT CR AMT TOLERANCE: | 05/05 |
| 41D: | AVAILABLE WITH/BY: | HSBC BANK CANADA VANCOUVER TRADE SERVICES CENTRE 4/F , 885 WEST GEORGIA STREET, VANCOUVER, B.C. V6C 3G1 CANADA BY NEGOTIATION |
| 42C: | DRAFTS AT: | AT SIGHT |
| 42D: | DRAWEE: | INDUSTRIAL BANK OF KOREA (HEAD OFFICE SEOUL) SEOUL 50,ULCHIRO 2-GA,CHUNG-GU SEOUL,KOREA, REPUBLIC OF |
| 43P: | PARTIAL SHIPMENTS: | ALLOWED |
| 43T: | TRANSHIPMENT: | ALLOWED |
| 44A: | LOADING/DISPATCH AT/FM: | USA PORT |
| 44B: | FOR TRANSPORTATION TO: | QINGDAO PORT |
| 44C: | LATEST DATE OF SHIPMENT: | 050930 |
| 45A: | GOODS: | COUNTRY OF ORIGIN . USA PRICE TERMS : CFR QINGDAO, CHINA GOODS DESCRIPTION : FROZEN WILD PINK SALMON H/G 100MT AT USD1,320.00/MT TOTAL AMOUNT : USD132,000.00 |
| 46A: | DOCUMENTS REQUIRED: | SIGNED COMMERCIAL INVOICE IN THREE FOLDS. 2/3 SET OF CLEAN ON BOARD OCEAN BILLS OF LADING MADE OUT TO THE ORDER AND BLANK ENDORSED AND MARKED FREIGHT PREPAID AND NOTIFY QINGDAO FUSHENG FOODSTUFFS CO.,LTD. TAIWAN INDUSTRIAL DISTRICT LANZHOU EAST ROAD, JIAOZHOU. QINGDAO CHINA PACKING LIST IN THREE FOLDS. |

-000.02- / -0

Exhibit ___D___ FMI 00703
Page ___3 - 4___

```
12/08/2006  12:10   604-2753624              FMI                              PAGE  15
```

09/09/2005 12:01 FAX 604 641 2501    HSBC TRADE SERVICES                      ☒003/003

```
090905  1105   SWT 707    HI10 E379  161680   M04N3509RS00032 -01        1
```

| FLD. | TEXT | CONTENTS |
|---|---|---|
| | SENDING TID | SEATTLE |
| | DESTINATION | WELLS FARGO HSBC TRADE BANK NA |
| | MESSAGE TYPE | 707 AMENDMENT TO A DOCUMENTARY CREDIT |
| | PRIORITY | Normal |
| 20: | OUR REF: | M04N3509RS00032 |
| 21: | YOUR REF. | NONREF |
| 23: | ISSUING BK'S REF: | M04N3509RS00033 |
| 52D: | ISSUING BK: | INDUSTRIAL BANK OF KOREA SEOUL, KOREA |
| 31C: | DATE OF ISSUE: | 050901 |
| 30: | DATE OF AMENDMENT: | 050909 |
| 26E: | NO OF AMENDMENT: | 01 |
| 59: | BENEFICIARY: | GLOBAL SEAFOODS NORTH AMERICA LLC 310-11100 NE 8TH STREET, BELLEVUE WA 98004 USA TEL:(425)451 0565 (EXT. NO 4) FAX:(425)451 1067 |
| 32B: | INCREASE OF DC AMT· | USD132000.00 |
| 34B. | NEW DC AMT: | USD264000.00 |
| 79: | OTHER AMENDMENTS: 45A:DESCRIPT OF GOODS .BEFORE 100MT AT USD1,320.00/MT  USD132,000.00 .AFTER 200MT AT USD1,320.00/MT  USD264,000.00 ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED. | |
| 72. | BK TO BK INFO: | OUR TRANS REF: M04N3509RS00032-01 ADVISE THRU: WELLS FARGO BANK WEST N.A. (SWIFT: WFBIUS6SSEA) |

RELEASED BY                     AUTHORIZED SIGNATURE(S)

V001.00                              -001.00-/  -0

Exhibit D
Page 4 of 4

FMI 00704