Mark C. Manning
Mark C. Manning, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska  99501
(907) 278-9794 Fax: 278-1169
manning@alaska.net
Counsel for Global Seafoods

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FMI FOOD MARKETERS INTERNATIONAL, LTD, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | |
| GLOBAL SEAFOODS NORTH AMERICA, LLC ) ) ) | |
| Defendants. ) ) | No. 3:06-cv-00011 JWS |

**MOTION FOR EXTENSION OF TIME**

     Defendant Global Seafoods moves for an order extending the deadline for response to Plaintiff's Motion to Compel Discovery from December 26 to January 9, 2007.  This motion is supported by the accompanying memorandum.

     DATED this 26th day of December, 2006, at Anchorage, Alaska.

                                                      s/ Mark C. Manning
                                                  MARK C.  MANNING, P.C.
                                                  Counsel for Defendant
                                                  431 West 7th Avenue, Ste. 204
                                                  Anchorage, AK 99501
                                                  Phone: (907) 278-9794
                                                  Fax: (907) 278-1169
                                                  manning@alaska.net
                                                  ABA No. 8110066

CERTIFICATE OF SERVICE

I hereby certify that, on 12/26/06 to, a copy
of this Motion and Proposed order were served
electronically on
FMI Food Marketers International

   s/Mark C. Manning