Mark C. Manning
Mark C. Manning, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska  99501
(907) 278-9794 Fax: 278-1169
manning@alaska.net
Counsel for Global Seafoods

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | | |
|---|---|---|
| FMI FOOD MARKETERS INTERNATIONAL, LTD, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | |
| GLOBAL SEAFOODS NORTH AMERICA, LLC | ) ) ) | |
| Defendants. | ) ) | No. 3:06-cv-00011 JWS |

**MEMORANDUM SUPPORTING MOTION FOR EXTENSION OF TIME**

Defendant Global Seafoods has moved for an order extending the deadline for response to Plaintiff FMI's Motion to Compel Discovery from December 26 to January 9, 2007.  The reason this additional time is requested is to give FMI the additional time it apparently needs to address a protocol for discovery of computer hard drives that FMI was given on December 8.

Global's objective in addressing the Motion to Compel is to informally resolve as many of FMI's complaints as possible.  The most technically difficult issue is to address potentially discoverable material on Global computer hard drives.  At considerable expense, Global has engaged an expert to assist in searching hard drives and identifying discoverable material.

In October, Global made its first attempt to meet FMI's legitimate needs by asking FMI to provide search terms to identify on hard drives  documents in which it was interested.  That request was declined. A second approach was provided to FMI on December 8, in the form of a discussion

draft of a protocol for searching the hard drives. The problem with responding to FMI's requests is not just the breadth, indeed the over breadth, of the requests. The drives contain not only material that is clearly discoverable in this case. They quite naturally contain material concerning transactions not discoverable in this matter, as well as attorney-client communications. Consequently, Global does not feel it can simply give FMI duplicates of the drives.

Global believes that the proposed protocol will afford it adequate protection. Counsel has received a verbal indication that the protocol may be more or less acceptable, but as yet there has been no formal acceptance, request for modification, or rejection. FMI evidently needs more time to evaluate the protocol, which Global hopes will be finalized, resolving a discovery issue. Accordingly, the court is respectfully requested to grant Global's motion.

DATED this 26th day of December, 2006, at Anchorage, Alaska.

s/ Mark C. Manning
MARK C. MANNING, P.C.
Counsel for Defendant
431 West 7th Avenue, Ste. 204
Anchorage, AK 99501
Phone: (907) 278-9794
Fax: (907) 278-1169
manning@alaska.net
ABA No. 8110066

CERTIFICATE OF SERVICE

I hereby certify that, on 12/26/06 to, a copy
of this Memorandum was served
electronically on
FMI Food Marketers International

s/Mark C. Manning