IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| FMI FOOD MARKETERS INTERNATIONAL, LTD, <br><br>　　　　　Plaintiff, <br><br>　　v. <br><br>GLOBAL SEAFOODS NORTH AMERICA, LLC, <br><br>　　　　　Defendants. | No. 3:06-cv-00011 JWS |

**ORDER GRANTING MOTION FOR EXTENSION OF TIME**

　　Upon review of Defendant's Motion for Extension of Time in which to respond to Plaintiff's Motion to Compel, and of the papers pertaining thereto, it is hereby

　　**ORDERED** that Global may have until **January 9, 2007**, in which to file its response.

　　DATED this 28th day of December 2006.


　　　　　　　　　　　　　　　　　　　　/s/  JOHN W.  SEDWICK
　　　　　　　　　　　　　　　　　　UNITED  STATES  DISTRICT  COURT  JUDGE