Mark C. Manning
Mark C. Manning, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska 99501
(907) 278-9794 Fax: 278-1169
manning@alaska.net
Counsel for Global Seafoods

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FMI FOOD MARKETERS INTERNATIONAL, LTD, <br><br> Plaintiff, <br><br> v. <br><br> GLOBAL SEAFOODS NORTH AMERICA, LLC <br><br> Defendants. | <br><br><br><br><br><br><br><br><br><br><br> No. 3:06-cv-00011 JWS |

**MOTION FOR EXTENSION OF TIME**

Defendant Global Seafoods moves for an order extending the deadline for opposition to Plaintiff's Motion for Partial Summary Judgment from January 3 to January 17, 2007. This motion is supported by the accompanying memorandum.

DATED this 3rd day of January, 2007, at Anchorage, Alaska.

                                              s/ Mark C. Manning
                                      MARK C. MANNING, P.C.
                                      Counsel for Defendant
                                      431 West 7th Avenue, Ste. 204
                                      Anchorage, AK 99501
                                      Phone: (907) 278-9794
                                      Fax: (907) 278-1169
                                      manning@alaska.net
                                      ABA No. 8110066

CERTIFICATE OF SERVICE

I hereby certify that, on 1/3/07 to, a copy
of this Motion and Proposed order were served
electronically on
FMI Food Marketers International

   s/Mark C. Manning