Mark C. Manning
Mark C. Manning, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska  99501
(907) 278-9794 Fax: 278-1169
manning@alaska.net
Counsel for Global Seafoods

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | | |
|---|---|---|
| FMI FOOD MARKETERS INTERNATIONAL, LTD, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| GLOBAL SEAFOODS NORTH AMERICA, LLC | ) ) ) | |
| Defendants. | ) ) | No. 3:06-cv-00011 JWS |

**PROPOSED ORDER GRANTING MOTION FOR EXTENSION OF TIME**

Upon review of Defendant's Motion for Extension of Time to extend the deadline for opposition to Plaintiff's Motion for Partial Summary Judgment from January 3 to January 17, 2007, and of the papers pertaining thereto, it is hereby

ORDERED that Global may have until January 17, 2007, in which to file its opposition.

DATED this _____ day of _____, 2007.


_____
JOHN  W.  SEDWICK
UNITED  STATES  DISTRICT  COURT  JUDGE