Mark C. Manning
Mark C. Manning, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska  99501
(907) 278-9794 Fax: 278-1169
manning@alaska.net
Counsel for Global Seafoods

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| FMI FOOD MARKETERS INTERNATIONAL, LTD, ) ) ) Plaintiff, ) ) v. ) ) GLOBAL SEAFOODS NORTH AMERICA, LLC ) ) ) ) Defendants. ) ) | No. 3:06-cv-00011 JWS |

### MEMORANDUM SUPPORTING MOTION FOR EXTENSION OF TIME

Defendant Global Seafoods has moved for an order extending the deadline for response to Plaintiff FMI's Motion for Partial Summary Judgment from January 3 to January 17, 2007. Counsel requires additional time to finish processing the motion and preparing an opposition.

FMI's motion runs to approximately 60 pages, with a voluminous set of exhibits. It raises uncommon issues concerning international sales of fish product, governed by United Nations Convention on Contracts for the International Sale of Goods, which is rarely encountered in litigation in Alaska. Accordingly, an unusual amount of time is needed to address the motion.

The motion was filed on November 30, a Thursday in the week of November 27 that was devoted to preparation for, travel concerning, and the conduct of the depositions in Seattle of each of the parties' 2 key witnesses. The commitment of that week required that other matters be attended to upon counsel's return to Anchorage. In addition, the intervening holiday season reduced available

work time.

For the foregoing reasons, the court is respectfully requested to grant Global's motion.

_____DATED this 3rd day of January, 2007, at Anchorage, Alaska.

                                         s/ Mark C. Manning
                                    MARK C. MANNING, P.C.
                                    Counsel for Defendant
                                    431 West 7th Avenue, Ste. 204
                                    Anchorage, AK 99501
                                    Phone: (907) 278-9794
                                    Fax: (907) 278-1169
                                    manning@alaska.net
                                    ABA No. 8110066

CERTIFICATE OF SERVICE

I hereby certify that, on 1/3/07 to, a copy
of this Memorandum was served
electronically on
FMI Food Marketers International

    s/Mark C. Manning