Michael R. Mills, ABA# 8911074
Michael A. Grisham, ABA# 9411104
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

Attorneys for FMI Food Marketers International, Ltd.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FMI FOOD MARKETERS INTERNATIONAL, LTD.<br><br>                    Plaintiff<br><br>vs.<br><br>GLOBAL SEAFOODS NORTH AMERICA, LLC<br><br>                    Defendant | **CONDITIONAL NON-OPPOSITION TO GLOBAL'S MOTION FOR EXTENSION OF TIME**<br><br>Case No. 3:06-CV-00011 JWS |

Plaintiff FMI Food Marketers International, Ltd. ("FMI") hereby responds to Global's request for an extension of time in which to respond to FMI's Motion for Summary Judgment, filed November 30, 2006.

Counsel for FMI is not in the habit of refusing reasonable requests for extension of time – indeed, FMI already did agree to the 2-week extension that Global previously requested with respect to the subject motion. Global does not mention this prior stipulation in its tardily-filed motion for extension, but it is worth noting that FMI did agree to it, and that the date Global presently seeks to extend was initially selected by Global. To the extent Global had difficulties with the press of other obligations and the holidays, it certainly should have known of such difficulties when it requested this date.

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

FMI has decided not to oppose the present request, but reached that decision with some apprehension. As discussed at length in FMI's Motion to Compel Discovery, Global has delayed and drawn out every aspect of this litigation – most especially discovery. These delay tactics have been costly and prejudicial to FMI, forcing expensive letter writing campaigns and, eventually, motion practice, and unnecessarily delaying the resolution of this matter (thus delaying FMI's recovery). The extent of these delay tactics has led FMI to believe that they are a deliberate (and inappropriate) strategic choice. While, FMI does not oppose the present, tardy request for extension, it will oppose any future requests for extension for the reasons discussed herein.

DATED this 4th day of January, 2007, at Anchorage, Alaska.

DORSEY & WHITNEY LLP

By:   /s/ Michael R. Mills
     Michael R. Mills, ABA# 8911074
     Michael A. Grisham, ABA# 9411104
     DORSEY & WHITNEY LLP
     1031 West Fourth Avenue, Suite 600
     Anchorage, AK 99501-5907
     (907) 276-4557

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 4, 2007, a true and correct copy of this document was served on:

- Mark C. Manning

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

CONDITIONAL NON-OPPOSITION TO          FMI FOOD MARKETERS v. GLOBAL SEAFOOD
MOTION FOR EXTENSION OF TIME
Page 2                                  Case No. 3:06-cv-00011 JWS

by first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

/s/ Michael R. Mills
Michael R. Mills

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557