IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| FMI FOOD MARKETERS INTERNATIONAL, LTD, <br><br>Plaintiff, <br><br>v. <br><br>GLOBAL SEAFOODS NORTH AMERICA, LLC <br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) )  No. 3:06-cv-00011 JWS |

**ORDER GRANTING MOTION FOR EXTENSION OF TIME**

Upon review of Defendant's Motion for Extension of Time to extend the deadline for opposition to Plaintiff's Motion for Partial Summary Judgment from January 3, 2007 to January 17, 2007, and of the papers pertaining thereto, it is hereby

ORDERED that Global may have until January 17, 2007, in which to file its opposition. The court will not grant any further extension of time for the filing of Global's opposition.

DATED this  8   day of January, 2007

/s/   John W. Sedwick
UNITED STATES DISTRICT COURT JUDGE