## Agreement Regarding Cascade Legal Copying & Technologies LLC's Role in discovery of digitally stored material in FMI v. Global Seafoods

Michael Mills and Mark Manning, for themselves and their respective clients, agree that Cascade Legal Copying & Technologies LLC's role with respect to electronically stored information procured from Global Seafoods will be to provide computers, computer software and technical assistance to assist the attorneys to review and produce certain electronically stored information that may contain data relevant and discoverable to the action.

1. Cascade Legal Copying & Technologies ("CASCADE LEGAL") has 2 hard disk drives containing data cloned (duplicated bit-for-bit) from the 2 hard drives encountered at Global's offices in Bellevue, Washington.

2. CASCADE LEGAL will run searches of the drives using search terms to narrow the available data to documents within the relevant Requests for Production and to identify any privileged (including work product) documents using CASCADE LEGAL's proprietary applications.

3. CASCADE LEGAL will isolate the documents marked potentially privileged or non-responsive by Mr. Manning.

4. CASCADE LEGAL will assist Mr. Mills or persons he may designate with reviewing the contents of the hard drives that include Mr. Mills' search terms, less the documents marked privileged or nonresponsive. Mr. Mills will "bookmark" requested documents during his review to assist CASCADE LEGAL in compiling responsive non-

privileged documents selected by Mr. Mills. The "bookmarked" documents will represent the documents of which Mr. Mills requests a copy. .

5. CASCADE LEGAL will "print" to hard copy and/or to TIFF format all documents "bookmarked" by Mr. Mills.

6. Counsel shall be responsible for paying all hourly and daily computer rental costs charged by CASCADE LEGAL. CASCADE LEGAL's daily computer rental cost is $100.00 per day, and CASCADE LEGAL's staff charges between $125.00 to $195.00 per hour. The parties shall share, on a 50/50 basis, CASCADE LEGAL's charges for producing TIFF image files or printing paper copies of the bookmarked documents. CASCADE LEGAL's invoice is due upon receipt.

7. CASCADE LEGAL will provide both counsel a copy of the requested ("bookmarked") documents determined to be non-privileged and responsive.

8. If Mr. Mills views documents later claimed to be privileged, both counsel, on behalf of their respective clients, agree that such disclosure is inadvertent, does not constitute a waiver, and that all privileged documents shall be returned. Counsel also agree that inadvertent viewing of such documents will not form the basis for a disqualification motion.

9. Any otherwise responsive documents for which there is a claim of privilege will be safeguarded by CASCADE LEGAL and not revealed to Mr. Mills without Mr. Manning's prior written consent or Court Order. Mr. Manning will provide a list of such documents to Mr. Mills.

10. The September 13, 2006, Protective Stipulation in the remains fully in effect and applies to this electronic material. In addition, potentially responsive documents that refer to customers other than FMI, or that concern transactions with customers other than FMI, may only

be viewed by Mr. Mills and those assisting him in preparing FMI's case, and may not be distributed to FMI or anyone else, unless Mr. Manning agrees in writing or the court determines that they are admissible as exhibits in the case.

UNDERSTOOD AND AGREED:

_____    Dated: _____

By: _____

Title: _____

_____    Dated: _____

By: _____

Title: _____