Mark C. Manning
Mark C. Manning, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska  99501
(907) 278-9794 Fax: 278-1169
manning@alaska.net
Counsel for Global Seafoods

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| FMI FOOD MARKETERS INTERNATIONAL, LTD, <br><br> Plaintiff, <br><br> v. <br><br> GLOBAL SEAFOODS NORTH AMERICA, LLC <br><br> Defendants. | No. 3:06-cv-00011 JWS |

**MEMORANDUM SUPPORTING MOTION FOR EXTENSION OF TIME**

      Defendant Global Seafoods has moved for an order extending the deadline for response to Plaintiff FMI's Motion to Compel Discovery from January 9 to January 23, 2007.  This is Global's second motion to extend time to address a protocol for discovery of computer hard drives that FMI was provided to FMI's counsel on December 8.  A copy of the protocol is attached hereto.

      Subsequent to that first motion, counsel has received a letter indicating agreement to the protocol, but no signed copy has been provided.  Accordingly, it remains unclear whether there is in fact agreement.  Cascade Legal Copying & Technologies, the designated computer expert, will be able to go forward with FMI's review of the hard drives next week.  Once a signed copy of the protocol is provided and FMI conducts its review, it is to be hoped that it will no longer be necessary to address discovery of the hard drives in the opposition to the pending motion.

      Accordingly, the court is respectfully requested to grant Global's motion, which will allow

an additional two weeks to resolve this issue.

     DATED this 9th day of January, 2007, at Anchorage, Alaska.

           s/ Mark C. Manning
MARK C. MANNING, P.C.
Counsel for Defendant
431 West 7th Avenue, Ste. 204
Anchorage, AK 99501
Phone: (907) 278-9794
Fax: (907) 278-1169
manning@alaska.net
ABA No. 8110066

CERTIFICATE OF SERVICE

I hereby certify that, on 1/9/06 to, a copy
of this Memorandum was served
electronically on
FMI Food Marketers International

   s/Mark C. Manning

*FMI Food Marketers v. Global Seafoods*
Case No. 3:06- cv-00011 JWS       2