Mark C. Manning
Mark C. Manning, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska  99501
(907) 278-9794 Fax: 278-1169
manning@alaska.net
Counsel for Global Seafoods

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| FMI FOOD MARKETERS INTERNATIONAL, LTD, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | |
| GLOBAL SEAFOODS NORTH AMERICA, LLC ) ) ) | |
| Defendants. ) _____) | No. 3:06-cv-00011 JWS |

**PROPOSED ORDER GRANTING MOTION FOR EXTENSION OF TIME**

Upon review of Defendant's Motion for Extension of Time in which to respond to Plaintiff's Motion to Compel, and of the papers pertaining thereto, it is hereby

ORDERED that Global may have until January 23, 2007, in which to file its response.

DATED this _____ day of _____, 2007.

_____
JOHN W. SEDWICK
UNITED STATES DISTRICT COURT JUDGE