## MINUTES OF THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

*FMI Food Marketers International, LTD*     v.     *Global Seafoods North America, LLC*

THE HONORABLE JOHN W. SEDWICK          CASE NO. 3:06-cv-00011-JWS

PROCEEDINGS:     **ORDER FROM CHAMBERS**               Date:  January 12, 2007

---

At docket 52, defendant Global  Seafoods has filed a second motion for an extension of time to respond to the motion to compel at docket 31.  Defendant asks that the time be extended to January 23, 2007.  The motion at docket 52 is **GRANTED**. Defendant is **_warned_** that the court will not grant defendant any further extension of time respecting the motion at docket 31, unless it is requested in a  motion in which plaintiff has joined.

––––––––––––––––––