Mark C. Manning
MARK C. MANNING, P.C.
431 West 7th Avenue, Ste. 204
Anchorage, AK  99501
Phone: (907) 278-9794  Fax: 278-1169
Counsel for Global Seafoods

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| FMI FOOD MARKETERS INTERNATIONAL, LTD, <br><br> Plaintiff, <br><br> v. <br><br> GLOBAL SEAFOODS NORTH AMERICA, LLC <br><br> Defendants. | No. 3:06-cv-00011 JWS |

## STIPULATION

The parties stipulate and agree that Defendant may have until January 19, 2007, in which to file its opposition to Plaintiff's Motion for Partial Summary Judgment.  In a discussion about case matters yesterday, Plaintiff's counsel suggested Defendant may wish to have until Friday to file its opposition.  Since an additional 2 days would produce a clearer presentation of the details of the transactions involved in this matter to the benefit of the parties and the court, defense counsel accepted the suggestion.  Defense counsel is mindful the court previously advised there would be no further extensions in granting Defendant's motion for an extension over Plaintiff's objection, but trusts that position does not apply where the brief additional time is not only not opposed, but was suggested by Plaintiff.

/
/

      DATED this 17th day of January, 2007, at Anchorage, Alaska.

                                        s/ Mark C. Manning
                                 MARK C. MANNING, P.C.
                                 Counsel for Defendant
                                 431 West 7th Avenue, Ste. 204
                                 Anchorage, AK 99501
                                 Phone: (907) 278-9794
                                 Fax: (907) 278-1169
                                 manning@alaska.net
                                 ABA No. 8110066

                                 s/Michael Grisham (consent)
                                 MICHAEL GRISHAM
                                 Counsel for Plaintiff
                                 DORSEY & WHITNEY LLP
                                 1031 West 4th Avenue, Ste. 600
                                 Anchorage, AK 99501-5907
                                 Phone: (907) 276-4557
                                 Fax: (907) 276-4152
                                 mills.michael@dorsey.com
                                 ABA No. 8911074