IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| FMI FOOD MARKETERS INTERNATIONAL, LTD, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| GLOBAL SEAFOODS NORTH AMERICA, LLC | ) ) ) |
| Defendants. | ) )   No. 3:06-cv-00011 JWS |

**PROPOSED ORDER**

Pursuant to stipulation of the parties, Defendant may have until January 19, 2007, in which to file its opposition to Plaintiff's Motion for Partial Summary Judgment.

_____          _____
           DATE                                         JOHN W. SEDWICK
                                                     U.S. DISTRICT COURT JUDGE

*FMI v. Global Seafoods*
Case no. 3:06- cv- 00011 (JWS)