Mark C. Manning
Mark C. Manning, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska  99501
(907) 278-9794 Fax: 278-1169
Counsel for Global Seafoods

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| FMI FOOD MARKETERS INTERNATIONAL, LTD, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| GLOBAL SEAFOODS NORTH AMERICA, LLC | ) ) ) |
| Defendants. | ) No. 3:06-cv-00011 JWS |

TABLE OF CONTENTS
DEFENDANT'S OPPOSITION TO
PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Exhibit A            O. Nikitenko affidavit

Exhibit B            T.  Hennessey affidavit

Exhibit C            J.  Portillo affidavit

Exhibit D            Deleted

Exhibit E            B.  Holme deposition

Exhibit F            H.  Guenther deposition

Exhibit G            T.  Hennessey depositon