Mark C. Manning
Mark C. Manning, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska 99501
(907) 278-9794 Fax: 278-1169
Counsel for Global Seafoods

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| FMI FOOD MARKETERS INTERNATIONAL, LTD, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| GLOBAL SEAFOODS NORTH AMERICA, LLC | )<br>)<br>) |
| Defendants. | ) No. 3:06-cv-00011 JWS<br>) |

**OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT**

CERTIFICATE OF SERVICE

I hereby certify that, on 1/21/07 to, a copy of this Supplemental Filing of Exhibits was served electronically on FMI Food Marketers International

  s/Mark C. Manning