WITNESS: HARRY W. GUENTHER (V2) 11/30/06 (MARK MANNING)    67

```
 1              UNITED STATES DISTRICT COURT
 2               FOR THE DISTRICT OF ALASKA
 3   ----------------------------------------------------
 4   FMI FOOD MARKETERS           )
 5   INTERNATIONAL, LTD.,         )
 6           Plaintiff,           )
 7       vs.                      )  NO. 3:06-CV-000111 JWS
 8   GLOBAL SEAFOODS NORTH        )
 9   AMERICA, LLC,                )
10           Defendant.           )
11   ----------------------------------------------------
12            DEPOSITION UPON ORAL EXAMINATION
13                          OF
14                  HARRY W. GUENTHER
15                      VOLUME I
16   ----------------------------------------------------
17                     9:05 a.m.
18                 November 30, 2006
19            1420 Fifth Avenue, Suite 3400
20                 Seattle, Washington
21
22
23
24   Lauren G. Harty
25   Court Reporter
```

Exhibit F
Page 1 of 5 Pages

WITNESS: HARRY W. GUENTHER (V2) 11/30/06 (MARK MANNING)   103

1    Q.   -- if you will.
2    A.   Okay.
3    Q.   And in terms of inside bruising --
4    A.   Yeah.
5    Q.   -- can you articulate what the difference is
6    between something that -- that you would characterize
7    as severe, a degree of bruising you would characterize
8    as severe versus a degree of bruising you would
9    characterize as moderate.
10   A.   Well, moderate would be I would suggest
11   under -- under five out of a hundred, five out of a
12   hundred fish cut open and inspected. Severe would be
13   over five.
14   Q.   Okay. And when you say "cut open and
15   inspected," and that -- under five has -- you know,
16   are found to have something, what -- what is it
17   that -- that -- that -- that is found when -- when a
18   fish is cut open to put it in the -- the category of
19   less than five in a hundred or more than five in a
20   hundred?
21   A.   If you could refer back to those pictures,
22   it -- this would be considered pale and soft and
23   mushy, if you will.
24   Q.   Okay.
25   A.   As is that and that, where 572, extreme

WITNESS: HARRY W. GUENTHER (V2) 11/30/06 (MARK MANNING)    104

1  bruising, again pale. That's extreme bruising.
2  That's 569. That's got both pale and -- that's 567,
3  both pale and extreme bruising.
4              (Discussion off the record.)
5      Q.  (By Mr. Manning) You have mentioned
6  photographs and -- and given some numbers. Are those
7  photographs that appear in Exhibit 49?
8      A.  Yes.
9      Q.  All right.
10         And you would say that 572 depicts extreme
11 bruising?
12     A.  Yes.
13     Q.  All right. And is it correct then that if
14 you feel that if more than five fish in a hundred have
15 this degree of bruising, then a contract specification
16 protecting severe bruising would then be violated; is
17 that correct?
18     A.  Yes.
19     Q.  So -- and this kind of ties back to what we
20 were talking about in the last session. I guess
21 severe bruising has two meaningful applications.
22 Number one is in looking at a particular fish, there
23 may be severe or less severe bruising on a particular
24 fish, but then also the number of such fish in a -- in
25 a sample of a hundred is what determines whether or

WITNESS: HARRY W. GUENTHER (V2) 11/30/06 (MARK MANNING)   105

1  not a contract spec against severe bruising has been
2  violated; is that correct?
3      A.   Yes.
4      Q.   All right.
5           What is it about the bruising in 572 that
6  makes it severe and not moderate?
7      A.   The extent of the bruise that's in that
8  picture.
9      Q.   Okay.  Is there a way to describe the
10 boundary line between bruising that's moderate but not
11 severe?
12     A.   I would think every plant has a measurement
13 tool, be it a one-inch circumference of a -- in the --
14 in the fish which is bruised to three or four inches
15 is severe; you know, that obviously the bigger the
16 bruise, the higher the category.  I might add that if
17 Oleg and Global were --
18          (Interruption.)
19          (Discussion off the record.)
20     A.   -- were inspecting it from the outside, I
21 would suggest that it's easier to do -- as a packer
22 it's easier to do that from fresh.  There's -- it
23 takes more expertise in visual understanding of the
24 outside appearance.  From a fresh form it's easier
25 than from frozen.  As the end user gets it, he can't

MILLS & LESSARD  (206)292-9063  www.dep-reporters.com

Exhibit F
Page 4 of 5 Pages

WITNESS: HARRY W. GUENTHER (V2) 11/30/06 (MARK MANNING)    138

```
                        C E R T I F I C A T E

    STATE OF WASHINGTON    )
                           ) ss.
    COUNTY OF KING         )

            I, the undersigned Notary Public in and for
    the state of Washington, do hereby certify that:
            I am not a relative or employee or counsel of
    any of the parties to said action, or a relative or
    employee of any such attorney or counsel, and that I am
    not financially interested in the said action or the
    outcome thereof;
            The witness, before examination, was duly sworn
    to testify the truth, the whole truth, and nothing but
    the truth; and
            The transcript attached hereto is a true record
    of the proceedings.
            In witness whereof, I have hereunto set my hand
    and affixed my seal this 12th day of December,
    2006.

                           Lauren G. Harty
                           _____
                           LAUREN G. HARTY
                           CSR #HARTYLG419PM
                           Notary Public in and for
                           the State of Washington,
                           residing at Seattle.
```

MILLS & LESSARD (206)292-9063 www.dep-reporters.com

Exhibit F
Page 5 of 5 Pages