WITNESS: TOM HENNESSEY 11/28/2006 (MIKE MILLS)                1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

---

FMI FOOD MARKETERS                )
INTERNATIONAL, LTD.,              )
        Plaintiff,               )
   vs.                           )  NO. 3:06-CV-000111 JWS
GLOBAL SEAFOODS NORTH             )
AMERICA, LLC,                     )
        Defendant.               )

---

DEPOSITION UPON ORAL EXAMINATION

OF

TOM HENNESSEY

---

9:10 a.m.

November 28, 2006

1420 Fifth Avenue, Suite 3400

Seattle, Washington

Lauren G. Harty

Court Reporter

Exhibit G
Page 1 of 11 Pages

MILLS & LESSARD (206)292-9063 www.dep-reporters.com

1  Q. And how long were you there? What kind of
2  role did you play?
3  A. I was the controller there, and I was there
4  for I think almost four years.
5  Q. Okay. So that would be -- so 96 was the
6  soft drink. Then you worked for a year or so with --
7  in Florida --
8  A. Little less than a year.
9  Q. -- for the sports company.
10  A. I believe I left Video Only in -- in the
11  spring of -- or summer of 2000.
12  Q. Okay.
13     Okay. And then after that?
14  A. Again another bridge job for a few months.
15  And then I was hired by Global Seafoods in May of
16  2001.
17  Q. So May of 01 is when you joined Global?
18  A. Yes.
19  Q. Is that when Global was formed or -- had
20  it -- had it been in existence --
21  A. It had been --
22  Q. -- prior to then?
23  A. -- in existence prior.
24  Q. Okay. And I'll ask Oleg tomorrow, but was
25  Oleg involved at the May 2001 timeframe?

WITNESS: TOM HENNESSEY 11/28/2006 (MIKE MILLS)                16

1    A.    Yes.

2    Q.    Is he the owner of --

3    A.    Yes.

4    Q.    -- Global Seafoods?

5         In what capacity did you start your position

6  with Global Seafoods?

7    A.    As controller.

8    Q.    Controller?

9    A.    Uh-huh.

10    Q.    Is that still your position --

11    A.    Yes.

12    Q.    -- with the company?

13         How did you get connected with Global?

14    A.    Through a partner in an accounting firm.

15  Global put out a job search, began recruiting, and a

16  partner in an accounting firm called Grant Thornton

17  recommended me to them.

18    Q.    Okay. Had you worked in the seafood

19  business prior to that point in time?

20    A.    No.

21    Q.    Any other background in the seafood

22  industry, seafood business prior to joining Global?

23    A.    No.

24    Q.    Okay.

25    A.    I -- I'd worked as a fisherman in the

WITNESS: TOM HENNESSEY 11/28/2006 (MIKE MILLS)                              30

1              (Marked Deposition Exhibit No. 1.)
2          MR. MILLS:  Let's go back on record.  I'll
3   follow up on that question.
4          Are we on record?
5          THE REPORTER:  Yes.
6          MR. MILLS:  Okay.
7      Q.  (By Mr. Mills)  Tom, look at -- during the
8   break your counsel was pointing out to you the total
9   volume produced -- you've got the same sheet as I
10  have, and this has been marked Exhibit 1, and it's --
11  document 0389 is the last page.  Should this document
12  capture the total production of headed and gutted pink
13  salmon for 2005?
14     A.  I believe so, yes.  I don't believe we
15  produced anything after September 10, but I'd have to
16  go back and check in our system --
17     Q.  Okay.
18     A.  -- to verify.
19     Q.  And there's another document that we'll --
20  that maybe I'll -- I'll pull here in a second that
21  might tie into this full production.
22          The question of -- did you produce this
23  particular document we're looking at?
24     A.  Yes.
25     Q.  Okay.  And you downloaded it off the

1  distribution -- the bar code distribution system --
2      A.   Yes.
3      Q.   -- that you had introduced?
4      A.   Yes.
5      Q.   Yeah.  Thanks.
6           And -- and the total production that's
7  reflected on this document goes through September 10th
8  of 05, and the total is three -- 3,283,897 pounds?
9      A.   Yes.
10     Q.   Okay.  And how many metric tons would that
11 be approximately?
12     A.   1.4, 1.5 -- sorry, 1500.
13     Q.   1500, yeah.
14     A.   I --
15     Q.   Yeah, you account in different ways.  So
16 1500 metric tons rough -- rough number?
17     A.   Yes.
18     Q.   Okay.  Let me try and pull another document
19 that --
20          (Telephonic interruption.)
21          MR. MILLS:  Let me have the court reporter
22 mark this document.
23          (Marked Deposition Exhibit No. 2.)
24     Q.   (By Mr. Mills)  I'm going to --
25          (Discussion off the record.)

