## Mark Manning

**From :** "Mark Manning"<manning@alaska.net>
**To :** "Mills, Mike" <mills.mike@dorsey.com>
**Date :** Wed, Oct-11-2006 5:35 PM
**Subject :** FMI v. Global

Mike-

The forensic consultant Global has engaged advised today that his office is presently indexing images of 2 Global computers. He says it may be next week before that is completed.

I understand that some searching will be required. Does FMI wish to propose search terms it would like to see run?

Mark

Mark Manning
Mark C. Manning, P.C.
431 West 7th Avenue, Ste. 204
Anchorage, AK 99501
(907) 278-9794
(907) 278-1169 Fax

Exhibit B
Page 1 of 1 Pages

1/23/2007