## Mark Manning

| | |
|---|---|
| From : | "Mills, Mike" <mills.mike@dorsey.com> |
| To : | Mark Manning <manning@alaska.net> |
| Cc : | "Grisham, Michael" <grisham.michael@dorsey.com>, "Hanlon-Dehner, Michelle" <hanlon.dehner.michelle@dorsey.com> |
| Date : | Thu, Oct-12-2006 7:49 AM |
| Subject : | RE: FMI v. Global |

I'll let Mike Grisham follow up with you. Put bluntly, we want all emails/docs responsive to our requests.

Mike

-----Original Message-----
From: Mark Manning [mailto:manning@alaska.net]
Sent: Wednesday, October 11, 2006 7:36 PM
To: Mills, Mike
Subject: FMI v. Global


Mike-

The forensic consultant Global has engaged advised today that his office is presently indexing images of 2 Global computers. He says it may be next week before that is completed.

I understand that some searching will be required. Does FMI wish to propose search terms it would like to see run?

Mark

Mark Manning
Mark C. Manning, P.C.
431 West 7th Avenue, Ste. 204
Anchorage, AK  99501
(907) 278-9794
(907) 278-1169 Fax

Exhibit _C_
Page __1_ of _1_ Pages

1/23/2007