## Mark Manning

**From:** "Mark Manning"<manning@alaska.net>
**To:** "Mills, Mike" <mills.mike@dorsey.com>
**Date:** Fri, Dec-15-2006 4:15 PM
**Subject:** FMI v. Global Seafoods

Mike-

Also, any comment re our proposed protocol for the hard drives?

Mark

Exhibit E
Page 1 of 2 Pages

1/23/2007

## Mark Manning

From: "Mark Manning" <manning@alaska.net>
To: "Mills, Mike" <mills.mike@dorsey.com>
Date: Mon, Dec-18-2006 1:30 PM
Subject: RE: FMI v. Global

Thanks. Will file consent stips.

Any feed back yet on the proposed hard drive protocol?

Mark

> -----------Original Message------------
> From: "Mills, Mike" <mills.mike@dorsey.com>
> To: "Mark Manning" <manning@alaska.net>
> Cc: "Grisham, Michael" <grisham.michael@dorsey.com>, harry@salmoncanada.com
> Date: Mon, Dec-18-2006 12:33 PM
> Subject: RE: FMI v. Global
>
> Your requests for extension are fine.
>
> Mike
>
> Michael R. Mills, Esq.
> Dorsey & Whitney, LLP
> 1031 West 4th Ave., Suite 600
> Anchorage, Alaska 99501
> ph: (907) 276-4557
> fax: (907) 276-4152
> email: mills.mike@dorsey.com
>
>
> -----Original Message-----
> From: Mark Manning [mailto:manning@alaska.net]
> Sent: Friday, December 15, 2006 4:13 PM
> To: Mills, Mike
> Subject: FMI v. Global
>
>
> Mike-
>
> Our opposition to FMI's summary judgment motion and response to the
> motion to compel are both due Monday. Can you agree to extensions until
> Jan 2 for the former and until 12/26 for the latter?
>
> Also, have you any suggestion re my query about prospective mediators?
>
> Mark
>
>
>

Exhibit E
Page 2 of 2 Pages