

MICHAEL A. GRISHAM
(907) 257-7829
FAX (907) 276-4152
grisham.michael@dorsey.com

December 29, 2006

**VIA FACSIMILE ONLY**

Mark Manning
Mark C. Manning PC
431 West 7th Avenue, Suite 204
Anchorage, Alaska 99501

Re:   FMI Food Marketers Int'l v. Global Seafoods North America LLC
      Discovery Issues

Dear Mark:

    Enclosed with this letter is a list of the search terms for your computer expert to run on the database culled from Global's computer systems. FMI reserves the right to add additional search terms as needed. Also, given the holidays, FMI's principal was unable to review the list, and may have some additions next week. Nonetheless, we expect that you will run these searches and produce the documents generated within 10 days.

    I note that Judge Sedwick granted your request for an extension on your response to the motion to compel without any real opportunity for us to respond to that request. While I generally tend to agree to requests for extensions, especially over the holidays, we did not agree in this case and may well have gone so far as to actively oppose your request, had we the opportunity to do so.

    The reason for this is encapsulated in your motion, which can at best be called disingenuous. Your responses are already months late, and you had more than sufficient time to get answers to us before the holidays. Moreover, this is hardly the first example of Global's foot dragging on discovery issues. Every response we've gotten has been the product of extensive and costly letter-writing campaigns and threats of motion practice - in fact, the consistency of this indicates that Global's intent has been to make the discovery process as expensive and time-consuming as possible, always stepping just up to the line of sanctions before providing the required information. Your implications in this motion that the whole issue is really FMI's fault for not getting back to you are inaccurate on every level. You did not even come up with any sort of proposal regarding these hard drives until well after your responses were due, and your proposals were simply too vague to allow FMI to agree with them - the burden was on you to come up with ways to produce this information, and you simply took a long time to do so. Moreover, Mike Mills had already agreed to your proposed "protocol" before you filed this motion - the only thing left was to provide search terms, which we promised to do by the end of the week (and which are included here). Finally, this is only one of several issues raised by the motion - there was no reason to delay your response to the other issues raised, because you could simply have represented that we were working out this particular issue and you expected it to be removed from the scope of the motion.

DORSEY & WHITNEY LLP • WWW.DORSEY.COM • T 907.276.4557 • F 907.276.4152
1031 WEST FOURTH AVENUE • SUITE 600 • ANCHORAGE, ALASKA 99501-5907
USA  CANADA  EUROPE  ASIA

Exhibit E
Page 1 of 4 Pages



Mark Manning
December 29, 2006
Page 2

    If you had wanted more time because of the holidays, you should simply have said that. Your disingenuous and inaccurate submission to the Court, however, further undermines our already limited confidence that Global can deal with any issue raised by this litigation honestly and in good faith.

    As a final note, we are in the process of obtaining names of potential mediators from our Seattle colleagues, and will forward these to you soon.

Sincerely,

Michael A. Grisham

## FMI SEARCH WORDS

<u>Seeking internal emails between/among</u>: Thomas (or Tom) Hennessey; Oleg Nikitenko; Sergey Morozof; Jaime Portillo; Ellen Thompson; and other documents containing the following terms/phrases:

salmon

pink salmon

pink(s) H & G

FMI

FMI-224

FMI-217 ('04 #?)

Food Marketers

letter of credit

Wells Fargo

blood line

b/i

b/o

bruise

quality

ASMI

#1 quality

#2 quality

#3 quality

1

2

3

ocean run

inspection

inspect

inspector

grade 1 (or 2 or 3)

Dell Trading

Chinex

Baltexpress

Chini – Gimex

Buyer of items in demurrage

Zhang

Johnson

QC Johnson

Evimare Fish

Young Ocean

T.M.C. Trading