IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| FMI FOOD MARKETERS INTERNATIONAL, LTD, <br><br> Plaintiff, <br><br> v. <br><br> GLOBAL SEAFOODS NORTH AMERICA, LLC <br><br> Defendants. | No. 3:06-cv-00011 JWS |

**PROPOSED ORDER**

Upon review of FMI's MOTION TO COMPEL, and of the papers pertaining thereto, the motion is DENIED.

_____     _____
              DATE                                          JOHN W. SEDWICK
                                                   U.S. DISTRICT COURT JUDGE

*FMI v. Global Seafoods*
Case no. 3:06- cv- 00011 (JWS)