Mark C. Manning
Mark C. Manning, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska  99501
(907) 278-9794 Fax: 278-1169
Counsel for Global Seafoods

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| FMI FOOD MARKETERS INTERNATIONAL, LTD, | )<br>)<br>) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| GLOBAL SEAFOODS NORTH AMERICA, LLC | )<br>) |
| | ) |
| Defendants. | )   No. 3:06-cv-00011 JWS |
| _____ | ) |

**EXHIBIT TO OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT**

    Attached hereto are pages 1 through 10 of Exhibit E to Global Seafoods' OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT.  Exhibit E was too large to file intact.