Mark C. Manning
Mark C. Manning, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska  99501
(907) 278-9794 Fax: 278-1169
Counsel for Global Seafoods

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | | |
|---|---|---|
| FMI FOOD MARKETERS INTERNATIONAL, LTD, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| GLOBAL SEAFOODS NORTH AMERICA, LLC | ) ) ) | |
| Defendants. | ) ) | No. 3:06-cv-00011 JWS |

**EXHIBIT TO OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT**

   Attached hereto are pages 11 through 19 of Exhibit E to Global Seafoods' OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT.  Exhibit E was too large to file intact.

*FMI v.  Global Seafoods*
No. 3:06-cv-00011 JWS