发 票
## INVOICE

TO: GLOBAL SEAFOODS NORTH AMERICA, L.L.C.  
: QINGDAO PUBLIC BONDED WAREHOUSE CO., LTD.  
Ocean Vessel: APLU98161724  
B/L: ECHO2898  
Description: FROZEN PINK SALMON  

Date: 30/04/2006  
INVOICE NO: QPBW060430 4

| 费 用 / All charges | 人民币（元） RMB(Yuan) | 美元 USD |
|---|---|---|
| 仓储费（RMB2.20/MT/DAY） Storage fee (01/04/06-30/04/06) | 99.23 | 12.56 |
| 装卸费（RMB20.00/MT） Loading/unloading fee | 902.12 | 114.19 |
| 降温费（RMB20.00/MT） Lowering Temperature fee | 902.12 | 114.19 |
| 分规格费（RMB4.00/MT） Grading fee | 180.42 | 22.84 |
| 代理手续费（RMB10.00/MT） Commission fee | 451.06 | 57.10 |
| 运输费（RMB1000.00/40'） Trucking fee | 2,000.00 | 253.16 |
| 换单代理费（RMB100.00/LOT） Changing documents fee | 100.00 | 12.66 |
| 报关费（RMB300.00/LOT） Applying to Customs fee | 0.00 | 0.00 |
| 报验费（RMB200.00/LOT） Commodity Inspection fee | 0.00 | 0.00 |
| 贸易代理费（RMB10.00/MT） Trading Agent fee | 451.06 | 57.10 |
| 垫付的进口费用 Pay for Import fee on behalf of GLOBAL SEAFOODS NORTH AMERICA, L.L.C. | | |
| 操作费 Handling charge | 320.00 | 40.51 |
| 港杂费、制冷费等 Port Construction fee、Wharf cooling fee | 44,100.00 | 5582.28 |
| 封识鉴定费 Seal charge | 80.00 | 10.13 |
| 合计 Total charges | 49,586.02 | 6276.71 |
| the actually incurred demurrage fee | 427,720.00 | 54141.77 |
| wire payment by Global seafoods on Apr.12 | 495,799.97 | 62759.49 |
| the surplus account | 68,079.97 | 8617.72 |

exchange rate: USD1.00 : RMB7.9

Exhibit B  
Page 13 of 51

发 票

# INVOICE

TO: GLOBAL SEAFOODS NORTH AMERICA, L.L.C.         Date: 31/05/2006
: QINGDAO PUBLIC BONDED WAREHOUSE CO., LTD.       INVOICE NO: QPBW060531 A
Ocean Vessel: APLU98161724
B/L: ECHO2898
Description: FROZEN PINK SALMON

| 费 用<br>All charges | 人民币（元）<br>RMB(Yuan) | 美元<br>USD |
|---|---|---|
| 仓储费（RMB2.20/MT/DAY）<br>Storage fee (01/05/06-31/05/06) | 3076.23 | 389.40 |
| 装卸费 (RMB20.00/MT)<br>Loading/unloading fee | 0.00 | 0.00 |
| 降温费 (RMB20.00/MT)<br>Lowering Temperature fee | 0.00 | 0.00 |
| 分规格费 (RMB4.00/MT)<br>Grading fee | 0.00 | 0.00 |
| 代理手续费 (RMB10.00/MT)<br>Commission fee | 0.00 | 0.00 |
| 运输费 (RMB1000.00/40')<br>Trucking fee | 0.00 | 0.00 |
| 换单代理费 (RMB100.00/LOT)<br>Changing documents fee | 0.00 | 0.00 |
| 报关费 (RMB300.00/LOT)<br>Applying to Customs fee | 0.00 | 0.00 |
| 报验费 (RMB200.00/LOT)<br>Commodity Inspection fee | 0.00 | 0.00 |
| 贸易代理费 (RMB10.00/MT)<br>Trading Agent fee | 0.00 | 0.00 |
| 合计<br>Total | 3,076.23 | 389.40 |

exchange rate: USD1.00 : RMB7.9

除仓储费，每天按库存计算，我们会在每月的月底前通知您。上述其它费用均为一次性费用。
Except Storage fee which will be calculated according to stock per day, all above the other expenses should be paid for only once, and we will inform you the total amount by the end of every month.

