Mark C. Manning
Mark C. Manning, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska  99501
(907) 278-9794 Fax: 278-1169
Counsel for Global Seafoods

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| FMI FOOD MARKETERS INTERNATIONAL, LTD,<br><br>            Plaintiff,<br><br>    v.<br><br>GLOBAL SEAFOODS NORTH AMERICA, LLC<br><br>            Defendants. | <br><br><br><br><br><br><br><br><br><br>No. 3:06-cv-00011 JWS |

**EXHIBIT TO OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT**

    Attached hereto are pages 26 through 38 of Exhibit B to Global Seafoods' OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT.  Exhibit B was too large to file intact.

*FMI v.  Global Seafoods*
No. 3:06-cv-00011 JWS