Mark C. Manning
Mark C. Manning, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska 99501
(907) 278-9794 Fax: 278-1169
Counsel for Global Seafoods

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| FMI FOOD MARKETERS INTERNATIONAL, LTD, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| GLOBAL SEAFOODS NORTH AMERICA, LLC | ) ) ) |
| Defendants. | )   No. 3:06-cv-00011 JWS ) |

**EXHIBIT TO OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT**

    Attached hereto are pages 39 through 51 of Exhibit B to Global Seafoods' OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT. Exhibit B was too large to file intact.