Operations Group
Southern California
9000 Flair Drive, 3rd Floor
El Monte, CA 91731

TO: TOM
425-451-1067

PAGE: 1

DATE: OCTOBER 11, 2005

AMENDMENT TO OUR ADVICE NO.
SWE552387
AMENDMENT NUMBER: 2         # 712

OPENING BANK:
HSBC BANK CANADA
365 WEST GEORGIA ST., 4TH FL.
TRADE SERVICES CENTER
VANCOUVER B.C. V6C 3G1, CANADA
M04N3508RS007120

APPLICANT:
FIM FOOD MARKETERS INTERNATIONAL
LTD

BENEFICIARY:
GLOBAL SEAFOODS NORTH AMERICA LLC
11100 N.E. 8TH STREET
SUITE 310
BELLEVUE, WA 98004-4441

THIS AMENDMENT IS TO BE CONSIDERED AS PART OF THE ABOVE CREDIT AND MUST BE
ATTACHED THERETO.

THE ABOVE MENTIONED CREDIT IS AMENDED AS FOLLOWS:

THE AMOUNT OF THIS CREDIT HAS BEEN INCREASED BY USD 89,760.00 PLUS OR MINUS 5
PERCENT.

THE AMOUNT OF THE CREDIT ISSUED NOW TOTALS USD 377,520.00 PLUS OR MINUS 5
PERCENT.

THE FOLLOWING ADDITIONAL CONDITION HAS BEEN ADDED:
THEIR REFERENCE SHOULD READ: M04N3508RS00712-01

ALL OTHER TERMS UNCHANGED.

PLEASE SEE ATTACHED.

--------------------------------
AUTHORIZED SIGNATURE

PLEASE CONTACT SANDY LAI BY TELEPHONE AT 626-573-6656 OR BY FAX AT (626)572-4610
OR OUR HELPLINE AT 1-800-798-2815 OPTION 1 REGARDING ANY INQUIRIES.

```
:20 : SENDER'S REFERENCE
:   : M04N3508RS00712
:21 : RECEIVER'S REFERENCE
:   : .
:23 : ISSUING BANK'S REFERENCE
:   : M04N3508RS00712
:52D: ISSUING BANK
:   : INDUSTRIAL BANK OF KOREA
:   : HEAD OFFICE SEOUL KOREA
:31C: DATE OF ISSUE
:   : 050824
:30 : DATE OF AMENDMENT
:   : 050912
:26E: NUMBER OF AMENDMENT
:   : 1
:59 : BENEFICIARY (BEFORE THIS AMENDMENT)
:   : GLOBAL SEAFOODS NORTH AMERICA LLC
:   : 11100 NE 8TH STREET NO.310
:   : BELLEVUE, WA 98004 USA TEL 425 451
:   : 0565 EXT NO.4 FAX 425 451 1067
:32B: INCREASE OF DOCUMENTARY CREDIT AMOUNT
:   : USD89760,00
:34B: NEW DOCUMENTARY CREDIT AMOUNT AFTER AMENDMENT
:   : USD287760,00
:79 : NARRATIVE
:   : 45A:DESCRIPT OF GOODS
:   : .BEFORE
:   : 150MT  AT USD1,320.00/MT  USD198,000.00
:   : .AFTER
:   : 218MT  AT USD1,320.00/MT  USD287,760.00
:   : ALL OTHER TERMS REMAIN UNCHANGED.
:   : THIS IS THE OPERATIVE INSTRUMENT AND NO MAIL
:   : CONFIRMATION IS TO FOLLOW.
:72 : SENDER TO RECEIVER INFORMATION
:   : OUR REF.NO.SHOULD READ AS
:   : M04N3508RS00712-01.
```

Copy (Not Negotiable)

Our Ref. No. SWE 552387

WELLS FARGO HSBC TRADE BANK, N.A.

