Mark C. Manning
Mark C. Manning, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska 99501
(907) 278-9794 Fax: 278-1169
Counsel for Global Seafoods

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| FMI FOOD MARKETERS INTERNATIONAL, LTD, <br><br> Plaintiff, <br><br> v. <br><br> GLOBAL SEAFOODS NORTH AMERICA, LLC <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> No. 3:06-cv-00011 JWS |

**EXHIBIT TO OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT**

  Attached hereto are pages 11 through 19 of Exhibit E to Global Seafoods' OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT. Exhibit E was too large to file intact.