WITNESS: BENT HOLME 11/30/2006 (MARK MANNING)                134

1  no.  The kind I dispose of is usually marketing
2  information coming in from all sorts of companies and
3  price lists and all -- you name it, that kind of
4  stuff, but anything relating to business, no, no, that
5  is retained.
6       Q.   All right.
7       A.   Yeah, yeah.
8            MR. MANNING:  Okay.  What I want to do at
9  this point, I've got some exhibits, and I want to just
10 go through them as fast as we can and see if we can
11 get it done here.
12               (Discussion off the record.)
13               (Marked Deposition Exhibit No. 73.)
14      Q.   (By Mr. Manning)  Handing you what's been
15 marked 73, what is that?
16      A.   That's our cost calculation for a thousand
17 tons of pinks as it relates to contract 214 -- or 224.
18      Q.   All right.  Was -- was this a projection as
19 to --
20      A.   Yes.
21      Q.   -- what was expected?
22      A.   Yes.
23      Q.   What's the two percent S/V there sales
24 commission?
25      A.   If applicable, two percent for Sang Jin.

MILLS & LESSARD (206)292-9063 www.dep-reporters.com



Exhibit E
Page 11 of 12 Pages

```
 1        Q.   All right.  But it sounds like it wasn't
 2   applicable --
 3        A.   No.
 4        Q.   -- because it's not their contract?
 5        A.   Didn't -- didn't -- the contract wasn't
 6   fulfilled.
 7        Q.   All right.  But looking --
 8        A.   Had it been.
 9        Q.   Had it been fulfilled, there would have been
10   a two percent commission?
11        A.   We allow for that in case it need to be --
12        Q.   All right.
13        A.   -- but it's -- yes.
14        Q.   All right.
15        A.   He would have been -- he would have been
16   paid.
17        Q.   Beg pardon?
18        A.   He would have been paid two percent, yeah.
19        Q.   All right.  We explored that earlier --
20        A.   Yeah.
21        Q.   -- and what I understood was that since
22   there was no provision for a commission in the FMI
23   Sang Jin contract --
24        A.   Yes.
25        Q.   -- he wasn't going to get one.
```

1   A.   Right.
2   Q.   So on what basis is he to be -- what -- you
3   know, what -- on what basis was he to be paid a two
4   percent commission?
5   A.   If the contract had been fulfilled
6   completely.
7   Q.   Was there a -- was there a piece of paper
8   somewhere, an e-mail --
9   A.   I don't think so.
10  Q.   -- recording his right to get --
11  A.   There's no right.
12  Q.   -- a commission?
13  A.   It was a -- it was all good will, yeah.
14  Q.   So even though he wasn't entitled to it, FMI
15  would have paid him two percent for --
16  A.   We --
17  Q.   -- good will?
18  A.   We like to make a safe calculation and could
19  have gone without and it would have been there.
20  Q.   Okay.
21  A.   Yeah.
22  Q.   So if the contract had been performed, he
23  would have been paid two percent over and above the
24  spread --
25  A.   That he makes himself.

Exhibit E
Page 13 of 19 Pages

WITNESS: BENT HOLME 11/30/2006 (MARK MANNING) 137

1   Q.   Yes.
2   A.   Yes.
3   Q.   All right.
4   A.   Yeah.
5   Q.   Okay.  And that's two percent on the --
6   A.   On the sales value.
7   Q.   On the price you pay --
8   A.   No, no, the sales --
9   Q.   -- or the price he pays?
10  A.   The price he pays.
11  Q.   All right.
12  A.   The sales price.
13  Q.   Okay.
14  A.   The c&f China cost price.
15  Q.   All right.
16       Why is -- why is that not provided for in
17  the contract between FMI and Sang Jin?
18  A.   Do you have a copy of the addendum to Sang
19  Jin?
20  Q.   It -- it is around.
21  A.   Yes, we allowed two percent of that.
22  Q.   Is that --
23  A.   It was after the contract --
24  Q.   Ah.  All right.
25  A.   -- as an incentive to make him --

MILLS & LESSARD (206)292-9063 www.dep...

Exhibit E

WITNESS: BENT HOLME 11/30/2006 (MARK MANNING) 185

1     A.   It's to streamline matters.

2     Q.   Beg pardon?

3     A.   To streamline matters.

4     Q.   Right.

5     A.   Rather than request constantly amendments
6 all the time, get them to accept discrepant documents,
7 it will flow right through.

8     (Marked Deposition Exhibit No. 101.)

9     Q.   (By Mr. Manning) Do you recognize
10 Exhibit 101 at the top as an e-mail you wrote to Oleg
11 Nikitenko on September 22, 2005?

12     A.   Yes.

13     Q.   All right.

14     (Marked Deposition Exhibit No. 102.)

15     Q.   (By Mr. Manning) Do you recognize the top
16 part of Exhibit 101 as an exhibit you wrote Oleg
17 Nikitenko on September 22, 2005?

