Michael R. Mills, ABA# 8911074
Michael A. Grisham, ABA# 9411104
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

Attorneys for FMI Food Marketers International, Ltd.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FMI FOOD MARKETERS INTERNATIONAL, LTD.<br><br>                     Plaintiff<br>vs.<br><br>GLOBAL SEAFOODS NORTH AMERICA, LLC<br><br>                     Defendant | **UNOPPOSED MOTION FOR EXTENSION OF TIME**<br><br>Case No. 3:06-CV-00011 JWS |

      Plaintiff FMI Food Marketers International, Ltd. hereby requests an extension of time within which to file its Reply in Support of Motion for Summary Judgment. The extensions granted to Defendant to oppose the Motion have pushed the date for filing the Reply brief into conflict with a long-planned family vacation for the attorney responsible for the brief.

      Plaintiff requests that it be allowed to file the reply brief on February 8, 2007. Counsel for the Defendant has informed that the Defendant does not oppose this request.

      DATED this 26th day of January, 2007, at Anchorage, Alaska.

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

DORSEY & WHITNEY LLP

By: /s/ Michael A. Grisham
    Michael R. Mills, ABA# 8911074
    Michael A. Grisham, ABA# 9411104
    DORSEY & WHITNEY LLP
    1031 West Fourth Avenue, Suite 600
    Anchorage, AK 99501-5907
    (907) 276-4557

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 26, 2007, a true and correct copy of this document was served on:

- Mark C. Manning

by first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

/s/ Michael A. Grisham
Michael A. Grisham

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

UNOPPOSED MOTION FOR EXTENSION OF TIME
Page 2

FMI FOOD MARKETERS v. GLOBAL SEAFOOD
Case No. 3:06-cv-00011 JWS

4852-1972-0705\1 1/26/2007 4:58 PM