Michael R. Mills, ABA# 8911074
Michael A. Grisham, ABA# 9411104
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

Attorneys for FMI Food Marketers International, Ltd.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FMI FOOD MARKETERS INTERNATIONAL, LTD.<br><br>Plaintiff<br><br>vs.<br><br>GLOBAL SEAFOODS NORTH AMERICA, LLC<br><br>Defendant | **ORDER GRANTING UNOPPOSED ORDER TO EXTEND TIME**<br><br>Case No. 3:06-CV-00011 JWS |

　　Plaintiff FMI Food Marketers International, Ltd.'s request for an extension of time within which to file its Reply in Support of Motion for Summary Judgment is granted.

　　Plaintiff is allowed to file their reply brief on February 8, 2007.

　　DATED this _____ January, 2007.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　District Court Judge

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 26, 2007, a true and correct copy of this document was served on:

- Mark C. Manning

by first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

      /s/ Michael A. Grisham
Michael A. Grisham

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

PROPOSED ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME

FMI FOOD MARKETERS v. GLOBAL SEAFOOD

Page 2                                    Case No. 3:06-cv-00011 JWS

4852-1972-0705\1 1/26/2007 4:59 PM