UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

FMI FOOD MARKETERS
INTERNATIONAL, LTD.

                              Plaintiff

vs.

GLOBAL SEAFOODS NORTH
AMERICA, LLC

                              Defendant

**ORDER GRANTING UNOPPOSED
ORDER TO EXTEND TIME**

Case No. 3:06-CV-00011 JWS

 

Plaintiff FMI Food Marketers International, Ltd.'s  request for an extension of time within which to file its Reply in Support of Motion for Summary Judgment is granted.

Plaintiff is allowed to file their reply brief on February 8, 2007.

DATED this 29th day of January 2007.

                              /s/  JOHN W. SEDWICK
                              UNITED STATES DISTRICT JUDGE