Mark C. Manning
Mark C. Manning, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska  99501
(907) 278-9794 Fax: 278-1169
Counsel for Global Seafoods

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | | |
|---|---|---|
| FMI FOOD MARKETERS INTERNATIONAL, LTD, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| GLOBAL SEAFOODS NORTH AMERICA, LLC | ) ) ) | |
| Defendants. | ) ) | No. 3:06-cv-00011 JWS |

**REQUEST FOR ORAL ARGUMENT**

Global Seafoods hereby requests oral argument on Plaintiff's Motion to Compel Discovery.

DATED this 6th day of February, 2007, at Anchorage, Alaska.

                    s/ Mark C. Manning
                   MARK C. MANNING, P.C.
                   Counsel for Defendant
                   431 West 7th Avenue, Ste. 204
                   Anchorage, AK 99501
                   Phone: (907) 278-9794
                   Fax: (907) 278-1169
                   manning@alaska.net
                   ABA No. 8110066

CERTIFICATE OF SERVICE

I hereby certify that, on 2/6/07 to, a copy
of this Motion and Proposed order were served
electronically on
FMI Food Marketers International

   s/Mark C. Manning