Mark C. Manning
Mark C. Manning, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska  99501
(907) 278-9794 Fax: 278-1169
Counsel for Global Seafoods

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| FMI FOOD MARKETERS INTERNATIONAL, LTD, ) ) ) Plaintiff, ) ) v. ) ) GLOBAL SEAFOODS NORTH ) AMERICA, LLC ) ) Defendants. ) ) | No. 3:06-cv-00011 JWS |

**REQUEST FOR HEARING ON FEE APPLICATION**

If Plaintiff is deemed to have filed an effective motion for fees and expenses under Federal Rule of Civil Procedure 37(a)(4) in the body of its Motion to Compel Discovery, then Global Seafoods hereby requests a hearing on that motion after Plaintiff has completed its motion papers.

DATED this 6th day of February, 2007, at Anchorage, Alaska.

s/ Mark C. Manning
MARK C. MANNING, P.C.
Counsel for Defendant
431 West 7th Avenue, Ste. 204
Anchorage, AK 99501
Phone: (907) 278-9794
Fax: (907) 278-1169
manning@alaska.net
ABA No. 8110066

CERTIFICATE OF SERVICE

I hereby certify that, on 2/6/07 to, a copy
of this Motion and Proposed order were served
electronically on
FMI Food Marketers International

   s/Mark C. Manning