consider making the disk images available to FMI to browse with its own search terms under a confidentiality agreement consistent with Exhibit A, and a "claw back agreement," establishing that discovery of privileged material on the disk will not waive any privilege and that privileged documents must be returned to Global.

_____DATED this 23d day of January, 2007, at Anchorage, Alaska.

        s/ Mark C. Manning  
        MARK C. MANNING, P.C.  
        Counsel for Defendant  
        431 West 7th Avenue, Ste. 204  
        Anchorage, AK 99501  
        Phone: (907) 278-9794  
        Fax: (907) 278-1169  
        manning@alaska.net  
        ABA No. 8110066

CERTIFICATE OF SERVICE

I hereby certify that, on 1/23/07 to, a copy  
of this Motion and Proposed order were served  
electronically on  
FMI Food Marketers International

   s/Mark C. Manning

*FMI v. Global Seafoods*     6  
No. 3;06-cv-00011