1      A.    Mid -- midwater.

2      Q.    Mid -- say that again?

3      A.    Midwater.

4      Q.    Midwater.  I see.  And what kinds of fish

5    are those, just so I can understand?

6      A.    Herring --

7      Q.    Oh, herring.  Okay.

8      A.    -- mackerel.

9      Q.    Okay.  And pollock and others would be

10   bottom fish?

11     A.    They call them bottom fish.

12     Q.    Yeah.  And so the bottom fish, then the

13   midlevel, pelogic, is herring?

14     A.    Uh-huh.

15     Q.    And then salmon is another category.

16     A.    Yes.

17     Q.    Okay.  And you dealt with all -- all three?

18     A.    Yes.

19     Q.    And what -- what kind of business was it?  I

20   mean, were you a broker, meaning did you process fish

21   at that point in time, or just --

22     A.    Factory trawlers process the fish --

23     Q.    I see.

24     A.    -- and we organize shipping.  We organize

25   sales, negotiate the prices.  If we have quality

EXHIBIT 68
Page 20 of 96

1    A.   Yes, because the Chinese can walk out of the

2    deal without payment or they can break the deal, and

3    you cannot punish Chinese in China.

4    Q.   I see.

5    A.   You cannot sue them in China.

6    Q.   Sure.

7    But if you have a letter of credit that

8    simply requires you to put documents, present

9    documents, then you have comfort that you'll be paid.

10   A.   Not always.  Still not always.  They making

11   some hiding mistakes or putting some conditions which

12   makes letter of credit not -- they putting conditions

13   when you cannot comply with letter of credit, and

14   everything happen after weeks of negotiation and

15   everything agreed, they send draft you letter of

16   credit then, boom, you -- bank give you information

17   that letter of credit was opened as a -- your bank

18   show you conditions of letter of credit, and you just

19   screaming, "Ah."

20   Q.   Yeah.

21   A.   I --

22   Q.   And so --

23   A.   I cannot cash it except buyer will accept

24   some discrepancy.

25   Q.   Yes.  In -- in your business, to sort of

EXHIBIT 68
Page 21 of 96

1    jump ahead a little bit -- we'll come back to this

2    story.  In your business in Global Seafoods Tom

3    Hennessey was your controller who dealt with the

4    details of the letter of credit; is that correct?

5        A.    He deals with details of letter of credit

6    before letter of credit is open or he is bring request

7    to the buyers likewise amend or make changes on letter

8    of credits.

9        Q.    Yes.  But in your organization Tom would be

10   the person that would receive the letter of credit

11   terms from your bank and review those terms and

12   determine whether they seem reasonable or not?

13       A.    Yes.

14       Q.    Okay.

15            Back to now your Far East agency company,

16   you mentioned that if you had quality issues, you

17   would have to deal with quality issues sometimes when

18   you were marketing, brokering fish?

19       A.    Yes.

20       Q.    And go ahead and explain a little more what

21   you meant when you said if you have quality issues,

22   you would have to deal with those quality issues.

23       A.    Each factory producing sometime more than

24   hundred metric tons of the product per day and we have

25   eleven factory trawlers to manage, and it is huge

EXHIBIT 68
Page 22 of 96

1    even.

2        Q.    And in -- and in that case -- so if there

3    was a claim by McDonald's, the claim would come back

4    through to your company?

5        A.    Yeah.

6        Q.    And then you would trace it to the

7    particular vessel and the shift, and you would then

8    talk to the -- the owner of that vessel, the

9    processor, about getting a discount because of the

10   product quality problem?

11       A.    It depend.  Each -- each case it depend.

12       Q.    If there was --

13       A.    I don't remember, to go back to McDonald's,

14   if there was discount, but -- it's too much timing.

15       Q.    Yes, a long time ago.

16       A.    A long time ago and too much happened.

17       Q.    But is it fair to say that for you as a fish

18   buyer in that case and also a seller, sort of a middle

19   person, that -- that the quality of product that you

20   received was critical to your success and your

21   reputation as a fish broker?

22       A.    It's more important not for us as fish

23   broker, because there's thousands brokers on the

24   street.  It's more as all buyers they recognize

25   producer.  And if buyer would refuse to buy fish, they

EXHIBIT 68
Page 23 of 96

1   not have any particular specification or something --

2   how to say -- describe how brokerage to be done.

3        Q.   I -- I'll ask about the salmon in a second.

4   I was -- just kind of a general -- more of a general

5   question.

6             When you as a broker when you had the Far

7   East Agency when you had -- had the brokerage and you

8   entered into a contract with a customer, you would

9   have quality provisions in the contract, the question

10  was, I assume it was -- it was important that when you

11  delivered the product or the product was shipped

12  directly to the customer, that the customer got the

13  product that they were promised.

