1    ask for qualification.  You talking about bruising,

2    severe or slight bruising or more than B grade

3    bruising.  It's the same thing if you ask me few fish

4    and how many few; more than three, less than ten.  If

5    you can qualify it exactly what is mean slight

6    bruising, severe bruising, more than B grade bruising.

7        Q.    Let -- let me ask -- let me -- let me turn

8    it around and ask it a little different way.  You

9    entered into the contract.  Let me ask -- 2004.  Okay?

10       A.    Uh-huh.

11       Q.    We -- we just -- we can pull it out again

12   and look at it.  But in 2004 Global, yourself --

13   and -- and -- one step back.  Are you the person at

14   Global that is responsible for negotiating and

15   entering into sale contracts with customers?

16       A.    Yes.

17       Q.    Okay.  You're the only person that has

18   authority to do so?

19       A.    Yes.

20       Q.    Okay.  And in 2004 you negotiated and

21   entered into a contract with FMI for the purchase of

22   pink salmon, a contract that we looked at earlier.  Do

23   you -- I can show you the contract or -- do you recall

24   that?

25       A.    Yeah, if you're talking about contract

EXHIBIT 68
Page 56 of 96

1   FMI-227 which was violate or broken by FMI.

2        Q.   I'm talking about this contract, Exhibit 4,

3   right?

4        A.   Yeah.

5        Q.   Okay.

6        A.   I'm sorry.  It's 217.

7        Q.   217, correct.

8        A.   Which was signed June 28 and was violated

9   and broken and terminated by FMI.

10       Q.   Why was it broken by FMI in 2004?

11       A.   Because it's not -- FMI failed to open an

12  L/C.

13       Q.   In 2004?

14       A.   Yes.

15       Q.   Did you get paid for all product in 2004?

16       A.   They -- they ask for total 500 metric tons,

17  but they cannot open L/C for all 500 metric tons.

18       Q.   How many did they end up buying in 2004?

19       A.   I have to look in the records, but from top

20  of my head, 50 percent.

21       Q.   Why did you do business with FMI in 2005 if

22  you allege that they violated the contract in 2004?

23       A.   Because they promised they would not do it

24  again.

25       Q.   Did you ever claim that they breached the

EXHIBIT 68
Page 57 of 96

1    A.   By -- by transferrable letter of credit

2   payable at sight, details of which will be advised

3   shortly.

4    Q.   Okay.  And then there were details that were

5   utilized in 2004; is that correct?

6    A.   Yes, it was details, but a letter of credit

7   wasn't open for all entire 500 metric tons in 2004.

8    Q.   Did you receive payment from FMI for all

9   product that were delivered by Global in 2004?

10   A.   We shipped them only product which letter of

11  credit was open in 2004.

12   Q.   My question was did you receive payment for

13  all product in 2004.

14   A.   For product which was shipped, yes.

15   Q.   Correct.  That -- that was my question.

16   A.   Yes --

17   Q.   Okay.

18   A.   -- we received.

19   Q.   Okay.

20   A.   But in 2004 letter of credit same -- have

21  the same major problem as in 2005.  It was we cannot

22  cash letter of credit in 2004 without accepting the

23  discrepancies.

24   Q.   Did you insist that the timing for

25  presenting -- let me back up.  In 2004 was the main

EXHIBIT 68
Page 58 of 96

1    Q.    Is that what you're --

2    A.    Yes.

3    Q.    -- searching for?

4    A.    Uh-huh.

5    Q.    So the buyer would have to waive the timing

6    provision to allow the letter of credit to be drawn?

7    A.    It's was one of the issue, but I don't -- it

8    was few other issues, but I don't remember right now.

9    Q.    And is Tom Hennessey the -- the person in

10   your organization that deals with the letter of credit

11   terms and payment issues?

12   A.    Yes.

13   Q.    And that's his -- one of his

14   responsibilities?

15   A.    Yes.

16   Q.    Okay.  And we did talk to him yesterday and

17   deposed him, and he gave answers on many of these very

18   same questions.

19   A.    Great.

20   Q.    Okay.  So he would be the one primarily to

21   answer questions related to the letter of credit --

22   A.    Yes.

23   Q.    -- issues?

24   A.    Yes.  And if letter of credit have -- Tom

25   inform me all the time about problems with letter of

EXHIBIT 68
Page 59 of 96

1   credit if we cannot -- put it this way -- cash letter

2   of credit as we agree with customer, if letter of

3   credit have some problems, and it's my call if I take

4   the risk, push the buyer to amend it or just walk away

5   from the agreement.

6       Q.   When you say "walk away from the agreement,"

7   what --

8       A.   Because --

9       Q.   -- do you mean?

10      A.   Because when buyer putting in letter of

11  credit conditions which not allow us to exchange goods

12  to the money, they breaching the agreement.

13      Q.   What does the agreement require FMI to

14  provide for payment of the product in 2005?   A

15  transferrable letter of credit, just -- just what you

16  read, correct?

17      A.   At -- at sight.

18      Q.   At sight.  Correct.  Isn't that what was

19  presented to FMI -- I'm sorry, to Global in 2005?

20      A.   If you come to the -- to US and buy funny

21  paper, Disney dollars, and try to pay by these dollars

22  in the grocery store, nobody will -- everybody will

23  laugh at you because it's not real US dollars.  And if

24  on the top of L/C said at sight but condition L/C is

25  not allowed to exchange goods to the money without

EXHIBIT 68
Page 60 of 96

1  additional approval or amendment or acceptance by

2  other party, it's become not at sight.  It -- it's

3  become -- what is called? -- condition to final

4  buyer's approval of documents or accepting the

5  documents.

