REVISED
DAMAGES ANALYSIS

| Category | Amount |
|---|---|
| Payment to Yilufa in satisfaction of 1st shipment [FMI-224(1)] Quality claim | $35,394 |
| Payment to Yijia in satisfaction of 2nd shipment [FMI 224(5)] Quality claim | $16,820 |
| Loss of re-sale profit [$101/MT] on shipments not made by Global (1,000 MT promised - 750.8 MT shipped = 249.2 MT not shipped) | $24,947 |
| Loss of resale profit [$101 MT] on shipments redirected by Global [455.7 MT] | $46,025.70 |
| Cash advance for shipments not made | $110,000 |
| Loss of re-sale profit [$101/MT] on fish processed by Global but not offered under right of first refusal [489.57 MT] | $49,446.57 |
| **TOTAL** | $282,632.57 |

**EXHIBIT 69**
**Page 1 of 1**