Michael R. Mills, ABA# 8911074
Michael A. Grisham, ABA# 9411104
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

Attorneys for FMI Food Marketers International, Ltd.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FMI FOOD MARKETERS INTERNATIONAL, LTD.<br><br>                       Plaintiff<br>vs.<br><br>GLOBAL SEAFOODS NORTH AMERICA, LLC<br><br>                       Defendant | Case No. 3:06-CV-00011 JWS |

## SECOND SUPPLEMENTAL AFFIDAVIT OF BENT HOLME

STATE OF ALASKA         )
                        ) ss.
THIRD JUDICIAL DISTRICT )

I, Bent Holme, being first duly sworn, hereby depose and state:

1. During my discussions with Global representatives, including Oleg Nikitenko, nobody from Global ever discussed Global's cash flow needs, and I never made any agreement or assurance regarding helping Global maintain its cash flow.

2. In the negotiation of the Global Contract, I did indicate that FMI would, as it did in 2004, *ask* its end purchasers and their banks to waive timing discrepancies in document presentation, and that FMI would make reasonable efforts to obtain such

waivers. Neither I nor anyone from FMI, however, ever made any promise or guarantee that discrepancies actually would be waived. In fact, FMI could not have made such a promise or guarantee, because the decision to waive discrepancies is entirely within the discretion of the L/C applicant and their bank.

3. Global has questioned the authenticity of a number of documents submitted by FMI, including Exhibits 4, 12, 13, 17, 20, 21, 22, 23, 24, 25, 27, 28, 29, 30, 32, 33, 34, 35, 41, 46, 47, 53, 55, 60, and 60. I have reviewed and used each one of these documents as part of my work with respect to this matter, and state that they are true and correct copies of documents produced or kept by FMI in the normal course of its business.

4. As to other documents questioned by Global, especially the product inspection reports, these documents were created at FMI's request, were transmitted to FMI within a reasonable time after completion of the inspections, and were maintained by FMI in the course of its regularly conducted business. These reports were signed and verified by the individual inspectors. All other documents used as exhibits were either produced by Global, or were e-mail letters and memoranda kept in the ordinary course of business.

_____
Bent Holme

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

SECOND SUPPLEMENTAL
AFFIDAVIT OF BENT HOLME
Page 2

FMI FOOD MARKETERS v. GLOBAL SEAFOOD
Case No. 3:06-cv-00011 JWS

SUBSCRIBED AND SWORN to before me this _____ day of February, 2007.

                                                      Notary Public in and for _____
                                                      My Commission Expires: _____

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 9, 2007, a true and correct copy of this document was served on:

Mark C. Manning
431 West 7th Avenue, Suite 204
Anchorage, AK  99501

by first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

          /s/ Michael R. Mills
Michael R. Mills

DATED this 10th day of January, 2007, at Anchorage, Alaska.

                                          DORSEY & WHITNEY LLP

                                           By:   /s/ Michael A. Grisham

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

SECOND SUPPLEMENTAL                   FMI FOOD MARKETERS v. GLOBAL SEAFOOD
AFFIDAVIT OF BENT HOLME
Page 3                                                                             Case No. 3:06-cv-00011 JWS

Michael R. Mills, ABA# 8911074
Michael A. Grisham, ABA# 9411104
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 4, 2007, a true and correct copy of this document was served on:

- Mark C. Manning

by first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

   /s/ Michael A. Grisham
Michael A. Grisham

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

SECOND SUPPLEMENTAL
AFFIDAVIT OF BENT HOLME
Page 4

FMI FOOD MARKETERS v. GLOBAL SEAFOOD
Case No. 3:06-cv-00011 JWS

4827-9430-0161\1 2/9/2007 5:04 PM