Michael R. Mills, ABA# 8911074
Michael A. Grisham, ABA# 9411104
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

Attorneys for FMI Food Marketers International, Ltd.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FMI FOOD MARKETERS INTERNATIONAL, LTD.<br><br>                    Plaintiff<br>vs.<br><br>GLOBAL SEAFOODS NORTH AMERICA, LLC<br><br>                    Defendant | Case No. 3:06-CV-00011 JWS |

### NOTICE OF FILING UNSIGNED SECOND SUPPLEMENTAL AFFIDAVIT OF BENT HOLME

Plaintiff FMI, Food Marketers International, Ltd., ("FMI") hereby provides notice of filing an unsigned Second Supplemental Affidavit of Bent Holme in support of its Reply in Support of Motion for Partial Summary Judgment. The signed affidavit will be filed with the Court upon counsel's receipt of same.

DATED this 9th day of February, 2007, at Anchorage, Alaska.

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

DORSEY & WHITNEY LLP

By: /s/Michael R. Mills
    Michael R. Mills, ABA# 8911074
    Michael A. Grisham, ABA# 9411104
    DORSEY & WHITNEY LLP
    1031 West Fourth Avenue, Suite 600
    Anchorage, AK 99501-5907
    (907) 276-4557

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 9, 2007, a true and correct copy of this document was served on:

Mark C. Manning
431 West 7th Avenue, Suite 204
Anchorage, AK 99501

by first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

    /s/ Michael R. Mills
Michael R. Mills

DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, AK 99501
(907) 276-4557

NOTICE OF FILING UNSIGNED SECOND SUPPLEMENTAL AFFIDAVIT OF BENT HOLME

*FMI Food Marketers, Int'l v. Global Seafoods*

Page 2
Case No. 3:06-cv-00011 JWS

4830-6273-5617\1 2/9/2007 5:13 PM