Michael R. Mills, ABA# 8911074
Michael A. Grisham, ABA# 9411104
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

Attorneys for FMI Food Marketers International, Ltd.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FMI FOOD MARKETERS INTERNATIONAL, LTD.<br><br>                      Plaintiff<br>vs.<br><br>GLOBAL SEAFOODS NORTH AMERICA, LLC<br><br>                      Defendant | **MOTION FOR EXTENSION OF TIME**<br><br>Case No. 3:06-CV-00011 JWS |

Plaintiff FMI Food Marketer's International, Ltd. hereby requests an additional extension of time within which to file its reply brief with respect to its motion to compel discovery. This motion is supported by good cause, in that the extensions received by the defendant to file its opposition pushed the reply deadline to a date where it interfered with plaintiff's counsel's personal schedule, rendering them incapable of filing an appropriate and timely reply. FMI requests an additional seven (7) days within which to file the brief, making it due on February 16, 2007. Counsel for Defendant has indicated that he does not oppose this request.

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

4853-1088-2561\1  2/9/2007 6:31 PM

DATED this 9th day of February, 2007, at Anchorage, Alaska.

DORSEY & WHITNEY LLP

By:  /s/ Michael A. Grisham
     Michael R. Mills, ABA# 8911074
     Michael A. Grisham, ABA# 9411104
     DORSEY & WHITNEY LLP
     1031 West Fourth Avenue, Suite 600
     Anchorage, AK 99501-5907
     (907) 276-4557

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 9, 2007, a true and correct copy of this document was served on:

- Mark C. Manning

by first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

         /s/ Michael A. Grisham
Michael A. Grisham

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

MOTION FOR EXTENSION OF TIME                FMI FOOD MARKETERS v. GLOBAL SEAFOOD
Page 2                                              Case No. 3:06-cv-00011 JWS