Michael R. Mills, ABA# 8911074
Michael A. Grisham, ABA# 9411104
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

Attorneys for FMI Food Marketers International, Ltd.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FMI FOOD MARKETERS INTERNATIONAL, LTD.<br><br>                    Plaintiff<br>vs.<br><br>GLOBAL SEAFOODS NORTH AMERICA, LLC<br><br>                    Defendant | **(PROPOSED) ORDER GRANTING EXTENSION OF TIME**<br><br>Case No. 3:06-CV-00011 JWS |

Plaintiff's request for an extension of time within which to file its reply brief on its motion to compel is GRANTED. The reply shall be due on or before February 16, 2007.

DATED this ____ day of February, 2007.

_____
U.S. District Court Judge

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

4812-8441-6257\1  2/9/2007 6:36 PM