Mark C. Manning
Mark C. Manning, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska  99501
(907) 278-9794 Fax: 278-1169
Counsel for Global Seafoods

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| FMI FOOD MARKETERS INTERNATIONAL, LTD, <br><br>           Plaintiff, <br><br>     v. <br><br> GLOBAL SEAFOODS NORTH AMERICA, LLC <br><br>           Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> No. 3:06-cv-00011 JWS |

**REQUEST FOR HEARING**

Global Seafoods North America, LLC, hereby requests a hearing on Plaintiff's Motion for Partial Summary Judgment.

DATED this 12th day of February, 2007, at Anchorage, Alaska.

                                                              s/ Mark C. Manning
                                                  MARK C. MANNING, P.C.
                                                  Counsel for Defendant
                                                  431 West 7th Avenue, Ste. 204
                                                  Anchorage, AK 99501
                                                  Phone: (907) 278-9794
                                                  Fax: (907) 278-1169
                                                  manning@alaska.net
                                                  ABA No. 8110066

*FMI v. Global Seafoods*
Case no. 3:06-cv-00011 JWS

CERTIFICATE OF SERVICE

I hereby certify that, on 2/17/07 to, a copy
of this Motion and Proposed order were served
electronically on
FMI Food Marketers International

\_\_\_s/Mark C. Manning_____

*FMI v. Global Seafoods*
Case no. 3:06-cv-00011 JWS              2