Mark C. Manning
Mark C. Manning, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska  99501
(907) 278-9794 Fax: 278-1169
Counsel for Global Seafoods

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| FMI FOOD MARKETERS INTERNATIONAL, LTD,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>GLOBAL SEAFOODS NORTH AMERICA, LLC  )<br>  )<br>Defendants.  )<br>_____ ) | No. 3:06-cv-00011 JWS |

**SETTLEMENT NOTICE**

On behalf of both parties, Global Seafoods hereby reports that the parties have negotiated a settlement of this case.  The settlement terms are not scheduled to be fully performed until January 2008.  The parties ask that this case remain pending until that time, and suggest the court may wish to require the parties to file dismissal papers or a status report by February 1, 2008.

DATED this 15th day of February, 2007, at Anchorage, Alaska.

s/ Mark C. Manning
MARK C.  MANNING, P.C.
Counsel for Defendant
431 West 7th Avenue, Ste. 204
Anchorage, AK 99501
Phone: (907) 278-9794
Fax: (907) 278-1169
manning@alaska.net
ABA No. 8110066

CERTIFICATE OF SERVICE

I hereby certify that, on 2/15/07 to, a copy
of this Motion and Proposed order were served
electronically on
FMI Food Marketers International

   s/Mark C. Manning