Mark C. Manning
MARK C. MANNING, P.C.
431 West 7th Avenue, Ste. 204
Anchorage, AK  99501
Phone: (907) 278-9794  Fax: 278-1169
Counsel for Global Seafoods

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| FMI FOOD MARKETERS INTERNATIONAL, LTD, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| GLOBAL SEAFOODS NORTH AMERICA, LLC | ) ) ) |
| Defendants. | ) ) |

No. 3:06-cv-00011 JWS

**STATUS REPORT**

Performance of the settlement agreement in this action has been completed, with the exception of execution of a mutual release and the filing of a dismissal stipulation.  It appears the parties have reached agreement on release language, and that the release will be executed and the dismissal stipulation filled within about 15 days.

DATED this 24th day of March, 2008, at Anchorage, Alaska.

s/ Mark C. Manning
MARK C.  MANNING, P.C.
Counsel for Defendant
431 West 7th Avenue, Ste. 204
Anchorage, AK 99501
Phone: (907) 278-9794
Fax: (907) 278-1169
manning@alaska.net
ABA No. 8110066

CERTIFICATE OF SERVICE

I hereby certify that, on 3/25/08 to, a copy
of this Status Report was served
electronically on
FMI Food Marketers International

   s/Mark C. Manning

*FMI v. Global Seafoods*
Case no. 3:06- cv- 00011 (JWS)              2