Mark C. Manning
Mark C. Manning, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska 99501
(907) 278-9794 Fax: 278-1169
Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| FMI FOOD MARKETERS INTERNATIONAL, LTD, <br><br>  Plaintiff, <br><br> v. <br><br> GLOBAL SEAFOODS NORTH AMERICA, LLC, <br><br>  Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> No. 3:06-cv-00011 JWS. |

**STIPULATION OF DISMISSAL**

The parties stipulate that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action may be dismissed with prejudice, the parties to bear their respective costs and fees.

Dated at Anchorage this 12th day of May, 2008.

                                    s/ Mark C. Manning
                             MARK C. MANNING, P.C.
                             Counsel for Defendant
                             431 West 7th Avenue, Ste. 204
                             Anchorage, AK 99501
                             Phone: (907) 278-9794
                             Fax: (907) 278-1169
                             manning@alaska.net
                             ABA No. 8110066

    s/Michael R. Mills (consent)
MICHAEL R. MILLS
Counsel for Plaintiff
DORSEY & WHITNEY LLP
1031 West 4th Avenue, Ste. 600
Anchorage, AK 99501-5907
Phone: (907) 276-4557
Fax: (907) 276-4152
mills.michael@dorsey.com
ABA No. 8911074