IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| FMI FOOD MARKETERS INTERNATIONAL, LTD, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| GLOBAL SEAFOODS NORTH AMERICA, LLC, | ) ) ) |
| Defendant. | ) ) No. 3:06-cv-00011 JWS. |

**ORDER DISMISSING ACTION**

Pursuant to stipulation of all parties who have appeared in this action in accord with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby

ORDERED that this action is dismissed with prejudice, the parties to bear their respective costs and fees.

DATED this _____ day of _____, 2008, at Anchorage, Alaska.

_____
JOHN W. SEDWICK
U.S. DISTRICT COURT JUDGE