**Global Seafoods North America, LLC**
Case Up Tally Summary
7/1/2005 to 9/30/2005

*Production — H/G pink salmon 2005*

Ex.: Hennessey
Wit: 
Date: 11-28-06
MILLS & LESSARD
(206) 292-9063

| Shift Date | Shift Type | User | Species | Form | State | Pack | Weight Unit | Size | Grade | Lot Number | Validated Count | Lbs. | Day Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/3/2005 | Day Shift | JanetTirona | Pink salmon | H & G | Frozen- IQF | Box | 23 Kgs | 1 kg - under | #1 | 2811502 | 3 | 152.12 | |
| 7/3/2005 | Day Shift | JanetTirona | Pink salmon | H & G | Frozen- IQF | Box | 23 Kgs | 2-3 | #1 | 2811502 | 32 | 1,622.59 | |
| 7/3/2005 | Day Shift | JanetTirona | Pink salmon | H & G | Frozen- IQF | Box | 23 Kgs | 1-2 | #1 | 2811502 | 24 | 1,216.94 | |
| 7/3/2005 | Day Shift | JanetTirona | Pink salmon | H & G | Frozen- IQF | Box | 23 Kgs | 2-3 | #2 | 2811502 | 13 | 659.18 | |
| 7/3/2005 | Day Shift | JanetTirona | Pink salmon | H & G | Frozen- IQF | Box | 23 Kgs | O/R | #3 | 2811502 | 56 | 2,839.52 | 6,490.35 |
| 7/7/2005 | Day Shift | JanetTirona | Pink salmon | H & G collar-on | Frozen- IQF | Box | 23 Kgs | 1 kg - under | #1 | 2851501 | 11 | 557.76 | |
| 7/7/2005 | Day Shift | JanetTirona | Pink salmon | H & G collar-on | Frozen- IQF | Box | 23 Kgs | 1-2 kg. | #1 | 2851501 | 51 | 2,586.00 | |
| 7/7/2005 | Day Shift | JanetTirona | Pink salmon | H & G collar-on | Frozen- IQF | Box | 23 Kgs | 2-3 kg. | #1 | 2851501 | 28 | 1,419.76 | |
| 7/7/2005 | Day Shift | JanetTirona | Pink salmon | H & G collar-on | Frozen- IQF | Box | 23 Kgs | 2-3 kg. | #2 | 2851501 | 12 | 608.47 | |
| 7/7/2005 | Day Shift | JanetTirona | Pink salmon | H & G collar-on | Frozen- IQF | Box | 23 Kgs | 1-2 kg. | #2 | 2851501 | 17 | 862.00 | |
| 7/7/2005 | Day Shift | JanetTirona | Pink salmon | H & G collar-on | Frozen- IQF | Box | 23 Kgs | 1 kg - under | #2 | 2851501 | 4 | 202.82 | |
| 7/7/2005 | Day Shift | JanetTirona | Pink salmon | H & G collar-on | Frozen- IQF | Box | 23 Kgs | O/R | #3 | 2851501 | 50 | 2,535.29 | 8,772.10 |
| 7/11/2005 | Day Shift | JanetTirona | Pink salmon | H & G collar-on | Frozen- IQF | Box | 23 Kgs | 2-3 kg. | #2 | 2921501 | 6 | 304.23 | |
| 7/11/2005 | Day Shift | JanetTirona | Pink salmon | H & G collar-on | Frozen- IQF | Box | 23 Kgs | O/R | #3 | 2921501 | 45 | 2,281.76 | 2,585.99 |
| 7/14/2005 | Night Shift | RodrigoVargas | Pink salmon | H & G collar-on | Frozen- IQF | Box | 23 Kgs | O/R | #1 | 2952505 | 66 | 3,346.58 | |
| 7/14/2005 | Day Shift | JanetTirona | Pink salmon | H & G collar-on | Frozen- IQF | Box | 23 Kgs | O/R | n/a | 2951503 | 116 | 5,881.87 | 9,228.45 |
| 7/16/2005 | Day Shift | JanetTirona | Pink salmon | H & G collar-on | Frozen- IQF | Box | 23 Kgs | O/R | n/a | 2971504 | 70 | 3,549.41 | 3,549.41 |
| 7/17/2005 | Day Shift | JanetTirona | Pink salmon | H & G collar-on | Frozen- IQF | Box | 23 Kgs | O/R | n/a | 3011509 | 74 | 3,752.23 | 3,752.23 |