Exhibit B
Page 14 of 51





发 票
INVOICE

TO: GLOBAL SEAFOODS NORTH AMERICA, L.L.C.  
:QINGDAO PUBLIC BONDED WAREHOUSE CO., LTD.  
Ocean Vessel: APLU98161724  
B/L: ECHO2898  
Description: FROZEN PINK SALMON  

Date:30/04/2006  
INVOICE NO: QPBW060430 4

| 费 用<br>All charges | 人民币（元）<br>RMB(Yuan) | 美元<br>USD |
|---|---|---|
| 仓储费（RMB2.20/MT/DAY）<br>Storage fee (01/04/06-30/04/06) | 99.23 | 12.56 |
| 装卸费(RMB20.00/MT)<br>Loading/unloading fee | 902.12 | 114.19 |
| 降温费（RMB20.00/MT）<br>Lowering Temperature fee | 902.12 | 114.19 |
| 分规格费（RMB4.00/MT）<br>Grading fee | 180.42 | 22.84 |
| 代理手续费（RMB10.00/MT）<br>Commission fee | 451.06 | 57.10 |
| 运输费（RMB1000.00/40'）<br>Trucking fee | 2,000.00 | 253.16 |
| 换单代理费（RMB100.00/LOT）<br>Changing documents fee | 100.00 | 12.66 |
| 报关费（RMB300.00/LOT）<br>Applying to Customs fee | 0.00 | 0.00 |
| 报验费（RMB200.00/LOT）<br>Commodity Inspection fee | 0.00 | 0.00 |
| 贸易代理费（RMB10.00/MT）<br>Trading Agent fee | 451.06 | 57.10 |
| 垫付的进口费用<br>Pay for Import fee on behalf of GLOBAL SEAFOODS NORTH AMERICA, L.L.C. | | |
| 操作费<br>Handling charge | 320.00 | 40.51 |
| 港杂费、制冷费等<br>Port Construction fee、Wharf cooling fee | 44,100.00 | 5582.28 |
| 封识鉴定费<br>Seal charge | 80.00 | 10.13 |
| 合计<br>Total charges | 49,586.02 | 6276.71 |
| the actually incurred demurrage fee | 427,720.00 | 54141.77 |
| wire payment by Global seafoods on Apr.12 | 495,799.97 | 62759.49 |
| the surplus account | 68,079.97 | 8617.72 |

exchange rate:USD1.00:RMB7.9

Exhibit B  
Page 15 of 51 pages



Global Seafoods North America LLC
11100 N.E. 8th St., Suite 310
Bellevue WA  98004

Reprint

| Invoice | 25580 |
|---|---|
| Date | 2/24/2006 |
| Page | 1 |

**Bill To:**
TCHUP "Baltexpress"
21-35, Uruchskaja Str.
Minsk

**Ship To:**
TCHUP "Baltexpress"
21-35, Uruchskaja Str.
Minsk

| Purchase Order No. | Customer ID | Salesperson ID | Shipping Method | Payment Terms | Req Ship Date | Master No. |
|---|---|---|---|---|---|---|
| NCK038076 | TCH169 | HOUSE | | Net 30 | 2/24/2006 | 836 |

| Ordered | Shipped | B/O | Item Number | Description | Discount | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 71888.0000 | 71888.0000 | 0.0000 | G/PNK20ZG16 123105 | Pink salmon H&G frozen bag 1/16kg 158,484.2848 | $0.0000 | $1.6300 | $117,177.44 |
| 37237.0000 | 37237.0000 | 0.0000 | G/PNK20ZB23 123105 | Pink salmon H&G frozen box 1/23kg 82,092.6902 | $0.0000 | $1.6300 | $60,696.31 |

Exhibit B
Page 16 of 51 Pages

| | |
|---|---|
| Subtotal | $177,873.75 |
| Misc | $0.00 |
| Tax | $0.00 |
| Freight | $0.00 |
| Trade Discount | $0.00 |
| Total | $177,873.75 |

Global Seafoods North America LLC
11100 N.E. 8th St., Suite 310
Bellevue WA  98004

| Invoice | 26440 |
|---|---|
| Date | 6/8/2006 |
| Page | 1 |

*Reprint*

(H)