Exhibit B 11/11
Page 40 of 51

C/C

10 pages

```
:42C: DRAFTS AT ...
  :   AT SIGHT
:42D: DRAWEE
  :   INDUSTRIAL BANK OF KOREA (HEAD
  :   OFFICE SEOUL) SEOUL
  :   50,ULCHIRO 2-GA,CHUNG-GU
  :   SEOUL,KOREA, REPUBLIC OF

:43P: PARTIAL SHIPMENTS
  :   ALLOWED

:43T: TRANSHIPMENT
  :   ALLOWED

:44A: LOADING ONBOARD/DISPATCH/TAKING IN CHARGE AT/FROM ...
  :   USA PORT

:44B: FOR TRANSPORTATION TO ...
  :   QINGDAO PORT

:44C: LATEST DATE OF SHIPMENT
  :   050930

:45A: DESCRIPTION OF GOODS AND/OR SERVICES
  :   COUNTRY OF ORIGIN : USA
  :   PRICE TERMS : CFR QINGDAO, CHINA
  :   GOODS DESCRIPTION :
  :   FROZEN WILD PINK SALMON H/G
  :   100MT AT USD1,320.00/MT
  :   TOTAL AMOUNT : USD132,000.00

:46A: DOCUMENTS REQUIRED
  :   SIGNED COMMERCIAL INVOICE IN THREE FOLDS.
  :   2/3 SET OF CLEAN ON BOARD OCEAN BILLS OF LADING MADE OUT TO THE
  :   ORDER AND BLANK ENDORSEN AND MARKED FREIGHT PREPAID
  :   AND NOTIFY QINGDAO FUSHENG FOODSTUFFS CO.,LTD. TAIWAN INDUSTRIAL
  :   DISTRICT LANZHOU EAST ROAD. JIAOZHOU. QINGDAO CHINA
  :   PACKING LIST IN THREE FOLDS.
  :   BENEFICIARY'S CERTIFICATE CERTIFYING THAT ONE SET OF NON-
  :   NEGOTIABLE SHIPPING DOCUMENTS INCLUDING 1/3 SET OF
  :   ORIGINAL B/L, ONE ORIGINAL INSPECTION AND QUARANTINE
  :   CERTIFICATE ONE ORIGINAL CERTIFICATE OF ORIGIN, ONE ORIGINAL
  :   NON-WOOD PACKING MATERIAL CERTIFICATE HAVE BEEN SENT TO
  :   'MERRY AND CO.,LTD.CHINA' AFTER SHIPMENT
  :   WITHIN 4 DAYS AND RELATIVE EXPRESS COURIER RECEIPT SHOULD
  :   ATTACHED.

:47A: ADDITIONAL CONDITIONS
  :   DRAFT DRAWN UNDER THIS CREDIT MUST BE ENDORSED AND CONTAIN THE
  :   CLAUSE, DRAWN UNDER INDUSTRIAL BANK OF KOREA, SEOUL, LETTER OF
  :   CREDIT NO. M04N3509RS00032 DATED 2005-09-01
  :   INSURANCE HAS BEEN EFFECTED BY APPLICANT.
  :   THIRD PARTY DOCUMENTS ARE ACCEPTABLE.
  :   5PCT MORE OR LESS IN QUANTITY AND AMOUNT ARE ACCEPTABLE.
  :   INFO FROM TRANSFERRING BANK TO PRESENTING BANK
  :   1.THIS DC EXPIRES AT THE COUNTERS OF HSBC BANK CANADA , VANCOUVER
  :   B.C. CANADA
  :   2.THE AMOUNT OF ANY DRAWING/NEGOTIATION MUST BE ENDORSED ON THE
  :   REVERSE OF THIS TRANSFER DC.
```