18     A.   Yes, I do.

19     Q.   All right. And when you say you have
20 available L/C money --

21     A.   Yeah.

22     Q.   -- is that subject to the discrepancy issue?

23     A.   That is available funds to cover all the
24 shipments --

25     Q.   All right.

## FMI FOOD MARKETERS INTERNATIONAL   APRIL 28 2005

PRELIMINARY COST AND PROFIT ANALYSIS

ALL Calculations are IN US FUMDS

1,000 MT  KODIAK PINKS   H & G (Bloodline Removed)
EX Global Fisheries

1,000 MT  @ US $ 1,320.00 MT  C & F China   (P/V)          1,320,000.00

Interest On US $ 52,200.00
March 15 - Oct 21  2005  225 days @ 6.00% P.A.
Estimated                                                      2,000.00

4 LC Bank Transfer Fees      Estimated     1,600.00
4 LC Presentation Charges    Estimated     2,000.00
4 LC Discrepancy Charges     Estimated       800.00
Sales Commission 2.00% S/V                29,000.00
                                                              33,400.00

C & F China Our Cost                                       1,355,400.00

Sales Value 1,000 M T @ US $ 1,450.00 MT  C & F China      1,450,000.00

NET PROFIT  In US FUNDS                                       94,600.00

Profit Derived on 13 Container Shipped                        27,326.00

LOSS OF PROFIT                                                67,274.00





Exhibit E
Page 16 of __ Pages

FMI 00645

Page 1 of 1

## Bent Holme

**From:** "Bent Holme" <bholme@salmoncanada.com>
**To:** "Oleg Nikitenko" <oleg@globalseafoods.com>
**Cc:** "Harry" <harry@salmoncanada.com>
**Sent:** Thursday, September 22, 2005 2:52 PM
**Subject:** Re: FMI 224 Pink Salmon H&G

Oleg:

FMI did n o t violate the agreement. Reason you have not received any L/C payments is that, so far, none of y o u r documents were submitted on time and therefore "discrepant".. This year the buyers are unwilling to allow discrepant documents, a situation we are working on rectifying.

We respectfully request therefore that you wait until tomorrow when Harry Guenther will be in Office and we can discuss the matter.

Best regards
Bent

SEP 22 2005

----- Original Message -----
**From:** Oleg Nikitenko
**To:** 'Bent Holme'
**Sent:** Thursday, September 22, 2005 1:48 PM
**Subject:** FMI 224 Pink Salmon H&G

Due to your violation of the ours agreement, I have to meet cash flow problem. Since you refuse to amended L/C, which can be workable and delay documents accepting documents, I have no other choice as start sale cargo, which is shall go to you. Unless I can see $200,000 deposit on ours account by tomorrow, we have to make arrangement to change destinations for cargo.

Best Regards

Oleg Nikitenko
11100 NE 8 street #310
Bellevue WA 98004 USA
Phone 1 425 451-0565
Fax   1 425 451-1067
www.globalseafoods.com

101
Holme
11-30-06

Exhibit E
Page 17 of 19 Pages

FMI 00269

FMI 0098

```
              UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF ALASKA
------------------------------------------------------
FMI,                          )
          Plaintiff(s),       )   No. 3:06-CV-000111 JWS
    vs.                       )   NOTICE OF READINESS
GLOBAL,                       )
          Defendant(s).       )   DATED 12·13·2006
------------------------------------------------------
```

MR. BENT HOLME                      TAKEN ON: 11/30/2006
c/o MR. MICHAEL R. MILLS
Dorsey & Whitney
Attorneys at Law
1031 West Fourth Avenue, Suite 600
Anchorage, Alaska 99501-5907

The transcript of your deposition is ready for your reading and signing. You may purchase a copy from the court reporter, or you may read the original at Mills & Lessard, Court Reporters, 1218 Third Avenue, Suite 1709, Seattle, Washington 98101.

If you do not read and sign the deposition within 30 days from the date of this notice, signature shall be deemed for all purposes waived, and your deposition will be filed with the ordering attorney.

cc:
MR. MARK C. MANNING
Attorney at Law
431 West 7th Avenue, Suite 204
Anchorage, Alaska 99501-3583

                    NOTICE OF FILING

    We are today  1·9·04  filing the original deposition with MR. MARK C. MANNING.

Exhibit E
Page 18 of 18 Pages     Exhibit _____
                        Page ___ of ___ Pages

Page 1 of 1

**Bent Holme**

From: "Bent Holme" <bholme@salmoncanada.com>
To: "Oleg Nikitenko" <oleg@globalseafoods.com>
Cc: "Harry" <harry@salmoncanada.com>
Sent: Thursday, September 22, 2005 2:52 PM
Subject: Re: FMI 224 Pink Salmon H&G

Oleg:

FMI did n o t violate the agreement. Reason you have not received any L/C payments is that, so far, none of y o u r documents were submitted on time and therefore "discrepant".. This year the buyers are unwilling to allow discrepant documents, a situation we are working on rectifying.

We respectfully request therefore that you wait until tomorrow when Harry Guenther will be in Office and we can discuss the matter.

Best regards
Bent

----- Original Message -----
From: Oleg Nikitenko
To: 'Bent Holme'
Sent: Thursday, September 22, 2005 1:48 PM
Subject: FMI 224 Pink Salmon H&G

Due to your violation of the ours agreement, I have to meet cash flow problem. Since you refuse to amended L/C, which can be workable and delay documents accepting documents, I have no other choice as start sale cargo, which is shall go to you. Unless I can see $200,000 deposit on ours account by tomorrow, we have to make arrangement to change destinations for cargo.

Best Regards

Oleg Nikitenko
11100 NE 8 street #310
Bellevue WA 98004 USA
Phone 1 425 451-0565
Fax    1 425 451-1067
www.globalseafoods.com



Exhibit E
Page __ of __ Pages

FMI 00269
FMI 0098