14       A.   Yes.

15       Q.   Okay.  Now, on the pink and sockeye salmon

16  that you purchased with Far East Agency, my question

17  was, what kind of quality standards did you request

18  from the processors with respect to, say, sockeye

19  salmon?

20       A.   Generally in ours industry we don't have

21  description or standard for any product.

22       Q.   I assume, though --

23       A.   For example, you're going to buy the wheel

24  for the car.  You know -- you knew it need to be

25  black, round and -- what is -- puffy or bouncing on

EXHIBIT 68
Page 24 of 96

1   time that you came to Alaska and bought the processing

2   plant for the Far East Agency or not so many assets?

3        A.   It was no assets.

4        Q.   Because you -- you had management contracts

5   and then fish brokerage, so you didn't -- you -- you

6   said you don't have tools or equipment that was owned

7   by your company.

8        A.   No.

9        Q.   Okay.

10       So in 2000 you purchased the -- the Kodiak

11  plant.  Did you begin operating it immediately?

12       A.   Actually, we purchased it in 99, September,

13  and yes, we start operating immediately.

14       Q.   Was it an existing -- I take it -- it was an

15  existing plant I take it?

16       A.   Yes.

17       Q.   And did you retain some of the managers or

18  plant managers that were existing at the plant when

19  you purchased it to assist you in learning how to

20  operate it?

21       A.   Yes.

22       Q.   And what type of product did you produce

23  when you first bought the plant early -- early in the

24  first couple of years?

25       A.   Ground fish, all type of ground fish.

EXHIBIT 68
Page 25 of 96

1          The pink salmon that -- that you produce,

2     what year did you start buying and producing pink

3     salmon at your plant in Kodiak?

4          A.    In 2003.

5          Q.    Do you remember about how many metric tons

6     you produced in 2003?

7          A.    Around -- I can guess.

8          Q.    I mean, I'm not holding you to the -- to the

9     last number.

10         A.    Yeah.  Between 1.5 to two million pounds.

11         Q.    So -- how many -- how many metric tons would

12    that be?  Divide -- that's two -- two --

13    two million pounds?  And then you divide --

14         A.    Two --

15         Q.    -- divide by 2200; is that right?

16         A.    You surprise me.

17         Q.    A metric ton is 2200, right?

18         A.    You have to divide it 2204.

19         Q.    2204.  I was going to say that.  I forgot

20    the 04.

21              So roughly that would be --

22         A.    A thousand.

23         Q.    -- a thousand, yeah.

24         A.    Less than a thousand.

25         Q.    And then how about in 04?

EXHIBIT 68
Page 26 of 96

1        A.    Roughly double.

2        Q.    So roughly 2000 metric tons?

3        A.    Yes.

4        Q.    And then how about in 05?

5        A.    Roughly double.

6        Q.    2000 metric tons then?

7        A.    Uh-huh.

8        Q.    Not double the 2000 but --

9        A.    Roughly 2000.

10        Q.    What led you to decide to get into pink

11    salmon?

12        A.    Money.

13        Q.    Make money?  Has the market for pink salmon

14    strengthened over the last few years, strengthened

15    meaning higher prices?

16        A.    Since 2003 we have to pay every year some

17    premium to fishmonger.

18        Q.    And that -- I assume, though, you can sell

19    the product for more because the market demand is

20    higher?

21        A.    Yes, every year, and not only because demand

22    is high, but some years it was less market -- less

23    salmon in the world.

24        Q.    So the -- the supply was down.

25        A.    Supply was down.

EXHIBIT 68
Page 27 of 96

1    Q.    Demand with China, India, places like that,

2    demand is higher?

3    A.    India does not eat salmon.

4    Q.    They don't like salmon?  Someday maybe.

5    A.    Huh?

6    Q.    Someday maybe.

7    A.    No, never.

8    Q.    Lot of people.

9    A.    China does not eat salmon.

10    Q.    China does not?

11    A.    No.  Chinese doesn't like red fish, red

12    color meat.

13    Q.    You do ship fish to China, though; is that

14    correct?

15    A.    Yes.

16    Q.    Yeah.  I mean pink salmon.

17    A.    Yes.

18    Q.    Some are sold to China?

19    A.    It's sold to China for processing, bring

20    back to American or European market, but Chinese does

21    not eat pink salmon.  It's too expensive and too bad

22    taste.

23    Q.    Okay.

24    A.    It's only Japanese.

25    Q.    And on the pink salmon that you produce at

EXHIBIT 68
Page 28 of 96

1    whole sockeyes?

2         A.    Headed and gutted fish, yes.

3         Q.    Yes.

4              And now to the -- the pink salmon, the --

5    what grading standards do you use for your pink

6    salmon, headed and gutted pink salmon particularly?