6     Q.    Yesterday in talking -- or in deposing

7  Mr. Hennessey, Tom, he didn't describe any problems

8  with respect to the structure of the letters of

9  credit.  He did say that the timing was tight.  That

10  was difficult.  But he didn't describe any problems

11  with the structure of the letter of credit.

12     A.    As the letter of credit which cannot be used

13  in exchange of goods versus money at sight, when I

14  give you bill of lading with documents and bank give

15  me cash, if letter of credit require additional

16  approval by final buyer or brokers or whatever who's

17  on other line of this transaction, it's not letter of

18  credit at sight.  It's letter of credit which was

19  wrongfully open, purposely or by mistake.

20     Q.    Mr. Hennessey in his testimony said he never

21  made a complaint when he -- that his procedure was

22  this.  He would be notified and served with a copy of

23  the letter of credit from your bank, Wells Fargo.  He

24  would review the terms of the letter of credit.  If he

25  had problems with the letter of credit, he would

EXHIBIT 68
Page 61 of 96

1    notify either FMI or Ellen or perhaps the bank.  He

2    would make a complaint about the terms of the letter

3    of credit.  And he never did that in 2005.

4         A.    Unfortunately, I wasn't here yesterday on

5    Tom Hennessey testimony, and I don't know -- don't

6    have first knowledge what he said, what he think or

7    what -- how you ask him.

8         Q.    The main problem that he cited yesterday was

9    the timing problem.  And is it your understanding that

10   the timing of the letters of credit in 2005 were the

11   same as the timing -- the presentation timing of the

12   documents for the letters of credit in 2004?

13        A.    Basic from my memory I don't know exactly

14   how much time -- what we have in 2004, but what I

15   remember in 2004 we also cannot get the cash from the

16   bank due to the discrepancy -- the discrepancies,

17   which need to be accepted by final customer.

18        Q.    And that may have happened in 2004, but did

19   Global in negotiating the term of the agreement --

20   terms of the agreement for 2005 request that the

21   letters of credit have a longer timeframe than in

22   2004?

23        A.    We -- I couldn't recall it right now from

24   top of my -- my head what -- I cannot speculate, but

25   all -- almost for true that draft of letter of credit

EXHIBIT 68
Page 62 of 96

1      A.    Right.  If Hennessey -- Mr. Hennessey

2   received draft bill -- letter of credit, can review

3   the draft and send back to the FMI saying, "Hey, guys,

4   we cannot do it because I know some clause in letter

5   of credit which we cannot comply."  Unfortunately, I

6   don't remember that FMI give us any draft of letter of

7   credit in 04 or 05.  We was inform by bank that letter

8   of credit was open with certain condition, and as soon

9   as it was open, Hennessey, you know, he's ring his

10  bell and he's asking for amending -- making amendment

11  to letter of credit.  And in FMI case Bent Holme

12  probably have try to save money for FMI from amending

13  letter of credit, and his response was, "No problem.

14  We'll waive discrepancy."

15     Q.    FMI wasn't in charge of waiving -- waiving

16  any discrepancies, though, were they?

17     A.    FMI was buyer for us.

18     Q.    But the customer at the -- the -- the

19  contract, 2005 contract requires a transferrable

20  letter of credit.  And do you -- do you know what a

21  transferrable letter of credit is?

22     A.    Yes, I know, but it's FMI did poor job to

23  negotiate with their buyers to open proper letter of

24  credit.

25     Q.    Let -- let me --

EXHIBIT 68
Page 63 of 96

1    there will not be the same mistakes.

2        Q.    But it's not in the contract.  There's

3    nothing in the contract that requires FMI to have

4    minimum presentation times for the letter of credit of

5    X days.  I mean, there's nothing in the contract that

6    says that; is that true?

7        A.    Nothing, no.

8        Q.    Okay.

9            Let me -- you can keep those there for now.

10                (Discussion off the record.)

11                (Deposition recessed at 1:37 p.m.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

EXHIBIT 68
Page 64 of 96

1       Q.    And then someone in Kodiak, maybe production

2    manager, then plant manager, they would report to you

3    as well?

4       A.    Yes.

5       Q.    And what -- what are -- who's the direct

6    report that you have in Kodiak, the top person in

7    Kodiak?

8       A.    Sergey Morozov.

9       Q.    Okay.  And then who -- who would be -- who

10   would report to Sergey?

11      A.    Engineer, Ray Agano, Rick Medina.

12      Q.    And what's Rick's role?

13      A.    Floor manager.

14      Q.    Okay.  What about Mr. --

15      A.    And James --

16      Q.    -- Portillo?

17      A.    -- Portillo.

18      Q.    Yeah.  And who does he report to?

19      A.    To Sergey.

20      Q.    Sergey?  So Sergey is the highest level

21   decision maker in Kodiak?

22      A.    Yes.

23      Q.    Okay.  And he reports directly to you.

24      A.    Yes.  Most of the time he's not decision

25   maker.  He's -- how say it? -- implementing decision

EXHIBIT 68
Page 65 of 96

1    other contracts.

2        Q.    Okay.

3        A.    Probably, yes.

4        Q.    Was this the first contract for pink salmon

5    at least?

6        A.    I don't know if we have any business in

7    2003.  I don't remember.

8        Q.    Okay.

9             This is a written contract obviously.  Do

10   you enter into write -- written contracts with other

11   customers?  Particularly I'm interested in pink salmon

12   now.