| 7/19/2005 | Night Shift | gladyspascua | Pink salmon | H & G | Frozen- IQF | Box | 23 Kgs | O/R | n/a | 3032501 | 6 | 304.23 | 304.23 |
| 7/21/2005 | Night Shift | gladyspascua | Pink salmon | H & G | Frozen- block | Bag | 16 Kgs | n/a | n/a | 3052504 | 310 | 10,934.82 | |
| 7/21/2005 | Day Shift | JanetTirona | Pink salmon | H & G collar-on | Frozen- block | Bag | 16 Kgs | O/R | n/a | 2941530 | 163 | 5,749.60 | 16,684.42 |
| 7/24/2005 | Night Shift | gladyspascua | Pink salmon | H & G collar-on | Frozen- block | Bag | 16 Kgs | n/a | n/a | 3112502 | 252 | 8,888.95 | 8,888.95 |
| 7/26/2005 | Day Shift | JanetTirona | Pink salmon | H & G | Frozen- block | Bag | 16 Kgs | O/R | n/a | 3021536 | 420 | 14,814.91 | |
| 7/26/2005 | Day Shift | JanetTirona | Pink salmon | H & G collar-on | Frozen- block | Bag | 16 Kgs | O/R | n/a | 3021535 | 293 | 10,335.16 | 25,150.07 |
| 7/27/2005 | Day Shift | JanetTirona | Pink salmon | H & G collar-on | Frozen- block | Bag | 16 Kgs | O/R | n/a | 3141504 | 92 | 3,245.17 | |
| 7/27/2005 | Day Shift | JanetTirona | Pink salmon | H & G collar-on | Frozen- block | Bag | 16 Kgs | O/R | n/a | 3141504 | 75 | 2,645.52 | |
| 7/27/2005 | Day Shift | JanetTirona | Pink salmon | H & G collar-on | Frozen- IQF | Box | 23.3 Kgs | O/R | n/a | 3031520 | 7 | 359.57 | |
| 7/27/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar off | Frozen- block | Bag | 16 Kgs | O/R | n/a | 3141503 | 198 | 6,984.17 | |
| 7/27/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar off | Frozen- block | Bag | 16 Kgs | O/R | n/a | 3141503 | 200 | 7,054.72 | 20,289.15 |
| 7/28/2005 | Night Shift | gladyspascua | Pink salmon | H & G collar-on | Frozen- block | Bag | 16 Kgs | O/R | n/a | 3042527 | 234 | 8,254.02 | |
| 7/28/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar off | Frozen- block | Bag | 16 Kgs | O/R | n/a | 3042526 | 241 | 8,500.94 | 16,754.96 |
| 7/29/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar off | Frozen- block | Bag | 16 Kgs | O/R | n/a | 3162501 | 467 | 16,472.77 | 16,472.77 |
| 7/30/2005 | Night Shift | gladyspascua | Pink salmon | H & G collar-on | Frozen- block | Bag | 16 Kgs | O/R | n/a | 3172507 | 335 | 11,816.66 | |
| 7/30/2005 | Night Shift | gladyspascua | Pink salmon | H & G collar-on | Frozen- block | Bag | 16 Kgs | O/R | n/a | 3172507 | 55 | 1,940.05 | 13,756.71 |
| 7/31/2005 | Night Shift | gladyspascua | Pink salmon | H & G collar-on | Frozen- block | Bag | 16 Kgs | O/R | n/a | 3212508 | 12 | 423.28 | 423.28 |
| 8/1/2005 | Night Shift | gladyspascua | Pink salmon | H & G collar-on | Frozen- block | Bag | 16 Kgs | O/R | n/a | 3222502 | 288 | 10,158.80 | 10,158.80 |
| 8/3/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar off | Frozen- block | Bag | 16 Kgs | O/R | n/a | 3242506 | 226 | 7,971.83 | 7,971.83 |