**Bill To:**

Dell Trading, LLC
942 Windemere Dr. N.W.
Salem OR

**Ship To:**

Dell Trading, LLC
942 Windemere Dr. N.W.
Salem OR

| Purchase Order No. | Customer ID | Salesperson ID | Shipping Method | Payment Terms | Req Ship Date | Master No. |
|---|---|---|---|---|---|---|
| CGMU4798397/4650 | DEL473 | OSOKIN | | Net 30 | 6/8/2006 | 1,916 |

| Ordered | Shipped | B/O | Item Number | Description | Discount | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 23760.0000 | 23760.0000 | 0.0000 | G/PNK20ZG16 123105 | Pink salmon H&G frozen bag 1/16kg 52,381.2960 | $0.0000 | $1.8000 | $42,768.00 |

Exhibit B
Page 17 of 51

| | |
|---|---|
| Subtotal | $42,768.00 |
| Misc | $0.00 |
| Tax | $0.00 |
| Freight | $0.00 |
| Trade Discount | $0.00 |
| Total | $42,768.00 |



Global Seafoods North America LLC
11100 N.E. 8th St., Suite 310
Bellevue WA  98004

| Invoice | 26541 |
|---|---|
| Date | 6/26/2006 |
| Page | 1 |

**Bill To:**

Evimare Fish
1e Industriedwarsstraat 3
1976 DD IJmuiden The Netherlands

**Ship To:**

Evimare Fish
1e Industriedwarsstraat 3
1976 AB IJuiden

| Purchase Order No. | Customer ID | Salesperson ID | Shipping Method | Payment Terms | Req Ship Date | Master No. |
|---|---|---|---|---|---|---|
| CGMU4798397/4650 | EVI645 | HOUSE | | Per contract | 6/26/2006 | 2,047 |

| Ordered | Shipped | B/O | Item Number | Description | Discount | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 21836.0000 | 21836.0000 | 0.0000 | G/PNK20ZG16 | Pink salmon H&G frozen bag 1/16kg | $0.0000 | $1.7100 | $37,339.56 |
| | | | 062606 | 47,257.8064 | | | |
| | | | 062606 | 880.8856 | | | |
| | | | 062606 | 0.9536 | | | |
| 1924.0000 | 1924.0000 | 0.0000 | G/PNK20ZG16 | Pink salmon H&G frozen bag 1/16kg | $0.0000 | $1.8000 | $3,463.20 |
| | | | 062606 | 4,241.6040 | | | |
| | | | 062606 | 0.0464 | | | |

| | |
|---|---|
| Subtotal | $40,802.76 |
| Misc | $0.00 |
| Tax | $0.00 |
| Freight | $0.00 |
| Trade Discount | $0.00 |
| Total | $40,802.76 |

Exhibit B
Page 18 of 51 Pages



**Global Seafoods N. America, LLC**
11100 NE 8th St; Suite 310
Bellevue, WA
98004

| Number: | .000001271 |
|---|---|
| Page: | 1 |
| Date: | 10/23/2005 |

| Sold To: | Food Marketers International<br>#233-11951 Hammersmith Way<br>Richmond, British Columbia<br>V7A 5H9  Canada | Ship To: | |
|---|---|---|---|

| Reference - P.O. # | Customer No. | Salesperson | Ship Via | Terms Code |
|---|---|---|---|---|
|  | FOO449 |  |  | 1 |

| Item No. | Description/Comments | Quantity | U/M | Unit Price | Amount |
|---|---|---|---|---|---|
|  | Demurrage charge recovery | 1.00000 |  | 0.00000 | 11,678.80 |

*A/c 01-8969*

Remit To:  Global Seafoods N. America, LL
11100 NE 8th St., #310
Bellevue, WA 98004

| Subtotal before taxes | 11,678.80 |
|---|---|
| Total taxes | 0.00 |
| Total amount | 11,678.80 |
| Payment received | 0.00 |
| Amount due | 11,678.80 |

Invoice

Exhibit B
Page 19 of 51

```
YOUNG OCEAN INC                                    U.S. BANK                      3120
11810 NE 8th St, Ste H                             ISSAQUAH, WA 98027
Bellevue, WA 98005                                 19-10/1250  3336
Ph (425) 709-3130
                                                                          10/24/05

PAY TO THE
ORDER OF  GLOBAL SEAFOODS NORTH AMERICA              | $191,503.40

ONE HUNDRED NINETY ONE THOUSAND FIVE HUNDRED THREE & 40/100  DOLLARS


10772 - 10778

MEMO   DEDUCTED DEMURRAGE
       U$ 11,678.80                                       [signature]
                                                    AUTHORIZED SIGNATURE

       ⑈003120⑈ ⑆125000105⑆ 153501581125⑈
```