2/10

Exhibit B
Page 43 of 51

```
:   : 3.UNLESS OTHERWISE SPECIFIED IN THE CREDIT, ALL DOCUMENTS EXCEPT
:   : DRAFTS AND INVOICES MUST NOT SHOW TRANSFERRING BANK'S REF.NO
:   : UNIT PRICE, INVOICE AMOUNT/VALUE OF SHIPMENT.
:   : 4.NOT WITHSTANDING ANY INSTRUCTIONS TO THE CONTRARY THAT APPEAR
:   : IN THE FOREGOING CREDIT, IT IS ESSENTIAL THAT DOCUMENTS
:   : UNDER THIS CREDIT BE SENT TO HSBC BANK CANADA, 4/F 885 WEST
:   : GEORGIA STR, VANCOUVER B.C. CANADA V6C 3G1 ATTN: VANCOUVER TRADE
:   : SERVICES CENTER BY COURIER AT TRANSFEREE'S EXPENSE IN ONE LOT FOR
:   : SUBSTITUTION AND OUR ONWARD DELIVERY TO THE DC ISSUING BANK.
:   : PLS NOTE THAT THE TRANSFEROR WISHES TO SUBSTITUTE THEIR OWN
:   : DRAFTS AND INVOICES FOR THOSE OF THE TRANSFEREE. THE PRESENTING
:   : BANK MUST QUOTE OUR TRANSFER REFERENCE NUMBER ON THEIR COVERING
:   : LETTER WHEN PRESENTING THE DOCUMENTS TO THE ABOVE ADDRESS FOR
:   : SUBSTITUTION OF DOCUMENTS BY THE TRANSFEROR. UNDER NO
:   : CIRCUMSTANCES SHOULD TRANSFEREE'S
:   : DOCUMENTS UNDER THIS TRANSFERRED CREDIT BE SENT DIRECT TO D/C
:   : ISSUING BANK WITHOUT SUBSTITUTING TRANSFEROR'S EXPORT DOCUMENTS
:   : AT THE COUNTER OF HSBC BANK CANADA, VANCOUVER. IF ANY
:   : BANK/FINANCIAL INSTITUTION OTHER THAN HSBC BANK CANADA, VANCOUVER
:   : DESPATCHES TRANSFEREE'S DOCUMENTS DIRECTLY TO D/C ISSUING BANK
:   : AND HENCE PRECLUDES TRANSFEROR FROM SUBSTITUTING THEIR DOCUMENTS,
:   : THAT BANK/FINANCIAL INSTITUTION WILL BE HELD FULLY LIABLE FOR
:   : INDEMNIFYING THE INJURED PARTY(IES) FOR ALL LOSSES THAT MAY
:   : RESULT FROM DOING SO. THIS ADVICE OF TRANSFER IS GIVEN FOR
:   : GUIDANCE ONLY AND DOES NOT CONSTITUTE ANY OBLIGATION ON OUR PART.
:   : DOCUMENTS IN STRICT CONFORMITY WITH THE TERMS AND CONDITIONS OF
:   : THIS TRANSFERRED DC ARE TO BE PRESENTED TO US AND WILL BE SENT
:   : ONWARDS TO THE ISSUING BANK AFTER SUBSTITUTION BY THE FIRST
:   : BENEFICIARY. UPON RECEIPT OF FUNDS FROM THE ISSUING/PAYING BANK,
:   : WE SHALL REMIT PROCEEDS TO YOU IN ACCORDANCE WITH YOUR
:   : INSTRUCTIONS. IF DOCUMENTS PRESENTED TO US ARE FOUND TO BE
:   : DISCREPANT, WE RESERVE THE RIGHT TO FORWARD THESE DOCUMENTS TO
:   : THE ISSUING BANK FOR APPROVAL AND PAYMENT.
:   : 5. A DISCREPANCY FEE OF USD75.00 IS PAYABLE BY THE TRANSFEREE FOR
:   : EACH DRAWING PRESENTED WHICH DOES NOT STRICTLY COMPLY WITH
:   : THE TERMS OF THIS D/C AND WHICH HAS TO BE REFERRED TO THE
:   : TRANSFEROR.
:   : 6.THIS D/C IS SUBJECT TO UCP FOR DOCUMENTARY CREDITS ICC NO 500.
:   : 7.OUR NEGOTIATION COMMISSION SHALL BE AT 0.125PCT OR MIN USD100.-
:   : ON ANY DRAWING OF THIS TRANSFER D/C TO BE DEDUCTED AT THE TIME OF
:   : PAYMENT.
:   : 8.INFO FROM TRANSFERRING BANK TO TRANSFEREE: THE ABOVE
:   : CONSTITUTES A TRANSFER UNDER OUR ABOVE NAMED CORRESPONDENT'S
:   : IRREVOCABLE DOCUMENTARY CREDIT, IN ACCORDANCE WITH ARTICLE 48D OF
:   : UCP500, WE NOTIFY YOU THAT THE TRANSFEROR
:   : HAS RETAINED THE RIGHT TO REFUSE TO ALLOW US TO PASS ON TO THE
:   : TRANSFEREE ANY AMENDMENTS IN FAVOR OF THE TRANSFEROR.
:   : 9.THIS IS THE OPERATIVE INSTRUMENT AND NO MAIL CONFIRMATION
:   : IS TO FOLLOW.
:71B: CHARGES
:   : ALL BANKING CHARGES EXCEPT DC
:   : ISSUANCE AND TRANSFER CHARGES ARE
:   : FOR A/C OF TRANSFEREE.
:48 : PERIOD FOR PRESENTATION
:   : DOCUMENTS MUST BE RECEIVED WITHIN
:   : 7 DAYS AFTER THE DATE OF SHIPMENT
:   : AT THE COUNTER OF HSBC BANK CANADA,
:   : VANCOUVER, CANADA.
```