7         A.    We -- depend of which year.  In 04 and 05 we

8    try to clean bloodline out of the fish, and we had

9    blood out or blood in.  We had -- by end of the season

10   was the fish with humps --

11        Q.    The --

12        A.    -- and --

13        Q.    The -- the later --

14        A.    Yeah.

15        Q.    The later fish --

16        A.    Yeah.

17        Q.    -- they start maturing and --

18        A.    We graded separately, but I remember this

19   year we called it H.  In 2006 we called it H, humpy.

20   I don't remember how we called it in -- or if we

21   had -- had something in 2005 or 2004.

22        Q.    And that was the end of the season, fish

23   that were more mature, and they start getting the

24   hump, you called those humpy, H --

25        A.    Yes.

EXHIBIT 68
Page 29 of 96

1  grades of pink, the better grades of pink let's say?

2    A.   We don't called it any -- I don't remember

3  that we called it somehow specifically, but -- I

4  remember blood in, blood out, but if you can --

5    Q.   I mean, do you -- do you have -- do you have

6  a number one quality pink, a number two quality pink,

7  a number three quality pink, similar to what you do

8  for sockeye?

9    A.   Not really.  We may had -- on the beginning

10  of the season, when we had first sockeye, we may --

11    Q.   Pink do you mean?

12    A.   Yeah.

13    Q.   You mean pink.

14    A.   We may separate fish, but mostly the -- the

15  separation was depend of how bad machines will torture

16  the fish, because most of ours machines is not set up

17  for salmon and you have to adjust machines.

18    Q.   In -- early in the season, when you separate

19  the fish, what criteria do you use to separate them?

20    A.   As I said, it depend how badly machine

21  tortures the fish.

22    Q.   And -- and when you say "torture," you mean

23  bruise the fish or --

24    A.   No.  Machine cannot bruise the fish.  Fish

25  is dead.  You can bruise the fish only when fish

EXHIBIT 68
Page 30 of 96

1      Q.   Okay.  In the -- in the grading column

2   you'll see number one, number two, number three, and

3   that -- that only goes on for about ten or eleven days

4   from the first fish on July 3rd to the -- looks like

5   July 14 is the last day that there was any kind of

6   grading.  And -- is that -- is that consistent with

7   what you just testified to?

8      A.   Number one, I want to qualify.  It's not

9   shipments.  It's production.  We did not ship fish.

10  It's production.

11     Q.   Correct.  This is --

12     A.   You said it's shipments, something for

13  shipment.

14     Q.   I didn't mean shipment.

15     A.   Okay.

16     Q.   No.  I meant -- this is -- I misspoke if I

17  said that.  Tom said he wrote this at the top.  This

18  is -- this is the production log from your Kodiak

19  plant for headed and gutted pink salmon for 2005.

20  Would you agree?

21     A.   Yes.

22     Q.   Okay.  And you just said that for the first

23  few shipments of fish that you purchased --

24     A.   You -- you said shipments again.

25     Q.   Or -- sorry.

EXHIBIT 68
Page 31 of 96

1    A.    Productions.

2    Q.    The first few --

3    A.    Days of production.

4    Q.    -- days of production in 2005 at your plant

5    in Kodiak you actually graded the pink salmon, but

6    then you stopped grading after that.  Correct?

7    A.    What -- yes.  When we turn out -- when we

8    fine-tune machines, it's -- machine start making

9    constant good-quality cut, we stop grading.

10    Q.    When you say "good-quality cut," is it --

11    are there machines that do the heading and gutting

12    or --

13    A.    Yes.

14    Q.    Okay.  And you stop grading after that point

15    once the machines are tuned, if you will?

16    A.    Yes.

17    Q.    I'm going I want to ask you questions about

18    the grade numbers that are here.  There's grades

19    number one, number two, and number three that are

20    listed in the column.  What are the criteria, the

21    factors that are used to determine a number one grade

22    versus number two grade versus number three grade?

23    A.    I can -- we don't have any specific criteria

24    for salmon.  I can give you general ideas.

25    Q.    Please.

EXHIBIT 68
Page 32 of 96

1      A.   Damage the fish.  This stuff, we'll say what

2   we have to do?  We can throw it away or we can sell to

3   somebody who is say, "Okay, fine."

4      Q.   For -- and you -- so the -- to my -- my

5   question is, what standards --

6      A.   Mech --

7      Q.   Some -- somebody --

8      A.   Yeah.

9      Q.   Somebody in your plant --

10      A.   Mechanical damages of machines.

11      Q.   And then the number one, number two, and

12   number three was the result of looking at the fish by

13   somebody in your quality control portion of your --

14   Mr. Portillo's department, correct?

15      A.   Yes.

16      Q.   He's your quality control manager?

17      A.   Uh-huh.

18      Q.   Somebody in his department looked at the

19   pink salmon after they came out of the -- this

20   brushing machine and determined whether it was a

21   number one, a number two, or a number three?

22      A.   Yes.

23      Q.   And -- and what criteria did that person use

24   to determine that a number one was a number one?