13       A.    As I told before, we very rarely doing

14   writing contracts, only for the customers who need

15   different custom clearance or different support or to

16   bring goods into the country.

17       Q.    And how are most of your contracts formed?

18       A.    The final writing form, it's in form of

19   commercial invoice.

20       Q.    And the invoice itself would reflect the --

21   the grade of the pink salmon or any specifications

22   that are particular to the customer?

23       A.    It will -- it will have some general terms.

24       Q.    Okay.  And the quantity term?

25       A.    Quantity would -- it will be different

EXHIBIT 68
Page 66 of 96

1    meaning of those various --

2        A.    Uh-huh.

3        Q.    -- terms, correct?

4        A.    Uh-huh.

5        Q.    When you entered into the 2004 contract,

6    what did you, Oleg, as one of the parties to the

7    contract mean by the term severe bruising?

8        A.    If fish is badly beated during the

9    harvesting, have visible bruises on the skin or more

10   than one, it's -- it's, in -- in my view, it's severe

11   bruising.

12       Q.    Okay.  And did part of your quality control

13   process look for that kind of bruising in -- in the

14   fish that you purchased?

15       A.    You can -- if it's happen, it's easy to see

16   on the sorting belt.

17       Q.    And is there a directive to the people that

18   are on the sorting belt to take out --

19       A.    Yes.

20       Q.    -- those sorts of fish?

21       A.    Yes, if -- if in case we have broken fish,

22   turning fish or big animal bite on the fish, they pull

23   it out from conveyor belt.

24       Q.    And what do they do with it?

25       A.    Dis -- put in the garbage.

EXHIBIT 68
Page 67 of 96

1      Q.   Yeah.

2           I guess my question to you is, is the

3      checking that you do, that you did in 2004, was the --

4      the -- did you have a sort of procedure in place to

5      make sure that the quality met this provision?

6      A.   We did the same as in 2004, yes.

7      Q.   The same in 2004 as you did in 2005?

8      A.   Yes.

9      Q.   Which, again, was to make a general

10     quality -- you had standard -- you had standards --

11     general standards that you were ensuring were met?

12     A.   We have general -- we -- as I said before,

13     we don't produce any product specifically under some

14     customer's request.  We have general specification

15     which we insist or implement to the customers.  It's

16     like in FMI case in 2004 they asking originally to --

17     us to produce IQF fish, and we pulled the body of some

18     kind of agreement, which was not final, and it was

19     all -- all modified during the process, because when

20     we come back to FMI I believe in 2004 say, "Hey, we

21     cannot do big volume of IQF because ours IQF freezer

22     is not keeping" -- you know, too small, they was fine

23     with block frozen.

24     Q.   So they agreed to modify the terms that were

25     written.

EXHIBIT 68
Page 68 of 96

1    A.    They -- FMI was great customers.  They

2   always -- how say it?  If we give -- give them reason,

3   they agree to make exception or modify the

4   agreement --

5    Q.    Right.

6    A.    -- during the season.

7    Q.    And then that would require them to talk to

8   their customers, get approval, and then --

9    A.    I don't know how they do it.

10    Q.    Okay.  But they --

11    A.    Maybe -- maybe they dance around the fire --

12    Q.    But --

13    A.    -- and smoke.

14    Q.    But -- but your statement is that FMI was

15   accommodating and worked with Global to accommodate

16   your requests.

17    A.    Yes.

18    Q.    Okay.  The last page --

19    A.    Requests or adjustments.

20    Q.    Yes.  Modifications as needed.  They worked

21   with you in good faith, say, to do that.

22    A.    Yes.

23    Q.    Yes.  Okay.

24    A.    Except L/C.  We cannot -- we cannot modify

25   something -- they cannot modify the L/C for some

EXHIBIT 68
Page 69 of 96

1    reason.

2        Q.    We'll talk about the L/C in a minute.

3            The claim provision in the last -- second

4    page of the contract, "Claims (if any) to be submitted

5    in writing within 15 days after arrival of goods in

6    Qingdao, China."

7            If there was a quality problem with the

8    product delivered under this contract in China, this

9    provision -- I presume the meaning is this provision

10   would allow 15 days for there to be a complaint about

11   the quality not meeting the terms of the contract.

12       A.    Yes.

13       Q.    Is that a correct interpretation of that

14   language?

15       A.    Yes.

16       Q.    And -- and is that what that provision is

17   meant to do, to allow the customer to look at the

18   product after they pay for it and determine whether

19   the quality is met?

20       A.    Yes.

21       Q.    Okay.

22            Let's look at -- let's -- let's look at the

23   February 05 contract that you have in front of you.

24   Actually, hold on.  Let me show you -- I don't think

25   we've marked this one.

EXHIBIT 68
Page 70 of 96

1          A.    It's look like.

2          Q.    Okay.  At the time, I mean, did you consider

3    that a good faith gesture by FMI to Global?

4          A.    Not exactly.  I recognize that FMI looking

5    for blood out H&G pink salmon.  My biggest concern was

6    what's happening with FMI if FMI failed to do -- to

7    open L/C same as they did in 2004, and I feel that

8    $50,000 in additionally investment from FMI will give

9    me more security during the salmon season because

10   during the salmon season cash flow is ours critical

11   point.

12         Q.    The $50,000 was simply a loan, though.  You

13   were getting -- or you were going to repay it; is that

14   right?