1(1-5)

Exhibit 5 Page 6 of 11 Pages

5

**Global Seafoods North America, LLC**
Case Up Tally Summary
7/1/2005 to 9/30/2005

| Shift Date | Shift Type | User | Species | Form | State | Pack | Weight | Unit | Size | Grade | Lot Number | Validated Count | Lbs. | Day Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/4/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar off | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3251502 | 692 | 24,409.33 | |
| 8/4/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar off | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3252503 | 691 | 24,374.06 | 48,783.39 |
| 8/5/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar off | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3152538 | 341 | 12,028.30 | |
| | | | | H/G collar off (bi) | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3152537 | 510 | 17,989.54 | 30,017.84 |
| | | | | H/G collar off | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3271501 | 457 | 16,120.04 | |
| | | | | H/G collar off (bi) | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3271502 | 539 | 19,012.47 | |
| | | | | H/G collar off (bi) | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3271502 | 513 | 18,095.36 | |
| | | | | H/G collar off (bi) | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3272506 | 1318 | 46,490.60 | |
| | | | | H/G collar-off (bo) | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3272505 | 866 | 30,546.94 | 130,265.41 |
| | | | | H/G collar off (bi) | Frozen- block | Bag | 15 | Kgs | n/a | n/a | 3311502 | 762 | 25,198.58 | |
| | | | | H/G collar off (bi) | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3272528 | 770 | 27,160.67 | |
| | | | | H/G collar-off (bo) | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3311501 | 379 | 13,368.69 | |
| | | | | H/G collar-off (bo) | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3272529 | 446 | 15,732.03 | 81,459.97 |
| | | | | H/G collar off (bi) | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3321503 | 698 | 24,620.97 | |
| | | | | H/G collar off (bi) | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3321503 | 65 | 2,292.78 | |
| | | | | H/G collar off (bi) | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3212532 | 1057 | 37,284.20 | |
| | | | | H/G collar-off (bo) | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3321504 | 69 | 2,433.88 | |
| | | | | H/G collar-off (bo) | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3212533 | 273 | 9,629.69 | 76,261.52 |
| | | | | H/G collar off (bi) | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3331501 | 1326 | 46,772.79 | |
| | | | | H/G collar off (bi) | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3332508 | 1270 | 44,797.47 | |
| | | | | H/G collar-off (bo) | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3331502 | 512 | 18,060.08 | |
| | | | | H/G collar-off (bo) | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3332509 | 377 | 13,298.15 | 122,928.49 |
| 8/10/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar off (bi) | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3341508 | 947 | 33,404.10 | |
| 8/10/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar off (bi) | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3342507 | 1073 | 37,848.57 | |
| 8/10/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar-off (bo) | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3341507 | 298 | 10,511.53 | |
| | | | | H/G collar-off (bo) | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3342508 | 398 | 14,038.89 | 95,803.09 |
| 8/11/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar off (bi) | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3351501 | 1067 | 37,636.93 | |
| 8/11/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar off (bi) | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3352506 | 558 | 19,682.67 | |
| 8/11/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar-off (bo) | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3351502 | 344 | 12,134.12 | |
| 8/11/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar-off (bo) | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3352507 | 174 | 6,137.61 | 75,591.33 |
| 8/12/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar off (bi) | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3361501 | 818 | 28,853.80 | |
| 8/12/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar off (bi) | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3362504 | 949 | 33,474.65 | |
| 8/12/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar-off (bo) | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3361502 | 350 | 12,345.76 | |
| 8/13/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar off (bi) | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3371501 | 746 | 26,314.11 | 100,988.32 |
| 8/13/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar off (bi) | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3372507 | 1421 | 50,123.79 | |
| 8/13/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar-off (bo) | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3371502 | 277 | 9,770.79 | |
| 8/13/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar-off (bo) | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3372508 | 27 | 952.39 | 60,846.97 |
| 8/14/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar off (bi) | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3411501 | 1158 | 40,846.83 | |
| 8/14/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar off (bi) | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3412503 | 1519 | 53,580.60 | |
| 8/14/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar-off (bo) | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3411502 | 20 | 705.47 | |
| 8/14/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar-off (bo) | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3412504 | 23 | 811.29 | 95,944.19 |