Exhibit B
Page 20 of 51

Page __ of 51 Pages

L/C # 1

7 pages

Exhibit B
Page 21 of 51 Pages

**WELLS FARGO**

*Handwritten annotations:* 220.NT ; 8/16 t/len: #192 ; FMI L/C for China Pink Salmon. (Bangkok T/T)

```
:27 : SEQUENCE OF TOTAL
    : 1/1
:40B: FORM OF DOCUMENTARY CREDIT
    : IRREVOCABLE
    : WITHOUT OUR CONFIRMATION
:20 : TRANSFERRING BANK'S REFERENCE
    : M04N3508RS00192
:21 : DOCUMENTARY CREDIT NUMBER
    : M04N3508RS00192
:31C: DATE OF ISSUE
    : 050804
:31D: DATE AND PLACE OF EXPIRY
    : 050923CANADA
:52D: ISSUING BANK OF THE ORIGINAL DOCUMENTARY CREDIT
    : INDUSTRIAL BANK OF KOREA
    : SEOUL, KOREA
:50 : FIRST BENEFICIARY
    : FMI FOOD MARKETERS INTERNATIONAL
    : LTD. 233-11951 HAMMERSMITH WAY,
    : RICHMOND, B.C V7A 5H9, CANADA
:59 : SECOND BENEFICIARY
    : GLOBAL SEAFOODS NORTH AMERICA LLC
    : 11100 NE 8TH STREET SUITE 310
    : BELLEVUE, WA 98004 USA
    : TEL: (425) 451 0565 (EXT. NO. 4)
:32B: CURRENCY CODE, AMOUNT
    : USD264000,00
:39A: PERCENTAGE CREDIT AMOUNT TOLERANCE
    : 10/10
:41D: AVAILABLE WITH ... BY ...
    : HSBC BANK CANADA
    : VANCOUVER TRADE SERVICES CENTRE
    : 4/F 885 WEST GEORGIA STREET,
    : VANCOUVER, B.C. V6C 3G1 CANADA
    : BY NEGOTIATION
:42C: DRAFTS AT ...
    : AT SIGHT
:42D: DRAWEE
    : INDUSTRIAL BANK OF KOREA (HEAD
    : OFFICE SEOUL) SEOUL
    : 50,ULCHIRO 2-GA,CHUNG-GU
    : SEOUL,KOREA, REPUBLIC OF
```