3/10

Exhibit B
Page 44 of 51

```
:49 : CONFIRMATION INSTRUCTIONS
    : WITHOUT
:
:57D: "ADVISE THROUGH" BANK
    : WELLS FARGO BANK WEST N.A.
    : (SWIFT: WFBIUS6SSEA)
:
:72 : SENDER TO RECEIVER INFORMATION
    : NOTE:
    : 1)OUR TRANS REF: M04N3505RS00032-01
```

# WELLS FARGO

PAGE: 1

DATE OF ADVICE: SEPTEMBER 7, 2005

ADVICE OF CORRESPONDENT'S
IRREVOCABLE DOCUMENTARY CREDIT
NUMBER: M04N3509RS00032-
DATED: SEPTEMBER 1, 2005
OUR ADVICE NUMBER: SWE552801

DATE OF EXPIRY: OCTOBER 7, 2005
PLACE OF EXPIRY: HSBC, VANCOUVER,
CANADA

OPENING BANK:
HSBC BANK CANADA
885 WEST GEORGIA ST., 4TH FL.
TRADE SERVICES CENTER
VANCOUVER B.C., CA V6C 3G1

APPLICANT:
FMI FOOD MARKETERS INTERNATIONAL
LTD
CANADA

BENEFICIARY:
GLOBAL SEAFOODS NORTH AMERICA LLC
11100 N.E. 8TH STREET
SUITE 310
BELLEVUE, WA 98004-4441

*138,000 = 1.05 MT* (handwritten)

AMOUNT: USD 132,000.00 +/- 5 %
ONE HUNDRED THIRTY TWO THOUSAND AND
00/100'S US DOLLARS PLUS OR MINUS 5
PERCENT

AT THE REQUEST OF THE ABOVE MENTIONED BANK(S), WE ENCLOSE AN EXACT COPY OF THE
ABOVE LETTER OF CREDIT OPENED IN YOUR FAVOUR. PLEASE NOTE THAT FOR YOUR
CONVENIENCE WE WILL RETAIN THE ORIGINAL LETTER OF CREDIT SO THAT IT IS READILY
AVAILABLE AT THE TIME YOU PRESENT DOCUMENTS TO US FOR NEGOTIATION/COLLECTION. IF
YOU DO NOT INTEND TO PRESENT DOCUMENTS TO US FOR NEGOTIATION/COLLECTION, WE WILL
HAVE THE ORIGINAL LETTER OF CREDIT RELEASED TO YOU AGAINST PAYMENT OF OUR
OUTSTANDING CHARGES.

WHEN PRESENTING DRAFT(S) AND THE SPECIFIED DOCUMENTS PLEASE SUBMIT AN ADDITIONAL
COPY SET OF ALL DOCUMENTS FOR OUR FILES.

PLEASE NOTE THAT THIS CREDIT IS AVAILABLE AT THE COUNTERS OF HSBC BANK CANADA,
VANCOUVER B.C., CANADA (THE "DESIGNATED BANK"). UNLESS OTHERWISE INSTRUCTED BY
YOU, DOCUMENTS PRESENTED TO US WILL BE EXAMINED BY US AND SENT TO THE DESIGNATED
BANK FOR HONOR. WE WILL REMIT PROCEEDS OF YOUR DRAWING TO YOU ONLY UPON OUR
RECEIPT OF AVAILABLE FUNDS. ALL OUR CHARGES, INCLUDING OUR DOCUMENT EXAMINATION
FEE, WILL BE FOR YOUR ACCOUNT AND WILL BE DEDUCTED FROM THE PROCEEDS OF THE
DRAWING EXCEPT TO THE EXTENT ACTUALLY PAID BY THE DESIGNATED BANK WHERE THE
CREDIT TERMS PERMIT US TO CLAIM SUCH CHARGES FROM THE DESIGNATED BANK. IF YOU

# WELLS FARGO

INSTRUCT US NOT TO EXAMINE THE DOCUMENTS, OUR SPECIAL HANDLING FEE OF USD 100.00 WILL BE CHARGED IN LIEU OF OUR DOCUMENT EXAMINATION FEE.