25      A.   If heading machine make -- make proper cut,

EXHIBIT 68
Page 33 of 96

1    and you can see in few days we made a lot of color on

2    H&G fish, and if heading machine does not damage the

3    color and you make perfect cut of the head, if

4    cleaning machine open the belly, making the nice cut

5    of the belly and cleans the belly that it's no

6    bloodlines -- no bloodlines, guts, everything gets

7    removed from -- from the belly, it will -- he will

8    consider it's a success of machine.

9        Q.    Okay.  And then grade that a number one

10   fish?

11       A.    He will grade as number one.

12       Q.    And then what about number two?

13       A.    I can speculate only what he saw in number

14   two, but if belly clean good, but color of the fish

15   was -- it was miscut and together with head part of

16   the color is damaged, is garbage, opening the -- part

17   of meat open -- leaving open meat on the H&G fish, he

18   will -- I can speculate it's as number two fish.

19       Q.    Okay.  And then number three would even be

20   more damaged?

21       A.    For example, Baader machine, which is more

22   complicated machine making H&G, for some reason the

23   fish is -- H&G fish looks fine, but somehow in machine

24   it's twisted or make wrong cut of the head, it will be

25   considered --

EXHIBIT 68
Page 34 of 96

1       Q.    Number three?

2       A.    -- number -- number three or --

3       Q.    And then after -- after this point in time,

4  you say when the machine was made to work properly,

5  then there was no more grading done?

6       A.    Until we see changes into the fish by late

7  season.

8       Q.    Until late season?  And then in late season

9  you had the H grade?

10      A.    Yes.

11      Q.    So everything in between July 14th and in

12  the fall, whenever the H grade started, there was no

13  grading; it was all considered the same quality?

14      A.    In salmon run they -- until some point

15  they -- all -- all salmon going the same grade, is the

16  same quality.  And when fish smell freshwater, the

17  changes start dramatically.

18      Q.    And that's the later -- the H grade --

19      A.    Yes.

20      Q.    -- fish?  Okay.

21          Do you -- was any grading -- does -- does

22  this one, two or three apply -- I mean, are there one,

23  two, and three standards that would apply to a headed

24  and gutted pink salmon -- forget about the machine

25  damage, but just the headed and gutted pink salmon,

EXHIBIT 68
Page 35 of 96

1    A.    Yes.

2    Q.    Are you familiar with the P.1, 2, 3 color

3    system that A S M I, ASMI, has?

4    A.    Yes.

5    Q.    Okay.  Would you apply that color system to

6    pink salmon?

7    A.    Yes.

8    Q.    Yes?  And -- and do you -- what color would

9    be a number one quality pink salmon?

10    A.    You asking me about the number one, two or

11    three quality of pink salmon which we made early in

12    June, and I told you that we don't -- we grade, but

13    early June to number one, two or three pink salmon by

14    mechanical pro -- how say it? -- physical damages of

15    the fish by machines.  And I -- I told you that we --

16    early in the season we did not -- I did not mention

17    about -- anything about the color of the meat.  We're

18    talking about mechanical damages.

19    Q.    Yes, but -- but I'm asking a different

20    question.  That is, if -- if I had a headed and gutted

21    pink salmon here on the -- on the table, you just said

22    you -- you could determine whether that was number

23    one, number two or number three, and I was asking you

24    what -- you know, what factors you would look at to

25    determine your conclusion.

EXHIBIT 68
Page 36 of 96

1          A.    Because you asked me to call it number one.

2          Q.    But the -- a customer -- a customer who's

3    buying number one quality would expect certain

4    features in that product versus number two or number

5    three quality --

6          A.    It's --

7          Q.    -- correct?  I mean, if a customer says

8    number one, they would be bargaining for a better

9    quality than another customer who contracts with you

10   to buy number three.

11         A.    Let's put it this way.  For some buyers,

12   Wal-Mart and Fred Meyer's, it's top grade supermarket

13   for shopping.  For some buyers, Nordstrom it's not

14   good enough, and both buyers calls a retailer,

15   Nordstrom or Wal-Mart, as number one grade retailer in

16   the world.  And other example, if you want two men

17   look at the same woman, one said, "Wow, is very nice

18   woman."  Other said, "You blind.  It's ugly duckling."

19         Q.    In -- in order to define what number one

20   means, do some contracts have other factors in the

21   contract; P3 or better, no jelly-like flesh?  That

22   would be a way to make the bargain more clear,

23   correct?

24         A.    Yes.  Customers, they put in their wishes,

25   definitely.

EXHIBIT 68
Page 37 of 96

1      A.    Yeah, but it is -- it's -- quality looks

2  better on yours.

3      Q.    Okay.

4      A.    Maybe it's gloss on somebody's -- background

5  is cleaner.