15         A.    Yes, I'm going to repay it, but during -- we

16   have so many conversation with Bent when and how we're

17   going to repay it, and I don't remember details how we

18   agree to repay it, you know, some amount of money from

19   credit.

20         Q.    Different shipments of product?

21         A.    Different shipments, you know.  It's -- it

22   was enormous amount of responsibility I believe.

23         Q.    And Global did repay it to FMI through the

24   credits against shipments.  Is that your recollection?

25         A.    As far as --

EXHIBIT 68
Page 71 of 96

1    Q.   And that's the -- the IQF, being

2    individually frozen, versus a block frozen product?

3    A.   It's required to remove bloodline.

4    Q.   Okay.  And the -- and there was no

5    requirement to remove bloodline in 2004?

6    A.   No.

7    Q.   Okay.  And in 2004 did Global remove the

8    bloodline?

9    A.   No.

10    Q.   Okay.

11    A.   To be accurate, in 2004 we may do but very

12    limited volume.

13                (Interruption.)

14                (Discussion off the record.)

15    Q.   (By Mr. Mills)  And, again, we talked about

16    earlier the transfer of a letter of credit payment

17    mechanism and, again, there was -- there's no language

18    in this contract that indicates that the timing of

19    presentation must be different than in 2004.  I mean,

20    I -- that -- that would be true, isn't it?

21    A.   It doesn't say how many days we have to

22    present documents to the bank, but it says L/C signed

23    not at buyer's mercy.

24    Q.   It says at sight.

25    A.   At sight.

EXHIBIT 68
Page 72 of 96

1      Q.    Yeah.

2      A.    Not -- not at the buyer's mercy --

3      Q.    Right.  And that's --

4      A.    -- accepting discrepancy.

5      Q.    But in -- often in letter of credit

6  situations there are discrepancies that the buyer must

7  waive.  Hasn't that been your experience?

8      A.    They must waive or make amendment, and most

9  of the cases buyers making amendments to work -- to

10  secure the letter of credit or make it workable.

11     Q.    Okay.  And -- and --

12     A.    Letter -- letter of credit without -- which

13  need to be amend -- accepted with discrepancy is the

14  same as vehicle without engine.  You have vehicle, but

15  you don't have engine.

16     Q.    And we've gone through these quality terms,

17  and I don't want to rehash those.  The only question

18  is, each of these quality terms is separate and

19  independent in the 2005 contract.

20     A.    What do you mean, under the separate

21  independent?

22     Q.    Meaning -- meaning that each one of these --

23  the meat color being P.3 and -- and up is one factor

24  that must be met.  The skin color of A through D,

25  possibly a few E, that's another factor that must be

EXHIBIT 68
Page 73 of 96

1   met.  But both of those factors have to be met for the

2   product to be --

3        A.   Yes.

4        Q.   -- satisfactory.

5        A.   Yes.

6        Q.   All right.

7             And, again, on page two there's a provision

8   about claims within 15 days, and I -- and it looks to

9   be the same language as the 04 contract, would you

10  agree, has the same meaning that quality complaints or

11  quality problems could be asserted against Global

12  within 15 days of the arrival of the goods in China?

13       A.   I'm reading it is if the customer receive

14  the goods, hold it for two weeks or more, and after

15  that time they cannot claim after 15 days.

16       Q.   Right.  But they -- but in order to have any

17  ability to look at the quality they have to be able to

18  see the product, correct?

19       A.   Yes.

20       Q.   Okay.  And wouldn't the -- the intent and

21  the fair meaning of this language be that when the

22  customer receives the product and actually sees the

23  product, can inspect it, they would have 15 days to

24  assert a quality claim?

25       A.   In agreement say after arrival of the goods

EXHIBIT 68
Page 74 of 96

1    their office except few empty accounts, computer desk

2    and phone number, no asset, and if one day FMI close

3    and Bent move with Harry Guenther to Bahamas, Cayman

4    Island with Harry Guenther, how long it take me to

5    chase them?

6        Q.    Let -- let me ask you this way.  Are you an

7    experienced seller of fish?

8        A.    Yes.

9        Q.    Did you enter into a contract in 2004 with

10   FMI?

11       A.    Yes.

12       Q.    Did FMI pay you for every ounce of product

13   that you shipped to FMI in 2004?

14       A.    Yes.

15       Q.    Why did you enter into -- or did you enter

16   into a contract with FMI in 2005?

17       A.    Yes.

18       Q.    And did you have the same letter of credit

19   transfer -- letter of credit mechanism in place in

20   2005 as you did in 2004?

21       A.    I couldn't talk that is the same or

22   different.  I just don't remember those details.

23       Q.    Let me ask it a different way.  You're

24   experienced in the world of fish sales.  You're

25   experienced in knowing how to protect yourself as a

EXHIBIT 68
Page 75 of 96

1    buy -- as a seller of fish by using letters of credit.

2    Would that be a fair statement?

3        A.    I have some experience.

4        Q.    You try as best you can to make sure you get

5    paid.  I would think that's true.

6        A.    Yes, it's true.

7        Q.    And did you believe that in 2005 with the

8    letter of credit mechanism that was described in your

9    contract with FMI that you were protected to get paid

10   using that letter of credit mechanism?

11       A.    When we get letter of credit, I don't have

12   feeling that I am protected to be paid or I don't

13   pro -- was protected to cover my extra cost in case we

14   not get paid.

15       Q.    Let me back up one step.  You would agree

16   that you agreed to the payment terms that are set

17   forth in the 2005 contract as part of your negotiation

18   with FMI in arriving at the terms of the 2005

19   contract.