*Handwritten annotations:*
This page
bo = 184,945.66 #
83 MT
60,811.67 unlabeled
27.58

**Global Seafoods North America, LLC**
Case Up Tally Summary
7/1/2005 to 9/30/2005

| Shift Date | Shift Type | User | Species | Form | State | Pack | Weight | Unit | Size | Grade | Lot Number | Validated Count | Lbs. | Day Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/15/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar off (bi) | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3421501 | 889 | 31,358.23 | |
| 8/15/2005 | Night Shift | gladyspascua | | H/G collar off (bi) | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3312526 | 1360 | 47,972.10 | |
| 8/15/2005 | Day Shift | Janet | | H/G collar off (bi) | Frozen- IQF | Box | 23 | Kgs | n/a | n/a | 3311526 | 85 | 4,309.99 | |
| 8/15/2005 | Night Shift | | | H/G collar off (bi) | Frozen- IQF | Box | 23 | Kgs | O/R | n/a | 3312527 | 557 | 28,243.13 | 111,883.45 |
| 8/16 | | | | H/G collar off (bi) | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3431501 | 1816 | 64,056.86 | |
| | | | | H/G collar off (bi) | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3432506 | 1512 | 53,333.68 | |
| | | | | H/G collar off (bi) | Frozen- IQF | Box | 23 | Kgs | n/a | n/a | 3431502 | 273 | 13,842.68 | |
| | | | | H/G collar off (bi) | Frozen- IQF | Box | 23 | Kgs | O/R | n/a | 3432508 | 396 | 20,079.50 | 151,312.72 |
| | | | | H/G collar off (bi) | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3441501 | 1320 | 46,561.15 | |
| | | | | H/G collar off (bi) | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3442506 | 1120 | 39,506.43 | |
| | | | | H/G collar off (bi) | Frozen- IQF | Box | 23 | Kgs | n/a | n/a | 3441502 | 294 | 14,907.51 | |
| | | | | H/G collar off (bi) | Frozen- IQF | Box | 23 | Kgs | O/R | n/a | 3442507 | 545 | 27,634.66 | 128,609.75 |
| | | | | collar off (bi) | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3451501 | 1153 | 40,670.46 | |
| | | | | collar off (bi) | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3452506 | 727 | 25,643.91 | |
| | | | | collar off (bi) | Frozen- IQF | Box | 23 | Kgs | n/a | n/a | 3451502 | 564 | 28,598.07 | |
| | | | | collar off (bi) | Frozen- IQF | Box | 23 | Kgs | O/R | n/a | 3452507 | 557 | 28,243.13 | 123,155.57 |
| 8/1 | | | | llar off (bi) | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3461501 | 1286 | 45,361.85 | |
| 8/1 | | | | lar off (bi) | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3461501 | 60 | 2,116.42 | |
| 8/19 | | | | ar off (bi) | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3462505 | 1286 | 45,361.85 | |
| 8/19 | | | | r off (bi) | Frozen- IQF | Box | 23 | Kgs | n/a | n/a | 3461502 | 711 | 36,051.82 | |
| 8/19/ | | | | ollar off (bi) | Frozen- IQF | Box | 23 | Kgs | n/a | n/a | 3461502 | 29 | 1,470.47 | |
| 8/19/2 | | | | H/G collar off (bi) | Frozen- IQF | Box | 23 | Kgs | O/R | n/a | 3462507 | 598 | 30,322.07 | 160,684.48 |
| 8/20/20 | | | Pink salmon | H/G collar off (bi) | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3471501 | 1180 | 41,622.85 | |
| 8/20/200 | | yspascua | Pink salmon | H/G collar off (bi) | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3472505 | 1231 | 43,421.80 | |
| 8/20/200 | ift | JanetTirona | Pink salmon | H/G collar off (bi) | Frozen- IQF | Box | 23 | Kgs | n/a | n/a | 3471502 | 520 | 26,367.02 | |
| 8/20/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar off (bi) | Frozen- IQF | Box | 23 | Kgs | O/R | n/a | 3472506 | 421 | 21,347.14 | 132,758.81 |
| 8/21/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar off (bi) | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3511501 | 1519 | 53,580.60 | |
| 8/21/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar off (bi) | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3512509 | 1457 | 51,393.64 | |
| 8/21/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar off (bi) | Frozen- IQF | Box | 23 | Kgs | n/a | n/a | 3511502 | 292 | 14,806.09 | |
| 8/21/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar off (bi) | Frozen- IQF | Box | 23 | Kgs | O/R | n/a | 3512501 | 4 | 202.82 | 119,983.15 |
| 8/22/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar off (bi) | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3521501 | 681 | 24,021.32 | |
| 8/22/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar off (bi) | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3522502 | 619 | 21,834.36 | |
| 8/22/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar off (bi) | Frozen- IQF | Box | 23 | Kgs | O/R | n/a | 3412522 | 1 | 50.71 | 45,906.39 |
| 8/23/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar off (bi) | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3531502 | 1461 | 51,534.73 | |
| 8/23/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar off (bi) | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3531502 | 90 | 3,174.62 | |
| 8/23/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar off (bi) | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3532502 | 1231 | 43,421.80 | 98,131.15 |
| 8/24/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar off (bi) | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3541506 | 394 | 13,897.80 | |
| 8/24/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar off (bi) | Frozen- block | Box | 16 | Kgs | O/R | n/a | 3542504 | 1041 | 36,719.82 | |
| 8/24/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar off (bi) | Frozen- IQF | Box | 23 | Kgs | O/R | n/a | 3542502 | 84 | 4,259.29 | 54,876.91 |
| 8/25/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar off (bi) | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3551504 | 1028 | 36,261.26 | |
| 8/25/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar off (bi) | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3552503 | 971 | 34,250.67 | |
| 8/25/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar-off (bo) | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3551503 | 216 | 7,619.10 | |
| 8/25/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar-off (bo) | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3552502 | 717 | 25,291.17 | 103,422.20 |