Exhibit 3 Page 22 of 51 Pages

WELLS FARGO

```
:43P: PARTIAL SHIPMENTS
    :  ALLOWED
    :
:43T: TRANSHIPMENT
    :  ALLOWED
    :
:44A: LOADING ONBOARD/DISPATCH/TAKING IN CHARGE AT/FROM ...
    :  USA PORT
    :
:44B: FOR TRANSPORTATION TO ...
    :  QINGDAO, CHINA
    :
:44C: LATEST DATE OF SHIPMENT
    :  050915
    :
:45A: DESCRIPTION OF GOODS AND/OR SERVICES
    :  AROUND 200.00MT FROZEN PINK SALMON H/G
    :  (ONCORHYNCHUS GORBUSCHA.)
    :  MEAT COLOR MUST BE ASMI P3 AND UP
    :  PACKING:STANDARD PACKING IN CARTON BOX OR PAPER BAG OR TOTES
    :  PRICE   :USD1,320.00/MT
    :  TOTAL AMOUNT : USD264,000.00
    :  COUNTRY OF ORIGIN : USA
    :  PRICE TERMS : CFR QINGDAO. CHINA
    :
:46A: DOCUMENTS REQUIRED
    :  MANUALLY SIGNED COMMERCIAL INVOICE IN 3 COPIES, INDICATING
    :  THIS L/C NO. AND CONTRACT NO.(PHOTO COPY AND CARBON COPY NOT
    :  ACCEPTABLE AS ORIGINAL).
    :  2/3 SET(INCLUDE 2 ORIGINALS AND 2 NON-NEGOTIABLE COPIES) OF
    :  CLEAN ON BORAD''FREIGHT PREPAID''OCEAN BILLS OF LADING MADE
    :  OUT TO ORDER AND BLANK ENDORSED,MARKED''NOTIFYING QINGDAO
    :  YILUFA GROUP CP.,LTD. QINGDA INDUSTRIAL PARK CHENGYANG QINGDAO
    :  266111 CHINA''.B/L ISSUING DATE SHALL BE REGARDED AS THE DATE
    :  OF SHIPMENT.
    :  PACKING LIST/WEIGHT MEMO IN 3 COPIES ISSUED BY SHIPPER
    :  INDICATING QUANTITY/GROSS AND NET WEIGHTS OF EACH PACKAGE
    :  BENEFICIARY'S CERTIFICATE CERTIFYING THAT THE ORIGINAL HEALTH
    :  CERTIFICATE AND CERTIFICATE OF ORIGIN ISSUED BY THE AUTHORITY
    :  HAS BEEN COURIERED TO 'MERRY AND CO.,LTD.CHINA' WITHIN 3 DAYS
    :  AFTER SHIPMENT DATE.
    :  1/3 SET ORIGINAL AND COPY B/L SHALL BE COURIERED TO 'MERRY AND
    :  CO.,LTD.CHINA' DIRECTLY WITHIN 3 DAYS AFTER SHIPMENT DATE.
    :  ORIGINAL DECLARATION OF NON-WOOD MARERIAL PACKING ISSUED BY
    :  SHIPPER SHALL BE COURIERED TO 'MERRY AND CO.,LTD.CHINA'
    :  DIRECTLY WITHIN 3 DAYS AFTER SHIPMENT DATE.
    :
:47A: ADDITIONAL CONDITIONS
    :  DRAFT DRAWN UNDER THIS CREDIT MUST BE ENDORSED AND CONTAIN THE
    :  CLAUSE, DRAWN UNDER INDUSTRIAL BANK OF KOREA, SEOUL, LETTER OF
    :  CREDIT NO. M04N3508RS00192 DATED 2005-08-04
    :  BOTH QUANTITY AND AMOUNT 10 PERCENT MORE OR LESS ARE ALLOWED.
    :  THIRD PARTY DOCUMENTS ACCEPTABLE.
    :  INFO FROM TRANSFERRING BANK TO PRESENTING BANK
    :  1.THIS DC EXPIRES AT THE COUNTERS OF HSBC BANK CANADA , VANCOUVER
    :  B.C. CANADA
    :  2.THE AMOUNT OF ANY DRAWING/NEGOTIATION MUST BE ENDORSED ON THE
    :  REVERSE OF THIS TRANSFER DC.
    :  3.UNLESS OTHERWISE SPECIFIED IN THE CREDIT, ALL DOCUMENTS EXCEPT
    :  DRAFTS AND INVOICES MUST NOT SHOW TRANSFERRING BANK'S REF.NO
```

```
:       : DRAFTS AND INVOICES MUST NOT SHOW TRANSFERRING BANK'S REF.NO
:       : UNIT PRICE, INVOICE AMOUNT/VALUE OF SHIPMENT.
:       : 4.NOT WITHSTANDING ANY INSTRUCTIONS TO THE CONTRARY THAT APPEAR
:       : IN THE FOREGOING CREDIT, IT IS ESSENTIAL THAT DOCUMENTS
:       : UNDER THIS CREDIT BE SENT TO HSBC BANK CANADA, 4/F 885 WEST
:       : GEORGIA STR, VANCOUVER B.C. CANADA V6C 3G1 ATTN: VANCOUVER TRADE
:       : SERVICES CENTER BY COURIER AT TRANSFEREE'S EXPENSE IN ONE LOT FOR
:       : SUBSTITUTION AND OUR ONWARD DELIVERY TO THE DC ISSUING BANK.
:       : PLS NOTE THAT THE TRANSFEROR WISHES TO SUBSTITUTE THEIR OWN