TO AVOID DELAYS IN OBTAINING PAYMENT(S) UNDER THIS CREDIT, STRICT COMPLIANCE

PAGE: 2

THIS IS AN INTEGRAL PART OF ADVICE NUMBER: SWE552801

WITH ITS TERMS IS REQUIRED. IF YOU ARE UNABLE TO COMPLY WITH THOSE TERMS, WE SUGGEST THAT YOU COMMUNICATE WITH YOUR BUYER IMMEDIATELY TO ARRANGE FOR ANY AMENDMENTS.

PLEASE NOTE BENEFICIARY'S NAME AND ADDRESS IN ALL DOCUMENTS MUST APPEAR EXACTLY AS PER THE ATTACHED LETTER OF CREDIT.

IF THE CREDIT REQUIRES PRESENTATION OF MARINE OR OCEAN BILLS OF LADING AND IF, UNLESS PROHIBITED BY THE TERMS OF THE CREDIT, YOU PRESENT TRANSPORT DOCUMENTS INDICATING A PLACE OF RECEIPT OR TAKING IN CHARGE DIFFERENT FROM THE PORT OF LOADING THE ON BOARD NOTATION MUST ALSO INCLUDE THE NAME OF THE VESSEL ON WHICH THE GOODS HAVE BEEN LOADED AND THE NAME OF THE PORT STIPULATED IN THE CREDIT. THIS PROVISION ALSO APPLIES WHENEVER LOADING ON BOARD THE VESSEL IS INDICATED BY PRE-PRINTED WORDING ON THE BILL OF LADING.

MASTER L/C ISSUED BY INDUSTRIAL BANK OF KOREA, SEOUL, KOREA
L/C NO. M04N3509RS00032.

HSBC, VANCOUVER, CANADA'S REFERENCE NO. M04N3509RS00032-01

IF ANY INSTRUCTIONS ACCOMPANYING A DRAWING UNDER THIS LETTER OF CREDIT REQUEST THAT PAYMENT IS TO BE MADE BY TRANSFER TO AN ACCOUNT WITH US OR AT ANOTHER BANK, WE AND/OR SUCH OTHER BANK MAY RELY ON AN ACCOUNT NUMBER SPECIFIED IN SUCH INSTRUCTIONS EVEN IF THE NUMBER IDENTIFIES A PERSON OR ENTITY DIFFERENT FROM THE INTENDED PAYEE.

DOCUMENTS MUST BE PRESENTED TO WELLS FARGO HSBC TRADE BANK, N.A., TRADE SERVICES OPS - SEATTLE, 999 3RD AVENUE, 11TH FLOOR, MAC: P6540-115, SEATTLE, WA 98104, VIA COURIER IN ONE PARCEL.

PLEASE CALL (206)292-3491 REGARDING ANY INQUIRIES ON NEGOTIATIONS.

THIS LETTER IS SOLELY AN ADVICE OF A LETTER OF CREDIT ISSUED BY THE ABOVE-MENTIONED OPENING BANK AND CONVEYS NO ENGAGEMENT BY US.

THIS CREDIT IS SUBJECT TO THE UNIFORM CUSTOMS AND PRACTICE FOR DOCUMENTARY CREDITS (1993 REVISION), INTERNATIONAL CHAMBER OF COMMERCE, PUBLICATION NUMBER 500.

# WELLS FARGO

500.