6      Q.    Yes.  Do you -- you can look at my picture

7  if you want.

8      A.    Okay.

9      Q.    We can --

10      A.    Yeah.

11      Q.    -- you know, substitute exhibits.  This is

12  the same one.

13          Looking at this picture, would you consider

14  this a number one quality pink?

15      A.    It's -- I doubt that this can be -- this

16  picture can be number one quality because the

17  bloodline is not removed.

18      Q.    Okay.  And does the bloodline need to be

19  removed in order for it to be number one?

20      A.    Yes, it's need to be removed to be number --

21  number one.

22      Q.    Okay.

23          Aside from the bloodline, what about the --

24  the dark marks toward -- be -- behind the belly

25  cavity?  Would -- would those marks, which I would

EXHIBIT 68
Page 38 of 96

1   they specify, "We will buy pink salmon from you, but

2   only if it meets certain criteria"?

3       A.   Yes.

4       Q.   Okay.  And it's the definition of what those

5   number one criteria are in that contract that then

6   define the quality of product that you as a processor

7   need to deliver.

8       A.   Yes.

9       Q.   So if -- if -- if you -- if Global agrees to

10  deliver a certain quality of product as defined in a

11  contract, then Global is obligated to meet that

12  quality standard; is that correct?

13      A.   Yes.

14      Q.   Okay.

15           Let's see.  I think I have -- let's look at

16  Exhibit 5.  And -- and I'm also going to give you

17  Exhibit 7, Oleg.  So you have two exhibits now,

18  Exhibit 5 and Exhibit 7.  And would you agree

19  Exhibit 5 is a February 9th, 2005 contract between FMI

20  and Global for the purchase of pink salmon?

21      A.   Yes.

22      Q.   Okay.  I'm going to -- in a few minutes I'm

23  going to sort of ask questions to sort of lead to

24  discussions that led to this contract, but I pulled

25  these two contracts out now to look at specific

EXHIBIT 68
Page 39 of 96

1   quality-related provisions that are described in the

2   contract, and then we'll ask you some questions about

3   these -- the pictures that we were looking at a few

4   minutes ago.

5          So if I could direct your attention to

6   Exhibit 5, the February 9 contract, specifically now

7   I'm just looking at the -- the quality provisions, the

8   first quality provision is ASMI P.3 and up?  Do you

9   see that?

10       A.   Uh-huh.

11       Q.   And -- and do you understand what ASMI -- I

12  think we've talked about it.  You -- it's the Seafood

13  Marketing Institute?

14       A.   Yes.

15       Q.   And is the -- the P.3 and up a quality

16  standard that's set by the Marketing Institute?

17       A.   It's not set up standard.  It's just they

18  decide.

19       Q.   Yeah.  But they have color charts --

20       A.   Yes.

21       Q.   -- that are P.1 through -- I don't know -- 7

22  or 8 or something --

23       A.   Yes.

24       Q.   -- many different colors, and the color

25  charts are what a processor or a buyer would -- would

EXHIBIT 68
Page 40 of 96

1    different kind of cut meaning -- because you -- you

2    headed and gutted the fish.  That's -- sorry.

3    Somewhere in here it says H&G at the top.  Pink salmon

4    H&G bloodline removed.  What -- so -- so -- explain

5    again how do you tell -- how would you monitor as a

6    quality control at your plant to make sure that the

7    fish that you were shipping under the terms of this

8    contract did not contain jelly/chalky?  Because it

9    says jelly/chalky condition not permitted.

10       A.    You can tell it at people who's putting fish

11   into the -- in some stage of process they can -- you

12   can see that when knife cut -- machine knife cut the

13   head of the fish, the fish -- how say this?

14       Q.    It's like spongy --

15       A.    It's --

16       Q.    -- or --

17       A.    It's like half-empty toothpaste tube.  I

18   cannot explain you better.

19       Q.    But was there -- were there people on your

20   plant floor that were monitoring the fish -- the pink

21   salmon produced for this FMI/Global contract to make

22   sure that it wasn't jelly and chalky?

23       A.    Generally people on the floor, they have no

24   idea for whom we're producing the fish.

25       Q.    You don't, for instance, have a -- 'you buy

EXHIBIT 68
Page 41 of 96

1   and say, "We'd like to have this pink salmon and have

2   special cut for us, only for us, for nobody else," on

3   the angle or whatever you want, want to name.  I will

4   force you to accept what we can do or refuse to

5   produce for you.

6        Q.   So when you entered into this contract with

7   FMI, this February 9 contract, Exhibit 5, did you have

8   the same quality standards that you had agreed to with

9   all your other customers that were exactly the same as

10  this FMI contract?

11       A.   That they accept the same quality.

12       Q.   Say that again?

13       A.   All my customer accept the same quality.

14       Q.   And do you have quality criteria that are

15  exactly the same as these criteria in your other

16  contracts?