20       A.    I did not agree.  When letter of credit in

21   2005 was open, it wasn't -- it wasn't reflect ours

22   negotiation and conversation with FMI and it's not

23   letter of credit which we're looking for.

24       Q.    Who notified FMI of that?

25       A.    I believe I did.  I spoke with Bent Holme

EXHIBIT 68
Page 76 of 96

1    become philosophical.

2        Q.    Why -- why do customers buy your product?

3        A.    Because they like it.

4        Q.    Quality's good?

5        A.    Because they like quality.  Quality, term of

6    payment.  Who -- who knows.

7        Q.    The only thing you have to sell is seafood

8    products.  Is that the only part of your -- that's the

9    only nature of Global's business now?

10       A.    Yes.

11       Q.    You don't have mechanical engineering or --

12       A.    No.

13       Q.    -- management contracts?

14       A.    No.

15       Q.    Simply selling seafood.

16       A.    Yes.

17       Q.    Okay.

18            MR. MILLS:  Can you mark this next one,

19    please.

20            (Marked Deposition Exhibit No. 53.)

21       Q.    (By Mr. Mills)  Let me have a follow-up

22    question, Oleg, before we jump into this one.  If --

23    if Global produces bad product, unsatisfactory product

24    for its customers, would you predict that Global's

25    business would do better in the future or worse in the

EXHIBIT 68
Page 77 of 96

1          MR. MILLS:  I was just reading it, but --

2          MR. MANNING:  Well, it --

3     Q.   (By Mr. Mills)  You would agree paragraph

4    two describes a right of first refusal?

5     A.   If when any additional Global --

6     Q.   Number one quality pinks.

7     A.   Yes.

8     Q.   Okay.  So the -- if I understand this

9    addendum right, and I want -- I want your

10   understanding of it, does the first paragraph obligate

11   Global to sell 1,000 metric tons of number one quality

12   pink salmon to FMI?

13    A.   Yes.

14    Q.   Okay.  Does the second paragraph require

15   Global to sell or to offer to FMI any additional

16   number one quality pinks above the 1,000 metric ton

17   level, subject to a final price agreement?

18    A.   Yes.

19    Q.   Okay.  At -- at the time that this April

20   contract, April 2005 addendum was entered into, had

21   Global sold other number one quality pink salmon to

22   other customers?

23    A.   No.

24    Q.   There had been zero -- zero sales of -- had

25   there been any sales of pink salmon, headed and gutted

EXHIBIT 68
Page 78 of 96

1   pink salmon to other Global customers at the time of

2   this April 2005 addendum?

3       A.   It was no final sales at time of amendment.

4       Q.   Had Global contracted, agreed, whether in

5   writing or whether orally, had you on behalf of Global

6   agreed orally or in writing to supply other customers

7   in 2005 with headed and gutted pink salmon?

8       A.   Yes.

9       Q.   Yes?  Do you know approximately how many

10  metric tons had -- you had committed Global to supply

11  to those other customers at this point in time?

12      A.   No, I couldn't remember right now.

13      Q.   Would you have records that would reflect at

14  this point in time how much in -- how many metric tons

15  had been committed by Global to other customers?

16      A.   No.

17      Q.   No way to demonstrate that quantity at this

18  existing -- committed quantity at this point in time?

19      A.   As I said, most of ours agreement is make

20  verbally and on a handshake.

21      Q.   Did -- did you -- did you inform FMI, Bent

22  Holme prim -- was Bent your primary contact in dealing

23  with this contract negotiation?

24      A.   Yes.

25      Q.   Okay.  Did you inform Bent or anyone else at

EXHIBIT 68
Page 79 of 96

1    A.    -- yes, we can make some money.

2    Q.    Okay.  The 1,320 was a level that allowed

3  you, Global, to make a profit with this quality of

4  product delivered.

5    A.    Some -- some profit.  I don't -- I cannot

6  say how much.

7    Q.    Sure.  Okay.  And --

8    A.    Maybe -- maybe 20 -- maybe $20, maybe $50 a

9  pound, yeah.  I don't know.

10    Q.    And the profit you make is the profit you

11  make.

12    A.    Yeah.

13    Q.    Whatever you make --

14    A.    Yeah.

15    Q.    -- is fine.

16         So on the right of first refusal, after this

17  point in time Global should offer to FMI any other

18  number one quality pinks that it is selling.

19    A.    Yes, if we have some uncommitted extra pink

20  salmon.

21    Q.    Okay.  I'm going to show you Exhibit 48.

22  This is a contract Global -- it's on Global Seafoods'

23  letterhead it appears, August 8th, 2000 -- actually,

24  you know what?  I think I need to back up one.  I'm

25  sorry.

EXHIBIT 68
Page 80 of 96

1     Q.    You're saying, "Okay," that you --

2     A.    If I -- if I have offer or some -- some low

3    quality of pink salmon, I will give him a shot, and I

4    did, which I offered him H quality of pink salmon.  He

5    said no.

6     Q.    And you -- you consider H quality number two

7    quality?

8     A.    Low quality, less than number one.

9     Q.    Do you have a number three quality?

10    A.    According to ours record, I -- no.

11    Q.    Okay.

12    Look at the other exhibit I gave you, which

13   was No. 48.  This was the Dell -- the -- would you

14   agree this looks to be a contract between Global and

15   Dell Trading?

16    A.    Yes, this is formal contract with Dell need

17   to clear the custom in Ukraine.

18    Q.    Okay.  And this contract is dated August 8th

19   of 2005?