*Handwritten annotations: "This page = 32,910.27 lbs / 14.93 MT"*

03

**Global Seafoods North America, LLC**
Case Up Tally Summary
7/1/2005 to 9/30/2005

| Shift Date | Shift Type | User | Species | Form | State | Pack | Weight | Unit | Size | Grade | Lot Number | Validated Count | Lbs. | Day Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/26/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar off (bi) | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3561501 | 663 | 23,386.40 | |
| 8/26/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar off (bi) | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3562503 | 1722 | 60,741.14 | |
| 8/26/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar-off (bo) | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3561502 | 342 | 12,063.57 | |
| 8/26/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar-off (bo) | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3562502 | 391 | 13,791.98 | 109,983.09 |
| 8/27/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar off (bi) | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3571501 | 846 | 29,841.47 | |
| 8/27/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar off (bi) | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3572504 | 965 | 34,039.02 | |
| 8/27/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar-off (bo) | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3571502 | 456 | 16,084.76 | |
| 8/27/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar-off (bo) | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3572503 | 647 | 22,822.02 | 102,787.27 |
| 8/28/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar off | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3611506 | 27 | 952.39 | |
| 8/28/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar off (bi) | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3611501 | 1670 | 58,906.91 | |
| 8/28/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar off (bi) | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3611501 | 1670 | 58,906.91 | |
| 8/28/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar-off (bo) | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3612503 | 1523 | 53,721.69 | |
| 8/28/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar-off (bo) | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3611502 | 395 | 13,933.07 | |
| | | | | | | | | | | | 3612502 | 366 | 12,910.14 | 199,331.11 |
| 8/29/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar off (bi) | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3621501 | 1559 | 54,991.54 | |
| 8/29/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar off (bi) | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3622504 | 1332 | 46,984.44 | |
| 8/29/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar-off (bo) | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3621502 | 381 | 13,439.24 | |
| 8/29/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar-off (bo) | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3622503 | 101 | 3,562.63 | 118,977.85 |
| 8/30/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar off (bi) | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3631501 | 834 | 29,418.18 | |
| 8/30/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar off (bi) | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3632507 | 770 | 27,160.67 | |
| 8/30/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar off (bi) | Frozen- IQF | Box | 23 | Kgs | O/R | n/a | 3632509 | 52 | 2,636.70 | |
| 8/30/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar-off (bo) | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3631502 | 106 | 3,739.00 | |
| 8/30/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar-off (bo) | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3632506 | 74 | 2,610.25 | 65,564.80 |
| 8/31/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar off (bi) | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3641501 | 1189 | 41,940.31 | |
| 8/31/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar off (bi) | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3642507 | 945 | 33,333.55 | |
| 8/31/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar off (bi) | Frozen- IQF | Box | 23 | Kgs | n/a | n/a | 3641504 | 152 | 7,707.28 | |
| 8/31/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar off (bi) H | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3641503 | 445 | 15,696.75 | |
| 8/31/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar off (bi) H | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3642505 | 437 | 15,414.56 | |
| 8/31/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar-off (bo) | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3641502 | 150 | 5,291.04 | |
| 8/31/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar-off (bo) | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3642506 | 136 | 4,797.21 | 124,180.70 |
| 9/1/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar off (bi) | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3651501 | 765 | 26,984.30 | |
| 9/1/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar off (bi) H | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3651503 | 97 | 3,421.54 | |
| 9/1/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar-off (bo) | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3651502 | 164 | 5,784.87 | 36,190.71 |
| 9/2/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar off (bi) | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3661503 | 828 | 29,206.54 | |
| 9/2/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar off (bi) | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3662507 | 1388 | 48,959.76 | 78,166.30 |
| 9/3/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar off (bi) | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3671501 | 381 | 13,439.24 | |
| 9/3/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar off (bi) | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3672501 | 372 | 13,121.78 | |
| 9/3/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar off (bi) H | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3671502 | 474 | 16,719.69 | |
| 9/3/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar off (bi) H | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3672502 | 27 | 952.39 | 44,233.10 |
| 9/4/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar off (bi) | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3711503 | 38 | 1,340.40 | |
| 9/4/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar off (bi) H | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3712507 | 93 | 3,280.44 | 4,620.84 |
| 9/5/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar off (bi) | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3721503 | 578 | 20,388.14 | |