:       : DRAFTS AND INVOICES FOR THOSE OF THE TRANSFEREE. THE PRESENTING
:       : BANK MUST QUOTE OUR TRANSFER REFERENCE NUMBER ON THEIR COVERING
:       : LETTER WHEN PRESENTING THE DOCUMENTS TO THE ABOVE ADDRESS FOR
:       : SUBSTITUTION OF DOCUMENTS BY THE TRANSFEROR. UNDER NO
:       : CIRCUMSTANCES SHOULD TRANSFEREE'S
:       : DOCUMENTS UNDER THIS TRANSFERRED CREDIT BE SENT DIRECT TO D/C
:       : ISSUING BANK WITHOUT SUBSTITUTING TRANSFEROR'S EXPORT DOCUMENTS
:       : AT THE COUNTER OF HSBC BANK CANADA, VANCOUVER. IF ANY
:       : BANK/FINANCIAL INSTITUTION OTHER THAN HSBC BANK CANADA, VANCOUVER
:       : DESPATCHES TRANSFEREE'S DOCUMENTS DIRECTLY TO D/C ISSUING BANK
:       : AND HENCE PRECLUDES TRANSFEROR FROM SUBSTITUTING THEIR DOCUMENTS,
:       : THAT BANK/FINANCIAL INSTITUTION WILL BE HELD FULLY LIABLE FOR
:       : INDEMNIFYING THE INJURED PARTY(IES) FOR ALL LOSSES THAT MAY
:       : RESULT FROM DOING SO. THIS ADVICE OF TRANSFER IS GIVEN FOR
:       : GUIDANCE ONLY AND DOES NOT CONSTITUTE ANY OBLIGATION ON OUR PART.
:       : DOCUMENTS IN STRICT CONFORMITY WITH THE TERMS AND CONDITIONS OF
:       : THIS TRANSFERRED DC ARE TO BE PRESENTED TO US AND WILL BE SENT
:       : ONWARDS TO THE ISSUING BANK AFTER SUBSTITUTION BY THE FIRST
:       : BENEFICIARY. UPON RECEIPT OF FUNDS FROM THE ISSUING/PAYING BANK,
:       : WE SHALL REMIT PROCEEDS TO YOU IN ACCORDANCE WITH YOUR
:       : INSTRUCTIONS. IF DOCUMENTS PRESENTED TO US ARE FOUND TO BE
:       : DISCREPANT, WE RESERVE THE RIGHT TO FORWARD THESE DOCUMENTS TO
:       : THE ISSUING BANK FOR APPROVAL AND PAYMENT.
:       : 5. A DISCREPANCY FEE OF USD75.00 IS PAYABLE BY THE TRANSFEREE FOR
:       : EACH DRAWING PRESENTED WHICH DOES NOT STRICTLY COMPLY WITH
:       : THE TERMS OF THIS D/C AND WHICH HAS TO BE REFERRED TO THE
:       : TRANSFEROR.
:       : 6.THIS D/C IS SUBJECT TO UCP FOR DOCUMENTARY CREDITS ICC NO 500.
:       : 7.OUR NEGOTIATION COMMISSION SHALL BE AT 0.125PCT OR MIN USD100.-
:       : ON ANY DRAWING OF THIS TRANSFER D/C TO BE DEDUCTED AT THE TIME OF
:       : PAYMENT.
:       : 8.INFO FROM TRANSFERRING BANK TO TRANSFEREE: THE ABOVE
:       : CONSTITUTES A TRANSFER UNDER OUR ABOVE NAMED CORRESPONDENT'S
:       : IRREVOCABLE DOCUMENTARY CREDIT, IN ACCORDANCE WITH ARTICLE 48D OF
:       : UCP500, WE NOTIFY YOU THAT THE TRANSFEROR
:       : HAS RETAINED THE RIGHT TO REFUSE TO ALLOW US TO PASS ON TO THE
:       : TRANSFEREE ANY AMENDMENTS IN FAVOR OF THE TRANSFEROR.
:       : 9.THIS IS THE OPERATIVE INSTRUMENT AND NO MAIL CONFIRMATION
:       : IS TO FOLLOW.
:       :
:71B:   CHARGES
:       : ALL BANKING CHARGES EXCEPT DC
:       : ISSUANCE AND TRANSFER CHARGES ARE
:       : FOR A/C OF TRANSFEREE.
:       :
:48 :   PERIOD FOR PRESENTATION
:       : DOCUMENTS MUST BE RECEIVED WITHIN 8
:       : DAYS AFTER THE DATE OF SHIPMENT AT
:       : THE COUNTER OF HSBC BANK CANADA,
:       : VANCOUVER, CANADA.
:       :
```

**WELLS FARGO**

```
:    :
:49  : CONFIRMATION INSTRUCTIONS
:    : WITHOUT
:    :
:57D: "ADVISE THROUGH" BANK
:    : WELLS FARGO BANK WEST N.A.
:    : (SWIFT: WFBIUS6SSEA)
:    :
:72  : SENDER TO RECEIVER INFORMATION
:    : OUR TRANS REF: M04N3508RS00192-01
:    : TRANSFEREE'S FAX: (425) 451 1067
:    :
```

---

End of Report