YOU AND ALL OTHER PERSONS OR ENTITIES INVOLVED IN THIS LETTER OF CREDIT ARE
ADVISED THAT FROM TIME TO TIME THE U.S. GOVERNMENT IMPOSES (I) SANCTIONS AGAINST
CERTAIN SPECIALLY DESIGNATED OR BLOCKED PERSONS AND ENTITIES AND CERTAIN
COUNTRIES, AS WELL AS PERSONS AND ENTITIES LOCATED IN OR NATIONALS OF OR RELATED
TO SUCH COUNTRIES, AND (II) PROHIBITIONS AGAINST PERFORMING ACTIONS WHICH IN ANY
WAY SUPPORT BOYCOTTS OF CERTAIN COUNTRIES. UNDER THESE SANCTIONS AND
PROHIBITIONS, WE ARE NOT ABLE TO ENGAGE IN TRANSACTIONS THAT IN ANY WAY INVOLVE
SUCH COUNTRIES OR PERSONS AND ENTITIES OR VIOLATE SUCH SANCTIONS OR
PROHIBITIONS. IN HANDLING THIS LETTER OF CREDIT AND ANY TRANSACTIONS UNDER THIS

PAGE: 3

THIS IS AN INTEGRAL PART OF ADVICE NUMBER: SWE552801

LETTER OF CREDIT WE WILL ACT IN ACCORDANCE WITH THE THEN CURRENT SANCTIONS AND
PROHIBITIONS. IF WE IN GOOD FAITH BELIEVE THAT THESE SANCTIONS OR PROHIBITIONS
REQUIRE US TO TAKE OR NOT TAKE AN ACTION IN CONNECTION WITH THIS LETTER OF
CREDIT, WE WILL NOT BE LIABLE TO YOU OR ANY OTHER PERSON OR ENTITY INVOLVED IN
THIS LETTER OF CREDIT FOR TAKING OR NOT TAKING SUCH ACTION.

---------------------------------
AUTHORIZED SIGNATURE

PLEASE CONTACT CHRIS NGO BY TELEPHONE AT 626-573-6650 OR BY FAX AT (626)572-4610
OR OUR HELPLINE AT 1-800-798-2815 OPTION 1 REGARDING ANY INQUIRIES.

End of Report



# INTER PLUS CO.,LTD.

RM 1014 MILLIANA OFFICETEL2, 10 FL
79-5 KARAK-DONG, SONGPA GU, SEOUL KOREA

DATE : SEP 9th, 2005

TO : FMI FOOD MARKETERS INTERNATIONAL, LTD.

RE : L/C M04N3508RS00712 and L/C M04N3509RS00032

To whom it may concern:

This is a letter of guarantee that we will accept the discrepancy of "Inspection and Quarantine Certificate" to "Health Certificate" with reference to L/C M04N3508RS00712 and L/C M04N3509RS00032.

We will honour the beneficiary's draft as soon as the documents are received from bank.

Regards,

INTRE PLUS CO., LTD.

INTER PLUS CO., LTD.

*PARK*

President / B. Y. PARK

8/10

Exhibit B
Page 49 of 51

ATTN: Global Seafoods

FAX (425)451-1067

Thank!

Operations Group
Southern California
9000 Flair Drive, 3rd Floor
El Monte, CA 91731

PAGE: 1

DATE: SEPTEMBER 9, 2005

AMENDMENT TO OUR ADVICE NO. SWE552801
AMENDMENT NUMBER: 1

OPENING BANK:
HSBC BANK CANADA
885 WEST GEORGIA ST., 4TH FL.
TRADE SERVICES CENTER
VANCOUVER B.C. V6C 3G1, CANADA
M04N3509RS00032-

APPLICANT:
FMI FOOD MARKETERS INTERNATIONAL LTD.

BENEFICIARY:
GLOBAL SEAFOODS NORTH AMERICA LLC
11100 N.E. 8TH STREET
SUITE 310
BELLEVUE, WA 98004-4441

AT THE REQUEST OF THE ABOVE MENTIONED BANKS(S), WE ENCLOSE THE ORIGINAL AMENDMENT TO THEIR DOCUMENTARY CREDIT.

ALL OTHER TERMS UNCHANGED.

PLEASE SEE ATTACHED.

---------------------------------
AUTHORIZED SIGNATURE

PLEASE CONTACT CHRIS NGO BY TELEPHONE AT 626-573-6650 OR BY FAX AT (626)572-4610 OR OUR HELPLINE AT 1-800-798-2815 OPTION 1 REGARDING ANY INQUIRIES.

503 224 9950

File Copy

10/10

Exhibit B
Page 51 of 51