17       A.   We do not make special contracts describing

18  the -- only in few cases we have contracts number one

19  when require by customer to bring the goods into some

20  countries.  As a -- for ours biggest contract, as I

21  told you, international invoice, which we produced,

22  and signatures on contract is by wire transfer or

23  check in ours bank.

24       Q.   And that's the contract?

25       A.   Yes.

EXHIBIT 68
Page 42 of 96

1    back.

2    Q.    Now, when you were processing fish in 2005,

3    the year that this contract applies to, I think we --

4    we looked at Exhibit 1, which was the sheet that was

5    your production for H&G 05.  And it was only the first

6    ten days where there was any sort of grading, and you

7    said grading because of the machine damage.

8    A.    Yes.

9    Q.    And then after that there was no grading

10    done at all.  Is that correct?

11    A.    It was some grading done, but if it -- if it

12    was chalky fish, we don't show it in production

13    report.

14    Q.    And would be thrown out?

15    A.    Chalky fish, yes.

16    Q.    Would your HACCP requirements require you to

17    keep track of fish that was rejected?

18    A.    HACCP requirements have nothing to do with

19    fish rejections.

20    Q.    Would any of the fish that were produced --

21    I'm sorry.  Are you saying that all of the fish

22    produced after it looks like July 14th, all of the

23    fish produced, all of the pink salmon headed and

24    gutted produced were produced and met the standard

25    that was in the FMI contract?

EXHIBIT 68
Page 43 of 96

1        A.    Most of I believe.

2        Q.    Most?

3        A.    Yeah.

4        Q.    And -- and I don't mean to ask the same

5    question, but I think it's a little different.  What

6    standards -- what -- what practices did Mr. Portillo

7    or the plant manager in Kodiak put into place when

8    they were processing the headed and gutted pinks to

9    make sure that the product met the FMI contract

10   standards?

11       A.    I believe I made it very clear that

12   Mr. Portillo and nobody in Kodiak never saw FMI

13   contract or they have no idea about existing contracts

14   with companies or people.

15       Q.    So they never saw the contract itself.  Did

16   you communicate to Mr. Portillo or the plant manager

17   or someone in Kodiak the standards that were in the

18   FMI contract so that they knew what standards to meet

19   when they were producing the headed and gutted pinks

20   in 2005?

21       A.    I communicated with plant manager.

22       Q.    And how did you communicate with the plant

23   manager?  I mean, by phone, by e-mail?

24       A.    Mostly by phone or by Skype.

25       Q.    And what did you tell him when you --

EXHIBIT 68
Page 44 of 96

1    what -- what did you communicate to him the standards

2    that are in the FMI contract that you were directing

3    him to make sure the production met those standards?

4        A.    Yes, I told him the critical points which

5    they have to.

6        Q.    And what were the critical points that -- I

7    can look at the contract and see, but what critical

8    points would you have told him?

9        A.    For example, jelly or chalky fish.

10       Q.    What about the meat color, P.3 and up?

11       A.    Yes.

12       Q.    Would you have told him that?

13       A.    Yes.

14       Q.    And how would he have determined whether the

15    meat was -- color was P.3 or up?

16       A.    Personally he cannot determine.

17       Q.    What process is -- what -- what steps did

18    you take or did -- would he have taken at your plant

19    to determine that the fish that were shipped to FMI's

20    customers met the P.3 or up standard?

21       A.    I cannot tell you exactly procedure because

22    I -- plant manager doing it himself, but he's

23    introduce critical point to leader of QC people,

24    James.  James have to bring the or introduce critical

25    points to ours -- you know, he's got -- I forget

EXHIBIT 68
Page 45 of 96

1    time.  They look at -- they have bought with ASMI

2    chart, and they quickly look, have quick pick on the

3    fish and grade it.

4        Q.    And they could make pro -- do you know that

5    there was a process in place to ensure that all of

6    these factors were met?

7        A.    Personally, I never see it.

8        Q.    But you -- is your testimony that you did

9    tell somebody at the plant --

10        A.    Yes.

11        Q.    -- Mr. Portillo, about the FMI factors?

12        A.    I told to plant manager not about FMI

13    factors but generally factors for pink salmon.

14        Q.    Factors of what?

15        A.    Generally factors for the pink salmon.

16        Q.    And how -- what were those general factors

17    and how do those general factors relate to the FMI

18    contractual requirements?

19        A.    It's the same.

20        Q.    That's right, exact same -- the general

21    factors were exactly the same as the contract factors?

22        A.    Yes.

23        Q.    Okay.  And look at the other contract.  This

24    is No. 7, Exhibit 7.  And in Exhibit 7 you'll notice

25    that the -- in paragraph one the specification is

EXHIBIT 68
Page 46 of 96

1    but I don't remember when we completely quit.

2        Q.    Okay.  And then after you stopped using the

3    machine did you continue to make blood out product,

4    the -- the blood vein out?