20    A.    Yes, it's dated August 8, 2005.

21    Q.    Okay.  And it's to sell number one quality.

22   Grade number one it says.  And was the grade number

23   one that you were using on this contract the same

24   grade number one that you were using in the FMI

25   contract?

EXHIBIT 68
Page 81 of 96

1       A.   All ours fish -- all ours product was

2    scooped in the same big bowl, and every customer had

3    scoop of -- how you say? -- piece of soup from this

4    bowl.  It's -- number one here is the same as FMI's

5    number one.

6       Q.   So it was all processed the same way?

7       A.   It was all processed the same way --

8       Q.   And --

9       A.   -- with some small differences, which I

10   describe below.

11      Q.   Okay.  And the unit price on this contract

12   is $1,850 per metric ton?

13      A.   Yes.

14      Q.   And that would be $500 higher than the

15   contract with Global -- or FMI?

16      A.   Yes, because it's more risk and more

17   expensive shipment.

18      Q.   What's the addition -- more risk you say.

19   Explain that.

20      A.   It's cash payment.  We have to ship product

21   from country, and it's Polevskoy, and we have no

22   option to resell this product into other countries if

23   it's come to Polevskoy.  We cannot easily transfer

24   this cargo.  For example, what if FMI refuse to take

25   the cargo in China?  We're able to reload the cargo

EXHIBIT 68
Page 82 of 96

1    into containers and ship to Europe, which in -- in

2    case of Ukraine it does not -- it's not possible.

3    Freight Ukraine, as far as I remember, it's twice more

4    expensive than to China.

5        Q.    So the -- that accounted for the difference

6    in price?

7        A.    Yes.

8        Q.    The shipping difference?

9              By selling -- by entering into this contract

10   in August, was Global violating its right of first

11   refusal obligation to FMI?

12       A.    This contract or agreement was reach before

13   the April 2005 and is this part of this which require

14   Dell to send us to make payment from Ukraine and get

15   customs.

16       Q.    And how do you know this was entered into

17   before April?

18       A.    Because I spoke with all my customers on a

19   regular basis.

20       Q.    Did you sell any number one pink salmon

21   after April to any other customer without offering it

22   to FMI?

23       A.    I don't remember right now if I did or

24   didn't, but I believe I did.  If you refresh my memory

25   with something else would be very helpful.

EXHIBIT 68
Page 83 of 96

1    than bloodline out because of problems you were having

2    with the -- the machine?

3        A.    Uh-huh.

4        Q.    And did FMI go to its customers and receive

5    approval and communicate that approval to you that

6    some bloodline in would be acceptable?

7        A.    I -- in August 9, 2005 I don't have first

8    knowledge what FMI did and to whom they going to

9    speak.  As Exhibit 57, it was represent to us during

10   litigation in 06 I believe.

11       Q.    Correct.  But you did strike a deal with FMI

12   that FMI would pay you the same price, 1,320, but

13   would accept some bloodline in.

14       A.    We not strike the deal.  We adjust from FMI

15   machine which supposed to keep the volume and making

16   blood out is not working keeping good speed.

17       Q.    But FMI had contracted for bloodline out in

18   the February 05 arrangement, so in order for Global to

19   remain in compliance with the contract, it either had

20   to produce bloodline out or get FMI to agree to some

21   bloodline in.

22       A.    Yes.

23       Q.    Okay.  And FMI did agree to some bloodline

24   in -- in after that discussion, correct?

25       A.    Yes.

EXHIBIT 68
Page 84 of 96

1    Global's assistance and cooperation in resolving this

2    issue?

3        A.    Uh-huh.

4        Q.    And was Global committed to working with FMI

5    to assist the customer in resolving the issue?

6        A.    I guess so.

7        Q.    Look at the next e-mail, 006, if you would.

8    And that is an e-mail from Bent to you which -- which

9    references pictures of pink salmon that were taken of

10   the first shipment that was received.

11       A.    Yes.

12       Q.    Do you remember getting copies of pictures

13   of the -- that were attached to this e-mail?  You

14   should have 006 there, too.

15              (Discussion off the record.)

16       Q.    (By Mr. Mills)  Do you remember getting

17   these pictures, Oleg?

18       A.    Not particularly these pictures, just

19   probably if it says attached it surely attached.

20       Q.    Okay.  And what's -- what's Global's typical

21   reaction when a customer has problems with the quality

22   of product like being alleged by these customers?

23       A.    We asking them to specify the nature of the

24   claim, what exactly they claiming.

25       Q.    Okay.  Let me show you -- look at, if you

EXHIBIT 68
Page 85 of 96

1      Q.   You mean -- so you're saying none of these

2  fish were opened up.

3      A.   None.

4      Q.   Let's look at --

5           MR. MILLS:  Let me have you mark this.

6                (Marked Deposition Exhibit No. 63.)

7      Q.   (By Mr. Mills)  -- another exhibit, 63.  Go

8  ahead and have a quick look through it.  I'm most

9  interested in asking you a question about your

10 response at the top of the page.

11          You indicate this -- you have a feeling this

12 is a bogus claim from the Chinese buyer?

13     A.   Yes.

14     Q.   Why didn't you send your quality control guy

15 immediately to investigate the problem?

16     A.   Who, James?

17     Q.   No, QC Johnson.  I know that's not his name,

18 but people call him Q -- you know who I mean.

19     A.   Right.  He was --

20     Q.   Zhang?

21     A.   Yeah.  He was -- he come to see the problem

22 with goods, but it was some kind of holiday in China

23 or -- eventually he come to Qingdao to inspect the

24 goods.