Exhibit G Page 9 of 17 Pgs

**Global Seafoods North America, LLC**
Case Up Tally Summary
7/1/2005 to 9/30/2005

| Shift Date | Shift Type | User | Species | Form | State | Pack | Weight | Unit | Size | Grade | Lot Number | Validated Count | Lbs. | Day Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/5/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar off (bi) H | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3722501 | 76 | 2,680.79 | 23,068.93 |
| 9/6/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar off (bi) | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3732504 | 130 | 4,585.57 | |
| 9/6/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar off (bi) H | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3731507 | 24 | 846.57 | |
| 9/6/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar off (bi) H | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3732505 | 56 | 1,975.32 | 7,407.46 |
| 9/7/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar off (bi) | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3741501 | 986 | 34,779.77 | |
| 9/7/2005 | Night Shift | gladyspascua | Pink salmon | H/G collar off (bi) | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3742504 | 34 | 1,199.30 | |
| 9/7/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar off (bi) H | Frozen- block | Bag | 16 | Kgs | n/a | n/a | 3741502 | 264 | 9,312.23 | 45,291.30 |
| 9/10/2005 | Day Shift | JanetTirona | Pink salmon | H/G collar off (bi) | Frozen- block | Bag | 16 | Kgs | O/R | n/a | 3771503 | 92 | 3,245.17 | 3,245.17 |
| | | | | | | | | | | | Totals | | 3,283,897.43 | 3,283,897.43 |

0389

WITNESS: TOM HENNESSEY 11/28/2006 (MIKE MILLS)                                260

```
                        C E R T I F I C A T E

STATE OF WASHINGTON    )
                       )  ss.
COUNTY OF KING         )

        I, the undersigned Notary Public in and for
the state of Washington, do hereby certify that:
        I am not a relative or employee or counsel of
any of the parties to said action, or a relative or
employee of any such attorney or counsel, and that I am
not financially interested in the said action or the
outcome thereof;
        The witness, before examination, was duly sworn
to testify the truth, the whole truth, and nothing but
the truth; and
        The transcript attached hereto is a true record
of the proceedings.
        In witness whereof, I have hereunto set my hand
and affixed my seal this 7th day of December,
2006.

                            _____
                            LAUREN G. HARTY
                            CSR #HARTYLG419PM
                            Notary Public in and for
                            the State of Washington,
                            residing at Seattle.
```

MILLS & LESSARD (206)292-9063 www.dep-reporters.com

Exhibit G
Page 11 of 11 Pages