5        A.    It was impossible for us.

6        Q.    And so you stopped producing the blood out?

7        A.    Yes.

8        Q.    And -- and the blood out was one of the --

9    one of the requirements of the February 9th, 2005 FMI

10   contract?

11       A.    Yes.

12       Q.    And you talked about some accepted

13   modifications that FMI made.  Did FMI -- did you

14   request of FMI to allow some product to be produced

15   that had bloodline in?

16       A.    As far as I can remember, we have

17   conversation with FMI about allowing us to do the

18   same -- what is -- the same product as we did in 2004

19   with blood in, and we try to explain, and I believe we

20   did that without machine.  It's would be for us

21   impossible -- after machine was fail it would be

22   impossible for us to remove bloodline.

23       Q.    So some of the product FMI said they would

24   accept with bloodline in; is that correct?

25       A.    Yes.

EXHIBIT 68
Page 47 of 96

1       Q.    Okay.

2             In accepting that, they didn't agree that

3       these other standards didn't -- let me say it

4       differently.

5             Even when FMI accepted some product with

6       bloodline in, they still required Global to meet the

7       other quality standards set forth in the February 9th

8       contract.  I mean, is that true?

9       A.    Some of them, yes.

10      Q.    And which ones did they not require you to

11      meet?

12      A.    I don't remember right now.  I have to look

13      into the record.

14      Q.    And by accepting some of the product as

15      bloodline in, did FMI agree to accept product that

16      wasn't number one quality as set forth in the April

17      amendment?

18      A.    I don't remember that we said number one or

19      number two quality.  I remember we discussed about

20      bloodline in or bloodline out.

21      Q.    But did they agree to change any of the

22      other -- for instance, did they agree to accept less

23      than number one quality?

24      A.    It looks like, yes.

25      Q.    What do you mean, "It looks like, yes"?

EXHIBIT 68
Page 48 of 96

1        A.    It likes like mine.

2        Q.    Okay.  Yes?

3        A.    Yes.

4        Q.    Okay.  And in 2004, why didn't you insert

5    the outside bruising language that you inserted in the

6    2005 agreement?

7        A.    I couldn't tell you exactly why.  I just

8    don't remember.  Maybe lack of experience.  Maybe -- I

9    can only speculate.

10        Q.    In 2005 you inserted this word outside

11    bruising after you received the contract signed by

12    Bent Holme from FMI, correct?

13        A.    I don't remember exactly who first put

14    signature on the contract.

15        Q.    You can --

16        A.    I --

17        Q.    You can look at it, if you would, just to

18    pin that down.  If you look at Exhibit 5 and the

19    signature dates, Mr. Holme's is February 8, 05.  Yours

20    is February 16 I believe.  That's your writing I

21    think.

22        A.    As I said, I don't remember --

23        Q.    But is that --

24        A.    -- exactly who first signed contract and

25    when it was signed.

EXHIBIT 68
Page 49 of 96

1    gutted -- now I'm talking about back to headed and

2    gutted -- purchase -- customers that purchase number

3    two quality headed and gutted pink salmon?

4        A.    We don't produce number two quality or we

5    don't call it number two quality.  We -- as I describe

6    you, we have H quality, which called humpy, where you

7    have -- you have everything; pale, jelly meat.  We

8    play with this market.

9        Q.    So you have the H quality and then all the

10   rest of the pink salmon are all of the same quality?

11       A.    Yeah.  It's -- it's good meat and skin, skin

12   quality.

13       Q.    And again, you do have -- do you have

14   inspection procedures in place to make sure that the

15   color of the meat is -- I think you said your general

16   standards are about the same as the standards in the

17   FMI 2005 contract?

18       A.    I believe I said before we do not make

19   contract or specifically for each customer.  We do not

20   adjust ours general -- we don't put -- we not

21   promising more than what we can do to the customers.

22   If we -- ours ability limited by that machines and

23   what we can do in short period of time during

24   processing of the fish.

25       Q.    Okay.  But -- I'm sorry.  Were you -- did

EXHIBIT 68
Page 50 of 96

1    Q.    Okay.  And are you aware in the marketplace

2    that there are buyers who purchase number two quality

3    pink salmon headed and gutted and, if they're buying

4    number two quality, pay a lower price than somebody

5    buying a number one quality?

6    A.    I haven't deal with -- I don't remember

7    any -- anybody who's coming to me and say, "Hey, can

8    you give me junk or number two quality pink salmon."

9    I don't -- I don't remember.

10    Q.    But all -- there are such things in the

11    marketplace as a number two quality pink salmon?

12    A.    I don't know.  I -- it -- as I told you,

13    each manufacturer have different standard, have

14    different product.  The same Icicle, which you

15    mentioned, they can make -- they're making canning

16    salmon, which I don't know how much they selling

17    frozen, they change or what they doing with salmon.