25     Q.   Eventually.

EXHIBIT 68
Page 86 of 96

1    indicate, "Please contact" -- "Please, let me" -- I'm

2    sorry.  "Please, let me contact name address, he is in

3    Bejin" -- I think that's QC Johnson -- "right now and

4    can be in your buyer facility by 22 or 23 September."

5            So it was your intent to contact Johnson and

6    get a -- have him arrange to go review the -- inspect

7    the product immediately.

8        A.    Yes.

9        Q.    Okay.  Who is QC Johnson?

10       A.    He --

11       Q.    What's his --

12       A.    He's Chinese broker.

13       Q.    Fish broker like FMI?

14       A.    No, different.  He's a real fish broker.

15       Q.    A what fish broker?

16       A.    A real fish broker who's acting -- he is --

17   can be fine getting some kind of specification from

18   me, going to the buyer, making the deal.  Later on he

19   send me agreement between me and the buyer for

20   product, and he can send second contract for

21   commission, which he was negotiate with buyer to make.

22   And when I paid by Chinese buyer, I sent -- I paid him

23   commission.

24       Q.    Similar arrangement to --

25       A.    No.

EXHIBIT 68
Page 87 of 96

1    modify it, correct?  Otherwise, the writing would

2    control?

3        A.   I guess.

4        Q.   Okay.

5        A.   If FMI disagree with quality product

6    shipped, we will not ship blood in product.

7        Q.   Say that again?

8        A.   If FMI did not agree to accept blood in

9    product, we'll not ship them blood in product.

10       Q.   And they -- but they did agree to a -- agree

11   to some blood in product?

12       A.   Yes, but we if we disagree with L/C which

13   have other condition to cash beside of at sight, we

14   disagree with this agreement until last moment.  If we

15   disagree with FMI they did not timely open L/C for all

16   thousand tons, we disagree until last -- until end of

17   September with them about it and --

18       Q.   FMI paid Global for the product, the first

19   group of product, by letter of credit in late

20   September by your recollection?

21       A.   Probably between 23rd to 26th of September

22   we get first payment from -- through Wells Fargo.

23       Q.   Okay.  And then they paid you for this

24   additional quantity of product to go to Thailand I

25   think your testimony yesterday was by courier check.

EXHIBIT 68
Page 88 of 96

1        A.    I don't remember it was courier check or

2    wire transfer, but we called it cash.

3        Q.    Cash.   Yeah.

4              Why did it take QC Johnson -- you promised

5    to send him immediately to inspect the product, and

6    ultimately he inspected the product on October 10th.

7    Why did it take so long for him to get to Qingdao to

8    inspect the product?

9        A.    I don't remember particular reason why it

10   was late, but if --

11       Q.    Did you --

12       A.    -- you refresh me showing something, I will

13   probably remember something, but --

14       Q.    And what -- was QC Johnson an expert in pink

15   salmon quality?

16       A.    No.

17       Q.    Why would you designate him as the person to

18   go inspect the product in Qingdao if he wasn't an

19   expert in pink salmon quality?

20       A.    Don't have anybody else in China.

21       Q.    Was he -- he was a fish broker himself?

22       A.    Yes.

23       Q.    Would he have an incentive to learn about

24   the customers that FMI had for potential sale to those

25   customers?

EXHIBIT 68
Page 89 of 96

1    remember details of the report.

2        Q.    Do you see in paragraph 3.2 where he says

3    that the bruise percentage is between 15 and

4    16 percent?

5        A.    Uh-huh.

6        Q.    Fifteen percent has to be removed/cut off of

7    whole fish.  And he indicates then, "The bruise

8    situation between First container and other 6

9    containers is almost the same."  So -- which would

10   mean the whole seven containers are about 15 to

11   16 percent bruised?

12       A.    This looks like.

13       Q.    Yeah.  I'm just quoting portions.

14       Then at the end he says on the second page,

15   "Above is my inspection report, I have been

16   considering if I should send you a laugh report, or

17   bad report.  But, telling a truth is my personal

18   character, I must let you know the truth.  Lying can

19   not be kept too long, and it may cause you passive

20   situation.  Of course, the final decision will be made

21   by yourself, I mean how to solve the problem of

22   bruise."

23       His conclusion was there was bruising

24   problems with the fish, correct?

25       A.    Which page you looking for?

EXHIBIT 68
Page 90 of 96

1    Q.    Yes.

2    A.    -- Korean broker.

3    Q.    And Korean is Sang Jin.

4    A.    Yes.

5    Q.    The -- the broker that FMI was dealing with.

6    A.    Uh-huh.

7    Q.    Okay.

8          So he was suggesting some discount.  He

9    says, "I have been pushing other containers since, my

10   idea is to do the business directly with Yilufa not

11   through so many brokers.  I promised Yilufa to supply

12   him headed and gutted pink cod," P.cod.

13         So is he suggesting that you cut out FMI and

14   deal directly with the end customer?

15   A.    It's his idea.

16   Q.    Did you agree with his idea?

17   A.    No.

18   Q.    Then he says in the last complaint, "So,

19   what you will do is to move fast to solve the problem

20   of Pink, as you may know that bad things always

21   transfer faster than good ones, which means you have

22   to wash your hands..."

23         Did you have any phone conversations with

24   Mr. -- or QC Johnson about his conclusions?

25   A.    I don't remember particulars of phone

EXHIBIT 68
Page 91 of 96

1       A.    Yes.

2       Q.    And you sent him -- you chose him -- to send

3   him to review these fish, correct?