18    Q.    You're familiar with the marketplace for

19    buyers of pink salmon because that's part of what you

20    do in your job --

21    A.    Yes.

22    Q.    -- correct?

23    A.    Yes.

24    Q.    And -- and you're aware that buyers in China

25    or buyers in Europe or fish brokers are looking for a

EXHIBIT 68
Page 51 of 96

1    A.    Yes.

2    Q.    Okay.  And pink salmon also tends to bruise

3  or deteriorate or have problems easier than let's say

4  sockeye salmon.

5    A.    How it's can -- I don't know how pink salmon

6  can bruise or deteriorate when it's living in ocean.

7    Q.    Well, not -- not when it's -- what I mean is

8  when it's harvested and processed, processed, it --

9  it's -- it's not as firm of a meat to begin with.  It

10  doesn't have as much oil as compared to a sockeye

11  let's say.  It's not as firm as sockeye.  It doesn't

12  have as much oil as sockeye.  It deteriorates faster

13  than sockeye.  Would all of those be true of pink

14  versus sockeye?

15    A.    You know, I never read any scientist

16  research or somebody tell me that pink salmon

17  deteriorate faster or slower than sockeye salmon.

18    Q.    Okay.  One thing you would -- you would

19  agree on, would you not, that when a customer's

20  contracting for a certain quality level of pink salmon

21  and includes standards in the contract, you, as the

22  producer, need to meet those quality standards that

23  are set forth in your contract.

24    A.    Yes.

25    Q.    Okay.  And in the case of FMI, were you

EXHIBIT 68
Page 52 of 96

1    from the banks until I believe somewhere in December,

2    and during that time we cannot touch -- touch the

3    goods into the China sitting in demurrage because

4    banks, they have some procedures that they can send

5    request to other banks, they can do 48 hours, 42

6    hours, a week, but the bank will not use their own

7    cash to pay us.

8        Q.   So you eventually got title back to those

9    goods and then sold those goods.

10       A.   After -- two or three months after the goods

11   was arrived only.  If I have not full set of bill of

12   ladings, full set of I believe three bill of ladings,

13   if I have only two or one bill of lading, I also

14   cannot get the goods.  I can use one original to clear

15   the customs in China I believe for China in

16   particular, but I cannot touch the goods.

17       Q.   And the bills of lading were controlled by

18   ETS, your shipping company; isn't that correct?

19       A.   No.  ETS issuing the bill of lading.

20       Q.   APL was the shipping company.

21       A.   APL was shipping company.

22       Q.   Sorry.

23            But ETS was the party that Global hired to

24   track all of the documents to make sure the documents

25   were handled properly so the letters of credit could

EXHIBIT 68
Page 53 of 96

1    you recall that the customer alleged that there was

2    severe bruising on the product?

3         A.   I remember something about the bruising

4    said, but I don't recall the severe, minority,

5    majority.

6         Q.   It was a complaint about bruising.

7         A.   It was complaint about the bruising.

8         Q.   And -- and that's -- you then volunteered

9    to -- to send over QC Johnson, inspector?

10        A.   He's broker.

11        Q.   Yes.

12        A.   He is not qualified as QC.

13        Q.   But you had talked -- well, let -- let's --

14   let's do this.

15             MR. MILLS:  Can we take just a five-minute

16   break?  Let me sort of reorganize.

17             THE WITNESS:  Oh, that's fine.

18             (Recess.)

19        A.   Can I qualify your question?

20        Q.   (By Mr. Mills)  Do you want to do it on the

21   record or no?

22        A.   On the record.

23        Q.   On the record?

24        A.   On the record, yeah.

25             During this deposition you asking me several

EXHIBIT 68
Page 54 of 96

1    Alaska...," and then it says pink salmon is one of the

2    guides.  Are you familiar with that guide?

3         A.    If you meaning color chart P.1, yeah.

4         Q.    Yes.  That's what I'm saying.

5         A.    Yeah, yeah.

6         Q.    And are these the -- the ASMI color and meat

7    color references that were in the FMI February 2005

8    contract when it said ASMI P.3 or above?

9         A.    In my contract they're referring to ASMI

10   chart, yes.

11        Q.    Yes.

12             When it said "ASMI," then it would be

13   referring to these color guides, color evaluation

14   guides that are described in this document.

15        A.    Yes.

16        Q.    And in the bruising column here grade B

17   says, "Slight bruising acceptable."  Grade C is, "More

18   than grade B."

19             So it's kind of -- to answer your question

20   about severe bruising, it would be more than slight

21   bruising.  In -- in my view, severe would be more than

22   slight.  Is it a precise standard?  I would say not

23   precise, but it's only one of several standards in the

24   FMI contract.  I mean, you --

25        A.    I don't understand your question and should

EXHIBIT 68
Page 55 of 96