4       A.    Yes.

5       Q.    And his conclusion was there was a problem

6   with the bruising and he recommended discounts to the

7   customers.

8       A.    That's his --

9       Q.    That's his recommendation?

10      A.    It's his opinion.

11      Q.    Yes.  And that was his recommendation to

12  you?

13      A.    It was his opinion.

14      Q.    Yeah.

15           MR. MILLS:  Why don't we mark this next

16  exhibit, please.

17              (Marked Deposition Exhibit No. 66.)

18      Q.    (By Mr. Mills)  Okay.  The next exhibit,

19  66, 376.  This is an e-mail -- several e-mails between

20  you and Harry.  In Harry's e-mail to you he asks,

21  "What was QC findings?" and he's saying -- let me --

22  let me -- let me back up, Oleg.  The -- at the bottom

23  of the first page, 376, it's talking about documents.

24  You say, "We will have big demurrage, which you shall

25  be full responsible.  Unless you want to pay different

EXHIBIT 68
Page 92 of 96

1    documents which sitting in the bank you're not allowed

2    to touch the product which is sitting in the yard in

3    the container.  To do it you have to -- I'm not big

4    expert on Chinese law, but what I was explain by some

5    Chinese customers, if they touch the product before

6    making proper clearing of the customs or, you know,

7    presenting all documents to the -- to the Chinese

8    customs, they going to violate the Chinese export or

9    the Chinese -- what is -- customs law or customs

10   duties and --

11        Q.   Wasn't it the case -- wasn't it the case

12   that Global absolutely refused to allow an inspection

13   of the product?

14        A.   I have to refuse any inspection of the

15   product until the product will be proper getting out

16   from -- into the Chinese soil.

17        Q.   But you re -- you refused their request to

18   inspect the product.  That's true.

19        A.   Illegal inspection of product, yes, and you

20   can not legally inspect the product without originals.

21        Q.   That's -- that's your understanding.

22        A.   It's my -- it's my ex -- that's what was

23   explain about Chinese custom clearance.

24        Q.   Okay.  And assume that the customer would

25   have waived the discrepancy and allowed you to draw

EXHIBIT 68
Page 93 of 96

1    reviewing and inspecting the product under the terms

2    of the contract.

3         A.    Yes.

4         Q.    Okay.  And wouldn't you agree that a letter

5    of credit mechanism is simply a payment -- a form of

6    payment?

7         A.    Yes.

8         Q.    It's not a trick question.  It's -- it's a

9    form of payment, right?  Like cash is a form of

10   payment, a letter of credit is a form of payment.  The

11   quality requirements under the contract are separate

12   and independent obligations under the contract.  You

13   would agree with that I suppose.  Or let me ask, would

14   you agree with that?

15        A.    Yes.

16        Q.    Okay.

17              At the time that you had the standoff over

18   the second seven containers, you had been paid for the

19   first seven.  You had been paid for the second -- for

20   the six.  Had you also received $110,000 from FMI as a

21   prepayment?

22        A.    Deposit.

23        Q.    A deposit towards future shipments of

24   product.

25        A.    Or potential demurrage or for holding the --

EXHIBIT 68
Page 94 of 96

1    for product sitting in China.

2        Q.   So at the time that you would not consent to

3    the inspection you had received $110,000 from FMI.

4        A.   Yes, because I don't have any guarantee that

5    I get -- I be paid because all L/C would if I present

6    to ours bank had already some point of which we cannot

7    complying with or we cannot -- we cannot -- not do.

8    And at the time FMI in September they knew all the --

9    all -- were reminded that all problems with the L/C in

10   2004 and 2005 and the continuing refusing to amend L/C

11   or I don't remember any positive replies that, "Yes,

12   we amending L/C.  We extending presentation of

13   documents."

14       Q.   And the customer wasn't willing to give that

15   until you allowed them to inspect.

16       A.   They -- in September FMI was deeply in

17   breach of the agreement --

18       Q.   In --

19       A.   By -- in September FMI already was deeply in

20   breach of the agreement FMI-224.  They -- the product

21   was already shipped, and they still try to open L/C or

22   L/C wasn't open, and they still said -- I don't know

23   which bank would credit us to secure the payment for

24   us, and they refuse to discuss or they refuse to

25   answer all -- any ours issues in the correspondence.

1    Q.    Did you tell him to only look for external

2    bruising, outside bruising?

3    A.    No.

4    Q.    Why not?

5    A.    I -- I cannot give him any direction when

6    he's going to look at the fish that he did not --

7    Q.    But why -- why would he -- why would you not

8    tell him that, only look for outside bruising?

9    Because that's the only bruising that's important,

10   because you can't tell any other bruising.  Why didn't

11   you tell him that?

12   A.    I don't remember.

13   Q.    And why -- sorry.  You don't remember?  And

14   why would his conclusion be 15 to 16 percent bruising?

15   This is a bad report.  You need to deal with it fast

16   to avoid a bad reputation.  You need to give some

17   discount.  Why would he conclude that -- since he's a

18   fish broker, why wouldn't he if -- as a fish broker

19   who should have some knowledge of the standards in the

20   industry, why wouldn't he say, "It was only internal

21   bruising.  It doesn't matter"?

22   A.    The Johnson has the same as inside of the --

23   inside bruising is not visible from outside and you

24   cannot make comments what he think when he write down.

25   You have to ask him if you can or, you know, you --

EXHIBIT 68
Page 96 of 96